FILED
2019 Mar-07  PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

Comments the Defendants solicited and posted regarding the Exhibit 1 Article

said she was going to therapy and trying to move on. Megan "never wanted any of her friends to worry about her, so nobody really realized how unhappy she was until it was too late," one of her sorority sisters told BuzzFeed News.

On February 21, 2016, Megan asked one friend via text whether she ever felt "like you just don't want to deal with shit anymore." "Like every day dude," the friend wrote back. "What's up with you? How do you like your new school?"

"I hate it," Megan wrote back. "I miss how everything used to be."

The same week, Megan filled out an intake form for SMU's mental health center, in which she wrote that she thought she would be "better off dead" more than half the time. One question asked if there had been major losses, changes, or crises in her life. Megan wrote: "Raped, bullied by police, changed university."

She never turned it in. Instead, on February 26, Megan killed herself.

She didn't leave a note — but next to her bed were the intake forms. ●

Katie Baker is an investigative reporter for BuzzFeed News and is based in London.

Contact Katie J.M. Baker at katie.baker@buzzfeed.com.

Got a confidential tip? Submit it here.

# Play a bigger role in our journalism

Together, we want to bring to light more secrets powerful people don't want told.

**Start**



● **View Comments**

**287 Comments**                                                 Sort by  Top

**Elizabeth Harris Burch**
My heart breaks for this young woman who had such an incredibly bright future that

11/16/2018    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-LSC   Document 13-3   Filed 12/20/19   Page 3 of 39

University arrest and abetted in a RAPE, and then absently notices to the VICTIM, to take that back they did do something, but not FOR her, they did it TO her. They took a girl already made powerless during a rape, and took away her sense of safety, justice, or even the sense of right & wrong. We all want to believe if we are a victim of a horrible crim,... See More

Like · Reply · 📘 253 · 1y



**WARRIORS/Brock Turner for Prison**
You nailed it. Alice Vaschs has a great article called "All Rape is real rape" where she discusses how rapists are able to get away with their crimes because of "collaborators" -the communities, police, judges and juries that excuse them over and over again.

Like · Reply · 📘 49 · 1y



**Lisa Rappa-Mannion**
Elizabeth, You are accurate, the responsiblity is within Tuscaloosa and The University. Having been to the area multiple times, the atmosphere is much like that of the "Stepford Wives", people are taken in by the school that they can not see "outside" the campus of UA. The fact that neither the school nor PD have qualified staff to interview SA victims is perplexing, The fact that the UAPD and the Sherriffs Department do not recognize symptoms such as tonic immobility or rape trauma syndrome is beyond belief. As more people become aware of the culture ther, perhaps one day there will be change. In the meantime, caution to those looking at this school and expecting a safe environment for their child.

Like · Reply · 📘 17 · 1y



**Kathy Kelley**
Brock Turner for Prison I agree wholeheartedly... But women also need to smarten up. You don't invite men you don't know in for drinks, and then go their house! You also don't give in because you're afraid. Fight, and fight hard! Even pressure bruises on the arms and elsewhere, will get the guy arrested.

Like · Reply · 📘 2 · 1y

**Show 5 more replies in this thread**



**Miki Anglea Cook**
A heart breaking account of an innocent young woman's fight for trying to do the right thing ~~~ another precious young girl's life ruined because of a rich rapist who can evidently buy his way out of trouble ~~~~ We need decent counselors and advocates for college women who become victims of sex crimes ~~~I ams o disappointed in the University of Alabama for not coming to this young lady's rescue!!!

Like · Reply · 📘 7 · 1y



**Mark Morrison**
Do you have any evidence at all that the man in question "bought" his way out of anything? What exactly did you want the University to do?

Like · Reply · 📘 1 · 1y



**Lisa Parrish Lloyd**
Mark Morrison to start with i'm sure the attorney he brought with him was top dollar. And the University failed her across the board.

Like · Reply · 📘 3 · 1y



**Mark Morrison**
So no evidence and you can give specific examples of failure Lisa?

Like · Reply · 1y

**Show 3 more replies in this thread**



**Ginmar Rienne**
This sounds an awful lot like the Marc O'Leary serial rape case. Woman reported man broke into her house and raped her, provided detailed account, and the cops.....just didn't believe her. They charged her and fined her.

Then, months later, they capture O'Leary and find he has a camera he stole from one victim. He'd been using it to document the rapes.

Some of the pictures depicted the woman the cops had labeled a liar.

If the cops had believed her, how many women would have been protected from

A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00083-RDP Document 1-3 Filed 03/07/19 Page 4 of 39



**Robin E Milton**

That case is so awful, Especially the women she counted on and trusted deciding she wasn;t acting enough like a rape victim to them and contacting the police accusing her of lying. I hate those women and hope they rot in hell. Because every woman should be in a corner balled up and screaming for people to believe they've been assaulted.

Like · Reply · 14 · 1y



**Emilee Milton**

That case makes me so angry! The cops should've believed her.

Like · Reply · 10 · 1y

**Meaghan Amedee-Jones**

"Widely accepted research has found that the rate of false rape claims is no higher than that of any other crime. But although Hood hoped "true victims of crimes" would come forward to the department, he said there were "a lot of reasons" a college student might lie about rape." This right here, is the problem. You have the captain of the police force basically saying that all women lie about being raped, even when studies show and prove that is not the case. This story makes me sick. Bunn is an ass and rapist and this captain of the police force should lose his job. This is why women don't report rapes, because even if you do everything you are supposed to do, which she did, you either aren't believed or you were asking for it.

Like · Reply · 55 · 1y



**Robin E Reiner**

They seem to have a suspiciously high rate of women that racant their statements... I wonder how many were intimidating by their department... just like they did here, Trumping up false charges against her, like "breaking into the car" & "robbery" when it was very clear she needed her things (keys are important...) was obviously a threat. They had no intention of charging her if she dropped her charges against him. It's disgusting.

Like · Reply · 1 · 1y

**Carrie Cunningham**

They also conveniently forget to mention she was locked in that room and couldn't open the door. That is kidnapping on his part. It was the grace of God she was able to climb thru the window. I will never visit Alabama because of this.

Like · Reply · 89 · 1y



**Leo Tornow**

Plus she immediately went for a rape exam and contacted police. How does that indicate consensual Sex? Instead they come up with the position that involuntary penetration isn't rape if the victim was too drugged, drunk or scared to fight enough to be brutally beaten too. And that taking $3 in case she needed to call a cab and the rapist's gun was grounds to threaten her with prosecution. Did she try to sell the gun or refuse to surrender either the gun or $3 to the police? Then there is the Alabama University therapist refusing to treat her because of who her rapist was...

Like · Reply · 16 · 1y



**Alyssa Cass**

Leo Tornow The therapist part actually makes sense because knowing the family could open up some dual relationship issues which could affect the counselor's ability to remain objective. What doesn't make sense is that this huge unversity somehow didn't have another counselor to take the case.

Like · Reply · 8 · 1y



**Amanda Sargent**

Honestly, I wouldn't visit Alabama for a lot of reasons. But this I added on to the list.

Like · Reply · 7w

**Show 1 more reply in this thread**



**Amy Wigand**

If you say no or cannot give consent for any reason at all, it is rape, period end of conversation, There is no grey area at all, These police officers should be in jail, They blamed the victim, were paid by the rapist to cover it up, and are 100% responsible for her death. This bastard is still out there raping women, because Tuscaloosa has no cops, no district attorney, and is in fact bought and paid for by one evil murdering rapist bastard



"Women's Police", its an all female police department that is there just for these sorts of reason, to protect woman from ignorant, misogynist good ole boys who look out for rapists and treat women like criminals.(Quoting Shannon Michelle)
Why cant the USA have something like that?

Like · Reply · 🖤 39 · 1y


**Jamie Parks**
This is the Tuscaloosa Alabama police department procedure, not the USA. It only has to do with this particular city, in this specific state. It has nothing to do with the USA, as there's not a national police force. The US is 50 independent states with their own state laws. Some counties in some states do have similar things as you described. Although, It shouldn't matter of course, since men should be just as willing to help, which in many cases they are. It takes both men and women to makes changes. In my opinion, laws concerning assault in Alabama need to change. That will make a difference and will pave the way for the additional needed reforms.

Like · Reply · 🖤 7 · 1y


**Renee Fisher Coleman**
My question exactly. Why was her statement not taken by a female officer?

Like · Reply · 🖤 9 · 1y


**Amanda Bell**
Renee Fisher Coleman I guess if we ever decide to start educating people on what rape is and what it isn't, we need to tell women and girls what they're going to have to request if they are raped. "Think you were drugged, tell the hospital to do a tox screen. Always request to speak to a female officer first." Things like that. Might help, IDK.

Like · Reply · 🖤 3 · 1y

**Show 1 more reply in this thread**


**Kendal Swanson**
I hate living in Alabama. It's one big archaic practice after the other. Everyone knows everyone, and if your great grandfather didnt help father the town, you dont matter. Megan was a victim to so many injustices, and I am boiling with rage. I go to the University of Alabama in Huntsville, and I know so many women who have tried to get help for sexual assault, just to be denied a right to feel safe in their own community. I am so sorry Megan, you didnt deserve this. Fuck Bunn, fuck "good ol' southern hometown community" - it doesnt exist. Megan you were so strong, I'm so sorry this happened

Like · Reply · 🖤 551 · 1y


**Michael Munger**
I love my home state and visit as much as I can, but I'm happy I escaped to Florida. Let that sink in... I moved to FL, the butt of every internet joke, and consider it a tremendous updrage.

Like · Reply · 🖤 205 · 1y


**Donna Cook Reece**
Michael Munger, I am from Birmingham but now live in Tampa (since 2010) .... Life is so much better for my liberal heart in this city (Tampa), but I do miss some aspects of B'ham. Overall, though, I agree that Florida compared to Alabama is an upgrade.

Like · Reply · 🖤 26 · 1y · Edited


**Taylor Catterson**
I mean California is supposedly really progressive and liberal and feminist...but that's where the Stanford case happened. Pointing fingers elsewehre makse it easier to ignore the problems where you live-and rape is an epidemic throughout the US, in every socioeconomic category, in every state red and blue.

Like · Reply · 🖤 113 · 1y

**Show 10 more replies in this thread**


**Carlos Lara**
I said it before, we the sapiens have conquered our imagination, finding cures, traveling to space or developing amazing technology but we still don't know how to handle our demons.

A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 6 of 39

My heart goes to this young lady family.

Like · Reply · 177 · 1y

 **George Hopwood**
Perfectly put.

Like · Reply · 12 · 1y

 **Carolyn Bond**
George Hopwood , now may the family, SUE!

Like · Reply · 1 · 1y

 **Julie Ann**
As a former employee of the UA Counseling Center and a psychologist, I just wanted to point out that it is unethical for a therapist to counsel someone when there is a conflict of interest like this. I sincerely doubt her counselor refused to see her without providing a referral (i.e., to UA's Women's and Gender Resource Center) or offering for her to see a different counselor at the Counseling Center.

Like · Reply · 8 · 1y

 **Susan Michele**
You can doubt, you can also hide your head in the sand.

Like · Reply · 2 · 1y

 **Julie Ann**
Cheryl Adam I don't doubt her story but I do doubt the quality of buzzfeed's research. In fact, they've since changed the text of this article to state that she went to the Women's and Gender Resource Center rather than the Counseling Center, and they now state that she was introduced to a new therapist.

Like · Reply · 2 · 1y

 **Charlotte Sellers**
Based on documentation, she was referred to someone else immediately.

Like · Reply · 1 · 1y

**Show 3 more replies in this thread**

 **Victoria Fitzpatrick**
Reading this article makes me sick. This girl was my neighbor, she used to give my brother rides home from school, & we used to tease her parents for making a "dog stroller" for their senior dog who could no longer go on walks. I vividly remember the phone call I received from my mom telling me she took her life. My heart breaks for her & her family. I hope this story blows up and the reputation of ST Bunn construction is tarnished along with the University of Alabama. The Bunn family is sick and vile.

Like · Reply · 157 · 1y

 **Mary Sue Mougin Echols**
Please get the word out about him, the "investigator",hospital & University through your contacts there. So sad for her & her family, so disgusted by the rapist and his enablers

Reply · 24 · 1y

 **Kaley Belakovich**
Ughhhh the "earnest resistance" crap is victim blaming at its finest. "I'm sorry, you didn't fight back enough, so....doesn't count as rape." If there aren't any defensive wounds on a murder victim's body, that doesn't make them any less murdered.... They gonna not charge the murderer with the crime then, either??

Like · Reply · 89 · 1y

 **Christi Glahn**
Right? And what if a victim is unable to fight back because of disabilities/ unconsciousness/ age? Is it not still rape?

Reply · 28 · 1y

 **Dariel Riece**
And if she did fight back. They probably would have charged her with assault. SMH.

Reply · 30 · 1y

11/16/2018      A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 3-3   Filed 03/07/19   Page 7 of 39

someone not resisting doesn't imply consent. If a woman's person maybe they will knock your teeth out if you scratch their eyes or kick them? Maybe they'll get their gun out and shoot you? In the same way if someone mugs me, I'll try to hand over my wallet as calmly as possible. That doesn't imply I secretly enjoy getting robbed.

I'm not saying rape victims shouldn't resist, but it's entirely up to them to decide their best course of action. Just say "no" and make it totally clear verbally.

Reply · 41 · 1y

**Show 5 more replies in this thread**



**Laura Crafton**

Being an Alabama citizen, I want to know why the fuck this is the first time I'm hearing about this. True, I do live in a different university town (Florence — University of North Alabama), but that shouldn't have any standing on how this is/was reported. I'm a born and raised UA fan, but their lack of compassion and humanity concerning this young woman and her case... it's utterly infuriating and sickening. Am I surprised that her case was treated this way? Sadly, no. This could have happened anywhere in this state and I still wouldn't be a bit surprised.
For her family and friends, my heart grieves. There are no words to describe how heartbroken and sorry I am for everything they've been put through and are going through. Similarly, there are no words to describe how disgusted and ashamed I am of the investigation team, UA, and my state in general.

Like · Reply · 77 · 1y



**Wendi Decker-Miller**

@Laura Crafton I did a search and there was NO news about this in the Tuscaloosa newspaper. Buzzfeed and the Daily Kos are the only two news sources I could find reporting on it. I hate fucking Alabama.

Reply · 26 · 1y



**Anna Hill**

I've been a student at UA since 2013 and this is the first I've heard about it too. It wasn't reported anywhere at all. Usually if there is crime near campus involving students, UAPD sends out a mass email. There wasn't one for this.

Reply · 27 · 1y



**Marikay Tillett**

I've in North AL, too, and have never heard of this. Talk about a cover-up.

Reply · 11 · 1y



**Jake Hanes**

Them three going to her house first fucks with her credibility...shame they couldnt prove that he drugged her. If he didnt drug her then Im skeptical about whole thing, but Id bet he did.

Like · Reply · 1 · 1y



**Ginny Adams**

No it fucking doesnt. Inviting someone into your house is not consenting to sex, How many people have you invited to your house? Fucked all of them?

Reply · 3 · 1y



**Jake Hanes**

Ginny Adams Sure it does. She left that part out of her story. She didnt remember it having happened. I get that drugs or trama could lead to a fragmented memory, but having a fragmented memory does undermine someone's credibility.

Reply · 1 · 1y



**Ginny Adams**

Again Jake, whether she remembered it or not is irrelevant. Her forgetting is only a problem for her credibility if you're the kind of person who thinks that would be something to cover up, ie you're the sort of person who thinks inviting someone into your home is indicative of consent. If she had forgotten what the bartender looked like, or how many traffic lights they stopped at no-one would think it remotely material. It is ONLY material if you think the invitation is relevant. It isn't.

Reply · 1 · 1y

**Show 7 more replies in this thread**

11/16/2018                    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP  Document 1-3  Filed 03/07/19  Page 8 of 39

 **Cate Ehinotte**

this _____ this _____ don't _____ when she was beaten up. The Captain of the Homicide Department says, "I know for instance in many cases people are mad at someone initially, then change their mind." So he believes that many rape accusations are false statements given by women seeking revenge? Somebody build a time machine and send these "investigators" back to the 1960's.

Like · Reply · 😊 56 · 1y

 **Mary Sue Mougin Echols**
The worst was when he identified with the perp , (Hastings said to Bunn:) "The way I look at it, man, if it was me on the other side of it, I would want you to do the same for me."
Beyond the sheer evil here, how is this person in law enforcement? Seems like he has an absolute lack of any of the core concepts in LE. Some would say an absolute lack of humanity. Identifies. With. The. Rapist.

Reply · 😊 42 · 1y

 **Robin E Reiner**
Mary Sue Mougin Echols , agreed. The scum might as well have winked after.

Reply · 1y

 **Beth A. Maher**
For all you idiots out there that doubted this story, due to Megan's article, other victims of the "GREAT WHITE HUNTER", have come forward going back years! You did it Megan, they know! May you finally have peace.

Like · Reply · 😊 55 · 1y

 **Denisha Rene Moore**
Do you happen to know if their storys were posted somewhere?

Reply · 😊 5 · 1y

 **Diane Plonowski Linn**
We think that we are in an equal society between men and women but this and many other cases show that we don't view women as important but to be exploited. The lack of SANE nurses is a problem nationwide. I am currently working to get SANE nurses at my workplace. I can at least do that.

Like · Reply · 😊 19 · 1y

 **Susan Michele**
Thank you, it may save lives.

Reply · 😊 3 · 1y

**Paul Tesluk**
That's great. Every bit helps.

Reply · 😊 1 · 1y

 **Jean M Campbell**
That was one thing that shocked me...i would have thought an ED would have to have a SANE nurse available, even if on call.

Reply · 😊 1 · 1y

 **Hillary Moore**
I went to Alabama and absolutely nothing about this surprises me. My sorority was put on probation after a few of our pledges were drugged at a fraternity party because we "should have done more to make sure they weren't drinking underage."

Like · Reply · 😊 39 · 1y

 **Michael Munger**
Talk about blaming the victim. As a former fraternity member at UA (and officer), I made sure risk management was our first priority. I can't say the same for all the others though.

Reply · 😊 6 · 1y

 **Emilee Milton**
So, instead of getting rid of that fraternity for drugging those girls, they blame your sorority for what they did? How backwards is that. Total victim blaming.

Reply · 😊 18 · 1y

 **Hews Tifiny**
Michael Munger- gag. Fraternities suck. Always have and always will. If you could only see what the world thinks of you in your bow ties, khaki pants, _____

11/16/2018     A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 9 of 39



**Amanda Haas**

The "good ol'boys club" need to be disbanded and prosecuted. I hope the Dept. of Justice takes this up and makes the Tuscaloosa dept. responsible for their negligent acts. This situation is way too common and this is just another day in the south,sadly. Women are raised or pressured to accepting our lots as "lesser than". We need more people on the inside who truly understand what sexual assault is.not a story. As for Bunn, this isn't the first time or the last time he'll torture women this way. Emotional and psychological games and manipulation is much worse than what too many think.

Like · Reply ·   26 · 1y



**Chrissy Barney**

Sadly, right now the Dept of Justice is led by the "good ol' boys club" incarnate, so I sincerely doubt there will be any movement to deal with that pathetic police department's failings on a governmental level.

Reply ·   19 · 1y



**Amanda Haas**

Chrissy Barney you're so right...maybe the supreme robot overlords will take care it...all kidding aside,corruption and greed has led us to blame the victim and feel bad for the assailent because they are rich and well known.

Reply ·   6 · 1y



**Stephanie Patterson**

""Although she did not 'realize' she committed a crime does not negate the fact that she 'did' commit the crimes," Hood said. "

Too bad this line of thought didn't work for Bunn too...

Like · Reply ·   26 · 1y



**Mir Pelletier**

I escaped an attempted rape by climbing out a window (so reading this sent shivers down my spine). I broke my ankle, woke up the whole neighbourhood with my screams, they called the cops, the ambulance, etc. The cops spent the whole day saying I was so stupid for drinking too much and so naive for talking to strangers. I've never been called to testify in court cause I don't speak the language fluently and then they had the balls to rule it as a "misunderstanding" because the poor man thought I was a prostitute. It was Halloween and I was dressed as a really not so sexy flight attendant. I've ... See More

Like · Reply ·   20 · 1y



**Shannon Michelle**

I'm so sorry that happened to you.

Reply ·   9 · 1y

**Ginny Adams**

I'm sorry that happened to you and sorry that there are cops who think someone being a sex worker means raping them is OK.

Reply ·   7 · 1y



**Arby Chandler**

There are so many unanswered questions about this case. So many things we will never know. But why in creation does a hospital the size of DCH in a college town the size of Tuscaloosa not employ Sexual Assault Nurse Examiners to administer a rape kit, interview and examination? Why would they not perform a blood test to see if she had been drugged in addition to the alcohol that she knowingly consumed? Why does the Homicide Unit investigate rape cases, which will end up taking a back seat to the homicides, the training for those investigations, etc. The list goes on. I am disappointed in Tuscaloosa, a town that I have always viewed as progressive and ahead of other municipalities. In this case, not so much.

Like · Reply ·   15 · 1y



**Dan Ryan**

You ask a bunch of questions. Regarding DCH, I can tell you first hand the emergency room there is a mess at night. Dante would certainly included it as one of his rings of hell had he ever experienced the place.

Reply ·   2 · 1y



**Lisa Parrish Lloyd**

Thank you for verbalizing those points. I can't believe a college town does not have a designated unit for rape incidents. Isn't that out of compliance with Title IV?

Reply · 1y

11/15/2018                                            A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 10 of 39

 cities faith based agencies to help him on the murder rate and is waaaaay over his head in leadership vision. They also have a University who looks more at sports figures being men than educating the male students on being sexist homophobic racists. Megan never had a chance with these buffoons.

Like · Reply ·    28 · 1y

 **Michelle Johnson**
ONE MORE TIME FOR THE PEOPLE IN THE BACK PLEASE

Reply ·    6 · 1y

**Julie Henry**
I don't know this guy but I can picture him. He sounds like a Donald Trump Jr. wannabe. With daddy's money, his endangered animals hanging on the walls, his preppy clothes, smug shitty attitude that thinks rules and law don't apply to him and us peons are blessed to breathe the same air as him bc he got born into a family of wealthy assholes who've never in their lives have heard the word no. Fuck them, fuck him, fuck those cops, fuck that school and that counsler and fuck every rich Trump wannabe who thinks they're better than everyone else. Rip Megan.

Like · Reply ·    · 1y

 **George Gray**
Julie you are an angry uninformed liberal racist terrorist. You are shameful in bringing politics into this. A young woman is dead but your political hatred is all you can spew? Have some respect.

Reply ·    1 · 1y

 **Damy Blott**
George Gray "liberal racist terrorist" without race or terrorist acts even having been mentioned in the comment... talk about bringing politics into this

Reply ·    1 · 1y

 **Julie Henry**
Damy Blott lol right? Apparently he can read minds, he's psychic!

Reply · 1y

**Show 1 more reply in this thread**

 **Jana Vee Byrd**
1, She left the bar alone not with him. 2.He pulled over and offered her a ride home. 3.He takes her to his place not hers 4. Seems premeditated to me. 5, Probably arrogant enough to still be prying on young girls and even more arrogant now knowing that the victims won't get far with police. 6, What sorority was this young girl in? Why did they not help her? Why haven't we seen the outrage from her sorority? 6, Terry Bunn is on the board of trustees at the university of west Alabama, Did he use his position to intimidate this woman, school counselor, sorority and/or the people investigating the rape? 7. i do not want my tax dollars going to Bunns company for government contracts.

Like · Reply ·    12 · 1y

 **Catherine Porter Chambliss**
I was in the same sorority as her. Believe me, there was outrage, This occurred during the summer when not many people remain in town.

Reply ·    7 · 1y

 **Charlotte Sellers**
You obviously didn't read, He took her to her place, they went in and she fixed them all drinks. Then she agreed to go to his house.

Reply · 1y

 **Lisa Parrish Lloyd**
Charlotte Sellers based on details I have to think a roofie/'date rape" drug may have been used.

Reply ·    1 · 1y

 **Candie Turner**
Megan is dead. Her family and friends are grieving over something that should NEVER have happened and Boy Howdy! Sweet T and his band of Hatfields or McCoys (or whoever the fuck they are) are held blameless. I am fucking furious!

Like · Reply ·    26 · 1y

 **Kelsey Kloss**

11/16/2018       A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 11 of 39

do something about it? If it was straight white men getting raped maybe people would open their eyes.

Like · Reply · 21 · 1y



**Christy Jennings**
or if it were Alabama footbal players being attacked

Reply · 1y



**Brittany Concilus**
I can't stand money and power. This girl deserved to have an advocate and a voice. Her rapist's life will probably never change. The only reason I spend any time wishing Hell was real is so assholes like him can actually be punished for their terrible, life-ruining actions.

Like · Reply · 13 · 1y · Edited



**Marie Smyly**
I wasn't even aware that in my state you have to prove you "earnestly" fought back. I attended a different university in the state and never reported either of the assaults I experienced and at 30 have only now come to terms with how they changed me as a person. And now I know that because I was unconscious one time and physically incapable of fighting due to a previous injury the second time, according to the state that was all my fault. Honestly? I'm glad I didn't report because I don't think I would've survived either. I'm so in awe of this girl for having the fortitude to report, even though she knew the person she was fighting against was a "big deal".

Like · Reply · 13 · 1y



**WARRIORS/Brock Turner for Prison**
I have now advocated for several survivors who, when they fought back and left marks on the perpetrator, were threatened with arrest and/or encouraged to drop their cases because their show of resistance would work against them in court. Women just can't win, period.

Like · Reply · 12 · 1y



**Ginny Adams**
Exactly. Damn if we do and damned if we don't. A woman that fights obviously wasn't so scared and if she doesn't fight she obviously wasn't so scared.

Reply · 4 · 1y



**Lisa Pakebusch Appleman**
What a horrible tragedy. There are so many things in this story that are infuriating. Let's start with the UA staff therapist. This woman should NOT be working with our young adults. She should be fired and have her license revoked. I understand her withdrawal from the case but don't understand why she didn't diligently work with/for this young lady to get her in touch with another therapist. Investigator Jones doesn't belong in any police department. Who the hell is he to determine she didn't make an "earnest effort" to fight off Bunns? I'm sure the entire Tuscaloosa police department are not... See More

Like · Reply · 12 · 1y



**Jessica Comas**
Thank you for investigating and writing this story. I went to UA. This story is not uncommon there and in other campus areas and smaller communities. The officers should be ashamed of themselves. I weep for her family that has to live with her loss.

Like · Reply · 21 · 1y

**Ron Lewis**
Blatant lie from this article: "Under Alabama's archaic rape law, victims must prove they 'earnestly' resisted their attackers."

First, victims don't have to "prove" anything. That is the sole responsibility of the District Attorney. But...the DA doesn't have to prove that either. Here's the relevant Criminal Code:

Alabama Code Title 13A. Criminal Code § 13A-6-61
(a) A person commits the crime of rape in the first degree if:

(1) He or she engages in sexual intercourse with a member of the opposite sex by forcible compulsion; or

(2) He or she engages in sexual intercourse with a member... See More

Like · Reply · 2 · 1y

11/16/2018        A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP  Document 1-3  Filed 03/07/19  Page 12 of 39

charges. That's not anyone's fault; it just is what it is. I can't even think of any evidence the girl could have provided in this case, and in many rape cases - except for the physical signs of resistance, if there were any."

So what it sounds like you're saying is that rape is just too hard to prove, oh well. Seems like if you actually cared about justice you'd be advocating for the development of new ways to investigate and prosecute rape instead of just shru... See More

Reply · 1 · 1y



**Mark Morrison**

Erin Durbin-Sherer so what do you want the law to be? To throw someone in prison based solely on the testimony of another person, WITHOUT evidence of a criminal act? What reform do you want to see? The removal of the burden of proof? I am honestly purplexed as to what it is you want.

Reply · 1 · 1y ·



**Ron Lewis**

Erin Durbin-Sherer Thanks for "translating" my words to support your lame rebuttal, but I don't need your help to communicate my thoughts.

I didn't say rape is "just" too hard to prove. I said it is exactly as hard to prove as it is. It has been hard to prove forever, and will continue to be for the foreseeable future. Not because of any inherent evilness on the part of men, or a hideous plot to discriminate by the legal system, or collusion by horrible men everywhere, as much as you seem to want that to be the case.

It's hard to prove because the none of the possible physical evidence ... See More

Reply · 1 · 1y



**Sallynda Pauline Rothchild**

At the risk of drawing negative comments from both sides I feel compelled to comment. As I am an attorney who both defends rape allegations and prosecutes protection orders for victims of rape I have experience arguing both sides of this issue. Both sides are right... a person can feel raped no matter what the circumstances and to tell them they were not raped is not good for their mental health, However, prosecuting someone for rape based solely on a persons (victims) internal feelings of being raped is unreasonable. The criminal code focuses on the internal beliefs of the alleged rapist. If the victim does not sufficiently convey their lack of consent to the person with whom they are having sex for the alleged rapist it is not guilty. Therefore, as between two people having sex, one can feel raped while the other has NOT LEGALLY committed rape. So the moral of the story is that if you later what to prosecute fight like hell and leave marks!

Like · Reply · 25 · 1y



**Karen Lewis**

Someone's "internal feelings" of being raped? If I feel I've been raped than it's not just that I "feel" I've been raped, She told him she didn't want to have sex and she wanted to leave then she said that she felt the only way "he would let her leave" was if she had sex, That's not consenual, That's coersion.
And fighting back can get you killed. But at least the victim tried right?

Reply · 113 · 1y



**Amy Joyce**

She said no. He should have stopped. He raped her.

Reply · 81 · 1y



**Moira Chance**

No means no. Doing anything after that point constitutes rape. Thanks for being part of the problem.

Reply · 88 · 1y

**Show 10 more replies in this thread**



**Brooke Carden**

I just recently graduated from UA, and this is my first time hearing about this. Reading this article made me so furious. Why didn't anyone help this poor girl???? It's so sad that he got away with something like this just because he has money and his name is popular around the Tuscaloosa area. If it would've been a college

happened. This is so sad,

Like · Reply ·   9 · 1y



**Ginny Adams**
I doubt very much it was the first time he did it.

Reply ·   11 · 1y



**Emma Gat**
When something similar happened to me, everyone, EVERYONE had told me that I'd be wasting my time if I'd try to press charges, that the guy that did this to me was the son of someone important, that I'd lose everything. I listened. I fucking hate this. I hate this all so much. You lose no matter what, they win no matter what.

Like · Reply ·   9 · 1y



**Dan Lennon**
It never stops being crazy reading a story like this, and the subsequent comments, where the woman's story is never questioned even momentarily....she is assumed to be telling the truth in spite of any gaping holes in her story, the guy assumed to not just be a rapist but a serial rapist.

It is a very basic and simple question - if she was being brutally assaulted, there has to be some sort of physical resistance. Lacking that, its very difficult to construct a series of events short of her being physically restrained the entire time. I'm not saying she's lying, I have no idea what happened, but at some point a plausible (or hopefully realistic) narrative can be put together.

But these days, shoot I know even what I say here is flat out socially unacceptable. Just crucify the guy.

Like · Reply ·   2 · 1y



**Emma Catherine**
What do you mean the woman's story is never questioned? Rape accusations are ALWAYS scrutinized and hardly ever taken seriously. Additionally, the physical resistance you say is necessary to qualify as rape doesn't make sense. In a high stress threat, the natural response is fight or flight...but there is also a common reaction of freezing to avoid further harm. I am just a little tired of guys "playing the devil's advocate" for these rape accusations as if survivors/victims of rape (primarily women, but even other men!) are being taken seriously in the first place.

Reply ·   3 · 1y



**Sherri Thomas**
This is so sad this poor girl. That thing about just freezing up really does happen. I had a good friend of mines older brother come on to me and for a good 15 mins or so i froze up and wasn't sure what to do. But then the fight or flight reflex kicked in and i hauled ass out of there. But i was not raped or anything like that so im not compairing mine to hers. He just hit on me very strongly to the point it was uncomfortable. An this is why that law is bullshit people get scared and dont know what to do he might have a gun which he did. Not having a mark on them dont mean shit rape is rape.

Like · Reply ·   8 · 1y



**Shannon Michelle**
The freeze response is actually more common than fighitng back. It's a survival technique. I'm glad you got out of there.

Reply ·   10 · 1y



**Veronica Stamats**
"Under Alabama's archaic rape law, victims must prove they "earnestly" resisted their attackers, and the investigator who interviewed Megan quickly decided she hadn't fought back against Bunn — she hadn't 'kicked him or hit him,' he explained."

Perhaps she didn't "kick," "hit," or "fight back earnestly" because she was SCARED FOR HER LIFE. If someone is capable of raping another human being, they clearly lack the empathy necessary to prevent them from doing other terrible things.

I dare say that even if she had said that she "faught back earnestly," she would have had no proof beyond he said/she said and the investigator (the closest thing she ever got to a jury, a far cry from due process) would have found another excuse why her rape wasn't "real" or legitimate enough to be taken to trial.

Like · Reply ·   8 · 1y



**Jenna Hammac**

A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00408-RDP   Document 1-3   Filed 03/07/19   Page 14 of 39



**Mary K Hawkins**
This is EXACTLY why rapes go unreported. The police turned this poor girl into a criminal. She went to them for help and they treated her like trash! So sickening. Her and her family are in my prayers.

Like · Reply · 🖤 6 · 1y



**Mandy Perry**
It's why I didn't report mine. I knew what would probably happen, and before I even had a chance to tell anyone, literally the next morning, the perpetrator had told people I was consenting. and I was already being treated like I was a terrible slut.

Reply · 🖤 1 · 1y



**Geneva Beasley Parish**
I know exactly what she is going through. I was raped when I was a teenager and was told he would do something awful to me, As far as going to the police that was out he had lived here in town all his life and had me convinced that they wouldn't do anything I didn't have a chance. It makes you want to hate someone and I did for yeats. This will make you want to do something to yourself or him . I still have a bad time with depression everyday.

Like · Reply · 🖤 5 · 1y



**Mary Kay Ashley**
I didn't report mine either. It was a he said/she said and I didn't trust the campus police. I did get counselling though, and it helped. I'm sorry about your depression, it tooks me many years to be able to talk about it.

Reply · 1y



**Agerrle Isnowon**
Born and raised in Alabama, and my son went to U of A, I'm so sickly familiar with the clique-culture in Tuscaloosa, and all over the state, that reading this story literally nearly made me vomit. I had to read it in 3 sections, taking breaks in between to compose my feelings. I'm so sorry for what happened to this intelligent, talented, compassionate young woman. What could she have accomplished, indeed? A lot more than "killing the big 5" and preying upon young girls well into your 30s. You disgusting bastard.

Like · Reply · 🖤 12 · 1y



**Eloise Nadela**
The human race is one big failure, but men are the biggest failures of all, This is nothing new anymore. It's the same sick, disgusting news I hear a lot, Stories like these have happened since the beginning of time and it's still happening.

Like · Reply · 🖤 5 · 1y



**Maddy Jording**
So a woman, who is alone with a bigger man, is supposed to kick and punch him even though there is no way she could win in a fight? What would happen in that case? He would get angry and upset and the situation would probably escalate. This is infuriating.

Like · Reply · 🖤 5 · 1y



**Miko Holt**
Just the fact that she climbed out the window to escape. This is clearly probable cause that suggest something was off. I have a daughter her age and I'll hold this beautiful angel in my heart...

Like · Reply · 🖤 5 · 1y · Edited



**Brit Leigh**
disgusting.

"Both men had just returned from a weekend fishing trip.

"I'll get y'all out of here," investigator Josh Hastings assured them as they convened in the small room. After some high-spirited small talk about fishing — the snappers were biting — Hastings began his questioning."

Like · Reply · 🖤 8 · 1y



**Gene Masseth**
What an infuriating story, My sincere condolences to the Rondini family and Megan's friends.

11/16/2018                                    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 15 of 39

... punishments are all decided and has his wallet really people? Had she fought, and he escalated the violence in response, he would be claiming self-defense, and I have no doubt the same people asking that ignorant question, would be saying there's no "evidence" that he wasn't acting in self-defense. More on "evidence" in a minute.

T... See More

Like · Reply · 1 · 1y



**Mark Morrison**

"Those claiming there is no evidence are either don't know what evidence is, or are posting with ulterior motives. They are either ignorant or despicable people."

Wow. What a hateful and ridiculous thing to say. Understanding the law and understanding the "reasonable doubt" standard does not make someone ignorant or despicable, and it is remarkably juvenile to make that claim. There does not have to be an ulterior motive behind requiring evidence before convicting someone of a crime. Or did you forget that this went before a grand jury and they decided that there wasn't enough evidence t... See More

Reply · 1 · 1y



**Gene Masseth**

Mark Morrison - re-read what I wrote. The people I'm referring to here said "no evidence," and not anything whether the evidence crossed the threshold of beyond a reasonable doubt. They remind me of the see no evil, hear no evil, speak no evil Trumpswabs who insist there's no evidence to support the Russia investigations despite the fact that at least 5 people in his inner circle (Flynn, Kushner, Sessions, Manafort, and Stone) have already been publicly caught telling lies about their contacts with Russians who are close to Putin or the hacking, either to investigators, Congress or on federal... See More

Reply · 1y



**Gene Masseth**

Mark Morrison - and by the way, Mark. The standard of proof for a grand jury indictment is probable cause, not proof beyond a reasonable doubt.

Reply · 1 · 1y

**Show 1 more reply in this thread**



**Mariana Sammartino**

I have personal experience with the Tuscaloosa Alabama "justice system" and sadly I am not one bit surprised. Tuscaloosa is beyond corrupt and treat victims as criminals in order to protect their asses. Rating and lined pockets are more important than keeping criminals off the streets. My prayers are with the family and friends of Megan and all the other girls out there who have been forced to keep their mouth shut.

Like · Reply · 4 · 1y



**Vyusti Kumaar**

I couldn't read the whole article because I can't stand how horrific all of this is. Yet another case of police trivialising rape.Yet another case where a rich guy will walk off scot-free and people will be outraged for a week and then will forget about it. Yet another case of a bright person, who could have done amazing things for the world, having their spirit crushed. Yet another case showcasing the true face of our so called 'just' system where if you're rich you're somehow innocent. Yet another case which begs the question 'when did we lose touch with our humanity?'

Like · Reply · 4 · 1y



**Angel Greb**

This all sounds like this went by the book. The system worked as it was intended. In the end, it looks like this young woman tried to go for a shakedown, but was unprepared for resistance. Like, perhaps she thought she'd get her claim settled, to sweep everything under the rug. In either case, there was no evidence of a rape, but admitted felonies. And who leaves a second floor window, but isn't so afraid to climb back in? Too many holes to find her credible.

Like · Reply · 1 · 1y



**Heidi Hulsing**

Sorry you think so. They never secured the crime scene, they turned Megan into a suspect, they failed to take a blood test to check for date rape drugs.

11/16/2018                    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 16 of 39





**Erin Durbin-Sherer**

Oh yeah, I'd say the system worked EXACTLY as intended. The mistake is thinking its goal was ever truly about justice.

Reply · 1y

**Paige Hall**

I'm from Tuscaloosa and the same thing happened to me last year except it was done by a coworker and friend. I too did not kick or punch, I was too much in shock to move plus he was on top of me. Everyone I talked to (ER doctor's, psychiatrist, etc.) said nothing could be done, and the police officer I talked with didn't believe me making me feel like I was lying/imagining things. So now he gets to go off free, and I have to live with the reoccurring nightmares and herpes. I fear going places, because I feel he will be there and who knows what he'd do. The way he treated me, I can guarantee I wasn't the first and know I won't be the last. Someone needs to step up. Something needs to change.

Like · Reply · 4 · 1y



**Heidi Hulsing**

I am so sorry this happened to you. I am hoping for change, Thanks for sharing.

Reply · 1 · 1y



**Susan Castillo**

I totally get "just letting him have sex with me was the only way he would let me go." There is a time during rape that you know you have no power to stop it. So you just stop feeling, fighting, or thinking. It's classic. "Dissociation." A mechanism our brains use to try to ease the experience. Just lie there, get it over with, and then you'll be able to get away. It is useful in times of life or death. I so totally get it.

One may as well die. Or live in the shadow of shame and depression forever. Hard to say which is better.

Like · Reply · 5 · 1y



**Terry W. Bennett**

When leaving Auburn after an FSU loss in the 80s, my female buddies were told to hang around and meet some real men. A fellow fan turned and said.."we will wake up in the capital city of the nation's fourth largest state. Yall will wake up to BooRadley and a Tide professor who taught for years that the Holocaust was nonexistent." Rest well young lady, and may thousands rethink ever dwelling in that cesspool..she was raped..NASA did reach the moon..and the CSA lost to Lincoln..that is a lot to swallow..but peristalsis is as evident as evolution.

Reply · 2 · 1y



**Laura Limon-Osorio**

The men in authority bent the rules to help the rapist but the women in authority "followed protocol" even if it ended up hurting Megan (ex. the therapist who claimed conflict of interest). I don't blame those women but it goes to show that women are often scared into following all the rules while men think the rules don't apply to them. That's just my first observation after the "this sucks"

Like · Reply · 4 · 1y



**Daryl Branson**

It wasn't just the police that failed her. It was everyone. She should have had a trained forensic nurse at the hospital. She should have had a victim advocate in her police interviews. She should have had competent counseling at the University. Everyone failed her. This breaks my heart.

Like · Reply · 4 · 1y



**Brittani June B**

When women say we have the same rights as men do....if we did, then things like this wouldn't happen.

my heart breaks for her and her family. This shouldn't be happening.

We can and should do better. Lets stop giving men slaps on wrist for rape. Lets start actually caring about the victim and not the attacker.

Like it said above he had a dui, yet his family said he needed to drive for his job or he'd lose his job. And he got his drivers license back. Well.... news flash. That's what happens ! You do something bad, something should be taken away from you. That's

11/16/2018                                       A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 17 of 39

family but are who you say you are. If you have money needed to be taken out of the equation. ... See More

Like · Reply ·   3 · 1y



**Amber Breland**

It is absolutely heartbreaking how badly the cops and system let this poor girl down. All because turning the perp into the victim and the victim into the perp. How disgusting. I hope this rapist loses everything. You took everything she knew to be as help for what happened to HER, and your name unraveled her whole case. I hope the system rapes you. I hope you see her face every where, I hope you hear her name and you tremble with fear, I hope she haunts you to the ends of the earth, I hope when you see her parents in court you see her face and the life you took, I hope you never get a day of rest in your lifetime and I hope, and I mean really hope that when you die, her face is the one you see in your last moments on earth... I hope when you play your life back, you see her and the life she could have lived. I hope by the end of the trial... Your name means nothing to anyone. You won't even be an after thought.

Like · Reply ·   3 · 1y



**Laura Grier**

I'm sure this is not the first time ole Sweet T has done this to a girl. I hope other women come forward to help build a case against him. Note: if you have to climb out of a second level window you are escaping from a bad situation.

Like · Reply ·   4 · 1y



**Shamara Sneed**

This article took me through several emotions. Sadness, sympathy, anger!!!!���
This happens too often!! Women are blamed for their rape and the asshole set free. The police department and university are to blame for her death. Those fuckers did NOTHING but hand her death smdh

Like · Reply ·   7 · 1y



**Rebecca Clancey**

There are so many things wrong with this story. A woman goes to the police to report sexual assault and the investigator becomes more concerned with the fact she took THREE DOLLARS and a gun. She was raped, why is self defense so shocking afterward? To the ignorant investigator: you didn't believe her ebcause she didn't try to fight him off, but you get upset with her for taking a gun for her safety. That doesn't make a lot of sense, does it? Another point- a woman didn't take her own life because she endured CONSENSUAL SEX- she took her own life because she was raped and instead of receiving ... See More

Like · Reply ·   7 · 1y



**Stephanie Anderson Msm**

I am a graduate of the University of Alabama and I love and support the Crimson Tide. I will ALSO support UA in doing what is right and terminating all ties with the family of this rapist and doing what we can to not cause anymore mental anguish to Megan's family, while compensating them with the resources they will need to deal with this kind of loss for the rest of their lives.

The University should absolutely honor this child's memory as well by making sure that through dedicated resources and education, all our students in their care are protected from rape, drugging and AFFLUENZA regardless of the perpetrator!

My heart and prayers go out to Megan, her parents, family, and friends. God Keep You,

Like · Reply ·   3 · 1y



**Mark Morrison**

" I will ALSO support UA in doing what is right and terminating all ties with the family of this alleged rapist who the jury did not find enough evidence to indict..."

Fixed that for you.

If he did it he is a terrible person and should be shot. What if he didn't? Do you have any evidence that we (and the jury) don't know about? By all means share it. Or are you simply emotionally suited to just choosing who to believe based on...what? Gender? Socio-economic status? What?

Reply · 1y · Edited



**Stephanie Anderson Msm**

Mark Morrison The level required by criminal is much different than the level for civil liability. Based on the actions or inactions by the University's mental

A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP  Document 1-3  Filed 03/07/19  Page 18 of 39

...has failed to render services. Also, according to records, the actions of the alledged victim were entirely in line with someone who had been raped. She immediately reported the crime, she contacted the University etc etc e... See More

Reply · 1 · 1y

 **Mark Morrison**
Stephanie Anderson Msm

"The level required by criminal is much different than the level for civil liability."

What does this have to do with my post?

"Based on the actions or inactions by the University's mental health and rape advocates. The fact that she was left alone by the professionals representing her as a University through the trauma of the alledged attack, I guess they just knew he was innocent so they all went home or failed to render services. Also, according to records, the actions of the alledged victim were entirely in line with someone who had been raped."

So you believe... See More

Reply · 1 · 1y

**Show 6 more replies in this thread**

 **Ron Lewis**
I don't read any legal basis for charging him with rape. The circumstances described would not give any judge or jury the certainty to decide beyond a reasonable doubt exactly what happened.

It seems that what people want these days are charges to be brought for emotional reasons, not for reasons based on known facts and evidence. We see it with all the police prosecutions, but failures to convict, instigated by BLM loudmouths and the pansy DAs who let themselves be coerced into stupid decisions. We see it in the Dem politicians chasing the non-existent Trump/Russia connection.

What has happened to the rule of law in this country?

Like · Reply · 2 · 1y

 **Lisa Parrish Lloyd**
Ron Lewis, good question - emolument, and obstruction of justice for example?

Reply · 1y

 **Ron Lewis**
Lisa Parrish Lloyd You mean "obstruction of injustice," right? There was never any evidence of any collusion; it's all been a political witchhunt and the pols leading it all knew from the beginning there was no evidence and no collusion. So, if someone is persecuting you for no reason and you try to stop it, you're guilty of a crime, right? Just as I tried to bet anyone with some money to put up that there would be no charges brought for colluding with Russia, I'll bet you however much you're willing to lose that there's no charges for obstruction either.

It's all just the pols trying to run out the clock on Trump's presidency by creating a bunch of fake news allegations to distract from the fact that Congress isn't acting on the issues that the voters chose Trump for.

J

Reply · 1 · 1y

 **Iva Loretta Riddle**
I hope the cops are charged with negligent homicide because their negligence led to her death. Anyone telling a rape victim 'You consented, You just dont remember doing it has no business being in law enforcement

Like · Reply · 3 · 1y

 **Suzanne M Crawshaw**
So why does the women have to, according to the police, resort to assaulting the guy, in order to get across to him that she doesn't want sex??? Since when did "the words coming out of my mouth" no longer carry any weight??? Oh, I remember when they stopped carrying weight - the first time a caveman, raped a cavewomen.

11/16/2018       A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP    Document 1-3    Filed 03/07/19    Page 19 of 39

I'm so sorry for what this young woman went through and what her family is going through and will continue to go through. I'm also so sad to know that she will most likely never see justice.

It's true that there are incidences of false rape accusations but the number is so small, so so small compared to the number of rape survivors that don't seek justice because our justice system time and time again puts the defendant before the survivor.

Like · Reply ·   2 · 1y


**Jen Greg**

raped person: I just got raped
police: But did you scream?
rp: what? Yes, I tried to.....
p: But did you scream and kick?
rp: I tried to but he held me down and...
p: also, why did you wait so long?
rp: It's literally been an hour since I got raped.
p: I don't believe you.
rp: How do you not believe me?
p: YOU DIDN'T GET RAPED. you're just a tease.... See More

Like · Reply ·   4 · 1y


**Peggi Lott Douglass**

I'm a native Alabamian, a huge U of A fan, and I love living on Mobile Bay's Eastern Shore. However I am so disappointed in how agencies reacted under big money influence and "good 'ole boy" politics. The U of A - shame on you! Completely failed to support one of your best students in favor of your "rich daddy donater's son". DCH - "no SANE's" - get with it; you serve a large university where rape should certainly be a concern. Tuscaloosa County DA - so WHY haven't you been tracking cases - maybe you don't want to know. Most of all - Tuscaloosa PD - atrocious handling of the investigation. It was apparent that they were biased in favor of Bunn from the start - leading questions to damage her and leading questions to help him. So so wrong! I'm usually a very strong supporter of Law Enforcement, but I gotta say, in this case they really come off as the bad guys!

Like · Reply ·   2 · 1y · Edited


**Kaylie Scott**

I feel so incredibly sick after reading this. No wonder more people don't come forward after things like happen. You should not have to try to sit there and force people to believe you were raped. My God. How backwards are we as a society that this guy got a slap on his wrist and a woman lost her life? The sad thing is, HE probably thinks he did nothing wrong and she was over reacting.

Like · Reply ·   2 · 1y


**Susan Bramlett Reid**

I hope that one day he will need someone & no one will be there to help him. I hope that he finds himself in a hopeless situation with no way out, a true victim. I hope that he endures even halfway of the hell this girl went through. I hope his name is plastered all over media to keep this from happening again, especially since the authorities & school officials do not care to do their jobs. I hope that he loses everything he owns & has no one to turn to for help. I hope that this article is forwarded until he can not go anywhere without anyone knowing what he did. Thank you for bringing light to this!

Like · Reply ·   2 · 1y


**Janette Mcdonald Bentley**

Saying that she wanted to leave is as good as saying NO! Sounds to me that the police should have known something was up when he told them that no one had been at his home the night before. He was clearly lieing, because he knew he was guilty of sexual assault! I have lived in this town for 38 years and I am disappointed in our sheriffs department and the University of Alabama student health services. What happened to this young woman was uncalled for. In the first place, a male officer should have never been questioning her. It should have been a female officer only! Doesn't take a sm.... See More

Like · Reply ·   2 · 1y


**Jean Ann Little**

Learning of this story, I wouldn't send my daughter to U of A even with a full paid scholarship knowing they value a big donor over their students' safety. I am completely disgusted to hear yet another rich good 'ole boy escapes punishment. I hope her family continues to fight and if they can't win in court, then shine a good 'ol fashioned light on these people. When people start boycotting U of A and places

11/16/2018          A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP    Document 1-3    Filed 03/07/19    Page 20 of 39



**Sonya Hill Gillispie**

Let it be before God he is judged. Let him live with it if it is so. Carry that weight on your shoulders the rest of your life if you did this. Most narcissisic can not grasp guilt. It has no room in their dna. But I will say this, you can't pave a road to save your ass! Your business is a joke!

Like · Reply ·   2 · 1y



**Ian Mark Sirota**

My heart goes out to her and her family. No one should have to endure what this poor woman dealt with in the last few months of her life. Rape is the only crime where the victim becomes a suspect as well. Simply horrible.

Like · Reply ·   2 · 1y



**Erika Harvery**

My heart weeps for her and for all the others that have been treated like this. I see myself in what happened to her. A year ago, a man that I lived with raped and beat me, i was in shock, couldn't believe it and started a dialogue with rape crisis. He had had our house bugged and heard that I was going to go report (he had me convinced that no one would believe me because of our living situation) and went and got a domestic violence restraining order against me . When the police came out at eleven pm to tell me i had fifteen minutes to vacate my home, I asked them about my having started fill... See More

Like · Reply ·   2 · 1y · Edited



**Erika Harvery**

oh, i forgot to mention that he had lost custody of his only child for a year three years prior due to his then wife filing domestic violence charges against him. Those facts were never allowed into my case.

Reply · 1y



**Christina Truss**

I am so heart broken for this women and her family. I live in Alabama and had no clue of this law. I have 2 daughters this law needs to change asap!. Rape is rape weather she said no or that she needed to leave thats a no in my book!.

Like · Reply ·   2 · 1y



**Randal Lassiter**

As a man I can't imagine being a woman and having to go through the extreme physical assault of rape (nothing at all sexual about violating a female in this manner) and then all the embarasement of having to talk to other ppl about it, only to be accused of being a felon. Bless her heart and shame on U of A and the sorry ass police for doing this to her. What a beautiful young woman lost too soon. This story disgust me to the core.

Like · Reply ·   2 · 1y



**Patricia Ervin**

This is sad apparently Megan must have been drugged somehow. The police, the university, and the legal system failed this young woman. My deepest condolences to her family.

Like · Reply ·   3 · 1y



**Mike Williams**

I feel like throwing up. She didn't kill herself, she was murdered. Murdered by her rapist, by the police, by the DA, by the university, by the state of Alabama. She was murdered and I sit here feeling helpless and impotent because my anger has nowhere to go. In November the country voted its tacit approval of her murder. Most of my relatives voted their approval of her murder. I find myself wondering if climate change and the extinction of the human species is actually a good thing.

Like · Reply ·   1 · 1y



**Char Smith**

I have to say this because absolutely few ever do, even then it's rarely...WHY keep reproducing when 1 out of every 6 women/girls has been the victim of an attempted or completed RAPE in her lifetime. This is SOMEBODY'S daughter! Oh, I know, people will say, "Well it won't be MY daughter". Because they know this for certain exactly how? Some may say I'm Antinatalist and that's fine. I just can't see 'forcing in' more new lives to inevitably suffer then DIE! And if they live long enough they'll get all wrinkly and saggy, slowed down, often sicker before they finally die-oh joy. Hey, they might even get raped too(chances are pretty high. Also happens to men/boys!). How grateful I am I don't have a daughter or son to have to worry about in this fucked up world!(yeah, there's some good times, but it's also still really fucked up).

Like · Reply ·   2 · 1y · Edited

rape. Victims are affected for the rest of their lives; inability to trust, failed
relationships...RIP, Megan you deserved better...

Like · Reply · 2 · 1y



**Beverly DeBardelaben Griggs**

People this is not just Alabama! I have lived in 2 other countries and 4 states. This is
a story as old as time. Horrific and regrettable are the least offensive adjectives to
describe this. I am an R.N, that has worked in 2 E.R.s in Alabama earlier in my
career. We were taught to do rape kits and collect evidence properly. We also notified
the police and they came to the E.R. To interview the victim. Also there was no
mention in the article of blood alcohol test done on the victim or the accused. Also
the PD is suppose to collect evidence from the accused. Did they? Also no mention
o... See More

Like · Reply · 3 · 1y



**Alicia Prevost**

This may be one of the most horrifying and heartbreaking things I have ever ever
read. Ever. That poor poor girl. It sounds like the rape was traumatic and destructive
enough as it was, and even though she did everything right afterwards, she still
ended up being treated like the one who was in the wrong. I can't even begin to
imagine how she felt.

This is why women don't report, because we all know too well how it's going to go
down, especially if we aren't the "perfect" rape victim. Police expect you to fit the
mould they have from movies...of a girl beaten and left for dead, and anything else,
especially if alcohol was involved, just isn't good enough.

Like · Reply · 4 · 1y



**Lori McCanless Brecheen**

Everything about this case was messed up. Megan was raped by that pig. He is
guilty as sin, and needs the death penalty! Those cops and anyone else who treated
Megan like she was totally at fault are just as guilty as him. This is a case of some
rich snob having influence and privileges. Megan's Life meant nothing to any of them.
I'm sick over this. Completely sick.

Like · Reply · 1 · 1y



**David Ransom**

Unfortunately, even if the laws there had been the same as the ones here in
California, what she did with the wallet and gun were still wrong, and could have put
her in big trouble. She's an honors student with a 3.8 GPA but doesn't show it.

Like · Reply · 1 · 1y



**Josh Perrella**

Im not going to pretend rape does not happen, but this girl had sex that she
regretted. She willing went to the house, she willingly went to the bedroom, she then
had sex and regretted it. Do you know how many guys have had regrettable sex?
That doesnt make it rape. It also doesnt make it rape because she killed herself or
because the guy had money. We cannot go down this path of sympathizing with
every girl who regrets that she had sex with someone. Rape is forced, unwilling sex.
She did nothing to resist by her own admission. This is complete bullshit. There has
to be boundaries to ... See More

Like · Reply · 1 · 1y · Edited



**Christine Gates**

You think that Megan killed herself & uprooted her entire life over one
regrettable sex act? How have you managed to survive your regrettable
sexual encounters? Really? Please tell us all. How did you do that without
involving the police or ending your life? Oh wait, most women would never
do any of that over regrettable sex. That's the difference.

Reply · 1y · Edited



**Jana Vee Byrd**

Catherine Porter- its good to hear there was outrage. Did the sorority offer her any
help. Counseling, legal representation. Correct me if I am wrong but she went to
school in the fall until the harassment made her drop out. My sorority, local chapter
and national chapter would have been a good resource for help as it should be.

Like · Reply · 1 · 1y



**Brenda Duong**

What an angry thing to read at 8 in the morning. There are many reasons why
victims of sexual assault and rape do not report. Going through the legal process,
which can last for long periods of time, reliving the rape/assault, the moment that the
victim wants so badly to forget, having people question you, blame you, etc. The

 **Leslie Cochrane**
I am appalled by the primitive, biased attitudes of victimization and persecution held by these southern neanderthals. The police department is in need of a complete investigation and overhaul - replaced by people who have no history connected to these horrible monsters - the Bunns - who obviously employ - or control anyone with a job in the vicinity of that town. Then the trial should have had a change-of-venue. if any case should be re-investigated, it is this one - but by unbiased, open-minded detectives - if it's possible to find any in that red-neck of the woods. A sure sign that someone is indifferent to needless suffering and the rights of others, is a trophy-hunter.

Like · Reply · 1 · 1y

 **Christine Gates**
Amen!

Reply · 1y

 **Mary Hamilton-Barnett**
When are law enforcement and legislators going to quit turning their backs on victims? When is this travesty going to stop? Why does money make things go away or give people an excuse?

Like · Reply · 2 · 1y

 **Evelyn Alvarez**
I cannot believe the total disregard for this young woman. The ignorance of the police department to say lack of earnest resistance was reason not to charge that rich bastard is beyond all ignorance, Didn't they think that this girl feared for her life if she fought him back, that men are much stronger than women and if they are capable of raping they can be capable of harming and even killing the rape victim. There should be a public outcry in Alabama about this so that they can change the laws there.

Like · Reply · 1 · 1y

 **Linda K. Lynch Gonzales**
Are they 100% sure she hanged her self? Just because you are badly depressed doesn't prove you killed your self! Who Knows? People love cover ups and sometimes will do things worse to fix them! Not saying this is true or what happened!

Like · Reply · 1 · 1y

 **Elizabeth Martin**
It pisses me off that no one helped her!! When she saw a counselor who couldn't help her that stupid idiot should know that ethically, she should help her find another one. And what kind of fucked up law is it where you have to physically harm back to get it proven?! Everything in here is disgusting!!

Like · Reply · 1 · 1y

 **Deanna Clarke**
as a student of UA, i can confirm firsthand the bullying that goes along with reporting crimes. particularly women regardless of the type of crime, but obviously worse when a male is the accused party. i have had to deal with TPD and/or UAPD on a couple occasions and each time, despite me not being at fault, somehow i was held accountable for something or pressed to be lenient. i honestly do not know if it is a gender issue, a racial issue, an age issue, or whatever, but it's ridiculous.

Like · Reply · 1 · 1y

 **Abbie Feith**
I don't get how saying you want to leave isn't No. or why the investigator goes into the room talking to Dunn not about the case but about the fishing trip he just had, he also goes on to say 'man i would probably do the same'. But when in the room with Megan he accuses her of multiple felonies. This is why most rape and sexual assault cases go unreported. Police want to believe its the women's fault not the males stating she didn't fight back, I wouldn't that's how you get physically hurt or killed. Or they say she didn't say No, but ig you have to exclusively say no because I want to leave doesn't suffice.

Like · Reply · 1 · 1y

**Karen Wilson**
I wonder if for anyone who had doubted her changed his or her mind after hearing of her suicide? I can't see anyone doing that if they hadn't suffered a serious trauma, one they couldn't ever imagine getting over.

Like · Reply · 2 · 1y

11/16/2018                                    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP Document 1-3 Filed 03/07/19 Page 23 of 39

Sad story but it began with very random occurrences. Megan had many chances to realize she didn't want to end up on Buns bed that night, beginning from the night out and the walking home alone. Now Bun on the other hand probably did what he would always do if he finds himself in that situation with a 'Megan' that follows through till the bedroom. Violating another person against their will is terrible but I tried to imagine how Megan could give up everything that was going well in her life to pursue this till she pays he ultimate price. It's just a nasty story that didn't have to end the way it did.

Like · Reply · 👍 1 · 1y

**W Leigh Cummings**

 This 'burnt' Bunn, according to his age, might be considered a man, but a real man would never have done this. Hope karma does not visit this dork, as well as those who support(ed) his family. Sometimes the BIG "K" knocks some hell out of people/

Like · Reply · 👍 1 · 1y

**Daniel John Rice**

 "... attract elite students and millions of dollars in fundraising."

The University of Alabama may be the flagship university for the state, but it is FAR from elite. That is a joke.

Try UPenn. Michigan. Caltech. Even a southern school like UVa. Not Bama.

Like · Reply · 👍 1 · 1y

        **Jackee Morgan**
        👍👍👍👍👍 
        Reply · 1y

**Rob Baker**

 They should take them all down from mr. Sweetie all the way down to the police department because they're all wrong they should stand trial because now this girl is no longer living she committed suicide because of this bullshit just because you got a powerful name you ain't about shit you try that stuff down here in Florida you will go to prison mr. Sweetie you piece of shit you if you even sneeze wrong down here you going to prison because whether he knows it or not he's already on radar!

Like · Reply · 👍 1 · 1y

**Hill D Darius**

 That Bunn guy will get his in the end, he's going to fuck with the wrong woman and get his. I don't give a damn who his family is or status the law shouldn't be exempt or favored because u have money, You committe a crime you should face charges. Let that had been a black man he would be in jail doing 25 to life sentence.

Like · Reply · 👍 1 · 1y

**Chyna Raymond**

 So in Texas, if u don't fight back then it's not considered rape? Smh. Do the morons who made that a law know what it's like to be paralyzed with fear to where you're unable to move and "fight back"? Do these morons not understand that a lot of women don't fight back because they don't want to put themselves in a position to be killed? They figure it's better to be raped and remain alive than to be raped and killed. Most of these idiots who made this a law will never know what it's like to be raped, therefore they will never understand that it's not as easy as 1 2 3 to fight off you're attacker. #assholes,

Like · Reply · 👍 1 · 1y

        **Jamie Parks**
        This happened in Alabama, not Texas. (But Megan is from Texas) The law
        relates to Alabama law. Each state has different laws on everything.
        Alabama law needs to change, and so does any other state that has a
        similar law.
        Reply · 👍 2 · 1y

**Anita Hewes**

 This bastard was in his mid 30's, he knew what he was doing and it's called RAPE. He might not get his justice any time soon but God in Heaven will take care of him. His family money cannot sway Gods punishment.

Like · Reply · 👍 1 · 1y

**Lisa Wortham**

 Tragic, wrong, illegal are just a few of the words that come to my mind after having read this article. I am a parent of a 16 year old bot, a grandmother and have a 22

11/16/2018          A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 24 of 39

person, graduated from a university and am retired from teaching for 20 years. Reading this article infuriates me and so much more comes to mind; however I won't include it in this article because you would be shocked. Sad Megan saw no way out other that commuting suicide. I pray for her family and other victims this has affected.

Like · Reply · 1y



**Emma Lucille**

How many times does this story have to play itself out before we, as a society, do something about it? How many women have to kill themselves before the outrage reaches a peak?

Rape culture is real. Protecting the prominent & wealthy is an epidemic. It's time for change.

Like · Reply · 1 · 1y



**Jane LaLone**

What crooked cops! What a crooked DA. What a crooked despicable town! What a pathetic and heartless counselor. That is some hellhole of a backward Southern Good Ole Boy Town. I wouldn't let a child of mine go to that college or live in that swamp of filth Tuscaloosa, Alabama! Everyone there should be hanging their head in shame for protrecting that Rapist Son of a Trump (new word for b*st*ard)!!! PS....No one says "Let's have consensual sex!" Those are the words of a liar!!!

Like · Reply · 1y



**Linda Hassell Hodges**

I'm originally from Tuscaloosa and love my hometown however I am absolutely shocked but not surprised by this situation. What a terrible injustice — just because a prominent family knows "everybody" does not excuse the unacceptable way that Tuscaloosa's law enforcement agency conducted the investigation. Makes me sick to think that once the alleged perpertrator was interviewed, the conversation centered initially around a "fishing trip". Totally outrageous. What happened to this young woman and the way she was treated is a classic example of the "good ole' boy" network in Tuscaloosa County. And to add to that, the University of Alabama did absolutely nothing to assist the victim -- the therapist excused herself because she "knew the family"? Was no one else appointed to work with the victim? Who all droppd the ball in this case? Maybe I'm missing something here? No wonder women are reluctant to report sexual assault.

Like · Reply · 1y



**Joe Darty**

Question, was the door locked or could she just not open it in her haste? It has little or no bearing but I'm curious why the bedroom door didn't unlock from the inside. Another question, why the heck did the counselor who took the report and wrote in these notes that she recognized the assailants name then later meet with the victim and only recused herself after hearing hearing the victim's story? Seemed strange Bunn knew his wallet had been rifled. But clearly the "counselor" knew in advance she couldn't meet with the victim per her notes in the initial report so should have recused herself beforehand. That counselor should be fired, and no follow up by anyone else at the center is atrocious. Also would like to know what's the perp's friend say? Wish she could have been tested for a rape drug. No reason to include the date part of that common term, it's stupid. Rip Megan, God bless you.

Like · Reply · 1y



**Ocelot Carter**

It looks like an older house. Those often have the kind of old-fashioned door lock where you can lock it from the inside and take the key away.

Reply · 3 · 1y



**Joe Darty**

Ocelot Carter I'm surprised I didn't consider that. Thanks! Dubious that he did it still though. Maybe because the friend down the hall. Idk he was apparently passed out so why take that time and precaution. Often they would just leave the key in those I think. Too many possibilities to speculate. Thanks again.

Reply · 1y



**Kimmers Quinn**

i wish i had some quote or quip to nail my point across, but reading this was just, breaking. another amazing life taken away because of rape culture. a girl who was traumatized, being accused by the same detective who asks the rapist how the fishing is.

rest in peace, megan.

11/16/2018      A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 25 of 39



I spent 15 years in Tuscaloosa. I was at the University as advisor of the student newspaper. This story is shocking and incredibly sad. I'm now in Texas but haven't heard of this story. What a sad reflection on Tuscaloosa police and the good ol' boy network.

Like · Reply ·   1 · 1y

**Beverly Riddle**

This man should be punished to the full extent!! If they can't do it in Tuscaloosa then they should have it moved somewhere else to try him and convict him! Having money or influence should not be the all go for rape ! You have no right to hurt an innocent girl or guy period! If you do this you should have to pay! Regardless of the money our family might give to the college or town ! That's the problem in this world money should be more important than what he did!! NO IT SHOULD NOT! he needs to pay for this and her suicide should be murder on him he drove her to it

Like · Reply · 1y

**Dianne Miller**

Making a comment is not going to help. Neither is posting his picture and saying things about him. The University is one of the problems. They should be sued. It is just like foot ball players if they get in trouble they smooth things out by the big wheels in Tuscaloosa and the people who are the biggest contributors of the University. The second people to sue are the city police department. As Tuscaloosa is home to a large university and being in the top FIVE cities with the highest drug (Herion) in the united states you would think have a rape center and rape unit. The hospital should follow the rape procedures the same as every hospital should be doing. Everyone knows it is who you know in big cities when a crime is comitted. Money talks. Not right I know. This Case seems to me like a bluf and a top lawyer might could break that whole town up!!! Establish a rape investigation unit!! Today Tuscaloosa!!

Like · Reply · 1y



**Sush Chivukula**

It's absolutely absurd that the only way that the authorities claim they can recognise a victim's DISSENT to sexual advances is by her explicit statement of "NO".

Sometimes that happens, but more often than not it does not - after all sexual assault occurs in seriously compromised circumstances for the victim. And we as a species communicate far, far more through non-verbal communication than through words anyway.

in some circumstances, it is life-threatening to speak. In others, there isn't an opportunity to verbalise acceptance or rejection of those advances. And in ones like this one, the perpetrating rapist is incapable and/or unwilling to and recognise and understand body language. So what then?

Prayers for Megan to receive justice posthumously....what a tragic waste of incredible good and potential to the world her death is.

Like · Reply · 1y

**Julie Spitale**

Ho got away with this because of Alabama law. "Under Alabama's archaic rape law, victims must prove they "earnestly" resisted their attackers". Alabama has a lot of stupid, outdated laws. She shouldn't have had to fight him off with martial arts, a kick to the groin, bites or scratches. Saying NO should have been enough but not so in Alabama. People of Alabama, demand that the law be changed.

Like · Reply · 1y · Edited



**Gabrielle Martin**

This story makes me SICK TO MY STOMACH. Its so sad what our world has come to. This series of events should have never ever happened to this sweet young lady. She was treated like the criminal when she was the victim. That peice of trash should rot in jail along with the police who accused and alienated her. Praying and hoping to God that her family eventually get some sort of justice.

Like · Reply · 1y



**Glenda Benefield Myers**

She had her phone. Why did she not call 911? If she had the capacity to text friends she could have contacted 911. And before you jump on me, I am not defending the guy. And I am not blaming the victim. But here are leasons to be taught on every side of this. There are fundamental rules to live your life by for your own protection, male and female. Don't get in the car with strange men. Don't bring strange men to your room. And certainly don't bring them there and then drink with them. Don't put yourself at risk. For goodness sake DCH get a SANE nurse in your facility.

Like · Reply · 1y

A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

with college students, STUDENTS come first. Big name in town? Fuck that. I will continue to fight, especially for women like Megan.

Not trying to blame anymore either, but as a future Mom, I would do anything for my daughter and advocate for her as much as I can.

Like · Reply · 1y



**Maggie Hillhouse**

Not everyone in Alabama believes in the archaic law. Some of us (myself included) hate it. Consent is mandatory. Not optional. So please don't think that all alabamians think this way!!

Like · Reply · 1 · 1y



**Jamie Lou**

I wonder if Bunn will suffer a severe case of Alzheimer's. And that it could have been cured by Megan's research and work she was doing on Alzheimer's. Maybe he'll have a spotty recollection of being raped in the a$$ and no one will believe him. #karma

Like · Reply · 1y



**Austin Wigley**

So she burglarized his house, his car, shot a gun at his house, admitted on-record to these felonious acts but the real reason she can't sue is because he's rich? Get real, she horribly sabotaged her own legal case by claiming to be perfectly coherent (but she can't remember half the night and stole a gun, fired it, then abandoned it).

Like · Reply · 1y



**Katherine Nye**

Do these people not understand that if she (or any victim of rape) do actively resist and fight against their rapist, they could end up dead? There's such a thing as complying out of fear, and that is VERY different from consent.

Like · Reply · 1y



**Dodie R. Williams**

Another case of the "good ole boys" working for each other. Had the assailant been anyone other than a weathly, high society member the story would be totally different. So very sad.

Like · Reply · 1 · 1y



**Katie Olson**

This is a tragic story, that this poor girls mental health drove her to such a dark place, however I cannot see how everyone is so passionate this was rape. It sounds to me like this girl was intoxicated and something may have triggered a mental break. Possibly drugged but doubtful. How is the state supposed to prosecute a man for rape when the girl took him to her place willingly, willingly went to his place, to his bedroom, was conscious enough to know she was being "raped" however in her own admittance, did not put up a struggle or even so much as say no?

The road this man took was not ne... See More

Like · Reply · 1 · 1y



**Newman**

I agree with what you are saying except one thing. There is no way anyone can know what was actually discussed at the University counselling center as it is protected by HIPAA laws. The University claims she was referred to someone who did not have a conflict of interest since the initial counselor knew the accused (which is protocol).

Reply · 1y



**Donna LePrell**

Thank you for writing this piece, Katie JM Baker. It's a shame Megan Rondini's name is now associated with Bunn's since he used his clout to ruin her. Your investigative journalism gives her the voice she never had while alive.

Like · Reply · 1y



**Janette Ansolabehere**

I have heard police talk about rape and advise that physical resistance is inadvisable when it is clear it has little chance of stopping the assault because it sometimes leads the assailant to up the ante and the victim ends up beaten or even dead.

Like · Reply · 1y



**Mary Agy**

I never reported mine on account of a friend who did and was ostracized brutally so much so she dropped the charges. I just kept my mouth shut. It's been 10 years and

11/16/2018　　　　A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP　Document 1-3　Filed 03/07/19　Page 27 of 39

Questions I had few much had the legitimacy of my story. I didn't want to go for fear of being called a liar like my friend was.

Like · Reply · 1 · 1y


**Nicole Beaver**
I say we get justice for her. I live outside of the states but I don't in the least bit think it matters. A girl killed herself, a girl with so much potentional and good in her heart and a man walked free because of his Daddy Warbucks.

Like · Reply · 1y


**Liz Long Stipe**
Tuscaloosa law enforcement, Asshole Bunn, his entire family, Kathy Echols, Josh Hastings, UA Tuscaloosa and too many others to name...I pray you get everything you deserve....which is to rot and burn in hell. God WILL deal with you all.

Like · Reply · 1y


**KC Landon**
Seems like we need to find some sort of decent balance — many of the commenters here are probably too young to remember the Duke lacrosse case, where several young men with promising futures found themselves derided nationally for what was ultimately proven to be a lie. This case is disgusting, no doubt, but make no mistake, every state and many campuses have "important families" whose progeny get a pass on illegal behavior. In my opinion, it was the identity of the perpetrator here that had more to do with the failure to make a case against him, because a skilled prosecutor could absolutely make this case stick, in spite of the law's language.

Like · Reply · 1y


**Mark Morrison**
Reading the article, it appears as if there was never any real proof that he raped her. If he did, he is a horrible person and I hope he burns for it, but I am unsure what the author of the article wants from the legal system? We can't just throw people in prison without proof of a crime, and his case went before a jury...who declined to indict. What does the author want? A world where someone only has to claim that someone committed a crime against them in order to get them locked up? That's just not the way it works.

And while I am certainly not saying that this woman faked it or was lying... See More

Like · Reply · 3 · 1y · Edited


**Darlene Rotch**
Such ridiculous and tragic effing BS. My heart goes out to her family--and the hospital in Tuscaloosa does not adhere to standard rape reporting practices? WTH people. How crazy is that?

Like · Reply · 1y


**Camiyah Jordan**
I was transferring universities and an academic counselor came over to my apartment supposedly to pick up my current university transcripts.
Once at my apartment, the counselor made himself comfortable on my love seat which I proceeded to retrieve my transcripts from off the top of my computer desk. As I head back towards the living room, I noticed how the counselor had made himself even more comfortable sitting on my love seat sofa by taking off his suit jacket and tie and unbuttoning his shirt.
I hang him the envelope containing my transcripts and he asks for something cold to drink. I tell... See More

Like · Reply · 5 · 1y


　**Deborah Hinson Kelly**
　I am so glad you escaped from that predator.

　Reply · 2 · 1y


**Emilee Milton**
She didn't fight back by hitting or kicking him so that means she wasn't raped? WTF?

I'm so sick of these towns and the "good ol' boy" mentality. Things need to change and change fast!

Like · Reply · 1y


**Katharine Sullivan-McCudden**
So they wanted her to kick and fight him, when he had a gun in the room and she would of put herself at more risk. She said she didn't want to, I do see how she could of hit him without putting herself at more risk, he could of killed her.

Like · Reply · 1y

through it! Everyone that ignored her, turned a blind eye and were morally WRONG
... through, they played a part in this girl's death. And regardless of how
she took her own life, God knows and sees EVERYTHING, you will NOT Escape his
judgment and his vengance. Your day will come......

Like · Reply · 1y



**Kendall Powers**

My heart hurts for this girl. This is rape culture, folks, plain and simple. The victim
being blamed and then being treated like the perpetrator. The specific things
someone must say or do to show that they don't consent to sex, The endless twists
and turns in the legal system that make people end up giving it up entirely. And the
rich white boy goes free without so much as a slap on the wrist while the victim loses
absolutely everything.

Shame on the university, the police, the courts, and the state of Alabama for not
helping her. Shame on the Bunn family for using their wealth and status to cover up
an egregious crime. And to "Sweet T"...Burn in hell.

Like · Reply ·   2 · 1y



**Tori Stewart**

And BuzzFeed continues to talk out of both sides of its mouth. Glorify and normalize
porn, which DIRECTLY contributes to the rape culture we see in this article. Check
out the (secular) work done by Fight the New Drug and find a REAL solution to
objectification, disrespect towards women/children and an answer to the thriving rape
culture you allegedly don't support.

Like · Reply ·   1 · 1y



**Newman**

Excellent point!! Spot on! Their ads are full of sex yet they feign outrage at
the allegation of one sided rape story. Gossip media at its finest!

Reply · 1y



**Moriah Reyes**

It seems to me like no one was listening before but they're sure as shit listening now.
And I don't even want to think about what it means if everyone involved in this case
got what was coming to them.

This is just horrible.

Like · Reply · 1y



**William Ball**

This case is so similar to that of Mike Tyson's rape case and the rich white guy ends
up with a free pass. What a crock American justice can be when the authorities can
be bought off by the well connected . . .

Like · Reply · 1y



**Lisa Mitchell Barron**

Why in the hell are all laws in ALL states not reviewed and updated!!!! There are still
so many antiquated laws on the books in every state that are absolutely ubsurd!!!
This is outrageous that "the good ol' boy" philosophy still exists!!!

Like · Reply · 1y



**Rick Saltalamacchia**

This Bunn guy and that investigator Jones are just the start of the list of people that
disgust me. In what world is it not considered rape unless she was violent back
against him? She said no, that's all it matters. This Bunn dude deserves be behind
bars. I'd love to see how he would survive in jail.

Like · Reply · 1y



**Robert Houghtaling**

This story makes my heart hurt. Not only did he get away with rape, he basically got
away with murder too. Her suicide was a direct result of the abuse he inflicted on her.
Tragic.

Like · Reply · 1y



**Rich Rozefort**

We need to change the culture that treats victims as though they are guilty. We need
to give victims the courage to come forward, and we need to support them. And we
definitely need to stop protecting the cowardly savages who commit these crimes.

Like · Reply · 1y



**Ann Tyra Warman**

Money talks     Sad to say, this Bunn character will likely get away with more
incidents like this as well as other crimes, until karma rears its ugly head in his face.

Like · Reply · 1y

statistic that 90% of ALL college females are sexually assaulted US wide this stat
has been replicated in over 8 separate studies. Also the response of all colleges
was either nonexistent to feeble - despite Federal law requiring all assaults to be
reported to the police. But here the actual police attitude belongs to the '50's era of
blame the victim. There needs to be JUSTICE for all women regardless of the
survivor or suspect/s. My thoughts & prayers are with the family, friends & all rape
survivors.

Like · Reply · 1y



**Margo Maseman**

Another woman raped, defeated and dead because of the "Good Ole Boy: system.
What a travesty. It is so common for the female victim to become victimized, not to
mention the power, influence and wealth that was also used against her.

Like · Reply · 1y



**Mike Faulk**

As a former student journalist at the University of Alabama who tried to cover rape
culture and was opposed strongly by the administration of Robert Witt, sadly I am not
surprised to read about this.

Like · Reply · 2 · 1y



**Abbey Fragosa**

All University of Alabama female students and their parents need to read this article
and withdraw from UA and leave the state. I'm disgusted that the enitre state is
complicit in this!!

Like · Reply · 1 · 1y



**Memo Grajeda**

In my opinion, states that still have the death penalty should give it to convicted
rapists. What kind of sick bastard would that to someone? Again, that's just me.

Like · Reply · 1 · 1y



**Leslie Bonilla**

"Eamest resistance" is such a stupid qualification for a rape to be considered rape. If
you punch, kick, bite, etc someone who's trying to rape you, it's likely that they'll
injure you- incapacitate or even kill. The whole situation seems terrifying, and then
police want victims to attempt to attack someone who's stronger than them on top of
it? like okaay, sure.

Like · Reply · 3 · 1y



**Roy Lay**

God, I hate police, and rich punks who feel entitled to just use other people. I wish I
believed in Hell, so I could take comfort in these bastards going there.

Like · Reply · 1y



**Carolyn Malone-Phillips**

My daughter was raped by a masked rapist while in college. She did not tell anyone
until it was too late to get DNA evidence. She was ashamed & embarassed. She
wondered what she did wrong. He threatened to kill her, her roommate, me & her
daddy. She has suffered from PTSD for years. Even though it has been 25 or so
years, it still has an effect on her. This happened in an university town in MS. I do
have to say that the local police tried to help. All women regardless of age need to be
taught how to protect themselves & report all sexual assaults. My prayers go out to
this family.

Like · Reply · 1y



**Shl Fraz**

It's clear he raped her and used his money and influence to keep from being charged
for it. When all those involved are in a place where they have to account for their
actions. This will be at the top of the list.

Like · Reply · 1y



**Kim Maxmo**

Reporting rape is an ordeal all over the world. In some countries more than others.
But always an ordeal.
It's not ralistic to demand that every victim react in the same way, and the _fright_
part of int is often underplayed.
Anything exept for explicit consent has to be considered rape.
In this case, part of the outcome - an innocent woman taking her life - could probably
have been avoided by changing the gun laws in the state (country).
Other countries with stricter gun laws do tend to have less murders, aswell as less
accidental deaths.

Like · Reply · 1y

bastards face all over social media and put pressure on that whole town to change
this way, FL cities, neighborhood people.. toilet media.. ??? by power
weapon, it is up to us to help Megan continue her fight here.. everything that
happened here is just wrong, there is not one thing that anyone did to help her, we
need to help her the best we can and put his face everywhere, leave your messages
on the PDs website,the courthouses website, the universities website, even the
bunns website if they have one,if they don't use yelp on reviews anything where the
more people that see it the more people will know, pressure from us will make this
widely known, expose what is going on here and keep the pressure up, keep sharing
his face all over, if you share and 2 people share maybe 2 more and 2 more, it is up
to us to make this as public as we can.. prayers for the friends and family of Megan..

Like · Reply · 1 · 1y · Edited



**Janine White**
I cried reading this. Poor woman. I can't imagine her pain. This world we live in is a
cold and sick place where the evil prevail and innocent lives are forfeit.

Like · Reply · 1y



**Jennifer Renae Allen**
This makes me physically ill. The entire state of Alabama should be held responsible
for her death...they had nothing in place to protect her or help her. The police are
assholes. The monster who raped her should be tried for man Slaughter at least. He
did this to her. They all did. Our society did.

Like · Reply · 1y



**Alejandra Catarino**
He fucking drugged her and took her home, its obviously not the first or last time this
piece of shit has done this either

Like · Reply · 9 · 1y



> **Irene Spencer**
> Right. He's a wealthy "business man" hanging out where the young college
> girls are, buying them drinks? Sounds like it might be his favorite "fishing
> hole". I'm certain this has happened before, just not been reported.
>
> Reply · 1 · 1y



> **Beth A. Maher**
> Irene Spencer Z
>
> Reply · 1y



**Paula Hickey**
Appalling that a university city this size does not have a dedicated sexual assault unit
with female officers and the hospital is even more appalling to not have SANe nurses

Like · Reply · 1y



**Jacob Venable**
A tragic story. Unfortunately, rape is quite difficult to prove, especially with how
promiscuous kids are these days, and it gets worse when alcohol is involved.
Everyone in this story made serious mistakes: Bunn, for being a rich prick who can't
keep his hands to himself, the police for fumbling this case with buttered thumbs, the
hospital for failing to test her blood for drugs, and unfortunately Megan, who broke
into his car and stole some possessions, as well as underage drinking. Was she
drugged? Possible, even likely. Her blood should have been tested. At the same
time, though, it ... See More

Like · Reply · 2 · 1y · Edited



**Ron Lewis**
The lesson to be learned here is that people should not put themselves in harm's
way. You don't walk in the middle of the freeway and blame the cars that hit you. If
you don't want to have sex with some guy, don't invite him over to your home after a
night of drinking, give him even more drinks, then go with him to his home and
willingly go to his bedroom. SYK, ANY drunk guy is going to get the idea you want
sex in that scenario.

Like · Reply · 2 · 1y



**Sandy Goldstein Brodsky**
So sad. The police put the words in Bunn's mouth giving him the answers to make
him innocent. Megan didn't have that luxury. Tried to turn rape case into a crime
against her. Bunn gets to continue to live high while Megan doesn't even get to live.

Like · Reply · 1 · 1y



**Dave Baker**
"Oh Alabama
Banjos playing

hear in white robes
Hear the banjo
Don't it take you down home?"
Like · Reply · 1y



Michael Munger
It's easy to pick on Alabama, but this cound (and does) happen everywhere.
Reply · 5 · 1y



Sheila McCorkle Tiner
The system totally failed this young lady. Unresolved physical assaults do cause PTSD. This department needs training. Money talks.
Like · Reply · 1y



Daniel John Rice
"questioning her for multiple crimes she wasn't even aware she had committed."

The article seems to gloss over this. What exactly did she do?
Like · Reply · 1y

Mark Morrison
Stole a few bucks, a gun and fired it.
Reply · 1 · 1y



Karyn Chatelle
This breaks my heart, I hope that there is justice for Megan. Your story will be told in hopes that things are changed to protect all victims!
Like · Reply · 1y



Ron Lewis
Sad that articles like this get published. Sad that so many people commenting here have absolutely no clue how the legal system works. Sad that so many people here are willing to convict a person based on no evidence that a crime was even committed. Sad that all of you want police officers fired, DAs not re-elected, etc., for doing their jobs correctly.

None of you can name anything the police did wrong, from a legal perspective. Apparently, you wanted the police to fabricate evidence to frame the guy, and you want the DAs to charge people and put them on trial with absolutely no chance at getting a conviction. What a waste of taxpayer money, and it opens up the city to a very winnable lawsuit for malicious prosecution, and millions of more wasted taxpayer dollars.
Like · Reply · 2 · 1y



Melissa Manica
Another reason why the south is so behind on the times. Racism, homophobia and backwards rape laws. I wish the south had succeeded and was separate.
Like · Reply · 1y



Jim Miner
All the more reason to stay away from small town, shiatheet america.

f these garbage people, they're going to be paying through the nose.
Like · Reply · 1y



Melissa Sparks Lerro
Wow Almost all of these comments are coming from people who don't have a clue. Sad story and hate it for this girl and her family.
Like · Reply · 1y



Eliza Cunniffe
1904 University Blvd.
Tuscaloosa, AL 35401

^A contact address for TJ Bunn, He deserves to feel violated, even if only through mail.
Like · Reply · 1y



Angie Brunk
I get that some states have fucked up rape laws and frankly, I think it is better to be upfront with victims and not put them through a trial if chances of a conviction are slim. HOWEVER, the police, the university and the therapist all had choices to make WRT how they communicated this ugly reality with the victim. They all chose poorly. Parts of what astounds me about this case is they could have acknowledged that she

A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect
conspiracies, but part of me wonders if this is the outcome they wanted. A victim of a
[...] properly [...] to [...]

Like · Reply · 1y


**Elizabeth Zinchuk**

I hope Megan found peace and I hope the dirtbag who raped her gets what he
deserves. There needs to be serious reform so this never happens again.

Like · Reply · 1y


**Allyson Cochran**

Thank you for writing this article.

Like · Reply · 36 · 1y


**Attia Rante**

Rape culture will not change. How many more women have killed themselves over
treatment like this?

Like · Reply · 10 · 1y


**Alan Shaddix**

Pretty sad when you have to tell your daughter that goes to Alabama to "NEVER,
EVER DRINK ANYWHERE BUT HOME BECAUSE SOME RICH SHITBAG LIKE TJ
BUNN MIGHT RAPE YOU".

Like · Reply · 1 · 1y


**Kayla Dróz**

Terry Jackson Bunn can be reached at 205-345-4342 or at 1006 Pinemont Dr N
Tuscaloosa AL 35406-2133!

Like · Reply · 4 · 1y


**Jessica Wardley**

It sounds like the men were sticking up for each other.

Like · Reply · 3 · 1y


**Allison Reid Peacock**

If you're on Twitter you might join me in tweeting @Outdoor_Alabama to let them
know about their board member.

Like · Reply · 6 · 1y


**Morgan Anderson**

I knew who the man in this article was before I even saw the name. What does that
tell you?

Like · Reply · 4 · 1y


**Edlyn Kalman**

Where is the picture of Bunn? Show him and shame him, I say

Like · Reply · 3 · 1y


**Kayla Dróz**

Don't ask how, but I have Terry Bunn's phone number and address. Hopefully's TJ's
father can comment and admit his son's wrong doings

Like · Reply · 2 · 1y


**Abigail Winchester**

That won't do you any good. I mean, unless your Dexter and you can make
this guy vanish.

Reply · 1 · 1y


**Kayla Dróz**

Abigail Winchester maybe someone will ask me for the info and they can
message Terry. Maybe they'll get more answers

Reply · 1y


**Colleen Keith**

Bunn killed that girl. Tuscaloosa police killed that girl. U of Alabama killed that girl.

Like · Reply · 16 · 1y


**Allison Reid Peacock**

Yes. They did. I've watched first hand as Megan and her whole family have
battled to bounce back from conditions that would have ended many of us. It
sickens me to read the comments of the mindless apes who didn't know her
or know the family. How anyone can't understand what a woman would do to
escape being held captive is unfathomable to me. Those that call her
"unbalanced" are ignorant. She was one of the smartest and most balanced
[...]

11/16/2018                A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP   Document 1-3   Filed 03/07/19   Page 33 of 39



**Rachel E Taylor**

Allison Peacock I'm so sorry for your loss, and society's loss. Megan sounds like she was a high-quality person that was quite beneficial for her community. This Bunn family sounds like the complete antithesis of Megan. It's my sincere hope that Megan's experience will continue to help expose this family for the shitbags they are, and save another person from a similar experience at the hands of this narcisistic predator.

Reply · 2 · 1y



**Charlotte Sellers**

Stop blaming everyone else. That girl killed herself. She was hundreds of miles away from this creep and he wasn't stalking her. Plenty of women are raped. Most don't kill themselves over it. Please read statistics as 1 out of 10 college students think about suicide. Most don't act on it. Her last message to her friend in Alabama was she was miserable at SMU and wanted to go back to the way things were. She talked about missing her friends, not being depressed over a rape.

Reply · 1 · 1y



**Nick DeHart**

I wonder how many other girls this douchebag raped that haven't come forward.

Like · Reply · 2 · 1y



**Sharon Wyckoff**

The world is run mostly by fucking men. Your right we should take control and fight for the Megan's and all other women who are raped by these pigs . Our society has made us look like whores questioning us like we were wrong after having a violent crime committed against us. No wonder women are afraid to come forward. It sickens me. What about some respect and self control on the fricking mans side. See a woman who might need some help instead take advantage of her perhaps drop a pill in her drink. God help these assholes that led to the death of this poor young girl . I am also a rape victim.

Like · Reply · 2 · 1y



**Janet Hasty Hartmann**

This is wrong on so many levels...God bless her family.

Like · Reply · 1 · 1y



**Jamie Romines**

Oh, did he dislike his car being rifled through, his gun handled and his $3 taken without his consent?

Like · Reply · 1 · 1y



**Catalin Braescu**

The fact she claimed being "bullied by police" shows how big the distance was between her claims and the reality.

Like · Reply · 1 · 1y



**Will Matthews**

when are dumb girls going to stop getting drunk with idiot male counterparts?

Like · Reply · 1 · 1y



**Allyson Uzelac**

I have no words to express how angry and sad for Megan and her family I am.

Like · Reply · 1 · 1y



**Mike Ho**

Maybe I'm off base here, but I truly believe that men shouldn't get to define what rape is.

Like · Reply · 1 · 1y



**Susan Williams**

My heart Breaks for the pain and shame that Megan went through and the loss her Family must live with�

Like · Reply · 1y



**Sinéad Buckley**

Thanks TJ Bunn for proving once again that rich white men are at the 'top of the food chain' in America...

Like · Reply · 1y



"A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP    Document 1-3    Filed 03/07/19    Page 34 of 39

by Bunn to stop her from talking


**Alex Dalton Little**
As long as Ol' Nick Saban wins another championship, everything will be right as rain.

Tuscaloosa is a cesspool.

Like · Reply · 1y


**Laura J Maltman Wilson**
we are not treated as we asked for it! We are never a victim the men say we asked for it!

Like · Reply · 1y


**Liz Gomez**
Leave Christina alone! (Chris crocker voice).. Seriously people do you not see that she already been told she misread the post by like 15 people? Jeez calm down. Not everything and everyone needs your opinion and /or correction

Like · Reply · 1y


**Donna Brown Oliphint**
Devastating. The videos show how differently the police treated Megan and Bunn. Imagine if Megan had been from a prominent family instead of Bunn. Changes have to be made.

Like · Reply · 1y


    **Charlotte Sellers**
    You saw one nano second of each video. The officer simply asked her why she took the gun, With him, he stated how they had been professional in handling the case and the officer stated if he was on the other side, he would want the same treatment. (But people are interpetting that as giving him a pass because he's rich.)

    Reply · 1 · 1y


**Sandy McKinney**
This is absolutely disgusting. I thought the calendar said 2017. Guess they're using a different one in Tuscaloosa.

Like · Reply · 1y


**M Patricia West**
and there were no comments about how often Bunn has done with with other women.

Like · Reply · 1y


**Pauline Genevieve**
Man what I would've done to this guy he would've wished his poor soul was never born.

Like · Reply · 1y


**Karen Gonzalez**
FYI...Kathy Echols also has a facebook page. Her privacy settings are so that you can only comment on her posts!

Like · Reply · 1y


    **Beth A. Maher**
    She has shut her page down!

    Reply · 1y


**Calla Nelson**
They fucking failed her. That's all I'm going to say, is that THEY FAILED HER. Now excuse me while I go cry for this unnecessary death. RIP

Like · Reply · 1y


**Jessica Trujillo**
This is awful. And exactly why so many instances of rape and sexual assault go unreported.

Like · Reply · 1y


**Belle Myer**
The only thing we can do is not go anywhere near these states. If you do and youre attacked youre not protected. Hell, these same people screamed about North Korea and look at what they did to this girl. Fuck you, Roll Tide.

Like · Reply · 1y · Edited

George Gray

11/16/2018      A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP Document 1 Filed 03/07/19 Page 35 of 39

how did Ryan obviously commit an error lie in court about the mentally handicapped few have to screw everything up for the ones who are really assaulted,

Like · Reply · 37w


**Darlene A Force**

Sitting in NY, I wonder where all the backwards idiots who voted for Trump are. Now I know

Like · Reply · 1y


**Ashley MacCubbin**

We need to teach Bunn Jr and that wack job investigator Adam Jones they are disgusting

Like · Reply · 1y


**Paul Williams**

So sad to read about Megan losing her life because she was violated by some spoiled rich dude. SMH

Like · Reply · 1y


**George Gray**

Sounds like Tuscaloosa police/investigators/legislators have adopted Sharia law. Exactly how does a rape victim prove they tried to fight off their attacker? In Sharia law unless the victim has a witness they are the criminal. Exactly how this woman was treated by the system.

Like · Reply · 1y


**Mary Reid**

This is so horrifying!! Praying for peace for her family and her friends.

Like · Reply · 1y


**Crystal Wilson**

Awful. If anyone deserves jail it's scum like that man,

Like · Reply · 1y


**Jennifer Ramirez**

This is beyond messed up, she did the right thing and it failed her

Like · Reply · 1y


**Leonard Bidwell**

This article makes me continue to lose faith in the police and the criminal justice system,

Like · Reply · 1y


**Anne-Marie Harrison, Writer**

Such an infuriating and heartbreaking—although, sadly, not surprising—story. Really well reported, despite the harrowing topic,

Like · Reply · 1y


**Lindsey Malcolm**

Tuscaloosa County Sheriff's Office has a Facebook page:
And you can leave a review...

Like · Reply · 1y · Edited


**Anastacia Dawkins**

I have almost no faith in the judicial system. Smh. This was so sad to read.

Like · Reply · 1y


**Donna LePrell**

Thank you for writing this piece, Katie JM Baker. It's a shame Megan Rondini's name is now associated with Bunn's since he used his clout to ruin her. Your investigative journalism gives her the voice she never had while alive.

Like · Reply · 1y


**Vi Puhstushin**

It feels like open fucking season on women.
FUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUU
UUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUUU
UUUUUUUUCK

Like · Reply · 1y


**Deborah Hinson Kelly**

Where is Olivia when you really need her?

Like · Reply · 1y

11/16/2018    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP    Document 1-3    Filed 03/07/19    Page 36 of 39

(205) 752-8195
Like · Reply · 1y



**John Senchak**

articles are to damn long GET TO THE ###### POINT !

Like · Reply · 1 · 1y



**Lily Ng**

Horrible situation for Megan. I hope her family finds justice.

On another note: "Although she did not 'realize' she committed a crime does not negate the fact that she 'did' commit the crimes." Is this how we're treating Trump? We're holding a college student to a higher standard.

Like · Reply · 1y



**Edna Campbell Brooks**

It all depends on who u are and how much money is in your bank account.

Like · Reply · 1y



**Wendi Ann Hall**

So many people failed this girl!!! VERY SAD!!

Like · Reply · 1y



**Teresa Manley**

money talks

Like · Reply · 1y



**Paul Stew**

Captain Gary Hood - 205 - 464 - 8640

Like · Reply · 1y



**Andrea McDaniel Albert**

Oh, Alabama. We expect nothing less from you.

Like · Reply · 1y



**Katie Marie**

Funny how ST Bunn Construction's website has been taken down...

Like · Reply · 1y



**Jessica Kelly**

This is devastating and infuriating.

Like · Reply · 1y



**Deborah Hinson Kelly**

I think this creature spiked Megan's drink with rohypnol.

Like · Reply · 1y



**Jill Fisher Lancaster**

Such a travesty    . Why was she treated like a criminal.

Like · Reply · 1y



**Charlotte Sellers**

Maybe because she commited a felony? She stole a gun, she discharged that weapon. That is a felony in Alabama. Like it or not, don't complain about injustice with him committing a crime when she herself did something rather stupid.

Reply · 1 · 1y



**Shelia Scott-Sasser**

Charlotte Sellers it's clear to see where your allegiance lies, from your Facebook picture to Place of employment. Putting aside all the rest, why would a 34 year old MAN be hooking up with a 20 year old? There is definitely something sinister abut it all.

Reply · 1y



**Nikki Dunst**

Poor girl    my heart goes out to her family

Like · Reply · 1y



**Patrick Judge**

Why don't her family kill this man they should

Like · Reply · 1y



**Charlotte Sellers**

If he is dead, they can't collect his money. That is why

11/16/2018                    A College Student Accused A Powerful Man Of Rape. Then She Became A Suspect

Case 7:19-cv-00403-RDP    Document 1-3    Filed 03/07/19    Page 37 of 39

so sad. Poor thing.

Like · Reply · 1y

 **Christine Candelaria**

This makes me sick.

Like · Reply · 1y

 **Mel Lee**

Why are women and their vaginas so disposable!

Like · Reply · 1y

 **Ashley Nicole Duke**

R.i.p. beautiful angel. So so so sad

Like · Reply · 1y

 **Sarah Pink**

This is fucking disgusting. What the goddamn hell.

Like · Reply · 1y

 **Lisa Martin Simakas**

a terrible injustice

Like · Reply · 1y

 **James Lester**

Another black eye for SPUAT

Like · Reply · 1y

 **Sharon Wyckoff**

It is a violent crime!!!!

Like · Reply · 1y

 **Christian Johnson**

good job police �

Like · Reply ·    1 · 1y

 **Billy Jack**

Almost sounds like Islamic Sharia law has made it to Alabama.

Like · Reply · 1y

 **Trace Yates**

he calls himself Sweet T. Case Closed.

Like · Reply · 1y · Edited

 **Sticking Your Dick Into a Toaster To Go To The Animu World**

lol

Like · Reply · 1y

 **Christine Gates**

The bottom line with sexual assault is that a person can wait to have sex with someone. If it's meant to be & mutual, waiting will not change those feelings. If that doesn't happen, officials should ask those accused why they didn't wait for a time where both parties were mutual & agreed on having intercourse.

Another thing is that a person should always ask the person they are with if they are OK & if they are alright just so they know it is mutual. Never once did my rapist ask me how I felt or if I was alright. Never. Hours went by without a sound. I think that is a true detector of rapists… See More

Like · Reply · 40w

 **Julius S Reinhardt**

People...this is alabama...backward ass armpit of the universe sort of place. Just the sort of place a rapist would thrive in. I mean, they're about to elect a pedophile to the senate aren't they ?

Like · Reply · 50w

 **Amanda Sargent**

This is fucking horrible. Every person who has asked why a woman hasn't come forward sooner needs to read this article. And I seriously feel like punching that cop in the face who decided she wasn't raped because she didn't punch or kick him! Hey dumbass, she was a young woman alone in this guys creepy ass house. She likely didn't want to murdered.

Like · Reply · 7w

 **Dang Ph**



 Ellyn Dale
Fuck America.

Like · Reply · 1y

 **Will Comeaux**

White male privilage wins again .... being white, wealthy, and male in Alabama is a
license to pretty much do anything you want and get away with it. If this was a black
man that wasn't a starter on the football team, he would've been given life
immediately. I hate Alabama ... always have and always will

Like · Reply · 39w · Edited

 **Shannon Michelle**

Why don't women go to the police? This right here is why. Ignorant, misogynist good
ole boys who look out for rapists and treat women like criminals.

Like · Reply ·    2029 · 1y

 **Sofia Martinez**

Christina Hyde Eaton Please read again what she said...

Reply ·    234 · 1y

 **Claire Rosen**

I think she means that this story underscores why many victims don't report
being assaulted. There is a strong possibility the authorities won't take them
seriously and might even turn on them or further traumatize them.

Reply ·    139 · 1y

 **Ashlie Mahlen**

Christina Hyde Eaton Did you read the article? She went to the police and
they turned it around on her and threatened her with a felony...

Reply ·    54 · 1y

**Show 10 more replies in this thread**

Facebook Comments Plugin