# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **ADAM JONES** *and* **JOSHUA HASTINGS,** ) ) ) ) | |
| *Plaintiffs,* ) ) | |
| v. ) ) | Case Number:_____ |
| **BUZZFEED, INC., BUZZFEED NEWS, BEN SMITH,** *and* **KATIE J.M. BAKER,** ) ) ) ) ) ) | |
| *Defendants.* ) ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve all the defendant(s) **BuzzFeed, Inc., BuzzFeed News, Ben Smith and Katie J.M. Baker at BuzzFeed, Inc., 111 East 18th Street, Floor 13, New York, New York 1003** by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney