FILED
2019 Mar-08 AM 09:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| ADAM JONES, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 7:19-cv-00403-LSC |
| BUZZFEED INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The undersigned hereby recuses himself from participation in the above-styled action. The clerk is DIRECTED to randomly reassign this case to another judge in accordance with the clerk's normal procedures.

**DONE** and **ORDERED** on March 8, 2019.

L. Scott Coogler
United States District Judge

195126