FILED
2019 Mar-15  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| ADAM JONES and JOSHUA HASTINGS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   7:19-CV-00403-RDP<br>) |
| BUZZFEED, INC., BUZZFEED NEWS, BEN SMITH, and KATIE J.M. BAKER, | )<br>)<br>)<br>) |
| Defendants. | ) |

## RULE 7.1 STATEMENT OF DEFENDANT BUZZFEED, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Defendant BuzzFeed, Inc. is a privately owned corporation. 10% or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns 10% or more of its stock.

/s/ Jonathan R. Little
One of the Attorneys for the Defendants

OF COUNSEL:
J. Banks Sewell, III
jbanks@lightfootlaw.com
John G. Thompson, Jr.
jthompson@lightfootlaw.com

Jonathan R. Little
jlittle@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200
(205) 581-0700
(205) 581-0799 (Facsimile)

## CERTIFICATE OF SERVICE

 I certify that on March 15, 2019 I electronically filed the foregoing using the Court's CM/ECF method which will send notification to the following:

 Bobby H. Cockrell, Jr.
 Jonathan D. Townsend
 G. Scotch Ritchey, Jr.
 Cockrell, Cockrell, Townsend & Ritchey LLP
 1409 University Blvd.
 Tuscaloosa, Alabama 35401
 T: (205) 349-2009
 F: (205) 758-3090
 bcockrell@cctr.law
 jtownsend@cctr.law
 sritchey@cctr.law

 *Counsel for Plaintiffs*

        By: *s/Jonathan R. Little*
        Of Counsel