# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| ADAM JONES and ) <br> JOSHUA HASTINGS, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUZZFEED, INC., BUZZFEED NEWS, ) <br> BEN SMITH, and ) <br> KATIE J.M. BAKER, ) <br> ) <br>    Defendants. ) | 7:19-CV-00403-RDP <br><br> **UNOPPOSED** |

## JOINT MOTION FOR EXTENSION OF
## TIME TO SUBMIT PARTIES' PLANNING REPORT

Plaintiffs Adam Jones and Joshua Hastings and Defendants Buzzfeed, Inc., Buzzfeed News, Ben Smith and Katie J.M. Baker (collectively, "the Parties") jointly move the Court to enter an Order extending the time for the Parties to conduct their planning conference and file a report as required by Fed. R. Civ. P. 26(f). In support of this motion, the Parties state as follows:

1.  In the Court's Initial Order, *see* Doc. No. 8, the Parties are ordered to conduct a planning conference by April 18, 2019, and file a Parties' Planning Report fourteen days thereafter.

2.  Defendants' response to the Complaint, however, is not due until April 29, 2019.

3.  Further, the Parties have been diligently working to schedule an in-person conference to be held in Birmingham, Alabama, but are unable to do so within the present timeframe as set forth in the Initial Order.

4.  Therefore, the Parties jointly request that the Court enter an Order setting the deadline by which the Parties are to conduct the planning conference for May 15, 2019, sixteen

days after the response to the Complaint is due, and setting the due date by which the Parties are to file the Parties' Planning Report for May 29, 2019, fourteen days thereafter.

5. This request is made jointly by the Parties and in good faith.

/s/ Jonathan R. Little
One of the Attorneys for the Defendants

OF COUNSEL:
J. Banks Sewell, III
jbanks@lightfootlaw.com
John G. Thompson, Jr.
jthompson@lightfootlaw.com
Jonathan R. Little
jlittle@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200
(205) 581-0700
(205) 581-0799 (Facsimile)

Rachel F. Strom
rachelstrom@dwt.com
Katherine M. Bolger
katebolger@dwt.com
John M. Browning
jackbronwing@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY  10020-1104
212-489-8230 – telephone
212-489-8340 – facsimile

                                                                      s/Bobby H. Cockrell, Jr.  (*with permission*)
                                                                      One of the Attorneys for the Plaintiffs

Bobby H. Cockrell, Jr.
Jonathan D. Townsend
G. Scotch Ritchey, Jr.
Cockrell, Cockrell, Townsend & Ritchey LLP
1409 University Blvd.
Tuscaloosa, Alabama 35401
T: (205) 349-2009
F: (205) 758-3090
bcockrell@cctr.law
jtownsend@cctr.law
sritchey@cctr.law

## CERTIFICATE OF SERVICE

I do hereby certify that on April 16, 2019 I electronically filed the foregoing Motion using the Court's CM/ECF method, and will send notification of such filing via the Court's CM/ECF system to the following:

    Bobby H. Cockrell, Jr.
    Jonathan D. Townsend
    G. Scotch Ritchey, Jr.
    Cockrell, Cockrell, Townsend & Ritchey LLP
    1409 University Blvd.
    Tuscaloosa, Alabama 35401
    T: (205) 349-2009
    F: (205) 758-3090
    bcockrell@cctr.law
    jtownsend@cctr.law
    sritchey@cctr.law

    *Counsel for Plaintiff*

                                                      By:    *s/Jonathan R. Little*
                                                      Of Counsel