# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **ADAM JONES, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 7:19-CV-403-RDP |
| } | |
| **BUZZFEED, INC., et al.,** } | |
| } | |
| **Defendants.** } | |
| } | |

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a Rule 16(b) scheduling conference at **3:00 p.m.** on **Tuesday, June 11, 2019**, in chambers of the undersigned located at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Room 730, Birmingham, Alabama.

Out of town counsel for Plaintiffs and Defendants may participate in the conference via telephone and are **DIRECTED** to dial-in to the conference by calling **866-434-5269** at the scheduled time. The access code is **6022965**.

**DONE** and **ORDERED** this June 3, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE