# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ADAM JONES and <br> JOSHUA HASTINGS, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUZZFEED, INC., BUZZFEED <br> NEWS, BEN SMITH, and KATIE <br> J.M. BAKER, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) Case Number: 7:19-cv-00403-RDP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR ENTRY OF REVISED SCHEDULING ORDER

Plaintiffs, Adam Jones and Joshua Hastings, and Defendants, Buzzfeed, Inc., Buzzfeed News, Ben Smith, and Katie J.M. Baker, hereby jointly and respectfully move the Court to enter an order revising the schedule in this matter and show as follows:

1. The Parties have been diligently working this case but have been presented with several challenges.

2. Plaintiffs have produced discovery to Defendants and Defendants have been working on obtaining supplemental responses from Plaintiffs. Defendants have produced 5,909 pages of documents to Plaintiffs, and Plaintiffs are working on reviewing and analyzing the documents.

3. Both Parties, with the Court's assistance, have obtained the discovery from the *Rondini* matter, which is voluminous, and are undertaking a review of that discovery.

4. Over the last several months, Defendants have been working on obtaining discovery from the Tuscaloosa County Sheriff's Department and scheduling the depositions of four different non-party law enforcement officials. The scheduling of the law enforcement officers' depositions has been exceedingly difficult and has required coordinating the schedules of the four different officers and their lawyers, defense counsel in Birmingham, defense counsel in New York, and plaintiffs' counsel in Tuscaloosa. Despite this hard work to schedule a week of depositions for the month of June, the schedule has just fallen through due to various conflicts.

5. Another challenge has, of course, been the outbreak of COVID-19. The outbreak has caused the Parties to reallocate human resources and implement new restrictions to respond to the economic and operational challenges at this time. And as the Court is aware, the regular business activities between counsel and clients has also been significantly slowed due to the pandemic and lockdown orders.

6. While the pandemic has indeed stalled the progress of discovery, the Parties, as described above, have continued to push discovery to the extent possible and work the case up. Nevertheless, there are still challenges concerning travel by

the Parties and witnesses, and conducting witness interviews, deposition preparations, and depositions.

7. Additionally, the undersigned Plaintiffs' counsel is expecting his first child at the end of June with his wife, who is also a lawyer at the same firm, and whose father-in-law (and the grandfather-to-be) is also plaintiffs' counsel of record at the same firm.

8. Lastly, the General Orders of this Court concerning the COVID-19 pandemic have resulted in the Parties working together in an attempt to agree upon the impact of the orders to the remaining case schedule. To date, the Parties have been working together in a cooperative manner.

9. In light of these factors, put simply, conducting discovery is taking longer than anticipated and longer than it would under normal circumstances, despite the Parties' best efforts.

10. Understanding a need to balance protective measures, economic pressures, the demands and joys of a first child, travel restrictions, the availability of both party and non-party lawyers and witnesses, and in an effort to try and give the Court and the Parties some certainty concerning the remaining case schedule, the Parties here by propose that the Court enter the following schedule for the remainder of the case:

| **Deadline** | **Proposed Deadline Date** |
|---|---|
| **Defense Expert Reports** | July 31, 2020 |
| **Rule 26 Supplements** | August 31, 2020 |
| **Discovery Cut-Off** | February 26, 2021 |
| **Any Objection to Mediation Order** | February 26, 2021 |
| **Dispositive Motions** | April 16, 2021 |
| **Pre-Trial Conference** | TBD 2021 |
| **Trial** | TBD 2021 |

This proposed schedule is made in good faith and will not prejudice the parties or the Court.

**WHEREFORE**, the Parties jointly and respectfully request that the Court enter an order entering the Parties' proposed scheduling order.

**COCKRELL, COCKRELL, TOWNSEND & RITCHEY LLP**

By: /s/  G. Scotch Ritchey, Jr.
 *with express permission*
 Bobby H. Cockrell, Jr.
 Jonathan D. Townsend
 G. Scotch Ritchey, Jr.
 1409 University Blvd.
 Tuscaloosa, Alabama 35401
 T: (205) 349-2009
 F: (205) 758-3090
 bcockrell@cctr.law

**LIGHTFOOT, FRANKLIN & WHITE, LLC**

By: /s/  Jonathan R. Little
 J. Banks Sewell, III
 John G. Thompson, Jr.
 Jonathan R. Little
 The Clark Building
 400 North 20th Street
 Birmingham, AL  35203-3200
 T: (205) 581-0700
 F: (205) 581-0799
 jbanks@lightfootlaw.com

jtownsend@cctr.law
sritchey@cctr.law
*Attornesy for Plaintiffs*

jthompson@lightfootlaw.com
jlittle@lightfootlaw.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger
Rachel F. Strom
John M. Browning
*Admitted pro hac vice*
1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104
T: 212-489-8230
F: 212-489-8340
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on 3rd day of June, 2020, I electronically filed the foregoing using the Court's CM/ECF method which will send notification to the following:

Bobby H. Cockrell, Jr.
Jonathan D. Townsend
G. Scotch Ritchey, Jr.
Cockrell, Cockrell, Townsend & Ritchey LLP
1409 University Blvd.
Tuscaloosa, Alabama 35401
T: (205) 349-2009
F: (205) 758-3090
bcockrell@cctr.law
jtownsend@cctr.law
sritchey@cctr.law

*Counsel for Plaintiffs*

                                                By:  Jonathan R. Little
                                                Of Counsel