# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ADAM JONES and <br> JOSHUA HASTINGS, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUZZFEED, INC., BUZZFEED <br> NEWS, BEN SMITH, and KATIE <br> J.M. BAKER, <br><br> *Defendants*. | Case Number: 7:19-cv-00403-RDP |

## [PROPOSED] ORDER REVISED SCHEDULING ORDER

This matter having come before the Court on the Parties' Joint Motion for Entry of Revised Scheduling Order, and the Court having found good cause to extend the current case schedule, the Court hereby ORDERS that the remaining case schedule is revised as follows:

| **Deadline** | **Proposed Deadline Date** |
|---|---|
| **Defense Expert Reports** | July 31, 2020 |
| **Rule 26 Supplements** | August 31, 2020 |
| **Discovery Cut-Off** | February 26, 2021 |
| **Any Objection to Mediation Order** | February 26, 2021 |
| **Dispositive Motions** | April 16, 2021 |
| **Pre-Trial Conference** | TBD 2021 |
| **Trial** | TBD 2021 |

Entered this _____ day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE