FILED
2021 Sep-15  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

|  |  |
|---|---|
| ADAM JONES and<br>JOSHUA HASTINGS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUZZFEED, INC., BUZZFEED<br>NEWS, BEN SMITH, and KATIE<br>J.M. BAKER,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:19-CV-00403-<br>)  RDP<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARYJUDGMENT

Defendants BuzzFeed, Inc. ("BuzzFeed"), Ben Smith and Katie J.M. Baker hereby submit the following evidentiary materials in support of their motion for summary judgment and supporting brief filed contemporaneously herewith:

| Exhibit 1 | Complaint Filed on May 27, 2019 (Doc. 1) |
|---|---|
| Exhibit 2 | Amended Answer of Defendant Katie Baker to Plaintiffs' Complaint (Doc. 22) |
| Exhibit 3 | Answer of Buzzfeed Inc. and Buzzfeed News to Plaintiffs' Complaint (Doc. 23) |
| Exhibit 4 | Answer of Ben Smith to Plaintiffs' Complaint (Doc. 24) |

| Exhibit 5 | Article Published June 22, 2017, Complaint Ex. 1 (Doc. 1-1) |
|---|---|
| Exhibit 6 | Email to Mike Rondini Dated December 21, 2016 Buzzfeed04491 |
| Exhibit 7 | Email to Tina Susman and Marisa Carroll from Katie Baker Dated December 30, 2016 Buzzfeed00002 |
| Exhibit 8 | Email to Katie Baker from Michael Rondini dated December 30, 2016 Buzzfeed04556-04709 |
| Exhibit 9 | Email to Katie Baker from Michael Rondini dated January 5, 2017 Buzzfeed04872-04875 |
| Exhibit 10 | Megan Rondini's Text Messages Obtained by Michael Rondini Buzzfeed04165-04190 |
| Exhibit 11 | Email to Tina Susman from Katie Baker Dated January 13, 2017 Buzzfeed01169-01170 |
| Exhibit 12 | Email to Katie Baker from Alex Campbell Dated January 24, 2017 Buzzfeed00027-00029 |
| Exhibit 13 | January 24, 2017 Open Records Letters to University of Alabama Police Department and Tuscaloosa County District Attorney from Buzzfeed News Buzzfeed00091-00173 |
| Exhibit 14 | Email to Alex Campbell from Katie Baker Dated January 18, 2017 Buzzfeed00020-00026 |
| Exhibit 15 | First Draft Article Buzzfeed03815-03825 |

| | |
|---|---|
| Exhibit 16 | Second Draft Article Buzzfeed03826-03843 |
| Exhibit 17 | Third Draft Article Buzzfeed03803-03814 |
| Exhibit 18 | Fourth Draft Article Buzzfeed03844-03856 |
| Exhibit 19 | Sixth Draft Article Buzzfeed03783-03793 |
| Exhibit 20 | Email to Katie Baker from Anna Voremberg Dated February 28, 2017 Buzzfeed01248-01250 |
| Exhibit 21 | Email to Masha Kalinina from Katie Baker Dated February 9, 2017 Buzzfeed01236-01239 |
| Exhibit 22 | Email to Katie Baker from Linda Ledray Dated March 9, 2017 Buzzfeed01535-01536 |
| Exhibit 23 | Notes from Katie Baker regarding her conversation with Hayes Webb, Dated February 14, 2017 Buzzfeed02124 |
| Exhibit 24 | DCH Statement Dated February 2017 Buzzfeed00057 |
| Exhibit 25 | Email to Katie Baker from Amy Gundelach-Foster dated February 8, 2017 Buzzfeed01211-01213 |
| Exhibit 26 | Email to Katie Baker from Bradley Fisher Dated March 3, 2017 Buzzfeed00318-00320 |

| Exhibit 27 | Email to Katie Baker from Alex Campbell Dated March 7, 2017 Buzzfeed00325-00366 |
|---|---|
| Exhibit 28 | Email to Katie Baker from Alex Campbell containing notes of call with Jonathan Cross Dated March 14, 2017 Buzzfeed00434 |
| Exhibit 29 | Email to Katie Baker from Alex Campbell containing notes of call with Gary Hood Dated March 8, 2017 Buzzfeed00371 |
| Exhibit 30 | Google comments reflecting proposed edits by Sharmila Venkatasubban Dated April 13, 2017 Buzzfeed02675-02677 |
| Exhibit 31 | Email to Sharmila Venkatasubban from Katie Baker Dated April 12, 2017 Buzzfeed05781-05782 |
| Exhibit 32 | Medical Records of Megan Rondini Buzzfeed05833-05878 |
| Exhibit 33 | Email to Katie Baker from Angelo DellaManna Dated June 6, 2017 Buzzfeed01640-01641 |
| Exhibit 34 | Felony Packet drafted by Adam Jones in Case No. 20150702471 against TJ Bunn presented to the Tuscaloosa County District Attorney's Office for Grand Jury Buzzfeed01889-01966 |
| Exhibit 35 | Electronic flash-drive containing the May 22, 2018 Video Recording of Megan Rondini Interview, Part 1 |
| Exhibit 36 | Electronic flash-drive containing the May 22, 2018 Video Recording of Megan Rondini Interview, Part 2 |

| Exhibit 37 | Electronic flash-drive containing the May 22, 2018 Video Recording of T.J. Bunn Interview |
|---|---|
| Exhibit 38 | Email to Casey Shellenberger from Katie Baker Dated June 2, 2017<br>Buzzfeed05937-05939 |
| Exhibit 39 | IACP Sexual Assault Incident Reports: Investigative Strategies |
| Exhibit 40 | Email to TJ Bunn from Katie Baker Dated May 31, 2017<br>Buzzfeed01589-01671 |
| Exhibit 41 | Email to Katie Baker from Gary Hood Dated June 2, 2017<br>Buzzfeed00465-00466 |
| Exhibit 42 | Email to A Jones from Katie Baker Dated June 6, 2017<br>Buzzfeed01630-01646 |
| Exhibit 43 | Email to Katie Baker from Gary Hood Dated June 2, 2017<br>Buzzfeed00462-00464 |
| Exhibit 44 | Email from Katie Baker Dated June 8, 2017<br>Buzzfeed01656-01659 |
| Exhibit 45 | Email to Gary Hood from Katie Baker Dated June 12, 2017<br>Buzzfeed00556-00567 |
| Exhibit 46 | Email to Katie Baker from Gary Hood Dated June 12, 2017<br>Buzzfeed00538-00539 |
| Exhibit 47 | Email to Katie Baker from Gary Hood Dated June 15, 2017<br>Buzzfeed00596-00598 |

| Exhibit 48 | Video Interview Transcript Between Officer Adam Jones, Megan Rondini and Ms. Stewart taken July 2, 2015 (Marked as Exhibit 29 at the Deposition of Adam Jones) |
|---|---|
| Exhibit 49 | Video Interview Transcript Between Officer Adam Jones and Megan taken July 2, 2015 (Marked as Exhibit 30 at the Deposition of Adam Jones) |
| Exhibit 50 | Video Interview Transcript Between Officer Joshua Hastings, TJ Bunn Jr. and Attorney taken July 6, 2015 (Marked as Exhibit 38 at the Deposition of Joshua Hastings) |
| Exhibit 51 | Email to Katie Baker from Mike Rondini Dated February 9, 2017<br>Buzzfeed05591-05593 |
| Exhibit 52 | Email to Dennis Huynh from Marisa Carroll Dated January 25, 2017<br>Buzzfeed01172-01173 |
| Exhibit 53 | Email to Shani Hilton from Marisa Carroll Dated March 7, 2017<br>Buzzfeed02570 |
| Exhibit 54 | Google comments reflecting proposed edits by Sharmila Venkatasubban Dated June 8, 2017<br>Buzzfeed03202 |
| Exhibit 55 | Google comments reflecting proposed edits by Tina Susman Dated February 23, 207<br>Buzzfeed02226-02228 |
| Exhibit 56 | Google comments reflecting proposed edits by Tina Susman Dated<br>May 11, 2017<br>Buzzfeed02718-02720 |

| Exhibit 57 | Google comments reflecting proposed edits by Tina Susman Dated May 11, 2017 Buzzfeed02713-02716 |
|---|---|
| Exhibit 58 | Email to Ben Smith from Katie Baker Dated February 8, 2017 Buzzfeed01223-01224 |
| Exhibit 59 | Google comments reflecting proposed edits Dated June 19, 2017 Buzzfeed03399 |
| Exhibit 60 | Email to Katie Baker from Ben Smith Dated June 23, 2017 Buzzfeed03731 |
| Exhibit 61 | Deposition Transcript of Adam Jones Taken December 7, 2020 |
| Exhibit 62 | Deposition Transcript of Joshua Hastings Taken December 8, 2020 |
| Exhibit 63 | Deposition Transcript of Gary Hood Taken September 15, 2020 |
| Exhibit 64 | Deposition Transcript of Terry Carroll Taken January 19, 2021 |
| Exhibit 65 | Deposition Transcript of Lora Hastings Taken December 2, 2020 |
| Exhibit 66 | Deposition Transcript of Nicole Jones Taken December 3, 2020 |
| Exhibit 67 | Deposition Transcript of Kip Hart Taken September 14, 2020 |
| Exhibit 68 | Deposition Transcript of Robert Pastula Taken February 16, 2021 |

| | |
|---|---|
| Exhibit 69 | Defendants' Rule 26(a)(2) Disclosures and Expert Reports of Det. Carlton R. Hershman and Michael H. Mertz |
| Exhibit 70 | Felony Packet drafted by Thomas Nelson in Case No. 15070229 against Megan Rondini presented to the Tuscaloosa County Sheriff's Office Criminal Investigations Division for the Grand Jury Dated December 21, 2016 (Marked as Exhibit 42 at the Deposition of Thomas Nelson) |
| Exhibit 71 | Tuscaloosa Violent Crimes Unit Standard Operating Procedures (Marked as Exhibit 16 at the Deposition of Lloyd Baker) |
| Exhibit 72 | Pulitzer Prize Announcement for BuzzFeed News |
| Exhibit 73 | Deposition Transcript of Thomas Nelson Taken January 19, 2021 |
| Exhibit 74 | Deposition Transcript of Lloyd Baker Taken January 19, 2021 |
| Exhibit 75 | Interview Transcript Between Officer Adam Jones and Megan Rondini taken July 2, 2015 (Marked as Exhibit 28 at the Deposition of Adam Jones) |
| Exhibit 76 | Interview Transcript Between Officer Terry Carroll and TJ Bunn Jr. taken July 2, 2015 (Marked as Exhibit 43 at the Deposition of Terry Carroll) |
| Exhibit 77 | Google comments reflecting proposed edits Dated June 8, 2017 Buzzfeed03209 |

Respectfully submitted,

*/s/  John G. Thompson*
One of the Attorneys for Defendants

OF COUNSEL:

J. Banks Sewell, III
John G. Thompson
Jonathan R. Little, III
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
T: (205) 581-0772
F: (205) 380-9172
jbanks@lightfootlaw.com
jthompson@lightfootlaw.com
jlittle@lightfootlaw.com

Katherine M. Bolger*
Rachel F. Strom*
John M. Browning*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas – 21st Floor
New York, NY  10020
Telephone: (212) 489-8230
Facsimile:  (212) 489-8340
katebolger@dwt.com
rachelstrom@dwt.com
johnmbrowning@dwt.com
*admitted pro hac vice*

*Attorneys for Defendants
BuzzFeed, Inc., Ben Smith, and
Katie J.M. Baker*

9

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed on this the 15th day of September, 2021, using the CM/ECF system which will send notification to the following. Should the Notice of Electronic Filing indicate that notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, postage prepaid and properly addressed.

>Bobby H. Cockrell, Jr.
>Jonathan D. Townsend
>G. Scotch Ritchey, Jr.
>Cockrell, Cockrell, Townsend & Ritchey LLP
>1409 University Blvd.
>Tuscaloosa, Alabama 35401
>T: (205) 349-2009
>F: (205) 758-3090
>bcockrell@cctr.law
>jtownsend@cctr.law
>sritchey@cctr.law
>*Counsel for Plaintiffs*

>>*/s/   John G. Thompson*
>>Of Counsel