FILED
2021 Sep-15 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6

| | |
|---|---|
| **Message** | |
| From: |  |
| Sent: | 12/21/2016 3:15:55 PM |
| To: | Mike Rondini [Mike Rondini < ██████ >] |
| CC: | Katie Baker [Katie Baker <katie.baker@buzzfeed.com>]; |
| Subject: | Introduction |

Hi Mike,

I wanted to introduce you to Katie Baker, the journalist we talked about on Monday. She is interested in having a completely off record call if you would like, and then if you decide that you would like to work with one another, she can travel to Austin sometime early in the new year.

Katie, Michael and Cindy are the parents we told you about.

I'll leave it to you all to schedule, but please let us know if we can be of any additional help here.

Best,



CONFIDENTIAL                                                                                                                                          Buzzfeed04491