FILED
2021 Sep-15 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| **From:** | Katie Baker [katie.baker@buzzfeed.com] |
| on behalf of | Katie Baker <katie.baker@buzzfeed.com> [katie.baker@buzzfeed.com] |
| **Sent:** | 12/30/2016 12:19:23 AM |
| **To:** | Tina Susman [Tina Susman <tina.susman@buzzfeed.com>]; Marisa Carroll [Marisa Carroll <marisa.carroll@buzzfeed.com>] |
| **Subject:** | Alabama rape story |

I know you're both away now, so please don't respond until next week, just writing this while it's fresh in my head --

Just got off the phone with the parents of Megan Rondini, the 21-year-old who killed herself after she was allegedly raped by this guy Terry Jackson Bunn Jr, whose comes from this family: http://www.stbunn.com/our_history.php who are essentially Alabama royalty. The way her family tells it, everyone involved -- the hospital, the cops, the University of Alabama -- refused to touch her case once they learned who the accused was. So it's part basic mishandled rape story, part southern coverup. I think it could potentially be a really great (heartbreaking) feature.

The parents are willing to meet with me as a first step this month and give me all the documents. They live in Austin. I think I should go after Michigan?

--
**Katie J.M. Baker** | Reporter
BuzzFeed News
o: (646) 795 6487 | c: (347) 620-5820
@katiejmbaker | http://www.buzzfeed.com/katiejmbaker
111 E. 18th St., 11th Floor, New York, NY 10003

CONFIDENTIAL                                                                                                                                                           Buzzfeed00002