FILED
2021 Sep-15  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 8

Message
| | |
|---|---|
| **From:** | Michael Rondini |
| **on behalf of** | Michael Rondini ████████████████████████████████ |
| **Sent:** | 12/30/2016 12:30:47 AM |
| **To:** | Katie Baker [Katie Baker <katie.baker@buzzfeed.com>] |
| **Subject:** | Re: Some more of my work |
| **Attachments:** | General Research.zip; Initial Police Report.pdf; Megan's notes on assualt.pdf; Title IX, Title II, and Clery Complaints against UA.pdf |

Katie

Thank you for your time and we look forward to working further with you.  I'm attaching a folder of general research I did on Bunn, his family and connections to the governor, university and indirectly to the DA.  There's a pdf of the Habitat site, which needs a little explanation.  It shows the family was a contributor and this was where Megan was volunteering for a class and got spooked that Bunn or his family was going to have an end of session party/BBQ.  I'm also attaching copies of the complaint I filed against the University, the initial police report and Megan's handwritten notes on the assault.  I told her to write it down before she went to the police, so that if she got nervous or couldn't remember with the police, she'd have a reference.   I have some other information I can share with you when we meet in person.

thanks

Mike


On Dec 29, 2016, at 6:10 PM, Katie Baker <katie.baker@buzzfeed.com> wrote:

Hi,

It was great speaking with you just now. Here's the story I referenced:

https://www.buzzfeed.com/katiejmbaker/the-police-told-her-to-report-her-rape-then-arrested-her-for?utm_term=.tm24N1dod#.cmYNwemnm

I think this story is a good example of how I like to weave personal storytelling with systemic perspectives on institutional injustice.

I'll email you next week with some times after I speak with my editor. Have a good night. Thanks again for sharing Megan's story with me.

Best,
Katie


--
**Katie J.M. Baker** | Reporter
**BuzzFeed News**
o: (646) 795 6487 | c: (347) 620-5820
@katiejmbaker | http://www.buzzfeed.com/katiejmbaker
111 E. 18th St., 11th Floor, New York, NY 10003

CONFIDENTIAL



CONFIDENTIAL

Buzzfeed04557

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04558

Rev. B.1                                                                 Page 1 of 6

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| 1 ORI # | 2 Date of Report | 3 Time of Report | | 4 Type Report | 5 Supplement Date | 6 Agency Case Number | | 7 Suffix |
|---|---|---|---|---|---|---|---|---|
| AL0630100 | 07/02/15 | 04:30:00 | ☐AM ☐PM ☒MIL | ☒Incident Offense ☐Supplement | | 150702030 | | |

| 8 Agency Name | | 9 Sector |
|---|---|---|
| TUSCALOOSA POLICE DEPARTMENT | | LAW8 |

**EVENT**

| 10 Type of Incident or Offense | | 11 Degree | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|---|
| SPECIAL INQUIRY  ☐Felony ☐Misdemeanor  ☐Attempted ☒Completed | | N | | |

| 14 Type of Incident or Offense | | 15 Degree | 16 UCR Code | 17 State Code/Local Ordinance |
|---|---|---|---|---|
| ☐Felony ☐Misdemeanor  ☐Attempted ☐Completed | | | | |

16 Place of Occurrence   ☐ Check here if event occurred at victim's residence
1500 BLOCK CEDAR DR
TUSCALOOSA                              , AL .   35404
If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

Victim Demographics (Where victim is an individual)
| 18 Sex | 20 Race | 21 Ethnicity | 22 | 23 Age |
|---|---|---|---|---|
| F | W | ☐Hispanic ☒Other | ☐Multiple Victims ☒LE Officer | 20 |

24 Offenders Suspected of Using  ☒Alcohol  ☐Drugs  ☐Computer Equipment ☐N/A
25 ☐Juvenile Gang ☐Adult Gang ☒None/Unknown
26 Hate Bias ☐Yes ☒No   27 Bias Code

| 29 Point of Entry | 30 Method of Entry | 31 Level Use | 32 Lighting | 33 Weather | 34 Location Type |
|---|---|---|---|---|---|
| ☐Door ☐Roof ☐Window ☐Other | ☐Forcible ☐Non Forcible ☐Attempted Forcible | | 4 - Artificial Interior | 2 - Cloudy | 20 - Residence/Home |

| 35 Occurred from MM/DD/YY | 36 Time of Event | | 37 Day of Week | 38 Occurred to MM/DD/YY | 39 Time of Event | | 40 Day of Week |
|---|---|---|---|---|---|---|---|
| 07/02/15 | 00:00:00 | ☐AM ☐PM ☒MIL | Thursday | 07/02/15 | 02:00:00 | ☐AM ☐PM ☒MIL | Thursday |

41 # Premises Entered (Burglary)
42 Type Criminal Activity
43 Victim Type  I - Individual

**PROPERTY**

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc. | 48 Dollar Value | | 49 Recovered | |
|---|---|---|---|---|---|---|---|
| | | | | Stolen | Damaged | Date | Value |
| | | | | | | | |

☐ Continued on Supplement

Loss Code (Enter letter in loss code column)
N - None
B - Burned
F - Forged/Counterfeited
D - Damaged/Destroyed
R - Recovered
C - Confiscated/Seized
S - Stolen

Property Code (Enter # in property type column)
01 Aircraft
02 Alcohol
03 Autos
04 Bicycles
05 Buses
06 Guns
07 Computer
08 Consumables
09 Credit Card
10 Drugs
11 Drug Equip
12 Farm Equip
13 Firearms
14 Gambling Equipment
15 Heavy Construction
16 Household Goods
17 Jewelry
18 Livestock
19 Merchandise
20 Money
21 Negotiable Instrument
22 Non-negotiable Instru
23 Office Equipment
24 Other Motor Vehicle
25 Purse/Wallet
26 Radios/TV/VCR
27 Recordings
28 RV's
29 Structure - Single Occupancy Dwelling
30 Structure - Other Dwelling
31 Structure - Other Commercial
32 Structure - Industrial Manufacturing
33 Structure - Public/Community
34 Structure - Storage
35 Structure - Other
36 Tools - Power/Hand
37 Trucks
38 Vehicle Parts/Accessories
39 Watercraft
77 Other

**VEHICLES**

| 50 Stolen Vehicle Only | Area Stolen ☐Residence ☐Business ☐Rural | 51 Ownership verified by: | ☐Tag Receipt ☐Bill of Sale | ☐Title ☐Other | 52 Veh. Categories ☐Stolen | Recovered Suspect's Vehicle | ☐Victim's Vehicle ☐Unauthorized Use | ☐Abandoned |
|---|---|---|---|---|---|---|---|---|
| 53 Veh Year | 54 Vehicle Make | | 55 Vehicle Model | | 56 Number Veh. Stolen | 57 Vehicle Description | | |

| 58 Vehicle Style | 59 Vehicle Color Top / Bottom | | 60 License | 61 LSY | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|---|
| 64 Vehicle VIN Number | | | 65 Warrant Signed ☐Yes ☐No | Warrant Number | | |

Motor Vehicle Recovery Only Required For 24XX UCR Code
66 Stolen in your jurisdiction? ☐Yes ☐No  Where?
67 Recovered in your jurisdiction? ☐Yes ☐No  Where?

**ADMINISTRATION**

| 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |
|---|---|---|---|---|---|

| 74 Case Status | 75 ☐Multiple Cases Closed Listed Above ☐Multiple Cases Closed Listed On Supplement | 76 Entered ACJIC/NCIC ☐Yes ☐No | 77 Case Disposition | 78 Exceptional Clearance |
|---|---|---|---|---|
| 1 - Pending | | | | Date (MM/DD/YY) |

| 79 Reporting Officer | Officer ID Number | 80 Assisting Officer | Officer ID Number |
|---|---|---|---|
| PHILLIPS, R B | 1892 | | |
| HERRON, J.S. | 1457 | HARGRAVE, J.K. | 1459 |
| 81 Supervisor Approval | Officer ID Number | 82 Watch Commander | Officer ID Number |

NIC/AIN #:

☒ Original (First Report)    ☐ Additional (Victims, Witnesses, etc.)    ☐ Supplemental

CONFIDENTIAL                                           UA/Rondini - 000052

CONFIDENTIAL                                           Buzzfeed04559

Page 2 of 4

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE
DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

**Incident/Offense Report - Continued**

| 83 Date of Report: 07/02/15 | 84 Time of Report: 04:30:00 | AM ☐ PM ☒ MIL. | 85 Agency Case Number: 150702030 | 86 Suffix ☐ | 87 ☐ Offense ☒ Suspect ☐ Missing Person | Check If Multiple ☐ |

**VICTIM INFORMATION**

| 88 Reported By ☒ Victim Or (Last) (First) (Middle) | | 89 Suffix ☐ | 90 ☒ Resident ☐ Non-Resident | 91 Home Phone | 92 Work Phone |
| 94 Victim # 001 | 95 Victim Name (Last) RONDINI (First) MEGAN (Middle) ELIZABETH ☐ | 96 Suffix ☐ | 97 Address (Street, City, State, Zip) 700 15TH ST; APT 3202 TUSCALOOSA , AL , 35401 | 98 Home Phone 512-944-3215 | 93 Other Phone / 99 Work Phone / 100 Other Phone |
| 101 Employer/School UNIV OF ALABAMA | 102 Occupation STUDENT | 103 Address (Street, City, State, Zip) ............... , 78792 | | 104 Work Phone / 105 Other Phone |
| 106 Sex F | 107 Race W | 108 Language ☒ English ☐ Spanish ☐ Other | 109 HGT 5'06" | 110 WGT 130 | 111 Date of Birth ▓▓▓ | 112 Age 20 | | |
| 115 ☐ Multiple Victims ☐ L.E. Officer | 116 Ethnicity ☐ Hispanic ☒ Other | 117 Injury ☒ Yes ☐ No | 118 Offender known to victim? ☒ Yes ☐ No | 119 Victim was? (Explain Relationship) ACQUAINTANCE | | | 120 Relationship Code 18 |
| 121 Weapons Used ☐ Firearm ☐ Knife ☐ Hands, Fist, Feet, Voice, etc ☐ Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe: | | | ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown | | | |
| 123 Place of Occurrence 570 CEDAR DR TUSCALOOSA , AL , 35404 | (Enter exact street address here.) 124 Type Injury ☐ M | N None B Broken Bones | I Internal Injury L Severe Laceration | M Minor Injury O Other Major Injury | T Loss of Tooth U Unconscious | 125 Sector LAWS |
| 126 Circumstances Homicide & Assault ☐ Simple ☐ Aggravated | 128 Treatment for Assault? ☐ Yes ☒ No | 130 Verify for Rape Given? ☒ Yes ☐ No | 131 Treatment for Rape? ☐ Yes ☒ No | | |
| 127 Location: Rape | | | | | |

**SUSPECT INFORMATION**

| 132 Off # 001 | 133 Name (Last, First, Middle) BUNN TERRY JACKSON ☐ | | | 154 SFX ☐ | 135 Alias | | 137 Race W | 138 Sex M | 139 Date of Birth ▓▓▓ | 140 Age 34 |
| 141 Address (Street, City, State, Zip) ▓▓▓▓▓ TUSCALOOSA, AL, 35404 | | | | 142 HGT 6'00" | 143 WGT 185 | 144 Ethnicity ☐ Hispanic ☒ Other OTHR | | 145 Complexion MED | 146 Language ☒ English ☐ Spanish ☐ Other | |
| 148 Probable Destination | | | | | | 147 Eye BRO | 148 Hair BRO | 150 Armed ☐ Yes ☒ No | Weapon | |
| 151 Clothing UNK COLOR BUTTON-DOWN, KHAKIS, BROWN ALLIGATOR SHOES | | | 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | | 153 ☐ Arrested ☐ Wanted | Dual Arrest (Domestic Violence) ☐ | | | | |
| 154 Off # | 155 Name (Last, First, Middle) | | | 156 SFX ☐ | 157 Alias | | 158 Race | 159 Sex | 160 Date of Birth | 162 Age |
| 163 Address (Street, City, State, Zip) | | | | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic ☐ Other | | 167 Language ☐ English ☐ Spanish ☐ Other | | |
| 168 Probable Destination | | | | | | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐ Yes ☐ No | Weapon |
| 173 Clothing | | | 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | | 175 ☐ Arrested ☐ Wanted | Dual Arrest (Domestic Violence) ☐ | | | | |

**WITNESSES**

| Name (Last, First, Middle) | | Sex | Race | Date of Birth | Address | | Contact Telephone Numbers | |
| 176 | | 177 ☐ | 178 | 179 | 180 | | 181 Home / 182 Work / 183 Other | |
| 184 | | 185 ☐ | 186 | 187 | 188 | | 189 Home / 190 Work / 191 Other | |
| 192 | | 193 ☐ | 194 | 195 | 196 | | 197 Home / 198 Other | |

**NARRATIVE**

206
COPY TO HQM
     I was dispatched to DCH to meet with Megan Rondini (victim). She stated she had been at Innisfree Irish Pub earlier in the night with a group of friends. She stated she consumed approximately five cups of beer at the bar. She stated an acquaintance of hers, Terry "TJ" Bunn (suspect), whom she knew only as "Sweet T", was also in the bar. She stated the two of them did not contact one another at the bar. She stated around midnight she decided to leave the bar. Although she adamantly denied being intoxicated at the time, she stated she and another unknown white male in his 30's named "Jason" somehow ended up inside Bunn's white Mercedes sedan, driving toward Bunn's residence at ▓▓▓▓▓▓▓. She stated once they arrived at Bunn's residence, they all walked inside and began admiring Bunn's collection of animal mounts. She stated Bunn then told her to walk upstairs to his bedroom and wait on him there. She stated she did not want to go to his bedroom, but that she felt as though she had no choice because she knew Bunn to be from a very affluent family. She stated Bunn then told "Jason" to find an empty bedroom in the house and go to sleep.
     She stated once in Bunn's bedroom she sat down on a sofa. She stated Bunn entered the bedroom a few minutes later and sat her cell phone and keys,

| 207 Continued on Statement? ☒ Yes ☐ No | 208 Assisting Agency Name | 209 Assisting Agency Case Number | 207 SFX ☐ | 208 Warrant Signed ☐ Yes ☒ No | Warrant # | 208 Add. Cases Closed Narrative ☐ Yes ☒ No |
| I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned. | | | | 210 | | 211 Local Use |
| | | | | Signature | | 212 State Use |

CONFIDENTIAL                                   UA/Rondini - 000053

CONFIDENTIAL                                                        Buzzfeed04560

Page 3 of 4

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 Agency Name | 3 Date and Time of Report | 4 Case Number | 5 Su/fix |
|---|---|---|---|---|
| AL0630100 | TUSCALOOSA POLICE DEPARTMENT | 07/02/15   04:30:00 ☒ AM ☐ PM ☐ MIL | 150702030 | |

**EVENT**

| 6 Victim Name | | | 7 Original Offense Date | 8 Type Report |
|---|---|---|---|---|
| (Last) RONDINI | (First) MEGAN | (Middle) ELIZABETH | 07/02/15 | ☒ 1. Continuation  ☐ 2. Follow up |

9 Original Report/Offense: SPECIAL INQUIRY

10 UCR Code:

11 State Code/Local Ordinance:

12 New Incident/Charge:

13 UCR Code:

14 State Code/Local Ordinance:

| 15 Has an arrest been made? | 16 Date of Arrest | 17 Has a Warrant Been Obtained? | | 18 Date of Warrant | 19 Exp Year |
|---|---|---|---|---|---|
| ☐ Yes  ☒ No | | ☐ Yes  ☒ No   Warrant # | | | |

| 20 Name ☐ Defendant ☒ Suspect (Last) BUNN | (First) TERRY | (Middle) JACKSON | 21 Name ☐ Defendant ☐ Suspect (Last) | (First) | (Middle) |
|---|---|---|---|---|---|
| Race W | Ethnicity ☐ Hispanic ☒ Other OTHR | Sex M | Date of Birth | Age 34 | Race | Ethnicity ☐ Hispanic ☐ Other | Sex | Date of Birth | Age |

**DOLLAR VALUE**

| 23 Local Use | 24 Aircraft | 25 Alcohol | 26 Autos | 27 Bicycles | 28 Buses |
|---|---|---|---|---|---|
| 29 State Use | | | | | |

| 30 Clothes/Furs | 30 Computer Hardware/Software | 31 Consumables | 32 Credit/Debit Cards | 33 Drugs/Narcotics | 34 Drugs/Narcotics Equipment |
|---|---|---|---|---|---|

| 35 Farm Equipment | 36 Firearms | 37 Gambling Equipment | 38 Heavy Construction/Industrial Eq | 39 Household Goods | 40 Jewelry/Precious Metals |
|---|---|---|---|---|---|

| 41 Livestock | 42 Merchandise | 43 Money | 44 Negotiable Instruments | 45 Non-negotiable Instruments | 46 Office Equipment |
|---|---|---|---|---|---|

| 47 Other Motor Vehicle | 48 Purses/Handbags/Wallets | 49 Radios/TV/VCR | 50 Recordings - Audio/Visual | 51 Recreational Vehicle | 52 Structure - Single Occupant Dwelling |
|---|---|---|---|---|---|

| 53 Structure - Other Dwelling | 54 Structure - Other Commercial | 55 Structure - Industrial/Manufacturing | 56 Structure - Public/Community | 57 Structure - Storage | 58 Structure - Other |
|---|---|---|---|---|---|

| 59 Tools | 60 Trucks | 61 Vehicle Parts/Accessories | 62 Watercraft | 63 Other | |
|---|---|---|---|---|---|

| Motor Vehicle Recovery Only Acquired for your UCR Code: | 64 Motor Veh. Stolen in Your Jurisdiction? ☐ Yes ☐ No   Where? | | 65 Recovered in Your Jurisdiction? ☐ Yes ☐ No   Where? | | |
|---|---|---|---|---|---|
| MULTIPLE CASES CLOSED | 66 Case # | 67 SFX | 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 ☐ Yes ☒ No |

**ADMINISTRATIVE**

| 73 Case Status: 1 - Pending | Entered ACIS/ICMS ☐ Yes ☐ No   Date (MM/DD/YY) | Exceptional Clearance | 74 Case Disposition |
|---|---|---|---|

| 75 Reporting Officer PHILLIPS, R B | Officer ID Number 1892 | 76 Assisting Officer | Officer ID Number |
|---|---|---|---|
| 77 Supervisor Approval HERRON, J.S. | Officer ID Number 1457 | 78 Watch Commander HARGRAVE, J.K. | Officer ID Number 1458 |

**TYPE OR PRINT IN BLACK INK ONLY**

CONFIDENTIAL

CONFIDENTIAL

UA/Rondini - 000054

Buzzfeed04561

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 79 Date and Time of Report | | 80 Case # | 81 Suffix |
|---|---|---|---|---|
| | 07/02/15 | 04:30:00 ☐ AM ☐ PM ☒ MIL. | 150702030 | |
| | 82 Type Report ☒ 1. Continuation | ☐ 2. Follow-up | | |

**NARRATIVE**

both of which she apparently had in her control at that time, on a table in the bedroom. She stated Bunn then instructed her to get on his bed. Again, she stated she did not want to do this, but she felt as though she had to. It should be noted that she stated she had neither verbally nor physically refused Bunn's advances at this point. She stated Bunn then undressed her and performed oral sex on her. She stated he followed this up by engaging in vaginal intercourse with her. She stated at some point during all this, she verbally informed Bunn that she did not want to have sex with him and that she needed to rejoin her friends at Innisfree. She stated Bunn ignored these statements and continued to engage in intercourse with her. She stated Bunn never physically forced himself on her, although he did place his hands on her hips and hold her down at some point. She stated Bunn continued having intercourse with her until he ejaculated, although she could not be certain where he ejaculated. She stated Bunn then rolled over and went to sleep in the bed where they had been having sex. She stated Bunn had not used a condom during intercourse.

She stated once Bunn was asleep, she felt it was safe to leave the residence. She stated she got out of bed, put on one of Bunn's shirts, and attempted to leave the bedroom. She stated she sent texts to multiple friends. She stated these texts contained language such as "please please please come get me", "Help me. Please.", and "Please come get me, I'm crying". She stated she then attempted to open the door she had utilized to enter the bedroom earlier in the night, but that she was unable to unlock it. She stated she could find no other exits from the room. She stated she tried to wake Bunn and ask him how to leave his room, but that he simply rolled over and continued sleeping. She stated she located a set of keys in a dish on a table in Bunn's room, so she tried to unlock the bedroom door with these keys. She stated none of the keys unlocked the door. She stated she opened an exterior window in the bedroom and climbed out onto the roof. She stated she then climbed down onto a fence and eventually onto the ground. She stated she continued calling and texting friends, asking them to pick her up. She stated she also called a taxi to retrieve her. She stated after calling a taxi in Atlanta to pick her up, she eventually located the phone number for an unknown taxi in Tuscaloosa, which drove to her location to pick her up. She stated this phone number was 205-210-8616. It should be noted I was unable to locate a match for this phone number. She stated she was about to leave in the taxi when a friend of hers, to whom she had sent earlier texts requesting help, arrived to retrieve her. She stated this occurred at approximately 0200 hours. She stated she paid the taxi driver for his time and he left the scene. She stated she then realized her keys were still inside Bunn's residence. She stated she located a cooler and a trash can outside his house, so she stacked them on top of each other and re-entered the residence through the window from which she had earlier escaped. She stated she was unable to locate her keys and that, as of this report, they were still inside Bunn's residence along with a grey t-shirt she had been wearing earlier in the night. She stated she again exited the residence and her friend drove her to DCH, where I made contact with her at approximately 0430 hours after one of the emergency department nurses alerted dispatch to the incident. She stated she received a text from the taxi cab driver while she was on the way to DCH. She stated the purpose of this text was to inform her that she had left a large key ring full of keys (the keys she took from the tray in Bunn's bedroom) inside the cab. She stated these keys were still, as of this writing, in the possession of the taxi driver. She did, however, have a single Ford vehicle key, which she stated belonged to Bunn. DCH began a "rape kit" on Rondini. I apprised Sgt. Frost of the incident and he made contact with the Homicide Division. Inv. A. Jones responded to DCH, interviewed Rondini, and took over the investigation. The statement forms, the Ford key, and the completed rape kit were turned over to Inv. Jones at DCH. Inv. Jones stated he would follow up on the investigation.

**NARRATIVE**

**NARRATIVE**

☐ Continued on Additional Supplement

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC V6-04

CONFIDENTIAL

UA/Rondini - 000055

CONFIDENTIAL

Buzzfeed04562

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04563

I did not know Mr. Bunn's name other than the nickname "Sweet Tea" that everyone called him. He was always at the bar and I knew who he was from when I met him on Thanksgiving '14. We did not speak at Innisfree, to my knowledge, when I was there for trivia, July 1st, with a group of my friends. I do not remember leaving the bar but I do remember being in the backseat of Sweet Tea's car, a white mercedez sedan with black interior, with another man named Jason. I told Sweet Tea I needed to leave and go back to my friends but he insisted that he show me his house. When we arrived, Sweet Tea took me in to a room filled with animals that he shot on hunting trips. He told Jason to go to bed and he told me to go wait for him in his room. I waited for him in his room on a chair near the door and a bathroom. When he came to his room he insisted we have sex and I let him have sex with me after much insisting that I needed to leave. When he was finished he rolled over and fell asleep and I quickly got up to gather my clothes so I could leave. When I tried to open any of the doors they were either locked or a closet. I found a key ring with many keys and tried to use them to open the door and none of them worked. I tried to wake up Sweet Tea but he would not help me. I then decided to climb out a window hidden by a heavy drape that was near the door to his room. I climbed out the window and on to the roof and jumped from the roof on to a gate and on to the ground. I then ran to the road and called my friends and a taxi. I then realized I did not have my keys so I pulled a white cooler and a trashcan over to the roof to climb back in to his room.

Buzzfeed04564

I searched thoroughly for my keys but could not find them. I jumped back down and went to look in the white Mercedes to see if I left my keys. While looking in the car, I found a gun and kept it for protection. I went back out to the road to wait for the taxi or my friend. Both arrived at the same time by the road so I paid the taxi for coming out but let my friend the owner drive me home. We drove to her apartment and she convinced me from there to go to DCH.

CONFIDENTIAL

Buzzfeed04565

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04566

Title II Complaint & Title IX Complaint

filed with the US Department of Education's

Office for Civil Rights

and

Clery Disclosure of Campus Security Policy and Campus Crime

Statistics Complaint filed with the Clery Compliance Division

against

University of Alabama

CONFIDENTIAL

Buzzfeed04567

Filing:

End Rape on Campus (EROC) on behalf of:

Michael Rondini



Michael Rondini is the father of MR. MR took her own life in February 2016 following a sexual assault.

1

Buzzfeed04568

The name and location of the institution that committed the alleged discriminatory act(s);

Street Address       The University of Alabama

City, State Zip      Tuscaloosa, AL 35487

Phone Number         205-348-6010

2

CONFIDENTIAL

Buzzfeed04569

A general description of the person(s) or class of persons injured by the alleged discriminatory act(s) (names of the injured person(s) are not required);

1. Women.
2. Survivors of interpersonal violence, sexual harassment, discrimination.
3. Individuals with disabilities, particularly Post Traumatic Stress Disorder and Clinical Depression.
4. Students who were not given academic and other disability accommodations after reporting a sexual assault and disability status.

3

Buzzfeed04570

**Table of Contents**

Title II, Title IX, and Clery Complaint Overviews .......... 5

Administrators Named in Complaint ......... 6

Complaint Introduction ......... 6

Narrative ......... 7

Exhibits ......... 13

4

Buzzfeed04571

**Title II Complaint Overview**

We present evidence in this complaint that the University of Alabama has consistently violated provisions of Title II by:

1. Being denied counseling services from the school unless student took medication first
2. Lack of critical follow up, including accommodations, regarding obtaining mental health care following reporting a sexual assault

**Title IX Complaint Overview**

We present evidence in this complaint that the University of Alabama has consistently violated provisions of Title IX:

1. Ongoing hostile climate for female students
2. Lack of notification about any services or rights protected by Title IX following the assault
3. Lack of communication and timely responses by Title IX personnel

**Clery Complaint Overview**

We present evidence in this complaint that the University of Alabama has consistently violated provisions of the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act by:

1. Persistently underreporting sexual battery, sexual assault, and rape in the Annual Clery Security Report.
2. Persistently underreporting sexual battery, sexual assault, and rape in the school's Daily Crime Log.
3. Failing to issue timely reports of incidences of sexual battery, sexual assault, and rape to the campus.

5

CONFIDENTIAL

Buzzfeed04572

Administrators named in this complaint:

- Beth Howard, Title IX Coordinator

- Kathy Echols, Staff Therapist, Women's Resource Center

## Introduction

MR was a student at the University of Alabama in the honors program (referred to from here on as "the University") from August 2013 to October 2015. After experiencing an off campus sexual assault in July 2015, that was reported to the Tuscaloosa Police Department, while she was enrolled as a student in the University's summer session, MR quickly reported both the assault and her subsequent mental health outcomes to the Title IX office and other university officials. The University failed to adequately provide access to mental health support as required in the Clery Sexual Assault Victim's Bill of Rights and by Title II, and provide even the most basic follow up and full protection under Title IX. These failures by the University lead to irreparable harm and anxiety for MR between the time of the assault and her ultimate suicide in February 2016.

6

Buzzfeed04573

**Narratives**

Complainant #1: Michael Rondini, Father of MR

MR was an Honors College student at the University of Alabama (UA) with a 3.8 GPA, majoring in biology and a UA Scholar recipient. MR had taken physics over the first summer session, earning an "A" and was in town for a few days before a scheduled flight home.

MR was sexually assaulted in the early morning hours of July 2, 2015, by a prominent local businessman, TB, at his home which is located off campus. Following the sexual assault, and after escaping the locked room in his house by jumping out a window, she was immediately taken to DCH Regional Medical Center in Tuscaloosa by a friend, where a rape kit was performed and the Tuscaloosa Police were called. At this time an initial report was taken and MR was to follow up the next morning to complete the report. MR reported that she did not recall events that occurred during large blocks of time that evening.

Upon contacting her parents the next morning, they contacted a family friend with experience in domestic abuse who suggested we immediately contact the University of Alabama's Women's Resource Center to request an advocate accompany MR to the police station the next morning to complete the report. The University's Women's Resource Center sent an advocate, Nisha Smith, to accompany MR to the police station.

MR indicated to her parents that the advocate did not stay with her during the questioning by police although her family had requested that the advocate accompany her. The advocate left the room and later suggested MR or her family contact the Title IX Coordinator at The University of Alabama, Beth Howard.  Ultimately, no reply was ever received by either MR or her father as a result of this request.

**Again, MR's family reached out to Title IX Coordinator Beth Howard via email in addition to calling via phone and never received a reply. (see "Initial Request Title IX").**

MR left Tuscaloosa and returned home to Texas via automobile with her mother two days later.  At the time, MR was uncertain about returning to the University of Alabama. MR was undecided about returning to UA for the following semester due to the perceived influence of the assailant and the indifferent treatment by the school and the Tuscaloosa Sheriff's Department Investigator.  She ultimately decided to return because she wanted to participate in a select sorority activity and indicated she would simply apply to transfer to another college for the Spring semester and complete her studies elsewhere. Despite returning, she had decided to leave regardless of whether she was accepted elsewhere. Once home in

7

Buzzfeed04574

Texas, MR received medical attention for the sexually transmitted disease she received as a result of the assault and began seeing a psychotherapist. The psychotherapist diagnosed her with anxiety, depression and posttraumatic stress disorder (PTSD) resulting from the sexual assault.

Approximately three weeks later, and only after an attorney retained by the family to represent MR's interests contacted the Tuscaloosa Sheriff to find out the status of the complaint, the district attorney Lyn Head called MR's father and after apologizing for taking three weeks to return the call he made on July 2, let him know that they reviewed a lot of videotape and she would not bring the case before the grand jury and she considered the assault consensual, in part because MR never referred to it as "rape" in her statement, only as "sexual assault." The Tuscaloosa Sheriff investigator called and left a message with MR indicating they were not pursuing the case any further and there was no further proactive contact between the Tuscaloosa Sheriff and the University or University Police that MR's family is aware of.

After returning to Tuscaloosa and beginning her classes, MR attempted to utilize the Women's Resource Center for mental health services.

On or about August 28, 2015, MR had an appointment to meet with Kathy Echols (http://wrc.ua.edu/staff.cfm), a staff therapist. During her description of the assault and the house of the assailant, of which there are distinct, recognizable features of the house,), Echols tells MR that she needs to stop her because MR's assailant is a good friend of Echol's family. Echols informs MR that MR will need to go get another therapist to meet with her.

At this point, MR was extremely upset, anxious and now distrustful of the Women's Resource Center. MR then agrees, still seeking help, to meet briefly with a second therapist. The second therapist indicates that she cannot help or work with MR until MR obtained and started taking anti-anxiety medication.

MR left the meeting and immediately called her father in tears, explaining the situation and expressing a newfound lack of trust for anyone in the school and Tuscaloosa system. The combined trauma due to MR's treatment by the Tuscaloosa sheriff and the reporting process with UA, the additional anxiety of trying and failing to receive counseling as a result of her rape, and the influential position of her assailant in the community, made MR feel unsafe on campus and that she could not remain at UA.

Seeking other options for mental health support, MR looked to off-campus resources. She soon learned that the waiting list for a psychiatrist with DCH Regional Medical Center (not affiliated with UA) was long. The UA counseling center made no effort to assist MR in obtaining care elsewhere after

8

CONFIDENTIAL

Buzzfeed04575

**refusing to counsel her.**  In the meantime, MR requested her father try and help her find a therapist that didn't have ties to the University or the Tuscaloosa community.  Although both sought out help, due to limited choices and many having perceived ties to the local community, none was found in her remaining time in Tuscaloosa.

**No one at UA, the Women's Resource Center, or the Title IX office ever offered MR or her family any assistance, or informed her of her Title II rights, any possible Title IX accommodations, or followed up to ensure she received any mental health or medical care after her sexual assault.**

This encounter deeply affected MR in her efforts to obtain proper mental health care for the remaining months of her life and she described it as being violated again each time she sought out help.

UA's refusal to assist MR represents a pivotal point in her general mental health. Whenever MR needed to either add or change a mental health care provider, this incident of her treatment by UA was recalled, even during her last months in Dallas. **At no time did anyone from the University of Alabama Women's Resource Center ever follow up to see if MR obtained the suggested prescription or was obtaining much needed mental health care elsewhere.**  As responsible university employees, there should have been follow up with MR after refusing her care.

At this point, MR indicted to her family she was leaving UA regardless of whether she was accepted elsewhere at the end of the Fall semester, foregoing her remaining scholarship, pursuit of the STEM path to an MBA and her considerable network of friends and faculty.  Her family fully supported her the decision. **MR's decision to leave UA was directly related to the school's refusal to provide her with adequate accommodations for her diagnosed anxiety, depression and PTSD and indifference to the trauma she experienced while a student.**

At the end of September, MR was admitted to the first of three potential transfer schools in Texas.  This was a great relief to MR and her family.  Shortly after this, MR's father visited her and realized that she had almost completely stopped interacting with others, causing him great concern for her wellbeing.  She no longer participated in her sorority or attended football games or went out with friends, all of which were previously important parts of her college experience.  She only interacted with people that came to her apartment and went to class. MR's father extended his stay and asked whether she just wanted to come home at this point.  **MR felt that withdrawing from UA would negatively impact her acceptance at Texas A&M and ultimately her ability to continue her studies elsewhere. MR's family understood because they were concerned that UA would not provide a letter of good standing or the necessary paperwork for transferring.**

9

Buzzfeed04576

**In Early October, MR's honors class volunteer coordinator began mentioning that a special guest was coming at the end of the semester to prepare a wild game BBQ for them.  Because of the description, MR was convinced this was the assailant.  MR's parents suggested she simply drop the class, since it was honor's specific and not necessary for any of her future plans.**
On October 5, a suspicious car stopped inside her gated complex and the occupants just stared at her and then just drove around the complex several times.  MR contacted her father, but was unwilling to contact the Tuscaloosa police because of her previous bad experiences with them and instead asked a friend to come over until the car left about an hour later.  (see "Strange Car")

On October 6, 2015, MR contacted Title IX Coordinator Beth Howard to see if MR could drop the honors class without it showing up on her record.  She was concerned that a withdrawal would affect her potential transfer acceptance.  **Ms. Howard said she would try to get the class removed, but had only ever changed someone's entire schedule, but had never helped someone withdraw from a single class.** (see "Questionable Confidence in Title IX rep")  MR's parents had concern for her safety and when combined with withdrawing socially, **felt it was better if she were no longer in Tuscaloosa at the University of Alabama.**

On October 7, MR's mother contacted Ms. Howard and discussed whether she could potentially withdraw completely and have the record not even reflect that she had enrolled, since she now had at least one acceptance for a transfer.  Her grades were excellent at this point and MR's parents thought it might be a good option to try, since she wasn't dropping out to avoid bad grades, and make a clean break and start elsewhere, but wanted to present and discuss the option with MR first.  **MR's mother told Ms. Howard that we were going to discuss this in person with MR as a family; however, she immediately informed MR by email about the conversation we had with her.** (see "Notification by BH of withdrawal conversation")  MR's father was in transit to meet with her personally to discuss it, but she instead contacted her mother in tears.  Rather than presenting it and having a discussion as planned, MR decided to leave school that day and moved her back to Texas on October 7, 2015.

When MR informed her professors and the head of the department that she was withdrawing, she indicated they were "surprised and shocked" by her notification.  **No one from the Title IX or Title II offices had ever contacted her professors to indicate that any accommodations should be offered.**

MR was an excellent student in good standing.  **It seems that there was absolutely no notification from the Title IX office or the counseling center to anyone outside of their offices of MR's assault. Iin fact, in December 2015, well after her withdrawal and departure, the Dean of the Honors College,**

10

Buzzfeed04577

sent a letter to MR's parents requesting they renew their donation for the following year.  No other contact by the University administration was ever received by either MR or her family.

**Ms. Howard finally offered assistance to MR, but only delivered the bare minimum, and only after MR's family threatened legal action.** While Ms. Howard successfully withdrew MR from her classes and processed a refund for both the tuition and direct fees, Ms. Howard immediately lost her sense of urgency once MR had left town and departed for home.  (see "Refund of Fees"). At one point, MR and her family questioned whether the Title IX officer, Beth Howard, was still employed by the university and contacted the President of the University, due to the lack of response. (see "Email to President of UA") **No response was ever received from the President or his office.**

Ms. Howard offered to document MR's scholarship status in a formal letter should she ever elect to return to UA **(never received)**; she offered to expedite final transcripts to the schools MR applied to **(never received, despite multiple requests—we just paid for them)**; she offered to provide assistance in subleasing MR's apartment **(never received) (see "Follow Up Re Withdraw" for a partial listing of offers and "Questionable Confidence in Title IX rep.")** In fact, one item we needed her assistance with (a letter of good standing) took nearly seven weeks, multiple emails to Beth Howard and the president of the university **(no response from either)** and ultimately a threat of legal action if we didn't immediately receive it (see "Letter of Good Standing Request" and "Letter of Good Standing Receipt").

Representatives of the University did not provide an explanation of what rights Megan had available to her under Title IX.  It was only after our own independent investigation did we have a better understanding of the accommodations that could have and should have been provided to her.  MR's mental health care and personal safety were her primary concerns.  Had the University addressed these concerns it is our belief she would have at least continued at the University and finished the Fall 2015 semester before transferring or perhaps completed her undergraduate studies at UA as she the requirements for her degree were nearly complete.  Access to continuing mental health care, such as what she sought from the Women's Resource Center would have been pivotal in helping her recover from this trauma.  MR believed and the record supports that she was simply ignored because nobody wanted to confront the assailant because he was seen as an  influential person.  The lack of attention to her personal safety and mental health care also contributed to her feeling of being abandoned.  At no time was the assailant restricted from being on campus.  Later that summer, there were a string of rapes on campus and the response was entirely different and very public.  The University Police were immediately involved, there was student response on campus because it was public, University Police presence was increased and the assailant was arrested and immediately charged with the crime.  This was in stark contrast to how MR's case was handled and MR asked why they didn't respond that way to her assault.  She was simply

11

Buzzfeed04578

brushed aside as unimportant and ignored by the Tuscaloosa Sheriff, the District Attorney and the University.  Even once the Title IX coordinator became involved, the lack of timely response all contributed to MR's belief that the assailant had exercised some influence over the University's response. All of these actions contributed to perpetuating the trauma of her assault, caused irreparable harm to her mental well being and we believe ultimately led to her suicide.

**Finally, at wits end, MR's mother contacted the Title IX office and threatened to get an attorney involved if they didn't send the letter of good standing immediately.  Within two hours of the threat of legal action, we received an email with the letter attached.** An email from Beth Howard further indicated MR would not to get a full refund for the annual parking permit.  **Finally, no refund was provided for her cancelled/unused football tickets.** (see "Letter of Good Standing Receipt")  These actions caused MR deep emotional distress and anxiety, she asked openly her father, "why are they treating me this way?"

**At no time was the university proactive in helping MR.  In fact, it required very assertive and confrontational contact by MR's parents to obtain items that were promised or even to obtain a response.  The University of Alabama was an important part of MR's life; however, she felt and the University demonstrated by its actions that it ultimately didn't care about her wellbeing.**

The treatment received by the University of Alabama affected MR well after her departure. The fact that the completed forms for utilizing the mental health resources at her new school were left on the bedside table the night of her suicide is not viewed as a coincidence by MR's parents, but simply the final chapter of a book that began with the University's inept handling of her visit to the therapist.

**Had the University of Alabama offered MR any accommodations as required under Title II or provided her an equitable environment under Title IX, MR may still be alive today.  (see "Text indicating loss of everything").**

12

Buzzfeed04579

List of Exhibits (Ordered by Appearance in Narrative):

1.  Initial Title IX contact
2.  Strange Car.
3.  Questionable Confidence in Title IX representative
4.  Notification by Beth Howard of Withdrawal Conversation.
5.  Refund of Fees.
6.  Email to President of UA.
7.  Follow up Re Withdraw.
8.  Letter of Good Standing Request.
9.  Letter of Good Standing Receipt.
10. Text Indicating Loss of Everything.


*Note:  Many of the texts, emails and phone calls were made between MR's father and others on her behalf.

13

CONFIDENTIAL

Buzzfeed04580

Initial Title IX Contact



From: **Michael Rondini**
Subject: **Assault**
Date: July 2, 2015 at 2:07 PM
To: gbhoward@ua.edu

Beth

Nisha Smith with the Women's Resource Center gave me your name as a contact regarding my legal options, etc. related to my daughter's recent sexual assault. Megan is a student at UA and entering her junior year. She was out with friends last night and ended up being sexually assaulted by non-student. A report is being filed with the Tuscaloosa police, but I want to insure the case gets the full attention of the police and courts. Would you give me a call at 512-656-8803 at your convenience to discuss further. Thanks in advance for your time.

Mike

"Strange Car" Text Messages with MR



10/6/16, 10:03 PM

You should charge that taser and keep it with you when you go out anyway.

Ok

Course the sound will scare the poop out of Marty.

are they still hanging out there?

Yes

14

CONFIDENTIAL

Buzzfeed04581

"Strange Car" Text Continued

just sitting in the car?

They keep driving around

do you know anyone else in the complex?

No but I called someone to come over

Now I think they left

ok, they may be looking for cars to break into/rob. If they come back, you might try to get a plate number and call the police to report suspicious activity. If you don't want to call TPD, you can try to call campus police and see what they say or can do.

Ok

It sounds suspicious to me, so I wouldn't hesitate to call.

who

is coming over?

My friend Wes

ok, good.

ping me when he gets there.

Be sure your roommate's outside door is locked. I noticed the one in your living room was unlocked when I got there.

Ok he's here too

Ok. Me know if you need anything.

Let.

Buzzfeed04582

"Strange Car" Text Continued

Let.

10/6/15, 8:56 AM

Everything ok today?

Yes

K

Maybe mention it to the leasing office.

"Questionable Confidence in Title IX rep." Text Messages

Maybe mention it to the leasing office.

10/6/15, 1:10 PM

Title nine lady said she's going to try to ask them to just completely remove the class from my record and she'll know by about the end of the week

Cool.

She cooperate?

Yeah for now

You get a feeling she will not at some point?

I don't believe people are helpful until they've

actually done what I've asked

Gotcha.

Did you ask for anything else?

6

No

Buzzfeed04583

"Notification by Beth Howard of Withdrawal Conversation" Text Message from MR



10/7/15, 2:54 PM

17

CONFIDENTIAL

Buzzfeed04584

"Refund of Fees" Email



**From:** Howard, Beth ‹bnhoward@ua.edu›
**Subject:** RE: Withdrawl
**Date:** October 26, 2015 at 11:10 AM
  **To:** Michael Rondini 
  **Cc:** megan.rondini@gmail.com

Hi Mr. Rondini,

I will check on the parking and dining dollars. I know some fees are reimbursed on different timeframes so that might be the issue here. I also wanted to follow up regarding the sorority fees. That is not something that is paid to the University, but I can check with Fraternity and Sorority Life regarding the status if that is not already worked out.

Thanks,

Beth

-----Original Message-----
**From:** Michael Rondini [mailto:
**Sent:** Monday, October 26, 2015 7:25 AM
**To:** Howard, Beth ‹bnhoward@ua.edu›
**Cc:**
**Subject:** Withdrawl

Beth

In reviewing the withdrawl credits for Megan's account on mybama, all of the classes and fees have been credited back, but I noticed that the parking fee and remaining dining dollars were not credited back. Is it possible to include the remaining or prorated amounts for these two items in the credit as well? Megan tells me she only used a small portion of the dining dollars and I believe the parking covers the entire year. Thanks for your help and let me know if you have any questions.

Mike

Email to President of UA.

**From:** Michael Rondini
**Subject:** Title IX representative
**Date:** December 2, 2015 at 8:55 AM
  **To:** president@ua.edu
  **Cc:** megan rondini megan.rondini@gmail.com

Dr. Bell

My name is Mike Rondini and I'm the father of Megan Rondini, a former student at the University of Alabama. I'm helping Megan who is copied on this email finalize her withdrawal from UA. Megan withdrew this fall semester in good standing under Title IX and had been receiving assistance in that regard from the Title IX representative, Ms. Beth Howard; however, Ms. Howard has completely stopped responding to either email or telephone messages. My records indicate the last response from her was on or about October 26th. We have sent several follow up emails and left at least one voice message, but to no avail. I've checked the UA website and she still appears to be employed by the university

At last contact, Ms. Howard had offered to expedite transcripts upon request (no longer required, we requested these from her via email, but ended up just paying the registrar to have them sent in the interest of time after no response) and prepare a package outlining Megan's status and the status of her scholarship should she ever elect to return to UA (this would be useful for us to have, since at least one of the universities she has applied to requires a letter of good standing) and follow up on the refund of certain remaining fees (canceled football tickets and parking). The package was never received and as far as we know never sent and per the *myBama* website, nothing has occurred regarding the fees.

As you can imagine, this has been an extremely stressful time for Megan, as well as for the entire family and the lack of responsiveness or communication from the Title IX office at this point has become unacceptable. I believe we have been more than patient and I think you will agree that 7 weeks is an unacceptable timeframe to have to wait for any kind of response from anyone. Since we have no other place to turn within UA, I'm writing you to request that you could kindly have the appropriate party contact either Megan or me in an expeditious manner to directly to help close out these remaining items (or at least give a status), it would be greatly appreciated.

Regards,

Mike Rondini


18

Buzzfeed04585

Follow up Re Withdraw.



From: **Megan Rondini** ███████████████
Subject: Fwd: Follow Up Re: Withdraw
Date: October 20, 2015 at 6:50 PM
To: mike_rondini ██████████████

———— Forwarded message ————
From: **Howard, Beth** <gbhoward@ua.edu>
Date: Tue, Oct 20, 2015 at 10:45 AM
Subject: Follow Up Re: Withdraw
To: Megan Rondini <████████████████

Hi Megan,

The Registrar has processed your withdraw. You can check the status on mybama. If you need to send your final transcripts to Texas A&M, you can go ahead and request them and they will not show any classes for Fall 2015 semester. If you need any assistance in getting those expedited, please let me know.

I also wanted to make sure that you are aware of your scholarship status should you want to return. If you decide that you want to come back to UA, you will retain your scholarship and any other benefits that you currently have as a student. I will put this information in an official letter as well.

If there is anything else I can do now or in the future, please do not hesitate to contact me.

Have a great day,

Beth

**Beth Howard**
**Title IX Coordinator**
**The University of Alabama**
**Office for Academic Affairs**
**Campus Box 870114**
**Tuscaloosa, Alabama 35487-0114**
205-348-5496
gbhoward@ua.edu
www.titleix.ua.edu

19

CONFIDENTIAL

Buzzfeed04586

Letter of Good Standing Receipt.

From: "Howard, Beth" <gbhoward@ua.edu>
Date: December 4, 2015 at 12:10:42 PM CST
To: "█████████████████████████
Subject: Letter of Good Standing

Ms. Rondini,

I spoke with the Registrar's office and confirmed that Megan is in good standing. Attached is a letter that will hopefully satisfy the requirements at SMU. Also, the parking refund of $142.50 is being processed. If you need any assistance with the Sorority fees, please contact Kat Gilian at the UA Office of Fraternity and Sorority Life (205) 348-2693.

Thank you,

Beth

**Beth Howard**
**The University of Alabama**
**Title IX Coordinator**
**152A Rose Administration Building**
**(205) 348-5496**
gbhoward@ua.edu

Text Indicating Loss of Everything.

When all is said and done, I wonder what I could've accomplished if one man didn't completely rip everything away from me.

Yeah but you seem like you're doing so well at SMU

*In this case, the blue text is MR to her father, Mike.*

20

CONFIDENTIAL

Buzzfeed04587

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04588

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04589

Alabama ∨

---

# Alabama Gov.-elect Robert Bentley names transition team

 By **AL.com and The Birmingham News**
on November 03, 2010 at 6:37 PM, updated November 03, 2010 at 6:40 PM

Alabama Gov.-elect Robert Bentley has named a team to help in the transition from Gov. Bob Riley's administration to his.

Bentley, elected Tuesday, tapped Alabama Power Co. President and CEO Charles McCrary to lead the team.

"This transition team is made up of people representing a broad cross-section of community and state leaders in Alabama," Bentley said in a prepared statement. "They will be working with me over the next two months to help identify strategies to accomplish the goals of our administration. They will also help me identify the most qualified people who are willing to join us to bring about the positive changes the voters called for in this election."

Bentley said addition transition team members may be added in the future. In addition to McCrary, members of the team are:

Lynn Beshear, executive director, Envision 2020, Montgomery

David Bronner, chief executive officer, Retirement Systems of Alabama, Montgomery

Terry Bunn, S T Bunn Construction, Tuscaloosa

David Cooper, senior vice chairman, Cooper/T. Smith Corporation, Mobile

Brig. Gen. Ed Crowell (ret), senior vice president of administration, V.T. Miltope, Pike Road

Marquita Davis, commissioner, Department of Children's Affairs, Montgomery

Sam H. Givhan, partner, Wilmer & Lee, Huntsville

House Speaker Seth Hammett, vice president of business development, PowerSouth Energy, Andalusia

John Johns, chairman, president and ceo, Protective Life Corporation, Birmingham

John J. McMahon Jr., chairman, Ligon Industries, LLC, Birmingham

Cathy Randall, director emerita, UA Computer-Based Honors Program, Tuscaloosa

Steve Shaw, president, Couch USA, Dothan

Buzzfeed04590

Guice Slauson, senior president, Southeast Wood Treating Inc., Montgomery

Rep. Elwyn Thomas, Oneonta

Irma Tuder, founder, Analytical Services Inc. Huntsville

Marc Tyson, president, Ready Mix, USA, Birmingham

Edgar Welden, retired businessman, Birmingham

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 Alabama Media Group. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Alabama Media Group.

**Community Rules** apply to all content you upload or otherwise submit to this site. **Contact interactivity management.**

**Ad Choices**

CONFIDENTIAL

The Tuscaloosa News
Thursday, July 4, 2013

# Governor: Fundraising easier as incumbent

## Bentley generated $422K in June without major events

By Phillip Rawls
The Associated Press

MONTGOMERY | Robert Bentley is finding that raising campaign money as an incumbent governor is much easier than doing it as a state representative from Tuscaloosa competing in the Republican primary with first time.

Bentley filed a campaign finance report Tuesday night showing he took in $422,500 in contributions in June, his first month of fundraising for his re-election campaign. He had raised $15,521 at the same point four years ago, when he was a little-known state representative from Tuscaloosa competing in the Republican primary with six other candidates.

Campaign spokeswoman Rebekah Mason said Bentley generated the money without any major fundraising events.

Campaign finance records show Bentley was in the middle of the 2010 Republican runoff with Bradley

See Bentley | 2B

Robert
Bentley
is shown
at the
Capitol on
June 6.

AP PHOTO |
DAVE MARTIN

**See next page**

Buzzfeed04592

CONFIDENTIAL

*The Tuscaloosa News*
**Thursday, July 4, 2013**

# BENTLEY

### Continued From Page 1B

Byrne before he raised as much money as he did in the first month of this campaign. She said it's an indication that voters like how he has recruited jobs and downsized government without raising taxes.

In 2010, Bentley had such difficulty raising money that he pumped $1.9 million of his own money into his campaign. He got the money back when donations flowed in after his election. He collected so much after the election that he reported beginning his 2014 campaign with $236,871 left over from his 2010 campaign.

After expenditures, Bentley reported having $544,877 in his campaign fund going into July.

Bentley's only announced opponent in the Republican primary, former Morgan County Commissioner Stacy George, has not yet crossed the $35,000 fund-raising threshold that would require him to file a report.

State Board of Education member Mary Scott Hunter of Huntsville is considering entering the GOP race for governor rather than running for re-election to the school board. She filed a campaign finance report showing she has raised $15,060 for the school board race. She could transfer that money to the governor's race if she decides to run.

In Bentley's campaign finance report, his biggest source of money was political action committees run by Tuscaloosa fundraiser Mike Echols. Echols' Town II PAC gave $63,000, and his Pride PAC donated $24,000. Both receive much of their money from businesses in Tuscaloosa and Birmingham.

Bentley also reported several $25,000 contributions. They came from Paul Bryant Jr. of Tuscaloosa; S.T. and Terry J. Bunn of Tuscaloosa; Dorothy Davidson of Huntsville; Davey or Jamey Reed of Guntersville; and the Protective Life Corp. PAC.

No Democrats have announced for next year's race for governor. Alabama's primary election is June 3, 2014.

Buzzfeed04593

CONFIDENTIAL



Home » The Color of Money Runs White at the Crimson Tide's Bank

# The Color of Money Runs White at the Crimson Tide's Bank

Adam Rust's picture  Posted April 12, 2015

A community bank from Alabama whose leadership shares common ties to the family of Paul "Bear" Bryant and the University of Alabama football family rarely makes mortgage loans to African-American and Latino borrowers.

I became interested in this small bank after reading a recent story ("Paul

Buzzfeed04594

<u>Bryant Jr.'s Bank is the Tie that Binds UA Trustees</u>") in the Birmingham News, The story focused on the close ties between the University of Alabama football program, Bryant Bank, and The University of Alabama System Board of Trustees ("UASBOT"). In Alabama, the closure of the University of Alabama-Birmingham's football team has sparked a lot of hard feelings. Among those reactions, a number are pointing their fingers at UASBOT. Football is important in Alabama. The state spends a lot of money on two nationally-ranked programs. But Bear Bryant was never thrilled about another program drawing on fans from the state's largest city. With that history in the background, it is not surprising that Birmingham's leading newspaper would spend some time reviewing the mysterious bank associated with Bear's family.

The News pointed out that the UASBOT and Bryant Bank share similar governing styles. Only trustees of the UASBOT can select new trustees, and for years, those choices were made in private behind closed doors. The Trustees oversee a private foundation, which is managed in a similar fashion. Recently the Crimson Tide Foundation opted to stop releasing its IRS forms, as required by law, on the grounds that it was government entity. But another filing mandated by the State of Alabama found that the foundation purchased a $3.1 million home for Nick Saban, coach of the U of A football team.



Bryant Bank was founded by Paul Bryant, Jr., the son of Paul "Bear" Bryant. The Alabama football "family" is deeply connected to Bryant

Buzzfeed04595

Bank. These connections are not anecdotal speculation, either. The University of Alabama system, which some consider to be the state's most valuable asset, is led by some of the same individuals that are in charge of this small bank.

- Karen Brooks is a Director of Bryant Bank and the President Pro Tempore of UASBOT.
- Alabama Governor Robert Bentley is an ex officio member of UASBOT. His son is Vice President of Bryant Bank.
- Angus Cooper II is a long time member of UASBOT and now a lifetime trustee emeritus. His son is a Director of Bryant Bank.
- Barbara Humphrey is a member of UASBOT and serves on its football committee. Her husband, Bobby Humphrey, was a star football player at the University of Alabama. He is now a Vice President of Bryant Bank.
- Bryant Bank founder Paul Bryant, Jr. is also the Chairman of the Crimson Tide Foundation.
- Scott Phelps, the Treasurer of the Crimson Tide Foundation, was a founder of Bryant Bank and currently serves on its Board of Directors.
- Other senior leaders at the University of Alabama have ties to Bryant Bank. UA Senior Associate Athletics Director Finus Gaston is a Director of Bryant Bank. William Hughes, the assistant Director of Planned Giving at UA, is also a Director of Bryant Bank.

So what kind of bank is Bryant Bank? While it is headquartered in Tuscaloosa (home of the University of Alabama's main campus), the majority of its branches are in greater Birmingham. In addition to those two cities, Bryant also operates branches in Huntsville and suburban Mobile. Bryant's model echoes that of the typical community bank, with emphases in small business and mortgage lending. They are not in venture capital, credit cards, and small auto loan portfolio.

But if they are involved in mortgage lending, do they provide credit to all

Buzzfeed04596

of the community? Or does the evidence paint a different picture?

Well, they pick their spots. When it comes to single-family residential property lending, they are very pro-active in serving investors who want to buy single-family residential homes.

But race matters in Alabama, and Bryant Bank walks an interesting line when it comes to providing capital to minorities in a state whose metro area populations include many African-Americans.

My review of their Home Mortgage Disclosure Act data suggests that they rarely extend the same opportunity to minorities who want to buy a home for their families. Between 2011 and 2013, the bank made two owner-occupant loans to African-American borrowers, two to Asian applicants, and another to a Latino applicant. They made a home purchase mortgage loan to an African-American in 2010, but they did not do so in 2008 or 2009.

As has been the case with most lenders during the last few years, more of Bryant's mortgage lending has been for refinancing. Again, if we focus on owner-occupants, then refinances made up 54.2 percent of lending at Bryant between 2008 and 2013. But the same racial discrepancy holds true on the refinance side as well. The ratio of refinance loans to white owner-occupants versus black owner occupants is 145 to 4. During the same period (2008 to 2013), the same ratio for home purchase is 122 to 3.

**Tuscaloosa County Lending**

As might be expected, Bryant has a significant presence in Tuscaloosa. According to the FDIC, Bryant had about $460 million (note: I had written $460,000, which was a typo that would have understated their size and inferentially their ability to serve the community) in deposits on account in Tuscaloosa County, second only to Regions Bank. Regions held

Buzzfeed04597

approximately $670 million in deposits at Tuscaloosa branches at the end of June 2014. Synovus was third, with a shade less than $391 million in Tuscaloosa deposits.

Bryant made no loans in this segment to African-Americans (home purchases or refinance) in Tuscaloosa in 2013. In 2012, they made one of these loans, a refinance on a single-family residential home for $18,000 to a borrower with $124,000 in income. The loan was registered as a "high-cost" loan, because it bore an interest rate that was 3.8 percentage points above a comparably-termed Treasury. If I had to estimate the actual rate, based upon a review of 10-year rates during that time, the interest rate was probably 5 3/4 percent.

At Regions, twelve African-Americans received a loan from Regions in order to buy a home in 2013 alone in Tuscaloosa County. Twenty-seven received a refinance loan. None were reported as "high-cost" in either 2012 or 2013.

Synovus' performance would seem to support the record at Bryant, as it too avoided making any loans (refinance or home purchase) to African-Americans related to an owner-occupied property during 2013. In 2012, Synovus originated a home purchase and a refinance loan for this group. There were no high-cost loans.

Let's acknowledge that most banks have reported lending numbers showing higher rates of lending to non-minorities as a share of population during these years. That is especially the case when the analyses are limited to reviews of conventional lending and exclusive of FHA and VA. Bryant appears to limit its activities to conventional mortgage lending.

Nonetheless, Bryant's numbers are far outside the normal range. Regions Bank, for example, made 75 home purchase loans for owner-

Buzzfeed04598

occupant African-Americans in just Birmingham in 2013 alone. As opposed to a 40-fold difference, Regions made 7.4 home purchase owner-occupied loans to white borrowers for every one it made to an African-American.

CONFIDENTIAL

Buzzfeed04599

**3 Comments**   Bank Talk

 Login ▾

💙 Recommend   📤 Share

Sort by Best ▾

 Join the discussion…

 **Perry Herndon** · a year ago
Your investigation is appreciated, but please check your numbers. I believe that you may have used thousands when you meant millions in a couple of places; otherwise, some of those numbers are comically small. $7,000 (that's one used car) ... $460,000?

∧ ⌄ · Reply · Share ›

 **BankTalk** ⤳ Perry Herndon · a year ago
I'll give it another round of checking…I'll take it down while I do that. It's in the TFR reports.

∧ ⌄ · Reply · Share ›

 **Kate** · a year ago
If numbers and descriptions of loans to non-minorities were provided, a more thorough understanding of the discrepancy could be achieved. I don't doubt a discrepancy, but I would like to see the full picture.

∧ ⌄ · Reply · Share ›

ALSO ON **BANK TALK**

**Seven Details from OneMain Financial's IPO**

2 comments · a year ago

 Jer Trihouse — Fascinating! Although on a grander scale, their business model is reminiscent of World Acceptance Corp.

**Ironically, For-Profit College Gets a Loan Mod from Bank of America**

1 comment · a year ago

 Dahn Shaulis — Does anyone know

**Refund Advance Tax Loans Proliferate**

10 comments · 3 months ago

 dwc — i was denied the 750 dollars advance in less than 1 hr with Jackson hewitt. Never been denied in the pass.

**Industry Associations and House Financial Services Request Extension**

1 comment · a year ago

 Daniel Wagner — We identified many of

 Like 156    🐦 Tweet    in Share    Email a Friend    🔊

Category: housing finance

Buzzfeed04600

Tags: <u>banking</u>

CONFIDENTIAL

Buzzfeed04601



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears above any article. Order a reprint of this article now.

## Bunn-Pollard

*Published: Sunday, August 28, 2005 at 3:30 a.m.*

Hillery Brooke Pollard of Winfield and Terry Jackson Bunn Jr. of Tuscaloosa were married Aug. 27 at First Baptist Church in Tuscaloosa with Dr. Gil McKee officiating the/s7 p.m. ceremony.

Mrs. Terry Jackson/sBunn Jr. (Hillery Brooke Pollard)

Copyright © 2015 TuscaloosaNews.com — All rights reserved. Restricted use only.

CONFIDENTIAL

Buzzfeed04602



# Habitat for Humanity
## Tuscaloosa

## Our Sponsors

Buzzfeed04603



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears above any article. Order a reprint of this article now.

# Tuscaloosa District Attorney Tommy Smith retires; Lyn Head sworn in

*By Stephanie Taylor*
*Staff Writer | The Tuscaloosa News*
*Published: Friday, November 1, 2013 at 9:00 p.m.*



*File photo | The Tuscaloosa News*

Gov. Robert Bentley has appointed Smith as a supernumerary district attorney. It's a position that allows him to try special cases across the state.

Tuscaloosa County District Attorney Tommy Smith has retired from the position he has held for more than 14 years. Friday was his last day. Gov. Robert Bentley appointed Assistant District Attorney Lyn Head to fill the position. Smith, 64, announced the retirement to his staff last week and to the public on Friday. "It has been an honor and a privilege to be given the opportunity to serve the people of Tuscaloosa County," he wrote in a release sent at noon. The governor appointed Smith to serve as a supernumerary district attorney, a position for retired prosecutors that allows him to prosecute special cases across the state. Head was sworn in as district attorney Friday afternoon. Tuscaloosa voters have elected

Buzzfeed04604

CONFIDENTIAL

Buzzfeed04605

Smith to three six-year terms. He took office in 1999 after serving in the office for most of his career. Smith started in the District Attorney's Office as a law clerk in 1973. "While I have been the district attorney, we have partnered with many other agencies and entities to treat drug addictions and reduce recidivism. I am very proud of the great strides forward that have been made," he said. Smith has served on the executive board of the Alabama District Attorneys Association and was elected president of the association in 2010.



Pike District Attorney Tom Smith

Smith said he is proud of partnerships his office formed with city and county school systems and law enforcement agencies. Together, the groups created the HELP and IMPACT programs, designed to create intervention with at-risk children and their families. Children who have participated in the programs have shown improved academic performance and higher graduation rates, he said. "The goal is to address the issues that are causing the children to act out and get suspended," he said. "We know that if those issues are not addressed, these children are far more likely to drop out of school and commit crimes." Smith is also proud of the CLEAN program, a pre-trial diversion program created by members of the courts, local attorneys and substance abuse treatment professionals. First-time, non-violent drug and alcohol offenders participate in the program. Graduates are less likely

CONFIDENTIAL

to offend, Smith said, and are more likely to kick their drug addictions. The office's Child Support Unit has collected more than $100 million in child support for the county's children. Smith praised the unit and the Special Services Division, which includes the Worthless Check Unit and the Restitution Recovery Unit. Staff members have worked hard, he said, to enforce court-ordered restitution owed to victims and delinquent court costs. Smith said he is also proud that his office has increased the number of Victim Service Officers who act as liaisons between the office and the victims and witnesses involved in cases.

"Finally, but certainly not least, I want to make sure and say what an honor it has been for me to serve with all the men and women on staff," he said. "They are all true public servants who are dedicated to the profession and to serving the people of Tuscaloosa County." Head has worked as an assistant Tuscaloosa County District Attorney since 1999. "I am thankful for the opportunity to have served under Tommy and appreciate all that I have learned from him," she said. "I look forward to continuing to serve our community in this capacity." She previously worked in the District Attorney's Office for the 10th Judicial Circuit in Bessemer, for the private Tuscaloosa firm Rosen, Harwood, Cook and Sledge (now Rosen Harwood PC) and Webb & Eley in Montgomery. She earned her law degree from the University of Alabama School of Law in 1990.

## SMITH'S FULL STATEMENT

*I am announcing my retirement from the office of District Attorney for the Sixth Judicial Circuit, Tuscaloosa County, effective November 1, 2013. Under Alabama law, I am assuming the status of Supernumerary District Attorney as appointed by Governor Robert Bentley. I was first elected District Attorney in November, 1998, and took office in January, 1999. I have since won reelection in 2004 and again in 2010. Prior to my election, I served as an assistant district attorney under Charley Freeman, Sam Russell, Wayne Williams and Lou Lackey, from 1974 until 1998. Prior to that I first started in the Tuscaloosa office as a law clerk in February, 1973, over 40 years ago. During my tenure, I have served on the Executive Board of the Alabama District Attorneys Association and was*

CONFIDENTIAL

Buzzfeed04606

elected by the district attorneys of Alabama to serve as President of the Association in 2010. It has been an honor and a privilege to be given the opportunity to serve the people of Tuscaloosa County. While I have been the District Attorney, we have partnered with many other agencies and entities to treat drug addictions and reduce recidivism. I am very proud of the great strides forward that have been made. We have partnered with the Tuscaloosa City School System, Tuscaloosa County School System, the Tuscaloosa Police Department and the Tuscaloosa County Sheriff's Department to create the HELP and IMPACT programs. Those programs are designed to create intervention with at risk children and their families, who have been suspended from school. The goal is to address the issues that are causing the children to act out and get suspended. We know that if those issues are not addressed these children are far more likely to drop out of school and commit crimes. Both programs are very successful and the students who complete the programs do better in school with better graduation rates than those students who have been suspended but do not complete the programs. We have worked with the courts, local attorneys and treatment professionals to create the CLEAN pretrial diversion program which is designed to work with nonviolent drug and first offender type defendants who have criminal cases. The CLEAN program is an expansion of the original Drug Court which was created while Charley Freeman was the District Attorney. The Drug Court would not have been created without the commitment and leadership of Charley Freeman. CLEAN has been very successful in that the graduates are far less likely to commit other crimes than defendants who do not go through the program and are better able to kick their drug addictions and lead productive successful lives. Our Child Support Unit under Executive Director Mary Lewis has worked tirelessly for the benefit of children and their parents to enforce court ordered support and also to work with parents to help them be better able to work and meet their obligations. The unit has collected well over $100,000,000 for the benefit of Tuscaloosa County's children during my tenure by establishing relationships with other community

Buzzfeed04607

CONFIDENTIAL

Buzzfeed04608

agencies to promote better parenting practices and a keener focus on fatherhood, both of which are vital to a successful child support program. In addition to her accomplishments for Tuscaloosa County, Mrs. Lewis has been a leader for the entire state and has served the state as the President of the Alabama Child Support Association and is currently on the association's Board of Directors. Our Special Services Division includes both the Worthless Check Unit and the Restitution Recovery Unit. Brian Barnett is the Executive Director of the Division and has worked hard to enforce court ordered restitution owed to victims and court costs from defendants which are delinquent. He has been recognized statewide for his expertise and excellence and the policies and procedures he has implemented have been used as models for the state. I am also proud to have been able to increase the number of Victim Service Officers who serve the public. They are the liaisons between the office and the victims and witness in the cases we are prosecuting. They provide professional assistance to victims and work directly with victims to help them while their cases are being handled. They provide vital services such as helping to get restitution orders and coordinating court appearances. Finally, but certainly not least, I want to make sure and say what an honor it has been for me to serve with all the men and women on staff. They are all true public servants who are dedicated to the profession and to serving the people of Tuscaloosa County. The trial and juvenile divisions of the office successfully handle several thousand cases every year of every type, including homicides, child victim crimes, white collar crimes, and traffic tickets. They work tirelessly under trying circumstances and I will always appreciate them.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Reach Stephanie Taylor at*
*Stephanie.Taylor@tuscaloosanews.com or 205-722-0210.*

CONFIDENTIAL

Buzzfeed04609

*Tuscaloosa News coverage on Facebook*

Follow @TNews_Steph   Tweet to @TNews_Steph

Copyright © 2015 TuscaloosaNews.com — All rights reserved. Restricted use only.

CONFIDENTIAL



TUSCALOOSA COUNTY DISTRICT ATTORNEY

Buzzfeed04610

CONFIDENTIAL



Buzzfeed04611

CONFIDENTIAL

Alabama ⌄

# Nick Saban sold home to Crimson Tide Foundation for $3.1 million in 2013



Alabama football coach Nick Saban appears at his weekly radio show "Hey, Coach!" at Bob's Victory Grille in Tuscaloosa the week of the Crimson Tide's first road game against Ole Miss on Thursday, Oct. 2, 2014. Also appearing on the show were host Tom Roberts and media guest and AL.com reporter Andrew Gribble. (Ben Flanagan/al.com)

By Kent Faulk | kfaulk@al.com
Email the author | Follow on Twitter
on October 26, 2014 at 6:57 AM, updated October 27, 2014 at 1:50 PM

BIRMINGHAM, Alabama -- Ten weeks after the University of Alabama won the BCS National Championship game against Notre Dame in January 2013, a private foundation set up to help fund athletics at UA bought the Tuscaloosa home of Crimson Tide football coach Nick Saban for nearly $3.1 million.

The home, which Saban and his wife, Terry, bought in 2007 when they came to the university, was purchased by the Crimson Tide Foundation in March 2013. The Sabans continue to live in the 8,759-square-foot home, and the foundation has paid the property taxes on the home since the purchase.

"It's not all that unusual in the world for universities to provide the housing," said Scott Phelps, assistant secretary of the foundation. "We want to keep him happy. We think he is the best coach in America."

The University of Alabama owned both of the homes that Coach Paul "Bear" Bryant lived in with his family, Phelps said.

Buzzfeed04612

Saban lives in that house and will continue to live in it as long as he wants to, even after he retires, "in the same fashion coach Bryant did," Phelps said.

The foundation, a nonprofit group founded in 2003, provides money for scholarships, endows coaching positions and has provided money for the renovation or construction of athletic facilities.

The University of Texas reportedly talked to Saban's agent days after the championship game against Notre Dame in January 2013. Texas' attempts to lure Saban away, however, were not made public until later.

Texas was ready to pay Saban more than $100 million over the life of a contract to lure him away, ESPN sports talk show host Paul Finebaum wrote in his book "My Conference Can Beat Your Conference: Why the SEC Still Rules College Football."

Phelps, however, said buying the house was something the foundation could do for the coach and wasn't tied to any specific win or attempt by another school to attract him away from the university.

Efforts to reach Saban's attorney for comment were unsuccessful.

**Sale specifics**

Saban, who made $5.5 million in 2013, inked a new contract earlier this year with UA for $6.9 million a year, before performance bonuses. The new contract, which extends to Jan. 31, 2022, does not include the foundation's purchase of the home.

Phelps said he didn't know how the conversation started that led to the home sale, but it did not originate from within the foundation. But when the idea came to it, the foundation said "sure," he said.

Phelps said he doesn't know whether Saban had a mortgage on the house. It wasn't "a big deal," and the foundation wanted to "keep him as happy as we can," he said.

The money for the purchase came from the foundation's general fund, not a specific donor designated for the purchase, Phelps said.

"It's the only piece of (residential) property the foundation owns," he said.

A warranty deed was executed in Tuscaloosa County on March 25, 2013, on the sale of the house. The contract date is listed as March 22, 2013, and the sale price is listed as $3,077,000.

The Foundation paid the $10,035 property tax on the home on Dec. 21, 2013, according to records. Before that time, the taxes had been paid by the Sabans.

The Foundation, however, does not have to pay any taxes on the house in the future because it is a non-profit organization, said Tuscaloosa Tax Assessor Doster L. McMullen. The President's mansion at the University also isn't taxed, he noted.

While that tax money won't be coming into county coffers in the future, McMullen still believes the county is getting a deal. "Coach Bryant and Nick Saban were very good investments for the University and Tuscaloosa," he said.

Saban was not required to note the sale on his annual statement of economic interests with the state of Alabama.

**NCAA: It's allowed**

The four-bedroom, four-and-a-half-bathroom home has 8,759 square feet and sits on 1.26 acres.

According to Zillow, a real estate tracking website, the home was built in 1997, sold in 2004 for $2.33 million and again in 2007, when the Sabans bought it, for $2.875 million.

CONFIDENTIAL

Buzzfeed04613

A spokeswoman for the NCAA said a coach's compensation package is determined by the university, and a university foundation is allowed to be a source for coach compensation.

At least one other coach, former Auburn University coach Pat Dye, has had his house purchased by a private foundation. According to an Associated Press story from 1983, the Auburn Alumni Association bought Dye's $412,000 house and would give him title to it if he remained as football coach for 14 years.

Cassie Arner, Auburn University assistant athletic director for public relations, said Auburn does not pay for head football coach Gus Malzahn's housing.

**About the Crimson Tide Foundation**

According to its website, the Crimson Tide Foundation is a nonprofit 501(c)(3), serving as the charitable arm of the University of Alabama Department of Athletics. It is administered by a volunteer board of directors.

All gifts to the foundation are applied to the support of athletic excellence at the University of Alabama. Gifts may be used to establish scholarships or add to an existing one, build or renovate athletic facilities, endow coaching positions and for other special projects. All gifts are used as directed by the donor.

As the Athletic Department at the University of Alabama is 100 percent self-supporting, UA Athletics receives no funding from the state of Alabama, according to the foundation's website.

*Updated at 1:50 p.m. with comments about the Foundation not being required to pay taxes on the property in the future*

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 Alabama Media Group. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Alabama Media Group.

**Community Rules** apply to all content you upload or otherwise submit to this site. **Contact interactivity management.**

▷ **Ad Choices**

Buzzfeed04614



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears above any article. Order a reprint of this article now.

# Pollard-Bunn

*Published: Sunday, August 7, 2005 at 3:30 a.m.*

Susan Gilbert and Tony Pollard of Winfield    Hillery Brooke Pollard
announce the engagement of their daughter,
Hillery Brooke Pollard to Terry Jackson Bunn Jr. son of Terry and Kay Bunn of
Tuscaloosa.

The wedding will be 7 p.m. Aug. 27 at First Baptist Church in Tuscaloosa.

The bride-elect is the grand-daughter of Carrie Gilbert and the late Willie Gilbert of
Winfield and the late Dale and Deleon Pollard of Brilliant.

She is a 1998 graduate of Winfield High School and attended Faulkner University,
where she received a bachelor's degree in human resource management. She is
employed by Indian Hills Country Club.

The prospective groom is the grandson of Irene Bunn and the late S.T. Bunn and
John and Sarah Allen of Tuscaloosa.

He is a 1999 graduate of Holt High School attended the University of Alabama,
where he received a bachelor's degree in consumer affairs. He is employed by S.T.
Bunn Construction.

Copyright © 2015 TuscaloosaNews.com — All rights reserved. Restricted use only.

CONFIDENTIAL

Buzzfeed04615

First Name

Last Name

Any State ⬍

**Search**

CONFIDENTIAL

Buzzfeed04616



http://JailBase.com

CONFIDENTIAL

Buzzfeed04617

## TERRY JACKSON BUNN, Booked on Feb 08, 2013

| Remove Your Online Information | (http://www.internetreputation.com/remove-mugshot/) |  |

* Paid Advertisement

## Terry Jackson Bunn

**Booked By**                    **Tuscaloosa County Sheriff's Office (/arrest-records/t...**

**Booked Date**                  2013-02-08



**(800) 870-5369**
**Call Now**
Remove Your
Online Information
CLICK HERE

## Arrest Details

### Charges
• DRIVING UNDER THE INFLUENCE

### Tracking #
20130208-terry-jackson-bunn

### Gender
N/A

### Race
N/A

### Height
N/A

### Weight
N/A

### Facility
N/A

### Age
N/A

### Date of Birth
N/A

### Age at Arrest
N/A

Eye Color
N/A

Hair Color
N/A

## Near by Bail Bonds

Abshire Bonding (/bail-bonds/abshire-bonding-cottondale-profile)
Alabama Afforable Bail Bonds Inc (/bail-bonds/alabama-afforable-bail-bonds-inc-coaling-profile)
Alternative Justice Bail Bonding Agency Inc (/bail-bonds/alternative-justice-bail-bonding-agency-inc-tuscal-profile)
America's Most Used Bonding Company Inc (/bail-bonds/americas-most-used-bonding-company-inc-cottondale-profile)
Bail Bonds Express (/bail-bonds/bail-bonds-express-tuscaloosa-profile)
E & J Bail Bonding (/bail-bonds/e-j-bail-bonding-gadsden-profile)
Express Financial Services Inc (/bail-bonds/express-financial-services-inc-tuscaloosa-profile)
Grant Bail Bonding (/bail-bonds/grant-bail-bonding-roanoke-rapids-profile)
Honesty Bail Bonding (/bail-bonds/honesty-bail-bonding-tuscaloosa-profile)
Morgan Bail Bonding Inc (/bail-bonds/morgan-bail-bonding-inc-tuscaloosa-profile)

View Source ❯

Individuals are innocent until proven guilty in a court of law.

### DISCLAIMER

This information provided on this website is intended to help users acquire information on county jail arrests. Using any information found on this website for other purposes could be illegal. While the information is believed to be reliable, Jail.com provides this information "'as is" and does not make any guarantees or warranties as to its accuracy. Any indication that a person has been arrested or booked is not proof of guilt or conviction of any crime. Please note, it is your responsibility to contact the appropriate law enforcement agency to acquire, or verify, any of the information on this website. By using this website, you agree to our terms and conditions without warranty.

Jail.com was established in order to provide the public with a user-friendly searchable database of arrest records. Jail.com compiles public records in order to provide this information in one easy location. We believe making this information readily accessible will help reduce crime, assist victims in the prosecution of their crimes, aid in identification, and restore public trust.

While we make every effort to ensure that the information provided on this website is reliable, we provide this information "as is" and do not make any representations or guarantees as to its accuracy. The use and distribution of any information found on this website for any other purpose may be illegal. Any indication on this website that a person

Buzzfeed04619

has been arrested or booked is not proof of guilt or that any crime has been committed. It is solely the responsibility of the viewer to contact the appropriate law enforcement agency to acquire or verify any of the information on this website. By using this website, you agree to our terms and conditions without warranty.

**COMPANY**

- About/FAQ (/about)
- Contact (/contact)
- Privacy (/privacy)
- Advertise (/advertise)

**MENU**

- Browse (/arrest-records)
- Bail Bonds Directory (/bail-bonds)
- Mobile App (http://www.jailbase.com/mobile-app)

**TOOLS**

- Membership (https://members.jail.com/)
- Opt Out (/opt-out)

**RESOURCES**

- API (https://developer.jailbase.com)
- RSS Feeds (/rss/)
- Widgets (/widgets/)

**f** (http://www.facebook.com/JailBase)
**g+** (http://google.com/+jailbase)
**🐦** (http://twitter.com/JailBase)
**🔊** (http://www.facebook.com/feeds/page.php?
id=114089965318436&format=rss20)

 (https://www.mcafeesecure.com/verify?host=jail.com)

CONFIDENTIAL

Buzzfeed04620

# CRIMSON TIDE FOUNDATION

HOME | ABOUT US ∨ | WAYS TO SUPPORT ∨ | DONOR RECOGNITION ∨ | TIDE TOTALS | BOOSTERS

ENDOWED SCHOLARSHIPS
CRIMSON TIDE SCHOLARSHIP FUND
GIVING CHALLENGE
PRIORITY NEEDS
ALL ATHLETICS PROGRAMS

**DONATE**

BRYANT SOCIETY

## LIFETIME GIVING SOCIETY

**DONOR RECOGNITION**
→ Annual Donor Listing

The Crimson Tide Foundation is pleased to honor the members of our Lifetime Giving Society. Membership is exclusive and includes total lifetime giving to the Crimson Tide Foundation, including pledge payments, and is tiered into four levels:

Buzzfeed04621

CONFIDENTIAL

- Bryant Society ($1 Million+)
- Crimson Legacy ($500,000 - $999,999)
- Crimson Alliance ($100,000 - $499,999)
- Crimson Circle ($50,000 - $99,999)

- Lifetime Giving Society
- Endowments

# BRYANT SOCIETY ($1 MILLION+)

A-Club Alumni Association
Bill Battle
Bryant Bank
Mr. Angus R. Cooper, II
James M. Fail
Jean and Don Ghareeb
Macon and Susan Gravlee
William D. & Lynn Gwin
Mr. Matthew J. Hogan
John D. Johns
Mr. Edward A. Labry, III
Judy Livingston
Curt Morgan
Larry W. & Beverly T. Morris
Tom & Carol Patterson
The Pleiad Foundation
John H. Plott
Mrs. John L. Rhoads
Mr. Phil Shapiro, Jr.
Sarah Frances & Steven D. Smith
Mr. & Mrs. Michael D. Thompson
Jamie Alexander Tisch
Mr. & Mrs. Warren J. Williamson, Jr.

# CRIMSON LEGACY ($500,000 - $999,999)

Alfa Insurance Companies
Joel R. Anderson
Patti & David Aresty
David & Phyllis Brasfield
Mike Brunner
Jerry N. Carr & William H. Carr
Mr. Hugh Culverhouse
Duane & Suzanne Cunningham
Mr. Charles W. Daniel
Mr. Stephen D. Davis
Mr. Garry N. Drummond
Duncan-Williams, Inc.
Richard & Darlene Ellis
J. Norman Estes
Gregg & Elizabeth Hahn
Gene & Shelia Heathcock
Hinton Group, LLC
Mr. Jimmy Hinton, Jr.
Mr. Jimmy Hinton, Sr.
James S. Holbrook, Jr.
Thomas E. Jernigan, Jr. & Lisa Jernigan Bruhn
Kevin & Christine Jones
Mr. & Mrs. Marion E. Lowery
Mr. Robert W. "Bud" Moore
Dr. John Acree Morgan
Phil Nichols
Precision IBC, Inc.
Mr. Farid Rafiee
Red Diamond, Inc.
Red Elephant Club of Mobile
Guice Slawson Family
Mr. Walter L. Stephens
Ted & Leah Taylor
Terrell F. McElligott Revocable Trust
James W. Wilson, III
Anonymous – 1

CONFIDENTIAL

Buzzfeed04622

# CRIMSON ALLIANCE ($100,000 - $499,999)

| | |
|---|---|
| The Adair Family | Douglas C. Lanier Jr, M.D. FACP FASN |
| Dennis & Mary Kathryn Adams | Mr. Patrick D. Lee |
| Alabama National BanCorporation | Mr. Peter Lowe |
| Mr. Edward K. Aldag, Jr. | Elliot B. Maisel |
| Mr. & Mrs. Charles C. Anderson | Mr. Gene Marable, Jr. |
| Dr. Jeffrey K. Anderson | Mac & Lanita Mayers |
| Mr. Terry C. Anderson | McAbee Construction, Inc. |
| Arias Family | Mr. & Mrs. Raymond A. McCaffrey, III |
| Rita Armitage | Mr. & Mrs. J. Price McGiffert |
| Mr. Owen Aronov | Mr. Kenneth Larry McGill |
| Leon Ashford | Michael J. McInerney, IV |
| Dr. Winston M. Ashurst | Mr. D. Joseph McInnes |
| Dr. LeRoy Scott Atkins, Jr. | McKinney Scholarship Fund |
| Ms. Emily L. Baker | Mr. Joel W. McMahon |
| Chris Ball | Tony McWhorter |
| Brasfield & Gorrie | Mr. D. Stephen Menzies |
| Margaret & Walter Batson | Joe & Wanda Merrell |
| Earl & Charla Baumgardner Family | Miller Investment Group, LLC |
| Russ & Laura Baumgardner | Mr. Mayer Mitchell |
| James F. Beall | D. Dewey & Rebecca L. Mitchell |
| Mr. & Mrs. David M. Benck | Mr. Elliot Mitchell |
| Keith A. & Janet Bennett | Mr. Jackson W. Moore |
| Mr. Randy Billingsley | Russell & Susan Moore |
| Don & Fran Birdwell | Mr. & Mrs. John W. Morris, Jr. |
| Hal E. Bissell | Rosa P. Morrow |
| Mr. Fred M. Blackmon | Ms. Kathy N. Mouron |
| Robert E. Blake | Mrs. Reta A. Mudd |
| Harvey & Clle Blanchard | Mr. William Anderson Mudd |
| Robert L. Blevins | Dr. Rhett B. & Melanie H. Murray |
| Phillip K. Bobo, M.D. | Dr. & Mrs. Lucian Newman, Jr. |
| Mr. David A. Boutwell | Mrs. Marjorie Kay Nix |
| Mr. Daniel James Bowers | Coby Orr |
| Mr. David B. Bowers | Mr. Dyron L. Overton |
| John S. Bowman | Paul D. Owens, Jr. |
| George & Vennie Braswell | Soozi & Jerry Pate |
| Ernest C. Brock, M.D. | Paul & Mortimer Kuykendall Trust |
| Mr. R. Frank Brown, Jr. | Charles E. (Ward) Pearson |
| Mr. Ronald Bruno | Mr. David L. Peterson |
| Joe & Lou Bryan | Mr. and Mrs. Andrew Pharo |
| Buffalo Rock Company | Phelps, Jenkins, Gibson & Fowler, LLP |
| Spencer D. Burchfield | Hallie Gooding Phillips |
| Chip & Mistie Burkes | J. Douglas Phillips |

CONFIDENTIAL

Buzzfeed04623

Buzzfeed04624

Linda & Herbie Burkes
Mr. Danny Ray Butler
Dr. & Mrs. Lyle E. Cain, Jr.
Mr. W. Fred Carlisle
David & Nancy Carroll
Paul Ott Carruth & Lindsey Carruth
Mr. Kerry S. Carter
Joseph & Angela Cashia
Mr. & Mrs. Richard & Amy Cashio
Cavalier Homes/Southern Energy Homes
Mr. & Mrs. David Chadwick
Joe A. Chambliss Family
Lamar & Sylvia Chatham
Dr. Hoyt (Tres) Childs, III
Mr. Charles M. Claborn
Mr. Colby F. Clark
Dr. Brian Claytor
John & Barbara Cochran
Mack Cooper
W. Allen Cox
Mr. Philip S. Crane
Crimson Tide Sports Marketing
Cunningham & Campbell, LLP
Mr. Thomas J. Curtin
John Granger Danford, Sr.
Glenn Davenport
James Davidson Family
Ray & Edie Delp
Mr. R. Steven Denney
DeSantis & Barkley Families
Patsy Dickson
Gaynell C. Dildy
Mike & Gail Dogan
Dr. Dan E. Douglas
Mr. Ed Drummond
Mr. Mark Drummond
Mr. & Mrs. Jerry Duncan
Elise Durbin & Melissa Durbin
EBSCO Industries, Inc.
Rick Edmonds
The Ehrhardt Family
Energen Corporation
Mr. Michael Escue
Mr. Anthony J. Fant
Sam P. Faucett, III
CONFIDENTIAL

Sandy & Joel Pickett
Alan Pizzitola
Dr. & Mrs. Malcolm Portera
Mrs. E. C. Powell, Jr.
Carl Price, Jr.
Mrs. Dick (Sandra) Pride
Mr. Robert Prince
Sue Camp Pritchard
Protective Life Corporation
James T. Ramage, III
Randall-Reilly, LLC
Red Elephant Club of Atlanta
Red Elephant Club of Baldwin County
Red Elephant Club of Birmingham
Red Elephant Club of Huntsville
Red Elephant Club of Montgomery
Red Elephant Club of Northeast Alabama
Red Elephant Club of Northwest Alabama
Red Elephant Club of Tuscaloosa
Red Elephant Club of Wiregrass
Regions Bank - Tuscaloosa
Regions Financial
Gene & Jana Renfroe
Ken & Cindy Rhoden
Mr. Michael Rice
Mr. George R. Richmond
Mr. J.R. Rivas
David & Rebecca Roberts
Johnny & Carolanne Roberts
Carolyn F. Robertson
Bill & Marcie Rodrigues
J. Steven Roy & Traci L. Roy
Benjamin Russell
Mr. & Mrs. William Lonnie Russell
Mr. Demeco Ryans
S & K, LLC
Dr. P. Lauren Savage, Jr.
Dr. & Mrs. Perry L. Savage
Mr. John F. Scarbrough
Charlie O. Sealy, Jr.
Sexton Family Foundation
Richard & Sherry Shealy
Mr. Barrett C. Shelton, Jr.
Mr. & Mrs. Jerry Shelton
Gary L. Smith

The Snook Foundation

ST Bunn Construction Company

Mr. & Mrs. Richard S. Foster
Les Fowler
Mr. Alan I. Franco
Ms. S. Marce Fuller
Dr. Rod Gantt
Virginia G. Garrison
Ms. Elizabeth Ghareeb
Jack & Angie Giambalvo
Mr. & Mrs. Joseph E. Gibbs
Mr. Jeff Gilbert
Mr. & Mrs. Joe Gillis
Mr. Wyman O. Gilmore, Jr.
Dr. Allen & Chris Goodson
Jimmy Grantham
Ronald W. & Cynthia C. Gray
Mr. Fred Hahn
Mr. Philip F. Hahn, Jr.
Susan & Grayson Hall
Mr. R. Alan Hall
CDR & Mrs. Lee A. Hallman
Brion & Donna Hardin
Tim Harris
Harrison Family Foundation
Harrison Construction Company
Robert Haubein
Randy Haynes
Ronald E. Henderson, M.D.
The Claude Hendrickson Family
Hoar Program Management
Mr. Neal A. Holland, Jr.
James & Peggy Hollis
Mr. William Bruce Hutchins, III
Mr. David M. James
Mr. Donald M. James
Donald R. Jordan
Mr. Michael Wayne Jordan
David & Carol Kahn
Christopher G. Kelley, M.D.
Jerry & Naomi Kelly
Reba Kennedy
Mr. Peter F. Kern
Mr. Peter Kim
Randy & Kathie King
Archie C. Lamb, Jr.
Mr. Reggie Lancaster
CONFIDENTIAL

St. Vincent's Hospital
Dr. William (Bud) Standeffer, Jr.
Mr. W. Stancil Starnes
Sterne Agee
William R. Strickland
W. G. Sullivan Lumber Co., Inc.
Dr. & Mrs. John P. Summerford
Mr. Jerry L. Swindle
Taft Family, LTD
Mr. A.J. Taft, Sr.
Talton Network Services
Dr. & Mrs. A. R. Taylor
Gene Taylor
Mr. William A. Terry
Bobby & Tammie Tesney
Mr. John R. Thomas
Stephen & Shannon Thomas
Robert & Julie Thurber
Cynthia & Rollins Tindell
Alan Tweedie
Mr. Russell H. Vandevelde, IV
Lanny S. Vines Foundation
Stanley R. Virciglio
Vulcan Materials Company
Mr. James P. Walker, Jr.
Stan & Kay Walker
William W. Walker, IV
Troy Wallwork
Mr. Calvin D. Weaver, Sr.
Mr. H. Clark West
Dr. & Mrs. Terry Westmoreland
Beau & Cindy Wicks
Dr. John T. Wilbanks
Rod & Susan Wilkin
Mr. & Mrs. Byrd Williams
Thomas P. Willingham
Mr. Van Willoughby
Mr. & Mrs. Curtis "Bo" Wilson, Jr.
Terry Vernon Woods
Logan Young, Jr.
Young Holdings, LLC
Anonymous – 10

Buzzfeed04625

# CRIMSON CIRCLE ($50,000 - $99,999)

Cynthia & Ted Achorn
Sherry Allison
Mr. Boyd C. Anderson
Mr. Roy Anderson, III
Mr. John Frederick Apel
Mr. Ken Arthur
Curtis D. Bale
Mary & Mike Ballard
Bama Softball Walk-Off Club, Inc.
Mr. George E. Barber
Mr. Bob Baumhower
Kelley & Lee Beaman
Mr. William Inge Beeker
Dr. Michael P. Bentley
Myra Bolton
Johnny A. Boswell and Ryan A. Boswell
Mr. James Bowers
Mrs. Charlie Brooke Foster Brazell
Mr. & Mrs. Paul E. Bridges
Dr. Brandi Bronold
Brookwood Medical Center
Terry & Kim Brown
Jack R. Brunson Family
Mr. Robert & Dr. Helena Buchalter
Mr. Richard A. Burch
Mr. Barrett Allan Burns
Mr. Mark Burr
Ronald Cain
Mr. & Mrs. Ehney A. Camp, III
David & Linda Carroll
Mr. & Mrs. Albert L. Cason, Jr.
Mr. Lewis Cheney
Mr. Dean E. Chitwood
Drs. Dale & Nikki Christensen
Mr. Del Clayton
Mr. Geoffrey Clever
William T. Cleverdon
Audra Clifton
Mr. & Mrs. Robert M. Cobb
Mr. & Mrs. Ray Cole

Mr. Heith Jeffcoat
Alan Jenkins Family
John T. Johnson, Jr.
Steve A. Johnson
Mr. Carl E. Jones, Jr.
George & Tracy Jones & Family
R. Bryan Jones
Dr. & Mrs. Wiley H. Justice
Thomas H. & Alice R. Kendall
Dr. & Mrs. John K. Kendrick
Mr. & Mrs. Edward Kuckens
Ben & Connie Kushner
Nanellen Lane
Dr. & Mrs. John M. Lee
Bubba & Darlene Lewis
Dr. Clifton & Anne Lewis
Mabel Amos Memorial Fund
Mr. Rick M. MacKay
Mr. & Mrs. Alan Martin
Hugh & Regina Mathews
Grant & Laura McAllister
Lewis McAllister, III
Dr. E. Gaylon McCollough
Mr. Eddie McConnell
Dr. & Mrs. Chad McElroy
John & Pat McKleroy, Jr.
Mr. Robert P. McLamb
Mr. John J. McMahon, III
Frank L. McPhillips, M.D.
Mr. Brad Merrell
Ms. Evelyn A. Merrin
Mrs. Virginia K. Miller
Mr. Guy K. Mitchell, III
Mr. Keith Monk
Mr. Thomas W. Moore
Warner Moore
Dr. & Mrs. Hernando Moreno
Mr. & Mrs. Alastair J. Muir-Taylor
Mr. Roger P. Myers
National Security

Buzzfeed04626

Buzzfeed04627

Joseph Colquitt
Mr. John Scott Condra
The Hugh Cooley Family
Lynn Corder
Mr. Bryan Alan Corr, Sr.
Cox Pools (Panama City Beach, FL)
Ms. Laura Crum
Cuba Timber Company, Inc.
James Edward Davies, Jr.
Richard T. & Robin Davis
Randy Delchamps
Ashley Delp
Chance L. Dendy
Jerry Dean Dillard, M.D.
James F. Dixon, III
Dr. & Mrs. Butch Douthit
Drummond Company, Inc.
Terry DuBose
Richard Ellis, Jr.
Ms. Sherri Ellis
Mr. Steven J. Ellis
Everwood Treatment Co., Inc.
Bette Smith Ferguson
First National Bank of Central Alabama
Mr. Erby J. Fischer
Captain Roland Michael (Mike) Franklin, US
Navy, Nancy, Quinn & JEB Franklin
Dunn Investment Company
Gameday Centers Southeastern, LLC
Mr. Alex Owen Gatewood
Mr. Jack Giambalvo
Joey & Tracy Gilliland
Mr. & Mrs. Tom Glover
Golden Flake Snack Foods, Inc.
Charles & Nancy Graham
Vann & Renee Gravlee
Greenetrack, Inc.
Neil Griffin
Mr. & Mrs. Alva M. Grimsley, III
Mr. Fred W. Gustin
G. Stewart Hall
Coach Curley Hallman
Mr. Edward L. Hardin, Jr.
Mr. Erik D. Harp
Mr. Kelly Harrington
CONFIDENTIAL

Mr. Jackie Nesmith
Ozzie & Gloria Newsome
Mr. & Mrs. Alston Noah
Mr. William A. Oldacre
DeeDee O'Neal
Don & Linda Owens
J. Todd Palmer
C. Derek Parrish
Mr. Joseph Pegues Patton
Dr. Brian A. Perry
Sara & Gerry Phillips
Mrs. Katherine Blount Pace
Mr. Stephen Pickett
Mr. & Mrs. Rodney A. Pilot
Robert R. Pope, Jr.
Mr. Richard L. Powell
Mr. Scott A. Powell
Red Elephant Club of Emerald Coast
Red Elephant Club of Logan-Martin
Mr. James Robert Reed
Mr. James H. Richardson
Ron & Nancy Richardson
AFFLINK- Dennis Riffer
Mr. & Mrs. Terry L. Roberts
Mr. Larry J. Ruffin
Dr. S. Hunter Savage
Dr. & Mrs. Varian C. Scott
Mr. & Mrs. Douglas C. Sellers
Mr. & Mrs. Louis Shapiro
Della & Elise Simpson
Mr. Alan Randolph Smith
Mr. Jerrill Sprinkle
Bart Starr
Alan & Louise Steele
Charles "Sonny" Stirling, Jr.
Mike Stockton
Mr. Robert A. Summerford, II
Mr. & Mrs. Heath Patrick Terry
Thomas & Lisa Jean Thayer
Art & Hasseline Thompson
Mr. Jonathan Thompson
Michael Thompson
Angela Ellis Thornton
Mr. Howard Tinney
Mr. Richard Todd

Ms. Susan B. Harris
Frances J. Harrison
Jay H. Harry
Kevin Hays
Sallie & Marc Helm
Bucky Henson
Mr. John Hickman
Mr. & Mrs. Mark A. Hickman
Mr. T. Alton Hill
John L. Hinton, Jr.
Judge Truman Hobbs, Jr.
Bruce Hodges
Mr. Earl Hollingshead
Dr. Wilton Russell Holman, III
Ralph & Brantley Holt
Ken Horton
Edward A. "Ted" Hosp
Mr. David Hudson, Jr.
Michael T. Hudson
Mr. & Mrs. William H. Huffman, III
Mr. Mark R. Hunter
Dr. & Mrs. Clark G. Hutchinson
Jason Ingram
Mr. Blake E. Jackson
Mr. Tommy Jackson

Mr. Jeffrey T. Tolbert
Mr. Charles Townsend
Mr. James Michael Tracy
Dr. & Mrs. Jimmy Tu
Tuscaloosa Tip-Off Club
Jon & Teri Vice
Jim & Dean Walburn
Katie H. Waldrep
John L. Wallace
Mr. Norman J. Walton
Mr. & Mrs. Phil Webb
Doyle & Suzanne Weeks
W. Edgar Welden
Wells Fargo Foundation
Andy & Nannette White
Taylor & Anna Wiggins
Mr. & Mrs. Jimmy Williamson
Clayton G. Wilson & Claire Wilson Blaylock
John M. & Lilellen Wise
Mr. & Mrs. Leland L. Wood, Jr.
Joseph A. & Beth M. Woodruff
Mr. & Mrs. Timothy W. York
Mike Young
Anonymous - 17

Every effort has been made to provide an accurate listing of donors as of August 19,

2015. Great care is also taken to ensure each donor's name is listed as he/she prefers.

However, if a mistake has been made, your name is listed incorrectly, or you prefer to

be listed anonymously, please contact us at 205-348-9727 or by email.

INVESTING IN *Champions*

Crimson Tide Foundation

CONFIDENTIAL

Buzzfeed04628

Buzzfeed04629

CONFIDENTIAL

*Box 870343 Tuscaloosa, AL 35487-0343*
*ctf@ia.ua.edu*

Buzzfeed04630

facebook   Sign Up

Log In

Email or Phone          Password

☐ Keep me logged in    Forgot your password?

**The Tuscaloosa News**
February 15, 2013 · 

The attorney for one of the four suspended University of Alabama football players arrested earlier this week issued a statement Friday afternoon.



Alabama football players seek youthful offender status in robbery case

The attorney for one of the four suspended University of Alabama football players arrested earlier this week issued a statement Friday afternoon.

TUSCALOOSANEWS.COM

6 Likes   11 Comments   2 Shares

👍 Like      💬 Comment      ↪ Share

Deborah Ramage Palmer, Tom Stedham, Bobbie Edmondson Markham and 3 others like this.

2 shares

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices ▷· More ▾
Facebook © 2015

CONFIDENTIAL



**Tania Knight** NO!!! Silly and wrong!! That was not a youthful crime.

February 15, 2013 at 1:58pm · 👍 1



**Victor 'Butch' Barnard** Youthful offender or not, I don't want them on our football team. Period.

February 15, 2013 at 2:14pm · 👍 4



**Mary Yancey Rodriguez** youthful offender you got to be kidding me,

February 15, 2013 at 2:19pm · 👍 1



**Russ Gaddy** They are old old enough to know better! I say let them flip burgers for just over minimum wage & watch Alabama football on TV!

February 15, 2013 at 2:32pm · 👍 3



**James Hudson** Praying for these boys. Hope they make better choices with their lives going forward.

February 15, 2013 at 2:39pm · 👍 5



**Brandi Rhodes** From the article..."D.J. and his family recognize the high standards that are set by the University of Alabama for both their students, as well as their student athletes, and he is grateful for the privilege and opportunity that he has had to be a stud... See More

February 15, 2013 at 2:43pm · 👍 3



**Debbie Atkins** there are plenty of young men that would love to play for UA. No room for hoodlums on the team.

February 15, 2013 at 2:58pm · 👍 2



**Steve Dowdle** Idiot thug wannabes. Given EVERYTHING (a lot of kids, including my own, DESERVE a full scholarship) and just throw it away. Let 'em rot.

February 16, 2013 at 5:28am · 👍 1



**Gertrude Pervence** Wow, I am really amazed that they got away with this. Convicting an innocent man by a "questionable" witness. See it to believe it. http://www.youtube.com/watch?v=7xcp_Ng2FmY

February 16, 2013 at 10:34am



**Penelope Preston** Funny how this makes it into the Tuscaloosa News but the arrest of TJ Bunn, appointed member if State Wildlife & Conservation Board and son of Sonny Bunn of S T Bunn Construction, on Feb 8th 2013 for DUI was skillfully omitted.

February 17, 2013 at 1:18pm



**Jennifer Rae Krato** He has to be kidding.

February 18, 2013 at 3:49am

Buzzfeed04631

CONFIDENTIAL

Buzzfeed04632

CONFIDENTIAL



## THE UNIVERSITY OF ALABAMA SYSTEM

THE UNIVERSITY OF ALABAMA · THE UNIVERSITY OF ALABAMA AT BIRMINGHAM · THE UNIVERSITY OF ALABAMA IN HUNTSVILLE

Kellee C. Reinhart, *Vice Chancellor for System Relations*

July 11, 2013

## ARTICLES OF INTEREST
## JULY 3, 2013 – JULY 11, 2013

For specific news stories, see the following page numbers:

NEWS ABOUT

| | |
|---|---|
| TRUSTEES/SYSTEM INFORMATION | 2 |
| STATE ISSUES | 3 |
| UA CAMPUS ISSUES | 17 |
| UAB CAMPUS ISSUES | 29 |
| UAH CAMPUS ISSUES | 35 |
| OTHER STATE UNIVERSITIES | 43 |
| SPORTS | 47 |
| NATIONAL NEWS | 61 |

401 Queen City Avenue · Tuscaloosa, Alabama 35401-1551
Telephone (205) 348-5938 · Facsimile (205) 348-9788 · Electronic Mail kreinhar@uasystem.ua.edu

CONFIDENTIAL

Buzzfeed04633

*The Crimson White*
Wednesday, July 10, 2013

# UA system to move to new home near DCH

By Christopher Kowalski
Contributing Writer

Construction recently began on a building on the eastern side of The University of Alabama campus and will provide a new home to the various offices of The University of Alabama System and the UA Board of Trustees.

The new building, part of a project started in 2011, is situated a short distance from Druid City Hospital and the University Rec Center at the intersection of University Boulevard and 5th Avenue and will be called Sidney McDonald Hall when completed.

McDonald, a businessman from Arab, Ala., attended the University and graduated from the College of Commerce and Business Administration in 1961. He went on to preside over a long-distance telephone carrier and served as president of the UA Board of Trustees during the 1990s.

A donation of $3.5 million from McDonald to the University helped finance the $13.2 million project, currently under construction by J.T. Harrison Construction

Company Inc. of Tuscaloosa. While reluctant at first to accept the naming of the building after himself, McDonald agreed at the urging of family and friends.

The new building will consolidate the various offices of the chancellor and Board of Trustees from scattered buildings across campus and place them into one single building.

"We haven't had a new building in 40-plus years. This current building was built before there was even a chancellor," Kellee Reinhart, Vice Chancellor for System Relations, said.

The project, Reinhart said, was brought about by the need to have a more efficient office to oversee the growth of schools within the UA system.

"It's going to help the growth of our students," Reinhart said. "This will enable us to all be together under one roof, and it will enhance collaboration and efficiency for not just us, but all three of the campuses."

The UA system expects to have the building completely finished by next spring with staff members moved in soon after.

2

CONFIDENTIAL

Buzzfeed04634

*The Tuscaloosa News*
**Wednesday, July 10, 2013**

# Governor chooses Bennett for secretary of state

## Chapman's successor returns to former post for remainder of term

By Phillip Rawls
The Associated Press

MONTGOMERY | Former Secretary of State Jim Bennett is returning to the office after a decade's absence to complete the term of Beth Chapman.

Gov. Robert Bentley announced Tuesday that he's chosen Bennett to replace Chapman when she resigns at the end of the month to become a political consultant with the Alabama Farmers Federation.

Bennett, 73, was appointed to an unexpired term in the secretary of state's office



Jim Bennett

in 1993 by then-Gov. Jim Folsom Jr. He was elected to full terms in 1994 and 1998. He compiled 10 years in the office, first serving as a Democrat and then as a Republican.

"I believe we made a difference in the time we were there, and we will continue to do that in the new few years," he said.

Bennett's appointment runs until January 2015.

After leaving the secretary of state's office in January 2003, Bennett served in Gov. Bob Riley's and Bentley's cabinets as labor commissioner. He retired last year when the departments of Labor and Industrial

SEE BENNETT | 3B

See next page

3

CONFIDENTIAL

Buzzfeed04635

*The Tuscaloosa News*
Wednesday, July 10, 2013

# BENNETT

CONTINUED FROM PAGE 1B

Relations were merged, and he became a lobbyist for the city of Irondale and other clients. Bennett said he will end his lobbying work.

Bennett said the governor approached him about being Chapman's replacement because he was looking for someone with experience who wouldn't run for the office in 2014. The governor chose not to appoint one of three Republicans seeking the office in the 2014 election because he didn't want to interfere with that race, Bennett said.

Bennett's roots in Montgomery go back to 1963, when he was a reporter for the Birmingham Post-Herald and covered state government. After leaving the newspaper, he served as a state representative from Jefferson County from 1978 to 1983 and then as a state senator from 1983 to 1993.

"It's going to be strange going back to my old office after 10 years, but I look forward to it," Bennett said.

The position pays $85,247 annually.

4

CONFIDENTIAL

Buzzfeed04636

Case 7:19-cv-00403-RDP   Document 63-8   Filed 09/15/21   Page 83 of 155

# Bennett returns as secretary of state

## Chapman will work for Farmers Federation

**Madison Underwood**
munderwood@AL.com

**Jim Bennett**

Former state Senator and Secretary of State Jim Bennett will fill the remainder of Beth Chapman's term as Alabama's secretary of state.

Chapman announced last week that she is stepping down Aug. 1 to enter private business.

Alabama Gov. Robert Bentley announced his selection of Bennett in a press release Tuesday.

"Having previously served as Secretary of State, Jim is uniquely qualified to lead the Secretary of State's office through the 2014 election cycle. I know him will fight for every Alabamian's right to vote," Bentley said.

Bennett, who was secretary of state from 1993 until 2003, will serve 17 months in the position.

"To those who would seek to manipulate our most basic right to decide issues and elections fairly and honestly at the ballot box, my appointment will not come as good news," he said.

Bennett also was appointed labor commissioner in 2003, 2006 and 2011, and currently serves as the chairman of the Jacksonville State University board of trustees.

Chapman, meanwhile, will go to work for the Alabama Farmers Federation as a political consultant.

Brian Hardin, director of the Federation's Department of Governmental Affairs, said Chapman will serve as a contract employee in charge of research and campaign services. Hardin said the work will include helping to identify potential candidates for office, conducting research, organizing grass-roots activities and advising Federation-endorsed candidates on campaign strategies.

"Beth is a friend of farmers and shares the values, goals and concerns of our members," Federation President Jimmy Parnell said in a prepared statement.

The Alabama Farmers Federation is a major player in state politics, and its political action committee is a significant contributor to Alabama political campaigns.

*AL.com reporter Kim Chandler contributed to this report.*

**The Birmingham News**
Wednesday, July 10, 2013

Buzzfeed04637

CONFIDENTIAL

The Tuscaloosa News
Sunday, July 7, 2013

# Bentley's trip to Paris could cost state up to $97K

The Associated Press

MONTGOMERY | Gov. Robert Bentley's industry-hunting trip to France last month will cost the state between $88,000 and $97,000, the state Department of Commerce estimates.

The department told The Decatur Daily that estimate includes seven people: Bentley; his wife, Dianne; two security staff members; Secretary of Commerce Greg Canfield; and two other department employees.

The Department of Commerce leads the state government's industrial recruitment effort and expects to have all the bills from Bentley's June

> "The goal of the visit to the Paris Air Show was to bring more jobs to Alabama."
>
> Gerri Miller,
> state Department of Commerce

14-19 trip within a few weeks.

"The goal of the visit to the Paris Air Show was to bring more jobs to Alabama," said Gerri Miller, the department's spokeswoman.

Alabama was trying to lure suppliers for the new Airbus aircraft assembly plant scheduled for construction

in Mobile. Other Southern states also had delegations in Paris.

Bentley's group was not the only one from Alabama. Nineteen communities, economic development groups and chambers of commerce also sent representatives, according to the Department of Commerce.

House Speaker Mike Hubbard, R-Auburn, made the trip to Paris, but not at state expense.

"An economic development group with whom he works, the Southeast Alabama Gas District, paid for his travels as a member of the official delegation accompanying Gov. Bentley," Hubbard spokeswoman Rachel

Adams said. "Any industrial recruitment projects that result from the speaker's trip will allow taxpayers to reap the benefits without bearing any of the costs."

Alabama's two-year college chancellor, Mark Heinrich, also attended.

"One of the most fascinating things was the number of people who know about the Alabama community college system," Heinrich told the state school board after returning from Paris.

The estimated cost of his trip was not immediately available from the state Department of Postsecondary Education.

BuzzFeed04638

CONFIDENTIAL

Buzzfeed04639

The Tuscaloosa News
Thursday, July 4, 2013

# Governor: Fundraising easier as incumbent

## Bentley generated $422K in June without major events

**By Phillip Rawls**
**The Associated Press**

MONTGOMERY | Robert Bentley is finding that raising campaign money as an incumbent governor is much easier than doing it as a state representative from Tuscaloosa competing in the Republican primary with six other candidates.

Bentley filed a campaign finance report Tuesday night showing he took in $422,500 in contributions in June, his first month of fundraising for his re-election campaign. He had raised $15,521 at the same point four years ago, when he was a little-known state representative from Tuscaloosa competing in the Republican primary with

Campaign spokeswoman Rebekah Mason said Bentley generated the money without any major fundraising events.

Campaign finance records show Bentley was in the middle of the 2010 Republican runoff with Bradley

SEE BENTLEY | 2B

Robert Bentley is shown at the Capitolion June 6.

AP PHOTO |
DAVE MARTIN

**See next page**

CONFIDENTIAL

*The Tuscaloosa News*
**Thursday, July 4, 2013**

# BENTLEY

CONTINUED FROM PAGE 1B

Byrne before he raised as much money as he did in the first month of this campaign. She said it's an indication that voters like how he has recruited jobs and downsized government without raising taxes.

In 2010, Bentley had such difficulty raising money that he pumped $1.9 million of his own money into his campaign. He got the money back when donations flowed in after his election. He collected so much after the election that he reported beginning his 2014 campaign with $236,671 left over from his

2010 campaign.

After expenditures, Bentley reported having $544,877 in his campaign fund going into July.

Bentley's only announced opponent in the Republican primary, former Morgan County Commissioner Stacy George, has not yet crossed the $25,000 fund-raising threshold that would require him to file a report.

State Board of Education member Mary Scott Hunter of Huntsville is considering entering the GOP race for governor rather than running for re-election to the school board. She filed a campaign finance report showing she has raised $15,000 for the school board race. She could transfer that money to the governor's race if she decides

to run.

In Bentley's campaign finance report, his biggest source of money was political action committees run by Tuscaloosa fundraiser Mike Echols. Echols' T Town II PAC gave $63,000, and his Pride PAC donated $24,000. Both receive much of their money from businesses in Tuscaloosa and Birmingham.

Bentley also reported several $25,000 contributions. They came from Paul Bryant Jr. of Tuscaloosa; S.T. and Terry J. Bunn of Tuscaloosa; Dorothy Davidson of Huntsville; Davey or Jamey Reed of Guntersville; and the Protective Life Corp. PAC.

No Democrats have announced for next year's race for governor. Alabama's primary election is June 3, 2014.

Buzzfeed04640

CONFIDENTIAL

*The Birmingham News*
Wednesday, July 10, 2013

# Mercedes sets sales record

**Dawn Kent Azok**
dkent@al.com

Mercedes-Benz set a global sales record during the first sixth months of this year, selling 694,433 vehicles, a 6.4 percent improvement over the first half of 2012.

The SUVs built at the German automaker's Tuscaloosa County plant helped set that pace. Overall SUV sales were up 21.4 percent, to more than 156,000 sold.

The Alabama-made M-Class represented nearly 40 percent of that total. Meanwhile, the GL-Class SUV, also built in Alabama, saw its first-half sales rise 35 percent.

Strong demand is expected to continue in the second half of 2013, said Joachim Schmidt, executive vice presi-

## MERCEDES-BENZ SALES

2013 so far:

▶ Overall global sales up 6.4%

▶ SUV sales up 21.4%

▶ GL-Class sales up 35%

dent of sales and marketing for Mercedes-Benz Cars.

"In particular, the new E-Class, S-Class and our new compact cars will provide perceptible momentum as they become available in increasingly more markets in the coming months," he said in a prepared statement.

The Tuscaloosa County plant will be entering the car segment next year, as it launches production of the C-Class sedan.

9

CONFIDENTIAL

Buzzfeed04641

*The Birmingham News*
Sunday, July 7, 2013

# Small business jobs increase

**Lucy Berry**
lberry@al.com

Alabama was one of only 10 states, out of 36 examined, that showed small business employment growth in June, according to the new Intuit Small Business Employment and Revenue Indexes report.

The Intuit index is based on data from 150,000 small businesses in 36 states. Of those, 25 states experienced declines in employment and one stayed flat.

Although job growth is slow, Alabama's employment gains increased 0.01 percent, while New York state jumped 0.05 percent and Kansas dropped 0.16 percent last month.

"The gains in small business employment this month are not as large as last month," said Susan Woodward, Intuit economist. "However, this month's gains, paired with the upward revisions for the previous several months, add up to the biggest gains we have seen in small business employment since the recovery began."

About 24,000 jobs were added at small businesses across the U.S. in June. Since March 2010, more than 405,000 jobs have been added in U.S. small businesses, Intuit reports.

Hourly employees at U.S. small businesses worked about 108 hours, the equivalent of a 25.1-hour work week, through June — a 0.7 percent increase from May. Average monthly wages grew 0.5 percent to $2,721.

CONFIDENTIAL

Buzzfeed04642

*Mobile Press-Register*
**Friday, July 5, 2013**

# Preserve and protect

## Preservationists say new developments threaten city's heritage; city officials say economic growth is essential

**Stephen Dethrage**
sdethrage@al.com

A week after losing the battle to dissuade city officials from granting zoning variances for the development of a 107-room extended-stay hotel on the historic 2600 block of University Boulevard, the founders of Preserve Tuscaloosa say they are not ready to give up their cause of keeping the heritage of the Druid City intact.

Tim Higgins and Ian Crawford, founders of a Facebook group dedicated to preserving historic structures in the city, created the group with a few other area citizens and business owners in April. It now boasts nearly 900 members.

"In two weeks we had 800 members join, which just shows that there's a problem in the community," Higgins said. "The city works for the community and for the residents. They should be listening to what we have to say and working with us. Preserve Tuscaloosa is about preserving old structures, yeah, but it's also about preserving the historic integrity of downtown Tuscaloosa."

For Higgins and Crawford, the battle is less about individual buildings than about downtown Tuscaloosa's sense of place. From the French Quarter in New Orleans, to Savannah's downtown districts, to the streetscape of 5th and Main Avenue just across the Black Warrior River in Northport, some communities have fought vigorously to preserve the past, resulting in iconic areas.

"We're risking the personality of a place, of Tuscaloosa itself," Crawford said.

City officials say they face the challenge of directing the inevitable growth of the city without losing the rich history.

"It's our season," Councilman Bobby Howard said. "Seasons elsewhere, in Birmingham and Atlanta, they have run their course, and Tuscaloosa is beginning to really get into the big leagues. I think it's appropriate, and I think it's very timely."

He said he regrets the city did not prioritize preservation efforts in the past few years, but the April 2011 tornado necessitated rebuilding and revitalization. Now that the frenzied process of recovery has slowed, more attention will be paid to the history of Tuscaloosa, he said.

"We're going to look at it and listen to the neighbors and neighborhoods, but ultimately, at the end of the day, we're going to have to make decisions for the redevelopment of Tuscaloosa," Howard said.

### 'Fell in love'

Neither of the two founders of Preserve Tuscaloosa is from Tuscaloosa originally. Higgins is originally from Detroit and came to Tuscaloosa to study political science at the University of Alabama after spending a year at Auburn University.

"I fell in love with Tuscaloosa," he said. "I thought, 'This is so nice, this is exactly where I want to be.' Now, they're doing everything wrong, doing the same thing that made everyone leave Detroit in the '60s. They're creating brand-new blight."

Higgins lives in the Copeland House, a century-old, turreted home that stands on the future site of the Hilton Home2 Suites extended stay hotel.

He and Crawford believe developments such as that threaten to turn a recognizable, historic Tuscaloosa neighborhood into Anywhere, USA.

Higgins knows his neighbors and works with them to maintain the area, whether that means cutting down kudzu or cleaning up litter after a show at the Amphitheatre. He argues that that kind of neighborhood connection won't survive if the homes there are demolished and replaced by a hotel and a four-story residential and retail complex that is also on the way.

Instead, Higgins said, the people in the 2600 and 2700 blocks of University Boulevard will become transients, either short-term tenants of apartment complexes or hotel guests. Non-permanent residents on the block will come and go without any stakes tethering them to the area or its well-being, he said.

For the founders of Preserve Tuscaloosa, the result would be a blurring of the line distinguishing the downtown area from the Strip and the university.

11

CONFIDENTIAL

Buzzfeed04643

*The Tuscaloosa News.*
Wednesday, July 10, 2013

# Drummond to lay off 425 mine workers

## Workers in Tuscaloosa among those affected

Staff report

Up to 425 miners for the Drummond Co. in Tuscaloosa, Jefferson and Walker counties will be laid off starting Sept. 9, according to media reports.

The reports cite a notification that the Birmingham company is required to file with the state.

Drummond said in a letter sent Monday to union officials:

"Shoal Creek Mine will experience a reduction in its workforce and a number of Shoal Creek employees will experience layoffs as a result of a significant downturn in business. Although these layoffs may not ultimately be permanent, they will be of indeterminate length and will more than likely extend for more than six months."

Layoffs involving a large number of workers are required to be filed with the state as part of the Worker Adjustment Retraining Notification laws. The Alabama Department of Economic and Community Affairs' State Dislocated Worker Unit said that Drummond Co. has given such notification.

Efforts to reach a Drummond spokesman for comment were unsuccessful.

CONFIDENTIAL

Buzzfeed04644

*The Huntsville Times*
Wednesday, July 3, 2013

# Redstone Arsenal braces for changes from furloughs

**Leada Gore**
lgore@al.com

A wide array of services ranging from getting identification badges to hours for the Army's substance abuse program will change next week as some 15,500 Redstone Arsenal workers begin 11 days of furlough.

Furloughs for Department of Defense civilians are set to begin July 8 and last through the end of the fiscal year.

Garrison Commander Col. John Hamilton said the furloughs are difficult for all those who are part of "Team Redstone."

"We recognize the difficult financial implications of any furlough, no matter how limited its length, on the dedicated employees at Team Redstone," Hamilton said. "We will make every effort to keep our employees, tenants and

**See REDSTONE, Page 8A**

**See next page**

13

CONFIDENTIAL

Buzzfeed04645

*The Huntsville Times*
**Wednesday, July 3, 2013**

# REDSTONE

### From Page 1A

the public informed as additional information regarding DOD's funding level becomes available."

### Changes start at gates

One of the first major changes will be noticeable at the gates, where hours and staffing will be reduced during the week. Gate 7 at Martin Road West and Gate 3 on Redstone Road will be closed on Fridays, and others will have different schedules. Garrison officials said traffic patterns will be analyzed as the furlough period progresses and adjustments to the schedule may be made in the future.

### Not affected

▶ Some installation facilities, such as dining, recreational outlets like The Links golf course and Redstone Lanes bowling alley, pools

and other activities will remain open, as will child development centers. Family Morale, Welfare and Recreation programs — which are funded through non-appropriated funds — will not be impacted by the changes.

### Major changes

▶ Others offices will see significant changes.

▶ The Army Community Service, the identification badge section, the Equal Employment Opportunity office, the Army Substance Abuse Program, Defense Finance and Accounting, the education center, the training support center and several soldier and human resources offices will be closed on Fridays.

▶ The Casualty Assistance Office and Victim Advocacy will be on call on Fridays.

### No furloughs

▶ Workers with NASA's Marshall Space Flight Center, the FBI's Hazardous Devices

## REDSTONE GATE SCHEDULE

▶ Gate 1 — Martin Road East will be open on its regular Monday–Friday 5:30 a.m. to 9 p.m. schedule but will be operating at reduced capacity.

▶ Gate 3 — Redstone Road will keep the same hours of operation, 5:30 a.m. – 6 p.m. but will now be closed on Fridays. It will also have reduced staff during its operational days.

▶ Gate 7 — Martin Road West will keep its 5:30 a.m. – 6 p.m. schedule but will also close on Friday. Operations will be at a limited capacity each day.

▶ Gate 8 — Goss Road entrance will see one of the biggest changes. It is normally open 5:30 a.m. – midnight,

School and the Bureau of Alcohol, Tobacco, Firearms and Explosives' National

seven days a week. That will change to 5:30 a.m. – 8 p.m. Saturday to Thursday and Fridays from 9:45 a.m. – 9 p.m. Operations will be at a limited capacity on Fridays.

▶ Gate 9 — To keep its normal 24 hour/seven day a week schedule but will reduce staff on Fridays.

▶ Gate 10 — Patton Road entrance will see a similar change. It is normally open from 5:30 a.m. – 9 p.m. Monday – Friday. It will keep that schedule but at a reduced capacity and will change Friday operations from 5:30 a.m. – 9:30 a.m.

Center for Explosives Training and Research will not be furloughed.

14

CONFIDENTIAL

Buzzfeed04646

*The Huntsville Times*
**Friday, July 5, 2013**

# NASA: New fuel tank could be game changer

Lee Roop
lroop@al.com

NASA has successfully pressure-tested a large cryogenic fuel tank made of composite materials.

The space agency calls the test results obtained at Marshall Space Flight Center a "game-changing" step toward a new generation of lighter rockets.

Cryogenic propellants are gases such as liquid hydrogen and liquid oxygen that are chilled to subfreezing temperatures and compressed inside separate tanks. When combined and ignited at liftoff, they provide the thrust to lift a rocket out of Earth's gravity to space. Today's technology requires metal tanks strong enough to withstand the pressures involved, but the weight of the metal counts against the engines' lifting power and limits other cargo.

NASA has been trying to develop lighter-composite tanks but the composites have had a tendency to leak at the joints.

The new tank, built by Boeing in Washington, solved those problems, NASA said.

"The tank manufacturing process represents a number of industry breakthroughs, including automated fiber placement of oven-cured materials, fiber placement of an all-composite tank wall design that is leak-tight and a tooling approach that eliminates heavy-joints," said Dan Rivera, Marshall center Boeing cryogenic tank program manager.

In the tests at Marshall's historic west test area, engineers pressurized the tank with liquid hydrogen, cooled it to minus 423 degrees Fahrenheit and put it through 20 pressure cycles. The tank held.



Technicians move the insulated, almost 8-foot-diameter composite fuel tank to NASA's Marshall Space Flight Center in Huntsville. (Photo courtesy of NASA)

Now, engineers will build a much bigger composite tank with an 18-foot diameter and test it at Marshall next year.

"Boeing has experience building large composite structures, and Marshall has the facilities and experience to test large tanks," said John Fikes, cryogenic tank deputy project manager at Marshall. "It has been a team effort, with Boeing working with NASA to monitor the tests and gather data to move forward and build even larger, higher performing tanks."

Stephen Gaddis, program manager of the Game Changing Development Program at NASA's Langley Research Center in Hampton, Va., said the breakthrough could "ripple throughout the aerospace industry and change the way we do business."

CONFIDENTIAL

Buzzfeed04647

*The Birmingham News*
Sunday, July 7, 2013

# THE SIX-YEAR PLAN

## Less than one-quarter of first-time students graduate in the traditional four years

Evan Belanger
ebelanger@al.com

It's called a four-year degree, but for a majority of Alabama's college students, obtaining one takes more than six years.

According to The Chronicle of Higher Education, fewer than half of Alabama's first-time, degree-seeking students at four-year public universities are graduating within six years. That finding was as of 2010, the latest year for which public data is available.

And fewer than a quarter are making it out in four years, the once-traditional target duration for students seeking a baccalaureate degree.

Alabama ranked 36th in the nation for timely graduations with 47.5 percent graduating in six years and just 22.9 graduating in four, according to The Chronicle.

The additional years in school are costing them, their families and taxpayers.

"There's a big subsidy by taxpayers, and you're taking away a spot that someone else could be enjoying, so it's a big policy problem," said Matthew Chingos of the Brookings Institution's Brown Center on Education Policy.

"Students may not see it as a very expensive decision, but in fact, it is an expensive decision because there's

the living cost of those years, and those are fewer years that students spend in the job market as college graduates."

With the average net price of a year at a four-year, degree granting institution hitting $20,374 nationally during the 2010-11 school year, an additional year of enrollment translated to an additional $234 per month in student loan payments if the student financed his or her education, according to one Brookings study.

### Trying to push

Many colleges are trying to push students toward a more timely graduation.

At Auburn University, spokesman Mike Clardy said students are encouraged to finish in four years during freshman orientation.

"The idea is to keep them on track for completing their degrees in four years," Clardy said. "In recent years, we've also pushed the idea through our marketing efforts of 'Summers at Auburn' to encourage student to either get ahead or take the opportunity to catch up."

Unless colleges can find ways to push students through the system faster, the slowdown will continue driving up the cost of college to individual students.

## WHY IT'S HAPPENING

While few in-depth studies have investigated the cause of the slowdown toward college graduation, Matthew Chingos of the Brown Center on Education Policy said experts have put forth a number of speculative causes that probably have some degree of truth.

## STUDENT BEHAVIOR

Students today are more likely to switch majors, which can set them back in achieving graduation requirements. "They're failing courses; they're switching majors," Chingos said.

## ACCESS TO COURSES

Experts are investigating whether access to required classes plays a role in the slowdown. As public dollars going to universities dwindle — Alabama ranks fourth in the nation for cuts to higher education funding — universities are forced to streamline their course catalogs, said Gordon Stone, executive director of the Higher Education Partnership in Montgomery.

Chingos said there is anecdotal evidence that course availability is a problem at some schools, but it is not yet clear whether it's become a systemic issue. Colleges offering fewer courses to keep students enrolled longer and increase their revenue is probably not a systemic problem, he believes.

CONFIDENTIAL

Buzzfeed04648

*The Tuscaloosa News*
**Tuesday, July 9, 2013**

## UA names Carl Pinkert vice president of research

Carl Pinkert will replace Joe Benson as vice president of research at the University of Alabama beginning Nov. 1.



Carl Pinkert

Benson, who has served as vice president for research at UA since 2009, will step down once Pinkert joins the UA administration, according to a release from UA. Benson is also the interim UA provost.

Pinkert now is associate vice president for research at Auburn University. He joined Auburn in 2006 as associate dean for research and graduate studies in the College of Veterinary Medicine and a professor of pathobiology. He previously held administrative and teaching positions at the University of Rochester, the University of Alabama at Birmingham and the University of Missouri.

17

CONFIDENTIAL

Buzzfeed04649

*The Tuscaloosa News*
Saturday, July 6, 2013



STAFF PHOTO | DUSTY COMPTON

John Fleischauer is the 2012-13 American Red Cross Volunteer of the Year for West Alabama's chapter.

# UA student-volunteer creates degree in emergency aid

By Ed Enoch
Staff Writer

Severe weather and emergency management have long fascinated University of Alabama student John Fleischauer. But the possibility his boyhood interest could be a career didn't sink in until he began volunteering with the West Alabama Chapter of the American Red Cross.

"I just got to the point I realized I enjoyed what I was doing," Fleischauer said. "I realized emergency management was pretty clearly the direction I want to go career-wise."

Fleischauer said he is interested in the possibility of working with the Federal Emergency Management Agency, another government agency or on the national or regional level with the Red Cross.

Fleischauer can't pinpoint when his interest in emergency management began, but he said his parents trace it to a sixth-grade project on weather. He said he began volunteering with the Red Cross after seeing a display table in the Ferguson Center on campus.

The Decatur native, who serves as the volunteer coordinator for the Red

SEE DEGREE | 3B

**See next page**

CONFIDENTIAL

Buzzfeed04650

*The Tuscaloosa News*
Saturday, July 6, 2013

# DEGREE

CONTINUED FROM PAGE 1B

Cross chapter, said the realization sunk in as he assisted with disaster-response efforts and became aware of the training and educational opportunities available through the Red Cross and government agencies such as FEMA.

After a delay caused by a deployment to help in the aftermath of Hurricane Sandy, the 19-year-old began his emergency management degree this spring through UA's New College, where students have an opportunity to build their own curriculum as part of an individualized and interdisciplinary education program.

Fleischauer traded a defined degree track in management information systems for a college path he would have to help define. Emergency management is not a traditional major offered at UA, according to Fleischauer.

Currently, Fleischauer said, he is working on a broad overview of emergency management; but has interests in specific topics such as communications and mass-care issues like sheltering and feeding disaster victims. Fleischauer is able to pursue some of the topics through courses on campus, while others are explored through independent



STAFF PHOTO | DUSTY COMPTON

After a deployment to help in the aftermath of Hurricane Sandy, 19-year-old John Fleischauer began his emergency management degree this spring through New College at the University of Alabama, where students can build their own curriculums.

study and other opportunities such as distant-learning or online programs.

New College academic adviser Margaret Purcell said Fleischauer crafted an independent study that includes FEMA courses, certification with the Alabama Association of Emergency Managers, and work with UA campus staff on projects such as planning emergency exercises.

Purcell said Fleischauer is self-motivated with a consistent vision of what he wants to accomplish, noting his extra-curricular work with the Red Cross. Fleischauer was among volunteers at the West Alabama chapter who were recently recognized during an awards ceremony.

Self-motivation is a characteristic Purcell said New College students require to be suc-

cessful. The college had a total of 781 students pursuing majors or minors last year.

"If you are designing your own degree, you really have to jump in and drive the cart. If you don't have that self-motivation, you can really get lost," she said.

*Reach Ed Enoch at ed.enoch@tuscaloosanews.com or 205-722-0209.*

19

CONFIDENTIAL

Buzzfeed04651

*The Tuscaloosa News*
**Thursday, July 11, 2013**

### University of Alabama at center of free speech debate

By: Ed Enoch

A pro-abortion rights student organization at the University of Alabama and a civil liberties group have asked the university to re-evaluate its grounds-use policy, arguing that it is contradictory and unconstitutional.

Asher Elbein, a member of the pro-abortion rights student group, said he was told by UA police to cease distribution of fliers meant to counter the message of a nearby anti-abortion display on the Quad. Leaders of the student group say they were told they needed to have a permit to hand out their fliers.

At issue is whether campus police violated the rights of the student group and contradicted UA's policy when officers instructed the students to leave.

The students and the Foundation for Individual Rights in Education believe the distribution of the fliers would not require a permit under UA policy and that the order for Alabama Alliance for Sexual and Reproductive Justice members to leave was improper.

### UA's comments

Cathy Andreen, UA media relations director, said ground-use permits are based on logistics, not content, and whether a group would need one depends on when, where and how it planned to distribute materials.

"It is appropriate for groups to apply for a grounds-use permit any time they are going to use university grounds or facilities," Andreen said.

Andreen addressed the question of permits generally and did not comment on the specifics of permit requirements in the case of the student group.

The university argues that its grounds-use policy is necessary to manage such requests and ensure safety on campus while avoiding disruption of academic and daily operations.

Elbein said he believed a threat of arrest was implied in the warning. The instructions from police to leave followed a complaint by a woman — identified by Elbein as a university employee — who he said asked whether the group had a grounds-use permit for its activity.

"There was a very clear implication that if we didn't have a permit, we didn't need to be out there," Elbein said.

UA has no records of a contact between police and Alabama Alliance for Sexual and Reproductive Justice members, Andreen said.

Peter Bonilla, director of the Individual Rights Defense Program at the Foundation for Individual Rights in Education, said that UA should not require permits for basic acts of expression, such as distributing fliers.

**See next page**

CONFIDENTIAL

Buzzfeed04652

*The Tuscaloosa News*
**Thursday, July 11, 2013**

The foundation is a nonprofit group that says it advocates for individuals' constitutional rights, particularly free speech, on U.S. college campuses. The group says it relies on public pressure rather than litigation to achieve its goals.

Bonilla wrote a letter dated May 22 to UA President Judy Bonner expressing his concerns. Bonilla said the group has yet to receive a response from Bonner.

"We'll hope for and expect, at some point, to get answers from them," Bonilla said.

The Alabama Alliance for Sexual and Reproductive Justice is considering contacting the American Civil Liberties Union, said Samaria Johnson, president of the alliance. That decision will likely come after the members of the group return to the UA campus for the fall semester, she said.

The group's members were surprised by the instructions from police to leave, Johnson said, believing the distribution of fliers near the Bama Students for Life's Genocide Awareness Project display on UA's Quad on April 10 did not constitute an organized event that required a permit.

The distribution of fliers or other printed materials by student groups is allowed on public sidewalks as long as it doesn't impede foot and vehicular traffic or interfere with other regular campus activities, according to the student handbook. The policy does not mention permitting is necessary on sidewalks.

**Reviewing the policy**

Amanda Reyes, founder and former president of the alliance, said the alliance's officers found the policy confusing as they reviewed it after April 10.

Reyes does not think the order to halt was the result of bias toward the group, saying the group's brief time on campus has been positive.

"They made a judgment call, and, unfortunately, that judgment call wasn't as well researched as it could have been," Reyes said.

Events are defined on the UA facilities department Web page as "permissive uses of UA property."

The student policy handbook on grounds use states that events in campus buildings or on the grounds, "other than uses for casual recreational or social activities," require permission from the university.

"Most people might not consider it an event," Bonilla said of the flier distribution. "I think it has the potential to confuse a lot of students, and administrators and law enforcement whose duty it is to enforce it."

In response to a question about the characteristics of events that require permits, Andreen replied in an email, "Groups should apply for a grounds-use permit anytime they are going to use university grounds or facilities, so that events, speeches, demonstrations, etc., held on our campus do not endanger the safety of our students and the campus community, and do not disrupt the university's ability to educate our students and conduct our daily operations. In

**See next page**

21

CONFIDENTIAL

Buzzfeed04653

addition, the process helps to avoid conflicts between events that might be scheduled for the same time and place."

Elbein, who will be a senior at UA this fall, said that alliance members and other abortion supporters had been distributing the fliers for a couple of hours on April 10 when the woman who he said identified herself as a university employee told him to stop.

**Free speech issues**

Elbein said the discussion became heated and that the woman eventually complained to the University Police monitoring the Genocide Awareness Project display because he was initially reluctant to give her a flier and she considered his tone threatening. Andreen said officers were on site to ensure a peaceful event.

"The cops said, 'You need to get your little friends and leave,' " Elbein said.

Elbein said the officers didn't threaten him directly with arrest, though he believed it was implied. Elbein said he warned other alliance members afterward.

"In the best interest of the other students, participating in this action, I decided to call it off," Reyes said.

Reyes said staff in the facilities department told her the application process for a permit would take at least three days. The delay would mean the alliance would be unable to secure a permit to distribute its fliers on the second day of the Genocide Awareness Project display.

The university requests that applications be submitted 10 working days before the event in order to coordinate with the UA departments potentially involved in the event, according to the policy. Events that don't involve multiple departments may be approved sooner.

Bonilla argues that requiring students to apply for a permit violates their First Amendment rights and effectively "chills" student expression. The Foundation for Individual Rights in Education claims UA's policy fails to accommodate spontaneous expressions or public speech by students.

Bonilla said he agreed that UA and other universities have rights regarding the management of events on campus but that he fears the regulations often overcompensate.

"Those are some things we have seen at a number of colleges," he said.

Reyes, who is planning to pursue a doctorate at the University of California, Santa Cruz this fall, shares Bonilla's concern that the incident could chill free speech by leaving students confused and unsure whether they are compliant with the grounds-use policy.

Public discourse among students about current events and education is an important part of campus life, Reyes said.

"If we can't go and talk about these things outside of the classroom on the Quad, where can we talk about them?" Reyes asked.

CONFIDENTIAL

Buzzfeed04654

*The Birmingham News*
*Friday, July 5, 2013*

# Rights group: Policy violates students' free speech

**Melissa Brown**

mbrown@al.com

The Foundation for Individual Rights in Education has intervened on behalf of a University of Alabama student group that says police ordered it to stop campus distribution of fliers about abortion rights during the spring semester.

In a letter sent to UA President Judy Bonner on May 22, FIRE requested that the university reassure its community that "expressive activity on campus" would not be censored.

"Please spare the University of Alabama the embarrassment of fighting against the Bill of Rights — a statement of both law and principle by which the university is legally and morally bound," Peter Bonilla, the Foundation for Individual Rights in Education associate director, wrote.

Efforts to obtain comment from UA officials were unsuccessful.

At the center of the incident lies UA's contentious grounds-use permit policy, a heated issue on campus during the spring semester. A student attempted to organize a campus-wide "Harlem Shake" video, a popular group dance at the time, and was questioned and ticketed by UAPD in February for not having a grounds-use permit.

On April 10, Bama Students for Life hosted a "Genocide Awareness Project," a protest and display featuring graphic, anti-abortion-related images, on the Quad. BSL obtained the permits required to host the event, according to UA.

According to a FIRE press release, members of the Alabama Alliance for Sexual and Reproductive Justice handed out fliers in an attempt to counter the anti-abortion message. According to the UA student newspaper, The Crimson White, a bystander who received a flyer complained to a police officer that the material was "obscene," and officers moved to arrest members of AASRJ.

The students were allowed to leave once the situation was explained but were ordered to stop passing out flyers because the AASRJ did not have a grounds-use permit.

AASRJ members say they applied for a permit following the incident, but UA officials said it would take days to approve the permit.

FIRE writes that the policy is impractical and unconstitutional because it does not allow for "spontaneous expression or demonstration" by students.



A national rights foundation's claim that University of Alabama policies infringe on students' First Amendment rights stems from an anti-abortion display and pro-abortion rights counterprotest on the quad in April. (File)

23

CONFIDENTIAL

Buzzfeed04655

*The Huntsville Times*
**Wednesday, July 3, 2013**

# FIRE requests UA policy change

**Melissa Brown**
mbrown@al.com

The Foundation for Individual Rights in Education has intervened on behalf of a University of Alabama abortion rights student group that says police ordered it to stop distributing fliers on campus during the spring semester.

In a letter sent to UA President Judy Bonner on May 22, FIRE requested that the university reassure its community that "expressive activity on campus" would not be censored.

FIRE's request for a policy change echoes those of students, including The Crimson White's editorial board. On Feb. 20, the paper's board published an editorial in response to the Harlem Shake incident, calling for changes to the grounds use policy.

"The last thing UA needs to do right now is stand behind its antiquated policy that stifles free speech and racial, organizational and cultural integration on this campus," the editorial board wrote. "The policy needs to change, and students need to press for this change."

24

CONFIDENTIAL

Buzzfeed04656

*The Tuscaloosa News*
**Thursday, July 11, 2013**

# City funds its share of Ol' Colony renovations

By Jason Morton
Staff Writer

TUSCALOOSA | A vote by the Tuscaloosa City Council has assured the $1.13 million improvement project to upgrade the Ol' Colony Golf Complex can be completed.

However, the City Council on Tuesday voted to commit no more than $375,000 to the Tuscaloosa County Park and Recreation Authority to cover its share of the Ol' Colony renovations.

The course's greens will be converted from dwarf Bermuda grass to ultra-dwarf Bermuda grass, bunkers will be improved and nine of the 18 holes will be lengthened by extending the tee boxes.

The cost is being evenly shared
SEE OL' COLONY | 5A

**See next page**

25

CONFIDENTIAL

Buzzfeed04657

*The Tuscaloosa News*
**Thursday, July 11, 2013**

# OL' COLONY

CONTINUED FROM PAGE 1A

between the city, the Tuscaloosa County Commission and the University of Alabama. PARA officials have said the work is time-sensitive and must be performed during warm summer months.

The course is expected to reopen in time for the Labor Day holiday.

Still pending is a decision by the City Council and the County Commission on additional funding to PARA for work for Munny Sokol and Bowers parks, certain PARA administrative facilities and Hurricane Creek Park.

The City Council tabled a vote on a remaining slate of $14.04 million worth of work to be shared with the County Commission. Of this, the city would pay 65 percent and the county 35 percent on $10.3 million worth of the work with both governments evenly sharing the remaining $3.75 million.

The vote was delayed to allow Mayor Walt Maddox to finish meeting with each of the four county commissioners and Tuscaloosa County Probate Judge Hardy McCollum to discuss the city's proposal, which is a counter-offer to a proposal adopted by the County Commission in May.

The county's proposal called for a four-year, $20.2 million facilities upgrade plan for PARA.

This version consisted of a 50-50 split with Tuscaloosa City Hall on $3.1 million worth of shared community projects, a 75-25 share on $12.8 million of upgrades and new construction at Munny Sokol and Bowers parks — with the city handling the 75 percent — and $4.4 million in work that the County Commission would fund exclusively.

It also included a $4.5 million, six-court basketball complex for Bowers Park — of which the city was being asked to cover 75 percent — that has been excised from the counteroffer being considered by City Hall.

Commissioner Reginald Murray, a vocal supporter of the complex, and others said it would pay for itself by luring indoor sporting events, such as basketball, wrestling, volleyball and cheerleading tournaments.

Council President Harrison Taylor was among the city and county elected officials who balked at the construction costs and questioned the necessity of the complex, pointing to recently upgraded high school gymnasiums and the estimated $365,000 annual operational expenses for the facility.

The elected leaders of the city and county have been debating the PARA facilities upgrade plan since September. That's when the Tuscaloosa Tourism and Sports Commission teamed up with PARA to present what was then a $12.1 million plan to upgrade Bowers and Sokol parks in order to generate additional revenue to the city and county governments through tournaments and other events that the city is now unable to host.

26

CONFIDENTIAL

Buzzfeed04658

*The Birmingham News*
Sunday, July 7, 2013

# Court to hear concerns over strip mine

**Jesse Chambers**
jchambers@al.com

Will two proposed coal strip mines along the Black Warrior River near Cordova create good-paying jobs and give the economy of Walker County a badly needed boost without harming the environment?

Or will the mines discharge excessive amounts of such toxic chemicals as lead and arsenic into an already threatened Black Warrior River and seriously damage the drinking water supply for about 200,000 Birmingham residents?

Those are the essential questions to be argued at a public hearing in Jasper from 1-3:30 p.m. Tuesday when the Alabama Surface Mining Commission hears testimony regarding the "Lands Unsuitable for Coal Mining Petition" filed with the commission by eco-group Black Warrior Riverkeeper in September.

The group's petition, if approved, would put an end to surface coal mining on more than 58,000 acres of land adjacent to the Mulberry Fork of the Black Warrior, where the Birmingham Water Works Board — which also opposes the mining projects — gets much of the city's drinking water.

The ASMC will hold its hearing on the petition in the activity room of the Community Health Systems Building.

The two mines that have been proposed in the area are Reed Mine No. 5 near Dovertown, to be developed by Reed Minerals of Jasper, and the Shepherd Bend Mine, to be developed by Shepherd Bend LLC.

Both mines have been



The Black Warrior River provides drinking water for about 200,000 Birmingham residents. It is also home to abundant wildlife such as herons. (File)

granted permits by the state of Alabama, but no mining has yet begun at either site.

Riverkeeper said this week that the BWWB is continuing its administrative appeals of the permits granted to the two mines by the ASMC.

Even if the Riverkeeper petition is successful, it would not be enough to completely stop mining at the Dovertown site.

"The first increment of 178 acres would be allowed to proceed — if the BWWB appeal fails — because the ASMC has already issued a permit for this portion of the mine," according to Riverkeeper representatives, including staff attorney Eva Dillard, in an email to AL.com Wednesday.

ASMC Director Randall Johnson said that the commission gave the permit to Reed Mine No. 5 because it did not see an environmental danger. He said the commission required "some extensive testing" on that site, including ground water sampling, and found no reason to stop the mines. "Most of the objections were because of water quality, and our studies indicated that there wasn't any problem," he said.

According to the Riverkeeper representatives, the ASMC issued the permit because they determined that the application "met the low regulatory threshold required for the issuance of a surface mining permit." The Community Health Systems Building is located at 204 19th St. East, Suite 100, in Jasper.

CONFIDENTIAL

Buzzfeed04659

*The Tuscaloosa News*
Tuesday, July 9, 2013

# Construction closes Bryant Drive



Traffic is diverted at the intersection of Paul W. Bryant Drive and Eighth Avenue Monday, while construction crews connect new sewer lines for sorority houses being built nearby. Portions of Bryant Drive are expected to be closed through Friday.

PHOTOS BY GIGI EYRE





CONFIDENTIAL

Buzzfeed04660

*AL.com*
**Wednesday, July 10, 2013**

**UAB names three local executives to head up largest fundraising campaign in university history**

**By: Evan Belanger**

The University of Alabama at Birmingham is gearing up for what school officials say will be the "largest ever and most comprehensive fundraising campaign" in university history.

"This is going to be a landmark campaign," said UAB President Ray Watts. "It's going to change Birmingham and Alabama for the better forever."

The university announced today the campaign will be co-chaired by Johnny Johns, CEO and chair of Protective Life Corp.; Theresa Bruno, a film producer, strategic planning consultant and president of THB Inc., and Mike Warren, CEO of Children's of Alabama.

The three executives have been recognized previously for their philanthropic support of UAB and the community. They will guide the campaign through 2018.

"UAB is poised for transformational growth, and the money that is raised will help our faculty and staff continue their efforts to find new cures for diseases, educate students and bring recognition to our city and state through their outstanding teaching, patient care, research and service," said Shirley Salloway Kahn, UAB vice president.

The campaign will launch publicly in October with the theme "Give something. Change everything."

Watts said the theme reflects the fact that when donors give to UAB, they help change their community and world for the better.

"The scope and impact of this campaign will extend far beyond our campus," he said. "A successful fundraising effort of this scale will reap vastly improved health care, educational opportunities and quality of life, as well as robust economic development throughout our community, state, nation and beyond."

The university will not announce the fundraising goal until the campaign's public launch in October, but its previous philanthropic campaign garnered more than $388.7 million between 1999 and 2003.

Money raised in the new campaign will go to back the university's new five-year strategic plan developed over the past year. The plan is not available publicly yet, but a portion of it will include increased cooperation with Southern Research Institute to develop disease treatment and cures.

**See next page**

CONFIDENTIAL

Buzzfeed04661

*Al.com*
**Wednesday, July 10, 2013**

It will also incorporate increased economic development work impacting the local community and the state as a whole, which UAB has added to its mission statement.

To date, UAB has spun out more than 50 companies and obtained more than 600 patents based on university research and innovation. University officials say the school has a more than $5 billion impact on the state's economy.

"We want to take a more disciplined approach and be proactive with our faculty and help them take these new ideas and turn them into products that can help others around the world and in doing so develop a revenue stream back to Birmingham and back into UAB," Watts said.

Watts said portions of the strategic plan will be made public as part of the fundraising effort.

CONFIDENTIAL

Buzzfeed04662

*The Birmingham News*
Friday, July 5, 2013

# Doctors: Study failed to adequately inform parents of trial risks

**Mike Oliver**
moliver@al.com

The consent forms used in a University of Alabama at Birmingham-led study of premature babies "were seriously inadequate" in warning parents of risks, according to a letter signed by 44 doctors, bioethicists and other academics.

The letter was published last week in the New England Journal of Medicine and counters previous letters from doctors and academics defending the study.

The study, called the Surfactant, Positive Pressure and Oxygenation Randomized Trial (SUPPORT), sought to determine ideal oxygen saturation levels for sustaining extremely premature infants. Higher levels of oxygen lead to retinopathy of prematurity, which can cause blindness, but too little can risk brain damage and death.

"The aims of the SUPPORT study were commendable, and the study addressed important clinical issues," the letter stated. "Nevertheless, however complex and important a study may be, the consent process must be clear enough to enable informed decision making."

The study involved 1,300 premature infants conducted at 23 hospitals.

The authors of the recent letter said that the federal office overseeing human-subject research — the Office for Human Research Protections (OHRP) — "did not overreach" when in March, it determined that researchers failed to adequately warn of the risk and asked UAB for a response and descriptions of corrective actions.

The latest letter is frank in its assessment of the consent forms and its support of OHRP's initial findings.

"The SUPPORT study itself was complicated. However the question of whether the consent forms were adequate is not," the letter stated.

A UAB spokesman said they do not comment on pending litigation.

CONFIDENTIAL

Buzzfeed04663

*The Birmingham News*
Friday, July 5, 2013

**Open wide, say aaah**

**Birmingham school kids are dentists for a day**

By: Mike Oliver

It was strictly oral exams for some area school kids Wednesday. Teeth were the topic.

"Open up and say 'aaaahh,' " said Ifeanyi Mbanugo, 13, wielding the little dental mirror on a handle like a pro.

Wesley Dean, his 13-year-old friend, did as he was told.

In another chair at UAB's School of Dentistry, 12-year-old Sabrina Payne, braces and all, was hoping for no pain as her friend Cynthia Dickson, 13, began probing her mouth.

About 100 Birmingham area school children, bedecked in dental garb, gloves, eyewear and masks, poked and prodded their classmates as part of a federally funded program to give them hands-on experience in a health profession.

"The goal is to expose middle school, high school and college students to health careers," said Dr. Michelle Robinson, an associate dean in the University of Alabama at Birmingham School of Dentistry.

As older dentists retire, there has been a dentist shortage, especially in poor communities, Robinson said.

About 20 percent of the nation's 179,000 practicing dentists accept Medicaid, according to the U.S. Department of Health and Human Services.

"Not enough students consider it as a career," Robinson said. "We attribute that to not enough exposure to dentists."

UAB dental student Devon Cooper, 25, was one of 12 UAB students helping with the children. He said his family was poor when he was growing up, and the family dentist often gave them breaks on charges.

"He just took what we could give," Cooper said. "That kindness had such a positive impact on me that it made me want to be a dentist."

Robinson said many of the children were from under-served areas. For the children, the experience, which included putting fillings in plastic teeth and building their own tooth model from clay, seemed to have an effect.

**See next page**

32

CONFIDENTIAL

Buzzfeed04664

*The Birmingham News*
**Friday, July 5, 2013**

Cynthia Dickson, and her friend Faith Aiken, 13, both of Phillips Academy middle school, said they would consider dentistry.

"I definitely would after this experience," said Dickson, getting the floss ready to use on Sabrina Payne.

Payne wasn't sold, though.

"I'm not too interested in teeth," showing her braces in a smile. "It kind of freaks me out ."

33

CONFIDENTIAL

Buzzfeed04665

*The Birmingham News*
Sunday, July 7, 2013

# UAB needs blood

**Mike Oliver**
moliver@al.com

It's summertime and UAB is looking for blood. The supply is low, and UAB is one of the nation's largest users. So in conjunction with the American Red Cross, the university is holding a blood drive Monday through July 18.

The safari-themed drive, "Hunting for Donors," will be at UAB Hospital North Pavilion, second floor atrium, Monday-Saturday, and at UAB Highlands Hospital, July 16-18.

UAB uses the blood during surgery, transplantation, trauma care, difficult pregnancies and cancer treatment, according to a UAB news release. A single patient may require as many as many as 100 units.

Donors should bring ID, and each will be entered for a chance to win an iPad or a Kindle Fire HD.

Free parking is available in the North Pavilion parking deck and the UAB Highlands parking lot.

**NORTH PAVILION**

▶ Monday, 10-5 p.m.
▶ Tuesday, 10-5 p.m.
▶ Wednesday, 7-2 p.m.
▶ Thursday, 10-5 p.m.
▶ Friday, 10-5 p.m.
▶ Saturday, 10-5 p.m.

**UAB HIGHLANDS**

▶ July 16, 9-3 p.m.
▶ July 17, 6:30-12:30 p.m.
▶ July 18, 11-5 p.m.

34

Buzzfeed04666

CONFIDENTIAL

*The Huntsville Times*
**Wednesday, July 10, 2013**

# New coach admirer of Saban's success

Mike Corbett, the associate head coach at the Air Force Academy, was announced Monday as the new head hockey coach at the University of Alabama at Huntsville, replacing Kurt Kleinendorst.

Corbett, born in Chicago and raised in Green Bay, played at the University of Denver where he was a three-time academic all-conference selection. Corbett, 41,

and his wife, Stacey, have a son, Jordan, and daughter, Mayson.

AL.com/Huntsville Times reporter Mark McCarter talked with him from his Colorado Springs office Tuesday morning.

**Q:** What's the appeal of the UAH job for you?

**A:** The opportunity to build a program is the big-

See CORBETT, Page 4B

See next page

CONFIDENTIAL

Buzzfeed04667

*The Huntsville Times*
**Wednesday, July 10, 2013**

## CORBETT

From Page 1B

gest appeal. Huntsville has gone through a lot the last four years. I remember we were on the schedule, and we had to cancel the game because they weren't sure if they were going to have a team. But they got through that period. They got people on board. The alumni stepped up. The administration stepped up. That energizes people. They've put themselves in a position to build a program.

**Q:** We've heard how important it is for UAH to have joined the Western Collegiate Hockey Association. What are your thoughts?

**A:** They got in a fantastic league. There are no nights off in the WCHA. There's not the big-name programs any more, but these are programs that are doing the extras. These are guys who take nothing for granted and work their butts off.

**Q:** You seem to have a sense of UAH hockey history.

**A:** When we played them in the Jared Ross days, they could beat anybody on a given night. You see the success Doug (Ross, former head coach) had. You've seen the building full. To be able to build on that is what it's about for me. There's a lot of work to do but a lot of good things in place to build upon.

**Q:** Had you reached a point in your career where it was time to make the move to become a head coach?

**A:** That was the next step, yes. Hey, Nick Saban was a rookie head coach once. Everybody was a rookie once.

I'm a closet Alabama fan. I'm a huge Nick Saban fan. You're going to hear me talk about The Process. I may get arrested breaking into the Alabama football office, trying to get in to talk to Nick Saban.

**Q:** You'll fit in well around here if you invoke Saban's name.

**A:** I'm a closet Alabama fan. I'm a huge Nick Saban fan. You're going to hear me talk about The Process. I may get arrested breaking into the Alabama football office, trying to get in to talk to Nick Saban. I'm a big guy on what things are successful.

I'm from Green Bay. And I grew up with (Giants' coach and former Packers aide) Tom Coughlin's son and hung out at their house, him yelling at us like he did Michael Strahan. I've seen what he's done. I've read all the books. We're not Alabama, and we're not even football, but you can cross-reference things that work in all sports.

**Q:** What's your timetable?

**A:** I'm coming out there Monday and probably stay the week, to get as situated as possible. Then it'll be in and out. My first three years in the profession I moved five times. I've been here 10 years. To be honest, I've got a lot of stuff now. I'm going to have to get on Craigslist.

36

Buzzfeed04668

*Al.com*
**Wednesday, July 10, 2013**

**Huntsville ranks No. 3 on list of best places for Science, Technology, Engineering, Math graduates**

**By: Lucy Berry**

Financial literacy and consumer advocacy site NerdWallet has named Huntsville as one of America's top 10 best metro areas for Science, Technology, Engineering and Mathematics (STEM) graduates.

The Rocket City ranked No. 3 on a list with other major U.S. metro areas such as San Francisco, Washington, D.C., Arlington, Va., and Seattle.

In Huntsville, about 20 percent of total jobs call for a STEM bachelor's degree or higher, while the average salary for a STEM job requiring a four-year degree or higher is $91,873, NerdWallet reports.

NerdWallet analyst Divya Raghavan studied 357 U.S. metro areas using data she collected from the Brookings Institute in Washington, D.C. Raghavan said she compiled the list by measuring the total number of jobs that require a STEM bachelor's degree, average salary and the overall economic health in each metro area.

"Huntsville definitely has strong STEM support and its main industries are ones that require STEM knowledge," she said. "For recent college graduates in general, the area also has a low cost of living and it might be good for someone who might have a lot of debt or not a lot of savings to start out."

In the report, Raghavan said Huntsville has strong science, technology, architecture, engineering and computer and math science fields.

"A major part of the Huntsville economy is driven by science- and engineering-related jobs in the defense and space industries," said Huntsville Career Center manager Mike Fowler.

Here's NerdWallet's complete top 10 metro areas for STEM graduates list:

1. San Jose, Sunnyvale, Santa Clara, Calif.

2. Washington, D.C., Arlington, Alexandria, Va./Md./W.Va.

3. Huntsville

4. San Francisco, Oakland, Fremont, Calif.

5. Trenton-Ewing, N.J.

**See next page**

37

Buzzfeed04669

*Al.com*
**Wednesday, July 10, 2013**

6. Boulder, Colo.

7. Seattle, Tacoma, Bellevue, Wash.

8. Boston, Cambridge, Quincy, Mass./N.H.

9. Ann Arbor, Mich.

10. Kennewick, Pasco, Richland, Wash.

To view the full report, visit NerdWallet's website.

38

Buzzfeed04670

*OMGlobe.com*
**Tuesday, July 9, 2013**

**Could Diet While Growing Up Affect Our Childrens' Vitality?**

You are what you eat – and so are your offspring. And in the title bout featuring protein versus sugar, protein is the winner.

That's what a researcher at The University of Alabama in Huntsville (UAH) found while studying the fruit fly (Drosophila melanogaster) as part of a multi-institutional team.

In a finding that may have application to human beings, the scientists discovered that a larval diet that's predominantly protein is better than a diet of sugar when it comes to the reproduction and development of the next generation of the small flies, which count humanlike metabolism among their many biological similarities.

The scientists adjusted the proportion of yeast to sugar in the flies' diet to devise protein-rich or sugar-rich food sources. Comparing both diets, the researchers discovered that mother flies that grew as larvae on a protein diet had greater fecundity and offspring possessing greater metabolic reserves than females grown as larvae on a diet that was predominantly sugar.

"We definitely saw a significant effect," said Dr. Luciano Matzkin, assistant professor and director of the graduate program in the UAH Department of Biological Sciences. "We saw that maternal larval diets higher in protein increased the overall fecundity of the adult mother, the number of eggs she produced, and also had a beneficial effect on the next generation, the F1 generation of offspring."

When researchers returned F1 larvae to a typical banana puree lab diet fed to fruit flies, it did not change the beneficial effects that the maternal larval protein diet had conferred on the F1 generation.

This basic research has applications to humans and other species, Dr. Matzkin said. "This is basic research, to understand how a species adapts. Our research is very multifaceted and allows us to then have insights into many different species."

The dramatic change in the human diet since the Industrial Revolution "to where we have almost pre-digested food" has altered human nutrition, Dr. Matzkin said. Along with other environmental factors, the changes may influence a range of childhood and adult health outcomes, he said, such as the rise of asthma, allergies, juvenile onset diabetes, obesity, cardiovascular disease and metabolic syndrome.

"We know that the environment in which an organism develops can affect the performance of that organism. And we know that human beings have shifted their diet dramatically," said Dr. Matzkin. Here is where the similarity of the metabolic structure of the flies to humans raises the question: Could it be like a canary in a coal mine?

"It's due to the effect of the interaction of environment and genetics," said Dr. Matzkin. "Genes and how they interact with each other are influenced by the maternal environment. These

**See next page**

CONFIDENTIAL

Buzzfeed04671

*OMGlobe.com*
Tuesday, July 9, 2013

environmental influences affect the turning on and off of genes, and how they interact with each other."

The findings were recently reported in a paper authored by Dr. Matzkin with Sarah Johnson and Christopher Paight of the University of California San Diego, and Dr. Therese A. Markow of UC-San Diego and the Laboratorio de Genomica de la Biodiversidad, Centro de Investigaciones y Estudios Avancados in Irapuato, Guanajuato, Mexico. ("Preadult Parental Diet Affects Offspring Development and Metabolism in Drosophila melanogaster," PLoS One, Vol. 8, Issue 3, March 2013)

Geneticists are fond of the Drosophila species of flies because they have so many biological similarities to humans and many successive generations can be bred quickly, which speeds their work.

The flies have a genomic match for about three quarters of human disease genes and about half of their protein sequences have mammalian homologs. The fly is a genetic model for a number of human diseases, as well as being used to study aging, immunity, diabetes, cancer and drug abuse.

Fruit flies create a new generation every two weeks, said Dr. Matzkin. "Drosophila are a good species to study because they can be easily manipulated in the lab," he said, and the flies' growth rates and life cycles are well documented under controlled environments. "It's one of the genetic workhorses."

Next up is a proposal to the National Institutes of Health to do a follow-up study comparing the effects of the diets ofDrosophila melanogaster and the cactophilic Drosophila mojavensis. The cactus flies live on rotting cactus and have a high intake of toxic compounds, such as alkaloids. They use the same set of genes humans use to detoxify themselves, which is important to cancer research because cancer cells have heightened detoxification response that often requires use of larger dosages of drugs. Documenting the effect of diet and understanding how the cactophilic Drosophila survive in their harsh environment could potentially lead to new therapies.

CONFIDENTIAL

Buzzfeed04672

*Al.com*
**Monday, July 8, 2013**

From fruit flies to humans, diet matters: UAH researcher says

By: Kristen Hwang

Fruit flies, those pesky creatures waiting for a forgotten banana to turn brown or an apple core to rot, are more than household pests, a researcher at The University of Alabama in Huntsville said.

They are "wonderful genetic tools," said Luciano Matzkin, assistant professor and director of the graduate program in the UAH Department of Biological Sciences.

Despite their physical dissimilarity to humans, fruit flies and humans share 75 percent of disease causing genes, making them the target of cancer research, behavioral research and cell development research among other fields.

Matzkin's most recent research published findings that differences in diet significantly affect how fruit flies reproduce and how healthy their offspring will be.

Matzkin and researchers from the University of California San Diego and the Laboratoria de Genomica de la Biodiversidad in Mexico raised fruit fly larvae on two contrasting diets. One group of larvae ate predominantly protein, and the other group ate predominantly sugar, Matzkin said.

The female larvae that ate protein matured into more fertile adults that possessed greater metabolic reserves, Matzkin said.

Their offspring also benefited from the dietary difference.

"We saw that the changes were getting passed on to the offspring even though the offspring themselves did not experience the environment," he said.

Fruit flies, also called Drosophila melanogaster, have a metabolism that is very similar to human metabolism.

"I wouldn't run out and say change your diet to an all-protein diet," Matzkin said. "We know that the environment in which an organism develops can affect the performance of that organism."

Highly processed foods have dramatically changed peoples' diets, he said.

CONFIDENTIAL

Buzzfeed04673

*The Huntsville Times*
Wednesday, July 3, 2013

# SWIRLL set to touch down on UAH campus

## Work to begin next month on weather research lab

**Paul Gattis**
pgattis@al.com

The SWIRLL will touch down in Huntsville in a couple of weeks.

The University of Alabama in Huntsville will hold a formal groundbreaking for the Severe Weather Institute Radar and Lightning Laboratory on the west side of campus in a ceremony July 15 at 3 p.m.

A much-anticipated facility that will be constructed adjacent to the National

Space Science Technology Center off Sparkman Drive, the SWIRLL will enhance the study of its education and research capabilities in severe weather and atmospheric science, the school said in the announcement on the groundbreaking.

The University of Alabama System Board of Trustees has approved a $7 million budget for the project.

### Research 'crucial'

"With Alabama suffering

from frequent outbreaks of severe weather from North Alabama to the coast, research into this discipline is crucial to our state and the nation, and UAH research can help mitigate the impact of these storms through improved detection and forecasting," the school said.

"The university's atmospheric science program is ranked among the top 10 in the nation, according to the Chronicle of Higher Education."



A new rendering shows the proposed Severe Weather Institute Radar and Lightning Laboratory (SWIRLL) building at UAH. The groundbreaking is scheduled for July 15 on the $7 million facility. (Courtesy)

Buzzfeed04674

CONFIDENTIAL

*The Tuscaloosa News*
Wednesday, July 10, 2013

# Shelton State uses Legos to build interest in science

## Kidz Kollege classes focus on engineering, design concepts

By Ed Enoch
Staff Writer

In an almost inevitable chain of events, cars, conveyor belts and other contraptions came to be in a classroom full of children and Legos at Shelton State Community College on Tuesday.

"I don't know a kid who doesn't love Legos," said Shannon Camper, director of Community Education and Lifelong Learning at Shelton State.

The contraptions are part of the Lego Engineering 2013 program at Shelton State's Kidz Kollege, a series of classes for elementary, middle and junior high school students that uses the toy as a way to build interest in science and mathematics.

"I think that this is going to get on their level with something they love," Camper said.

This summer is the first year for the Lego courses at Shelton State. While the Kidz Kollege has traditionally offered math classes such as algebra and geometry, it has lacked a science component before the addition of Lego Engineering,



STAFF PHOTO | MICHELLE LEPIANKA CARTER
Jaden Linebarger, 8, builds a car using Legos.



PHOTO | GIGI EYRE
Logan McPherson, 7, plays with Legos during free time.

Camper said.

"The one thing I feel like we have been missing during the last seven years I have been directing is science," Camper said.

The program, which began Monday, has 112 students enrolled,

Camper said. The program costs $155 per week, which includes four three-hour classes.

Camper said the class size ranges from about 16 to 22 students. Morning classes cater to students SEE LEGOS | 8A

See next page

43

CONFIDENTIAL

Buzzfeed04693

Buzzfeed04676

*The Tuscaloosa News*
**Wednesday, July 10, 2013**

# LEGOS

### CONTINUED FROM PAGE 1A

between the first and third grades, and the afternoon sessions are for fourth- to eighth-graders.

Camper said demand for the program has been strong, noting that classes during the first two weeks filled up, though spots were still available during the last week, which begins July 22.

The courses include Junior Vehicle Engineering and the more advanced Junior Engineering 2 for elementary students. For the older students, there is Elementary Engineering, Vehicle Engineering and Collision Cars, which include more complicated machines.

The classes, with the aid of



PHOTO | GIGI EYRE

Ainsley Christian, left, and Karlee Booth, both 8, build moving Lego pieces during free time at Lego Engineering camp at Shelton State Community College on Tuesday.

Legos, focus on concepts such as basic engineering principles, design, gear ratios, simple machines and forces in motion, according to the program pamphlet.

For elementary-school age students on Tuesday, a Lego car powered by rubber bands became a lesson about propulsion, friction, potential energy and tension, according to enrich-

ment instructor Allison Harrod, who teaches all the classes.

Harrod said students will also explore engineering and science concepts by building windmills, cranes and merry-go-rounds.

The activities also help the students socially, Camper said.

Harrod noted while traditional classroom work might confine students to their work and their desk, the Lego Engineering classes encourage collaboration and idea sharing.

"They are learning new ways to do things," Harrod said.

For more information about Lego Engineering, call 205-391-2323.

*Reach Ed Enoch at ed.enoch@tuscaloosanews.com or 205-722-0209.*

CONFIDENTIAL

# Chancellor: Lack of raises affects staff recruiting

*The Huntsville Times*
Wednesday, July 3, 2013

**Evan Belanger**
ebelenger@al.com

The Alabama Board of Education has approved a new salary schedule for the Alabama Community College System, but it does not provide cost-of-living raises for the system's more than 10,000 employees.

Although the Alabama Legislature this year approved the first cost-of-living adjustments for K-12 teachers since fiscal 2008 — at a cost of $49.9 million a year — the raises do not cover the community college system.

That's a departure from custom, which historically ties K-12 and community col-

lege salaries together. ACCS employees also have gone without a cost-of-living raise since fiscal 2008.

During the session, legislative leaders said they were aware their fiscal 2014 budget excluded colleges from K-12 teachers' 2 percent raise, but said additional funding for colleges included in the budget would allow college boards to award raises if they want.

The Legislature's education budget for fiscal 2014 grants the community college system a 2.5 percent funding increase, up $4.9 million.

That budget also includes $4.9 million in legislative earmarks that carmark dedicated to other programs — Hendrick says he begged lawmakers not

when recruiting faculty, staff and administrators.

"Certainly, it was disappointing to the members of the community college system. We all hoped that we would be part of it," ACCS Chancellor Mark Heinrich said.

"But we understand and we've had conversations about our goals for salaries in the future and have had promises that they [state lawmakers] would work with us."

Hendrick says the state needs to determine whether the cost of raises has directly cost the system talent, but salaries are certainly an important factor

include those earmarks — and the rest of the increase is likely to go to programs operations and maintenance.

## AL.COM POLL
(An unscientific, open-access poll)

**SHOULD COMMUNITY COLLEGE EMPLOYEES GET RAISES WHEN K-12 EMPLOYEES DO?**

Yes: 65 percent

No: 31 percent

I don't know: 4 percent

Results as of 5 p.m. Tuesday. Total votes: 251

## WHAT THEY MAKE

The state community college system's salary schedule provides the following pay ranges, depending on years of serving professional experience and other qualifications:

**Presidents:** Annual base pay of $119,062 to $153,634. That excludes $2,000 a year if the president holds a doctorate from an accredited institution, $2,000 if the college's full-time enrollment exceeds 4,500, a $12,000 housing allowance and a $200-per-month expense allowance.

**Deans:** Base pay of $82,494 to $119,926.

**Full-time instructors, counselors and librarians:** Base pay of $45,040 to $97,480.

**Full-time adult-education teachers:** Base pay of $24,000 to $48,000.

**Full-time support personnel:** Base pay of $22,678 to $54,821.

**Professional personnel** such as financial officers and attorneys: Base pay of $53,431 to $103,788.

CONFIDENTIAL

BuzzFeed04677

*The Huntsville Times*
**Friday, July 5, 2013**

**ALABAMA A&M**

# School chosen for NASA microgravity research flights

Lee Roop
lroop@al.com

Alabama A&M University will send experiments into microgravity in November as part of a series of NASA research flights.

A&M is one of three Alabama schools among 14 minority-serving institutions nationwide selected for the program.

The other Alabama schools are Gadsden State Commu-nity College in Gadsden and Tuskegee University in Tuske-gee.

The schools design and build experiments at their campuses that are flown to NASA's Johnson Space Cen-ter in Houston for tests aboard aircraft flying parabolic pat-terns to generate periods of weightlessness.

The missions, which will fly Nov. 1-8, give students experi-ence in experiment design and test operations.

46

CONFIDENTIAL

Buzzfeed04678

*The Huntsville Times*
Wednesday, July 3, 2013

RECRUITING

# 6A player of year Lewis Sullivan commits to UAB

**Drew Champlin**
dchamplin@al.com

UAB picked up its second Class of 2014 basketball commitment on Tuesday as Hazel Green forward Lewis Sullivan committed to sign with the Blazers.

Sullivan, a 6-foot-7, 220-pounder, joins Hewitt-Trussville guard Jarvis Calhoun as a commitment in this class. He averaged 18.5 points per game and 11.2 rebounds per game for the Trojans. He was Alabama's Class 6A Player of the Year.

"They play a pretty good style of basketball," Sullivan said. "Their academics are pretty good. I like the fact that it's close to home. I like to run the break and get out in transition."

Sullivan said he had put on 10 pounds of muscle since the season ended. Hazel Green recently participated in a play date at UAB's campus.

Sullivan's versatility is noted. Hazel Green head coach Todd Jeffers said that he could play the point, shooting guard, small forward or power forward position. His best bet is at the 3, the small forward spot.

Jeffers said that UAB coaches started recruiting him about a year ago.

"He felt really comfortable, and I think he feels like he's at home," Jeffers said. "He didn't want to go too far from home. He likes the way they play. They get up and run the floor and that fits him well."

CONFIDENTIAL

Buzzfeed04679

*The Tuscaloosa News*
Thursday, July 11, 2013

Buzzfeed04680

# Mike McGraw is UA's new assistant golf coach

**Combined report**

TUSCALOOSA | University of Alabama men's golf coach Jay Seawell added another national championship-winning coach to the Crimson Tide staff on Tuesday with the addition of former Oklahoma State head coach Mike McGraw as the program's assistant coach.

"I'm really excited to have Mike on board," Seawell said. "He is one of the great coaches in college golf. He is a good friend, but more importantly, he has a track record of knowing how to win championships. We are just thrilled that he has accepted the opportunity to be a part of Alabama golf. Mike will be an excellent asset for our players and will help

Mike McGraw

us continue our pursuit to be the best college program in the country."

McGraw comes to Tuscaloosa after eight years at the helm of the Oklahoma State program, leading the Cowboys to the 2006 NCAA championship and an NCAA runner-up finish in 2010. His OSU teams advanced to the NCAA championships seven times, with five top-five finishes. They also won five Big 12 championships.

"I'm excited for the opportunity at Alabama and the chance to get to work with some really incredible players," McGraw said. "Jay

Seawell has been a good friend of mine for a long time and he is obviously a great coach. There is something to be learned from Jay for sure and hopefully my experience and background can help strengthen an already successful program.

"Jay has assembled an outstanding team, and I'm looking forward to getting the chance to work with this group. I recruited Cory Whitsett very heavily in junior golf, so to be able to actually get to work with him will be rewarding."

ESPN The Magazine tabbed McGraw as one of top 20 recruiters nationally across all sports, evidenced by the numerous PGA Tour players he has helped produced, including

SEE COACH | 4C

## COACH

CONTINUED FROM PAGE 1C

Rickie Fowler, Hunter Mahan, Charles Howell III, Morgan Hoffman and Casey Wittenburg.

McGraw replaces Rob Bradley, who was named the head coach at Purdue this week. Bradley had replaced Scott Limbaugh, who took over the Vanderbilt program in the summer of 2012.

McGraw's duties for the Crimson Tide will include assisting Seawell in day-to-day operations of the program

while also serving as the recruiting coordinator and assisting in player development. He is the director of the Alabama Golf Academy while overseeing alumni relations and the Crimson Tide Open.

Before becoming the head coach at Oklahoma State in 2006, McGraw was Oklahoma State head women's golf coach during the 2004-05 season, directing the Cowgirls to the Big 12 championship. He came to OSU in the fall of 1997 and spent seven years as the Cowboys' assistant coach.

As a player, McGraw was a three-year letterwinner for Central Oklahoma.

CONFIDENTIAL

*The Tuscaloosa News*
Monday, July 8, 2013

## U.S. softball falls to Japan, takes silver medal

BRAMPTON, ONTARIO, CANADA | Two University of Alabama softball players had to settle for silver medals Sunday as the United States lost 4-0 to Japan in the championship game at the International Softball Federation Junior Women's World Championship.

The U.S. managed only one hit in the shutout defeat as Kana Nakano struck out nine batters to lead Japan to victory in the 19-and-under title game.

Haylie McCleney, a center fielder coming off her freshman season at Alabama, went 0-for-2 but drew a walk. Andrea Hawkins, also an outfielder at UA, did not play in the championship game.

The game was delayed by weather in the fifth inning before it was resumed. The contest was called after six completed innings due to rain.

49

CONFIDENTIAL

Buzzfeed04681

*The Tuscaloosa News*
**Sunday, July 7, 2013**

# Murphy: Auburn's hiring of Myers good for Tigers, Tide

**By Tommy Deas**
Executive Sports Editor

TUSCALOOSA | Auburn University upped the ante on the state of softball in Alabama last month when it hired Clint Myers, a two-time national champion at Arizona State, as its head coach.

Alabama coach Patrick Murphy has been on the winning side of the Crimson Tide's cross-state rivalry with the Auburn Tigers, with Alabama winning 19 of the last 20 meetings with Auburn. Murphy guided Alabama to the 2012 national championship, and he realizes Myers is a coach with big-time credentials.

"Obviously he's won two national championships coming into our league," Murphy said. "We've won the one. It just adds to the prestige of the league.

"I just think it's a rarity where a Pac-12 coach comes to the SEC. I think it just adds to the competitiveness of the league for sure."

Arizona State won national titles in 2008 and 2011 under Myers. The



STAFF PHOTO | MICHELLE LEPIANKA CARTER
Alabama softball coach Patrick Murphy said Auburn's new coach Clint Myers has some big-time credentials.

school made eight Women's College World Series appearances under his direction, and Myers went 427-102 during his tenure there.

Under Murphy, Alabama is the only program in the nation to make it to at

SEE MURPHY | 7C

**See next page**

50

CONFIDENTIAL

Buzzfeed04682

*The Tuscaloosa News*
**Sunday, July 7, 2013**

# MURPHY

### CONTINUED FROM PAGE 1C

least the super regional round of NCAA tournament play in all nine years under the current format. Alabama has made it to the World Series eight times under Murphy, who has a 789-213 record in 15 years at the UA helm.

Murphy and Myers have had a few memorable meetings in the World Series. Alabama defeated Myers' Sun Devils 2-1 in 2012 on the way to winning the national title, and eliminated Arizona State 6-2 in 2009 in a game highlighted by Jazlyn Lunceford's pinch-hit grand slam.

"It was two very competitive games," Murphy said. "One was in the losers' bracket, one was in the winners' bracket. They were huge games for both sides at the time."

Alabama and Auburn contracted for an April 16 game next season in Montgomery. The two schools are not scheduled to meet in Southeastern Conference play, so Murphy worked out a one-game deal at a neutral site with former Auburn coach Tina Deese, who was the league's longest-tenured coach before she was replaced.

"I think it would be good for both sides," Murphy said. "Obviously it's still going to be a great series, but winning the SEC and the regionals and super regionals and going to the World Series are bigger goals for us.

"Now they're starting new and fresh (with Myers) and it becomes what is Clint going to bring to the table and what is his offensive philosophy and what does he do defensively."

As for what Myers' arrival means for Alabama and Auburn softball, Murphy plans to keep his attention on keeping the Crimson Tide nationally competitive.

"The future will tell," he said.

*Reach Tommy Deas at tommy@ tidesports.com or at 205-722-0224.*

51

*The Tuscaloosa News*
Tuesday, July 7, 2013

# Tide's Gaspard impressed with Auburn's pick as coach

### By Aaron Suttles
#### Sports Writer

TUSCALOOSA | The hire was stunning, Auburn University nabbing Sunny Golloway from Oklahoma, and it sent a message.

The Tigers want to win, win big and win now.

With only two NCAA Regional appearances in the previous 10 seasons (2005, 2010), the Auburn baseball program went out and got a head coach with six straight regional appearances on his resume. Golloway, who coached the final 18 games as the interim coach in 2005, spent eight full seasons as head coach of the Sooners, and the results are impressive: Seven NCAA Regional berths, four trips to the Super Regional and a spot in the College World Series in 2010, compiling a .655 winning percentage (334-175-1) along the way. He averaged nearly 42 wins a year.

Now the only question is can he do it at Auburn.

"One thing is he's going to bring a winning ingredient that he had at



STAFF PHOTO | MICHELLE LEPIANKA CARTER
Alabama baseball coach Mitch Gaspard said Auburn's new coach Sunny Golloway brings an impressive resume to the Tigers.

Oklahoma," Alabama coach Mitch Gaspard said. "They've recruited really well. His track record speaks for itself. He's won 40 games the last five years. He's been in the postseason a lot, so he's got a lot of experience

SEE GASPARD | 7C

**See next page**

52

*The Tuscaloosa News*
**Tuesday, July 7, 2013**

# GASPARD

CONTINUED FROM PAGE 1C

there. As much as anything he's going to bring that winning attitude with him."

Winning is why Auburn athletic director Jay Jacobs made Golloway one of the Southeastern Conference's highest paid coaches, signing him to a five-year contract that will pay him $650,000 for the 2014 season.

To accomplish similar feats in the SEC; a new landscape for Golloway who grew up in Stillwater, Okla., will be nothing short of remarkable. Golloway's new conference (the SEC) sent nine teams to the NCAA Tournament this season, and his new division (the SEC West) saw every team save for Auburn qualify for the field of 64. In comparison, the Big 12 had three teams make the tournament (Kansas State, Oklahoma and Oklahoma State).

Gaspard said he expects Golloway to learn his way quickly.

"The main thing is just learning the area, the new kids and just learning the state," Gaspard said. "He's worked in Oklahoma his whole life or for the majority of it. But when you're a head coach or an assistant, you're going to get comfortable in a hurry because really you're doing the same things. You're going out, you're evaluating kids, you're trying to sell your university and your program. I don't think that's going to be that much of a challenge for him.

"I know he's had some really good offensive teams in the past. I think it's a balanced team from what I've seen that's been pretty offensive. They've had some guys that could swing the bat. There's a reason why he's winning 40 games. He adjusts to the personnel that he has."

*Reach Aaron Suttles at aaron@tidesports.com or at 205-722-0229.*

CONFIDENTIAL

Buzzfeed04685

*The Tuscaloosa News*
**Wednesday, July 10, 2013**

# Tide's Ryan Kelly makes Rimington Trophy list

**By Aaron Suttles**
Sports Writer

Three national titles in the previous four seasons earns a lot of things, like oversized trophies, rings and respect. It speaks to the respect of the University of Alabama football program that untested center Ryan Kelly made the Rimington Trophy watch list Tuesday morning. The award goes to the nation's top center.

Kelly, a 6-foot-5, 290-pound sophomore, takes over for last year's Rimington Trophy winner, Barrett Jones.

Junior tight end Brian Vogler made the Mackey Award watch list Tuesday. The award is given to the country's most outstanding tight end.

Kelly and Vogler join seven other Crimson Tide players on watch lists: Deion Belue (Bednarik

 

Ryan Kelly    Brian Vogler

Award), Ha Ha Clinton Dix (Bednarik), C.J. Mosley (Bednarik, Lott Trophy, Maxwell Award), Christion Jones (Hornung Award), Amari Cooper (Maxwell), AJ McCarron (Maxwell) and T.J. Yeldon (Maxwell).

The finalists for the Rimington Trophy will be announced Dec. 9, with the winner awarded Jan. 11. The semifinalists for the Mackey Award will be revealed Nov. 11 and the finalists Nov. 25.

*Reach Aaron Suttles at aaron@tidesports.com or at 205-722-0229.*

CONFIDENTIAL

Buzzfeed04686

*The Tuscaloosa News*
**Thursday, July 11, 2013**

# TIME TO TALK FOOTBALL

## McCarron, Mosley and Steen will represent Crimson Tide at next week's SEC Media Days

**By Aaron Suttles**
Sports Writer

TUSCALOOSA | Fifth-year senior quarterback AJ Mc-Carron headlines the group of players representing the University of Alabama football program during next week's Southeastern Conference Media Days in Hoover, the league announced Wednesday.

Senior linebacker C.J. Mosley and senior right guard Anthony Steen will join McCarron and head coach Nick Saban next Thursday at the Hyatt Regency Birmingham-The Wynfrey Hotel. Alabama will follow LSU and Georgia, taking the podium at 11:20 a.m., before Vanderbilt closes the three-day event.

McCarron completed 67 percent of his passes for 2,933 yards and 30 touchdowns a season ago. He's started 27 games for the Crimson Tide.

Mosley led the team in tackles his junior season with 107 and was a Butkus Award finalist. Steen is UA's most experienced lineman, having started 25 games.

Gus Malzahn goes under the lights for the first time as Auburn head coach at 2:20 p.m. Wednesday. The Tigers will bring senior cornerback Chris Davis, defensive end Dee Ford and fullback Jay Prosch.

Malzahn is one of four first-year SEC head coaches. The others are Arkansas' Bret Bielema, Kentucky's Mark Stoops

and Tennessee's Butch Jones.

Last season's Heisman Trophy winner, Johnny Manziel from Texas A&M, is scheduled to attend. Manziel became the first freshman to win the award.

Other notable attendees include Georgia's Aaron Murray and South Carolina's Jadeveon Clowney.

ESPN begins its preview of the 2013 season with live coverage, including its half-hour "College Football Live" show broadcasting from Hoover. The show, which airs daily at 2:30 p.m., will be shown on ESPN on Tuesday and Wednesday and ESPNU on Thursday. Hosts Joe Tessitore and Dari Nowkhah, alongside analysts Brock Huard, Tom Luginbill, David Pollack, Matt Stinchcomb and Andre Ware will lead various discussions of the day's events.

SEE TIME | 4C

## TIME

CONTINUED FROM PAGE 1C

Radio personality and new ESPN contributor Paul Finebaum will also provide live reports.

TideSports.com will bring you live updates from the event, beginning at 12:30 Tuesday afternoon from SEC Commissioner Mike Slive's state of the conference address.

*Reach Aaron Suttles at aaron@tidesports.com or at 205-722-0229.*

56

Buzzfeed04688

*The Tuscaloosa News*
**Wednesday, July 10, 2013**

# BACK ON TOP

## Tide is magazines' pick as preseason No. 1

**By Aaron Suttles**
**Sports Writer**

TUSCALOOSA | Predictions are worth less than the paper on which they are printed or the price of a website domain, yet they persist. The goal is to keep the fans' interest, their attention, and, to that end, predictions like those featured in an assemblage of preseason magazines are worth their weight in gold.

When it comes to the University of Alabama football program, for which interest never wanes, even during the wintery months, forecasts for the upcoming season call for bright and sunny skies.

Preceded by two consecutive national championships and three straight No. 1-ranked recruiting classes combined with a three-year starter at quarterback and Nick Saban at the helm, Alabama was the unanimous choice as the top team in the land in a survey of five preseason publications.

Those rankings are white noise or "clutter" to Saban, but the fact remains that the Crimson Tide is looked upon as the best team in the nation.

"Just look at what they've achieved over the last four years," USA Today college football writer Paul Myerberg said. "They've achieved at a historic level. Now look at the amount of talent coming back. You don't just compare Alabama to the SEC, you compare them with the best teams nationally. It's hard to see a team as well-composed, as well-



CONSENSUS TOP 25

coached as Alabama. I don't see any reason how you could or would not put Alabama at No. 1. They've earned it. They deserve it."

Of course, as Saban will most likely point out at some point in the near future, this year's Crimson Tide has earned nothing. It deserves nothing.

Three offensive linemen are gone from what was widely considered the best offensive line in college football. The secondary is a concern with depth issues. The prognostica-

tors concede as much. Still, they look at Saban's history and a roster full of talent, players with experience and without, to make the case.

"It's a number of things, actually," said Matt Hayes, who covers college football for Sporting News. "Look at the past history there. Look more towards the players they have on defense. Look at the solid way they've gone about their business year after year after year. Look at the schedule this year. Look at a fifth-year senior quarterback. Look at what Nick Saban has done there. He just plugs guys in, and he's not plugging slugs in. He's plugging highly recruited guys who have waited their turn to play. It's obvious they have players. But what is the most important and most overlooked factor is how they develop their guys. He's proven he knows how to develop players."

The schedule is certainly favorable. UA misses the big three from the Southeastern Conference Eastern Division, Florida, Georgia and South Carolina, and has bye weeks before its two arguably toughest division games against Texas A&M and LSU.

The three teams from the East finished 2012 a combined 34-6 and all within in the Associated Press top 10. Alabama needed a memorable late-fourth-quarter drive to upend LSU in Baton Rouge, and Texas A&M handed the Crimson Tide its only loss of the season.

SEE TIDE | 5C

**See next page**

57

Buzzfeed04689

*The Tuscaloosa News*
**Wednesday, July 10, 2013**

# TIDE

### CONTINUED FROM PAGE 1C

Ohio State landed at a consensus No. 2. The Buckeyes, led by former Florida coach Urban Meyer, went unbeaten last year, though they were not eligible for postseason play because of NCAA sanctions. Rounding out the top five were Oregon, Stanford and Georgia. The AP preseason Top 25 comes out Aug. 17.

With most predicting an Alabama-Ohio State BCS National Championship Game, Hayes went another way.

"We have Stanford at No. 2, and personally I would to see them against Alabama in the trenches, trading blows," he said.

*Reach Aaron Suttles at aaron@ tidesports.com or at 205-722-0229.*

58

Buzzfeed04690

*The Birmingham News*
Sunday, July 7, 2013

# For $626.42, you can get your hands on tickets to see Alabama play Texas A&M

**Jon Solomon**
jsolomon@al.com

With two months until college football kicks off, the most expensive ticket in the country belongs to Alabama's showdown at Texas A&M on Sept. 14.

The average asking price for Alabama-Texas A&M is $626.42, easily making it No. 1, according to an analysis by TiqIQ. The company computes averages by looking at listed resale prices that includes all major sellers, such as StubHub and eBay.

The Aggies are the only team to defeat the eventual national champion last season.

Sixteen of the 30 highest-priced tickets involve SEC teams. Alabama, winners of three of the past four national championships, is part of five of those games: Texas A&M, LSU ($370.29), Auburn ($348.34), Virginia Tech ($311.44) and Mississippi State ($266.28).

The Iron Bowl ranks 14th on the national list and sixth in the SEC.

LSU and Georgia also each play in games with five of the 30 highest-priced tickets, tying Alabama for most in the country. Notre Dame, Ohio State and Florida are each in four high-priced games.

The most unusual appearance on the list is at No. 22: Houston at Temple on Sept. 7. With an average list price of $302.43, TiqIQ says that's because there is currently a limited quantity of tickets available on the resale market.

According to Carole Dollins, senior vice president for ticket operations with the 12th Man Foundation, which handles ticketing for A&M athletics, the clamor for Alabama tickets is the strongest in her 10 years at A&M "by far."

"We have had a tremendous demand," Dollin told the The Dallas Morning News.

A&M sets aside 45,000 seats to nonstudent season-ticket holders — 31,000 seats are kept for students. Alabama has already confirmed it will take its visiting allotment of 6,000, Dollins said.

Ticket prices will change in the coming months depending on how the season plays out for different teams. For now, these are the highest-priced tickets on the resale market.

CONFIDENTIAL

Buzzfeed04691

*The Tuscaloosa News*
Saturday, July 6, 2013

# '60 Minutes' piece on Saban to air in the fall

**By Aaron Suttles**
Sports Writer

The CBS Network's primetime television news program, "60 Mintues," plans to air a feature on University of Alabama head football coach Nick Saban in the fall, according to a producer for the program.

Responding to a question about Saban on Twitter that asked if "60 Minutes" ever profiled Saban, Pete Radovich wrote, "It's been in the works for a while. Will air in the fall."



Nick Saban

It won't be the first time the four-time national championship winning coach has been on the show. He was interviewed by "60 Minutes" reporter Armen Keteyian in November 2012 in a piece entitled "Bringing Mental Focus to the Game," which highlighted Saban's philosophy of not letting external factors control how his players play.

Saban, who has also been featured on the cover of Forbes magazine in September 2008, is the first coach in the Bowl Championship Series era to win back-to-back national championships.

The hour-long program, which debuted in 1968, airs Sunday nights.

*Reach Aaron Suttles at aaron@tidesports.com or at 205-722-0229.*

CONFIDENTIAL

Buzzfeed04692

*The Tuscaloosa News*
**Thursday, July 11, 2013**

# Student loan bill rejected

The Associated Press

WASHINGTON | The defeat of a student loan bill in the Senate on Wednesday clears the way for fresh negotiations to restore lower rates, but lawmakers are racing the clock before millions of students return to campus next month to find borrowing terms twice as high as when school let out.

Republicans and a few Democrats blocked a White House-backed proposal that would have restored 3.4 percent interest rates on subsidized Stafford loans for one more year. The failed stopgap measure was designed to give lawmakers time to take up comprehensive college affordability legislation and dodge 6.8 percent interest rates on new loans.

Without congressional action in the coming weeks, the increase could mean an extra $2,600 for an average student returning to campus this fall, according to Congress' Joint Economic Committee.

"Let's just extend this for one year. I don't think that's too much to ask," said Democratic Sen. Tom Harkin of Iowa, chairman of the Senate Health, Education, Labor and Pensions Committee.

It proved too much for a bipartisan group of lawmakers, led by Sen. Joe Manchin, D-W.Va. They favored a compromise now and joined with Republicans in using a procedural roadblock to stop the one-year patch.

The Senate vote was 51-49, nine votes short of the 60 votes needed to move forward.

CONFIDENTIAL

Buzzfeed04693

*The Tuscaloosa News*
Saturday, July 6, 2013

# 195,000 jobs added to U.S. in June

### By Christopher S. Rugaber
#### The Associated Press

WASHINGTON | U.S. employers are sending a message of confidence in the economy — hiring more workers, raising pay and making the job market appear strong enough for the Federal Reserve to slow its bond purchases as early as September.

The economy gained a robust 195,000 jobs in June and many more in April and May than previously thought. The unemployment rate remained 7.6 percent in June because more people started looking for jobs — a healthy sign — and some didn't find them. The government doesn't count people as unemployed unless they're looking for work.

The Labor Department's report Friday pointed to a U.S. job market that's showing surprising resilience in the face of tax increases, federal spending cuts and economic weakness overseas. Employers have added an average 202,000 jobs for the past six months, up from 180,000 in the previous six.

The job growth is being fueled in part by consumer spending and the housing recovery. Consumer confidence has reached a 5½ year high and is helping drive up sales of homes and cars. Hiring was especially strong in June among retailers, hotels, restaurants, construction companies and financial services firms.

SEE ECONOMY | 6A

See next page

CONFIDENTIAL

Buzzfeed04694

*The Tuscaloosa News*
**Saturday, July 6, 2013**

# ECONOMY

CONTINUED FROM PAGE 1A

"The numbers that we're seeing are more sustainable than we thought," said Paul Edelstein, U.S. economist at IHS Global Insight, a forecasting firm. "We're seeing better job numbers, the stock market is increasing and home prices are rising."

Average pay also rose sharply last month. It's exceeded inflation this year after barely keeping pace since the Great Recession ended four years ago. Average hourly pay rose 10 cents in June to $24.01. Over the past 12 months, it's risen 2.2 percent. Over the same period, consumer prices have increased 1.4 percent.

Stocks surged Friday. The Dow Jones industrial average jumped 147 points, nearly 1 percent. The yield on the 10-year Treasury note soared to 2.73 percent, its highest point since August 2011, from 2.51 percent late Wednesday. That's a sign that investors think the economy is improving and that the Fed will slow its bond buying this year. If it did, long-term rates would likely rise.

Among the employers benefiting from Americans' continued willingness to spend is Carlisle Wide Plank Floors, based in Stoddard, N.H. Carlisle makes hardwood flooring used in stores, restaurants and hotels. CEO Michael Stanek said orders jumped 30 percent in the first quarter compared with a year earlier.

The company is hiring factory, sales and administrative employees to meet the higher demand. Carlisle expects to add about 15 employees this year to its 85-person workforce.

Friday's report showed that the U.S. economy added 70,000 more jobs in April and May than the government had previously estimated — 50,000 in April and 20,000 in May.

The Fed has been buying $85 billion in Treasury and mortgage bonds each month since late last year. The purchases pushed long-term interest rates to historic lows, fueled a stock rally and encouraged consumers and businesses to borrow and spend. The low rates have helped support an economy that's had to absorb government spending cuts and a Social Security tax increase that's shrunk paychecks this year.

John Silvia, chief economist at Wells Fargo, said he thinks the Fed will announce at its September policy meeting that it will start reducing its bond purchases, perhaps to $75 billion a month.

Chairman Ben Bernanke has said the Fed's bond buying could end around the time unemployment reaches 7 percent. The Fed foresees that happening around mid-2014. But Silvia said he didn't think unemployment would reach 7 percent by then. He thinks the Fed could continue its bond buying into 2015.

Friday's report contained at least one element of concern: Many of the job gains were in generally lower-paying industries, a trend that emerged earlier this year. The hotels, restaurants and entertainment industry added 75,000 jobs in June. This industry has added an average 55,000 jobs a month this year, nearly double its average in 2012. Retailers added 37,000. Temporary jobs rose 10,000.

The health care industry added 20,000 jobs, construction 13,000. But manufacturing, which includes many higher-paying positions, shed 6,000. The manufacturing sector has weakened this year, in part because struggling economies in Europe and elsewhere have reduced demand for U.S. goods.

Many of the new jobs are only part time. The number of Americans who said they were working part time but would prefer full-time work jumped 322,000 to 8.2 million — the most in eight months.

That could be a sign that some employers are hiring more part-time workers to avoid the health care reform law's requirement that companies provide health coverage to full-time staff. That mandate was to take effect Jan. 1. But this week, the Obama administration postponed it until 2015.

The rise in part-time jobs helped boost one measure of weakness in the job market — the so-called underemployment rate. This includes not only the unemployed but also people with part-time jobs who want full-time work and people who have stopped looking for work.

In June, the underemployment rate rose from 13.8 percent to 14.3 percent. That's still down from 14.8 percent a year ago. The rate peaked at 17.1 percent in April 2010.

Jobs have been added at a faster pace this year than the economy's sluggish growth would suggest. The economy expanded at only a 1.8 percent annual rate in the first three months of the year. Most analysts think it grew even more slowly in the April-June quarter.

But later this month, the government will revise its estimate of the economy's growth for the first quarter, and many analysts think it will be revised up. They also think the economy will accelerate in the second half of the year.

Last month's job growth came solely from the private sector, particularly services firms. Government jobs fell 7,000, mostly at the federal level. The federal government has shed 65,000 jobs in the past 12 months. Some of that decline is due to the spending cuts that kicked in March 1.

Declining government employment has been a drag on the job market since the recession officially ended in June 2009. In a typical recovery, governments add at least 20,000 jobs a month.

63

CONFIDENTIAL

Buzzfeed04695

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04696

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04697

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04698

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04699

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04700

**Document contains no readable data**

CONFIDENTIAL

**Document contains no readable data**

CONFIDENTIAL

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04703

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04704

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04705

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04706

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04707

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04708

**Document contains no readable data**

CONFIDENTIAL

Buzzfeed04709