# EXHIBIT 9

Message

**From:** Michael Rondini
**on behalf of** Michael Rondini
**Sent:** 1/5/2017 6:01:06 PM
**To:** Katie Baker [Katie Baker <katie.baker@buzzfeed.com>]
**Subject:** Re: Some more of my work

Hi Katie

That sounds like a good plan. I should be back at our house around 4pm, so depending on how fatigued Cindy feels, dinner sounds good. If you end up getting here earlier, you are most definitely welcome to talk with Cindy until I get back.

Regarding additional police reports, we don't have anything other than some email communications between the police and the University. The police refuse to release anything without a subpoena, which has been a separate side show in itself. We're making a second attempt to get these issued this week in federal court. I'll show you the emails between the police and University when you get here. To me, and I know I'm biased, the emails are pretty damning and nothing is said about what appears to be a case of bullying and an effort to press Megan to stop pursuing it. Unofficially, (through a friendly contact the attorneys have in the DA's office), we heard that the case was in fact taken to the grand jury in Tuscaloosa, quite literally the day after Megan died (This would have been the week of February 29, 2016–Megan died on February 26, 2016, so it was the next business day and it wasn't publicly known until late afternoon). We do have emails between the police and the University confirming this was happening and both the sender and recipient were fully aware she had died. It's also curious the police and University were still communicating 4 months after Megan had withdrawn from Alabama and transferred to SMU. The timing of bringing the charges to the grand jury is interesting because the previous DA personally called me and told me it was not something she was going to pursue back in August of 2015 and the Homicide Investigator, Adam Jones, told Megan the same thing and that the case was closed a just few weeks later. We also understand from this contact that a "no bill" was issued for Bunn, which means no criminal charges would be brought and the potential charges against Megan were dropped, presumably because she died. I believe this would have all been advanced by the new DA, since the former DA, Lyn Head, had been voted out of office. The grand jury is supposed to be a secret affair in Tuscaloosa, so it isn't public info. Neither Megan, myself nor her attorney were ever made aware this was happening and no contact was made by the police or the DA's office in over 6 months. I suspect it was nothing more than an effort to officially clear their buddy, knowing Megan couldn't testify against him.

talk to you soon,

Mike

Our address is 1

> On Jan 5, 2017, at 10:13 AM, Katie Baker <katie.baker@buzzfeed.com> wrote:
>
> Just confirmed! Why don't I get in Wednesday evening (when is your conflict over?) and we can meet for dinner? And I'll stay through Friday evening? We can play it by ear.

On Thu, Jan 5, 2017 at 11:09 AM, Katie Baker <katie.baker@buzzfeed.com> wrote:
Confirming today...one question, do you have any supplemental police reports aside from that one? Do you know how the case was ultimately closed? (As "unfounded," or "cleared with exception," etc.)

On Wed, Jan 4, 2017 at 6:53 PM, Mike Rondini <​███████████​> wrote:
Hi Katie

Yes, that will work for us. I do have a conflict most of Weds. afternoon, but we can work around it for sure. Let us know once the times are firm.

Thanks!

Mike

On Jan 4, 2017, at 5:17 PM, Katie Baker <katie.baker@buzzfeed.com> wrote:

Hi! What if I came Wednesday 1/11 and stayed through Friday? That way we would have a few opportunities to meet and wouldn't have to do it all at one time. Let me know if that works for you!

Best,
Katie

On Tue, Jan 3, 2017 at 8:37 PM, Katie Baker <katie.baker@buzzfeed.com> wrote:
Thanks for this. I'm still figuring out my travel schedule, but will get back to you tomorrow or Thursday at the latest with dates. Happy New Year.

Best,
Katie

On Thu, Dec 29, 2016 at 7:36 PM, Michael Rondini <​███████████​> wrote:
Katie

Thank you for your time and we look forward to working further with you. I'm attaching a folder of general research I did on Bunn, his family and connections to the governor, university and indirectly to the DA. There's a pdf of the Habitat site, which needs a little explanation. It shows the family was a contributor and this was where Megan was volunteering for a class and got spooked that Bunn or his family was going to have an end of session party/BBQ. I'm also attaching copies of the complaint I filed against the University, the initial police report and Megan's handwritten notes on the assault. I told her to write it down before she went to the police, so that if she got nervous or couldn't remember with the police, she'd have a reference. I have some other information I can share with you when we meet in person.

CONFIDENTIAL

thanks

Mike

> On Dec 29, 2016, at 6:10 PM, Katie Baker <katie.baker@buzzfeed.com> wrote:
>
> Hi,
>
> It was great speaking with you just now. Here's the story I referenced:
>
> https://www.buzzfeed.com/katiejmbaker/the-police-told-her-to-report-her-rape-then-arrested-her-for?utm_term=.tm24N1dod#.cmYNwemnm
>
> I think this story is a good example of how I like to weave personal storytelling with systemic perspectives on institutional injustice.
>
> I'll email you next week with some times after I speak with my editor. Have a good night. Thanks again for sharing Megan's story with me.
>
> Best,
> Katie
>
>
> --
> **Katie J.M. Baker** | Reporter
> BuzzFeed News
> o: (646) 795 6487 | c: (347) 620-5820
> @katiejmbaker | http://www.buzzfeed.com/katiejmbaker
> 111 E. 18th St., 11th Floor, New York, NY 10003

--
**Katie J.M. Baker** | Reporter
BuzzFeed News
o: (646) 795 6487 | c: (347) 620-5820
@katiejmbaker | http://www.buzzfeed.com/katiejmbaker

CONFIDENTIAL                                                                 Buzzfeed04874

111 E. 18th St., 11th Floor, New York, NY 10003

--
**Katie J.M. Baker** | Reporter
BuzzFeed News
o: (646) 795 6487 | c: (347) 620-5820
*@katiejmbaker* | http://www.buzzfeed.com/katiejmbaker
111 E. 18th St., 11th Floor, New York, NY 10003

--
**Katie J.M. Baker** | Reporter
BuzzFeed News
o: (646) 795 6487 | c: (347) 620-5820
*@katiejmbaker* | http://www.buzzfeed.com/katiejmbaker
111 E. 18th St., 11th Floor, New York, NY 10003

--
**Katie J.M. Baker** | Reporter
BuzzFeed News
o: (646) 795 6487 | c: (347) 620-5820
*@katiejmbaker* | http://www.buzzfeed.com/katiejmbaker
111 E. 18th St., 11th Floor, New York, NY 10003

CONFIDENTIAL                                                                                                        Buzzfeed04875