FILED
2021 Sep-15  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 34

# TUSCALOOSA COUNTY HOMICIDE UNIT

## CASE(S) FOR THE TUSCALOOSA COUNTY DISTRICT ATTORNEY'S OFFICE FOR GRAND JURY



Case Number: 20150702471

Offense Date: 2nd Day of July, 2015

Investigator: JONES, ADAM

Victim: Megan Elizabeth Rondini

Defendant: Terry Jackson Bunn, JR

Charge: Special Inquiry

CONFIDENTIAL

Buzzfeed01889

September 09, 2015          **Tuscaloosa County Homicide Unit**
                                       **Felony Report**
                                        **Fact Sheet**

CASE NUMBER: 20150702471                    AGENCY CASE NUMBER: 150702030

DEFENDANT: Terry Jackson Bunn, JR
ADDRESS: ███████████████ 35453
PLACE OF BIRTH: ███████████ .            DATE OF BIRTH: ████████
SOCIAL SECURITY NUMBER: ███████             HOME PHONE:
SEX: MALE    RACE: WHITE    HGT: 6 - 0    WGT: 185    EYES: Brown HAIR: Brown
PREVIOUS CRIMINAL RECORD: N/A

VICTIM: Megan Elizabeth Rondini
ADDRESS: 7███████████████ 35404
PLACE OF BIRTH:                          DATE OF BIRTH: 1████████
SOCIAL SECURITY NUMBER: --                    HOME PHONE: ████████
SEX: FEMALE   RACE: WHITE    HGT: 5 - 6   WGT: 130    EYES: Blue     HAIR: Blond

CHARGE: Special Inquiry
DATE OF CRIME: 07/02/2015                 TIME OF CRIME: between 00:00 am and 02:00 am
LOCATION OF CRIME: ███████████████

FORCE (USED/THREATENED): none

DESCRIBE PROPERTY STOLEN EXACTLY, GIVING COMPLETE DESCRIPTION AND EXACT VALUES
FOR EACH ITEM OF PROPERTY:
HAS PROPERTY BEEN RECOVERED:         DATE:  01/01/1900        TIME:
RECOVERED BY:
                                      TIME POLICE NOTIFIED: 03:50 am
DATE POLICE NOTIFIED: 07/02/2015
POLICE NOTIFIED BY: DCH
FIRST OFFICERS ON THE SCENE: Phillips, Jordan
DATE OFFICERS ARRIVED: 07/02/2015        TIME OFFICERS ARRIVED: 03:55 am

OTHER OFFICERS ON SCENE: n/a
VICTIM TRANSPORTED BY: personal vehicle
DEFENDANT TRANSPORTED FROM SCENE BY: n/a

                                      TIME: 06:30 am
DATE HOMICIDE UNIT NOTIFIED: 07/02/2015
INVESTIGATORS RESPONDING: Jones, Hastings
DATE INVESTIGATORS ARRIVED: 07/02/2015        TIME: 07:00 am

STATEMENT OF DEFENDANT:

MIRANDA BY: Hastings      DATE: 07/06/2015   TIME: 09:41 am   Where: TCHU # 3
WITNESS(ES):                                              Date: 07/06/2015      Time: 09:41 am
DEFENDANT: Terry Jackson Bunn, JR
    STATEMENT: Recorded              TYPE: Video
    LOCATION: File

TO WHOM:                    PERSON PRESENT:                  WHERE:

PHOTOS BY: Hastings        DATE: 07/02/2015                 WEATHER: Clear
VIDEO BY: N/A              DATE:                            TEMPERATURE:

VEHICLE USED BY DEFENDANT(S):

LEGAL INFORMATION

DEFENDANT:                              CHARGE:

WARRANT NUMBER:

DATE WARRANT ISSUED:                    WARRANT SIGNED BY:

DATE WARRANT EXECUTED:                  TIME:

WARRANT EXECUTED BY:
DATE LINE-UP HELD:                 TIME:

PLACE LINE-UP HELD:

SIGNATURE OF INVESTIGATING OFFICER: _____

OFFICER NAME PRINTED:  JONES, ADAM              OFFICER ID:  TPD 1536

DEPARTMENT ADDRESS: 714 ½ Greensboro Avenue, Tuscaloosa, Alabama 35401

TELEPHONE NUMBER:  (205) 752-0616

CONFIDENTIAL                                                      Buzzfeed01891

# Tuscaloosa County Homicide Unit
# Synopsis

Case Number: 20150702471
Charge:

Investigator: JONES, ADAM

Victim: Megan Elizabeth Rondini

Defendant: Terry Jackson Bunn, JR
Charge: Special Inquiry

### _Synopsis_

On 7-2-2015 at approximately 4:30am, homicide investigators were requested by TPD to respond to DCH in reference to a possible sexual assault. Investigators spoke with the victim, who stated that she remembers being at Innisfree Pub playing trivia with several of her friends. At some point she left and doesn't remember leaving. She said that she remembers being in the car with a subject that she knows as "Sweet T". They end up at Sweet T's residence off of Cedar Drive and she said that he had sex with her. She advised that when he rolled over and went to sleep. The victim got up and tried to leave the bedroom, but couldn't get the door open so she climbed out of the window. The victim called a friend and they came to pick her up.

During the course of this investigation, several videos were pulled, the victim and suspect were interviewed. It was found no sexual assault occurred and investigators were able to determine that the victim went with the suspect willingly after they took her home to Houndstooth Apartments. After speaking with the DA on the case, she advised that the elements of rape were not met.

Investigators called the victim and left a message to have her contact us. DA Lyn Head returned the call the victim's father and he advised that he didn't want investigators to contact his daughter anymore.

Investigators were contacted by an attorney in Birmingham saying that he represented the victim and didn't want us to talk with her unless he was there. He explained that he wasn't sure why we weren't pursuing charges and arresting the suspect. Investigators explained that there was probably more to the story than he has heard.

This case is being presented to grand jury.

CONFIDENTIAL

Buzzfeed01892

**Tuscaloosa County Homicide Unit**
**Felony Report**
**Witness List**

Defendant(s):    Terry Jackson Bunn, JR

Victim: Rondini, Megan Elizabeth                          Case Number: 20150702471
Address: ▮▮▮▮▮                                    Home Phone: ▮▮▮▮▮▮
3202                                               Cell Phone:
Tuscaloosa, AL 35404

1  Name: Khan, Navid
   Race: OTHER                       Address: ▮▮▮▮▮▮
   Date of Birth: ▮▮▮▮▮                    Tuscaloosa, Al  35406
   SSN: ▮▮▮▮                        Home Telephone:
   Sex: MALE                               D.L. # :                State:
   Employer: A-1 Taxie                                          Work/School:
   Work/School Address:  SAME AS ABOVE
   Can Testify To:  Victim actions

2  Name: Barksdale, Jason Stephen
   Race: WHITE                       Address: ▮▮▮▮▮▮
   Date of Birth: ▮▮▮▮▮                    Tuscaloosa, Al  35406
   SSN: ▮▮▮▮                        Home Telephone:
   Sex: MALE                               D.L. # : ▮▮▮▮        State: AL
   Employer: Mercedes-Benz                                      Work/School:
   Work/School Address:
   Can Testify To:  was with suspect and victim

3  Name: Younger, Ciara
   Race: WHITE                       Address: ▮▮▮▮▮▮
   Date of Birth: ▮▮▮▮▮                    Tuscaloosa, Al  35401
   SSN: ▮▮▮▮                        Home Telephone: ▮▮▮▮
   Sex: FEMALE                             D.L. # : UNK           State:
   Employer: UA                                                Work/School:
   Work/School Address:
   Can Testify To:  Text from victim

Buzzfeed01893

# Case Report for 20150702471

On 7/2/15 at approximately 5AM investigators were contacted by TPD and asked to respond to DCH in reference to an alleged sexual assault. Investigators arrived at DCH and stood and Inv. Jones obtained a recorded audio statement from the victim. The victim told investigators that she did not think the suspect was going to let her leave his residence until she had sex with him. The victim stated she had sex with the suspect and that she never told him to stop or showed any form of earnest resistance.

The victim stated she was locked inside the residence and couldnt get out. The victim crawled out a bedroom window onto the roof. The victim stated she called a cab to pick her up. She also called some of her friends. The cab arrived around the same time the victims friends arrived so the victim paid the cab driver and left with her friend. The victim stated that she grabbed some keys that belonged to the suspect as she left the residence. A pair of keys was left behind in the cab the victim called to the scene. Investigators made contact with the cab driver and he told investigators that he had the keys and agreed to speak with investigators at homicide.

Investigator responded to the scene and made contact with the suspect. The suspect asked investigators to come into his residence. Investigators obtained written consent to search his residence and take photos. Investigators asked the suspect if he had come home with a female, but he stated that he had not. While investigators were taking photos of the scene investigator Jones heard a window shut inside the residence. Investigators confronted the suspect about the window and he advised that he wanted to speak with his attorney Jason Neff.

Investigators left the residence but returned a short time later. Investigator made contact with the suspect again and asked that he and his friend (Barksdale) exit the residence until a search warrant could be obtained. Investigator received a call from Jason Neff and advised Neff that investigators were going to obtain a search warrant for the residence. Neff stated that he understood and that he and the suspect would come speak with investigators on Monday. The suspect stated that he was leaving town for the weekend for a pre planned trip.

Neff spoke with the suspect by phone and the suspect gave investigators written consent to search his residence. Investigators processed the scene and collected the suspects bedsheets. Investigator also located the victims vehicle (white Mercedes) parked in the driveway. Investigators located a spent .380 shell casing in the drivers seat. Investigator asked the suspect about the shell casing but he stated that he had not fired a weapon. Investigator also located a black holster in the center console; there was no gun located inside the car.

Investigators did not locate the victims shirt or keys inside the residence. The suspect gave investigators a statement; the victims friend (Barksdale) also gave investigators a statement at the scene. While on scene investigators located some paperwork in the roadway a short distance from the suspects residence. The paperwork belonged to the suspect. The suspect told investigators he believed the victim stole one of his credit cards and several hundred dollars in cash. A short time later investigators were contacted by the suspect and he stated that his .380 Ruger was missing from inside his vehicle. The suspect stated he is certain the gun was in the vehicle the night before.

The victim said she went into the suspects car to look for her keys. She found the gun in the center console. When she pulled the gun out, it went off. She said she wasn't intentionally trying to shoot anything. The victim was sitting in the drivers seat and had the gun out of the holster when it went off. It wasn't aimed at anything. It went off towards the house.
When she went back into the house, she said that she went through the suspects pockets to see if he had any cash. He had $3. She was going to use it to pay the cab, but used her own debit card. As the cab was pulling off, her friend pulled up and she rode with her friend.
As far as being at the suspect's house, she didn't want to be there, but she didn't feel like she was in

Buzzfeed01894

danger. She felt that she made it clear to the suspect that she didn't want to do anything with the suspect. The victim said that she was pretty sure that she wasn't going to prosecute. She said she wants to move on.

A couple of weeks later, investigators received a letter from an attorney in Birmingham saying that he was representing the victim. He said that based on what he had heard (from the victim and her father) that he didn't understand why we weren't pursuing charges. Investigators explained that there may be more to the case that what he was told and also explained that he would not be getting any of the case file unless it was subpoenaed.

CONFIDENTIAL

Buzzfeed01895

Rev. 9.1

Page 1 of 4

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| 1 ORI # | 2 Date of Report | 3 Time of Report | ☐ AM ☐ PM ☒ MIL | 4 Type Report | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|---|
| AL0630100 | 07/02/15 | 04:30:00 | | ☒ Incident ☐ Offense ☐ Supplement | | 150702030 | |

| 8 Agency Name | 9 Sector |
|---|---|
| TUSCALOOSA POLICE DEPARTMENT | LAW8 |

**EVENT**

| 10 Type of Incident or Crime | ☐ Felony ☐ Misdemeanor | ☐ Attempted ☒ Completed | 11 Degree | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|---|---|
| SPECIAL INQUIRY | | | N | | |

| 14 Type of Incident or Offense | ☐ Felony ☐ Misdemeanor | ☐ Attempted ☐ Completed | 15 Degree | 16 UCR Code | 17 State Code/Local Ordinance |
|---|---|---|---|---|---|
| | | | | | |

18 Place of Occurrence    ☐ Check here if event occurred at victim's residence

1500 BLOCK CEDAR DR
TUSCALOOSA , AL . 35404

If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

**Victim Demographics (Where victim is an individual)**

| 19 Sex | 20 Race | 21 Ethnicity | 22 Multiple Victims | 23 Age |
|---|---|---|---|---|
| F | W | ☐ Hispanic ☐ Other | ☐ LE Officer | 20 |

| 24 Offender Suspected of Using | 25 | 26 Hate Bias | 27 Bias Code |
|---|---|---|---|
| ☒ Alcohol ☐ Drugs ☐ Computer Equipment ☐ N/A | ☐ Juvenile Gang ☐ Adult Gang ☒ None/Unknown | ☐ Yes ☒ No | |

| 29 Point of Entry | 30 Method of Entry | 31 Local Use | 32 Lighting | 33 Weather | 34 Location Type |
|---|---|---|---|---|---|
| ☐ Door ☐ Window ☐ Roof ☐ Other | ☐ Forcible ☐ No Force ☐ Attempted Forcible | | 4 - Artificial Interior | 2 - Cloudy | 20 - Residence/Home |

| 35 Occurred from MM/DD/YY | 36 Time of Event | ☐ AM ☐ PM ☒ MIL | 37 Day of Week | 38 Occurred to MM/DD/YY | 39 Time of Event | ☐ AM ☐ PM ☒ MIL | 40 Day of Week |
|---|---|---|---|---|---|---|---|
| 07/02/15 | 00:00:00 | | Thursday | 07/02/15 | 02:00:00 | | Thursday |

| 41 # Premises Entered (Burglary) | 42 Type Criminal Activity | 43 Victim Type |
|---|---|---|
| | | I - Individual |

**PROPERTY**

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc. | 48 Dollar Value Stolen | Damaged | 49 Recovered Date | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☐ Continued on Supplement

**Loss Code** (Enter letter in loss code column)
N - None
B - Burned
F - Forged/Counterfeited
D - Damaged/Destroyed
R - Recovered
C - Confiscated/Seized
S - Stolen

**Property Code** (Enter # in property type column)
01 Aircraft
02 Alcohol
03 Autos
04 Bicycles
05 Buses
06 Clothes
07 Computer
08 Consumables
09 Credit Card
10 Drugs
11 Drug Equip
12 Farm Equip
13 Firearms
14 Gambling Equipment
15 Heavy Construction
16 Household Goods
17 Jewelry
18 Livestock
19 Merchandise
20 Money
21 Negotiable Instrument
22 Non-negotiable Instru
23 Office Equipment
24 Other Motor Vehicle
25 Purse/Wallet
26 Radios/TV/VCR
27 Recordings
28 RV's
29 Structure - Single Occupancy Dwelling
30 Structure - Other Dwelling
31 Structure - Other Commercial
32 Structure - Industrial/ Manufacturing
33 Structure - Public/Community
34 Structure - Storage
35 Structure - Other
36 Tools - Power/Hand
37 Trucks
38 Vehicle Parts/Accessories
39 Watercraft
77 Other

**VEHICLES**

| 50 Stolen Vehicle Only | Area Stolen ☐ Business ☐ Residence ☐ Rural | 51 Ownership verified by: ☐ Tag Receipt ☐ Bill of Sale ☐ Title ☐ Other | 52 Veh. Categories ☐ Stolen | ☐ Recovered ☐ Suspect's Vehicle | ☐ Victim's Vehicle ☐ Unauthorized Use | ☐ Abandoned |
|---|---|---|---|---|---|---|
| 53 Veh. Year | 54 Vehicle Make | 55 Vehicle Model | 56 Number Veh. Stolen | 57 Vehicle Description | | |

| 58 Vehicle Style | 59 Vehicle Color Top / Bottom | 60 License | 61 LST | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|
| 64 Vehicle VIN Number | | 65 Warrant Signed ☐ Yes ☐ No | Warrant Number | | |

| Motor Vehicle Recovery Only Required For 240X UCR Code | 66 Stolen in your jurisdiction? ☐ Yes ☐ No   Where? | 67 Recovered in your jurisdiction? ☐ Yes ☐ No   Where? | | |
|---|---|---|---|---|
| 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |

**ADMINISTRATION**

| 74 Case Status | 75 ☐ Multiple Cases Closed Listed Above ☐ Multiple Cases Closed Listed On Supplement | 76 Entered ACJIC/NCIC ☐ Yes ☐ No | 77 Case Disposition | 78 Exceptional Clearance |
|---|---|---|---|---|
| 1 - Pending | | | | Date (MM/DD/YY) |

| PHILLIPS, R B | 1892 | | |
|---|---|---|---|
| 79 Reporting Officer | Officer ID Number | 80 Assisting Officer | Officer ID Number |
| HERRON, J.S. | 1457 | HARGRAVE, J.K. | 1459 |
| 81 Supervisor Approval | Officer ID Number | 82 Watch Commander | Officer ID Number |

NIC/AIN #: _____

☒ Original (First Report)    ☐ Additional (Victims, Witnesses, etc.)    ☐ Supplemental

CONFIDENTIAL

Buzzfeed01896

Page 2 of 4

**THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER**

| Incident/Offense Report - Continued | 83 Date of Report 07/02/15 | 84 Time of Report 04:30:00 | ☐ AM ☐ PM ☒ MIL. | 85 Agency Case Number 150702030 | 86 Suffix | 67 ☒ Offender ☐ Suspect ☐ Missing Person ☐ Check if Multiple |

| 68 Reported By ☒ Victim Or (Last) | (First) | (Middle) | ☐ | 89 Suffix | 90 ☒ Resident ☐ Non-Resident | 91 Home Phone | 92 Work Phone |
| | | | | | | | 93 Other Phone |

**VICTIM INFORMATION**

| 94 Victim # 001 | 95 Victim Name (Last) RONDINI (First) MEGAN (Middle) ELIZABETH | 96 Suffix ☐ | 97 Address (Street, City, State, Zip) TUSCALOOSA , AL , 35401 | 98 Home Phone | 99 Work Phone |
| | | | | | 100 Other Phone |
| 101 Employer/School UNIV OF ALABAMA | 102 Occupation STUDENT | 103 Address (Street, City, State, Zip) | 104 Work Phone |
| | | | 105 Other Phone |

| 106 Sex F | 107 Race W | 108 Language ☒ English ☐ Spanish ☐ Other | 109 HGT 5'06" | 110 WGT 130 | 111 Date of Birth | 112 Age 20 |

| 115 ☐ Multiple Victims ☐ LE Officer | 116 Ethnicity ☐ Hispanic ☒ Other | 117 Injury ☒ Yes ☐ No | 118 Offender known to Victim? ☒ Yes ☐ No | 119 Victim was? (Explain Relationship) ACQUAINTANCE | 120 Relationship Code 18 |

| 121 Weapons Used ☐ Firearm ☐ Hands, Fist, Feet, Voice, etc ☐ Knife ☐ Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe: | ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown |

| 123 Place of Occurrence TUSCALOOSA , AL , 35404 | (Enter exact street address here) | 124 Type Injury M | N None ☒ B Broken Bones | I Internal Injury L Severe Laceration | M Minor Injury O Other Major Injury | T Loss of Teeth U Unconscious | 125 Sector LAW8 |
| 126 Circumstances: Homicide & Assault | | 128 Assault ☐ Simple ☒ Aggravated | 129 Treatment for Assault ☐ Yes ☒ No | 130 Verify for Rape Exam? ☒ Yes ☐ No | 131 Treatment for Rape? ☒ Yes ☐ No | |
| 127 Location: Rape | | | | | | |

**SUSPECT INFORMATION**

| 132 Off # 001 | 133 Name (Last, First, Middle) BUNN    TERRY    JACKSON | ☐ | 134 SFX | 135 Alias | | 137 Race W | 138 Sex M | 139 Date of Birth | 140 Age 34 |
| 141 Address (Street, City, State, Zip) TUSCALOOSA. AL .35404 | | 142 HGT 6'00" | 143 WGT 185 | 144 Ethnicity ☐ Hispanic ☒ Other OTNR | 145 Language ☒ English ☐ Spanish ☐ Other | | |
| | | 147 Eye BRO | 148 Hair BRO | 149 Complexion MED | 150 Armed ☐ Yes ☒ No    Weapon | |
| 148 Probable Destination | | 151 Clothing UNK COLOR BUTTON-DOWN, KHAKIS, BROWN ALLIGATOR SHOES | 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 153 ☐ Arrested ☐ Warrted | Dual Arrest ☐ (Domestic Violence) | |

| 154 Off # 155 Name (Last, First, Middle) | ☐ | 156 SFX | 157 Alias | | 159 Race | 160 Sex | 161 Date of Birth | 162 Age |
| 163 Address (Street, City, State, Zip) | | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic ☐ Other | 167 Language ☐ English ☐ Spanish ☐ Other | | |
| | | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐ Yes ☐ No    Weapon | |
| 168 Probable Destination | | 173 Clothing | 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 175 ☐ Arrested ☐ Warrted | Dual Arrest ☐ (Domestic Violence) | |

**WITNESSES**

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | | Contact Telephone Numbers |
| 176 | ☐ | 177 | 178 | 179 | 180 | 181 Home | 182 Work |
| | | | | | | | 183 Other |
| 184 | ☐ | 185 | 186 | 187 | 188 | 189 Home | 190 Work |
| | | | | | | | 191 Other |
| 192 | ☐ | 193 | 194 | 195 | 196 | 197 Home | 198 Work |
| | | | | | | | 199 Other |

**NARRATIVE**

203
COPY TO HOM
I was dispatched to DCH to meet with Megan Rondini (victim). She stated she had been at Innisfree Irish Pub earlier in the night with a group of friends. She stated she consumed approximately five cups of beer at the bar. She stated an acquaintance of hers, Terry "TJ" Bunn (suspect), whom she knew only as "Sweet T", was also in the bar. She stated the two of them did not contact one another at the bar. She stated around midnight she decided to leave the bar. Although she adamantly denied being intoxicated at the time, she stated she and another unknown white male in his 30's named "Jason" somehow ended up inside Bunn's white Mercedes sedan, driving toward Bunn's residence at 1570 Cedar Dr. She stated once they arrived at Bunn's residence, they all walked inside and began admiring Bunn's collection of animal mounts. She stated Bunn then told her to walk upstairs to his bedroom and wait on him there. She stated she did not want to go to his bedroom, but that she felt as though she had no choice because she knew Bunn to be from a very affluent family. She stated "Jason" to find an empty bedroom in the house and go to sleep.
She stated once in Bunn's bedroom she sat down on a sofa. She stated Bunn entered the bedroom a few minutes later and sat her cell phone and keys,

| 204 Continued on Supplement ☒ Yes ☐ No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐ Yes ☒ No    Warrant # | 209 Add. Contact Closed Narrative ☐ Yes ☒ No |
| | | | | | 211 Local Use |
| I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge.  I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned. | 210 | | Signature | E12 State Use |

CONFIDENTIAL

Buzzfeed01897

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

Page 3 of 4

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # | 2 Agency Name | 3 Date and Time of Report | 4 Case Number | 5 Suffix |
|---|---|---|---|---|
| AL0630100 | TUSCALOOSA POLICE DEPARTMENT | 07/02/15  04:30:00 ☐AM ☒PM/MIL | 150702030 | |

**EVENT**

| 6 Victim Name (Last) RONDINI | (First) MEGAN | (Middle) ELIZABETH | 7 Original Offense Date 07/02/15 | 8 Type Report: ☒1. Continuation ☐2. Follow-up |
|---|---|---|---|---|

| 9 Original Incident/Offense SPECIAL INQUIRY | 10 UCR Code | 11 State Code/Local Ordinance |
|---|---|---|

| 12 New Incident/Offense | 13 UCR Code | 14 State Code/Local Ordnance |
|---|---|---|

| 15 Has an arrest been made? ☐Yes ☒No | 16 Date of Arrest | 17 Has a Warrant Been Obtained? ☐Yes ☒No  Warrant # | 18 Date of Warrant | 19 Prior Year |
|---|---|---|---|---|

| 20 Name (Last) BUNN | (First) TERRY | (Middle) JACKSON | ☐Defendant ☒Suspect | 21 Name (Last) | (First) | (Middle) | ☐Defendant ☐Suspect |
|---|---|---|---|---|---|---|---|

| Race W | Ethnicity ☐Hispanic ☒Other OTHR | Sex M | Date of Birth ▆▆▆ | Age 34 | Race | Ethnicity ☐Hispanic ☐Other | Sex | Date of Birth | Age |
|---|---|---|---|---|---|---|---|---|---|

**DOLLAR VALUE**

| 22 Local Use | 24 Aircraft | 25 Alcohol | 26 Autos | 27 Bicycles | 28 Buses |
| 23 State Use | 29 Clothes/Furs | 30 Computer Hardware/Software | 31 Consumables | 32 Credit/Debit Cards | 33 Drugs/Narcotics | 34 Drugs/Narcotics Equipment |
| 35 Farm Equipment | 36 Firearms | 37 Gambling Equipment | 38 Heavy Construction/Industrial Eqt | 39 Household Goods | 40 Jewelry/Precious Metals |
| 41 Livestock | 42 Merchandise | 43 Money | 44 Negotiable Instruments | 45 Non-negotiable Instruments | 46 Office Equipment |
| 47 Other Motor Vehicle | 48 Purses/Handbags/Wallets | 49 Radios/TV/VCR | 50 Recordings - Audio/Visual | 51 Recreational Vehicles | 52 Structure - Single Occupancy Dwelling |
| 53 Structure - Other Dwelling | 54 Structure - Other Commercial | 55 Structure - Industrial/Manufacturing | 56 Structure - Public/Community | 57 Structure - Storage | 58 Structure - Other |
| 59 Tools | 60 Trucks | 61 Vehicle Parts/Accessories | 62 Watercraft | 63 Other |

| Motor Vehicle Recovery Only Required for 24 lot UCR Code | 64 Motor Veh. Stolen In Your Jurisdiction? ☐Yes ☐No  Where? | 65 Recovered in Your Jurisdiction? ☐Yes ☐No  Where? |
|---|---|---|

| MULTIPLE CASES CLOSED | 66 Case # | 67 SFX | 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 | ADDITIONAL CASES CLOSED NARRATIVE ☐Yes ☒No |
|---|---|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

| 73 Case Status 1 - Pending | Entered ACJIC/NCIC ☐Yes ☐No  Date (MM/DD/YY) | Exceptional Clearance | 74 Case Disposition |
|---|---|---|---|

| 75 Reporting Officer PHILLIPS, R B | Officer ID Number 1892 | 76 Assisting Officer HARGRAVE, J.K. | Officer ID Number 1459 |
|---|---|---|---|
| 77 Supervisor Approval HERRON, J.S. | Officer ID Number 1457 | 78 Watch Commander | Officer ID Number |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC 48-04

CONFIDENTIAL

Buzzfeed01898

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 70 Date and Time of Report | | | 80 Case # | 81 Suffix |
|---|---|---|---|---|---|
| | 07/02/15 | 04:30:00 | ☐ AM ☒ PM Mil. | 150702030 | |
| | 82 Type Report: ☒ 1. Continuation    ☐ 2. Follow-up | | | | |

**NARRATIVE**

both of which she apparently had in her control at that time, on a table in the bedroom. She stated Bunn then instructed her to get on his bed. Again, she stated she did not want to do this, but she felt as though she had to. It should be noted that she stated she had neither verbally nor physically refused Bunn's advances at this point. She stated Bunn then undressed her and performed oral sex on her. She stated he followed this up by engaging in vaginal intercourse with her. She stated at some point during all this, she verbally informed Bunn that she did not want to have sex with him and that she needed to rejoin her friends at Innisfree. She stated Bunn ignored these statements and continued to engage in intercourse with her. She stated Bunn never physically forced himself on her, although he did place his hands on her hips and hold her down at some point. She stated Bunn continued having intercourse with her until he ejaculated, although she could not be certain where he ejaculated. She stated Bunn then rolled over and went to sleep in the bed where they had been having sex. She stated Bunn had not used a condom during intercourse.

She stated once Bunn was asleep, she felt it was safe to leave the residence. She stated she got out of bed, put on one of Bunn's shirts, and attempted to leave the bedroom. She stated she sent texts to multiple friends. She stated these texts contained language such as "please please please come get me", "Help me. Please.", and "Please come get me, I'm crying". She stated she then attempted to open the door she had utilized to enter the bedroom earlier in the night, but that she was unable to unlock it. She stated she could find no other exits from the room. She stated she tried to wake Bunn and ask him how to leave his room, but that he simply rolled over and continued sleeping. She stated she located a set of keys in a dish on a table in Bunn's room, so she tried to unlock the bedroom door with these keys. She stated none of the keys unlocked the door. She stated she opened an exterior window in the bedroom and climbed out onto the roof. She stated she then climbed down onto a fence and eventually onto the ground. She stated she continued calling and texting friends, asking them to pick her up. She stated she also called a taxi to retrieve her. She stated after calling a taxi in Atlanta to pick her up, she eventually located the phone number for an unknown taxi in Tuscaloosa, which drove to her location to pick her up. She stated this phone number was 205-210-8616. It should be noted I was unable to locate a match for this phone number. She stated she was about to leave in the taxi when a friend of hers, to whom she had sent earlier texts requesting help, arrived to retrieve her. She stated this occurred at approximately 0200 hours. She stated she paid the taxi driver for his time and he left the scene. She stated she then realized her keys were still inside Bunn's residence. She stated she located a cooler and a trash can outside his house, so she stacked them on top of each other and re-entered the residence through the window from which she had earlier escaped. She stated she was unable to locate her keys and that, as of this report, they were still inside Bunn's residence along with a grey t-shirt she had been wearing earlier in the night. She stated she again exited the residence and her friend drove her to DCH, where I made contact with her at approximately 0430 hours after one of the emergency department nurses alerted dispatch to the incident. She stated she received a text from the taxi cab driver while she was on the way to DCH. She stated the purpose of this text was to inform her that she had left a large key ring full of keys (the keys she took from the tray in Bunn's bedroom) inside the cab. She stated these keys were still, as of this writing, in the possession of the taxi driver. She did, however, have a single Ford vehicle key, which she stated belonged to Bunn. DCH began a "rape kit" on Rondini. I apprised Sgt. Frost of the incident and he made contact with the Homicide Division. Inv. A. Jones responded to DCH, interviewed Rondini, and took over the investigation. The statement forms, the Ford key, and the completed rape kit were turned over to Inv. Jones at DCH. Inv. Jones stated he would follow up on the investigation.

☐ Continued on Additional Supplement

AC-80 04-05

**TYPE OR PRINT IN BLACK INK ONLY**

CONFIDENTIAL

Buzzfeed01899

September 09, 2015     **_Tuscaloosa County Homicide Unit_**     Case Number: 20150702471
**_Statement_**

Page 1 of 2

STATEMENT OF: Megan Elizabeth Rondini
HOME ADDRESS: ███████████
CITY: Tuscaloosa     STATE: AL     ZIP: 35404

SOCIAL SECURITY NUMBER: --     DL #:     ST:
DATE OF BIRTH: ███████     HOME TELEPHONE: ███████████
HEIGHT: 5 - 6     WEIGHT: 130     EYES: Blue     HAIR: Blond
PLACE OF EMPLOYMENT: University of Alabama
WORK STREET ADDRESS:
CITY:     STATE:     ZIP:
WORK TELEPHONE: --     OTHER TELEPHONE: --

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME: N/A
STREET ADDRESS: N/A
CITY: N/A     STATE:     ZIP:
TELEPHONE: --

DATE: 07/02/2015     TIME: 11:29 am     LOCATION: room 3     BY: A Jones
MIRANDA BY: A Jones     DATE: 07/02/2015     TIME: 02:09 pm

CONFIDENTIAL

Buzzfeed01900

--synopsis--

Victim advised that she was at East Edge Apts with Amy and Bridgette. They went to a house on Bryant Drive and then her friend Sammy drove them to Innisfree. There were 6 of them in the car. They got to Innisfree about 8:30pm. They sat in the archway close to the bar. She saw the suspect in the bar and recognized him from meeting him at Thanksgiving 2014. She knows him as Sweet T. They didn't talk at all. She knew him, but wasn't on a speaking term.

At the end of trivia, all of her friends started leaving. During the time that she was there, she had about 6 beers. She poured her own drinks. She doesn't remember leaving. She remembers being on the patio area, but doesn't remember leaving by herself.

At some point she got in the car with the suspect. She remembers being in the car around Denny Chimes/ Rose Administration area. She remembers telling the suspect that she liked animals and told him that she wanted to be a vet. He told her that he had a room at his house full of animals. She thought at first that he was going to drive her home. Once she got in the car, she doesn't remember making any other stops. She couldn't tell you how to get to the suspects house, but that is where they went. She said that the suspect was drunk and driving and it was concerning her so she was watching him drive. She never text any of her friends while she was in the car. She didn't call anyone till after it happened.

When they pulled up at the suspects house, she didn't say anything. She didn't want to be rude. She thought that he was going to show her the animal room and then they were going to leave. She said that she sent at least 10 group text to friends to have them come get her.

When they were inside, he told his friend to go to bed because he was making comments to her about her legs and he was really drunk. His friend went to bed and then he told me to go to his bedroom. Me and his friend walked up the stairs and went in the same general direction. He went to a guest bedroom and she went to the suspect's bedroom. She sat in a chair away from the bed. She was in his bedroom about 10-15 minutes by herself before the suspect came in. When he came in he asked me to come sit on the bed and she didn't want to and made comments about wanting to have sex. He tried to kiss the victim and told him that she needed to leave. She said that if she just let him do whatever that she could leave. She said that she didn't even face him when they had sex. He pulled the victims shorts over to the side, but he did take her shirt off. She never said anything to him, she just never looked at him.When she said that she needed to leave, he never responded and so she just let him have sex with her.

He was wearing a condom and when he finished, he rolled over and passed out and that is when she got her shirt and tried to leave. She said that there was like 6 doors and she couldn't get out. At that point she said she started panicking and that is when she sent out the text messages to her friends. She found a key ring belonging to the suspect to try and see if any of the keys would fit in the door, but none did. She took the key ring. She checked all the windows until she found one that led to a flat roof. She got out the window and onto the roof and from the roof to a metal gate and then onto the ground. She got into the street and called a cab and tried to call friends. Her friends didn't respond. While she was standing on the street, she realized that she had left her keys, so she tried to go back into the suspects residence by using the keys from the key ring that she took, but couldn't make entry so she went back to the iron fence that she used to climb down and stacked up a cooler and trash can and went back in his room. She couldn't find them so she got back outside and looked for her keys in the suspect's white Mercedes. While she was in the suspect's car, she found a pistol and put it in her shorts. While she was standing on the side of the road she left the gun lying in the grass.

After miranda:

She said that she went into the suspects car to look for her keys. She found the gun in the center console. When she pulled the gun out, it went off. She said she wasn't intentionally trying to shoot anything. The victim was sitting in the drivers seat and had the gun out of the holster when it went off. It wasn't aimed at anything. It went off towards the house. When she went back in the house, she said that she went through the suspects pockets to see if he had any cash. He had $3. She was going to use it to pay the cab, but used her own debit card. As the cab was pulling off, her friend pulled up and she rode with her friend.

As far as being at the suspect's house, she didn't want to be there, but she didn't feel like she was in danger. She felt that she made it clear to the suspect that she didn't want to do anything with the suspect.

The victim said that she was pretty sure that she wasn't going to prosecute. She said she wants to move on.

SIGNED: _____

DATE: _____

TIME: _____

CONFIDENTIAL

Buzzfeed01901

CASE #: _____

# The Rights Of A Person Being Interviewed
## Tuscaloosa County, Alabama

Date: _7-2-15_                    Miranda By: _A. Jones_

Place: _TMHU_                     Agency: _TMHU_

Time: _2:10p_                     Title: _Inv_

_Megan Rondini_                   _F/W_

**Name of person being interviewed**   **Sex / Race**   **Date of Birth**

███████████████                                   ████████████

**Address**                                         **Phone**

## Your Rights

1.  You have the right to remain silent.
2.  Anything you say can and will be used against you in a court of law.
3.  You have the right to talk to a lawyer and have him present with you while you are bein questioned.
4.  If you cannot afford to hire a lawyer, one will be appointed to represent you before an questioning, if you wish.
5.  You can decide at any time to exercise these rights and not answer any questions or make an statements.

## Waiver

1.  Do you understand each of these rights I have explained to you?   _MR_   (initial

SIGNED: _Megan Rondini_

DATE: _7/2/15_                    WITNESS: _____

TIME: _2:10pm_                    WITNESS: _____

                                 DATE: _____

                                 TIME: _____

CONFIDENTIAL

Buzzfeed01902

# TUSCALOOSA POLICE DEPARTMENT
## Statement Form

Page ___ of ___ page (s)

Case # _____   Victim: _____
Person making statement: _____   DOB _____
SSN _____
Address _____
Phone #s Home _____   Cell _____
Place of Employment _____   Work Phone _____
Miranda Warning By _N/A_____   Time/Date _____
Date of Statement _7/2/15_ Time _0575_   Location _____
Officer Taking Statement _R. S. Phillips_____
All others present during statement _____

* I was at Innisfree, I knew who "Sweet Tea"
was from Thanksgiving '14. He did not acknowledge
me at the bar but I knew who he was. I remember
driving in his car him driving with another person named
Jason (we arrived at "Sweet Tea's" house in his hunting
room where he told me to wait for him in his bedroom. I
went to his bedroom and waited for him on the couch near
his closet door where he came in and wanted to have
sex. I told him I needed to leave and see my friends
but he insisted and he had vaginal intercourse
me until he finished and went to sleep. Afterwards
I tried to leave but all the doors were bolted shut
and he refused to show me out. Then I climbed through
his window onto the roof and down to the ground
where I called my friends. I returned once to try
and get my keys but I could not find them and
went back down to wait for my friend. My friend
picked me up at ~2am and took me to DCH

_____

_M.(signature)_
Signature

CONFIDENTIAL                                                Buzzfeed01903

I did not know Mr. Bunn's name other than the nickname "Sweet Tea" that everyone called him. He was always at the bar and I knew who he was from when I met him on Thanksgiving '14. We did not speak at Innisfree, to my knowledge, when I was there for trivia, July 1st, with a group of my friends. I do not remember leaving the bar but I do remember being in the backseat of Sweet Tea's car, a white mercedez sedan with black interior, with another man named Jason. I told Sweet Tea I needed to leave and go back to my friends but he insisted that he show me his house. When we arrived, Sweet Tea took me in to a room filled with animals that he shot on hunting trips. He told Jason to go to bed and he told me to go wait for him in his room. I waited for him in his room on a chair near the door and a bathroom. When he came to his room he insisted we have sex and I let him have sex with me after much insisting that I needed to leave. When he was finished he rolled over and fell asleep and I quickly got up to gather my clothes so I could leave. When I tried to open any of the doors they were either locked or a closet. I found a key ring with many keys and tried to use them to open the door and none of them worked. I tried to wake up Sweet Tea but he would not help me. I then decided to climb out a window hidden by a heavy drape that was near the door to his room. I climbed out the window and on to the roof and jumped from the roof on to a gate and on to the ground. I then ran to the road and called my friends and a taxi. I then realized I did not have my keys so I pulled a white cooker and a trash over to the roof to climb back in to his room.

I searched thoroughly for my keys but could not find them. I jumped back down and went to look in the white Mercedes to see if I left my keys. While looking in the car I found a gun and kept it for protection. I went back out to the road to wait for the taxi or my friend. Both arrived at the same time so I paid the taxi/car coming out but I let my friend [left this gun in bed] drive me home. We drove to her apartment and she convinced me from there to go to DCH.

CONFIDENTIAL

Buzzfeed01905

September 09, 2015      **_Tuscaloosa County Homicide Unit_**      Case Number: 20150702471
                                     **_Statement_**

Page 1 of 2

STATEMENT OF:  Terry Jackson Bunn, JR
HOME ADDRESS: ███████████
CITY: Cottondale            STATE: AL            ZIP: 35453

SOCIAL SECURITY NUMBER: ███████████     DL #: ███       ST: AL
DATE OF BIRTH: ███████         HOME TELEPHONE: --
HEIGHT: 6 - 0       WEIGHT: 185       EYES: Brown       HAIR: Brown
PLACE OF EMPLOYMENT:  ST Bunn
WORK STREET ADDRESS:
CITY:                    STATE:            ZIP:
WORK TELEPHONE: --            OTHER TELEPHONE: --

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME: Unknown
STREET ADDRESS:
CITY:                    STATE:            ZIP:
TELEPHONE: --

DATE: 07/06/2015       TIME: 09:41 am       LOCATION: TCHU # 3       BY: Hastings
MIRANDA BY: Hastings                   DATE: 07/06/2015       TIME: 09:41 am

Buzzfeed01906

SYNOPSIS

Me and Barksdale were driving down University Blvd when we saw a female walking down the road. I had seen her before but Im not sure where. I stopped and asked her if she needed a ride and she got into my car, a white Mercedes. I drove her back to her residence at the Houndstooth and me, her and Barksdale went inside. She fixed us some drinks and when we got ready to leave she said she wanted to go with us.

We drove back to my house and Barksdale went to a guest room and me and  Megan went into my bedroom. We have consensual sex, she was on top of me while we had sex. She never said no and never asked me to stop. I did not wear a condom and I did not ejaculate inside of her. I fell asleep and the next thing I remember is homicide knocking on my door waking me up.

I did not know that one of my windows was open until the cops asked about the girl going out of the window. I went through my pants pockets and discovered that some money and some keys were missing. I also noticed that my gun was missing from my car and I knew for certain that it had been in there the night before.

Statement Synopsis taken by T Carroll 7-2-15 at 0837 hrs
Taken at ▮▮▮▮▮▮▮▮▮▮ (Audio Only)

After talking with his attorney, the suspect gave verbal and written consent for us to search his residence.

    The suspect stated that he brought a girl back to his residence the night before and they had consensual sex and then he was awakened this morning by Inv Hastings. The suspect stated that he had been at Innisfree the night before with a friend (Jason Barksdale) and when they left around midnight he saw a girl walking down University Blvd by herself. He said he had seen her face before and stopped to see if she wanted a ride. He stated that he took her to her apartment at University Downs and she fixed him and his friend a drink. The suspect stated that when they got ready to leave she wanted to go with them. He stated that they went to his residence at 1570 Cedar Drive in Cottondale where she chose to have consensual sex with him. He stated that afterward, he went to sleep. He said he didn't know what time she left but apparently after she left she took his money and car keys.
The suspect stated that he had been drinking but wasn't too drunk. He stated that when he picked the girl up, she knew his name but he didn't remember hers just her face. He stated that she was very outgoing and friendly and very flirtatious. He said she said she was walking home. He also stated that he didn't use a condom or ejaculate.

SIGNED:   _____

DATE:     _____

TIME:     _____

CONFIDENTIAL

7-2-15
0837
Carroll

Statement of: Terry Burr Jr. (TBJ)

[redacted]

Castonado, AL 35453-

D.O.B [redacted]

W/M [redacted]

[redacted]

- Gave consent to search & signed form.
- brought somebody back to residence
- had consensual sex.
- Josh Hastings woke him up.
- seen girl out before - & saw her walking
alone on Univ. Blvd. Downtown -
- doesn't know her name.
- dirty blonde Hair - Blue Jean Shorts - 5'10"
- was at Innisfree left around midnight -
- went to her apartment where she made
us a drink.
- got ready to leave - she wanted to go with
us.
- she chose to have consensual sex with me.
- I went to sleep.
- After I went to sleep, she took my money, car
keys & left.
- don't know what time she left.

TJ Bean

Hestings
7/6/15
9:40 a~

Title #7

CONFIDENTIAL

pg 2

- said she lived at univ. dorms.
- I had been drinking but was not falling down drunk
- assumed she went to school.
- when I picked her up - she knew my name
  I knew her face.
- she was very outgoing & friendly & flirtatious.
  - said she was walking home.
- did not use condom or ejaculate.
-

52

CASE #: _____

# The Rights Of A Person Being Interviewed
## Tuscaloosa County, Alabama

Date: _7/6/15_               Miranda By: _Hastings_

Place: _9⁴⁵ᴬᴹ /TCHU_        Agency: _TCSO_

Time : _9⁴⁵ᴬᴹ_              Title: _Inv._

_Terry Jackson Bunn JR._         _W/M_          ▮

**Name of person being interviewed**      **Sex / Race**      **Date of Birth**

▮ _35453_                                              ▮

**Address**                                            **Phone**

## Your Rights

1.  You have the right to remain silent.

2.  Anything you say can and will be used against you in a court of law.

3.  You have the right to talk to a lawyer and have him present with you while you are being questioned.

4.  If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

5.  You can decide at any time to exercise these rights and not answer any questions or make any statements.

## Waiver

1.  Do you understand each of these rights I have explained to you?   _TJB_   (initial)

SIGNED: _T. J. B._                       WITNESS: _____

DATE: _7/6/15_                           WITNESS: _____

TIME: _9⁴⁵ᴬᴹ_                            DATE: _____

                                         TIME: _____

CONFIDENTIAL

Buzzfeed01911

September 09, 2015            **Tuscaloosa County Homicide Unit**            Case Number: 20150702471
                                        **Statement**

Page 1 of 1

STATEMENT OF: Navid Khan
HOME ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮
CITY: Tuscaloosa                    STATE: Al                    ZIP: 35406

SOCIAL SECURITY NUMBER: ▮▮▮▮▮▮        DL #:                    ST:
DATE OF BIRTH: ▮▮▮▮▮            HOME TELEPHONE: --
HEIGHT: 5 - 11        WEIGHT: 260        EYES: Bro        HAIR: Blk
PLACE OF EMPLOYMENT: ▮▮▮▮▮
WORK STREET ADDRESS: SAME AS ABOVE
CITY:                    STATE:            ZIP:
WORK TELEPHONE: --                    OTHER TELEPHONE: ▮▮▮▮▮▮▮▮

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME: Na
STREET ADDRESS:
CITY:                    STATE:            ZIP:
TELEPHONE: --

DATE: 07/02/2015        TIME: 08:19 am        LOCATION: TCHU RM# 2        BY: Sgt, Davis
MIRANDA BY:                    DATE:            TIME:

Summary of Audio/Video Statement:::::

Mr. Khan stated he received a call from the victim at 0151hrs needing a taxi, Mr., Khan stated he called her back telling her he would be there in about 15mins, (0158hrs). Mr., Khan stated he got to the neighborhood at 0212hrs and located a purse spilled out in the street in front of the suspects house with papers spilled out around her purse. Mr. Khan stated he called her and she walked about 20 feet from the purse and got into the cab. He stated when she sat down she looked up the road and saw a car at the stop sign. The victim then tried to give him some cash money saying she did not need him to take her anywhere. Mr., Khan stated he told her she still had to pay for his services, She then took the cash back and gave him a credit card which he charged for $27.25. The victim then got out of the car and got into the other car and left.

SIGNED: _____

DATE: _____

TIME: _____

CONFIDENTIAL                                                                    Buzzfeed01912

Navid Kohan ████████████████████████ By: Sgt Davis

7-1-2015

Tuscaloosa AL 35406    5'11" 260 lbs.    @ 1819 hrs.

3-5-1969 (46)    ████████████████    FCHU

████████████████    Rm # 2

A-1 Taxic Service   205-210-8616

Audio/video Interview.

Buzzfeed01913

Recieved call at 0151 hrs.
Needed Taxie

0156 hrs. Told her I would be there in
15 min.

#25.00 Charge + Tax (27.00)

CONFIDENTIAL

Buzzfeed01914

September 09, 2015      **_Tuscaloosa County Homicide Unit_**      Case Number: 20150702471
**_Statement_**

Page 1 of 1

STATEMENT OF: Jason Stephen Barksdale
HOME ADDRESS: ███████████
CITY: Tuscaloosa      STATE: Al      ZIP: 35406
SOCIAL SECURITY NUMBER: ███████████    DL #: ███████    ST: AL
DATE OF BIRTH: ███████████    HOME TELEPHONE: --
HEIGHT: 5 - 9      WEIGHT: 185      EYES: Hazel      HAIR: Brown
PLACE OF EMPLOYMENT: M███████████
WORK STREET ADDRESS: █████████
CITY:      STATE:      ZIP:
WORK TELEPHONE: --      OTHER TELEPHONE: ███████████

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME: Unknown
STREET ADDRESS:
CITY:      STATE:      ZIP:
TELEPHONE: --

DATE: 07/02/2015      TIME: 08:50 am      LOCATION: 1███████████ BY: T Carroll
MIRANDA BY:      DATE:      TIME:

Statement Synopsis

Barksdale stated that the night before, he was with TJ (Terry Bunn Jr) at Innisfree. He stated that he had drank alot of alcohol. He stated that they picked up a girl and they went to her apartment where she fixed them a drink. He stated that afterward, they went back to TJ's. He stated that the girl wanted to go with them and when they got to TJ's, he went upstairs and went to bed. He stated that he didn't know what her and TJ did after that. He stated that he didn't hear anything during the night.

SIGNED: _____

DATE:     _____

TIME:     _____

CONFIDENTIAL

Buzzfeed01915

Case 4
7-2-15
D95°

Statement of: Jessa Berksdale - 9-11-78

at ████████████████████

Cottondale Ac : 35453-

W/m - 5'11" 175. Brn - Haz.

████████████ c/ mercedes.

- was w. th TJ . gave a girl a ride to
  her apartment.
- she fixed us a ~~red~~ drink.
- we left & came back here & I went to bed.
- was with Irwin too -
- saw her on the side of the ~~road~~.
- she was in front - on ride to TJ's
- she came back w/ Hugh.
- didn't hear anyone calling for help.
  or any other noises.
- --

CONFIDENTIAL

Buzzfeed01916

September 09, 2015     **Tuscaloosa County Homicide Unit**     Case Number: 20150702471
**Statement**

Page 1 of 1

STATEMENT OF: Ciara Younger
HOME ADDRESS: ███████████
CITY: Tuscaloosa     STATE: Al     ZIP: 35401

SOCIAL SECURITY NUMBER: ████████     DL #: UNK     ST:
DATE OF BIRTH: ████████     HOME TELEPHONE: ███████████
HEIGHT: 5 - 05     WEIGHT: 140     EYES: BLU     HAIR: BRO
PLACE OF EMPLOYMENT: UA
WORK STREET ADDRESS:
CITY:     STATE:     ZIP:
WORK TELEPHONE: --     OTHER TELEPHONE: --

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME: Unk
STREET ADDRESS:
CITY:     STATE:     ZIP:
TELEPHONE: --

DATE: 07/02/2015     TIME: 12:05 pm     LOCATION: TCHU RM 1     BY: Sgt, R.J. Davis
MIRANDA BY:     DATE:     TIME:

Audio/Video Summary::::

Miss, Younger stated she was at home sleeping when she started hearing her phone messages going off. Miss, Younger stated when she looked at her phone she had several text messages from the victim asking for help and needing a ride, Miss, Younger stated she texted her back and the victim sent her the address, Miss, Younger stated she woke up her roommate and they drove to get the victim, Miss, Younger stated when they got to the location the victim was in the back of a taxi, The victim got out of the taxi and got into her car, The victim kept telling them about her being assaulted, but was rambling and hard to understand. They took the victim to their apartment and then to the hospital. Miss. Younger and her roommate did not go out with the victim before the incident.

SIGNED: _____

DATE: _____

TIME: _____

Buzzfeed01917

# TUSCALOOSA POLICE DEPARTMENT
## Statement Form

Page ___ of ___ page(s)

Case # _____ Victim: _____
Person making statement: Clara Younger DOB 9/14/1994
SSN ████████████
Address ~~████████████~~ AL 35401
Phone #s Home _____ Cell ████████████
Place of Employment n/a      Work Phone _____
Miranda Warning By N/A      Time/Date _____
Date of Statement 7/2/15   Time 0575   Location _____
Officer Taking Statement R.B. Phillips
All others present during statement _____

I received texts asking for help. I was asleep and woke
up to a number of messages. She started contacting me
at 1:05am and I woke up at 1:45am. I woke my roommate
to come get Megan with me. I drove to Cottondale to pick
2:10am Megan up bc that drove back and came to the hospital
She told the that she was uncomfortable and I brought
her to DCH.

texts recieved from megan.
"Please please please help me.."
"I need help"
"I need someone to get me ASAP"
"Please I'm crying"
"I'm literally stuck in someone fucking red room thirty minutes
off campus! I fucking die this is why!"

_____ Signature

CONFIDENTIAL

Buzzfeed01918

Ciara Younger w/F                                    By: Sgt. Davis

██████████████████████                               7-2-2015

Tuscaloosa AL 35401    Bro/Blu                        @ 1205hrs.

██████ (20)        5'05" 145lbs.                      TCHS Rm#1

██████████████        w/a student

██████████████

Audio/video statement.

CONFIDENTIAL                                    Buzzfeed01919

seal 1am I started recieving texts Further.
Rebecca Lindgren : ███████████

I got there around 215am. She payed the taxi.
and we went to my house. we stayed there for
about 15 mins. then we went to the hospital.

wear her shorts
          socks
          and a shirt of his. HUK Fishing (Gray)

All she had was her phone w/ I d and cards
                               attached on back.

CONFIDENTIAL

## TUSCALOOSA HOMICIDE UNIT
## EVIDENCE LIST

Page 1 of 1
Case Number: 20150702471

| Item # | Date | Description Time | By | Location |
|---|---|---|---|---|
| 2 | | Firearm, Ruger | | |
| | 07/02/2015 | 12:13 pm | Sgt. Franks | in grass next to roadway in front of Bunn Residence |
| 1D | | Bed Sheets | | |
| | 07/02/2015 | 08:45 am | Hastings | |
| 4 | | Clothing, Victims | | |
| | 07/02/2015 | 04:00 am | Macie Hobson RN | DCh |
| 3 | | Shell Casing, 380 | | |
| | 07/06/2015 | 09:40 am | Hastings | TJ Bunn |
| 1A | | Sheets, Bed | | |
| | 07/02/2015 | 08:45 am | Hastings | |
| 5 | | Rape Kit | | |
| | 07/02/2015 | 05:25 am | Macie Hobson RN | DCH |
| 6 | | Clothing and Shoes, Victims | | |
| | 07/02/2015 | | Rebecca Landgram | DCH |
| 1B | | Bed Sheet | | |
| | 07/02/2015 | 08:45 am | Hastings | |
| 1C | | Comforter | | |
| | 07/02/2015 | 08:45 am | Hastings | |

Number of Items: 9

CONFIDENTIAL

Buzzfeed01921



Buzzfeed01922



# Great to see you!

Sign up now for PayPal to save time shopping in the future.

# $27.25 USD

**Amount**
   $25.00 *A*
Subtotal
   $25.00
*A:* Tuscaloosa 9%
   $2.25
Total
   $27.25 USD
Created on
   Jul 2, 2015 12:14:06 AM PDT
Order ID:
   1594

# Payment Method

- SALE (Swiped)
- Visa ***********3094
- Transaction ID: 5P540258A7767274M
- This transaction will appear on your credit card statement as 'PP*JNRLLC1'

CONFIDENTIAL

Buzzfeed01923

# Additional Details

Authorization Code:
    509477
Terminal ID:
    ****013B

# Business Information

*A-1 Taxi Service*
Merchant ID:
    *MTGPTMBM24QB2*
    *Rice Mine Rd N*
    *Tuscaloosa AL 35406, US*
    ▮▮▮▮▮▮▮▮▮▮

    *a1taxiservices@webstarts.com*

# Purchase Location



Location set by seller's device, may not be accurate.

No Returns what so ever. Customer Agrees to all charges. Customer cannot ask for charge back once the transaction
is either signed or keyed in for Charge.

Please retain your receipt as proof of transaction.

# **PayPal**

Leave your wallet at home, pay with the PayPal app.

Available on the App Store  Android app on Google Play

CONFIDENTIAL

Buzzfeed01924

# ‹        Today

- **2:24 AM**
  I– 359, Tuscaloosa, AL     ›

- **2:19 AM**
  5244 Skyland Blvd E, Tuscaloosa, ›
  AL

- **2:14 AM**
  8661 Canyon Lake Rd, , AL     ›

- **2:12 AM**
  1698 Cedar Dr, , AL     ›

- **2:09 AM**
  5599 University Blvd E,     ›
  Tuscaloosa, AL

- **2:04 AM**     ›

CONFIDENTIAL

Buzzfeed01925

September 09, 2015

**Tuscaloosa Homicide Unit**
**Photo Log**

Case Number: 20150702471          Victim: Megan Elizabeth Rondini

Location: ▇▇▇▇▇▇▇    COTTONDALE AL 35453

| Number | Photographer | Date | Description |
|--------|--------------|------|-------------|
| img481 | FRANKS, JEREMY | 07/03/2015 | recovered handgun at a distance |
| img482 | FRANKS, JEREMY | 07/03/2015 | wide angle shot of recovered handgun |
| img479 | FRANKS, JEREMY | 07/03/2015 | Close up of handgun |
| img480 | FRANKS, JEREMY | 07/03/2015 | close up of recovered handgun and marker #1 |
| img003 | JONES, ADAM | 07/09/2015 | item 2- Ruger handgun, magazine(loaded) and bullet (in TMHU) |
| img004 | JONES, ADAM | 07/09/2015 | serial number 371-22316 to Ruger handgun |
| img005 | JONES, ADAM | 07/09/2015 | item 1A-sheets (in TMHU) |
| img006 | JONES, ADAM | 07/09/2015 | item 1B-sheets (in TMHU) |
| img007 | JONES, ADAM | 07/09/2015 | item 1C-blanket(in TMHU) |
| img008 | JONES, ADAM | 07/09/2015 | item 1D-pillow cases(in TMHU) |
| img009 | JONES, ADAM | 07/09/2015 | item 3- shell casing (in TMHU) Hornady 380 auto-headstamp |
| img010 | JONES, ADAM | 07/09/2015 | blurry photo of headstamp in TMHU |
| img011 | JONES, ADAM | 07/09/2015 | item 6-victim's clothing (in TMHU) |
| img4459 | HASTINGS, JOSH | 07/02/2015 | Suspects residence |
| img4460 | HASTINGS, JOSH | 07/02/2015 | Suspects residence |
| img4461 | HASTINGS, JOSH | 07/02/2015 | Suspects vehicles |
| img4462 | HASTINGS, JOSH | 07/02/2015 | Tag # 63CB811 |
| img4463 | HASTINGS, JOSH | 07/02/2015 | Tag # CAK895 |
| img4464 | HASTINGS, JOSH | 07/02/2015 | Tag # 837ATJ |
| img4465 | HASTINGS, JOSH | 07/02/2015 | Jeep in driveway |
| img4466 | HASTINGS, JOSH | 07/02/2015 | Suspects vehicle |

CONFIDENTIAL

Buzzfeed01926

| img4467 | HASTINGS, JOSH | 07/02/2015 | interior of vehicle |
| img4468 | HASTINGS, JOSH | 07/02/2015 | interior of vehicle |
| img4469 | HASTINGS, JOSH | 07/02/2015 | front seat of vehicle |
| img4470 | HASTINGS, JOSH | 07/02/2015 | back seat of vehicle |
| img4471 | HASTINGS, JOSH | 07/02/2015 | back seat of vehicle |
| img4472 | HASTINGS, JOSH | 07/02/2015 | front seat of vehicle |
| img4473 | HASTINGS, JOSH | 07/02/2015 | shell casing in front seat |
| img4474 | HASTINGS, JOSH | 07/02/2015 | shell casing in front seat |
| img4475 | HASTINGS, JOSH | 07/02/2015 | center console of mercedes |
| img4476 | HASTINGS, JOSH | 07/02/2015 | Uncle Mikes holster in center console |
| img4477 | HASTINGS, JOSH | 07/02/2015 | side of residence |
| img4478 | HASTINGS, JOSH | 07/02/2015 | back side of residence |
| img4479 | HASTINGS, JOSH | 07/02/2015 | back side of residence |
| img4480 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4481 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4482 | HASTINGS, JOSH | 07/02/2015 | outside window of master bedroom |
| img4483 | HASTINGS, JOSH | 07/02/2015 | outside window of master bedroom |
| img4484 | HASTINGS, JOSH | 07/02/2015 | back pool area of residence |
| img4485 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4486 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4487 | HASTINGS, JOSH | 07/02/2015 | master bedroom window |
| img4488 | HASTINGS, JOSH | 07/02/2015 | side of residence |
| img4489 | HASTINGS, JOSH | 07/02/2015 | back yard of residence |
| img4490 | HASTINGS, JOSH | 07/02/2015 | hallway |
| img4491 | HASTINGS, JOSH | 07/02/2015 | foyer |
| img4492 | HASTINGS, JOSH | 07/02/2015 | living room |

CONFIDENTIAL

| img4493 | HASTINGS, JOSH | 07/02/2015 | living room |
| img4494 | HASTINGS, JOSH | 07/02/2015 | banquet room |
| img4495 | HASTINGS, JOSH | 07/02/2015 | banquet room |
| img4496 | HASTINGS, JOSH | 07/02/2015 | banquet room |
| img4497 | HASTINGS, JOSH | 07/02/2015 | kitchen |
| img4498 | HASTINGS, JOSH | 07/02/2015 | kitchen area |
| img4499 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4500 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4501 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4502 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4503 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4504 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4505 | HASTINGS, JOSH | 07/02/2015 | guest room shooting towards carport |
| img4506 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4507 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4508 | HASTINGS, JOSH | 07/02/2015 | stairs |
| img4509 | HASTINGS, JOSH | 07/02/2015 | upstairs hallway |
| img4510 | HASTINGS, JOSH | 07/02/2015 | bathroom |
| img4511 | HASTINGS, JOSH | 07/02/2015 | toilet |
| img4512 | HASTINGS, JOSH | 07/02/2015 | office |
| img4513 | HASTINGS, JOSH | 07/02/2015 | office |
| img4514 | HASTINGS, JOSH | 07/02/2015 | office |
| img4515 | HASTINGS, JOSH | 07/02/2015 | office cabinet |
| img4516 | HASTINGS, JOSH | 07/02/2015 | office drawer |
| img4517 | HASTINGS, JOSH | 07/02/2015 | office drawer |
| img4518 | HASTINGS, JOSH | 07/02/2015 | office drawer |

CONFIDENTIAL

Buzzfeed01928

| img4519 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4520 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4521 | HASTINGS, JOSH | 07/02/2015 | hunting closet |
| img4522 | HASTINGS, JOSH | 07/02/2015 | hunting closet |
| img4523 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4524 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4525 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4526 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4527 | HASTINGS, JOSH | 07/02/2015 | guest bathroom |
| img4528 | HASTINGS, JOSH | 07/02/2015 | bathroom closet |
| img4529 | HASTINGS, JOSH | 07/02/2015 | toilet |
| img4530 | HASTINGS, JOSH | 07/02/2015 | closet |
| img4531 | HASTINGS, JOSH | 07/02/2015 | hallway closet |
| img4532 | HASTINGS, JOSH | 07/02/2015 | closet |
| img4533 | HASTINGS, JOSH | 07/02/2015 | closet |
| img4534 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4535 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4536 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4537 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4538 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4539 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4540 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4541 | HASTINGS, JOSH | 07/02/2015 | master bedroom window overlooking back yard |
| img4542 | HASTINGS, JOSH | 07/02/2015 | window |
| img4543 | HASTINGS, JOSH | 07/02/2015 | window |
| img4544 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |

Buzzfeed01929

| img4545 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4546 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4547 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4548 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4549 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4550 | HASTINGS, JOSH | 07/02/2015 | suspects clothing |
| img4551 | HASTINGS, JOSH | 07/02/2015 | suspects clothing |
| img4552 | HASTINGS, JOSH | 07/02/2015 | suspects clothing |
| img4553 | HASTINGS, JOSH | 07/02/2015 | handguns in nightstand in master bedroom |
| img4554 | HASTINGS, JOSH | 07/02/2015 | drawer |
| img4555 | HASTINGS, JOSH | 07/02/2015 | drawer |
| img4556 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4557 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4558 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4559 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4560 | HASTINGS, JOSH | 07/02/2015 | door handle and lock in master bedroom |
| img4561 | HASTINGS, JOSH | 07/02/2015 | sheets from suspects bed |

CONFIDENTIAL



Buzzfeed01931



IMG_4494    IMG_4495    IMG_4496    IMG_4497    IMG_4498

IMG_4499    IMG_4500    IMG_4501    IMG_4502    IMG_4503

IMG_4504    IMG_4505    IMG_4506    IMG_4507    IMG_4508

IMG_4509    IMG_4510    IMG_4511    IMG_4512    IMG_4513

IMG_4514    IMG_4515    IMG_4516    IMG_4517    IMG_4518

IMG_4519    IMG_4520    IMG_4521    IMG_4522    IMG_4523

IMG_4524    IMG_4525    IMG_4526    IMG_4527    IMG_4528

CONFIDENTIAL



IMG_4529    IMG_4530    IMG_4531    IMG_4532    IMG_4533

IMG_4534    IMG_4535    IMG_4536    IMG_4537    IMG_4538

IMG_4539    IMG_4540    IMG_4541    IMG_4542    IMG_4543

IMG_4544    IMG_4545    IMG_4546    IMG_4547    IMG_4548

IMG_4549    IMG_4550    IMG_4551    IMG_4552    IMG_4553

IMG_4554    IMG_4555    IMG_4556    IMG_4557    IMG_4558

IMG_4559    IMG_4560    IMG_4561

CONFIDENTIAL



CONFIDENTIAL

Buzzfeed01934



DSC_0003   DSC_0004   DSC_0005   DSC_0006   DSC_0007

DSC_0008   DSC_0009   DSC_0010   DSC_0011

CONFIDENTIAL



IMG_0481          IMG_0482          IMG_0479          IMG_0480

CONFIDENTIAL

Buzzfeed01936

# Tuscaloosa County Homicide Unit

## *FORM FOR CONSENT TO SEARCH*

Date: 7-2-15

Location: ████████ Dr

    I, T J Bunn , having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse consent to such a search, hereby authorize:

A. Jones , and J. Hestings ,

(Names of Officers or Agents)      (Names of Officers or Agents)

TMHU , to conduct a complete search

(Titles of officers or agents and name of agency)

of my premises and vehicle located at ████████ .
These (officers or agents) are authorized by me to take from my premises any letters, papers, materials or other property which they may desire.

    This written permission is being given by me to the above named persons voluntarily and without threats or promises of any kind.

Signed: _____    Witness: _____

Date: ___7-2-15___    Witness: _____

Time: __6:47Am__    Date: _____ Time: _____

CONFIDENTIAL

Buzzfeed01937

# Tuscaloosa Metro Homicide Unit

## Form for Consent to Search

Date: _7-2-15_

Location: _▮_____ .

I, _Terry Bunn Jr._ (TB), having been informed of my
constitutional right not to have a search made of my person without a search warrant and
of my right to refuse consent to a search, hereby authorize:

_Inv. J. Hastings_____, and, _Inv T Cornelk / Sgt Franks_

of the Tuscaloosa Metro Homicide Unit and/or assisting law enforcement agencies, to
conduct a complete search of my ~~person~~ at the following location: _▮_____ .
residence
_Dr_____

These investigators and/or officers are authorized by me to take from my person anything
that may be considered evidentiary value to include but not limited to clothing, blood
sample, urine sample, hairs, fibers, buccal swabs, fingernail clippings, fingernail
scrapings, foreign material, gunshot residue, or anything else which they may desire.

This written permission is being given by me to the above named investigators and/or
officers voluntarily and without threats or promises of any kind.

Signed: _____        Witness:_____

Date: _7-2-15_                    Witness:_____

Time: _0815_                      Date:_____  Time:_____

CONFIDENTIAL

Buzzfeed01938

### TUSCALOOSA COUNTY HOMICIDE UNIT

### CONSENT TO SEARCH

DATE: _7·2·15_                           CASE: _2015 0702471_

    I, _Terry Bunn Jr._ , having been informed of my
constitutional right not to have a search made of my Person or premises hereinafter
mentioned without a search warrant and of my right to refuse consent to such a search,
hereby authorize:

_Inv. J. Carroll_ , and _Inv. J. Hastings / Sgt. Freeks_ , of the
   (Names of officers or agents)               (Names of officers or agents)

**TUSCALOOSA COUNTY HOMICIDE UNIT** , to conduct a complete search of my
   (Titles of officers or agents and name of agency)

Person, Property, Premises, Outbuildings and/or (Vehicle) located at:

■■■■■■■■■■■■

(Officers or Agents) are authorized by me to take from my Person, Premises, Property
and/or Vehicle any letters, papers, materials, property or samples for DNA/GSR
comparison which they may desire, in this case: TO WIT:

_Any Evidence related to the crime._

    This written permission is being given by me to the above named persons
voluntarily and without threats or promises of any kind.

SIGNED: _[signature]_      WITNESS: _____

DATE: _7·2·15_        WITNESS: _____

TIME: _0815_          DATE: _____ TIME: _____

Date Search Conducted: _7-2-15_

Time Search Conducted: _0830_ .

Buzzfeed01939

# Tuscaloosa County Homicide Unit

## *FORM FOR CONSENT TO SEARCH*

Date: _7-2-15_

Location: _TMHU Room 3_

    I, _megan Rondini_, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse consent to such a search, hereby authorize:

_A. Jones_____, and _____,
(Names of Officers or Agents)            (Names of Officers or Agents)

_TMHU Investigators_____, to conduct a complete search
(Titles of officers or agents and name of agency)

of my premises and vehicle located at ___████████████___.
These (officers or agents) are authorized by me to take from my premises any letters, papers, materials or other property which they may desire.

    This written permission is being given by me to the above named persons voluntarily and without threats or promises of any kind.

Signed: _[signature]_    Witness: _____

Date: _7/2/15_    Witness: _____

Time: _1:15 pm_    Date: _____ Time: _____

CONFIDENTIAL

Buzzfeed01940

**Tuscaloosa County Homicide Unit**                    **Consent To Search**

Date: _7-2-15_

Time: _12:43p_

I, [Print Name] _Megan Rondini_ having been informed of my constitutional right not to have a search made of the premises/property hereinafter mentioned without a search warrant and of my right to refuse consent to such a search voluntarily give my full consent and authorization for Inv. _Jones_

with the _ETMHU_

to conduct a Search/Examination of my cellular telephone, SIM card and or any attached data storage cards.  I give this consent freely and voluntarily, without compulsion, threat, or promise of any kind.  I understand that I may withdraw my consent at any time for any reason.

Passcode (if any): _6 9 6 9_

Swipecode (please draw path):

① ② ③

④ ⑤ ⑥

⑦ ⑧ ⑨

Signed: _____

Investigator: _____          _Adam Jones_
                  Signature                        Printed Name

# TUSCALOOSA COUNTY HOMICIDE UNIT

## PROPERTY RELEASE

DATE: _7/6/15_     TIME: _10⁰⁷ AM_

**ITEMS RELEASED:**

① Ford Truck Key Fob

② Assorted Keys on Key ring

Total value of property released: $ _50⁰⁰_

Released to : _T. J. Bunn_
                  Printed Name

Released to : _____
                  Signature

Address: ████████████  _Cdcle, AL 35453_

Released by Investigator: _Hastings, J. 6375_
                              Printed Name

_____
Signature

CONFIDENTIAL

Buzzfeed01942

20150702471

# Tuscaloosa County Metro Homicide Unit

714 ½ Greensboro Avenue
Tuscaloosa, AL 35401
Telephone (205) 464-8690
Fax (205) 464-8473

## Property Release to owner:

Date: _8-21-15_                    Time: _9:35 Am_

Items being released:

— ~~clothing and~~ shoes (Converse)

_Victim requested clothing destroyed_

_____

_____

_____

_____

Released to: _Megan Rondini_

Signature: _[signature]_

Telephone #: _[redacted]_

Address: _[redacted]_, Tuscaloosa, Al 35401

Released by: _Adam Jones   Adam Jones_

Signature: _[signature]_

CONFIDENTIAL

Buzzfeed01943

Jul 2, 2015 9:35:40 AM       Printed By: SR6481 from: 5IK

```
Received Time:        Jul 2, 2015 09:30:19     Source ORI:        TXOLN0000
Summary:              DQ: NAM=RONDINI, MEGAN ███████
View Message Details
          NAME: RONDINI, MEGAN, ELIZABETH
   DESCRIPTION: WHITE\FEMALE\11081994\5-08\135\BLONDE\BLUE
      SEX OFF:  COMM IMPED:   ORGAN DONOR: Y VISA EXP:
  PHYSICAL ADD: ████
  CI/CO/ST/ZIP: ....................................████, UNITED STATES
  MAILING ADD: ████
     CI/ST/ZIP: ████████████████ UNITED STATES
   REC STATUS: ELIGIBLE
  ADMIN STATUS:
  CARD STATUS:
  HME THR ASMT: ████████████        EXP:
     CARD TYPE: ████████████ CLASS: C TYPE: DL  EXPIR DATE: 11082018
  RESTRICTIONS: A WITH CORRECTIVE LENSES
  ENDORSEMENTS:


**** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THE
FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED AND THE
MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE 730 *******

********* END OF RECORD*********
DR.TXOLN0000
07:35 07/02/2015 36145
07:35 07/02/2015 03587 AL0630006
*MR69323890
TXT
NAME: RONDINI, MEGAN, ELIZABETH
DESCRIPTION: WHITE\FEMALE\11081994\5-08\135\BLONDE\BLUE
SEX OFF: COMM IMPED: ORGAN DONOR: Y VISA EXP:
PHYSICAL ADD: ████████████████
CI/CO/ST/ZIP: ████████████████████UNITED STATES
MAILING ADD: █████████████████ LN
CI/ST/ZIP: AU████████████████, UNITED STATES
REC STATUS: ELIGIBLE
ADMIN STATUS:
CARD STATUS:
HME THR ASMT: EXP:
CARD TYPE: DL #: 29311326 CLASS: C TYPE: DL EXPIR DATE: 11082018
RESTRICTIONS: A WITH CORRECTIVE LENSES
ENDORSEMENTS:


**** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THE
FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED AND THE
MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE 730 *******

********* END OF RECORD*********
```

CONFIDENTIAL      Buzzfeed01944

Jul 2, 2015 9:35:40 AM                              Printed By: SR6481 from: 5IK



SEQ # 0012 MRI # 69323900

CONFIDENTIAL                                                  Buzzfeed01945

# STEP 1     SEXUAL ASSAULT INFORMATION FORM

Medical Record No. DUT3501139/M003038151

Name Bonalm, Megan

Age 20   Race White   Sex F

Address ▮▮▮▮▮▮▮▮▮▮▮▮ 02

Date of Exam 7/2/15   Time 0901

History (Give Pertinent Details of Assault): Alleged Sexual
assault in suspect home. Assailant inserted
penis in patient's mouth then inserted it
into patient's vagina. Unsure if assailant
ejaculated. No condom. Was held down.

1. Date of Assault: 7/2/15   Time 0105

2. Number of Assailants: 1   Race White   Sex M

3. Type of sexual contact:   Vaginal ☒   Anal ☐   Oral ☒   Other ☐

4. During Assault was a condom used? Yes ☐   No ☒

5. Did assailant experience orgasm?   Yes ☐   No ☐   Unsure ☒

6. Since assault has patient:
   Douched   Yes ☐   No ☒
   Bathed   Yes ☐   No ☒
   Showered   Yes ☐   No ☒
   Washed Mouth   Yes ☐   No ☒
   Urinated   Yes ☒   No ☐
   _____   Yes ☐   No ☐
   Used a vaginal tampon   Yes ☐   No ☒

7. Most recent coitus prior to assault:   Date 7/1/15   Time 0700
   Condom used? Yes ☐   No ☐

8. Since last consensual coitus, has patient douched or used a vaginal tampon? Yes ☐   No ☒

9. Is patient menstruating? Yes ☐   No ☒

Date of last menses approx February

10. Is patient bleeding from any wounds? Yes ☐   No ☒

Location _____

11. At the time of assault, was the assailant bleeding from any wounds?
Yes ☐   No ☒

## Physical Exam
(Give pertinent details of patient's condition. Include all evidence of trauma):

patient arrives awake alert & anxious.
redo with ease. Skin w/d. Small
abrasions to (L) upper thigh and (R)
upper calf. Eyes red. No other injury.
c/o vaginal pain and spotting.

## Genital Exam

Vulva ___ trauma ___   Hymen ___ l ___

Vaginal ___   Uterus ___ tender

Rectum ___ trauma ___   Cervix ___

Penis/Scrotum N/A

Evidence Collected: Kit ☒   Clothing ☒   #Bags ___

Photographs ___   X-Rays ___   Other ___

Law Enforcement Agency Tuscaloosa Police Dept.

Investigating Officer Investigator Akim Jones

Has patient been informed he/she should consult his/her physician or the County Health Department concerning the possibility of contracting sexually transmitted diseases? Yes ☒   No ☐   Referred to Rape Crisis Center? Yes ☒   No ☐

Nicholas Verano
Examining Physician - Printed Name

Maue Hudson RN
Nurse - Printed Name

_____
Examining Physician - Signature

_____
Nurse - Signature

Date 7/2/15   Time 0901

## Authorization For Release of Information

I hereby authorize DCH Regional ED to supply all medical records and evidence to the appropriate law enforcement agency, Department of Forensic Sciences and the Office of the District Attorney.

Patient's Signature _____   Parent or Guardian _____

(WHITE COPY) IN KIT          (YELLOW COPY) TO HOSPITAL          (PINK COPY) TO LAW ENFORCEMENT AGENCY          AL201.1 7/14

CONFIDENTIAL

Buzzfeed01946

Case # 2015070247)

Victim _____

Charge __Theft of Property II - Special Inquiry__

Suspect __Megan Rondini__

Brand __Ruger__

Caliber __.380__

Model Number __LCP__

Serial Number __371-22316__

Number of Rounds __5__

1
thru

| Chamber Position | Cartridge Headstamp |
|:---:|:---|
| 1 | (Ejected from chamber) Hornady .380 Auto |
| 2 | Hornady .380 Auto |
| 3 | Hornady .380 Auto |
| 4 | Hornady .380 Auto |
| 5 | Hornady .380 Auto |
| 6 | Hornady .380 Auto |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |

CONFIDENTIAL

Buzzfeed01947

## PERSON DETAILS - JASON STEPHEN BARKSDALE
103803543

⚠ **ADD ALERT**

### DRIVER'S LICENSE DETAILS



**LICENSE PHOTO**

**ALABAMA**

NO: ▮▮▮▮  CLASS: D
SSN: ▮▮▮▮  ISS: 5/29/2014
DOB: ▮▮▮▮  EXP: 9/13/2017

JASON STEPHEN BARKSDALE
2▮▮▮▮▮▮▮
TUSCALOOSA, AL 35406

LICENSE STATUS:  CDL STATUS:
VALID            Unlicensed

ENDORSEMENTS:    RESTRICTIONS:
                 Corrective Lenses

SEX: HT:   WT:  EYES: HAIR: RACE:
M    5'9"  185  HAZ   BRO   W

**HITS**

Hits: 2   Hits: 21   Hits: 8   Hits: 7

Hits: 16   Hits: 2

### NAMEMASTER ERROR

```
** WARNING ** The NameMaster service has returned more
than one result for this individual. The following services which
depend on a unique NameMasterID may not be accurate: Pardon
And Parole History.
*********************************
```

**OPTIONS**

  

---

**DNA RESULTS**                                                    **ERROR**

---

**TAG HISTORY**                                                    **16 RESULTS**

|< | < | 1 - 10 | > | >|

| TAG NUMBER<br>REGISTRANT | ISSUE DATE<br>EXPIRATION DATE | VEHICLE | VIN |
|---|---|---|---|
| 63A28K0<br>BARKSDALE JASON | 2/5/2009<br>2/28/2010 | CHEV | 2GCEK13TX61197106 |
| 63A453Y<br>BARKSDALE JASON S | 4/13/2005<br>2/28/2006 | DODG | 1D4HS38Z43F598471 |
| 63A453Y<br>BARKSDALE JASON S | 3/25/2004<br>1/31/2005 | DODG | 1D4HS38Z43F598471 |
| 63A453Y<br>BARKSDALE JASON | 3/23/2004<br>1/31/2005 | CHEV | 2GCEK19T111283503 |
| 63BM717<br>BARKSDALE JASON S | 2/26/2015<br>2/29/2016 | HUMM | 5GTDN136168105545 |
| 63BM717<br>BARKSDALE JASON S | 11/24/2014<br>2/28/2015 | HUMM | 5GTDN136168105545 |
| | | TOYT | 5TESN92N61Z719357 |

CONFIDENTIAL

| TAG NUMBER<br>REGISTRANT | ISSUE DATE<br>EXPIRATION DATE | VEHICLE | VIN |
|---|---|---|---|
| 63DH755<br>BARKSDALE JASON S | 2/26/2015<br>2/29/2016 | | |
| 63DH755<br>BARKSDALE JASON S | 6/23/2014<br>2/28/2015 | TOYT | 5TESN92N61Z719357 |
| 63G31K5<br>BARKSDALE JASON S | 3/2/2011<br>2/29/2012 | CHEV | 1GCCS1449X8147343 |
| 63G31K5<br>BARKSDALE JASON S | 3/3/2010<br>2/28/2011 | CHEV | 1GCCS1449X8147343 |

**TITLE**                                                                                    **21 RESULTS**

|<   <   1 - 10   >   >|

| OWNER<br>VIN | ADDRESS STREET<br>CITY, STATE ZIP | MAKE YEAR MODEL<br>COLOR BODY CYLINDERS |
|---|---|---|
| Barksdale Jason S<br>5GTDN136168105545 | ▮5 | HUMM 2006 HUMMER<br>GLD 4D 5 |
| Barksdale Jason S<br>5GTDN136168105545 | ▮5 | HUMM 2006 HUMMER<br>GLD 4D 5 |
| Leonard Larry<br>1GCCS1449X8147343 | | CHEV 1999 'S'TRUCK<br>BGE PU 4 |
| Williams Edrick<br>1GCCS1449X8147343 | | CHEV 1999 'S'TRUCK<br>BGE PU 4 |
| Williams Edrick<br>1GCCS1449X8147343 | | CHEV 1999 'S'TRUCK<br>BGE PU 4 |
| Sessoms Christopher M<br>1GCCS1449X8147343 | | CHEV 1999 'S'TRUCK<br>BGE PU 4 |
| Barksdale Jason S<br>5TESN92N61Z719357 | | TOYT 2001 TACOMA<br>RED PU 6 |
| Barksdale Jason S<br>5TESN92N61Z719357 | | TOYT 2001 TACOMA<br>RED PU 6 |
| Martin Larry<br>5GTDN136168105545 | | HUMM 2006 HUMMER<br>GLD 4D 5 |
| Savage Casey Terry<br>5GTDN136168105545 | | HUMM 2006 HUMMER<br>GLD 4D 5 |

**E-CITATION HISTORY**                                                                          **7 RESULTS**

| CITATION #<br>DATE ISSUED | STATUTE<br>DESCRIPTION | TICKET COUNTY<br>TICKET CITY | TAG NUMBER<br>STATE |
|---|---|---|---|
| V8266448<br>12/20/2014 | OPEN CONTAINER VIOLATION | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63BM717,<br>AL |
| V8266449<br>12/20/2014 | OPEN CONTAINER VIOLATION | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63BM717,<br>AL |
| V8266447<br>12/20/2014 | SPEED | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63BM717,<br>AL |
| V7325215<br>5/21/2014 | FAILURE TO WEAR SAFETY BELT | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63J61F3,<br>AL |
| V7325216<br>5/21/2014 | EXPIRED TAG | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63J61F3,<br>AL |
| V7325217<br>5/21/2014 | EXPIRED LICENSE | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63J61F3,<br>AL |
| V2255893<br>12/30/2009 | NO SEAT BELT | TUSCALOOSA,<br>RURAL TUSCALOOSA | 63A85S1,<br>AL |

**BOATS**                                                                                      **2 RESULTS**

CONFIDENTIAL

Buzzfeed01949

| OWNER NAME REG NUMBER | YEAR / MAKE CLASS / LENGTH | HULL TYPE HULL SERIAL | DATE ISSUED DATE EXPIRE |
|---|---|---|---|
| JASON BARKSDALE AL5016LC | 2005 / TRITON 2 / 18 | F TJZ8P181F405 | 9/3/2004 1/31/2009 |
| JASON BARKSDALE AL5016LC | 2005 / TRITON 2 / 18 | F TJZ8P181F405 | 9/3/2004 1/31/2008 |

**DRIVER HISTORY**                                                                 **8 RESULTS**

| CITATION NUMBER DATE ISSUED | OFFENSE CHARGE COURT ACTION | COURT NAME, STATE DISPOSITION DATE |
|---|---|---|
| V8266447 12/20/2014 | SPEED Guilty | Tuscaloosa County District Crt, AL 1/29/2015 |
| V7325216 5/21/2014 | IMPROPER TAG Guilty | Tuscaloosa County District Crt, AL 6/26/2014 |
| N2386786 7/12/2009 | DUI .08 OR MORE Guilty | Tuscaloosa Municipal Court, AL 7/20/2009 |
| N2386786A 7/12/2009 | ADMINISTRATIVE ACTION DUI Guilty | , AL 7/12/2009 |
| M4886881 4/15/2004 | IMPROPER LANE CHANGE Dismissed | Tuscaloosa County District Crt, AL 5/26/2004 |
| M4886882 4/15/2004 | DUI Guilty | Tuscaloosa County District Crt, AL 5/26/2004 |
| M4886882A 4/15/2004 | ADMINISTRATIVE ACTION DUI Guilty | , AL 4/15/2004 |
| 7202536 1/20/2002 | SPEED Guilty | , MS 2/20/2002 |

**NAMEMASTER DETAILS**                                                             **2 RESULTS**

| | NAME(FIRST MIDDLE LAST) LICENSE NO | DOB RACE / SEX | ADDRESS | FLAGS (DAIS/MIDAS/DARRT/JUV/DAWC) |
|---|---|---|---|---|
| | Jason Stephen Barksdale A█ | White / M | ██████████ |TUSCALOOSA|AL|35405| | MIDAS |
| | Jason Stephen Barksdale AL█ | white / M | ██████ CIRCLE||TUSCALOOSA|AL|35405|0000 | |

### RESULT SUMMARY

| Search Type | Results |
|---|---|
| ICE Details | No results found. |
| Sex Offender Results | No results found. |
| Dept. Of Corrections History | No results found. |
| DNA Details | Error |
| Tag History | **Found 16 results** |
| Title Details | **Found 21 results** |
| E-Citation History | **Found 7 results** |
| Boat Details | **Found 2 results** |
| Driver History Details | **Found 8 results** |
| Protection Order History | No results found. |
| Active Alabama Warrants | No results found. |
| NameMaster Details | **Found 2 results** |
| Dead Person | No results found. |
| Criminal Charges | No results found. |
| Domestic Violence Results * | No results found. |

CONFIDENTIAL

Buzzfeed01950



Bridget Bernarding [redacted]
Kara Whelply [redacted]
Elisabeth Mapes [redacted]
Hannah Carter [redacted]
Logan St. Pierre [redacted]
Shannon Towles - [redacted]
Sammie Auer [redacted]
Aimee Intagliata [redacted]
Haley Wightman [redacted]

[redacted] Rebecca Lundgren
Clara Younger
} did not go out but picked me up and took me to hospital

August 14, 2015

Miss Rondini,

The case that is being investigated by the Tuscaloosa Metro Homicide Unit, in which you were listed as the victim, will be closed. Any items taken in this case as evidence that belongs to you can and will be released to you, after signing a property release form. Any evidence pertaining to this case will be destroyed if not claimed within ten (10) days.

Investigator Adam Jones
Tuscaloosa Metro Homicide Unit
714 ½ Greensboro Ave
Tuscaloosa, AL 35401
(205)464-8690

CONFIDENTIAL

Buzzfeed01952

**UCR Approv**

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

Assigned to: 6356
Date Printed
07/06/15 10:13 AM

| 1 ORI # | | | | | | | | | | 2 Date of Report | 3 Time of Report | ☒ 4 AM ☐ PM ☐ MIL | Type Report: ☐ Incident ☒ Offense ☐ Supplement | 5 Supplement Date | 6 Agency Case Number | | | | | | | | 7 Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | L | 0 | 6 | 3 | 0 | 0 | 0 | 0 | | 07  02  15 | 08 : 29 | | | | 1 | 5 | 0 | 7 | 0 | 2 | 2 | 9 | |

| 8 Agency Name | 9 Sector |
|---|---|
| Tuscaloosa County Sheriff's Office | 2SW |

| 10 Type of Incident or Offense | ☒ Felony ☐ Misdemeanor ☐ Attempted ☒ Completed | 11 Degree | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|---|
| Theft of Property Second Degree (Greater than $500 to $2,500) | | 2 | 2318 | 13A-8-4 |

| 14 Type of Incident or Offense | ☐ Felony ☐ Misdemeanor ☐ Attempted ☒ Completed | 15 Degree | 16 UCR Code | 17 State Code/Local Ordinance |
|---|---|---|---|---|
| Unlawful Breaking and Entering a Vehicle | | | 2305 | 13A-8-11(b) |

**18 Approximate Location of**
█████ Cottondale Al 35453

| 24 Offender Suspected of Using | 26 Gang | 25 Hate Bias | 27 Bias Code |
|---|---|---|---|
| ☒ Alcohol ☐ Drug ☐ Computer Equipment ☐ N/A | ☐ Juvenile Gang ☐ Adult Gang ☒ None/Unknown | ☐ Yes ☒ No | |

**EVENT**

| 29 Point of Entry | 30 Method of Entry | 31 Local Use | 32 Lighting | 33 Weather | 34 Location Type |
|---|---|---|---|---|---|
| ☐ Door ☐ Roof ☐ Window ☐ Other | ☐ Forcible ☐ Attempted Forcible ☒ No Force | | 1 Natural ☐ 2 Moon ☐ 3 Artificial Exterior ☐ 4 Artificial Interior ☐ 5 Unknown | ☐ 1 Clear ☒ 2 Cloudy ☐ 3 Rain ☐ 4 Fog ☐ 5 Snow ☐ 6 Hail ☐ 7 Unknown | ☐ 01 Terminal  ☐ 09 Drug Store  ☐ 17 Liquor Store ☐ 02 Bank  ☐ 10 Field/Woods  ☐ 18 Storage Facility ☐ 03 Bar  ☐ 11 Gov't/Public Building  ☒ 20 Residence/Home ☐ 04 Church  ☐ 12 Supermarket  ☐ 21 Restaurant ☐ 05 Commercial  ☐ 13 Highway/Street  ☐ 22 School/College ☐ 06 Construction  ☐ 14 Hotel/Motel  ☐ 23 Service/Gas Station ☐ 07 Conv Store  ☐ 15 Jail/Prison  ☐ 24 Specialty Store ☐ 08 Dept Store  ☐ 16 Lake/Waterway  ☐ 25 Other/Unknown |

| 35 Occurred from MM/DD/YY | 36 Time of Event | 37 Day of Week | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07  02  15 | 12 : 00 ☒AM ☐PM ☐MIL | S | M | T | W | T | F | S | |

| 38 Occurred to MM/DD/YY | 39 Time of Event | 40 Day of Week | | | | | | | | 41 # Premises Entered (Burglary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 07  02  15 | 08 : 00 ☐AM ☒PM ☐MIL | S | M | T | W | T | F | S | | |

| 42 Type Criminal Activity | ☐ Buying/Receiving ☐ Cultivating/Manu | ☐ Distributing/Selling ☐ Exploiting Children | ☐ Operating/Promoting ☐ Possessing/Concealing | ☐ Transporting/Importing ☐ Using/Consuming | 43 Victim Type | ☐ Individual ☐ Business | ☐ Financial (Bank) ☐ Government | ☐ Religious Org ☐ Society |
|---|---|---|---|---|---|---|---|---|

**PROPERTY**

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description (Enter Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc.) | 48 Dollar Value | | 49 Recovered | |
|---|---|---|---|---|---|---|---|
| | | | | Stolen | Damaged | Date | Value |
| S | 38 | 1.000 | 2012 Ford F 150 | $50.00 | | | |
| S | 20 | 1.000 | 200 dollars | $200.00 | | | |
| S | 09 | 1.000 | credit card | $25.00 | | | |
| S | 13 | 1.000 | ruger 380 with laser | $500.00 | | | |

☐ Continued on Supplement

**Loss Code**
(Enter letter in loss code column)
S Stolen   B Burned
R Recovered   F Forged/
Damaged/   Counterfeited
Destroyed   N None
C Confiscated/
Seized

**Property Code**
(Enter # in property type column)
01 Aircraft
02 Alcohol
03 Autos
04 Bicycles
05 Buses
06 Clothes
07 Computer
08 Consumables
09 Credit Card
10 Drugs
11 Drug Equip
12 Farm Equip
13 Firearms
14 Gambling Equipment
15 Heavy Construction
16 Household Goods
17 Jewelry
18 Livestock
19 Merchandise
20 Money
21 Negotiable Instrument
22 Non-negotiable Instru
23 Office Equipment
24 Other Motor Vehicle
25 Purse/Wallet
26 Radios/TV/VCR
27 Recordings
28 RV's
29 Structure - Single Occupancy Dwelling
30 Structure - Other Dwelling
31 Structure - Other Commercial
32 Structure - Industrial/Manufacturing
33 Structure - Public/Community
34 Structure - Storage
35 Structure - Other
36 Tools - Power/Hand
37 Trucks
38 Vehicle Parts/Accessories
39 Watercraft
40 Other

**VEHICLES**

| 50 Stolen Vehicle Only | Area Stolen ☐ Business ☐ Rural | ☐ Residence | 51 Ownership verified by: ☐ Bill of Sale | ☐ Title ☐ Other | 52 Veh. Categories ☐ Stolen | ☐ Recovered ☐ Suspect's Vehicle | ☐ Victim's Vehicle ☐ Unauthorized Use | ☐ Abandoned |
|---|---|---|---|---|---|---|---|---|

| 53 Vehicle Year | 54 Vehicle Make | 55 Vehicle Model | 56 Number Veh Stolen | 57 Vehicle Description |
|---|---|---|---|---|

| 58 Vehicle Style | 59 Vehicle Color  Top / Bottom | 55 Vehicle Model | 60 License | 61 LST | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|---|

| 64 Vehicle VIN Number | 65 Warrant Signed ☐ Yes ☐ No | Warrant Number |
|---|---|---|

| Motor Vehicle Recovery Only Required For 24XX UCR Code | 66 Stolen in your jurisdiction? ☐ Yes ☐ No   Where? | 67 Recovered in your jurisdiction? ☐ Yes ☐ No   Where? |
|---|---|---|

| 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |
|---|---|---|---|---|---|

**ADMINISTRATION**

| 74 Case Status ☒ 1 Pending ☐ 2 Inactive ☐ 3 Closed | 75 Multiple Cases Closed Listed Above ☐ Multiple Cases Closed Listed On Supplement ☐ | 78 Exceptional Clearance (Check One) ☐ A Suspect/Offender Dead ☐ B Prosecution Declined/Other Prosecution ☐ C Extradition Denied ☐ D Victim Refused to Cooperate ☐ E Juvenile (No Custody) ☐ F Death of Victim | 79 Reporting Officer  Griffin, David | Officer ID Number  6338 |
|---|---|---|---|---|
| 76 Entered NCIC/ACJIC ☐ Yes ☐ No | 77 Case Disposition ☐ Cleared by Arrest (Juv) ☐ Cleared by Arrest (Adult) ☐ Unfounded ☐ Exceptional Clearance ☐ Administratively Cleared | | 80 Assisting Officer  Butler, Rickey | Officer ID Number  6307 |
| NIC #: | | | 81 Supervisor Approval | Officer ID Number |
| AIN #: | | | 82 Watch Commander | Officer ID Number |

Page: 1

ID-065808

CONFIDENTIAL

Buzzfeed01953

**UCR Approv**

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE
DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

Date Printed
07/06/15 10:13 AM

**Incident/Offense**
**Report - Continued**

| 83 Date of Report (MM/DD/YY) | 84 Time of Report | 85 Agency Case Number | Latitude (North) | Longitude (West) | 87 Offender |
|---|---|---|---|---|---|
| 07   02   15 | 08 : 29   ☑AM ☐PM ☐MIL | 1 5 0 7 0 2 2 9 | | | ☐ Suspect ☐ Multiple ☐ Missing Person |

88 Reported By (Last, First, Middle Name)   ☑ Victim Or   89 Suffix  90 ☐ Resident  ☐ Non-Resident   91 Home Phone   92 Work Phone   93 Other Phone

## VICTIM INFORMATION

| 94 Victim # | 93 Victim (Last, First, Middle Name) | 95 Suffix | 97 Address (Street, City, State, Zip) | 98 Home Phone | 99 Work Phone |
|---|---|---|---|---|---|
| 1 | Bunn, Terry Jackson | Jr | Cottondale, Al 35453 | | 100 Other Phone |

| 101 Employer/School | 102 Occupation | 103 Address (Street, City, State, Zip) | 104 Work Phone |
|---|---|---|---|
| St Bunn | General Manager | Tuscaloosa, Al 35401 | 105 Other Phone |

| 106 Sex ☑M ☐F | 107 Race ☑W ☐B ☐A | ☑ English ☐ Spanish ☐ Other | 108 | 109 HGT 6' 00 | 110 WGT 185 | 111 Date of Birth | 112 Age 34 | 113 Victim SSN | 114 Complainant SSN |
|---|---|---|---|---|---|---|---|---|---|

| 115 Multiple Victims | 116 Ethnicity ☐ Hispanic | 117 Injury ☐ Yes | 118 Offender known to victim? ☑ Yes  ☐ No | 119 Victim was? (Explain Relationship.) Acquaintance | 120 Relationship Code |
|---|---|---|---|---|---|
| ☐ LE Officer | ☐ Other | | | | 16 |

| 121 Weapons Used ☐ Firearm ☐ Knife | ☐ Hands, Fist, Feet, Voice, etc. ☐ Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense | ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown |
|---|---|---|---|

| 123 Place of Occurrence Cottondale Al 36453 Cottondale | (Enter exact street address here.) | 124 Type ☑ None  Injury ☐ Broken Bones | ☐ Internal Injury ☐ Severe Laceration | ☐ Minor Injury ☐ Other Major Injury | ☐ Loss of Teeth ☐ Unconscious | 125 Sector 28W |
|---|---|---|---|---|---|---|

| 126 Circumstances (Homicide & Assault) | 128 Assault ☐ Simple ☐ Aggravated | 129 Treatment for Assault? ☐ Yes  ☐ No | 130 Verify for Rape Exam? ☐ Yes  ☐ No | 131 Treatment for Rape? ☐ Yes  ☐ No |
|---|---|---|---|---|
| 127 Location  Rape | | | | |

## SUSPECT INFORMATION

| 132 Off # | 133 Name (Last, First, Middle) | 134 SFX | 135 Alias | 136 Social Security # | 137 Race ☑W ☐B | 138 Sex ☑M ☐F | 139 Date of Birth | 140 Age |
|---|---|---|---|---|---|---|---|---|
| 1 | Rondini, Megan Elizabeth | | | | | | | 20 |

| 141 Address (Street, City, State, Zip) , Tuscaloosa , Al 35404 | 142 HGT 6' 06" | 143 WGT | 144 Ethnicity ☐ Hispanic | 145 Language ☑ English ☐ Spanish ☐ Other |
|---|---|---|---|---|

| 146 Other Information | 147 Eye | 148 Hair | 149 Complexion | 150 Armed ☐ Yes ☐ No |
|---|---|---|---|---|

| 151 Clothing | 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 153 ☐ Arrested ☐ Wanted | ☐ Dual Arrest (Domestic Violence) |
|---|---|---|---|

| 154 Off # | 155 Name (Last, First, Middle) | 156 SFX | 157 Alias | 158 Social Security # | 159 Race ☐W ☐B | 160 Sex ☐M ☐F | 161 Date of Birth | 162 Age |
|---|---|---|---|---|---|---|---|---|

| 163 Address (Street, City, State, Zip) | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic ☐ Other | 167 Language ☐ English ☐ Spanish ☐ Other |
|---|---|---|---|---|

| 168 Other Information | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐ Yes ☐ No |
|---|---|---|---|---|

| 173 Clothing | 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 175 ☐ Arrested ☐ Wanted | ☐ Dual Arrest (Domestic Violence) |
|---|---|---|---|

## WITNESSES

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | Contact Telephone Numbers |
|---|---|---|---|---|---|
| 176 | 177 ☐M ☐F | 178 ☐W ☐B ☐A | 179 | 180 | 181 Home  182 Work  183 Other |
| 184 | 185 ☐M ☐F | 186 ☐W ☐B ☐A | 187 | 188 | 189 Home  190 Work  191 Other |
| 192 | 193 ☐M ☐F | 194 ☐W ☐B ☐A | 195 | 196 | 197 Home  198 Work  199 Other |

| 200 Witness # 1 SSN | 201 Witness # 2 SSN | 202 Witness # 3 SSN |
|---|---|---|

## NARRATIVE

203 Mr Bunn states he saw Megan Rondini walking on University Blvd near Hamner Real Estate. He recognized her and offered her a ride. She ended up spending the night at his house. They were up until at least 1230 am. He woke up about 630 and she was gone. He found a truck key, cash and a credit card was missing from his pants pocket. There was no one else in his room. Mr Bunn also found his pistol was missing from the center console of his car.

☐ Cont in Suppl

| 204 Continued on Supplement ☐ Yes  ☐ No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐ Yes  ☐ No   Warrant # | 209 Add. Cases Closed Narrative ☐ Y  ☐ N |
|---|---|---|---|---|---|

210

I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned.

Signature

211 Local Use
212 State Use

IO-002606

**Page: 2**

CONFIDENTIAL

Bunn 001954



Buzzfeed01955



CONFIDENTIAL

Buzzfeed01956



CONFIDENTIAL

Buzzfeed01957



CONFIDENTIAL

Buzzfeed01958



Buzzfeed01959



Buzzfeed01960

# Scott James Meyer, JD, LL.M

## Attorney at Law - Domestic & International Criminal Defense

1211 28th Street South - Suite #105
Birmingham, AL 35205
scott@scottmeyerlaw.com
1.205.208.1823

Tuscaloosa Police Department
Attn: Officer Adam Jones, Investigator
3801 Trevor S Phillips Ave.
Tuscaloosa, AL 35401

*Re: Ms. Megan Rondini*

Dear Mr. Jones:

I'd like to reiterate the intentions of Ms. Rondini and myself
to fully and completely cooperate in your ongoing
investigation against TJ Bunn Jr and/or meet with you to wrap
up whatever remaining issues are outstanding on the same.
We'd be very glad to make ourselves available to you at your
offices or mine when mutually convenient. Please communicate
in advance with me on any re lated issues.

When we last spoke you mentioned my meeting with the DA and/or
City Attorney. Please let me know if this meeting is going to
happen. Thank you kindly for your time and I look forward to
our future correspondence.

Sincerely yours,

Scott James Meyer, Esq.

Buzzfeed01961

# Scott James Meyer, JD, LL.M

## Attorney at Law - Domestic & International Criminal Defense

1211 28th Street South - Suite #105
Birmingham, AL 35205
scott@scottmeyerlaw.com
1.205.208.1823

Tuscaloosa Police Department
Attn: Officer Adam Jones, Investigator
3801 Trevor S Phillips Ave.
Tuscaloosa, AL 35401

*Re: Victim Ms. Megan Rondini*

Dear Mr. Jones:

Please let this letter serve as a reminder to preserve and communicate to me any and all evidence including the rape kit results, photos and videos and all other evidence regarding the reported incident of which you are aware.  Please coordinate with your colleagues at the Forensic Sciences Department.

Thank you kindly for your cooperation.

Sincerely yours,

Scott James Meyer, Esq.

Buzzfeed01962

# SCOTT JAMES MEYER, JD, LL.M

Tuscaloosa Police Department
Attn: Officer Adam Jones, Investigator
3801 Trevor S Phillips Ave.
Tuscaloosa, AL 35401

Dear Mr. Jones:

Greetings.  Please note that my firm has been hired by the
Rondini family to represent the interest of Ms. Megan Rondini,
whom I have been made to understand is a person that you would
like to speak with regarding a recent situation.  Ms. Rondini
and myself would be most pleased to fully and completely
cooperate in your ongoing investigation.  We'd be very glad to
make ourselves available to you at your offices or mine when
mutually convenient.  Please communicate in advance with me on
any related issues so that I may best assist Ms. Rondini in
regards to her obligations and expectations with you at this
stage.  If this matter is closed at this time, would you please
communicate the same?  Thank you kindly for your time and I look
forward to our future correspondence.

Sincerely yours,

Scott James Meyer, Esq.

Buzzfeed01963

**714 1/2 Greensboro Avenue**
**Tuscaloosa, AL 35401**
**Phone**

| Date/Time Printed: | 8/21/2015 10:42:11 AM | User: | Risner, Tanya | Unit ID: | Tuscaloosa County Sheriff's Office |
|---|---|---|---|---|---|

## Custody Receipt

| Transaction Type: | Check In | | New Item Status: | Checked In |
|---|---|---|---|---|

| Case #: | 20150702471 | Type: | Special Inquiry | Offense Date: | 7/2/2015 |
|---|---|---|---|---|---|

| 1 | Item ID: | 3 |
|---|---|---|
| | Category: | Clothing |
| | Description: | Item 4 Clothing, Victims |
| | Facility: | Tuscaloosa County Sheriff's Office |
| | Location: | Tuscaloosa County Sheriff's Office => Evidence Room => 2015 => F70 |

| 2 | Item ID: | 7 |
|---|---|---|
| | Category: | Clothing |
| | Description: | Item 6 Clothing and Shoes, Victims |
| | Facility: | Tuscaloosa County Sheriff's Office |
| | Location: | Tuscaloosa County Sheriff's Office => Evidence Room => 2015 => F70 |

**From**   1536 - Jones, Adam

**Signature:** _____   **Date:** 8-21-15

**To**   Tanya Risner

**Signature:** _____   **Date:** _____

CONFIDENTIAL

**714 1/2 Greensboro Avenue**
**Tuscaloosa, AL 35401**
**Phone**

| Date/Time Printed: | 8/21/2015 9:00:43 AM | User: | Risner, Tanya | Unit ID: Tuscaloosa County Sheriff's Office |
|---|---|---|---|---|

## Disposition Receipt

| Case #: | 20150702471 | **Type:** | Special Inquiry | **Date:** | 7/2/2015 |
|---|---|---|---|---|---|

| 1 | **Item ID:** | 3 |
|---|---|---|
| | **Description:** | Item 4 Clothing, Victims |
| | **Facility:** | Tuscaloosa County Sheriff's Office |
| | **Location:** | Tuscaloosa County Sheriff's Office => Evidence Room => 2015 => F70 |

| **Disposition:** | release | **Disposition Code:** | |
|---|---|---|---|

| 2 | **Item ID:** | 7 |
|---|---|---|
| | **Description:** | Item 6 Clothing and Shoes, Victims |
| | **Facility:** | Tuscaloosa County Sheriff's Office |
| | **Location:** | Tuscaloosa County Sheriff's Office => Evidence Room => 2015 => F70 |

| **Disposition:** | release | **Disposition Code:** | |
|---|---|---|---|

Officer's Signature: _____   Date: _8-21-15_

CONFIDENTIAL

Buzzfeed01965

# *Tuscaloosa County Metro Domestic Violence Unit*

714 1/2 Greensboro Avenue, Tuscaloosa, Alabama 35401



**RON ABERNATHY**
**SHERIFF**



**STEVE ANDERSON**
**CHIEF OF POLICE**



**GERALD BURTON**
**CHIEF OF POLICE**



**JOHN HOOKS**
**CHIEF OF POLICE**

Date: July 14, 2016

Victim: Jessica Laneice Ruffin
Case Number: 160630094

You recently filled out an Incident/Offense report in reference to a Domestic Incident or a Domestic Violence Offense in which you were the listed victim. I have been assigned your case but I have not been able to contact you by phone.

If you reported an Offense and would like to pursue criminal charges in your case, or if you reported an Incident and need assistance from this office, please contact me as soon as possible at the number below. It is important that I hear from you so that I may fully assist you with your case.

If for some reason you do not contact this office within 10 days, I will assume that you do not wish to pursue charges in this case or that you do not need further assistance from this office. The case will then be closed and any evidence or property held by this office not claimed by you (or the property owner) will be destroyed.

If an arrest was made in your case by the patrol officers who responded to the original call, you may be called as a witness by the District Attorney's Office.

Investigator  JONES, JASON
Tuscaloosa Metro Domestic Violence Unit
714 1/2 Greensboro Avenue
Tuscaloosa, Alabama 35401
(205) 464-8642

CONFIDENTIAL

Buzzfeed01966