FILED

2021 Sep-15  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 64

Terry Carroll                                    1/19/2021

```
                                              Page 1

        IN THE UNITED STATES DISTRICT COURT FOR

           THE NORTHERN DISTRICT OF ALABAMA

                   WESTERN DIVISION


    CASE NUMBER

    7:19-cv-00403-RDP


    ADAM JONES and JOSHUA HASTINGS,

                 Plaintiff(s),

    vs.

    BUZZFEED, INC., BUZZFEED NEWS, BEN SMITH,

    and KATIE J.M. BAKER,

                 Defendant(s).


      VIDEO AND ZOOM DEPOSITION TESTIMONY OF:

                  TERRY CARROLL


    JANUARY 19, 2021

    12:02 p.m.

    COURT REPORTER:

    NANCY W. PANNELL, CCR

    The reading and signing of this deposition

    has NOT been waived
```

Terry Carroll                                    1/19/2021

```
                                              Page 2

     1                TERRY CARROLL

     2          INSTRUCTIONS TO THE WITNESS

     3

     4               Please read your deposition

     5   over carefully before you sign it.  You

     6   should make all your changes on the

     7   attached errata sheet.

     8               After making any changes

     9   which you have noted on the attached

    10   errata sheet, sign your name on the

    11   Deponent's Certificate and date it.  You

    12   are signing it subject to the changes you

    13   have made on the errata sheet, which will

    14   be attached to the deposition.

    15               Return the attached errata

    16   sheet and Deponent's Certificate to

    17   Birmingham Reporting, 3710 4th Avenue

    18   South, Birmingham, Alabama 35222.

    19               According to the Rules of

    20   Civil Procedure, you will have thirty (30)

    21   days from the date you receive this

    22   deposition in which to read it, sign it,

    23   and return the errata sheet and Deponent's
```

Terry Carroll                                    1/19/2021

```
                                              Page 3

     1   Certificate to the above office.  If you

     2   fail to do so, you automatically waive

     3   your right to make any corrections to your

     4   deposition.

     5

     6

     7

     8

     9

    10

    11

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23
```

Terry Carroll                                    1/19/2021

```
                                              Page 4

     1              ERRATA SHEET

     2   PAGE  LINE   EXPLANATION

     3   _____

     4   _____

     5   _____

     6   _____

     7   _____

     8   _____

     9   _____

    10   _____

    11   _____

    12   _____

    13   _____

    14   _____

    15   _____

    16   _____

    17   _____

    18   _____

    19   _____

    20   _____

    21   _____

    22   _____

    23
```

Terry Carroll                                                    1/19/2021

```
                                              Page 5
1              DEPONENT'S CERTIFICATE

2

3                  I, TERRY CARROLL, the

4    witness herein, have read the transcript

5    of my testimony and the same is true and

6    correct, to the best of my knowledge.  Any

7    corrections and/or additions, if any, are

8    listed separately.

9

10   _____

11                  TERRY CARROLL

12

13   _____

14   DATE

15

16                  Sworn to and subscribed

17   before me, this the ____ day of

18   _____, 2021, to certify my hand

19   and seal of office.

20

21

22   _____
                    NOTARY PUBLIC
23
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Terry Carroll                                                    1/19/2021

```
                                              Page 6
1              S T I P U L A T I O N

2                  IT IS STIPULATED AND AGREED

3    by and between the parties through their

4    respective counsel that the VIDEO AND ZOOM

5    DEPOSITION of TERRY CARROLL may be taken

6    before Nancy W. Pannell, Certified

7    Shorthand Reporter and Notary Public,

8    State at Large, at the offices of

9    Birmingham Reporting Service, WorkSouth

10   Tuscaloosa, 1490 Northbank Parkway, Suite

11   200, Conference Room 252, Tuscaloosa,

12   Alabama, on JANUARY 19, 2021, commencing

13   at approximately 12:02 p.m.

14                  IT IS FURTHER STIPULATED AND

15   AGREED that the signature to and the

16   reading of the deposition by the witness

17   IS NOT waived, the deposition to have the

18   same force and effect as if full

19   compliance had been had with all laws and

20   rules of Court relating to the taking of

21   depositions.

22                  IT IS FURTHER STIPULATED AND

23   AGREED that it shall not be necessary for
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Terry Carroll                                                    1/19/2021

```
                                              Page 7
1    any objections to be made by counsel to

2    any questions, except as to form or

3    leading questions, and that counsel for

4    the parties may make objections and assign

5    grounds at the time of trial or at the

6    time said deposition is offered in

7    evidence, or prior thereto.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Terry Carroll                                                    1/19/2021

```
                                              Page 8
1                  I N D E X

2

3        EXAMINATION BY:              PAGE NO.

4    MS. BOLGER                         13

5    CERTIFICATE                        68

6

7

8              INDEX OF EXHIBITS

9

10       PREVIOUSLY MARKED DEFENDANT'S EXHIBITS

11       REFERENCED AND ATTACHED

12   2     Homicide Unity Felony           43

13         Packet

14   16    Timeline of Rondini Case,       19

15         Page 1-146

16

17

18       DEFENDANT'S EXHIBITS:         PAGE NO.

19   43    Police Interview of TJ Bunn     35

20   44    Police Interview of Jason       52

21         Barksdale

22

23
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 9

```
 1         A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF(S):
 4         MR. BOBBY H. COCKRELL, JR.
 5         MR. G. SCOTCH RITCHEY, JR.
 6         COCKRELL, COCKRELL, TOWNSEND &
 7         RITCHEY, LLP
 8         1409 UNIVERSITY BOULEVARD
 9         TUSCALOOSA, ALABAMA 35401
10
11   FOR THE DEFENDANT(S): (Via Zoom)
12         MS. KATHERINE M. BOLGER
13         DAVIS, WRIGHT, TREMAINE, LLP
14         1251 AVENUE OF THE AMERICAS
15         21ST FLOOR
16         NEW YORK, NEW YORK, 10020-1104
17
18   FOR THE WITNESS TERRY CARROLL:
19         MR. JOEL E. DILLARD
20         DILLARD, MCKNIGHT, JAMES
21           & MCELROY, LLP
22         2700 US-280
23         SUITE 110 EAST
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 10

```
 1           BIRMINGHAM, ALABAMA 35223
 2
 3
 4   ALSO PRESENT:
 5         Allen Eaves, videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 11

```
 1              I, Nancy W. Pannell, a
 2   Certified Shorthand Reporter of
 3   Birmingham, Alabama, and a Notary Public
 4   for the State of Alabama at Large, acting
 5   as Commissioner, certify that on this
 6   date, pursuant to the Federal Rules of
 7   Civil Procedure and the foregoing
 8   stipulation of counsel, there came before
 9   me at the offices of Birmingham Reporting
10   Service, WorkSouth Tuscaloosa, 1490
11   Northbank Parkway, Suite 200, Conference
12   Room 252, Tuscaloosa, Alabama, commencing
13   at approximately 12:02 p.m. on JANUARY 19,
14   2021, TERRY CARROLL, witness in the above
15   cause, for oral examination, whereupon the
16   following proceedings were had:
17
18
19              VIDEOGRAPHER:  We are now on
20   the record.  This is the video deposition
21   of Terry Carroll, Case Number
22   7:19-cv-00403-RDP in the United States
23   District Court for the Northern District
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 12

```
 1   of Alabama Western Division.
 2              Today's date is January
 3   19th, 2021.  The time is 12:02 p.m.
 4              Would counsel introduce
 5   yourself into the record, after which the
 6   court reporter will swear in the witness.
 7              MS. BOLGER:  Good afternoon,
 8   everybody.  Kate Bolger from Davis,
 9   Wright, Tremaine on behalf of the
10   defendants.
11              MR. DILLARD:  Joel Dillard
12   for the deponent.
13              MR. COCKRELL:  Bob Cockrell
14   for the plaintiff.
15              MR. RITCHEY:  Scotch Ritchey
16   for the plaintiffs.
17              TERRY CARROLL,
18   having been first duly sworn, was examined
19   and testified as follows:
20              COURT REPORTER:  Thank you.
21   Usual stipulations?
22              MR. DILLARD:  Yes, except he
23   would like to read and sign.
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 13

```
 1              MR. COCKRELL:  Yes.
 2              EXAMINATION
 3   BY MS. BOLGER:
 4     Q.      Hi there, Mr. Carroll, my name is
 5   Kate Bolger, and I represent the
 6   defendants in this action, as I said, and
 7   I represent the defendants in this action,
 8   as I said.
 9              And I understand from a newspaper
10   article that you are retired, so is it
11   okay if I call you Mr. Carroll rather than
12   investigator?
13     A.      Oh, yeah, absolutely.  I would
14   rather you did.
15     Q.      Great.  Well, thank you so much
16   for coming in today.
17              Have you ever been deposed before?
18     A.      Yes.
19     Q.      In what circumstance?
20     A.      Couple of different cases that
21   I've worked in the past.  One on a child
22   abuse and I can't remember what the other
23   one was, but yes.
```

Page 14

```
 1     Q.      Were any of those depositions
 2   related to allegations made by or against
 3   Megan Rondini?
 4     A.      Oh, no, no.
 5     Q.      Okay.  Well, if you've done this
 6   before, you probably know the rules, but
 7   I'll go over them again.
 8              It's a very strange process.  I
 9   ask questions.  You give me answers.
10   Mr. Dillard or Mr. Cockrell can object at
11   any time.  Unless Mr. Dillard tells you
12   not to answer, then you can go ahead and
13   answer the question.
14              I tend to talk pretty quickly and
15   I'm sorry about that.  If I'm talking too
16   quickly, you can just go ahead and ask me
17   to slow down and I'll be happy to do that.
18              You should give your answers
19   orally because Nancy, already stretched
20   from having to take down what I say, needs
21   you to give a yes or no answer to put down
22   on the transcript.
23              And I don't want you to guess or
```

Page 15

```
 1   speculate.  I want to know your best
 2   memory, and I don't know is a perfectly
 3   acceptable answer.
 4              Did you do anything to prepare for
 5   today's deposition?
 6     A.      No.
 7     Q.      You didn't meet with Mr. Dillard
 8   or anything?
 9     A.      Well, I did do that, yes, yes, but
10   other than that, no, sorry.
11     Q.      For how long did you meet with
12   Mr. Dillard?
13     A.      Probably for about 20, 25 minutes
14   at the most I think.
15     Q.      Did you see any documents when you
16   met with Mr. Dillard?
17     A.      No, I did not.
18     Q.      Other than Mr. Dillard, have you
19   spoken to anybody else about your
20   testimony today?
21     A.      No.
22     Q.      Terrific.  So I know, as I said,
23   from a newspaper article, that you are
```

Page 16

```
 1   relatively a recent retiree of the
 2   Northport Police Department; is that
 3   right?
 4     A.      That's correct, yes.
 5     Q.      And when did you retire?
 6     A.      I retired May of 2019.
 7     Q.      Do you currently work or are you
 8   enjoying retirement?
 9     A.      I'm enjoying retirement, and I'm
10   working part time.  I work at the
11   Tuscaloosa County Courthouse just doing
12   security there for about three days a
13   week, so.
14     Q.      And at the time you retired from
15   the Northport Police Department how long
16   had you been there?
17     A.      About 27, 28 years.
18     Q.      Did you retire because 27,
19   28 years is a long time to be in the
20   police department or was there some other
21   reason?
22     A.      No, I retired because I turned 60
23   and I just figured that when I found out I
```

Page 17

```
 1   could retire at 60 and I had my time in, I
 2   figured it was time to go, so.
 3   Q.     And during -- at some point during
 4   your time in the Northport Police
 5   Department you were assigned to the
 6   Tuscaloosa, what was once called the
 7   Tuscaloosa Homicide Unit and then became
 8   the Tuscaloosa Violent Crime Unit; right?
 9   A.     That's correct, yes.
10   Q.     And when was that?
11   A.     I went in there I believe it was
12   June of 2008 and came out sometime in 2018
13   I think.  I was in there about ten years.
14   Q.     And why did you leave the Homicide
15   Unit?
16   A.     Well, I was getting closer to
17   retirement and I didn't want my cases --
18   to keep having to go to trial on cases and
19   stuff so I kind of wanted them to
20   hopefully filter out before I retired,
21   that way I wouldn't have to come back to
22   court.
23   Q.     Okay.  And were you -- you were
```

Page 18

```
 1   then in the Homicide Unit in July of 2015;
 2   right?
 3   A.     Yes.
 4   Q.     And what was your title there?
 5   A.     I was an investigator.
 6   Q.     And in 2015 you worked with Josh
 7   Hastings; right?
 8   A.     Yeah, among several, yes.
 9   Q.     And is he a friend of yours?
10   A.     He is, he is, yes.
11   Q.     He's quoted in that article about
12   your retirement; right?
13   A.     He is.
14   Q.     And were you ever partners?
15   A.     We were partners.
16   Q.     When were you partners?
17   A.     That I don't remember because I
18   had several different partners throughout
19   my time, and I would be telling you wrong
20   because I really don't have a clue on
21   that.
22   Q.     Well, that's great.  As I told
23   you, I don't want you to speculate, so
```

Page 19

```
 1   thank you very much for that.
 2          I'm going to ask Nancy, who is my
 3   hands in this deposition, to hand you the
 4   document that was marked as Exhibit 16 in
 5   a previous deposition, which is for Bob
 6   and Joel's point of view the production by
 7   the Tuscaloosa Sheriff's Office, the
 8   second production, and I'm going to ask
 9   you to turn to page 24 once you get it.
10          (Whereupon, a document that was
11          previously marked as Defendant's
12          Exhibit No. 16 was referenced and
13          is attached to the original
14          transcript.)
15   Q.     So you should be looking at a
16   document that says on the top Tuscaloosa
17   Violent Crimes Unit Standard Operating
18   Procedure Number One?
19   A.     Hang on.  Okay.
20   Q.     Have you seen these standard
21   operating procedures before?
22   A.     I haven't seen this particular one
23   because it says Tuscaloosa Violent Crimes
```

Page 20

```
 1   Unit.  The one that I had was the
 2   Tuscaloosa County Homicide Unit.
 3   Q.     Okay.  If you want to take a look
 4   at the substance, in substance does it
 5   seem similar to what you had in the
 6   Homicide Unit?
 7   A.     Yeah, it does.
 8   Q.     And what was -- what is this
 9   document?
10   A.     This is just the SOP for the unit,
11   you know, basically the procedures and
12   everything that they go by when they --
13   when we, you know, investigate crimes and
14   things like that and how their unit is
15   structured.
16   Q.     And when you were working at the
17   Tuscaloosa Sheriff's Office in the violent
18   crimes -- I'm sorry, you weren't at the
19   sheriff's office, I apologize.
20          When you were working in the
21   Tuscaloosa Homicide Unit, had you reviewed
22   these standard operating procedures?
23   A.     Yeah, I had read them before.
```

Page 21

```
1              MR. DILLARD:  Sorry to
2    interrupt, Kate, I'm going to try to hold
3    it to a minimum.  I think he said
4    Northport, not Tuscaloosa.
5              MS. BOLGER:  Yeah, I
6    corrected myself.  But he was in the
7    Tuscaloosa Homicide Unit.
8              MR. DILLARD:  Okay, I got
9    you.  Thank you.
10   A.      Yes, I had read them.
11   Q.      (By Ms. Bolger) Sorry, go ahead.
12   A.      No, I had read them before.
13   Q.      And you governed yourself
14   according to these procedures?
15   A.      That's correct, yes.
16   Q.      When you were in the Homicide Unit
17   did you have any training focused on
18   investigating sexual assault allegations?
19   A.      Yes.
20   Q.      What training had you had?
21   A.      I really don't -- I honestly don't
22   remember what all I had had.  I had been
23   to some schools, plus I did five years in
```

Page 22

```
1    the -- it was the Tuscaloosa Juvenile
2    Division, which we investigated
3    misdemeanor crimes, but we also
4    investigated child abuse and sexual abuse
5    of children.
6              And I had some training in there
7    as well, so -- but I couldn't tell you
8    what specifically I had, so.
9    Q.      Okay.  You used the word schools.
10   What do you mean by schools?
11   A.      Well, when I say schools, I'm
12   talking a three-day conference or a
13   week-long conference or something like
14   that.
15   Q.      And you had been to a school
16   specifically about sexual assault
17   investigations?
18   A.      Yes.
19   Q.      Do you remember anything about
20   that?
21   A.      Not really, no.
22   Q.      How many times did you go to a
23   school about sexual assaults?
```

Page 23

```
1    A.      Oh, maybe once or twice, twice at
2    probably the most.  I'll be honest with
3    you.  I'm not absolutely sure on that.
4    Q.      Do you remember anything about
5    that training?
6    A.      I mean, I remember -- I mean, I
7    just remember how to investigate it.
8    Other than that, I mean, I don't know what
9    specifically you want me to remember.
10   Q.      Do you remember where it was or
11   what the deposition was --
12   A.      Oh, no, no.  The only school I
13   remember where it was was the homicide
14   school, which was in Pigeon Forge.
15   Q.      Okay, great.
16           I don't know where that is, but I
17   will look forward to figuring that out.
18   Did there come a time when you came to
19   learn that a woman named Megan Rondini was
20   making allegations that she had been
21   sexually assaulted by a man named
22   T. J. Bunn?
23   A.      I knew that someone was making
```

Page 24

```
1    allegations.  When I got called I just was
2    told to respond to the scene.
3    Q.      Okay.
4    A.      We're not told who's making the
5    allegations or anything like that and
6    honestly I didn't even know who the -- you
7    know, who the people were at the scene,
8    so.
9    Q.      Okay.  Can you tell me what that
10   initial telephone call or the radio call,
11   whatever it was, will you tell me what
12   that call was?
13   A.      I believe I was on my way into
14   work and I was just -- we had what they
15   call Southern LINCs, like a walkie-talkie
16   thing, and was just told to respond to
17   this particular address I believe in
18   Cottondale and on a -- probably said an
19   alleged sexual assault, but that's
20   probably all I remember.
21   Q.      Do you remember whether the name
22   of either the alleged perpetrator or the
23   alleged victim were used on that initial
```

Case 7:19-cv-00403-RDP   Document 63-64   Filed 09/15/21   Page 8 of 29

Page 25

1   call?
2   A.      No, no, no.
3   Q.      And what was the -- what were the
4   instructions you were given?
5   A.      I was just told to respond to the
6   scene and there was a sergeant on the
7   scene, and basically he told me what to do
8   from that point.
9   Q.      Okay.  Well, that's my next
10  question.  When you got there who do you
11  remember was at the scene?
12  A.      There was Sergeant Jeremy Franks,
13  Investigator Adam Jones, and Investigator
14  Josh Hastings.
15  Q.      And when you arrived at the scene
16  did someone brief you on what was
17  happening?
18  A.      I'm sure they did.  Honestly, I
19  couldn't -- I mean, yeah, I'm sure they
20  did.
21          There was some kind of allegations
22  but that's, you know, all I know.  I mean
23  -- let me, and I'm sure you know this, but

Page 26

1   typically when we respond to a call like
2   that, if we're not the primary team, then
3   we're just -- we're there to assist them
4   in any way we can, okay.  So that's kind
5   of what I was there for.
6   Q.      Okay.  I understand you weren't
7   the primary.  Who was the primary?
8   A.      I believe Adam and Josh were the
9   primary --
10  Q.      Did you know that at the time or
11  have you now come to know that?
12  A.      No, no, I knew that at the time.
13  I believe they were partners at the time.
14  I believe, but I'm not sure.
15  Q.      So I understand you were there to
16  assist, but did someone tell you sort of,
17  hey, here's what's happening when you
18  arrived?
19  A.      Yeah, Sergeant Franks did, yeah.
20  Q.      And do you remember what Sergeant
21  Franks told you?
22  A.      No, not really.  He just said that
23  -- he just kind of told me I guess kind of

Page 27

1   a little synopsis that the -- let me see,
2   that there was a girl involved and she had
3   accused this guy of sexually assaulting
4   her at the residence there, and that the
5   guy was still there along with another guy
6   and that's pretty much what I knew.
7   Q.      And did he tell you that the guy
8   was named T. J. Bunn?
9   A.      I don't think he told me that.  It
10  really wouldn't have mattered what he
11  would have told me because I didn't know
12  T. J. Bunn, so.
13  Q.      Had you heard of the Bunn family
14  before?
15  A.      I've heard of the Bunn family, but
16  I didn't -- you know, I guess I didn't put
17  two and two together with it, and it
18  didn't really matter honestly, so.
19  Q.      So when you got there had you read
20  the police report, or the incident report
21  is what you guys call it or the offense
22  report.
23          I'm sorry, it's the incident

Page 28

1   offense report.  Had you read an incident
2   or offense report related to the
3   allegations before you got there?
4   A.      No.
5   Q.      Did you talk to anybody about the
6   allegations on the way to the scene?
7   A.      No.
8   Q.      Do you remember what time you got
9   there?
10  A.      No.
11  Q.      Okay.  I can tell you from looking
12  at documents that it was at 7:50 in the
13  morning.  Does that sound about right?
14  A.      If you say so.  I honestly
15  couldn't tell you.
16  Q.      Do you have any reason to think
17  that's wrong?
18  A.      No, not at all.
19  Q.      When you got there did
20  anybody at the scene -- Sergeant Franks
21  you said is the person you were talking
22  to.
23          Did he tell you that T. J. Bunn or

Case 7:19-cv-00403-RDP   Document 63-64   Filed 09/15/21   Page 9 of 29

Page 29

```
1    that the accused perpetrator had first
2    lied to Investigator Hastings when
3    Investigator Hastings asked him if anyone
4    had been with him the night before?
5    A.     No.
6    Q.     Did Sergeant Franks -- did you
7    ever come to learn that?
8    A.     Actually, no.  That's the first
9    time I've heard that.
10   Q.     Did you ever learn that while
11   Investigator Hastings was talking to
12   Mr. Bunn, he closed a window that sort of
13   had been opened by Megan Rondini?
14   A.     No.
15   Q.     Did you know at the time after you
16   had arrived there, in fact, Investigator
17   Jones and Hastings had been there and
18   talked to Mr. Bunn, left the scene, and
19   then come back?
20   A.     No, I don't think I knew that.
21   Q.     So do you remember did Sergeant
22   Franks tell you what to do to assist once
23   you got there?
```

Page 30

```
1    A.     Yes, yes, he did.
2    Q.     What did he tell you to do?
3    A.     He told me to take an audio
4    interview of Mr. Bunn and the other
5    gentleman, whatever his name is.
6    Q.     Does the name Barksdale ring a
7    bell?
8    A.     Yes.
9    Q.     Did you do that right away?
10   A.     I did.  I put each one of them in
11   my car, you know, separately, of course,
12   and did an audio interview with them.
13   Q.     At the time you had that
14   meeting -- let's focus on just Mr. Bunn.
15          At the time you had that first
16   interview with Mr. Bunn, did you know that
17   Hastings had already spoken to him?
18   A.     No, I don't believe so.
19   Q.     Is it unusual for a new
20   investigator to take over interviewing an
21   alleged perpetrator or was that something
22   that had happened before?
23   A.     Well, I wouldn't say -- I mean,
```

Page 31

```
1    when you say new investigator, I mean like
2    I said, we came to assist.
3           If Investigator Hastings is doing
4    something else or Investigator Jones is
5    doing something else, then somebody else
6    will do the initial thing.
7           And I'll be perfectly honest with
8    you, I didn't even remember interviewing
9    Mr. Bunn until way later, so.
10          I remembered Mr. Barksdale.  I
11   remember interviewing him but that's
12   pretty much the extent of it, so.
13   Q.     What happened to cause you to
14   remember that you interviewed Mr. Bunn?
15   A.     Apparently something was being
16   played on the radio, I guess the interview
17   that I did with him, the audio interview.
18          And some of the guys called and
19   said you're on the radio.  And I said for
20   what.  And they said you're interviewing
21   T. J. Bunn.  I said I didn't interview
22   T. J. Bunn.
23          And they said well, you're on the
```

Page 32

```
1    radio, this is your voice, and I promise
2    you you're interviewing him, so that's how
3    I come to remember I interviewed him, so.
4    Q.     Okay.
5    A.     So.
6    Q.     That's a little otherworldly.
7    Before you interviewed Mr. Bunn did you go
8    into the Bunn residence?
9    A.     Not at that time, no.
10   Q.     Okay.  Well, perhaps you have
11   already answered this question, but what
12   do you remember about your interview with
13   Bunn?
14   A.     I can tell you what -- I can tell
15   you what I think he said, but, you know, I
16   honestly couldn't tell you -- I mean, I
17   can tell you what I remember about the
18   case and I can't tell you for sure if
19   that's what Mr. Bunn told me -- it's
20   either Mr. Bunn and Mr. Barksdale, which
21   both of their stories were pretty similar
22   to me, so.
23   Q.     Okay.  Well, what can you remember
```

Page 33

1    then about what you know about the case?
2    A.     I remember they said that they
3    were at a bar and they left the bar.  I
4    don't remember which bar.
5            And they saw a girl walking.  And
6    they asked her if she needed a ride, and
7    they were going to give her a ride home.
8            And she said -- she said yes, I
9    guess.  And so she gets in the vehicle
10   with them.  They take her to her house or
11   to her apartment, and then she wants to go
12   with them.
13           And they ended up taking her to
14   the house.  I remember -- I think they
15   said that Mr. -- I believe Mr. Bunn said
16   he had sex with her and then he passed
17   out, and after that that's pretty much it.
18           And Mr. Barksdale, of course, he
19   didn't know that part.  All he knew was
20   that -- he told the same story, except him
21   -- you know, he went into his room and
22   went to bed and Mr. Bunn and the girl went
23   into another room.

Page 34

1    Q.     Okay.  When you interviewed
2    Mr. Bunn -- well, I guess what's your
3    normal process for interviewing -- what
4    was your normal process for interviewing
5    the witness?  Do you wear a recorder?  Do
6    you take notes?  What was your normal
7    process?
8    A.     Well, we had a voice recorder
9    then.  I mean, normally we'll take them to
10   the office where we can do an audio and
11   video of it, which I'm assuming was done.
12           I don't know that for sure, but
13   I'm assuming it was.  I didn't do it, but
14   that's typically -- and then sometimes
15   we'll do one on the scene, but we try to
16   audio, you know, do an audio of it, so,
17   you know, we have some kind of record of
18   it.
19   Q.     And you say you typically take
20   them to the police office.  Is that on the
21   day of the alleged offense?
22   A.     Usually, yes.
23   Q.     I'm going to ask Nancy to hand

Page 35

1    you, it's BB, and you were right, you
2    should have marked it, Nancy, I'm sorry,
3    so this will be Exhibit 43.  And it's
4    what's BB in the file, Nancy.
5            COURT REPORTER:  Okay.
6            (Whereupon, a document was marked
7            as Defendant's Exhibit No. 43 and
8            is attached to the original
9            transcript.)
10           MS. BOLGER:  And while the
11   witness takes a look at it and anybody
12   else in the room who wants to, for the
13   record this is a document which was
14   produced in the wrongful death lawsuit
15   involving Rondini and the Tuscaloosa
16   Sheriff's Office and other individuals.
17           And the cover page describes
18   this as the police interview of
19   T. J. Bunn, Jr., done on July 2nd, 2015,
20   at 8:37 a.m.
21           Joel and Bob, are you guys
22   with me?
23           MR. DILLARD:  I am so far.

Page 36

1    Thank you, Kate.
2            MR. COCKRELL:  Me, too.
3    Q.     (By Ms. Bolger) Great.  So,
4    Mr. Carroll, I'm just going to ask you to
5    take a look at and answer the simple
6    question, which is is this a transcript of
7    your interview with T. J. Bunn on the
8    morning of July 2nd?
9    A.     Okay, okay.
10           She's muted.
11   Q.     Sorry, I was muted.
12           Is that the transcript of your
13   interview with Mr. Bunn?
14   A.     I guess so.
15   Q.     Okay.
16   A.     If you tell me it is, it is.
17   Q.     Do you have any reason to doubt
18   it?
19   A.     No.
20   Q.     Okay.  If you will turn to the
21   second page of the exhibit, which actually
22   has a number two on the upper right-hand
23   corner.

Page 37

1    A.      Okay.

2    Q.      The first sentence that you speak

3    is officer, this is continuing the

4    conversation with Terry Bunn.

5            Do you see that?

6    A.      I do.

7    Q.      Okay.  Do you remember what the

8    first part of the conversation was with

9    Terry Bunn?

10   A.      I have no idea.  I didn't remember

11   saying that, so no, I couldn't tell you.

12   Q.      Okay.  As you sit here do you know

13   whether it was a substantive conversation

14   with Mr. Bunn?

15   A.      I would think not, no.  I mean, we

16   try to put everything that's related to

17   the case or anything like that on audio,

18   but I honestly -- and I didn't remember

19   that.

20           So I didn't remember talking to

21   him before he got in the car, and I

22   honestly didn't remember talking to him

23   after I left there apparently, so.

Page 38

1    Q.      Okay.  I can only ask what you

2    remember.

3            Okay.  If you turn to page 4 of

4    the exhibit, the top of page 4 he's in the

5    middle of describing the night to you, and

6    the last sentence of the paragraph reads,

7    and after I went to sleep apparently she

8    decided to take my money and take my car

9    key and leave.

10           Do you see that?

11   A.      I do see that.

12   Q.      Before he told you that, had

13   anybody, Sergeant Franks or anybody else,

14   told you that Mr. Bunn was saying that

15   Ms. Rondini stole his money or his keys?

16   A.      Not that I remember.  If they did,

17   I honestly don't remember.

18   Q.      And do you remember following up

19   on this at all?

20   A.      I didn't follow up on it, no.

21   Q.      Do you remember telling someone

22   that he said that?

23   A.      Now, I could have done that.  But

Page 39

1    I don't remember it to be perfectly

2    honest.

3    Q.      As far as I look at the record,

4    and I could be wrong, this seems to be the

5    first time Mr. Bunn said that.  I wondered

6    if that was consistent with your memory.

7    A.      Well, I mean honestly, I don't

8    remember.  Like I said, and I'm sure I

9    probably would have, but I honestly

10   couldn't tell you that I did or that I

11   didn't, so.

12   Q.      Okay.  Will you turn to page 6?

13   So Mr. Bunn says, right, and looking here

14   at the phone, just trying to look and to

15   see if I called anybody about that time

16   and to give you a specific time,

17   apparently I did not use my phone that

18   hate at night, but.

19           Do you see that?

20   A.      I do.

21   Q.      Did you ever ask to see Mr. Bunn's

22   phone?

23   A.      I didn't, no.

Page 40

1    Q.      Did you ever recommend that

2    anybody see Mr. Bunn's phone?

3    A.      That's something that one of the

4    lead investigators would have done and

5    that's pretty standard procedure for us at

6    that time to get their phone or to ask to

7    see their phone.

8            But now whether they did or not, I

9    mean, I'm assuming that they did, but

10   that's just an assumption on my part.

11   Q.      Would you have done it?

12   A.      I would have -- yes, I would have

13   done it, but.

14   Q.      Okay.  Did you consider

15   Mirandizing Mr. Bunn before you

16   interviewed him?

17   A.      I'm sure I did, and I want to say

18   I may have talked to Sergeant Franks, but

19   I'm not absolutely certain on that because

20   typically that's what, you know, we would

21   normally do that.

22           But then again sometimes when we

23   really don't know what the story is, we'll

Page 41

```
1    just ask them to tell us what the story is
2    because at that time -- at that point
3    sometimes you don't know if you have a
4    suspect or not or a defendant or not, so
5    you're just trying to figure out exactly
6    what happened.
7    Q.     Okay.  Well, I mean in this case
8    Ms. Rondini was making allegations that
9    she was sexually assaulted; right?
10   A.     Well, she was to someone.  She
11   wasn't to me.
12   Q.     I don't think I understand what
13   you mean.
14   A.     She apparently made allegations to
15   someone, but I didn't have knowledge of
16   what she was telling other people at that
17   time.
18   Q.     So you felt like you didn't have
19   the information to help you make that
20   decision?
21   A.     That's correct, yes.
22   Q.     I noticed in this transcript, and
23   you're welcome to look, that you never
```

Page 42

```
1    actually asked him specific questions
2    about the fact that Ms. Rondini said she
3    was sexually assaulted.  You just asked
4    him open-ended questions about what
5    happened?
6    A.     Correct.
7    Q.     Was that a strategy decision that
8    you made?
9    A.     No, that's just -- I mean, I was
10   just trying to find out what his side of
11   the story was.
12   Q.     Why?
13   A.     So I would know what his side of
14   the story would be, I mean.
15   Q.     Right.  Wait, no, I get that.  In
16   the course of an investigation does there
17   come a time when you would choose to put
18   the allegations -- to cross-examine the
19   alleged perpetrator?
20   A.     Sure, sure, but at that time if I
21   were going to do that, then I would
22   definitely need to -- if I'm going to
23   interrogate, I need to read him Miranda,
```

Page 43

```
1    and that's something that would be left up
2    to the investigator who's actually the
3    lead or the one who's working the case.
4    Q.     Okay.  I'm going to ask Nancy to
5    show you Exhibit 2 in this case, which is
6    the felony packet in this matter.
7           (Whereupon, a document that was
8           previously marked as Defendant's
9           Exhibit No. 2 was referenced and
10          is attached to the original
11          transcript.)
12   Q.     I'm not going to ask you to read
13   the whole thing.  I'm actually going to
14   point you to specific pages, but if you
15   want to acquaint yourself with the
16   document, of course, you should feel free,
17   but I wondered if you had ever seen this
18   before?
19   A.     No.
20   Q.     So you weren't involved in putting
21   together this felony packet?
22   A.     No, no, I was not.
23   Q.     Okay, terrific.  Now, you're
```

Page 44

```
1    really going to want to throw something at
2    me, but I'm actually going to ask you to
3    look at your handwritten notes which are
4    on the 20th page of this document.
5           MR. DILLARD:  Help me out,
6    Kate.  I'm getting there, or do you want
7    me to count them as we go or can you give
8    me a little idea of what they look like?
9           MS. BOLGER:  It's literally
10   handwritten notes.  So you're going to go
11   past the initial incident report and past
12   T. J.'s Miranda -- or Megan's Miranda
13   warning and her written statement and her
14   handwritten notes and it's three pages
15   after Megan's handwritten statement.
16          MR. DILLARD:  What's at the
17   top of the page?
18          MS. BOLGER:  It's literally
19   Mr. Carroll's handwriting and it says
20   7/2/15 08:37 Carroll in handwriting.
21          MR. DILLARD:  Okay.  Hold
22   on.  I haven't found that yet.
23   Q.     (By Ms. Bolger) Are you with me,
```

Page 45

```
1    Mr. Carroll?
2    A.      Yes, I've got it.
3            MR. DILLARD:  Just a moment,
4    Kate.  Bob's trying to help me find it but
5    I'm not there yet.
6            I guess I'm going to have to
7    count them.  Just give me a minute please.
8    I'm at ten, so I'm halfway there.  Hold on
9    just a minute.
10           I must not have a complete
11   42.  Let me take your 42, Nancy that you
12   were trying to hand me.
13           COURT REPORTER:  It's Number
14   2.  It was Number 2.
15           MR. DILLARD:  It's Number 2,
16   not Number 42.  I'm sorry.
17           (Off the record.)
18           MR. DILLARD:  Just a moment,
19   Kate, I'm about to get in at least the
20   right document.
21           MS. BOLGER:  That's all
22   right, Joel.  Sorry.
23           MR. DILLARD:  Yes, ma'am, I
```

Page 46

```
1    have found it.  Thank you.
2    Q.      (By Ms. Bolger) Okay, fantastic.
3    Mr. Carroll, I'm going to point
4    you to the 20th page of Exhibit 2, and
5    I've characterized it as your handwritten
6    notes, but I was wrong to do that.  I
7    should have asked you are these -- is this
8    your handwriting?
9    A.      It is.
10   Q.      And are these your handwritten
11   notes of Mr. Bunn that we just discussed?
12   A.      I believe so, yes.
13   Q.      And actually if you review it, it
14   actually -- strangely, it's the 20th page
15   and then it skips over to the 22nd page of
16   the exhibit, there's one stray page.  Am I
17   correct?
18   A.      Yes.
19   Q.      And if you read those notes in
20   substance, they're similar to the
21   transcript we just looked at; right?
22   A.      Right, yes.
23   Q.      Okay.  And if you see at the top
```

Page 47

```
1    of the handwritten notes, it starts out by
2    you saying gave consent to search and
3    signed form.  Do you see that?
4    A.      Right, I do.
5    Q.      And then it starts says brought
6    somebody back to the residence; right?
7    A.      Right, yes.
8    Q.      Do you remember having a
9    conversation with Mr. Bunn other than what
10   is reflected in these notes?
11   A.      The only -- yeah, Sergeant Franks
12   asked me to get them to -- get him to sign
13   a consent form to search his residence,
14   and I guess the property.
15           And a lot of times just depending
16   on who might have had a form, you know, I
17   guess I did, so.
18   Q.      Okay.
19   A.      I do remember that part, yeah.  I
20   had forgotten it, but I remember it now.
21   Q.      During your discussions with
22   Mr. Bunn, did you confront him about the
23   fact that he had lied to Hastings about
```

Page 48

```
1    having someone at his house the night
2    before?
3    A.      I honestly don't remember that,
4    no.  And I honestly don't remember that at
5    all, that he had lied to Josh for any
6    reason, so.
7    Q.      So you don't remember knowing that
8    he lied to Josh?
9    A.      No, I do not.  I do not remember
10   that.
11   Q.      So as a consequence, you probably
12   couldn't have confronted him with that
13   lie; correct?
14   A.      That's correct.
15   Q.      And there's nothing in this
16   interview that reflects that you
17   confronted him with that lie; right?
18   A.      No, no, there's not.
19   Q.      So other than what's reflected in
20   this, in these handwritten notes and the
21   fact that you know you asked him for
22   consent to search, do you remember having
23   any other substantive conversations with
```

Page 49

```
1    T. J. Bunn about Megan Rondini?
2    A.     No, not at all.
3    Q.     You also took a statement from
4    Jason Barksdale; correct?
5    A.     Correct.
6    Q.     And how did that come to be?
7    A.     Because he was at the scene.  I
8    mean, he was -- he was I guess part of it
9    because he was, you know, he was with
10   Mr. Bunn when he picked up Ms. Rondini.
11   Q.     Okay.  Sergeant Franks asked
12   you to interview him; correct?
13   A.     That's correct, yes, that's
14   correct.
15   Q.     Okay.  And so you said you
16   interviewed Mr. Bunn you think in your
17   car; right?
18   A.     Yeah, I did.
19   Q.     And then after you're done with
20   Mr. Bunn, he left your car and then did
21   you go get Mr. Barksdale?
22   A.     No, I think he was probably --
23   they were outside because at that time I
```

Page 50

```
1    don't think they were allowing any of them
2    inside, so.
3          And I don't remember which one I
4    interviewed first honestly.
5    Q.     Okay.  And what do you remember,
6    if anything, about your interview with
7    Mr. Barksdale?
8    A.     Very little.  Just about, you
9    know, they were -- he was with Mr. Bunn
10   and they were at a bar and they left and
11   saw the girl walking and picked her up and
12   offered to take her home.  They took her
13   there.  She wanted to go with them.
14         They went to Mr. Bunn's house and
15   he goes in his bedroom or the bedroom he's
16   sleeping in, and Mr. Bunn and the girl go
17   into another bedroom and that's all he can
18   tell me.
19   Q.     Do you remember having any
20   impressions of Mr. Bunn?
21   A.     No.
22   Q.     Do you have a memory of having an
23   impression of his truth telling?
```

Page 51

```
1    A.     No.
2    Q.     Did you believe the guy?
3    A.     At that point, I probably did,
4    but, you know, I've been around -- I had
5    been around long enough at that time to
6    know that, you know, just because somebody
7    is telling you one thing it doesn't give
8    you the whole picture, you know.
9          I hadn't talked -- I had not
10   talked to her, nor did I ever talk to her,
11   so, you know, for me to have the complete
12   picture, I would have had to talk to both
13   of them, because usually the truth is in
14   the middle somewhere.  It's not, you know
15   -- the way we've always -- the way I
16   always see it anyway.
17   Q.     So you need to talk to both sides
18   before you charge a crime?
19   A.     Absolutely, absolutely.  You need
20   to investigate it before you charge
21   anybody.
22   Q.     Okay.  Do you remember having an
23   impression of Jason Barksdale?
```

Page 52

```
1    A.     No.
2    Q.     Do you remember whether you
3    thought he told the truth?
4    A.     They -- all I can tell you is that
5    their stories were similar and that's all
6    I remember.
7    Q.     Okay.  I'm going to ask Nancy to
8    hand you document -- Nancy, it's BG, and
9    I'm going ask her to mark it as Exhibit
10   44.
11         (Whereupon, a document was marked
12         as Defendant's Exhibit No. 44 and
13         is attached to the original
14         transcript.)
15   Q.     And for the record, while
16   Mr. Carroll is reading the document, this
17   is a document which was actually produced
18   to us in the wrongful death lawsuit
19   involving Rondini and the sheriff's
20   office, and it is a police interview of
21   Jason Barksdale dated July 2nd, 2015.
22         And, Mr. Carroll, my question is
23   going to be very much the same as it was
```

Page 53

```
1   last time, which is is this a transcript
2   of your interview with Mr. Barksdale?
3   A.     Yes, ma'am.  If you tell me it is.
4   I never saw it before so I'm assuming so,
5   yeah.
6   Q.     Okay.  Do you have any reason to
7   believe that it's not?
8   A.     No, no.
9   Q.     Can you turn to the fifth page of
10  the exhibit?  Are you with me?
11  A.     I am.
12  Q.     And you ask at the eighth line did
13  she come back willingly, and Mr. Barksdale
14  says yes, 100 percent.  And you say did
15  she want to come back, and he responds
16  yes, I mean T. J. and then you say whose
17  idea was it.
18          Do you see that?
19  A.     I do.
20  Q.     Okay.  I noticed here again you
21  didn't ask Mr. Barksdale about the fact
22  that Megan was saying she was sexually
23  assaulted.
```

Page 54

```
1          You simply asked for his side of
2   the story.  Again, did you make a decision
3   not to cross-examine him at that question?
4   A.     I think my task at that point and
5   on these two interviews was just to get
6   their side of the story.
7          I wasn't trying to accuse them of
8   anything because I didn't really know what
9   the whole story was or what the whole
10  allegation was or anything else, so, you
11  know, no, I mean, I'm just doing -- kind
12  of doing like before, I'm asking kind of
13  open-ended questions and just getting him
14  to tell me what he remembers happened
15  because when alcohol is involved, a lot of
16  times people don't always remember things
17  correctly, so, and I'm assuming alcohol
18  was involved.
19  Q.     Right, yes.  Yes, indeed.  Okay.
20          If you'll go back to -- you can
21  put that exhibit, which is BG, you can put
22  that exhibit, which is now Exhibit 44, you
23  can put that aside, and if you'll go back
```

Page 55

```
1   to Exhibit 2, which is the felony report.
2   A.     Okay.
3   Q.     And if you turn to the second page
4   of your notes of -- your interview with
5   Mr. Bunn was page 22.
6          If you turn to page 28, so six
7   pages later, and I'll wait for everybody
8   to get there.
9               MR. DILLARD:  I'm trying.
10  I'm doing better this time, but I'm not
11  there yet, so just hold on a moment, Kate.
12  What's at the top of it?
13              MS. BOLGER:  It's, again,
14  handwritten notes.  It says Carroll 7/2015
15  0850.
16              MR. DILLARD:  Let me do some
17  turning here.
18              MS. BOLGER:  Jason
19  Barksdale.
20              MR. DILLARD:  I'm looking
21  for that now.  I found it.
22  Q.     (By Ms. Bolger) Okay.  And,
23  Mr. Carroll, are you with me?
```

Page 56

```
1   A.     I am.
2   Q.     These are your handwritten notes
3   that you took at the time; right?
4   A.     Correct.
5   Q.     Other than what's reflected in
6   these notes on the transcript we just
7   read, do you remember having any other
8   conversation with Jason Barksdale about
9   the allegations made by Megan Rondini?
10  A.     No.
11  Q.     After you finished these two
12  interviews, did you talk to Jones or
13  Hastings about their content?
14  A.     I honestly don't remember.  I'm
15  sure I did, but I don't remember.
16  Q.     Do you remember whether you talked
17  to Sergeant Franks about them?
18  A.     Again, I'm sure I probably did,
19  but I don't -- I cannot specifically say
20  yes, I remember that.
21  Q.     Do you remember any conversations
22  you had with Investigator Jones, for
23  example, at the Bunn house that morning?
```

Page 57

```
 1   A.      No, not at all.
 2   Q.      Do you remember any conversations
 3   you had with Hastings at the Bunn house
 4   that morning?
 5   A.      No.
 6   Q.      How about Sergeant Franks?
 7   A.      Other than him asking me to do the
 8   interviews and do the consent form, that's
 9   pretty much what I remember.
10   Q.      Do you remember talking to Captain
11   Hood that morning?
12   A.      No, I don't remember talking to
13   Gary at all.
14   Q.      How about Captain Hart?
15   A.      No.  I mean, I could have but --
16   sorry.
17   Q.      That's okay.  Do you remember
18   going into the Bunn residence?
19   A.      Yes.
20   Q.      What did you do in the Bunn
21   residence?
22   A.      I took video in the Bunn
23   residence.  Took video of the house and I
```

Page 58

```
 1   guess the scene, if you want to call it
 2   that.
 3   Q.      Okay.  And with whom did you walk
 4   around the house to do that video?
 5   A.      I don't remember walking around
 6   the house with anyone.
 7   Q.      Were you with Investigator
 8   Hastings when you were doing that?
 9   A.      I was walking around by myself.  I
10   mean, he may have shown me where the rooms
11   were, but I videoed the entire house to
12   what I remember.
13   Q.      Okay.  And why were you videoing
14   the entire house?
15   A.      Because that's what we do or
16   that's what we did at that time.
17   Q.      And what's the purpose of doing
18   it?
19   A.      Well, you don't really know -- I
20   mean, you want to make sure you get the
21   complete video and pictures of the whole
22   necessary crime scene or scene itself.
23           You don't know what may be
```

Page 59

```
 1   pertinent or what may be important later
 2   so you video it to put it on record.
 3   Q.      Okay.  Was Mr. Bunn in the house
 4   when you were walking around the house?
 5   A.      No.
 6   Q.      Where was he?
 7   A.      He was outside to my knowledge.
 8   Q.      So after you interviewed Bunn and
 9   Barksdale and videoed the house, did you
10   do anything else related to the Rondini
11   investigation at the home of T. J. Bunn?
12   A.      Not that I remember, no, ma'am.
13   Q.      Sergeant Franks didn't ask you to
14   do anything else?
15   A.      No.
16   Q.      Did you do anything else at all
17   related to the Rondini investigation?
18   A.      No, I did not.
19   Q.      I have some notes that say that
20   you went to the house of a woman named
21   Rebecca Lundgren and collected Rondini's
22   shirt and shoes.
23           Does that sound right to you?
```

Page 60

```
 1   A.      I remember going to an apartment
 2   and getting something from somebody, but I
 3   honestly couldn't tell you it was tied
 4   into the Rondini case, because, you know,
 5   we did that -- I do that a lot of times
 6   for different ones or be told to go do
 7   this.
 8           I remember going and getting
 9   something from, like I said, from an
10   apartment but I couldn't tell you where
11   the apartment was or if it was
12   specifically for Ms. Rondini.
13   Q.      Do you remember any conversation
14   you had with that individual at the time
15   you went to that apartment?
16   A.      No.
17   Q.      So you never questioned that
18   individual who provided you with the
19   clothes as -- you were never told to
20   question that person as a witness when you
21   collected the shirt and shoes; right?
22   A.      No, not to my knowledge, no.
23   Q.      Did you ever speak to Megan
```

Page 61

```
1    Rondini?
2    A.     No.
3    Q.     Did you ever try to call Megan
4    Rondini?
5    A.     No.
6    Q.     And you were not responsible for
7    collecting evidence at the scene; right?
8    A.     That's correct.
9    Q.     Were you involved with the search
10   for Mr. Bunn's wallet at the scene?
11   A.     No, I don't believe so.
12   Q.     Were you involved in searching the
13   car at the scene?
14   A.     No.
15   Q.     Were you listening in on any of
16   the interviews with Ms. Rondini that
17   happened at the police station?
18   A.     No.
19   Q.     How about the interview with
20   Mr. Bunn that happened at the police
21   station?
22   A.     No.
23   Q.     So other than what we've talked
```

Page 62

```
1    about, did you have any role in the
2    investigation into Megan Rondini's
3    allegations against T. J. Bunn?
4    A.     No.
5    Q.     How about Mr. Bunn's allegations
6    against Ms. Rondini, did you have any role
7    in investigating them?
8    A.     I don't even know what they were,
9    so no.
10   Q.     Well, that's a good question.  Are
11   you aware that Ms. Rondini was charged
12   with theft related to the events at
13   Mr. Bunn's house?
14   A.     No.
15   Q.     Do you know what happened to Megan
16   Rondini?
17   A.     Yeah, I heard she had committed
18   suicide.
19   Q.     And how did you hear that?
20   A.     I mean, I was in the unit and I
21   don't remember when.  I just remember that
22   somebody told me that she had, which was a
23   sad thing, so.
```

Page 63

```
1    Q.     And what were people in the unit
2    saying about it?
3    A.     They just -- basically, just said
4    that she had committed suicide.
5    Q.     And that's it?  No one was
6    expressing any reaction or follow-up
7    thoughts to that?
8    A.     I mean, I don't remember who told
9    me, and I mean, you know, unfortunately we
10   dealt with that a lot.
11          And no, I don't remember any
12   reaction that anybody had, you know, about
13   that.  I mean no one would have been -- no
14   one would have wanted to see that happen
15   regardless of anything, so, and I
16   certainly hate it.
17   Q.     You said you dealt with it a lot.
18   I didn't understand what you meant.
19   A.     I do what?
20   Q.     You said you dealt with that a
21   lot.  What do you mean by that?
22   A.     We worked in the Homicide Unit, we
23   worked suicides all the time or any kind
```

Page 64

```
1    of death investigation.
2    Q.     Okay.  I just didn't understand
3    what you meant.
4    A.     Yeah, that's fine.
5    Q.     Did you ever talk to Sheriff
6    Abernathy about Ms. Rondini's case?
7    A.     Nope.
8    Q.     Did you ever talk to either -- did
9    you ever talk to Gary Hood about
10   Ms. Rondini's case?
11   A.     If I did, I don't remember talking
12   to him.
13   Q.     Did you ever talk to Kip Hart
14   about it?
15   A.     Again, I don't remember ever
16   talking to him about it.
17   Q.     Did you ever talk to anybody in
18   the district attorney's office about it?
19   A.     No.
20   Q.     Have you ever talked to Josh
21   Hastings about it?
22   A.     No, no.
23   Q.     Okay.  How about Adam Jones?
```

Page 65

```
1    A.      No.
2    Q.      Did you ever speak to a gentleman
3    named Michael Rondini?
4    A.      No.
5    Q.      Do you know what this lawsuit is
6    about?
7    A.      Not really, no.
8    Q.      Have you heard that there was an
9    article published about the Rondini
10   investigation by BuzzFeed?
11   A.      I did hear that, yes.
12   Q.      Have you read it?
13   A.      No.
14   Q.      What have you heard about it?
15   A.      That there was an article
16   published about the Rondini case is all.
17   Q.      Have you ever spoken to Adam Jones
18   about the article published about the
19   Rondini case?
20   A.      No, I have not.
21   Q.      Have you ever -- did someone say
22   something and I missed it?  No, okay.
23           Have you ever spoken to Josh
```

Page 66

```
1    Hastings about the article about the
2    Rondini case?
3    A.      No.
4    Q.      Have either of those gentlemen
5    ever talked to you about being damaged by
6    an article about the Rondini case?
7    A.      No.
8    Q.      Has your opinion of Adam Jones
9    changed as a result of an article about
10   the Rondini case?
11   A.      No.
12   Q.      Has your opinion of Josh Hastings
13   changed as a result of an article about
14   the Rondini case?
15   A.      No.
16           MS. BOLGER:  Well, I think
17   that's it for me.  Unless -- yeah, I think
18   that's it, so thank you so much for
19   coming.
20           That was my quickest
21   deposition.  You should be -- you should
22   be pleased to know.  That's it for me.
23           Joel and Bob, I don't know
```

Page 67

```
1    if you have anything you want to follow
2    up.
3            MR. COCKRELL:  No, no
4    questions.
5            MR. DILLARD:  No, thank you.
6            VIDEOGRAPHER:  We're off the
7    record at 12:55 p.m.
8
9            [The deposition was concluded at
10   12:55 p.m., and further deponent saith
11   not.]
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 68

```
1              CERTIFICATE
2    STATE OF ALABAMA    )
3    TUSCALOOSA COUNTY   )
4            I hereby certify that the above and
5    foregoing proceedings were taken down by
6    me in stenotype, and the questions and
7    answers thereto were reduced in transcript
8    form by computer-aided transcript under my
9    supervision, and that the foregoing
10   represents a true and correct transcript
11   of the proceedings occurring on said date
12   at said time.
13           I further certify that I am neither
14   of counsel nor of kin to the parties to
15   the action, nor am I anywise interested in
16   the results of said cause.
17   Signed January 19, 2021.
18
19   /s/ Nancy Pannell, CCR
20   NANCY PANNELL, CCR
21   Alabama CCR No. 30, Expires 9/30/2021
22   Commissioner for the State of Alabama at
23   Large, Commission expires 07/17/2021
```

Terry Carroll                                                 1/19/2021

Page 69

## A

a.m 35:20
Abernathy 64:6
absolutely 13:13
    23:3 40:19
    51:19,19
abuse 13:22
    22:4,4
acceptable 15:3
accuse 54:7
accused 27:3
    29:1
acquaint 43:15
acting 11:4
action 13:6,7
    68:15
Adam 1:8 25:13
    26:8 64:23
    65:17 66:8
additions 5:7
address 24:17
afternoon 12:7
AGREED 6:2
    6:15,23
ahead 14:12,16
    21:11
Alabama 1:2
    2:18 6:12 9:9
    10:1 11:3,4,12
    12:1 68:2,21
    68:22
alcohol 54:15,17
allegation 54:10
allegations 14:2
    21:18 23:20
    24:1,5 25:21
    28:3,6 41:8,14
    42:18 56:9
    62:3,5
alleged 24:19,22
    24:23 30:21
    34:21 42:19
Allen 10:5
allowing 50:1
AMERICAS

9:14
and/or 5:7
answer 14:12,13
    14:21 15:3
    36:5
answered 32:11
answers 14:9,18
    68:7
anybody 15:19
    28:5,20 35:11
    38:13,13 39:15
    40:2 51:21
    63:12 64:17
anyway 51:16
anywise 68:15
apartment
    33:11 60:1,10
    60:11,15
apologize 20:19
apparently
    31:15 37:23
    38:7 39:17
    41:14
approximately
    6:13 11:13
arrived 25:15
    26:18 29:16
article 13:10
    15:23 18:11
    65:9,15,18
    66:1,6,9,13
aside 54:23
asked 29:3 33:6
    42:1,3 46:7
    47:12 48:21
    49:11 54:1
asking 54:12
    57:7
assault 21:18
    22:16 24:19
assaulted 23:21
    41:9 42:3
    53:23
assaulting 27:3
assaults 22:23
assign 7:4

assigned 17:5
assist 26:3,16
    29:22 31:2
assuming 34:11
    34:13 40:9
    53:4 54:17
assumption
    40:10
attached 2:7,9
    2:14,15 8:11
    19:13 35:8
    43:10 52:13
attorney's 64:18
audio 30:3,12
    31:17 34:10,16
    34:16 37:17
automatically
    3:2
Avenue 2:17
    9:14
aware 62:11

## B

back 17:21
    29:19 47:6
    53:13,15 54:20
    54:23
BAKER 1:12
bar 33:3,3,4
    50:10
Barksdale 8:21
    30:6 31:10
    32:20 33:18
    49:4,21 50:7
    51:23 52:21
    53:2,13,21
    55:19 56:8
    59:9
basically 20:11
    25:7 63:3
BB 35:1,4
bed 33:22
bedroom 50:15
    50:15,17
behalf 12:9
believe 17:11

24:13,17 26:8
    26:13,14 30:18
    33:15 46:12
    51:2 53:7
    61:11
bell 30:7
BEN 1:11
best 5:6 15:1
better 55:10
BG 52:8 54:21
Birmingham
    2:17,18 6:9
    10:1 11:3,9
Bob 12:13 19:5
    35:21 66:23
Bob's 45:4
BOBBY 9:4
Bolger 8:4 9:12
    12:7,8 13:3,5
    21:5,11 35:10
    36:3 44:9,18
    44:23 45:21
    46:2 55:13,18
    55:22 66:16
BOULEVARD
    9:8
brief 25:16
brought 47:5
Bunn 8:19 23:22
    27:8,12,13,15
    28:23 29:12,18
    30:4,14,16
    31:9,14,21,22
    32:7,8,13,19
    32:20 33:15,22
    34:2 35:19
    36:7,13 37:4,9
    37:14 38:14
    39:5,13 40:15
    46:11 47:9,22
    49:1,10,16,20
    50:9,16,20
    55:5 56:23
    57:3,18,20,22
    59:3,8,11
    61:20 62:3

Bunn's 39:21
    40:2 50:14
    61:10 62:5,13
BuzzFeed 1:11
    1:11 65:10

## C

C 9:1
call 13:11 24:10
    24:10,12,15
    25:1 26:1
    27:21 58:1
    61:3
called 17:6 24:1
    31:18 39:15
Captain 57:10
    57:14
car 30:11 37:21
    38:8 49:17,20
    61:13
carefully 2:5
Carroll 1:16 2:1
    5:3,11 6:5 9:18
    11:14,21 12:17
    13:4,11 36:4
    44:20 45:1
    46:3 52:16,22
    55:14,23
Carroll's 44:19
case 1:5 8:14
    11:21 32:18
    33:1 37:17
    41:7 43:3,5
    60:4 64:6,10
    65:16,19 66:2
    66:6,10,14
cases 13:20
    17:17,18
cause 11:15
    31:13 68:16
CCR 1:21 68:19
    68:20,21
certain 40:19
certainly 63:16
Certificate 2:11
    2:16 3:1 5:1

Terry Carroll

1/19/2021

8:5 68:1
**Certified** 6:6
  11:2
**certify** 5:18 11:5
  68:4,13
**changed** 66:9,13
**changes** 2:6,8,12
**characterized**
  46:5
**charge** 51:18,20
**charged** 62:11
**child** 13:21 22:4
**children** 22:5
**choose** 42:17
**circumstance**
  13:19
**Civil** 2:20 11:7
**closed** 29:12
**closer** 17:16
**clothes** 60:19
**clue** 18:20
**Cockrell** 9:4,6,6
  12:13,13 13:1
  14:10 36:2
  67:3
**collected** 59:21
  60:21
**collecting** 61:7
**come** 17:21
  23:18 26:11
  29:7,19 32:3
  42:17 49:6
  53:13,15
**coming** 13:16
  66:19
**commencing**
  6:12 11:12
**Commission**
  68:23
**Commissioner**
  11:5 68:22
**committed**
  62:17 63:4
**complete** 45:10
  51:11 58:21
**compliance** 6:19

**computer-aided**
  68:8
**concluded** 67:9
**conference** 6:11
  11:11 22:12,13
**confront** 47:22
**confronted**
  48:12,17
**consent** 47:2,13
  48:22 57:8
**consequence**
  48:11
**consider** 40:14
**consistent** 39:6
**content** 56:13
**continuing** 37:3
**conversation**
  37:4,8,13 47:9
  56:8 60:13
**conversations**
  48:23 56:21
  57:2
**corner** 36:23
**correct** 5:6 16:4
  17:9 21:15
  41:21 42:6
  46:17 48:13,14
  49:4,5,12,13
  49:14 56:4
  61:8 68:10
**corrected** 21:6
**corrections** 3:3
  5:7
**correctly** 54:17
**Cottondale**
  24:18
**counsel** 6:4 7:1
  7:3 11:8 12:4
  68:14
**count** 44:7 45:7
**County** 16:11
  20:2 68:3
**Couple** 13:20
**course** 30:11
  33:18 42:16
  43:16

**court** 1:1,20
  6:20 11:23
  12:6,20 17:22
  35:5 45:13
**Courthouse**
  16:11
**cover** 35:17
**crime** 17:8
  51:18 58:22
**crimes** 19:17,23
  20:13,18 22:3
**cross-examine**
  42:18 54:3
**currently** 16:7

**D**
**D** 8:1
**damaged** 66:5
**date** 2:11,21
  5:14 11:6 12:2
  68:11
**dated** 52:21
**Davis** 9:13 12:8
**day** 5:17 34:21
**days** 2:21 16:12
**dealt** 63:10,17
  63:20
**death** 35:14
  52:18 64:1
**decided** 38:8
**decision** 41:20
  42:7 54:2
**defendant** 41:4
**Defendant's**
  8:10,18 19:11
  35:7 43:8
  52:12
**Defendant(s)**
  1:13 9:11
**defendants**
  12:10 13:6,7
**definitely** 42:22
**department**
  16:2,15,20
  17:5
**depending**

47:15
**deponent** 12:12
  67:10
**Deponent's** 2:11
  2:16,23 5:1
**deposed** 13:17
**deposition** 1:15
  1:22 2:4,14,22
  3:4 6:5,16,17
  7:6 11:20 15:5
  19:3,5 23:11
  66:21 67:9
**depositions** 6:21
  14:1
**describes** 35:17
**describing** 38:5
**different** 13:20
  18:18 60:6
**Dillard** 9:19,20
  12:11,11,22
  14:10,11 15:7
  15:12,16,18
  21:1,8 35:23
  44:5,16,21
  45:3,15,18,23
  55:9,16,20
  67:5
**discussed** 46:11
**discussions**
  47:21
**district** 1:1,2
  11:23,23 64:18
**Division** 1:3
  12:1 22:2
**document** 19:4
  19:10,16 20:9
  35:6,13 43:7
  43:16 44:4
  45:20 52:8,11
  52:16,17
**documents**
  15:15 28:12
**doing** 16:11 31:3
  31:5 54:11,12
  55:10 58:8,17
**doubt** 36:17

**duly** 12:18

**E**
**E** 8:1 9:1,1,19
**EAST** 9:23
**Eaves** 10:5
**effect** 6:18
**eighth** 53:12
**either** 24:22
  32:20 64:8
  66:4
**ended** 33:13
**enjoying** 16:8,9
**entire** 58:11,14
**errata** 2:7,10,13
  2:15,23 4:1
**events** 62:12
**everybody** 12:8
  55:7
**evidence** 7:7
  61:7
**exactly** 41:5
**examination** 8:3
  11:15 13:2
**examined** 12:18
**example** 56:23
**exhibit** 19:4,12
  35:3,7 36:21
  38:4 43:5,9
  46:4,16 52:9
  52:12 53:10
  54:21,22,22
  55:1
**EXHIBITS** 8:8
  8:10,18
**expires** 68:21,23
**EXPLANATI...**
  4:2
**expressing** 63:6
**extent** 31:12

**F**
**fact** 29:16 42:2
  47:23 48:21
  53:21
**fail** 3:2

Terry Carroll                                                    1/19/2021

Page 71

| | | | | |
|---|---|---|---|---|
| **family** 27:13,15 | 29:6,22 38:13 | **grounds** 7:5 | 65:11 | **INDEX** 8:8 |
| **fantastic** 46:2 | 40:18 47:11 | **guess** 14:23 | **heard** 27:13,15 | **individual** 60:14 |
| **far** 35:23 39:3 | 49:11 56:17 | 26:23 27:16 | 29:9 62:17 | 60:18 |
| **Federal** 11:6 | 57:6 59:13 | 31:16 33:9 | 65:8,14 | **individuals** |
| **feel** 43:16 | **free** 43:16 | 34:2 36:14 | **help** 41:19 44:5 | 35:16 |
| **felony** 8:12 43:6 | **friend** 18:9 | 45:6 47:14,17 | 45:4 | **information** |
| 43:21 55:1 | **full** 6:18 | 49:8 58:1 | **hey** 26:17 | 41:19 |
| **felt** 41:18 | **further** 6:14,22 | **guy** 27:3,5,5,7 | **Hi** 13:4 | **initial** 24:10,23 |
| **fifth** 53:9 | 67:10 68:13 | 51:2 | **hold** 21:2 44:21 | 31:6 44:11 |
| **figure** 41:5 | ——————— | **guys** 27:21 | 45:8 55:11 | **inside** 50:2 |
| **figured** 16:23 | **G** | 31:18 35:21 | **home** 33:7 50:12 | **instructions** 2:2 |
| 17:2 | **G** 9:5 | ——————— | 59:11 | 25:4 |
| **figuring** 23:17 | **Gary** 57:13 64:9 | **H** | **homicide** 8:12 | **interested** 68:15 |
| **file** 35:4 | **gentleman** 30:5 | **H** 9:4 | 17:7,14 18:1 | **interrogate** |
| **filter** 17:20 | 65:2 | **halfway** 45:8 | 20:2,6,21 21:7 | 42:23 |
| **find** 42:10 45:4 | **gentlemen** 66:4 | **hand** 5:18 19:3 | 21:16 23:13 | **interrupt** 21:2 |
| **fine** 64:4 | **getting** 17:16 | 34:23 45:12 | 63:22 | **interview** 8:19 |
| **finished** 56:11 | 44:6 54:13 | 52:8 | **honest** 23:2 31:7 | 8:20 30:4,12 |
| **first** 12:18 29:1 | 60:2,8 | **hands** 19:3 | 39:2 | 30:16 31:16,17 |
| 29:8 30:15 | **girl** 27:2 33:5,22 | **handwriting** | **honestly** 21:21 | 31:21 32:12 |
| 37:2,8 39:5 | 50:11,16 | 44:19,20 46:8 | 24:6 25:18 | 35:18 36:7,13 |
| 50:4 | **give** 14:9,18,21 | **handwritten** | 27:18 28:14 | 48:16 49:12 |
| **five** 21:23 | 33:7 39:16 | 44:3,10,14,15 | 32:16 37:18,22 | 50:6 52:20 |
| **FLOOR** 9:15 | 44:7 45:7 51:7 | 46:5,10 47:1 | 38:17 39:7,9 | 53:2 55:4 |
| **focus** 30:14 | **given** 25:4 | 48:20 55:14 | 48:3,4 50:4 | 61:19 |
| **focused** 21:17 | **go** 14:7,12,16 | 56:2 | 56:14 60:3 | **interviewed** |
| **follow** 38:20 | 17:2,18 20:12 | **Hang** 19:19 | **Hood** 57:11 64:9 | 31:14 32:3,7 |
| 67:1 | 21:11 22:22 | **happen** 63:14 | **hopefully** 17:20 | 34:1 40:16 |
| **follow-up** 63:6 | 32:7 33:11 | **happened** 30:22 | **house** 33:10,14 | 49:16 50:4 |
| **following** 11:16 | 44:7,10 49:21 | 31:13 41:6 | 48:1 50:14 | 59:8 |
| 38:18 | 50:13,16 54:20 | 42:5 54:14 | 56:23 57:3,23 | **interviewing** |
| **follows** 12:19 | 54:23 60:6 | 61:17,20 62:15 | 58:4,6,11,14 | 30:20 31:8,11 |
| **force** 6:18 | **goes** 50:15 | **happening** | 59:3,4,9,20 | 31:20 32:2 |
| **foregoing** 11:7 | **going** 19:2,8 | 25:17 26:17 | 62:13 | 34:3,4 |
| 68:5,9 | 21:2 33:7 | **happy** 14:17 | ——————— | **interviews** 54:5 |
| **Forge** 23:14 | 34:23 36:4 | **Hart** 57:14 | **I** | 56:12 57:8 |
| **forgotten** 47:20 | 42:21,22 43:4 | 64:13 | **idea** 37:10 44:8 | 61:16 |
| **form** 7:2 47:3,13 | 43:12,13 44:1 | **Hastings** 1:8 | 53:17 | **introduce** 12:4 |
| 47:16 57:8 | 44:2,10 45:6 | 18:7 25:14 | **important** 59:1 | **investigate** |
| 68:8 | 46:3 52:7,9,23 | 29:2,3,11,17 | **impression** | 20:13 23:7 |
| **forward** 23:17 | 57:18 60:1,8 | 30:17 31:3 | 50:23 51:23 | 51:20 |
| **found** 16:23 | **good** 12:7 62:10 | 47:23 56:13 | **impressions** | **investigated** |
| 44:22 46:1 | **governed** 21:13 | 57:3 58:8 | 50:20 | 22:2,4 |
| 55:21 | **great** 13:15 | 64:21 66:1,12 | **incident** 27:20 | **investigating** |
| **Franks** 25:12 | 18:22 23:15 | **hate** 39:18 63:16 | 27:23 28:1 | 21:18 62:7 |
| 26:19,21 28:20 | 36:3 | **hear** 62:19 | 44:11 | **investigation** |

Terry Carroll                                                    1/19/2021

42:16 59:11,17
62:2 64:1
65:10
**investigations**
22:17
**investigator**
13:12 18:5
25:13,13 29:2
29:3,11,16
30:20 31:1,3,4
43:2 56:22
58:7
**investigators**
40:4
**involved** 27:2
43:20 54:15,18
61:9,12
**involving** 35:15
52:19

_____

**J**

J 23:22 27:8,12
28:23 31:21,22
35:19 36:7
49:1 53:16
59:11 62:3
**J.'s** 44:12
**J.M** 1:12
**JAMES** 9:20
**January** 1:18
6:12 11:13
12:2 68:17
**Jason** 8:20 49:4
51:23 52:21
55:18 56:8
**Jeremy** 25:12
**Joel** 9:19 12:11
35:21 45:22
66:23
**Joel's** 19:6
**Jones** 1:8 25:13
29:17 31:4
56:12,22 64:23
65:17 66:8
**Josh** 18:6 25:14
26:8 48:5,8

64:20 65:23
66:12
**JOSHUA** 1:8
**Jr** 9:4,5 35:19
**July** 18:1 35:19
36:8 52:21
**June** 17:12
**Juvenile** 22:1

_____

**K**

**Kate** 12:8 13:5
21:2 36:1 44:6
45:4,19 55:11
**KATHERINE**
9:12
**KATIE** 1:12
**keep** 17:18
**key** 38:9
**keys** 38:15
**kin** 68:14
**kind** 17:19
25:21 26:4,23
26:23 34:17
54:11,12 63:23
**Kip** 64:13
**knew** 23:23
26:12 27:6
29:20 33:19
**know** 14:6 15:1
15:2,22 20:11
20:13 23:8,16
24:6,7 25:22
25:22,23 26:10
26:11 27:11,16
29:15 30:11,16
32:15 33:1,19
33:21 34:12,16
34:17 37:12
40:20,23 41:3
42:13 47:16
48:21 49:9
50:9 51:4,6,6,8
51:11,14 54:8
54:11 58:19,23
60:4 62:8,15
63:9,12 65:5

66:22,23
**knowing** 48:7
**knowledge** 5:6
41:15 59:7
60:22

_____

**L**

L 6:1
**Large** 6:8 11:4
68:23
**laws** 6:19
**lawsuit** 35:14
52:18 65:5
**lead** 40:4 43:3
**leading** 7:3
**learn** 23:19 29:7
29:10
**leave** 17:14 38:9
**left** 29:18 33:3
37:23 43:1
49:20 50:10
**let's** 30:14
**lie** 48:13,17
**lied** 29:2 47:23
48:5,8
**LINCs** 24:15
**line** 4:2 53:12
**listed** 5:8
**listening** 61:15
**literally** 44:9,18
**little** 27:1 32:6
44:8 50:8
**LLP** 9:7,13,21
**long** 15:11 16:15
16:19 51:5
**look** 20:3 23:17
35:11 36:5
39:3,14 41:23
44:3,8
**looked** 46:21
**looking** 19:15
28:11 39:13
55:20
**lot** 47:15 54:15
60:5 63:10,17
63:21

Lundgren 59:21

_____

**M**

M 9:12
**ma'am** 45:23
53:3 59:12
**making** 2:8
23:20,23 24:4
41:8
**man** 23:21
**mark** 52:9
**marked** 8:10
19:4,11 35:2,6
43:8 52:11
**matter** 27:18
43:6
**mattered** 27:10
**MCELROY**
9:21
**MCKNIGHT**
9:20
**mean** 22:10 23:6
23:6,8 25:19
25:22 30:23
31:1 32:16
34:9 37:15
39:7 40:9 41:7
41:13 42:9,14
49:8 53:16
54:11 57:15
58:10,20 62:20
63:8,9,13,21
**meant** 63:18
64:3
**meet** 15:7,11
**meeting** 30:14
**Megan** 14:3
23:19 29:13
49:1 53:22
56:9 60:23
61:3 62:2,15
**Megan's** 44:12
44:15
**memory** 15:2
39:6 50:22
**met** 15:16

Michael 65:3
**middle** 38:5
51:14
**minimum** 21:3
**minute** 45:7,9
**minutes** 15:13
**Miranda** 42:23
44:12,12
**Mirandizing**
40:15
**misdemeanor**
22:3
**missed** 65:22
**moment** 45:3,18
55:11
**money** 38:8,15
**morning** 28:13
36:8 56:23
57:4,11
**muted** 36:10,11

_____

**N**

N 6:1 8:1 9:1
**name** 2:10 13:4
24:21 30:5,6
**named** 23:19,21
27:8 59:20
65:3
**Nancy** 1:21 6:6
11:1 14:19
19:2 34:23
35:2,4 43:4
45:11 52:7,8
68:19,20
**necessary** 6:23
58:22
**need** 42:22,23
51:17,19
**needed** 33:6
**needs** 14:20
**neither** 68:13
**never** 41:23 53:4
60:17,19
**new** 9:16,16
30:19 31:1
**NEWS** 1:11

15:23
**night** 29:4 38:5
  39:18 48:1
**Nope** 64:7
**normal** 34:3,4,6
**normally** 34:9
  40:21
**Northbank** 6:10
  11:11
**Northern** 1:2
  11:23
**Northport** 16:2
  16:15 17:4
  21:4
**Notary** 5:22 6:7
  11:3
**noted** 2:9
**notes** 34:6 44:3
  44:10,14 46:6
  46:11,19 47:1
  47:10 48:20
  55:4,14 56:2,6
  59:19
**noticed** 41:22
  53:20
**number** 1:5
  11:21 19:18
  36:22 45:13,14
  45:15,16

**O**

**O** 6:1
**object** 14:10
**objections** 7:1,4
**occurring** 68:11
**offense** 27:21
  28:1,2 34:21
**offered** 7:6
  50:12
**office** 3:1 5:19
  19:7 20:17,19
  34:10,20 35:16
  52:20 64:18
**officer** 37:3
**offices** 6:8 11:9
**Oh** 13:13 14:4

23:1,12
**okay** 13:11 14:5
  17:23 19:19
  20:3 21:8 22:9
  23:15 24:3,9
  25:9 26:4,6
  28:11,19 32:4
  32:10,23 34:1
  35:5 36:9,9,15
  36:20 37:1,7
  37:12 38:1,3
  39:12 40:14
  41:7 43:4,23
  44:21 46:2,23
  47:18 49:11,15
  50:5 51:22
  52:7 53:6,20
  54:19 55:2,22
  57:17 58:3,13
  59:3 64:2,23
  65:22
**once** 17:6 19:9
  23:1 29:22
**ones** 60:6
**open-ended**
  42:4 54:13
**opened** 29:13
**operating** 19:17
  19:21 20:22
**opinion** 66:8,12
**oral** 11:15
**orally** 14:19
**original** 19:13
  35:8 43:10
  52:13
**otherworldly**
  32:6
**outside** 49:23
  59:7

**P**

**P** 6:1 9:1,1
**p.m** 1:19 6:13
  11:13 12:3
  67:7,10
**packet** 8:13 43:6

43:21
**page** 4:2 8:3,15
  8:18 19:9
  35:17 36:21
  38:3,4 39:12
  44:4,17 46:4
  46:14,15,16
  53:9 55:3,5,6
**pages** 43:14
  44:14 55:7
**Pannell** 1:21 6:6
  11:1 68:19,20
**paragraph** 38:6
**Parkway** 6:10
  11:11
**part** 16:10 33:19
  37:8 40:10
  47:19 49:8
**particular** 19:22
  24:17
**parties** 6:3 7:4
  68:14
**partners** 18:14
  18:15,16,18
  26:13
**passed** 33:16
**people** 24:7
  41:16 54:16
  63:1
**percent** 53:14
**perfectly** 15:2
  31:7 39:1
**perpetrator**
  24:22 29:1
  30:21 42:19
**person** 28:21
  60:20
**pertinent** 59:1
**phone** 39:14,17
  39:22 40:2,6,7
**picked** 49:10
  50:11
**picture** 51:8,12
**pictures** 58:21
**Pigeon** 23:14
**plaintiff** 12:14

**Plaintiff(s)** 1:9
  9:3
**plaintiffs** 12:16
**played** 31:16
**please** 2:4 45:7
**pleased** 66:22
**plus** 21:23
**point** 17:3 19:6
  25:8 41:2
  43:14 46:3
  51:3 54:4
**police** 8:19,20
  16:2,15,20
  17:4 27:20
  34:20 35:18
  52:20 61:17,20
**prepare** 15:4
**PRESENT** 10:4
**pretty** 14:14
  27:6 31:12
  32:21 33:17
  40:5 57:9
**previous** 19:5
**previously** 8:10
  19:11 43:8
**primary** 26:2,7
  26:7,9
**prior** 7:7
**probably** 14:6
  15:13 23:2
  24:18,20 39:9
  48:11 49:22
  51:3 56:18
**procedure** 2:20
  11:7 19:18
  40:5
**procedures**
  19:21 20:11,22
  21:14
**proceedings**
  11:16 68:5,11
**process** 14:8
  34:3,4,7
**produced** 35:14
  52:17
**production** 19:6

19:8
**promise** 32:1
**property** 47:14
**provided** 60:18
**Public** 5:22 6:7
  11:3
**published** 65:9
  65:16,18
**purpose** 58:17
**pursuant** 11:6
**put** 14:21 27:16
  30:10 37:16
  42:17 54:21,21
  54:23 59:2
**putting** 43:20

**Q**

**question** 14:13
  25:10 32:11
  36:6 52:22
  54:3 60:20
  62:10
**questioned**
  60:17
**questions** 7:2,3
  14:9 42:1,4
  54:13 67:4
  68:6
**quickest** 66:20
**quickly** 14:14,16
**quoted** 18:11

**R**

**R** 9:1
**radio** 24:10
  31:16,19 32:1
**reaction** 63:6,12
**read** 2:4,22 5:4
  12:23 20:23
  21:10,12 27:19
  28:1 42:23
  43:12 46:19
  56:7 65:12
**reading** 1:22
  6:16 52:16
**reads** 38:6

Terry Carroll                                                1/19/2021

**really** 18:20
  21:21 22:21
  26:22 27:10,18
  40:23 44:1
  54:8 58:19
  65:7
**reason** 16:21
  28:16 36:17
  48:6 53:6
**Rebecca** 59:21
**receive** 2:21
**recommend**
  40:1
**record** 11:20
  12:5 34:17
  35:13 39:3
  45:17 52:15
  59:2 67:7
**recorder** 34:5,8
**reduced** 68:7
**referenced** 8:11
  19:12 43:9
**reflected** 47:10
  48:19 56:5
**reflects** 48:16
**regardless** 63:15
**related** 14:2
  28:2 37:16
  59:10,17 62:12
**relating** 6:20
**relatively** 16:1
**remember**
  13:22 18:17
  21:22 22:19
  23:4,6,7,9,10
  23:13 24:20,21
  25:11 26:20
  28:8 29:21
  31:8,11,14
  32:3,12,17,23
  33:2,4,14 37:7
  37:10,18,20,22
  38:2,16,17,18
  38:21 39:1,8
  47:8,19,20
  48:3,4,7,9,22

50:3,5,19
  51:22 52:2,6
  54:16 56:7,14
  56:15,16,20,21
  57:2,9,10,12
  57:17 58:5,12
  59:12 60:1,8
  60:13 62:21,21
  63:8,11 64:11
  64:15
**remembered**
  31:10
**remembers**
  54:14
**report** 27:20,20
  27:22 28:1,2
  44:11 55:1
**reporter** 1:20
  6:7 11:2 12:6
  12:20 35:5
  45:13
**Reporting** 2:17
  6:9 11:9
**represent** 13:5,7
**represents**
  68:10
**residence** 27:4
  32:8 47:6,13
  57:18,21,23
**respective** 6:4
**respond** 24:2,16
  25:5 26:1
**responds** 53:15
**responsible** 61:6
**result** 66:9,13
**results** 68:16
**retire** 16:5,18
  17:1
**retired** 13:10
  16:6,14,22
  17:20
**retiree** 16:1
**retirement** 16:8
  16:9 17:17
  18:12
**return** 2:15,23

**review** 46:13
**reviewed** 20:21
**ride** 33:6,7
**right** 3:3 16:3
  17:8 18:2,7,12
  28:13 30:9
  35:1 39:13
  41:9 42:15
  45:20,22 46:21
  46:22 47:4,6,7
  48:17 49:17
  54:19 56:3
  59:23 60:21
  61:7
**right-hand**
  36:22
**ring** 30:6
**Ritchey** 9:5,7
  12:15,15
**role** 62:1,6
**Rondini** 8:14
  14:3 23:19
  29:13 35:15
  38:15 41:8
  42:2 49:1,10
  52:19 56:9
  59:10,17 60:4
  60:12 61:1,4
  61:16 62:6,11
  62:16 65:3,9
  65:16,19 66:2
  66:6,10,14
**Rondini's** 59:21
  62:2 64:6,10
**room** 6:11 11:12
  33:21,23 35:12
**rooms** 58:10
**rules** 2:19 6:20
  11:6 14:6

---
**S**

**S** 6:1 9:1
**s/** 68:19
**sad** 62:23
**saith** 67:10
**saw** 33:5 50:11

53:4
**saying** 37:11
  38:14 47:2
  53:22 63:2
**says** 19:16,23
  39:13 44:19
  47:5 53:14
  55:14
**scene** 24:2,7
  25:6,7,11,15
  28:6,20 29:18
  34:15 49:7
  58:1,22,22
  61:7,10,13
**school** 22:15,23
  23:12,14
**schools** 21:23
  22:9,10,11
**Scotch** 9:5 12:15
**seal** 5:19
**search** 47:2,13
  48:22 61:9
**searching** 61:12
**second** 19:8
  36:21 55:3
**security** 16:12
**see** 15:15 27:1
  37:5 38:10,11
  39:15,19,21
  40:2,7 46:23
  47:3 51:16
  53:18 63:14
**seen** 19:20,22
  43:17
**sentence** 37:2
  38:6
**separately** 5:8
  30:11
**sergeant** 25:6,12
  26:19,20 28:20
  29:6,21 38:13
  40:18 47:11
  49:11 56:17
  57:6 59:13
**Service** 6:9
  11:10

**sex** 33:16
**sexual** 21:18
  22:4,16,23
  24:19
**sexually** 23:21
  27:3 41:9 42:3
  53:22
**sheet** 2:7,10,13
  2:16,23 4:1
**Sheriff** 64:5
**sheriff's** 19:7
  20:17,19 35:16
  52:19
**shirt** 59:22
  60:21
**shoes** 59:22
  60:21
**Shorthand** 6:7
  11:2
**show** 43:5
**shown** 58:10
**side** 42:10,13
  54:1,6
**sides** 51:17
**sign** 2:5,10,22
  12:23 47:12
**signature** 6:15
**signed** 47:3
  68:17
**signing** 1:22
  2:12
**similar** 20:5
  32:21 46:20
  52:5
**simple** 36:5
**simply** 54:1
**sit** 37:12
**six** 55:6
**skips** 46:15
**sleep** 38:7
**sleeping** 50:16
**slow** 14:17
**SMITH** 1:11
**somebody** 31:5
  47:6 51:6 60:2
  62:22

SOP 20:10
sorry 14:15
    15:10 20:18
    21:1,11 27:23
    35:2 36:11
    45:16,22 57:16
sort 26:16 29:12
sound 28:13
    59:23
South 2:18
Southern 24:15
speak 37:2
    60:23 65:2
specific 39:16
    42:1 43:14
specifically 22:8
    22:16 23:9
    56:19 60:12
speculate 15:1
    18:23
spoken 15:19
    30:17 65:17,23
standard 19:17
    19:20 20:22
    40:5
starts 47:1,5
State 6:8 11:4
    68:2,22
statement 44:13
    44:15 49:3
States 1:1 11:22
station 61:17,21
stenotype 68:6
STIPULATED
    6:2,14,22
stipulation 11:8
stipulations
    12:21
stole 38:15
stories 32:21
    52:5
story 33:20
    40:23 41:1
    42:11,14 54:2
    54:6,9
strange 14:8

strangely 46:14
strategy 42:7
stray 46:16
stretched 14:19
structured
    20:15
stuff 17:19
subject 2:12
subscribed 5:16
substance 20:4,4
    46:20
substantive
    37:13 48:23
suicide 62:18
    63:4
suicides 63:23
Suite 6:10 9:23
    11:11
supervision 68:9
sure 23:3 25:18
    25:19,23 26:14
    32:18 34:12
    39:8 40:17
    42:20,20 56:15
    56:18 58:20
suspect 41:4
swear 12:6
sworn 5:16
    12:18
synopsis 27:1

_____
T

T 6:1,1 23:22
    27:8,12 28:23
    31:21,22 35:19
    36:7 44:12
    49:1 53:16
    59:11 62:3
take 14:20 20:3
    30:3,20 33:10
    34:6,9,19 36:5
    38:8,8 45:11
    50:12
taken 6:5 68:5
takes 35:11
talk 14:14 28:5

51:10,12,17
    56:12 64:5,8,9
    64:13,17
talked 29:18
    40:18 51:9,10
    56:16 61:23
    64:20 66:5
talking 14:15
    22:12 28:21
    29:11 37:20,22
    57:10,12 64:11
    64:16
task 54:4
team 26:2
telephone 24:10
tell 22:7 24:9,11
    26:16 27:7
    28:11,15,23
    29:22 30:2
    32:14,14,16,17
    32:18 36:16
    37:11 39:10
    41:1 50:18
    52:4 53:3
    54:14 60:3,10
telling 18:19
    38:21 41:16
    50:23 51:7
tells 14:11
ten 17:13 45:8
tend 14:14
terrific 15:22
    43:23
Terry 1:16 2:1
    5:3,11 6:5 9:18
    11:14,21 12:17
    37:4,9
testified 12:19
testimony 1:15
    5:5 15:20
thank 12:20
    13:15 19:1
    21:9 36:1 46:1
    66:18 67:5
theft 62:12
thereto 7:7 68:7

thing 24:16 31:6
    43:13 51:7
    62:23
things 20:14
    54:16
think 15:14
    17:13 21:3
    27:9 28:16
    29:20 32:15
    33:14 37:15
    41:12 49:16,22
    50:1 54:4
    66:16,17
thirty 2:20
thought 52:3
thoughts 63:7
three 16:12
    44:14
three-day 22:12
throw 44:1
tied 60:3
time 7:5,6 12:3
    14:11 16:10,14
    16:19 17:1,2,4
    18:19 23:18
    26:10,12,13
    28:8 29:9,15
    30:13,15 32:9
    39:5,15,16
    40:6 41:2,17
    42:17,20 49:23
    51:5 53:1
    55:10 56:3
    58:16 60:14
    63:23 68:12
Timeline 8:14
times 22:22
    47:15 54:16
    60:5
title 18:4
TJ 8:19
today 13:16
    15:20
today's 12:2
    15:5
told 18:22 24:2

24:4,16 25:5,7
    26:21,23 27:9
    27:11 30:3
    32:19 33:20
    38:12,14 52:3
    60:6,19 62:22
    63:8
top 19:16 38:4
    44:17 46:23
    55:12
TOWNSEND
    9:6
training 21:17
    21:20 22:6
    23:5
transcript 5:4
    14:22 19:14
    35:9 36:6,12
    41:22 43:11
    46:21 52:14
    53:1 56:6 68:7
    68:8,10
Tremaine 9:13
    12:9
trial 7:5 17:18
true 5:5 68:10
truth 50:23
    51:13 52:3
try 21:2 34:15
    37:16 61:3
trying 39:14
    41:5 42:10
    45:4,12 54:7
    55:9
turn 19:9 36:20
    38:3 39:12
    53:9 55:3,6
turned 16:22
turning 55:17
Tuscaloosa 6:10
    6:11 9:9 11:10
    11:12 16:11
    17:6,7,8 19:7
    19:16,23 20:2
    20:17,21 21:4
    21:7 22:1

Terry Carroll

1/19/2021

Page 76

35:15 68:3
**twice** 23:1,1
**two** 27:17,17
  36:22 54:5
  56:11
**typically** 26:1
  34:14,19 40:20

_____

**U**

**U** 6:1
**understand** 13:9
  26:6,15 41:12
  63:18 64:2
**unfortunately**
  63:9
**unit** 17:7,8,15
  18:1 19:17
  20:1,2,6,10,14
  20:21 21:7,16
  62:20 63:1,22
**United** 1:1 11:22
**Unity** 8:12
**UNIVERSITY**
  9:8
**unusual** 30:19
**upper** 36:22
**US-280** 9:22
**use** 39:17
**Usual** 12:21
**usually** 34:22
  51:13

_____

**V**

**vehicle** 33:9
**victim** 24:23
**video** 1:15 6:4
  11:20 34:11
  57:22,23 58:4
  58:21 59:2
**videoed** 58:11
  59:9
**videographer**
  10:5 11:19
  67:6
**videoing** 58:13
**view** 19:6

**violent** 17:8
  19:17,23 20:17
**voice** 32:1 34:8
**vs** 1:10

_____

**W**

**W** 1:21 6:6 11:1
**wait** 42:15 55:7
**waive** 3:2
**waived** 1:23
  6:17
**walk** 58:3
**walkie-talkie**
  24:15
**walking** 33:5
  50:11 58:5,9
  59:4
**wallet** 61:10
**want** 14:23 15:1
  17:17 18:23
  20:3 23:9
  40:17 43:15
  44:1,6 53:15
  58:1,20 67:1
**wanted** 17:19
  50:13 63:14
**wants** 33:11
  35:12
**warning** 44:13
**wasn't** 41:11
  54:7
**way** 17:21 24:13
  26:4 28:6 31:9
  51:15,15
**we'll** 34:9,15
  40:23
**we're** 24:4 26:2
  26:3,3 67:6
**we've** 51:15
  61:23
**wear** 34:5
**week** 16:13
**week-long** 22:13
**welcome** 41:23
**went** 17:11
  33:21,22,22

38:7 50:14
  59:20 60:15
**weren't** 20:18
  26:6 43:20
**Western** 1:3
  12:1
**willingly** 53:13
**window** 29:12
**witness** 2:2 5:4
  6:16 9:18
  11:14 12:6
  34:5 35:11
  60:20
**woman** 23:19
  59:20
**wondered** 39:5
  43:17
**word** 22:9
**work** 16:7,10
  24:14
**worked** 13:21
  18:6 63:22,23
**working** 16:10
  20:16,20 43:3
**WorkSouth** 6:9
  11:10
**wouldn't** 17:21
  27:10 30:23
**Wright** 9:13
  12:9
**written** 44:13
**wrong** 18:19
  28:17 39:4
  46:6
**wrongful** 35:14
  52:18

_____

**X**

**X** 8:1

_____

**Y**

**yeah** 13:13 18:8
  20:7,23 21:5
  25:19 26:19,19
  47:11,19 49:18
  53:5 62:17

64:4 66:17
**years** 16:17,19
  17:13 21:23
**YORK** 9:16,16

_____

**Z**

**Zoom** 1:15 6:4
  9:11

_____

**0**

**07/17/2021**
  68:23
**08:37** 44:20
**0850** 55:15

_____

**1**

**1-146** 8:15
**100** 53:14
**10020-1104** 9:16
**110** 9:23
**12:02** 1:19 6:13
  11:13 12:3
**12:55** 67:7,10
**1251** 9:14
**13** 8:4
**1409** 9:8
**1490** 6:10 11:10
**16** 8:14 19:4,12
**19** 1:18 6:12
  8:14 11:13
  68:17
**19th** 12:3

_____

**2**

**2** 8:12 43:5,9
  45:14,14,15
  46:4 55:1
**20** 15:13
**200** 6:11 11:11
**2008** 17:12
**2015** 18:1,6
  35:19 52:21
**2018** 17:12
**2019** 16:6
**2021** 1:18 5:18
  6:12 11:14

12:3 68:17
**20th** 44:4 46:4
  46:14
**21ST** 9:15
**22** 55:5
**22nd** 46:15
**24** 19:9
**25** 15:13
**252** 6:11 11:12
**27** 16:17,18
**2700** 9:22
**28** 16:17,19 55:6
**2nd** 35:19 36:8
  52:21

_____

**3**

**30** 2:20 68:21
**35** 8:19
**35222** 2:18
**35223** 10:1
**35401** 9:9
**3710** 2:17

_____

**4**

**4** 38:3,4
**42** 45:11,11,16
**43** 8:12,19 35:3
  35:7
**44** 8:20 52:10,12
  54:22
**4th** 2:17

_____

**5**

**52** 8:20

_____

**6**

**6** 39:12
**60** 16:22 17:1
**68** 8:5

_____

**7**

**7/2/15** 44:20
**7/2015** 55:14
**7:19-cv-00403...**
  1:6 11:22
**7:50** 28:12

Terry Carroll                                          1/19/2021

Page 77

| 8 | | | | |
|---|---|---|---|---|
| **8:37** 35:20 | | | | |
| **9** | | | | |
| **9/30/2021** 68:21 | | | | |

Terry Carroll                                                    1/19/2021

---

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

CASE NUMBER
7:19-cv-00403-RDP

ADAM JONES and JOSHUA HASTINGS,
        Plaintiff(s),
vs.
BUZZFEED, INC., BUZZFEED NEWS, BEN SMITH,
and KATIE J.M. BAKER,
        Defendant(s).

VIDEO AND ZOOM DEPOSITION TESTIMONY OF:
TERRY CARROLL

JANUARY 19, 2021
12:02 p.m.
COURT REPORTER:
NANCY W. PANNELL, CCR
The reading and signing of this deposition
has NOT been waived

---

Page 2

1    TERRY CARROLL
2    INSTRUCTIONS TO THE WITNESS
3
4        Please read your deposition
5    over carefully before you sign it.  You
6    should make all your changes on the
7    attached errata sheet.
8        After making any changes
9    which you have noted on the attached
10   errata sheet, sign your name on the
11   Deponent's Certificate and date it.  You
12   are signing it subject to the changes you
13   have made on the errata sheet, which will
14   be attached to the deposition.
15       Return the attached errata
16   sheet and Deponent's Certificate to
17   Birmingham Reporting, 3710 4th Avenue
18   South, Birmingham, Alabama 35222.
19       According to the Rules of
20   Civil Procedure, you will have thirty (30)
21   days from the date you receive this
22   deposition in which to read it, sign it,
23   and return the errata sheet and Deponent's

---

Page 3

1    Certificate to the above office.  If you
2    fail to do so, you automatically waive
3    your right to make any corrections to your
4    deposition.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

---

Page 4

1    ERRATA SHEET
2    PAGE  LINE  EXPLANATION
3    _____
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____

---

1 (Pages 1 to 4)

Terry Carroll                                                    1/19/2021

| Page 5 |
|---|

1        DEPONENT'S CERTIFICATE
2
3        I, TERRY CARROLL, the
4    witness herein, have read the transcript
5    of my testimony and the same is true and
6    correct, to the best of my knowledge. Any
7    corrections and/or additions, if any, are
8    listed separately.
9
10    _____
11        TERRY CARROLL
12
13    2-3-21
14    DATE
15
16        Sworn to and subscribed
17    before me, this the 3rd day of
18    Feb.              , 2021, to certify my hand
19    and seal of office.
20
21
22    _____
        NOTARY PUBLIC
23    My Commission Expires
        January 1, 2023

| Page 6 |
|---|

1        S T I P U L A T I O N
2        IT IS STIPULATED AND AGREED
3    by and between the parties through their
4    respective counsel that the VIDEO AND ZOOM
5    DEPOSITION OF TERRY CARROLL may be taken
6    before Nancy W. Pannell, Certified
7    Shorthand Reporter and Notary Public,
8    State at Large, at the offices of
9    Birmingham Reporting Service, WorkSouth
10    Tuscaloosa, 1490 Northbank Parkway, Suite
11    200, Conference Room 252, Tuscaloosa,
12    Alabama, on JANUARY 19, 2021, commencing
13    at approximately 12:02 p.m.
14        IT IS FURTHER STIPULATED AND
15    AGREED that the signature to and the
16    reading of the deposition by the witness
17    IS NOT waived, the deposition to have the
18    same force and effect as if full
19    compliance had been had with all laws and
20    rules of Court relating to the taking of
21    depositions.
22        IT IS FURTHER STIPULATED AND
23    AGREED that it shall not be necessary for

| Page 7 |
|---|

1    any objections to be made by counsel to
2    any questions, except as to form or
3    leading questions, and that counsel for
4    the parties may make objections and assign
5    grounds at the time of trial or at the
6    time said deposition is offered in
7    evidence, or prior thereto.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

| Page 8 |
|---|

1        I N D E X
2
3    EXAMINATION BY:        PAGE NO.
4    MS. BOLGER            13
5    CERTIFICATE           68
6
7
8        INDEX OF EXHIBITS
9
10    PREVIOUSLY MARKED DEFENDANT'S EXHIBITS
11    REFERENCED AND ATTACHED
12    2   Homicide Unity Felony        43
13        Packet
14    16   Timeline of Rondini Case,   19
15        Page 1-146
16
17
18    DEFENDANT'S EXHIBITS:      PAGE NO.
19    43   Police Interview of TJ Bunn   35
20    44   Police Interview of Jason     52
21        Barksdale
22
23

                                        2 (Pages 5 to 8)