FILED
2021 Sep-15 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 70

CHECKLIST FOR ACTIVITIES

DEFENDANT'S EXHIBIT
42
T. Nelson

Defendant: Megan Randini

Defense Attorney: _____

CC 201 _-

20**16** DA **395**

|  |  |  | BY: | DATE: |
|---|---|---|---|---|
| ( ) | 1. | Preliminary hearing tape transcribed: | ___ | ___ |
| ( ) | 2. | Grand Jury tape transcribed: | ___ | ___ |
| ( ) | 3. | Assignment letter(s) sent: | ___ | ___ |
| ( ) | 4. | Restitution affidavit sent: | ___ | ___ |
| ( ) | 5. | Discovery sent: | ___ | ___ |
| ( ) | 6. | 404(b) motion filed: | | |
| ( ) | 7. | State's Discovery Request filed: | ___ | ___ |
| ( ) | 8. | Offer sent: | ___ | ___ |
| ( ) | 9. | Habitual Offender notice filed: | ___ | ___ |
| ( ) | 10. | Enhancement notice filed: | ___ | ___ |
| ( ) | 11. | Certified copies of convictions requested: From:_____ | ___ | ___ |
| ( ) | 12. | Medical records subpoenaed: For:_____ | ___ | ___ |
| ( ) | 13. | Forensics' Report a. Certified copy of report requested: b. Motion to use report in lieu of expert: | ___ | ___ |
| ( ) | 14. | Settlement letter(s) sent: | ___ | ___ |
| ( ) | 15. | Copy of file sent to the Probation Office: | ___ | ___ |

_____

_____

_____

_____

_____

| DATE | JDG | DA | ATTY | |
|------|-----|-----|------|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**SHERIFF**

714 ½ Greensboro Avenue
Tuscaloosa, AL 35401

Ron Abernathy, Sheriff
Tuscaloosa County

Phone: (205) 752-0616
Fax: (205) 469-6306

# TUSCALOOSA COUNTY SHERIFF'S OFFICE
# CRIMINAL INVESTIGATIONS DIVISION
# REPORT TO GRAND JURY

## Warrantless Grand Jury Presentation

DEFENDANT(s)

**Megan Elizabeth Rondini**

CHARGE

**Theft of Property Second Degree (Greater than $500 to $2,500)
Unlawful Breaking and Entering a Vehicle**

CASE NUMBER

**15070229**

CASE PREPARED BY

**INV Thomas Nelson**

DATE

**December 21, 2015**

RECEIVED DEC 29 2015

_____
SIGNATURE OF INVESTIGATOR

_____
SIGNATURE OF COMMANDER

**PRESENTMENT**

SCANNED

## FELONY PACKET
## CASE DISCOVERY INFORMATION

INVESTIGATOR: Thomas Nelson     CASE #: 15070229     DATE: December 21, 2015

|  | YES | NO |
|---|---|---|
| COVER SHEET | X | |
| FELONY SHEET & ATTACHMENTS | X | |
| SYNOPSIS | X | |
| CASE REPORT | X | |
| LIST OF WITNESSES WITH ADDRESSES & PHONE NUMBERS | X | |
| EACH WITNESS TESTIMONY | X | |
| INVESTIGATIVE REPORT | X | |
| FOLLOW-UP SUPPLEMENTS | | X |
| COPY OF WARRANT | | X |
| ARREST REPORT | | X |
| SUPPLEMENT TO CLOSE CASE | | X |
| WAIVER OF RIGHTS | X | |
| STATEMENT | X | |
| EVIDENCE SEIZED  Returned to T. Bunn/Stored in TCSO Evidence Division | X | |
| CHAIN OF CUSTODY | X | |
| FORENSICS REPORT | | X |
| CRIMINAL HISTORY | X | |
| COMPUTER PRINTOUTS | | X |
| VIDEO RECORDING  TCSO Records Division/Included in pack | X | |
| AUDIO RECORDING  None taken | | X |
| PHOTOGRAPHS  TCSO Records Division/Included in pack | X | |
| SEARCH WARRANT | | X |
| COURT ORDER(S) | | X |
| MISCELLANEOUS PAPERWORK, ETC. | X | |

Investigator Initials:                6356



714 ½ Greensboro Avenue
Tuscaloosa, AL 35401

Ron Abernathy, Sheriff
Tuscaloosa County

Phone: (205) 752-0616
Fax: (205) 469-6306

# FELONY REPORT TO THE DISTRICT ATTORNEY'S OFFICE
## Case Number: 15070229
## Warrantless Grand Jury Presentation

**OFFENSE:**
## Theft of Property Second Degree (Greater than $500 to $2,500)

Location: ▮
Date/Time: between Jul 2 2015 and Jul 2 2015   Between 12:00 am And 08:00 am
Co-Defendant(s):

**DEFENDANT:**
## Rondini, Megan Elizabeth

▮

Date of Birth: ▮          Home Phone: ▮
Place of Birth:              Other Phone:
Record: None

Testify:

**ARREST:**

Warrant(s):
Warrant Date Issued: 01/01/1900
Warrant Executed (Date/Time): 01/01/1900
Arrest (Date/Time): 10/29/2015
Miranda (Date/Time): 07/02/2015 02:10 pm
Present/Witnesses:

Alias:

Height: 5-06          Race: White
Weight: 130          Hair: Bln
Sex: Female          Eyes: Blu
SSN: ▮

Arrest Location:

**VICTIM:**
## Bunn Jr     , Terry  Jackson

▮

Date of Birth: ▮

Testify:

Home Phone: ▮
Other Phone:

SSN: ▮

# TUSCALOOSA COUNTY SHERIFF'S OFFICE
## FELONY REPORT TO THE DISTRICT ATTORNEY'S OFFICE

Agency ORI: AL0630000

Case Number: 15070229

Warrant Number(s):
Rondini, Megan Elizabeth

## Recovered Property:

Item Number | Recovery Date | Time | Location | By | Value

Type | Description

Item: 2 | 07/02/2015 | 08:30 am | 714 1/2 Greensboro Ave. Tuscaloosa AL 35401 | J. Hastings | 50.00

Other      Assorted keys

Item: 1 | 07/02/2015 | 12:13 pm | █████████████████ | J. Franks | 500.00

Firearms      Ruger LCP .380 pistol

Item: 3 | 07/02/2015 | 04:30 am | 809 University Blvd. E Tuscaloosa AL 35401 | A. Jones | 50.00

Vehicle Parts//      Ignition key to Ford vehicle

# TUSCALOOSA COUNTY SHERIFF'S OFFICE
# CRIMINAL INVESTIGATIONS DIVISION

## Warrantless Grand Jury Presentation

Victim: Terry Jackson Bunn, Jr

Defendant: Megan Elizabeth Rondini

Charge: Theft of Property Second Degree (Greater than $500 to

Case Number: 15070229

Offense Date: between Jul 2 2015 and Jul 2 2015

Investigator: INV Thomas Nelson

### Synopsis

On July 2, 2015, the victim, Terry Bunn Jr., took the defendant, Megan Rondini, to his residence and once there both engaged in sexual intercourse. After the intercourse had ended, Bunn went to sleep and Rondini left by crawling out through a window due to her being unable to open any of the doors inside Bunn's residence. During the process of leaving, Rondini took several items from inside Bunn's residence including currency, a credit card, and keys. Once outside of the residence, Rondini entered Bunn's vehicle and while inside took a pistol from the center console. Rondini finally left the residence after she was able to make contact with both a taxi service and a friend who both came to the home to retrieve her. At the time Rondini left the residence, she left with the friend who took her to DCH where she filed a report against Bunn claiming that she had been raped.

### Case Report

On July 2, 2015, the defendant, Megan Rondini, filed a report with the Tuscaloosa Police Department claiming that she had been raped by the victim, Terry Bunn Jr. In her initial report, Rondini stated that she had gone home with Bunn after seeing him the previous night at Innisfree Irish Pub and that once at his residence that the two had engaged in sexual intercourse which she felt was forced. Rondini further stated that after the intercourse had ended that she attempted to leave Bunn's residence but was unable to do so due to the door which led from his bedroom being locked. As an alternative to using the door, Rondini stated that she climbed out of Bunn's bedroom window, onto the roof of the home, and finally onto the ground by using a fence. Once outside, Rondini stated that she called both a friend and a taxi service to come pick her up before realizing that she had forgotten her keys inside the residence and using a nearby cooler and trash can to reenter the home through the window which she had used to exit. Once inside the home for a second time, Rondini stated that she was unable to locate her keys and again exited through the window and went to the road to wait on a ride. While at the road, Rondini stated that both her friend and the taxi arrived at the same time and after paying the taxi driver for his time left with her friend who took her to DCH to report the incident.

In Rondini's initial written statement, which she gave to Tuscaloosa Police Officer R.B. Phillips, there is no mention of her going through Bunn's bedroom or vehicle in an attempt to locate her keys and no mention of her taking anything from the residence which did not belong to her. It is however mentioned in Phillips' report narrative that Rondini had used a key ring which she found in Bunn's bedroom to try and exit the room and that the keys had been located by Navid Khan, who was the taxi driver who had come to Bunn's residence to pick her up, in his vehicle. Along with the key ring which Khan had located a single Ford vehicle key was taken from Rondini by Phillips at the time of report.

Due to the nature of what Rondini was alleging, Investigators Adam Jones and Josh Hastings with the Tuscaloosa Metro Homicide unit were called out to take over the investigation. Once called out, both Jones and Hasting responded to DCH and met with Rondini where an audio recorded statement was obtained from her. After obtaining Rondini's statement, Jones and Hastings went to Bunn's residence, met with him and obtained a signed consent to search from so that his property could be processed as a possible crime scene. While at the residence, Bunn was asked if he had come home with a female the previous night and denied that he had. Also while at the residence taking photographs, Jones heard a window shut from inside the home and

confronted Bunn about it at which tim- 'e stated that he wanted to speak with his ?'`\mney, Jason Neff, before going any further and at that time Jon.. and Hastings left the residence.

After initially leaving, Jones and Hastings returned a short time later and had Bunn and his friend, Jason Barksdale, who was also inside the residence exit so that the home could be secured until a search warrant was obtained. While at the residence, Bunn spoke to Neff over the phone and again gave Jones and Hasting written consent to search the property. While in the process of searching the home a second time, a spent .380 shell casing was located inside Bunn's Mercedes along with an empty holster in the center console. Neither Jones nor Hastings were able to locate Rondini's keys inside the residence however they did locate several loose pieces of paperwork which belonged to Bunn scattered in the roadway a short distance from his home. When confronted about the gun and the paperwork, Bunn stated that he believed that Rondini had stolen a credit card, two hundred dollars in cash, and a key to a Ford vehicle from inside his residence as well as a Ruger .380 from his vehicle.

On July 2, 2015, the witnesses Navid Khan and Ciara Younger came to the sheriff's office so that video recorded interviews could be conducted. Khan arrived first and prior to beginning his interview, turned the key ring which Rondini had left in his vehicle over to Sgt. Davis for safekeeping. During his interview, Khan stated that he had been called by Rondini for a ride from Bunn's residence and that he had gone to the address to pick her up. Khan further stated that after he arrived at the residence that Rondini got into his vehicle before seeing her friend pull up in a second vehicle at which time she paid him and left with her friend. Khan finally stated that after Rondini had left with her friend that he located the keyring in the back of his vehicle and held them for her. Later in the day after Khan's interview had ended, Ciara Younger, who went to Bunn's residence to pick Rondini up also came to the sheriff's office so that a video recorded interview could be conducted. During her interview Younger stated that she received numerous text messages from the suspect, Megan Rondini, pleading for help. Upon receiving the text messages Ciara and her roommate, Rebecca Lundgren, drove to Bunn's residence using a pin drop which Rondini had sent and once there picked her up and first took her to their apartment before going to DCH

Later in the day, Rondini met with Jones at the Tuscaloosa County Sheriff's Office so that a video recorded interview could be conducted. Prior to beginning the interview, Rondini gave Jones a written statement detailing how she had used the key ring which she had found in Bunn's bedroom to try and leave the room as well as how she had gone through his vehicle in an attempt to locate her keys there but had taken a gun for her "protection" instead. During the interview, Rondini stated that along with using the keys from Bunn's bedroom that she had also taken them and shoved them in her pants before initially exiting out the window. Rondini further stated again that she had reentered the residence due to not having her keys and to entering Bunn's vehicle at which point she removed a gun from its interior. When asked what she had done with the gun since it had not been located, Rondini stated that she had left it in Bunn's yard near the roadway before getting into the vehicle with her friend. Upon learning this information, Sgt. Jeremy Franks, who is also with the homicide unit, went to Bunn's residence, located and photographed the pistol before seizing it as evidence.

Later the same day, Rondini came back to the sheriff's office and was again questioned by Jones. Prior to beginning the second interview, Rondini was read Miranda Warning and signed a waiver stating that she understood and wished to speak with Jones. During the second interview, Rondini again stated that she had removed a gun from Bunn's vehicle but this time included information that the gun had accidently discharged but that she had not seen where the bullet had gone or the shell eject into the driver's seat. Along with the additional information about the gun discharging, Rondini also admitted that during her second time inside Bunn's residence that she had gone through his pants pockets in an attempt to find money to pay for the cab but that he only had three dollars and that she took it and payed the driver with it. Rondini further stated that along with the money that she took from Bunn's pants pockets that she also took football tickets but that she did not take a credit card.

At this time, the key ring and Ford vehicle key have been returned to Bunn however his Ruger .380 pistol is being stored at the sheriff's office for safekeeping. The currency and credit card which Bunn also reported as being stolen have not been located. :

# Tuscaloosa County Sheriff's Office
## Felony Report
### Witness Information Sheet

ORI: AL0630000
Victim: Terry Jackson Bunn, Jr          Case Number: 15070229
Defendant(s): Megan Elizabeth Rondini

1  Name: Thomas Nelson
   Date of Birth:                       Address:
   SSN: –
   Race: White                          Home Telephone:
   Sex: Male                            D.L. # :              State:
   Employer: Tuscaloosa County Sheriff's Office          Work/School: ███
   Work/School Address: 714 1/2 Greensboro Ave. Tuscaloosa, AL  35401
   Can Testify To: Thomas Nelson can testify to the investigation regarding the victim, Terry Bunn Jr., and the
   defendant, Megan Rondini.

2  Name: Josh Hastings
   Date of Birth:                       Address:
   SSN: –
   Race: White                          Home Telephone:
   Sex: Male                            D.L. # :              State:
   Employer: Tuscaloosa County Sheriff's Office          Work/School: ███
   Work/School Address: 714 1/2 Greensboro Ave. Tuscaloosa, AL  35401
   Can Testify To: Josh Hastings can testify to conducting an interview with the victim, Terry Bunn Jr.

3  Name: Jeremy Franks
   Date of Birth:                       Address:
   SSN: –
   Race: White                          Home Telephone:
   Sex: Male                            D.L. # :              State:
   Employer: Tuscaloosa County Sheriff's Office          Work/School: ███
   Work/School Address: 714 1/2 Greensboro Ave. Tuscaloosa, AL  35401
   Can Testify To: Jeremy Franks can testify to recovering a firearm belonging to Terry Bunn from the front
   yard of his residence located at ███

4  Name: Adam Jones
   Date of Birth:                       Address:
   SSN: --
   Race: White                          Home Telephone:
   Sex: Male                            D.L. # :              State:
   Employer: Tuscaloosa Police Department          Work/School: ███
   Work/School Address: 714 1/2 Greensboro Ave. Tuscaloosa, AL  35401
   Can Testify To: Adam Jones can testify to conducting interviews with the defendant, Megan Rondini.

5  Name: Navid Bashir Khan
   Date of Birth:                       Address: ███
   SSN: ███
   Race: Other ,                        Home Telephone: ███
   Sex: Male                            D.L. # : ███      State: AL
   Employer: ███                        Work/School: ███
   Work/School Address: ███
   Can Testify To: Navid Khan can testify to being called to the residence of the victim, Terry Bunn, on July 2,
   2015 to pick up the defendant, Megan Rondini. Khan can further testify to locating a key ring with several
   keys on it in his vehicle after Rondini refused a ride from him and to turning those keys over to investigators
   with the Tuscaloosa Metro Homicide Unit.

6  Name: Ciara Younger
   Date of Birth: ███████
   SSN: ███████
   Race: White                          Address: ███████████
   Sex: Female                          Home Telephone: ███████
   Employer: University of Alabama      D.L. # : ███████  State:
   Work/School Address:                                        Work/School:

Can Testify To: Ciara younger can testify to going to the residence of Terry Bunn where she picked up
Megan Rondini and took her first to her apartment before going to DCH.

# ALAB.. 1A UNIFORM INCIDENT/OFFL .SE REPORT

Assigned to: 6356
Date Printed
07/06/15 10:13 AM

| 1 ORI # | 2 Date of Report | 3 Time of Report | 4 | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|
| A L 0 6 3 0 0 0 0 | 07 02 15 | 08 : 29 | ☒ AM ☐ PM ☐ MIL ☐ Incident ☒ Offense ☐ Supplement | | 1 5 0 7 0 2 2 9 | |

| 8 Agency Name | 9 Sector |
|---|---|
| Tuscaloosa County Sheriff's Office | 2SW |

**EVENT**

| 10 Type of Incident or Offense | 11 Degree | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|
| ☒ Felony ☐ Misdemeanor ☐ Attempted ☒ Completed Theft of Property Second Degree (Greater than $500 to $2,500) | 2 | 2318 | 13A-8-4 |

| 14 Type of Incident or Offense | 15 Degree | 16 UCR Code | 17 State Code/Local Ordinance |
|---|---|---|---|
| ☒ Felony ☐ Misdemeanor ☐ Attempted ☒ Completed Unlawful Breaking and Entering a Vehicle | | 2305 | 13A-8-11(b) |

18 Approximate Location of

| 24 Offender Suspected of Using | 25 Gang | 26 Hate Bias | 27 Bias Code |
|---|---|---|---|
| ☒ Alcohol ☐ Drugs ☐ Computer Equipment ☐ N/A | ☐ Juvenile Gang ☐ Adult Gang ☒ None/Unknown | ☐ Yes | |

| 29 Point of Entry | 30 Method of Entry | 31 Local Use | 32 Lighting | 33 Weather | 34 Location Type | |
|---|---|---|---|---|---|---|
| ☒ Door ☐ Roof ☐ Window ☐ Other | ☐ Forcible ☒ No Force ☐ Attempted Forcible | | ☐ 1 Natural ☐ 2 Moon ☐ 3 Artificial Exterior ☒ 4 Artificial Interior ☐ 5 Unknown | ☐ 1 Clear ☒ 2 Cloudy ☐ 3 Rain ☐ 4 Fog ☐ 5 Snow ☐ 6 Hail ☐ 7 Unknown | ☐ 01 Terminal ☐ 02 Bank ☐ 03 Bar ☐ 04 Church ☐ 05 Commercial ☐ 06 Construction ☐ 07 Conv Store ☐ 08 Dept Store | ☐ 09 Drug Store ☐ 10 Field/Woods ☐ 11 Gov't/Public Building ☐ 12 Supermarket ☐ 13 Highway/Street ☐ 14 Hotel/Motel ☐ 15 Jail/Prison ☐ 16 Lake/Waterway |

| 35 Occurred from MM/DD/YY | 36 Time of Event | 37 Day of Week | | ☐ 17 Liquor Store ☐ 18 Parking Lot/Garage ☐ 19 Storage Facility ☒ 20 Residence/Home ☐ 21 Restaurant ☐ 22 School/College ☐ 23 Service/Gas Station ☐ 24 Specialty Store ☐ 25 Other/Unknown |
|---|---|---|---|---|
| 07 02 15 | 12:00 ☐ AM ☒ PM ☐ MIL | ☐S ☐M ☐T ☐W ☐T ☐F ☐S | | |

| 38 Occurred to MM/DD/YY | 39 Time of Event | 40 Day of Week | 41 # Premises Entered | 43 Victim Type |
|---|---|---|---|---|
| 07 02 15 | 08:00 ☒ AM ☐ PM ☐ MIL | ☐S ☐M ☐T ☐W ☐T ☐F ☐S | (Burglary) | ☒ Individual ☐ Financial (Bank) ☐ Religious Org ☐ Business ☐ Government ☐ Society |

| 42 Type Criminal Activity |
|---|
| ☐ Buying/Receiving Cultivating/Manu ☐ Distributing/Selling Exploiting Children ☐ Operating/Promoting Possessing/Concealing ☐ Transporting/Importing Using/Consuming |

**PROPERTY**

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc. | 48 Dollar Value Stolen | Damaged | 49 Recovered Date | Value |
|---|---|---|---|---|---|---|---|
| S | 38 | 1.000 | 2012 Ford F 150 | $50.00 | | | |
| S | 20 | 1.000 | 200 dollars | $200.00 | | | |
| S | 09 | 1.000 | credit card | $25.00 | | | |
| S | 13 | 1.000 | ruger 380 with laser | $500.00 | | | |

☐ Continued on Supplement

28 Domestic Violence ☐ No ☐ Yes

| Loss Code (Enter letter in loss code column) | Property Code (Enter # in property type column) | | | |
|---|---|---|---|---|
| S Stolen B Burned R Recovered F Forged D Damaged/ Counterfeited Destroyed N None C Confiscated/ Seized | 01 Aircraft 02 Alcohol 03 Autos 04 Bicycles 05 Buses 06 Clothes | 07 Computer 08 Consumables 09 Credit Card 10 Drugs 11 Drug Equip 12 Farm Equip 13 Firearms 14 Gambling Equipment 15 Heavy Construction | 16 Household Goods 17 Jewelry 18 Livestock 19 Merchandise 20 Money 21 Negotiable Instrument 22 Non-negotiable Instru 23 Office Equipment 24 Other Motor Vehicle | 25 Purse/Wallet 26 Radios/TV/VCR 27 Recordings 28 RVs 29 Structure - Single Occupancy Dwelling 30 Structure - Other Dwelling 31 Structure - Other Commercial 32 Structure - Industrial/ Manufacturing 33 Structure - Public/Community | 34 Structure - Storage 35 Structure - Other 36 Tools - Power/Hand 37 Trucks 38 Vehicle Parts/Accessories 39 Watercraft 40 Other |

**VEHICLES**

| 50 Stolen Vehicle Only | 51 Ownership verified by: | 52 Veh. Categories |
|---|---|---|
| ☐ Area Stolen ☐ Business ☐ Residence ☐ Rural | ☐ Tag Receipt ☐ Title ☐ Bill of Sale ☐ Other | ☐ Recovered ☐ Victim's Vehicle ☐ Abandoned ☐ Stolen ☐ Suspect's Vehicle ☐ Unauthorized Use |

| 53 Vehicle Year | 54 Vehicle Make | 55 Vehicle Model | 56 Number Veh Stolen | 57 Vehicle Description |
|---|---|---|---|---|

| 58 Vehicle Style | 59 Vehicle Color Top Bottom | 60 License | 61 LST | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|

| 64 Vehicle VIN | 65 Warrant Signed ☐ Yes ☒ No | Warrant Number |
|---|---|---|

| Motor Vehicle Recovery Only Required For 24XX UCR Code | 66 Stolen in your jurisdiction? ☐ Yes ☐ No Where? | 67 Recovered in your jurisdiction? ☐ Yes ☐ No Where? |
|---|---|---|

**ADMINISTRATION**

| 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |
|---|---|---|---|---|---|

| 74 Case Status | 75 Multiple Cases Closed Listed Above ☐ Multiple Cases Closed Listed On Supplement ☐ | 78 Reporting Officer | |
|---|---|---|---|
| ☒ 1 Pending ☐ 2 Inactive ☐ 3 Closed | 77 Case Disposition ☐ Cleared by Arrest (Juv) ☐ Cleared by Arrest (Adult) ☐ Unfounded ☐ Exceptional Clearance ☐ Administratively Cleared | Griffin, David | 6338 Officer ID Number |
| 76 Entered NCIC/AC/IC ☐ Yes ☐ No | 78 Exceptional Clearance (Check One) ☐ A Suspect/Offender Dead ☐ B Prosecution Declined/Other Prosecution ☐ C Extradition Denied ☐ D Victim Refused to Cooperate ☐ E Juvenile (No Custody) ☐ F Death of Victim | 80 Assisting Officer Butler, Rickey 81 Supervisor Approval | 6307 Officer ID Number Officer ID Number |
| NIC #: AIN #: | | 82 Watch Commander | Officer ID Number |

IO-568800

UCR-Approv

SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED ... E
DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICE...

Date Printed
07/06/15 10:13 AM

**Incident/Offense Report - Continued**

| 83 Date of Report (MM/DD/YY) | 84 Time of Report | 85 Agency Case Number | Latitude (North) | Longitude (West) | 87 ☒ Offender ☐ Suspect ☐ Multiple Missing Person |
|---|---|---|---|---|---|
| 07 02 15 | 08:29 ☒ AM ☐ PM ☐ Mil. | 1 5 0 7 0 2 2 9 | | | |

| 88 Reported By (Last, First, Middle Name) | ☒ Victim Or | 89 Suffix | 90 ☐ Resident ☐ Non-Resident | 91 Home Phone | 92 Work Phone |
|---|---|---|---|---|---|
| | | | | | 93 Other Phone |

## VICTIM INFORMATION

| 94 Victim # | 95 Victim (Last, First, Middle Name) | 96 Suffix | 97 Address (Street, City, State, Zip) | 98 Home Phone | 99 Work Phone |
|---|---|---|---|---|---|
| 1 | Bunn, Terry Jackson | Jr | | | 100 Other Phone |

| 101 Employer/School | 102 Occupation | 103 Address (Street, City, State, Zip) | 104 Work Phone |
|---|---|---|---|
| | General Manager | | 105 Other Phone |

| 106 Sex ☒ M ☐ F | 107 Race ☒ W ☐ A ☐ B ☐ I | 108 ☒ English ☐ Spanish ☐ Other | 109 HGT 6'00 | 110 WGT 165 | 111 Date of Birth | 112 Age 34 | 113 Victim SSN | |
|---|---|---|---|---|---|---|---|---|

| 114 ☐ Multiple Victims ☐ LE Officer | 115 ☐ Other | 116 Ethnicity ☐ Hispanic | 117 Injury ☐ Yes ☒ No | 118 Offender known to victim? ☒ Yes ☐ No | 119 Victim wed? (Explain Relationship.) Acquaintance | 120 Relationship |
|---|---|---|---|---|---|---|

| 121 Weapons Used ☐ Firearms ☐ Knife | ☐ Hands, Fist, Feet, Voice, etc. ☐ Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe: | ☐ Handgun | ☐ Rifle | ☐ Shotgun | ☐ Unknown |
|---|---|---|---|---|---|---|

| 123 Place of Occurrence (Enter exact street address here.) | 124 Type Injury ☒ None ☐ Broken Bones | ☐ Internal Injury ☐ Severe Laceration | ☐ Minor Injury ☐ Other Major Injury | ☐ Loss of Teeth ☐ Unconscious | 125 Sector 2SW |
|---|---|---|---|---|---|

| 126 ... | 128 Assault ☐ Simple ☐ Aggravated | 129 Treatment for Assault? ☐ Yes ☐ No | 130 Verify for Rape Exam? ☐ Yes ☐ No | 131 Treatment for Rape? ☐ Yes ☐ No |
|---|---|---|---|---|

## SUSPECT INFORMATION

| 132 Off # | 133 Name (Last, First, Middle) | 134 SFX | 135 Alias | 136 Social Security # | 137 Race ☐ W ☐ A ☐ B ☐ I | 138 Sex ☐ M ☒ F | 139 Date of Birth | 140 Age 20 |
|---|---|---|---|---|---|---|---|---|
| 1 | Rondini, Megan Elizabeth | | | | | | | |

| 141 Address (Street, City, State, Zip) | 142 HGT 5'06" | 143 WGT | 144 Ethnicity ☐ Hispanic | 145 Language ☐ English ☐ Spanish ☐ Other |
|---|---|---|---|---|

| 146 Other Information | 147 Eye | 148 Hair | 149 Complexion | 150 Armed ☐ Yes ☐ No |
|---|---|---|---|---|

| 151 Clothing | 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 153 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence) |
|---|---|---|

| 154 Off # | 155 Name (Last, First, Middle) | 156 SFX | 157 Alias | 158 Social Security # | 159 Race ☐ W ☐ A ☐ B ☐ I | 160 Sex ☐ M ☐ F | 161 Date of Birth | 162 Age |
|---|---|---|---|---|---|---|---|---|

| 163 Address (Street, City, State, Zip) | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic ☐ Other | 167 Language ☐ English ☐ Spanish ☐ Other |
|---|---|---|---|---|

| 168 Other Information | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐ Yes ☐ No |
|---|---|---|---|---|

| 173 Clothing | 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 175 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence) |
|---|---|---|

## WITNESSES

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | Contact Telephone Numbers |
|---|---|---|---|---|---|
| 176 | 177 ☐ M ☐ F | 178 ☐ W ☐ A ☐ B ☐ I | 179 | 180 | 181 Home / 182 Work / 183 Other |
| 184 | 185 ☐ M ☐ F | 186 ☐ W ☐ A ☐ B ☐ I | 187 | 188 | 189 Home / 190 Work / 191 Other |
| 192 | 193 ☐ M ☐ F | 194 ☐ W ☐ A ☐ B ☐ I | 195 | 196 | 197 Home / 198 Work / 199 Other |

| 200 Witness # 1 SSN | 201 Witness # 2 SSN | 202 Witness # 3 SSN |
|---|---|---|

## NARRATIVE

203 Mr Bunn states he saw Megan Rondini walking on University Blvd near Hamner Real Estate. He recognized her and offered her a ride. She ended up spending the night at his house. They were up until at least 1230 am. He woke up about 630 and she was gone. He found a truck key, cash and a credit card was missing from his pants pocket. There was no one else in his room. Mr Bunn also found his pistol was missing from the center console of his car.

☐ Cont on Suppl

| 204 Continued on Supplement ☐ Yes ☒ No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐ Yes ☒ No Warrant # | 209 Add. Cases Closed Narrative ☐ Y ☒ N |
|---|---|---|---|---|---|

| I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned. | 210 | 211 ... |
|---|---|---|
| Signature | | |

# The Rights Of A Person Being Interviewed
## Tuscaloosa County, Alabama

**Date:** 7-2-15

**Place:** TMHU

**Time :** 2:10p

**Miranda By:** A. Jones

**Agency:** TMHU

**Title:** Inv

Megan Rondini
**Name of person being interviewed**

F/W
**Sex / Race**

███████
**Date of Birth**

███████
**Address**

███████
**Phone**

## Your Rights

1.  You have the right to remain silent.

2.  Anything you say can and will be used against you in a court of law.

3.  You have the right to talk to a lawyer and have him present with you while you are bein questioned.

4.  If you cannot afford to hire a lawyer, one will be appointed to represent you before an questioning, if you wish.

5.  You can decide at any time to exercise these rights and not answer any questions or make an statements.

## Waiver

1.  Do you understand each of these rights I have explained to you?   MR   (initia

**SIGNED:** _Megan Rondini_

**DATE:** 7/2/15

**TIME:** 2:10pm

**WITNESS:** _____

**WITNESS:** _____

**DATE:** _____

**TIME:** _____

# Tuscaloosa County Sheriff's Office
## Statement Form
### Defendant Statement

Case Number: 15070229

STATEMENT OF: Megan Elizabeth Rondini

HOME ADDRESS: █████████
CITY: ██████████ STATE: ZIP: █████████

SOCIAL SECURITY NUMBER: ████████ DL #: █████████ ST: TX
DATE OF BIRTH: ████████ HOME TELEPHONE: █████████
HEIGHT: 5 - 06 WEIGHT: 130 EYES: Blu HAIR: Bln

PLACE OF EMPLOYMENT: █████████████
WORK STREET ADDRESS:
CITY: STATE: ZIP:
WORK TELEPHONE: OTHER TELEPHONE:

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME: TELEPHONE:
STREET ADDRESS:
CITY: STATE: ZIP:

DATE: 07/02/2015 TIME: 05:15 am LOCATION: BY: R.B. Phillips
MIRANDA BY: A. Jones DATE: 07/02/2015 TIME: 02:10 pm

Statement #1
07/02/2015 @ 5:15 a.m.
DCH Regional Hospital
Officer R.B. Phillips

I was at Innisfree, I knew who "Sweet Tea" was from Thanksgiving '14. He did not acknowledge me at the bar but I knew who he was. I remembered driving in his car, him driving, with another person named Jason. We arrived at "Sweet Tea's" house in his hunting room where he told me to wait fro him in his bedroom. I went to his bedroom and waited for him on the couch near his closet door where he came in and wanted to have sex. I told him I needed to leave and see my friends but he insisted and he had vaginal intercourse w/ me until he finished and went to sleep. Afterwards I tried to leave but all the doors were bolted shut and he refused to show me out. then I climed through his window onto the roof and down to the fround where I called my friends. I returned once to try and get my keys but I could not find them and went back down to wait for my friend. My friend picked me up at ~2 am and took me to DCH.

Statement #2
07/02/2015 @ 11:25 a.m.
Tuscaloosa County Sheriff's Office
Investigator A. Jones

I did not know Mr. Bunn's name other than the nickname "Sweet Tea" that everyone called him. He was always at the bar and I knew who he was from when I met him on Thanksgiving 14. We did not speak at Innisfree, to my knowledge, when I was there for trivia July 1st, with a a group of my friends. I do not remember leaving the bar but I do remember being in the backseat of Sweet Tea's car, a white mercedez sedan with black interior, with another man named Jason. I told Sweet Tea I needed to leave and go back to my friends but he insisted that he show me his house. When we arrived, Sweet Tea took me in to a room filled with animals that he shot on hunting trips. He told Jason to go to bedand he told me to go wait for him in his room. I waited for him in his room on a chair near the door and a bathroom . When he came to his room he insisted we have sex and I let him have sex with me after much insisting that I needed to leave. When he was finished he rolled over and fell asleep and I quickly got up to gather my clothes so I could leave. When I tried to open any of the doors they were either locked or a closet. I found a key ring with many keys and tried to use them to open the door and none of them worked. I tried to wake up Sweet Tea but he would not help me. I then decided to climb out a window hidden by a heavy drape that was near the door to his room. I climed out the window and on to the roof and jumped from the roof on to a gate and on to the ground. I then ran to the road and called my friends and a taxi. I then realized I did not have my keys so I pulled a white cooler and a trashcan over to the roof to climb back in to his room. I searched throughly for my keys but could not find them. I jumoped back down and went to look in the white

mercedez to see if I left my keys. whi' 'oking in the car I found a gun and kept it ' protection. I went back out to the road to wait for the taxi or my friend. b_.n arrived at the same time so I paid the tax. .or coming out but let my friend drive me home. We drove to her apartment and she convinced me from there to go to DCH.

SIGNED: _____     INTERVIEWER: _____
DATE: _____        DATE: _____
TIME: _____        TIME: _____

# TUSCALOOSA POLICE DEPARTMENT
## Statement Form

Page ___ of ___ page (s)

Case # _____ Victim: _____
Person making statement: _____ DOB _____
SSN _____
Address _____
Phone #s Home _____ Cell _____
Place of Employment _____ Work Phone _____
Miranda Warning By _N/A_ Time/Date _____
Date of Statement _7/2/15_ Time _0575_ Location _____
Officer Taking Statement _R. E. Phillips_
All others present during statement

× I was at Innisfree, I knew who "Sweet Tea"
was from Thanks giving '14. He did not acknowledge
me at the bar but I knew who he was. I remember
driving in his car him driving with another person named
Jason. We arrived at "Sweet Tea's" house in his hunting
room where he told me to wait for him in his bedroom. I
went to his bedroom and waited for him on the couch near
his closet door where he came in and wanted to have
sex. I told him I needed to leave and see my friends
but he insisted and he had vaginal intercourse w/
me until he finished and went to sleep. Afterwards
I tried to leave but all the doors were bolted shut
and he refused to show me out. Then I climbed through
his window onto the roof and down to the ground
where I called my friends. I returned once to try
and get my keys but I could not find them and
went back down to wait for my friend. My friend
picked me up at ~2am and took me to DCH.

_____
Signature

I did not know Mr. Bunn's name other than the nickname "Sweet Tea" that everyone called him. He was always at the bar and I knew who he was from when I met him on Thanksgiving '14. We did not speak at Innisfree, to my knowledge, when I was there for trivia, July 1st, with a group of my friends. I do not remember leaving the bar but I do remember being in the backseat of Sweet Tea's car, a white mercedez sedan with black interior, with another man named Jason. I told Sweet Tea I needed to leave and go back to my friends but he insisted that he show me his house. When we arrived, Sweet Tea took me in to a room filled with animals that he shot on hunting trips. He told Jason to go to bed and he told me to go wait for him in his room. I waited for him in his room on a chair near the door and a bathroom. When he came to his room he insisted we have sex and I let him have sex with me after much insisting that I needed to leave. When he was finished he rolled over and fell asleep and I quickly got up to gather my clothes so I could leave. When I tried to open any of the doors they were either locked or a closet, I found a keyring with many keys and tried to use them to open the door and none of them worked. I tried to wake up Sweet Tea but he would not help me. I then decided to climb out a window hidden by a heavy drape that was near the door to his room. I climbed out the window and on to the roof and jumped from the roof on to a gate and on to the ground. I then ran to the road and called my friends and a taxi. I then realized I did not have my keys so I pulled a white cooler and a trash over to the roof to climb back in to his room.

I searched thoroughly for my keys but could not find them. I jumped back down and went to look in the white Mercedez to see if I left my keys. While looking in the car I found a gun and kept it for protection. I went back out to the road to wait for the taxi or my friend. Both arrived at the same time so I paid the taxi for coming out but let my friend drive me home. We drove to her apartment and she convinced me from there to go to D.C.H.

I left the gun on the road

# The Rights Of A Person Being Interviewed
## Tuscaloosa County, Alabama

Date: _7/6/15_       Miranda By: _Hastings_

Place: _9⁴⁵ₐₘ /TCHₒ_      Agency: _TCSO_

Time : _9⁴⁵ₐₘ_       Title: _Inv._

_Terry Jackson Bunn Jr_     _W/M_     ███████████

**Name of person being interviewed**    **Sex / Race**     **Date of Birth**

███████████████████████     ███████████

**Address**                     **Phone**

## Your Rights

1. You have the right to remain silent.

2. Anything you say can and will be used against you in a court of law.

3. You have the right to talk to a lawyer and have him present with you while you are being questioned.

4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

## Waiver

1. Do you understand each of these rights I have explained to you? _TJB_ (initial)

SIGNED: _T. J. B_

DATE: _7/6/15_        WITNESS: _____

TIME: _9⁴⁵ₐₘ_        WITNESS: _____

                            DATE: _____

                            TIME: _____

# Tuscaloosa County Sheriff's Office
## Statement Form
### Victim Statement

Case Number: 15070229

STATEMENT OF: Terry Jackson Bunn, Jr

HOME ADDRESS: ███████████
CITY: ██████        STATE: ████        ZIP: ████████

SOCIAL SECURITY NUMBER: ███████████        DL #: ████████        ST: AL
DATE OF BIRTH: ███████        HOME TELEPHONE: ███████████
HEIGHT: 6 - 00        WEIGHT: 185        EYES: Bro        HAIR: Red

PLACE OF EMPLOYMENT: ███████████
WORK STREET ADDRESS: ███████████
CITY: ██████        STATE: ████        ZIP: ██████
WORK TELEPHONE: ███████████        OTHER TELEPHONE:

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME:                                        TELEPHONE:
STREET ADDRESS:
CITY:                STATE:                ZIP:

DATE: 10/02/2015        TIME: 09:56 am        LOCATION:                BY: T. Nelson
MIRANDA BY: J. Hastings                        DATE: 07/06/2015        TIME: 09:41 am

After returning home with Megan after leaving her home. When awoken the next day I noticed my car keys, key ring keys, gas card adna cash of around 300 dollars missing from my wallet. When I got into my car I noticed a empty shell casing in drivers seat and noticed my pistol in center console missing. At this time I notified the sheriff department.

SIGNED: _____        INTERVIEWER: _____
DATE: _____        DATE: _____
TIME: _____        TIME: _____

## TUSCALOOSA COUNTY SHERIFF'S OFFICE
714 1/2 GREENSBORO AVENUE, TUSCALOOSA, ALABAMA 35401
(205) 752-0616

### STATEMENT FORM

STATEMENT OF: Terry Jackson Bunn Jr.    D.O.B. ▓▓▓▓▓▓

RACE: W   SEX: M   HGT: 6'0   WGT: 175   HAIR: Red   EYES: Brown

SS NO: ▓▓▓▓▓▓    DL NO: ▓▓▓▓▓▓

ADDRESS: ▓▓▓▓▓▓    PHONE: (H) ▓▓▓▓▓▓

PHONE: (W) ▓▓▓▓▓▓

PLACE OF EMPLOYMENT: ▓▓▓▓▓▓

DATE: 10-2-15   TIME: 9:45   PLACE: Tuscaloosa

MIRANDA BY: _____   AGENCY: _____   TITLE: _____

STATEMENT GIVEN TO: T. Nelson 6356

After returning home with Megan after leaving
her home. We When awaken the next day I noticed
my car keys, my key ring keys, gas card and cash
of around 300 dollars missing from my wallet. When
I got into my car I noticed a empty shell casing
in drivers seat and noticed my pistol in center
console missing. At this time I notified the
sheriff departments

SIGNED: _____    INTERVIEWER: _____

DATE: 10/02/15    DATE: 10/02/15

TIME: 9:56 am    TIME: 9:56 am

CS 001

**Tuscaloosa County Sheriff's Office**
**Statement Form**

**Witness Statement**

STATEMENT OF: Navid Bashir Khan

HOME ADDRESS: ▮▮▮▮▮▮▮▮
CITY: ▮▮▮▮▮▮  STATE: ▮▮▮▮  ZIP: ▮▮▮▮

SOCIAL SECURITY NUMBER: ▮▮▮▮▮▮  DL #: ▮▮▮▮▮  ST: AL
DATE OF BIRTH: ▮▮▮▮▮  HOME TELEPHONE: ▮▮▮▮▮
HEIGHT: 5 - 11  WEIGHT: 260  EYES: Bro  HAIR: Blk

PLACE OF EMPLOYMENT: ▮▮▮▮▮
WORK STREET ADDRESS: ▮▮▮▮▮▮▮▮
CITY: ▮▮▮▮▮  STATE: ▮▮  ZIP: ▮▮▮▮
WORK TELEPHONE: ▮▮▮▮▮▮  OTHER TELEPHONE: –

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:
NAME:  TELEPHONE: –
STREET ADDRESS:
CITY:  STATE:  ZIP:

DATE: 07/02/2015  TIME: 08:19 am  LOCATION:  BY: R. Davis
MIRANDA BY:  DATE: 12/21/2015  TIME:

Summary of Audio/Video statement:

Mr. Khan stated he received a call from the defendant, Megan Rondini, at 1:51 a.m. needing a taxi. Khan stated he called her back telling her he would be there in about fifteen minutes. Khan stated he got to the neighborhood at 2:12 a.m., and located a purse spilled out in the street in front of ▮▮▮▮▮▮ which is the home of the victim, Terry Bunn Jr. Kahn stated that he called Rondini and she walked about twenty feet from the purse and got into the taxi. Khan stated when she sat down that she looked up the road and saw a car at the stop sign. Rondini then tried to give Khan some cash saying she did not need him to take her anywhere. Khan then told Rondini that she still had to pay for his services, and at that point she took the cash back and gave him a credit card which he processed for the amount owed. After returning the card to Rondini, Khan stated that she got out of the taxi, got into the other car which she had seen earlier, and left.

SIGNED: _____  INTERVIEWER: _____
DATE: _____  DATE: _____
TIME: _____  TIME: _____

**Tuscaloosa County Sheriff's Office**
**Statement Form**

*Witness Statement*

STATEMENT OF: Ciara Younger

HOME ADDRESS: ███████████

CITY: ███████████          STATE: ██████          ZIP: ████████

SOCIAL SECURITY NUMBER: █████████          DL #:          ST:

DATE OF BIRTH: ████████          HOME TELEPHONE: █████████

HEIGHT: 5 - 05          WEIGHT: 145          EYES: Blu          HAIR: Bro

PLACE OF EMPLOYMENT: ████████████

WORK STREET ADDRESS:

CITY:          STATE:          ZIP:

WORK TELEPHONE: --          OTHER TELEPHONE: --

NEXT OF KIN WHO CAN CONTACT YOU IF NECESSARY:

NAME:          TELEPHONE: --

STREET ADDRESS:

CITY:          STATE:          ZIP:

DATE: 07/02/2015          TIME: 12:05 pm          LOCATION:          BY: Sgt. R. Davis

MIRANDA BY:          DATE: 10/29/2015          TIME:

Summary of Audio/Video Statement:

Ciara Younger stated that she received numerous text messages from the suspect, Megan Rondini, pleading for help. Upon receiving the text messages Ciara and her roommate, Rebecca Lundgren, drove to Bunn's residence using a pin drop which Rondini had sent and once there picked her up and first took her to their apartment before going to DCH.

SIGNED: _____          INTERVIEWER: _____

DATE: _____          DATE: _____

TIME: _____          TIME: _____

## *Property:*

Type | Make | Model | Serial Number | Description | Value | Status

Item: Other | | | | Assorted keys | 50.00 | Recovered

Item: Currency/Notes | | | | 200 dollars | 200.00 | Stolen

Item: Credit Card | | | | credit card | 25.00 | Stolen

Item: Firearms | Ruger | LCP | 371-22316 | Ruger LCP .380 pistol | 500.00 | Recovered

Item: Vehicle Parts/Accessor | Ford | | | Ignition key to Ford vehicle | 50.00 | Recovered

Total Value (Stolen): 225.00
Total Value (Damaged):
Total Value (Recovered): 600.00

# TUSCALOOSA COUNTY CID UNIT EVIDENCE LIST

Case Number: 15070229

**Item #**

| Date | Description (Item/Make/Model/Serial Number) | | Location | | | |
|------|------|------|------|------|------|------|
| Released By | Time | By | | | | |
| | | To | Date | Time | Reason | |

**1**    Firearms / Ruger / LCP / 371-2316

07/02/2015  12:13 pm  J. Franks

| | | | Date | Time | Reason |
|---|------|------|------|------|------|
| 1 | Scene | J. Franks | 07/02/2015 | 12:13 pm | Seizure |
| 2 | J. Franks | Evidence | 07/09/2015 | 01:59 pm | Evidence |

**2**    Other / /

07/02/2015  08:30 am  J. Hastings    714 1/2 Greensboro Ave. Tuscaloosa AL 35401

| | | | Date | Time | Reason |
|---|------|------|------|------|------|
| 1 | N. Khan | J. Hastings | 07/02/2015 | 08:30 am | Seizure |
| 2 | J. Hastings | T. Bunn | 07/06/2015 | 10:07 am | Return |

**3**    Vehilce Parts/Accessories / Ford / /

07/02/2015  04:30 pm  A. Jones    809 University Blvd. E Tuscaloosa AL 35401

| | | | Date | Time | Reason |
|---|------|------|------|------|------|
| 1 | M. Rondini | A. Jones | 07/02/2015 | 04:30 am | Seizure |
| 2 | J. Hastings | T. Bunn | 07/06/2015 | 10:07 am | Return |

Number of Items: 3

# Chain of Custody

Item: Firearms　　　　　　　　　Model: LCP
Make: Ruger　　　　　　　　　　Serial Number: 371-22316
Item Number: 1

| Released By | Released To | Date | Time | Reason |
|---|---|---|---|---|
| Scene | J. Franks | 07/02/2015 | 12:13 pm | Seizure |
| J. Franks | Evidence | 07/09/2015 | 01:59 pm | Evidence |

# Chain of Custody

Item: Other                    Model:

Make:                          Serial Number:

Item Number: 2

| Released By | Released To | Date | Time | Reason |
|-------------|-------------|------|------|--------|
| N. Khan | J. Hastings | 07/02/2015 | 08:30 am | Seizure |
| J. Hastings | T. Bunn | 07/06/2015 | 10:07 am | Return |

# Chain of Custody

Item: Vehilce Parts/Accessories      Model:
Make: Ford      Serial Number:
Item Number: 3

| Released By | Released To | Date | Time | Reason |
|---|---|---|---|---|
| M. Rondini | A. Jones | 07/02/2015 | 04:30 am | Seizure |
| J. Hastings | T. Bunn | 07/06/2015 | 10:07 am | Return |

# TUSCALOOSA COUNTY HOMICIDE UNIT

## PROPERTY RELEASE

DATE: _7/6/15_                                    TIME: _10$\frac{07}{}$ AM_

**ITEMS RELEASED:**

① Ford Truck Key Fob

② Assorted Keys on Key ring

Total value of property released:        $ _50$\frac{00}{}$_

Released to : _T. J. Bunn_
                    **Printed Name**

Released to : _____
                    **Signature**

Address: _____

---

Released by Investigator: _Hoskins, J. 6391-_
                                **Printed Name**

_____
**Signature**

# Tuscaloosa Homicide Unit
## Photo Log

Case Number: 20150702471      Victim: Megan Elizabeth Rondini

Location: ▮▮▮▮▮▮▮▮▮

| Number | Photographer | Date | Description |
|---|---|---|---|
| img481 | FRANKS, JEREMY | 07/03/2015 | recovered handgun at a distance |
| img482 | FRANKS, JEREMY | 07/03/2015 | wide angle shot of recovered handgun |
| img479 | FRANKS, JEREMY | 07/03/2015 | Close up of handgun |
| img480 | FRANKS, JEREMY | 07/03/2015 | close up of recovered handgun and marker #1 |
| img003 | JONES, ADAM | 07/09/2015 | item 2- Ruger handgun, magazine(loaded) and bullet (in TMHU) |
| img004 | JONES, ADAM | 07/09/2015 | serial number 371-22316 to Ruger handgun |
| img005 | JONES, ADAM | 07/09/2015 | item 1A-sheets (in TMHU) |
| img006 | JONES, ADAM | 07/09/2015 | item 1B-sheets (in TMHU) |
| img007 | JONES, ADAM | 07/09/2015 | item 1C-blanket(in TMHU) |
| img008 | JONES, ADAM | 07/09/2015 | item 1D-pillow cases(in TMHU) |
| img009 | JONES, ADAM | 07/09/2015 | item 3- shell casing (in TMHU)<br>Hornady 380 auto-headstamp |
| img010 | JONES, ADAM | 07/09/2015 | blurry photo of headstamp in TMHU |
| img011 | JONES, ADAM | 07/09/2015 | item 6-victim's clothing (in TMHU) |
| img4459 | HASTINGS, JOSH | 07/02/2015 | Suspects residence |
| img4460 | HASTINGS, JOSH | 07/02/2015 | Suspects residence |
| img4461 | HASTINGS, JOSH | 07/02/2015 | Suspects vehicles |
| img4462 | HASTINGS, JOSH | 07/02/2015 | Tag # 63CB811 |
| img4463 | HASTINGS, JOSH | 07/02/2015 | Tag # CAK895 |
| img4464 | HASTINGS, JOSH | 07/02/2015 | Tag # 837ATJ |
| img4465 | HASTINGS, JOSH | 07/02/2015 | Jeep in driveway |
| img4466 | HASTINGS, JOSH | 07/02/2015 | Suspects vehicle |

| img4467 | HASTINGS, JOSH | 07/02/2015 | interior of vehicle |
| img4468 | HASTINGS, JOSH | 07/02/2015 | interior of vehicle |
| img4469 | HASTINGS, JOSH | 07/02/2015 | front seat of vehicle |
| img4470 | HASTINGS, JOSH | 07/02/2015 | back seat of vehicle |
| img4471 | HASTINGS, JOSH | 07/02/2015 | back seat of vehicle |
| img4472 | HASTINGS, JOSH | 07/02/2015 | front seat of vehicle |
| img4473 | HASTINGS, JOSH | 07/02/2015 | shell casing in front seat |
| img4474 | HASTINGS, JOSH | 07/02/2015 | shell casing in front seat |
| img4475 | HASTINGS, JOSH | 07/02/2015 | center console of mercedes |
| img4476 | HASTINGS, JOSH | 07/02/2015 | Uncle Mikes holster in center console |
| img4477 | HASTINGS, JOSH | 07/02/2015 | side of residence |
| img4478 | HASTINGS, JOSH | 07/02/2015 | back side of residence |
| img4479 | HASTINGS, JOSH | 07/02/2015 | back side of residence |
| img4480 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4481 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4482 | HASTINGS, JOSH | 07/02/2015 | outside window of master bedroom |
| img4483 | HASTINGS, JOSH | 07/02/2015 | outside window of master bedroom |
| img4484 | HASTINGS, JOSH | 07/02/2015 | back pool area of residence |
| img4485 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4486 | HASTINGS, JOSH | 07/02/2015 | pool area of residence |
| img4487 | HASTINGS, JOSH | 07/02/2015 | master bedroom window |
| img4488 | HASTINGS, JOSH | 07/02/2015 | side of residence |
| img4489 | HASTINGS, JOSH | 07/02/2015 | back yard of residence |
| img4490 | HASTINGS, JOSH | 07/02/2015 | hallway |
| img4491 | HASTINGS, JOSH | 07/02/2015 | foyer |
| img4492 | HASTINGS, JOSH | 07/02/2015 | living room |

| img4493 | HASTINGS, JOSH | 07/02/2015 | living room |
| img4494 | HASTINGS, JOSH | 07/02/2015 | banquet room |
| img4495 | HASTINGS, JOSH | 07/02/2015 | banquet room |
| img4496 | HASTINGS, JOSH | 07/02/2015 | banquet room |
| img4497 | HASTINGS, JOSH | 07/02/2015 | kitchen |
| img4498 | HASTINGS, JOSH | 07/02/2015 | kitchen area |
| img4499 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4500 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4501 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4502 | HASTINGS, JOSH | 07/02/2015 | animal room |
| img4503 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4504 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4505 | HASTINGS, JOSH | 07/02/2015 | guest room shooting towards carport |
| img4506 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4507 | HASTINGS, JOSH | 07/02/2015 | guest room |
| img4508 | HASTINGS, JOSH | 07/02/2015 | stairs |
| img4509 | HASTINGS, JOSH | 07/02/2015 | upstairs hallway |
| img4510 | HASTINGS, JOSH | 07/02/2015 | bathroom |
| img4511 | HASTINGS, JOSH | 07/02/2015 | toilet |
| img4512 | HASTINGS, JOSH | 07/02/2015 | office |
| img4513 | HASTINGS, JOSH | 07/02/2015 | office |
| img4514 | HASTINGS, JOSH | 07/02/2015 | office |
| img4515 | HASTINGS, JOSH | 07/02/2015 | office cabinet |
| img4516 | HASTINGS, JOSH | 07/02/2015 | office drawer |
| img4517 | HASTINGS, JOSH | 07/02/2015 | office drawer |
| img4518 | HASTINGS, JOSH | 07/02/2015 | office drawer |

| img4519 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4520 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4521 | HASTINGS, JOSH | 07/02/2015 | hunting closet |
| img4522 | HASTINGS, JOSH | 07/02/2015 | hunting closet |
| img4523 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4524 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4525 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4526 | HASTINGS, JOSH | 07/02/2015 | guest bedroom |
| img4527 | HASTINGS, JOSH | 07/02/2015 | guest bathroom |
| img4528 | HASTINGS, JOSH | 07/02/2015 | bathroom closet |
| img4529 | HASTINGS, JOSH | 07/02/2015 | toilet |
| img4530 | HASTINGS, JOSH | 07/02/2015 | closet |
| img4531 | HASTINGS, JOSH | 07/02/2015 | hallway closet |
| img4532 | HASTINGS, JOSH | 07/02/2015 | closet |
| img4533 | HASTINGS, JOSH | 07/02/2015 | closet |
| img4534 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4535 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4536 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4537 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4538 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4539 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4540 | HASTINGS, JOSH | 07/02/2015 | master bedroom |
| img4541 | HASTINGS, JOSH | 07/02/2015 | master bedroom window overlooking back yard |
| img4542 | HASTINGS, JOSH | 07/02/2015 | window |
| img4543 | HASTINGS, JOSH | 07/02/2015 | window |
| img4544 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |

| img4545 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4546 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4547 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4548 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4549 | HASTINGS, JOSH | 07/02/2015 | window victim crawled out of |
| img4550 | HASTINGS, JOSH | 07/02/2015 | suspects clothing |
| img4551 | HASTINGS, JOSH | 07/02/2015 | suspects clothing |
| img4552 | HASTINGS, JOSH | 07/02/2015 | suspects clothing |
| img4553 | HASTINGS, JOSH | 07/02/2015 | handguns in nightstand in master bedroom |
| img4554 | HASTINGS, JOSH | 07/02/2015 | drawer |
| img4555 | HASTINGS, JOSH | 07/02/2015 | drawer |
| img4556 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4557 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4558 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| img4559 | HASTINGS, JOSH | 07/02/2015 | wallet contents from suspects wallet |
| Img4560 | HASTINGS, JOSH | 07/02/2015 | door handle and lock in master bedroom |
| img4561 | HASTINGS, JOSH | 07/02/2015 | sheets from suspects bed |






IMG_0481          IMG_0482          IMG_0479          IMG_0480



DSC_0003      DSC_0004      DSC_0005      DSC_0006      DSC_0007

DSC_0008      DSC_0009      DSC_0010      DSC_0011



IMG_4459 IMG_4460 IMG_4461 IMG_4462 IMG_4463

IMG_4464 IMG_4465 IMG_4466 IMG_4467 IMG_4468

IMG_4469 IMG_4470 IMG_4471 IMG_4472 IMG_4473

IMG_4474 IMG_4475 IMG_4476 IMG_4477 IMG_4478

IMG_4479 IMG_4480 IMG_4481 IMG_4482 IMG_4483

IMG_4484 IMG_4485 IMG_4486 IMG_4487 IMG_4488

IMG_4489 IMG_4490 IMG_4491 IMG_4492 IMG_4493



IMG_4494    IMG_4495    IMG_4496    IMG_4497    IMG_4498

IMG_4499    IMG_4500    IMG_4501    IMG_4502    IMG_4503

IMG_4504    IMG_4505    IMG_4506    IMG_4507    IMG_4508

IMG_4509    IMG_4510    IMG_4511    IMG_4512    IMG_4513

IMG_4514    IMG_4515    IMG_4516    IMG_4517    IMG_4518

IMG_4519    IMG_4520    IMG_4521    IMG_4522    IMG_4523

IMG_4524    IMG_4525    IMG_4526    IMG_4527    IMG_4528



IMG_4529    IMG_4530    IMG_4531    IMG_4532    IMG_4533

IMG_4534    IMG_4535    IMG_4536    IMG_4537    IMG_4538

IMG_4539    IMG_4540    IMG_4541    IMG_4542    IMG_4543

IMG_4544    IMG_4545    IMG_4546    IMG_4547    IMG_4548

IMG_4549    IMG_4550    IMG_4551    IMG_4552    IMG_4553

IMG_4554    IMG_4555    IMG_4556    IMG_4557    IMG_4558

IMG_4559    IMG_4560    IMG_4561



DSC_0004  DSC_0005  DSC_0006  DSC_0007  DSC_0008

DSC_0009  DSC_0010  DSC_0011  DSC_0012  DSC_0013

DSC_0014  DSC_0015  DSC_0016  DSC_0017  DSC_0018

DSC_0019  DSC_0020

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| 1 ORI # | 2 Date of Report | 3 Time of Report | AM / PM / MIL | 4 Type Report | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|---|
| AL0630100 | 07/02/15 | 04:30:00 | ☑ MIL | ☒ Incident ☐ Offense ☐ Supplement | | 150702030 | |

| 8 Agency Name | 9 Sector |
|---|---|
| TUSCALOOSA POLICE DEPARTMENT | LAW8 |

| 10 Type of Incident or Offense | | | 11 Degree | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|---|---|
| SPECIAL INQUIRY | ☐ Felony ☐ Misdemeanor | ☐ Attempted ☒ Completed | N | | |

| 14 Type of Incident or Offense | | | 16 UCR Code | 17 State Code/Local Ordinance |
|---|---|---|---|---|
| | ☐ Felony ☐ Misdemeanor | ☐ Attempted ☐ Completed | 15 Degree | |

**EVENT**

| 18 Place of Occurrence | ☐ Check here if event occurred at victim's residence |
|---|---|

*If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.*

████████████ , AL . 35404

Victim Demographics (Where victim is an individual)

| 19 Sex | 20 Race | 21 Ethnicity | 22 | 23 Age |
|---|---|---|---|---|
| F | W | ☐ Hispanic ☒ Other | ☐ Multiple Victims ☐ LE Officer | 20 |

| 24 Offender Suspected of Using | 25 | 26 Hate Bias | 27 Bias Code |
|---|---|---|---|
| ☒ Alcohol ☐ Drugs ☐ N/A | ☐ Juvenile Gang ☐ Adult Gang ☒ None/Unknown | ☐ Yes ☒ No | |
| ☐ Computer Equipment | | | |

| 28 Point of Entry | 29 Method of Entry | 31 Local Use | 32 Lighting | 33 Weather | 34 Location Type |
|---|---|---|---|---|---|
| ☐ Door ☐ Roof ☐ Window ☐ Other | ☐ Forcible ☐ No Force ☐ Attempted Forcible | | 4 - Artificial Interior | 2 - Cloudy | 20 - Residence/Home |

| 35 Occurred from MM/DD/YY | 36 Time of Event | AM/PM/MIL | 37 Day of Week | 38 Occurred to MM/DD/YY | 39 Time of Event | AM/PM/MIL | 40 Day of Week |
|---|---|---|---|---|---|---|---|
| 07/02/15 | 00:00:00 | ☑ MIL | Thursday | 07/02/15 | 02:00:00 | ☑ MIL | Thursday |

| 41 # Premises Entered (Burglary) | 42 Type Criminal Activity | 43 Victim Type |
|---|---|---|
| | | I - Individual |

**PROPERTY**

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc. | 48 Dollar Value | | 49 Recovered | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Stolen | Damaged | Stolen | Date | Value |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

☐ Continued on Supplement

| Loss Code (Enter letter in loss code column) | Property Code (Enter # in property type column) | | | |
|---|---|---|---|---|
| N - None | 01 Aircraft | 07 Computer | 16 Household Goods | 34 Structure - Storage |
| B - Burned | 02 Alcohol | 08 Consumables | 17 Jewelry | 35 Structure - Other |
| F - Forged/Counterfeited | 03 Autos | 09 Credit Card | 18 Livestock | 36 Tools - Power/Hand |
| D - Damaged/Destroyed | 04 Bicycles | 10 Drugs | 19 Merchandise | 37 Trucks |
| R - Recovered | 05 Buses | 11 Drug Equip | 20 Money | 38 Vehicle Parts/Accessories |
| C - Confiscated/Seized | 06 Clothes | 12 Farm Equip | 21 Negotiable Instrument | 39 Watercraft |
| S - Stolen | | 13 Firearms | 22 Non-negotiable Instru | 77 Other |
| | | 14 Gambling Equipment | 23 Office Equipment | |
| | | 15 Heavy Construction | 24 Other Motor Vehicle | |
| | | | 25 Purse/Wallet | |
| | | | 26 Radios/TV/VCR | |
| | | | 27 Recordings | |
| | | | 28 RVs | |
| | | | 29 Structure - Single Occupancy Dwelling | |
| | | | 30 Structure - Other Dwelling | |
| | | | 31 Structure - Other Commercial | |
| | | | 32 Structure - Industrial/ Manufacturing | |
| | | | 33 Structure - Public/Community | |

**VEHICLES**

| 50 Stolen Vehicle Only | Area Stolen ☐ Business ☐ Rural | ☐ Residence | 51 Ownership verified by: ☐ Tag Receipt ☐ Bill of Sale | ☐ Title ☐ Other | 52 Veh. Categories ☐ Stolen | ☐ Recovered ☐ Suspect's Vehicle | ☐ Victim's Vehicle ☐ Unauthorized Use | ☐ Abandoned |
|---|---|---|---|---|---|---|---|---|

| 53 Veh.Year | 54 Vehicle Make | 55 Vehicle Model | 56 Number Veh. Stolen | 57 Vehicle Description |
|---|---|---|---|---|

| 58 Vehicle Style | 59 Vehicle Color Top / Bottom | 60 License | 61 LST | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|

| 64 Vehicle VIN Number | 65 Warrant Signed ☐ Yes ☐ No | Warrant Number |
|---|---|---|

| Motor Vehicle Recovery Only Required For 240X UCR Code | 66 Stolen in your jurisdiction? ☐ Yes ☐ No  Where? | 67 Recovered in your jurisdiction? ☐ Yes ☐ No  Where? |
|---|---|---|

**ADMINISTRATION**

| 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |
|---|---|---|---|---|---|

| 74 Case Status | 75 ☐ Multiple Cases Closed Listed Above ☐ Multiple Cases Closed Listed On Supplement | 76 Entered ACJIC/NCIC ☐ Yes ☐ No | 77 Case Disposition | 78 Exceptional Clearance |
|---|---|---|---|---|
| 1 - Pending | | | | |

Date (MM/DD/YY)

| PHILLIPS, R B | 1892 | | |
|---|---|---|---|
| 79 Reporting Officer | Officer ID Number | 80 Assisting Officer | Officer ID Number |
| HERRON, J.S. | 1457 | HARGRAVE, J.K. | 1459 |
| 81 Supervisor Approval | Officer ID Number | 82 Watch Commander | Officer ID Number |

NIC/AIN #: _____

☒ **Original (First Report)**   ☐ **Additional (Victims, Witnesses, etc.)**   ☐ **Supplemental**

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE
DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

| Incident/Offense Report - Continued | 83 Date of Report 07/02/15 | 84 Time of Report 04:30:00 ☐ AM ☒ PM ☐ MIL. | 85 Agency Case Number 150702030 | 86 Suffix | 87 | Offender ☒ Suspect ☐ Missing Person | ☐ Check if Multiple |

## VICTIM INFORMATION

| 88 Reported By ☒ Victim Or (Last) | (First) | (Middle) | 89 Suffix | 90 ☒ Resident ☐ Non-Resident | 91 Home Phone | 92 Work Phone |
| 93 Other Phone |

| 94 Victim # 001 | 95 Victim Name (Last) RONDINI (First) MEGAN (Middle) ELIZABETH | ☐ | 96 Suffix | 97 Address (Street, City, State, Zip) | 98 Home Phone | 99 Work Phone |
| 100 Other Phone |

| 101 Employer/School | 102 Occupation STUDENT | 103 Address (Street, City, State, Zip) | 104 Work Phone |
| 105 Other Phone |

| 106 Sex F | 107 Race W | 108 Language ☒ English ☐ Spanish ☐ Other | 109 HGT 5'06" | 110 WGT 130 | 111 Date of Birth | 112 Age 20 | |

| 115 ☐ Multiple Victims ☐ LE Officer | 116 Ethnicity ☐ Hispanic ☒ Other | 117 Injury ☒ Yes ☐ No | 118 Offender known to victim? ☒ Yes ☐ No | 119 Victim was? (Explain Relationship) ACQUAINTANCE | 120 Relationship Code |

| 121 Weapons Used ☐ Firearm ☐ Hands, Fist, Feet, Voice, etc. ☐ Knife ☐ Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe: | ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown |

| 123 Place of Occurrence | (Enter exact street address here.) | 124 Type Injury M | N None B Broken Bones | I Internal Injury L Severe Laceration | M Minor Injury O Other Major Injury | T Loss of Teeth U Unconscious | 125 Sector LAW8 |

| 126 Circumstances: Homicide & Assault | 127 Assault ☐ Simple ☐ Aggravated | 129 Treatment for Assault? ☐ Yes ☐ No | 130 Verify for Rape Exam? ☒ Yes ☐ No | 131 Treatment for Rape? ☒ Yes ☐ No |

| 132 Unlawful Trips | |

## SUSPECT INFORMATION

| 132 Off # 001 | 133 Name (Last, First, Middle) BUNN TERRY JACKSON | 134 SFX | 135 Alias | 137 Race W | 138 Sex M | 139 Date of Birth | 140 Age 34 |

| 141 Address (Street, City, Zip) | 142 HGT 6'00" | 143 WGT 185 | 144 Ethnicity ☐ Hispanic ☒ Other OTHR | 145 Language ☐ Spanish ☒ English ☐ Other |

| 146 Probable Destination | 147 Eye BRO | 148 Hair BRO | 149 Complexion MED | 150 Armed ☐ Yes ☒ No Weapon |

| 151 Clothing UNK COLOR BUTTON-DOWN, KHAKIS, BROWN ALLIGATOR SHOES | 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 153 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence) |

| 154 Off # | 155 Name (Last, First, Middle) | 156 SFX | 157 Alias | 159 Race | 160 Sex | 161 Date of Birth | 162 Age |

| 163 Address (Street, City, State, Zip) | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic | 167 Language ☐ English ☐ Spanish ☐ Other |

| 168 Probable Destination | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐ Yes ☐ No Weapon |

| 173 Clothing | 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | 175 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence) |

## WITNESSES

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | Contact Telephone Numbers |
| --- | --- | --- | --- | --- | --- |
| 176 | 177 | 178 | 179 | 180 | 181 Home 182 Work 183 Other |
| 184 | 185 | 186 | 187 | 188 | 189 Home 190 Work 191 Other |
| 192 | 193 | 194 | 195 | 196 | 197 Home 198 Work 199 Other |

## NARRATIVE

203
COPY TO:HOM
I was dispatched to DCH to meet with Megan Rondini (victim). She stated she had been at Innisfree Irish Pub earlier in the night with a group of friends. She stated she consumed approximately five cups of beer at the bar. She stated an acquaintance of hers, Terry "TJ" Bunn (suspect), whom she knew only as "Sweet T", was also in the bar. She stated the two of them did not contact one another at the bar. She stated around midnight she decided to leave the bar. Although she adamantly denied being intoxicated at the time, she stated she and another unknown white male in his 30's named "Jason" somehow ended up inside Bunn's white Mercedes sedan, driving toward Bunn's residence at ████████ She stated once they arrived at Bunn's residence, they all walked inside and began admiring Bunn's collection of animal mounts. She stated Bunn then told her to walk upstairs to his bedroom and wait on him there. She stated she did not want to go to his bedroom, but that she felt as though she had no choice because she knew Bunn to be from a very affluent family. She stated Bunn then told "Jason" to find an empty bedroom in the house and go to sleep.
She stated once in Bunn's bedroom she sat down on a sofa. She stated Bunn entered the bedroom a few minutes later and sat her cell phone and keys,

| 204 Continued on Supplement ☐ Yes ☐ No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐ Yes ☒ No Warrant # | 209 Add. Cases Closed Narrative ☒ Yes ☐ No |
| 210 | 211 Local Use |
| 212 State Use |

I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned.

Signature _____

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 79 Date and Time of Report 07/02/15 | 04:30:00 | ☐ AM ☐ PM ☒ MIL | 80 Case # 150702030 | 81 Suffix |
|---|---|---|---|---|---|
| | 82 Type Report: ☒ 1. Continuation | ☐ 2. Follow-up | | | |

both of which she apparently had in her control at that time, on a table in the bedroom. She stated Bunn then instructed her to get on his bed. Again, she stated she did not want to do this, but she felt as though she had to. It should be noted that she stated she had neither verbally nor physically refused Bunn's advances at this point. She stated Bunn then undressed her and performed oral sex on her. She stated he followed this up by engaging in vaginal intercourse with her. She stated at some point during all this, she verbally informed Bunn that she did not want to have sex with him and that she needed to rejoin her friends at Innisfree. She stated Bunn ignored these statements and continued to engage in intercourse with her. She stated Bunn never physically forced himself on her, although he did place his hands on her hips and hold her down at some point. She stated Bunn continued having intercourse with her until he ejaculated, although she could not be certain where he ejaculated. She stated Bunn then rolled over and went to sleep in the bed where they had been having sex. She stated Bunn had not used a condom during intercourse.

She stated once Bunn was asleep, she felt it was safe to leave the residence. She stated she got out of bed, put on one of Bunn's shirts, and attempted to leave the bedroom. She stated she sent texts to multiple friends. She stated these texts contained language such as "please please please come get me", "Help me. Please.", and "Please come get me, I'm crying". She stated she then attempted to open the door she had utilized to enter the bedroom earlier in the night, but that she was unable to unlock it. She stated she could find no other exits from the room. She stated she tried to wake Bunn and ask him how to leave his room, but that he simply rolled over and continued sleeping. She stated she located a set of keys in a dish on a table in Bunn's room, so she tried to unlock the bedroom door with these keys. She stated none of the keys unlocked the door. She stated she opened an exterior window in the bedroom and climbed out onto the roof. She stated she then climbed down onto a fence and eventually onto the ground. She stated she continued calling and texting friends, asking them to pick her up. She stated she also called a taxi to retrieve her. She stated after calling a taxi in Atlanta to pick her up, she eventually located the phone number for an unknown taxi in Tuscaloosa, which drove to her location to pick her up. She stated this phone number was ▬▬▬▬▬. It should be noted I was unable to locate a match for this phone number. She stated she was about to leave in the taxi when a friend of hers, to whom she had sent earlier texts requesting help, arrived to retrieve her. She stated this occurred at approximately 0200 hours. She stated she paid the taxi driver for his time and he left the scene. She stated she then realized her keys were still inside Bunn's residence. She stated she located a cooler and a trash can outside his house, so she stacked them on top of each other and re-entered the residence through the window from which she had earlier escaped. She stated she was unable to locate her keys and that, as of this report, they were still inside Bunn's residence along with a grey t-shirt she had been wearing earlier in the night. She stated she again exited the residence and her friend drove her to DCH, where I made contact with her at approximately 0430 hours after one of the emergency department nurses alerted dispatch to the incident. She stated she received a text from the taxi cab driver while she was on the way to DCH. She stated the purpose of this text was to inform her that she had left a large key ring full of keys (the keys she took from the tray in Bunn's bedroom) inside the cab. She stated these keys were still, as of this writing, in the possession of the taxi driver. She did, however, have a single Ford vehicle key, which she stated belonged to Bunn. DCH began a "rape kit" on Rondini. I apprised Sgt. Frost of the incident and he made contact with the Homicide Division. Inv. A. Jones responded to DCH, interviewed Rondini, and took over the investigation. The statement forms, the Ford key, and the completed rape kit were turned over to Inv. Jones at DCH. Inv. Jones stated he would follow up on the investigation.

☐ Continued on Additional Supplement

TYPE OR PRINT IN BLACK INK ONLY

ACJIC 69-08

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # | 2 Agency Name | 3 Date and Time of Report | | 4 Case Number | 5 Suffix |
|---|---|---|---|---|---|
| AL0630100 | TUSCALOOSA POLICE DEPARTMENT | 07/02/15  04:30:00 | ☐ AM ☒ PM ☐ MIL | 150702030 | |

**EVENT**

| 6 Victim Name (Last) | (First) | (Middle) | 7 Original Offense Date | 8 Type Report |
|---|---|---|---|---|
| RONDINI | MEGAN | ELIZABETH | 07/02/15 | ☒ 1. Continuation  ☐ 2. Follow-up |

| 9 Original Incident/Offense | 10 UCR Code | 11 State Code/Local Ordinance |
|---|---|---|
| SPECIAL INQUIRY | | |

| 12 New Incident/Offense | 13 UCR Code | 14 State Code/Local Ordinance |
|---|---|---|
| | | |

| 15 Has an arrest been made? | 16 Date of Arrest | 17 Has a Warrant Been Obtained? | 18 Date of Warrant | 19 Prior |
|---|---|---|---|---|
| ☐ Yes ☒ No | | ☐ YES ☒ NO  Warrant # | | |

| 20 Name (Last) | ☐ Defendant ☒ Suspect | (First) | (Middle) | 21 Name (Last) | ☐ Defendant ☐ Suspect | (First) |
|---|---|---|---|---|---|---|
| BUNN | | TERRY | JACKSON | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Race | Ethnicity | Sex | Date of Birth | Age |
|---|---|---|---|---|---|---|---|---|---|
| W | ☐ Hispanic ☒ Other OTHR | M | 10/02/80 | 34 | | ☐ Hispanic ☐ Other | | | |

**DOLLAR VALUE**

| 23 Local Uses | 24 Aircraft | 25 Alcohol | 26 Autos | 27 Bicycles | 28 Buses |
|---|---|---|---|---|---|
| | S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F |

| 23 State Uses | | | | | |
|---|---|---|---|---|---|

| 29 Clothes/Furs | 30 Computer Hardware/Software | 31 Consumables | 32 Credit/Debit Cards | 33 Drugs/Narcotics | 34 Drugs/Narcotics Equipment |
|---|---|---|---|---|---|
| S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F |

| 35 Farm Equipment | 36 Firearms | 37 Gambling Equipment | 38 Heavy Construction/Industrial Eqt | 39 Household Goods | 40 Jewelry/Precious Metals |
|---|---|---|---|---|---|
| S R D C B F | S R D C B F | | S R D C B F | S R D C B F | S R D C B F |

| 41 Livestock | 42 Merchandise | 43 Money | 44 Negotiable Instruments | 45 Non-negotiable Instruments | 46 Office Equipment |
|---|---|---|---|---|---|
| S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F |

| 47 Other Motor Vehicle | 48 Purses/Handbags/Wallets | 49 Radios/TV/VCR | 50 Recordings - Audio/Visual | 51 Recreational Vehicles | 52 Structure - Single Category Dwelling |
|---|---|---|---|---|---|
| S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F |

| 53 Structure - Other Dwelling | 54 Structure - Other Commercial | 55 Structure - Industrial/Manufacturing | 56 Structure - Public/Community | 57 Structure - Storage | 58 Structure - Other |
|---|---|---|---|---|---|
| S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F |

| 59 Tools | 60 Trucks | 61 Vehicle Parts/Accessories | 62 Watercraft | 63 Other | |
|---|---|---|---|---|---|
| S R D C B F | S R D C B F | S R D C B F | S R D C B F | S R D C B F | |

| Motor Vehicle Recovery Only Required for 94xx UCR Code | 64 Motor Veh. Stolen In Your Jurisdiction? ☐ Yes ☐ No  Where? | 65 Recovered In Your Jurisdiction? ☐ Yes ☐ No  Where? |
|---|---|---|

| MULTIPLE CASES CLOSED | 66 Case # | 67 SFX | 68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 | ADDITIONAL CASES CLOSED NARRATIVE ☐ Yes ☒ No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**ADMINISTRATIVE**

| 73 Case Status | Entered ACJIC/NCIC | Exceptional Clearance | 74 Case Disposition |
|---|---|---|---|
| 1 - Pending | ☐ Yes ☐ No  Date (MM/DD/YY) | | |

| 75 Reporting Officer | Officer ID Number | 76 Assisting Officer | Officer ID Number |
|---|---|---|---|
| PHILLIPS, R B | 1892 | | |
| HERRON, J.S. | 1457 | HARGRAVE, J.K. | 1459 |
| 77 Supervisor Approval | Officer ID Number | 78 Watch Commander | Officer ID Number |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC 08-95

Received Time:          09:21:33 10-29-15      Source ORI:        ALNCIC000
Summary:                QH: NAM=RONDINI, MEGAN SEX=F
·View Message Details

NL0105SC,MR94063186
AL0630006
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX (III)
FOR NAM/RONDINI,MEGAN.SEX/F.RAC/W.DOB/███████.SOC/██████████.PUR/C.
ATN/T NELSON.
END
SEQ # 0009 MRI # 94063188

Received Time:          09:21:33 10-29-15   ,   Source ORI:        ALNCIC000
Summary:                QH: NAM=RONDINI, MEGAN SEX=F
·View Message Details

1L0105SC,MR94063186
AL0630006
NO NCIC WANT SOC/███████████
NO NCIC WANT NAM/RONDINI,MEGAN DOB██████████RAC/W SEX/F
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.

SEQ # 0008 MRI # 94063187

Grand Jury
January Term; February Session

State of Alabama
v.

Megan Elizabeth Rondini

INDICTMENT

STATE OF ALABAMA
CIRCUIT COURT OF
SIXTH JUDICIAL CIRCUIT

A TRUE BILL, presented to the presiding Judge in open court by the foreperson of the Grand Jury, in the presence of
_____ Grand Jurors and filed in open Court by order of the Court on this the 11th day of March, 2016.

_____
Charlotte Hinton, Foreperson of the Grand Jury

_____
Clerk of Circuit Court
Sixth Judicial Circuit of Alabama

**CHARGES:**
( 1 ) THEFT 2/500-2500   23990203

( 2 ) UBEV   24111001

Circuit Court of TUSCALOOSA County, 2016 Grand Jury Session

Count 1

  The Grand Jury of said county charge that, before the finding of this indictment, MEGAN ELIZABETH RONDINI, alias MEGAN E. RONDINI, alias MEGAN RONDINI, whose name is to the Grand Jury otherwise unknown, did knowingly obtain or exert unauthorized control, or obtain control by deception, over the following property, to-wit: U. S. CURRENCY, CREDIT CARD, AND/OR KEYS, the property of TERRY JACKSON BUNN , and having a value in excess of Five Hundred dollars ($500), but not in excess of Two Thousand Five Hundred dollars ($2500), with the intent to deprive the owner of said property, in violation of Section 13A-8-4 of the Criminal Code of Alabama, against the peace and dignity of the State of Alabama.

Count 2

  The Grand Jury of said county charge that, before the finding of this indictment, MEGAN ELIZABETH RONDINI, alias MEGAN E. RONDINI, alias MEGAN RONDINI, whose name is to the Grand Jury otherwise unknown, did, without the consent of the owner, to-wit: TERRY JACKSON BUNN, break into and enter a vehicle, or any part of the said vehicle, with the intent to commit any felony or theft therein, to-wit: THEFT OF PROPERTY, in violation of Section 13A-8-11 of the Alabama Criminal Code, against the peace and dignity of the State of Alabama.

Race: White / Sex: Female / Ht: 5' 6" / Wt: 130 / SSN: ███████ / DOB:   CASE: 16DA0395    DC:
NCIC:    WARRANT:

**LYN HEAD, District Attorney**
**Sixth Judicial Circuit of Alabama**

No Prosecutor.

Bail in this case fixed at

_____

**Circuit Court Judge**
**Sixth Judicial Circuit of Alabama**