IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ADAM JONES and<br>JOSHUA HASTINGS,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUZZFEED, INC., BUZZFEED NEWS,<br>BEN SMITH, and KATIE J.M. BAKER,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 7:19-CV-00403-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants BuzzFeed, Inc., Ben Smith and Katie J.M. Baker (collectively, "Defendants"), hereby move for summary judgment. Summary judgment and dismissal of the defamation claims filed by plaintiffs Adam Jones and Joshua Hastings ("Plaintiffs") is warranted because the undisputed facts establish that (i) the Defendants' statements are privileged under Alabama's statutory fair report privilege, Ala. Code § 13A-11-161, (ii) Plaintiffs cannot meet their burden of proving that any of the statements in suit are materially false, (iii) certain statements are expressions of opinion that enjoy absolute protection under the First Amendment to the U.S. Constitution and (iv) Plaintiffs cannot establish that any of the statements were published with actual malice, as they are required to do under *N.Y. Times Co. v. Sullivan*, 376 U.S. 254, 275 (1964) *et seq*.

In support of this motion, Defendants submit their Memorandum of Law in Support of their Motion for Summary Judgment (including a Statement of Undisputed Material Facts and Discussion of Relevant Legal Authorities), Appendix A thereto and Evidentiary Submissions in

Support of Motion for Summary Judgment (Docs.63-1 through 63-77, 64-1 through 64-5), all filed on the docket herewith.

        Respectfully submitted,

        */s/   John G. Thompson*
        One of the Attorneys for Defendants

        OF COUNSEL:

        Katherine M. Bolger\*
        Rachel F. Strom\*
        John M. Browning\*
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas – 21st Floor
        New York, NY  10020
        Telephone: (212) 489-8230
        Facsimile:  (212) 489-8340
        katebolger@dwt.com
        rachelstrom@dwt.com
        johnmbrowning@dwt.com
        *\* admitted pro hac vice*

        J. Banks Sewell, III
        John G. Thompson
        Jonathan R. Little, III
        LIGHTFOOT, FRANKLIN & WHITE, LLC
        The Clark Building
        400 20th Street North
        Birmingham, AL 35203-3200
        T: (205) 581-0772
        F: (205) 380-9172
        jbanks@lightfootlaw.com
        jthompson@lightfootlaw.com
        jlittle@lightfootlaw.com

        *Attorneys for Defendants*
        *BuzzFeed, Inc., Ben Smith, and*
        *Katie J.M. Baker*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was electronically filed on this the 16th dayof September, 2021, using the CM/ECF system which will send notification to the following. Should the Notice of Electronic Filing indicate that notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, postage prepaid and properly addressed.

      Bobby H. Cockrell, Jr.
      Jonathan D. Townsend
      G. Scotch Ritchey, Jr.
      Cockrell, Cockrell, Townsend & Ritchey LLP
      1409 University Blvd.
      Tuscaloosa, Alabama 35401
      T: (205) 349-2009
      F: (205) 758-3090
      bcockrell@cctr.law
      jtownsend@cctr.law
      sritchey@cctr.law
      *Counsel for Plaintiffs*

      */s/   John G. Thompson*
      Of Counsel