IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ADAM JONES**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 7:19-CV-00403-RDP |
| ) | |
| **BUZZFEED, INC.**, *et al.*, ) | |
| ) | **UNOPPOSED** |
| Defendants. ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

**COMES NOW**, the Plaintiffs, Adam Jones and Joshua Hastings, by and through the undersigned counsel, and file this Unopposed Motion to Leave to File Excess Pages regarding their Response in Opposition to Defendants' Motion for Summary Judgment, and in support thereof, Plaintiffs state the following:

1. On June 23, 2021, this Honorable Court granted Defendants' Unopposed Motion to Extend Certain Deadlines and Extend Page Limitation (Doc. 52) which increased the page limits for Plaintiffs' response to Defendants' Motion for Summary Judgment to 40 pages. (Doc. 56).

2. Plaintiffs anticipate needing 50 pages to respond to Defendants' Motion for Summary Judgment due to the number of facts necessary to respond to the motion for summary judgment and the number of defamatory statements alleged.

3. Plaintiffs' counsel has conferred with Defendants' counsel, and Defendants' counsel does not oppose an increase in page limits to 50 pages.

**WHEREFORE, PRESMISES CONSIDERED,** the Plaintiffs respectfully request this Honorable Court to grant this Unopposed Motion for Leave to File Excess Pages and allow Plaintiffs 50 pages to respond to Defendants' Motion for Summary Judgment.

*Respectfully submitted this 20th day of October, 2021.*

                *s/ Bobby H. Cockrell, Jr.*
                Bobby H. Cockrell, Jr.
                Bar Number: ASB-1332-E47B
                Attorney for Plaintiffs
                bcockrell@ccrr.law

                *s/ G. Scotch Ritchey, Jr.*
                G. Scotch Ritchey, Jr.
                Bar Number: ASB-6144-Q55D
                Attorney for Plaintiffs
                sritchey@ccrr.law

**OF COUNSEL:**
COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP
1409 University Boulevard
Tuscaloosa, Alabama 35401
Telephone: (205) 349-2009
Facsimile: (205) 758-3090

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have on this date, served a copy of the foregoing upon the following via private process server, and/or by U.S.P.S. certified mail, return service requested, with adequate postage prepaid, and/or electronic mail, and/or regular mail, and/or hand delivered, and/or by filing a copy of the foregoing using the AlaFile system which will automatically notify all counsel of record, and/or by filing a copy of the foregoing with the Clerk of Court using the CM/ECF system which will provide notice to the following CM/ECF participants:

**Katherine M. Bolger** (*pro hac vice*)
**Rachel F. Strom** (*pro hac vice*)
**John M. Browning** (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
katebolger@dwt.com
rachelstrom@dwt.com
jackbrowning@dwt.com

**J. Banks Sewell, III**
**John G. Thompson**
**Jonathan R. Little, III**
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0772
Facsimile: (205) 380-9172
bsewell@lightfootlaw.com
jthompson@lightfootlaw.com
jlittle@lightfootlaw.com

            *s/ G. Scotch Ritchey, Jr.*
            *Of Counsel*