FILED

2021 Oct-21  PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

Marisa Carroll                                          2/1/2021

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

CASE NUMBER
7:19-cv-00403-RDP

ADAM JONES and JOSHUA HASTINGS,
          Plaintiff(s),
vs.
BUZZFEED, INC., BUZZFEED NEWS, BEN SMITH,
and KATIE J.M. BAKER,
          Defendant(s).

VIDEO AND ZOOM DEPOSITION TESTIMONY OF:
          MARISA CARROLL

FEBRUARY 1, 2021
9:01 a.m.
COURT REPORTER:
NANCY W. PANNELL, CCR
The reading and signing of this deposition
has been waived

Page 2

1     S T I P U L A T I O N
2          IT IS STIPULATED AND AGREED
3     by and between the parties through their
4     respective counsel that the VIDEO AND ZOOM
5     DEPOSITION of MARISA CARROLL may be taken
6     before Nancy W. Pannell, Certified
7     Shorthand Reporter and Notary Public,
8     State at Large, via video conference, on
9     FEBRUARY 1, 2021, commencing at
10    approximately 9:01 a.m.
11         IT IS FURTHER STIPULATED AND
12    AGREED that the signature to and the
13    reading of the deposition by the witness
14    IS waived, the deposition to have the same
15    force and effect as if full compliance had
16    been had with all laws and rules of Court
17    relating to the taking of depositions.
18         IT IS FURTHER STIPULATED AND
19    AGREED that it shall not be necessary for
20    any objections to be made by counsel to
21    any questions, except as to form or
22    leading questions, and that counsel for
23    the parties may make objections and assign

Page 3

1     grounds at the time of trial or at the
2     time said deposition is offered in
3     evidence, or prior thereto.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1          I N D E X
2
3     EXAMINATION BY:              PAGE NO.
4     MR. COCKRELL                  10
5     CERTIFICATE                   323
6
7
8          INDEX OF EXHIBITS
9
10    PLAINTIFF'S EXHIBITS:          PAGE NO.
11    45   1/25/17 email, BuzzFeed    156
12         01172
13    46   BuzzFeed 1158             164
14    47   BuzzFeed 2164             172
15    48   BuzzFeed 2528             180
16    49   BuzzFeed 2570             189
17    50   BuzzFeed 2620             192
18    51   BuzzFeed 2527             196
19    52   BuzzFeed 2346             210
20    53   BuzzFeed 2475             213
21    54   BuzzFeed 2471             221
22    55   BuzzFeed 2472             228
23    56   BuzzFeed 2663             233

1 (Pages 1 to 4)

Page 5

| | | | |
|---|---|---|---|
| 1 | 57 | BuzzFeed 2752 | 237 |
| 2 | 58 | BuzzFeed 2478 | 242 |
| 3 | 59 | BuzzFeed 2830 | 246 |
| 4 | 60 | BuzzFeed 2831 | 246 |
| 5 | 61 | BuzzFeed 2877 | 252 |
| 6 | 62 | BuzzFeed 2977 | 257 |
| 7 | 63 | BuzzFeed 3049 | 264 |
| 8 | 64 | BuzzFeed 3126 | 266 |
| 9 | 65 | BuzzFeed 3202 | 272 |
| 10 | 66 | BuzzFeed 3209 | 275 |
| 11 | 67 | BuzzFeed 1703 | 286 |
| 12 | 68 | BuzzFeed 626 | 290 |
| 13 | 69 | BuzzFeed 716 | 293 |

Page 6

```
 1          A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF(S): @Birmingham
 4   Reporting WorkSouth Tuscaloosa
 5        MR. BOBBY H. COCKRELL, JR.
 6        MR. G. SCOTCH RITCHEY, JR.
 7        COCKRELL, COCKRELL, TOWNSEND &
 8        RITCHEY, LLP
 9        1409 UNIVERSITY BOULEVARD
10        TUSCALOOSA, ALABAMA 35401
11
12   FOR THE DEFENDANT(S): (Via Zoom)
13        MS. RACHEL STROM
14        MS. KATHERINE M. BOLGER
15        DAVIS, WRIGHT, TREMAINE, LLP
16        1251 AVENUE OF THE AMERICAS
17        21ST FLOOR
18        NEW YORK, NEW YORK, 10020-1104
19
20        MR. JOHN G. "JT" THOMPSON (via Zoom)
21        LIGHTFOOT FRANKLIN & WHITE
22        400 NORTH 20TH STREET
23        THE CLARK BUILDING
```

Page 7

```
 1        BIRMINGHAM, ALABAMA, 35203
 2
 3
 4   ALSO PRESENT:
 5     Nancy Pannell, @Birmingham Reporting
 6     WorkSouth Tuscaloosa Office
 7     Trevor Webster, Birmingham Reporting
 8     Zoom Host
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 8

```
 1            I, Nancy W. Pannell, a
 2   Certified Shorthand Reporter of
 3   Birmingham, Alabama, and a Notary Public
 4   for the State of Alabama at Large, acting
 5   as Commissioner, certify that on this
 6   date, pursuant to the Federal Rules of
 7   Civil Procedure and the foregoing
 8   stipulation of counsel, there came before
 9   me via video-conference, commencing at
10   approximately 9:01 a.m. on FEBRUARY 1,
11   2021, MARISA CARROLL, witness in the above
12   cause, for oral examination, whereupon the
13   following proceedings were had:
14
15
16            VIDEOGRAPHER:  We are now on
17   the record.  This is the video deposition
18   of Marisa Carroll in the matter of Adam
19   Jones, et al., versus BuzzFeed, Inc., et
20   al., Case Number 7:19-cv-00403-RDP in the
21   United States District Court for the
22   Northern District of Alabama, Western
23   Division.
```

2  (Pages 5 to 8)

Marisa Carroll                                                    2/1/2021

| | Page 9 |
|---|---|
| 1 | Today's date is February 1, |
| 2 | 2021 and the time is 9:01 a.m.  Would |
| 3 | counsel and all present please introduce |
| 4 | yourself into the record, after which the |
| 5 | court reporter will swear in the witness. |
| 6 | MS. STROM:  Bob, you want to |
| 7 | go first? |
| 8 | MR. COCKRELL:  Okay, I'll go |
| 9 | first.  Bob Cockrell for the plaintiffs. |
| 10 | MR. RITCHEY:  Scotch Ritchey |
| 11 | for the plaintiffs. |
| 12 | MS. STROM:  Rachel Strom, |
| 13 | counsel for Marisa Carroll as well as the |
| 14 | defendants. |
| 15 | MR. THOMPSON:  JT Thompson |
| 16 | also here for the defendants. |
| 17 | MS. BOLGER:  And Kate Bolger |
| 18 | also here for the defendants. |
| 19 | MARISA CARROLL, |
| 20 | having been first duly sworn, was examined |
| 21 | and testified as follows: |
| 22 | COURT REPORTER:  Thank you. |
| 23 | Will this be usual stipulations? |

| | Page 10 |
|---|---|
| 1 | MR. COCKRELL:  Yes. |
| 2 | MS. STROM:  Yes. |
| 3 | EXAMINATION |
| 4 | BY MR. COCKRELL: |
| 5 | Q.    Ms. Carroll, my name is Bob |
| 6 | Cockrell.  I represent the plaintiffs. |
| 7 | Just got a few questions for you. |
| 8 | Do you still work at BuzzFeed? |
| 9 | A.    I do not work at BuzzFeed. |
| 10 | Q.    Where are you employed now? |
| 11 | A.    I work at New York Magazine. |
| 12 | Q.    Okay.  And what are you doing |
| 13 | there? |
| 14 | A.    I'm an editor of -- features |
| 15 | editor at New York Magazine. |
| 16 | Q.    Okay.  All right.  And have you |
| 17 | ever given a deposition before? |
| 18 | A.    I have never given a deposition |
| 19 | before. |
| 20 | Q.    Okay.  I've just got a few rules |
| 21 | I'll kind of go over real quick, and the |
| 22 | first one is if you need a break, just |
| 23 | tell me and you get one, okay? |

| | Page 11 |
|---|---|
| 1 | And if I ask a question you didn't |
| 2 | hear, just tell me and I'll repeat it.  If |
| 3 | -- and I've got this southern dialect so |
| 4 | you may have a little trouble with it. |
| 5 | But if you didn't understand a |
| 6 | question I ask, I'll be glad to rephrase |
| 7 | it or explain what I'm asking if you just |
| 8 | let me know, and I guess we'll get started |
| 9 | on that. |
| 10 | Would you please state your |
| 11 | name -- full name for the record? |
| 12 | A.    Yes, my is Marisa Terese Carroll. |
| 13 | Q.    Okay.  And what's your date of |
| 14 | birth? |
| 15 | A.    ███████████████. |
| 16 | Q.    All right.  ████████████████████ |
| | ██████████████████████ |
| 18 | And are you married? |
| 19 | A.    Yes, I'm married. |
| 20 | Q.    And who are you married to? |
| 21 | A.    I'm married to Liam Lowery. |
| 22 | Q.    And is this your first marriage? |
| 23 | A.    This is my first marriage. |

| | Page 12 |
|---|---|
| 1 | Q.    And do you have any children? |
| 2 | A.    No, I do not have any children. |
| 3 | Q.    Okay.  Do you have any |
| 4 | stepchildren? |
| 5 | A.    No, I do not. |
| 6 | Q.    Okay.  All right. |
| 7 | And how long have y'all been |
| 8 | married? |
| 9 | A.    I have been married for six years. |
| 10 | Q.    And where were you born? |
| 11 | A.    I was born in Chicago, Illinois. |
| 12 | Q.    And is that where you grew up? |
| 13 | A.    Yes, I grew up in Chicago. |
| 14 | Q.    I'm going to take a little time |
| 15 | every once in a while to save us time, |
| 16 | okay.  Check off stuff you've already |
| 17 | answered. |
| 18 | And what is your current address? |
| 19 | A.    My address -- |
| 20 | MS. STROM:  If you prefer, |
| 21 | you can send anything to my attention, if |
| 22 | you don't want to give your personal |
| 23 | address, but if you're comfortable doing |

Marisa Carroll                                           2/1/2021

### Page 13

1    it, Marisa, that's fine.
2    Q.    (By Mr. Cockrell)  New York City?
3    That's really all I care about.
4    A.    Yeah, I live in -- I live in
5    Queens, New York.
6    Q.    Okay.  That's sufficient.
7    And do you work out of an office
8    or do you work remotely from home?  How do
9    you do that at your current job?
10    A.    During the COVID Pandemic I've
11    been working from home.
12    Q.    Otherwise, you would be at your
13    office in New York?
14    A.    Before COVID, I would go into the
15    office in New York.
16    Q.    And how long have you been with
17    this current employer?
18    A.    I've been with my employer for a
19    little under two years.
20    Q.    All right.  And we'll go through
21    your work history in a little bit -- a
22    little bit later.
23    Do you have Facebook?

### Page 14

1    A.    I have a Facebook account that I
2    haven't used to post in maybe ten years.
3    Q.    Okay.  All right.
4    Did you have a business Facebook
5    account while you were at BuzzFeed or an
6    account there that you posted on?
7    A.    I believe that my Facebook is
8    affiliated with my BuzzFeed email.
9    Q.    Okay.  Do you have any other kind
10    of social media accounts?
11    A.    To my best recollection, I have a
12    Twitter account and an Instagram account.
13    Q.    Would those just be your name?
14    A.    As I recall, yes, those would both
15    be associated with my name.
16    Q.    Did you have from June 22nd of
17    2017 or prior to that?  Did you have those
18    accounts, those social media accounts?
19    A.    As I recall, yes, I did.
20    Q.    Can you kind of start from high
21    school and tell me your educational
22    background and I want to know what college
23    or university and the years you attended

### Page 15

1    and what degrees you have.
2    A.    I went to Walter Payton College
3    Prep in Chicago, Illinois for high school.
4    After high school I went to Fordham
5    University in New York, a Catholic
6    University in New York, where my major was
7    history.
8    That's what -- I haven't looked at
9    my résumé in a long time but that's my
10    best recollection.
11    Q.    Did Fordham University have a
12    journalism school?
13    A.    There's a few different campuses
14    of Fordham University.  I believe the
15    campus that I did not attend had the
16    journalism school.
17    Q.    Okay.  Have you attended any
18    journalism schools?
19    A.    No, I attended undergrad at
20    Fordham University.
21    Q.    Okay.  Have you told me all your
22    undergrad schools you've been to?
23    A.    Yes, I only went to Fordham

### Page 16

1    University for undergrad.
2    Q.    What years were you there?
3    A.    To the best of my recollection, I
4    was there from ▓▓▓▓▓▓▓
5    Q.    And what was your degree in that
6    you achieved?
7    A.    I believe to my recollection
8    history.
9    Q.    I've got a history minor myself.
10    Okay.
11    Let's see now, did you have any
12    postgraduate schools that you attended?
13    A.    No, postgraduate I went straight
14    to work in journalism.
15    Q.    I'm going to get to your work
16    history in just a minute and we'll go
17    through that.
18    While you were at Fordham, did you
19    take any courses in journalism period?
20    A.    I did internships, so rather than
21    courses I did internships in journalism.
22    Q.    Was that at Fordham?
23    A.    While at Fordham, yes.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                              2/1/2021

Page 17

1    Q.     Okay.  What internships did you
2    do?
3    A.     The Nation Magazine, I was a fact
4    checker.
5    Q.     What years would that have been?
6    A.     I can't recall, but it's in the
7    period that I was --
8    Q.     In college?
9    A.     -- between ███████.  I don't
10   want to give you the wrong dates.
11   Q.     That's fine.  I don't want you to
12   guess on anything I ask you today.  Just
13   do the best you can.
14          Okay.  What was involved in being
15   a fact checker?
16   A.     When I was a fact checker, I would
17   review the facts in a draft of a story and
18   work with a reporter to make sure that
19   they were correct and most accurate.
20   Q.     And did they give you any kind of
21   training or anything to make -- have you
22   become a fact checker with the --
23   A.     Yes --

Page 18

1    Q.     -- excuse me, with the Nation
2    Magazine?
3    A.     Yes, they do.
4    Q.     And what kind of training did they
5    give you?
6    A.     They teach you how to -- how to go
7    about fact-checking, so you work with a
8    manager who shows you how to do it.
9          They also had seminars where you
10   talk to other reporters and fact checkers
11   who have been through it who would give
12   you feedback.
13   Q.     Were you paid anything for this
14   internship?
15   A.     I was.
16   Q.     And how much did they pay you to
17   be a fact checker?
18   A.     They paid you $250 a week is my
19   recollection of the fee.
20   Q.     Okay.  How did you get the job as
21   a fact checker with Nation Magazine?
22   A.     I applied -- to my knowledge, I
23   applied to their job portal, but the woman

Page 19

1    who ran the fact-checking department was
2    the editor-in-chief at the college
3    newspaper where I was a college newspaper
4    reporter and editor.
5    Q.     That was my next question for you.
6    Did you write for the college newspaper
7    for Fordham?
8    A.     I wrote and later became the
9    editor-in-chief of the newspaper.
10   Q.     Congratulations.  That's pretty
11   good.
12          Now, during that time did you
13   write any stories on sex abuse or rape of
14   any kind like that?
15   A.     I don't want to say something I
16   don't remember, so I'm going to say I
17   don't remember specifically.
18   Q.     Did they give you any courses or
19   seminars on journalism ethics when you
20   were there at Nation Magazine?
21   A.     Ethics is something that comes up
22   in every conversation you have with a
23   manager I say, so, yeah.

Page 20

1    Q.     Was there any formal courses or
2    seminars you attended regarding journalism
3    ethics while you were at Nation Magazine?
4    A.     Can you tell me more what you mean
5    when you say a formal course or a seminar?
6          For instance, would a seminar be
7    where you're sitting in a room and someone
8    is talking -- like someone's talking to
9    the group?
10   Q.     Yes, that, or providing written
11   materials or making a presentation on
12   journalism ethics.
13          I know as a lawyer we have those.
14   We have classes in legal ethics.  And I'm
15   just asking if they provided anything for
16   the magazine with regards to journalism
17   ethics?
18   A.     I remember receiving presentations
19   from journalists and editors that involved
20   ethics, but I can't say -- I can't recall
21   specifically a formal class, for instance.
22   Q.     Did they provide written materials
23   at those seminars --

5  (Pages 17 to 20)

Marisa Carroll                                                  2/1/2021

Page 21

1          MS. STROM:  Objection --
2    Q.    (By Mr. Cockrell) -- you just
3    referred to?
4          MS. STROM:  Go ahead, sorry,
5    Marisa.
6    A.    I can't recall.
7    Q.    (By Mr. Cockrell) Would you have
8    saved any of them?  I know you can't
9    recall if they provided them or not, but
10   do you have a file of your time as an
11   internship --
12         MS. STROM:  Objection, you
13   can answer --
14   Q.    (By Mr. Cockrell) -- with Nation
15   Magazine?
16         Where you would have included any
17   seminars or written material with regard
18   to journalism or journalism ethics?
19   A.    I'm looking around in my office.
20   No, I don't have files from that time.
21   Q.    Okay.  All right.  Hold on one
22   second.
23         Do you recall any of the

Page 22

1    instructors for those seminars that you
2    had that included journalism ethics, the
3    name of any instructors?
4    A.    I wouldn't use the word
5    instructors.  Just to clarify, I'm
6    speaking to seminars given by staff
7    members and reporters for the magazine who
8    would talk about these things.  I remember
9    Richard Kim.
10   Q.    What do you remember, Mr. Kim
11   presenting to you?
12   A.    Richard Kim was, I believe at the
13   time, the executive editor of the magazine
14   and was one of many presentations that
15   were given to answer questions about
16   reporting, fact-checking, ethics.
17   Q.    Did Nation Magazine have a
18   standard operating procedure or written
19   protocol for reporting while you were
20   there?
21   A.    I think it wouldn't surprise me,
22   but I don't remember.  I really just can't
23   remember back to that time.

Page 23

1    Q.    Do you remember reading a policy
2    or standard operating procedure when you
3    were hired there as an intern?
4          MS. STROM:  Objection.
5          You can answer, Marisa.
6    A.    I also just can't remember.
7    Q.    (By Mr. Cockrell) Have you ever
8    taken a course in media law?
9    A.    I've never taken a college course
10   in media law.  Annually when I was at
11   BuzzFeed we would get a refresher on media
12   law, defamation law through our counsel
13   there that employees were required to
14   attend.
15   Q.    Who was the counsel there?
16   A.    The -- I can't remember her title,
17   but the chief in-house counsel at the time
18   was Nabiha Syed.
19   Q.    I'm sorry?  Say that one more
20   time.
21   A.    Nabiha Syed.
22   Q.    Can you spell that for me?
23   A.    I believe it's N-a-b-i-h-a.

Page 24

1    Q.    Uh-huh (affirmative).
2    A.    S-y-e-d.
3    Q.    S-y-e-d?
4    A.    To my recollection.
5    Q.    Is she still there, do you know?
6    A.    I don't believe so, but I don't
7    know if she had some sort of ongoing
8    relationship I'm not familiar with.
9    Q.    But she was in-house counsel for
10   BuzzFeed?
11   A.    She was.
12   Q.    Now, did she provide written
13   material to the attendees of this annual
14   seminar?
15   A.    I know that there was a PowerPoint
16   presentation.  I can't remember the answer
17   to written material though.
18   Q.    And how many years were you at
19   BuzzFeed?
20   A.    I was at BuzzFeed for almost four
21   years --
22   Q.    And did -- I'm sorry, go ahead.  I
23   didn't mean to interrupt you.

                                    6  (Pages 21 to 24)

Marisa Carroll                                          2/1/2021

Page 25

1    A.    Is the number of years I remember.
2    Q.    Okay.  Did BuzzFeed have a written
3  policy or standard operating procedure
4  provided to its employees?
5          MS. STROM:  Objection.
6          I don't know exactly what
7  you mean, but if you do, Marisa, please
8  answer.
9    A.    I have the same question.  I don't
10  know what you mean.
11   Q.    (By Mr. Cockrell) A written policy
12  of how they conduct their business.
13         MS. STROM:  Objection.
14         But if you get it, Marisa,
15  please answer.
16   A.    I don't, I'm sorry.
17   Q.    (By Mr. Cockrell) Did they provide
18  you with any written policies while you
19  were working at BuzzFeed?
20   A.    I know there was a number of
21  policies that -- I don't know if you would
22  call them a policy, but from your contract
23  to take the job to your, you know, having

Page 26

1  to do a sexual harassment training every
2  year that was standard, to having to do --
3  I know there were many such policies that
4  came with doing the job.
5    Q.    Was there any written policy on
6  journalism ethics that you recall, even a
7  section of a policy?
8    A.    My recollection is that there's a
9  standards guide that is available to
10  employees and is available online.
11   Q.    Do you know what the title of that
12  policy is?
13   A.    I can't recall what the title was
14  at the time.
15   Q.    Do you know what it is now?
16   A.    No, because I just -- I don't work
17  there any more so I haven't touched back.
18   Q.    Sure.  Did you save a copy of it?
19   A.    I know it's available online.
20   Q.    Okay.  How is it available online?
21   A.    I don't remember the URL, but it's
22  an available document.
23   Q.    And who is it available to?

Page 27

1    A.    My recollection is that's it's
2  available to the public as a show of
3  transparency.
4    Q.    Okay.  All right.  Thank you.
5          Do you know who maintains that
6  policy at BuzzFeed?
7    A.    I really don't.  Sorry.
8    Q.    Do you know what department?
9    A.    I haven't worked there in two
10  years, so I don't know.
11   Q.    Well, I guess I'm asking more --
12  I'm really concerned more when you were
13  employed there.
14         Do you know who would have -- what
15  department would have handled that at
16  BuzzFeed?
17   A.    Many staff were involved in coming
18  up with those policies.  I would say the
19  buck stops with Ben Smith, who is the
20  editor-in-chief, because he, as in any
21  organization, the editor-in-chief is the
22  boss.
23   Q.    Okay.  So he would know more about

Page 28

1  it than you would; is that correct?
2    A.    If you asked him about it, he may
3  also be able to tell you that I'm wrong,
4  but if you ask him, he would be able to
5  tell you.
6          That's just my recollection, but I
7  wasn't -- you know, that's just my
8  recollection from the time.
9    Q.    Okay.  Do you recall reading it
10  while you were there?
11   A.    I can't -- ethics was something
12  and standards and practices were something
13  that we discussed and that came up every
14  day.
15         I would assume that it's something
16  I read, but I can't remember -- I don't
17  have a picture perfect memory of sitting
18  in front of something on a certain day and
19  saying, that's why I don't want to give
20  you -- I don't want to guess.
21   Q.    That's fine.  Just your
22  recollection, that's okay.
23   A.    All right.

7 (Pages 25 to 28)

Marisa Carroll                                          2/1/2021

Page 29

1    Q.    Now, you don't know who would have
2    kept this policy at BuzzFeed?
3          MS. STROM:  Objection,
4    objection.  I believe that's asked and
5    answered.
6          But you can answer, Marisa.
7    A.    I believe it would be Ben Smith,
8    the editor-in-chief, and he could probably
9    give you a more specific answer as to who
10   was in charge.
11   Q.    (By Mr. Cockrell) Okay.  All
12   right.  Thank you.
13         All right.  So you worked at the
14   intern -- I mean you did the internship
15   and worked at Nation Magazine.  What type
16   magazine was that?
17   A.    A politics magazine.
18   Q.    What type -- I guess you did
19   political stories, but did it have a lean
20   as to more a conservative or a liberal
21   approach to its writing, the magazine?
22   A.    To my recollection it had
23   different perspectives on the political

Page 30

1    issues of the day.
2    Q.    Did you write any of those stories
3    at the magazine?
4    A.    I wrote one story when I was at
5    the magazine, which I remember because I
6    was very proud, because I got a very short
7    article into the magazine, and it was
8    about -- it was reporting on -- I can't
9    remember what the content was, but it was
10   about -- this was at the time of the
11   Affordable Care Act and it was about the
12   people responding to what had gone on with
13   the Affordable Care Act, and I believe it
14   was like 300 words long.  It was short.
15   Q.    Okay.  What was the title of it?
16   A.    I was very proud.
17   Q.    What was the title of it?
18   A.    Oh, I can't recall.
19   Q.    Okay.  All right.  Do you remember
20   when that would have been?
21         I know it would have been during
22   your time there as an intern, but do you
23   remember what year it would have been?

Page 31

1    A.    Whatever year I was an intern.  I
2    would feel like it was 2012, but I don't
3    want to misspeak.
4    Q.    Okay.  And how many stories did
5    you write while you were editor -- well,
6    while you were at the school newspaper at
7    Fordham?  How many stories would you have
8    written?
9    A.    Oh, my gosh.  Many.
10   Q.    More than ten?
11   A.    I can -- certainly more than ten.
12   Q.    Do they keep those logs at Fordham
13   University of old stories that everybody
14   wrote and those kind of things?
15   A.    At the time they kept them in the
16   basement where the newsroom was in print.
17   We were not very tech savvy.
18   Q.    Y'all were a lot like I am right
19   now.  I'm would much rather be in person
20   talking to you than over a computer, but I
21   understand.
22         So while you were at -- you were
23   there, where was the next place you went

Page 32

1    to work after Nation Magazine?
2    A.    I was a fact checker and then I
3    edited interviews at Guernica, which is an
4    arts magazine, online -- an online arts
5    magazine.
6    Q.    And where are they headquartered
7    at?
8    A.    New York City.  But it was all
9    remote and digital and unpaid so it was --
10   so it was a -- I was in New York.  I
11   believe people were all over the country.
12   Q.    So you weren't paid for that job?
13   A.    No, I was not.
14   Q.    Okay.  What are you trying to do,
15   just get some experience or something?
16   A.    Correct.
17   Q.    That kind of thing.  Did you write
18   articles for that magazine, the art
19   magazine?
20   A.    I believe I did, but I remember
21   the primary part of my job was
22   fact-checking.
23   Q.    All right.  And what years were

8  (Pages 29 to 32)

Marisa Carroll                                          2/1/2021

Page 33

1   you with the art magazine?
2   A.   To the best of my recollection
3   ████ before -- in the time leading up to
4   graduating from college.
5   Q.   Okay.  I'm just asking, the reason
6   for leaving the Nation Magazine was that
7   just because you graduated and the
8   internship was over?
9   A.   The internship ended.  I was an
10   intern, and then I stayed on for a couple
11   more months in a freelance role perhaps
12   because someone was on maternity leave,
13   but it was not a forever job.  It was just
14   an internship while I was still a student
15   in college.
16   Q.   Okay.  And so then you take the
17   job with the art magazine and how long
18   were you with them?
19   A.   My best recollection is that it
20   would be approximately one semester in the
21   time -- in my last year at Fordham.
22   Possibly two semesters, but I don't
23   remember exactly.

Page 34

1   Q.   All right.  Now, let's see, after
2   you left the art magazine where did you
3   go?
4   A.   I went to Marie Claire Magazine
5   upon graduating from college.
6   Q.   So the art magazine you were still
7   in college when you were working for them?
8   A.   Yes.
9   Q.   So would this have been your first
10   really job, permanent job at Marie Claire
11   Magazine?
12   A.   Well, throughout New York I was
13   getting paid working at the New York
14   Botanical Garden as a guest services
15   assistant --
16   Q.   Okay.
17   A.   -- so that was a job that I was
18   doing throughout college to pay the bills.
19   Q.   All right.  I've been there.  I
20   ran the New York City marathon twice, in
21   my younger days, but nice place.  Good
22   place to work.
23   All right.  Tell me about Marie

Page 35

1   Claire Magazine.  What kind of magazine
2   was it?
3   A.   A women's fashion magazine.
4   Q.   And what was your job there?
5   A.   I was an editorial assistant to
6   the features department.
7   Q.   And what type features would that
8   magazine write?
9   A.   Features that -- the audience of
10   Marie Claire is women, so the features
11   might be about a celebrity who's on the
12   cover of the magazine or it might be about
13   a relationship issue or it might be about
14   -- about motherhood or it might be about a
15   specific law or international issue that
16   pertains to women.
17   Q.   Okay.  Were any of the articles
18   that you were involved with involve sexual
19   assault or rape?
20   A.   Yes.
21   Q.   And can you tell me the title of
22   that article?
23   MS. STROM:  Objection.

Page 36

1   You can answer.
2   A.   I can't remember the titles of any
3   articles.  I just -- I do recall that
4   gender violence was an issue that mattered
5   to the magazine.
6   So, for instance, if there was a
7   story about -- I can remember one story
8   was about the UN trying to stop women from
9   being raped and sex trafficked, so that's
10   the type of article.
11   Q.   (By Mr. Cockrell) Okay.  Did you
12   participate --
13   A.   But I don't remember the name.
14   Q.   Did you participate in writing any
15   of those articles?
16   A.   As an editorial assistant, my job
17   was to write captions for the most part
18   and to get coffee and to pitch articles
19   for other people to write.
20   Q.   Okay.  And what's involved in
21   writing a caption?
22   A.   Writing a caption is figuring out
23   what is in the picture or what a story is

9  (Pages 33 to 36)

Marisa Carroll                                                      2/1/2021

Page 37

1   about, if it's a caption in the table of
2   contents, which is the page at the
3   beginning of the magazine that says what's
4   in the magazine, and then coming up with a
5   correct way to describe it but also coming
6   up with a pun about, for instance, a shoe
7   that had a feather on it and saying birds
8   of a feather wear this shoe together.
9   Q.     That's cute.  Okay.
10         What kind of captions would you
11  have come up with on the sexual assault or
12  rape stories that you were involved?
13  A.     Sorry.  To clarify, I wouldn't
14  have worked on a caption -- so there's
15  many different types of stories that the
16  magazine was doing at one time.
17         I was the -- as an editorial
18  assistant I would work on, for instance,
19  writing captions on a fashion story or the
20  table of contents.
21         My job was usually to field
22  pitches for other types of -- for a more
23  -- let's say a more serious news story.

Page 38

1          For the most part my job was to
2   help other editors get those assigned.  I
3   also occasionally would write short -- so
4   I would write occasionally short articles
5   for the news section that might be, for
6   instance, a 100-word blurb that was about
7   a young woman who was doing something
8   great.
9          So, for instance, a young woman
10  who started a charity and the goal would
11  be to do a little interview of the girl to
12  sort of inspire other women to help people
13  or to do something cool.
14  Q.     Did you do any of that on any
15  story that involved sexual assault or rape
16  while you were there?
17  A.     I think it is completely possible
18  that I interviewed someone, for instance,
19  about sex trafficking or about gender
20  violence.
21         I do remember when I was there I
22  interviewed this woman, Ai-jen Poo, who is
23  the head of the National Domestic Workers

Page 39

1   Alliance, and she wrote -- and it was
2   interviewing her about ways to prevent
3   sexual violence and also physical violence
4   and economic abuse of women who are
5   domestic aides, so women who are like a
6   nannie or a maid, so that's an example of
7   that type.  That's one I can remember
8   specifically.
9   Q.     Were there others other than that
10  one, that one story?
11  A.     I don't remember.
12  Q.     And you don't remember the title
13  of that story?
14  A.     I don't remember.
15  Q.     Okay.  What year --
16  A.     I can spell the name of the woman,
17  if it would be helpful.
18  Q.     Okay.  Yeah, that would be
19  helpful.  I'm a bad speller.  Go ahead.
20  A.     Sure.  It's A-I, space, j-e-n,
21  hyphen, P-o-o.
22  Q.     And where was she located?
23  A.     I don't remember.  We did the

Page 40

1   interview over the phone.
2   Q.     Okay.  All right.
3          And do you remember what year that
4   was?
5   A.     2013 or 2014 probably.  I believe
6   I was at Marie Claire Magazine until
7   February 2015, but forgive me, I may be
8   misremembering the exact date.
9   Q.     So how long were you at Marie
10  Claire Magazine?
11  A.     Approximately two years is what I
12  recall.
13  Q.     And tell me every position you
14  held while you were there starting at the
15  earliest from the time you left?
16  A.     Yes.  I was an editorial assistant
17  and that was my position throughout.
18         In my time there my title didn't
19  change to my best recollection, but I did
20  start -- I took on more responsibilities
21  over the time I was there.
22  Q.     Okay.  All right.
23         And let's see, what was your

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                                    2/1/2021

Page 41

1    reason for leaving there?
2    A.    Because it was time to move up in
3    my career.
4    Q.    Okay.  And what was the next --
5    I'm sorry, go ahead.  I don't want to cut
6    you off.
7    A.    I'm sorry, I said it was unstable.
8    Can you hear me okay?
9    Q.    Yeah, I can now.
10   A.    It seems fine now.
11   Q.    Yeah.
12   A.    Okay, great.  The next job was I
13   was a features editor at BuzzFeed -- I
14   mean -- sorry, correction, I believe my
15   title was associate features editor at
16   BuzzFeed.
17   Q.    And what's the job
18   responsibilities for associate -- what did
19   you say?  Say it again, associate editor?
20   A.    Associate features editor.
21   Q.    Features editor.
22   A.    My job was -- my job was to assign
23   and edit stories that were feature

Page 42

1    stories, so stories in the thousands of
2    words long.  Yeah, that's the job, to
3    assign and edit the stories.
4    Q.    What year did you start with
5    BuzzFeed?
6    A.    I believe I started in
7    February 2015.
8    Q.    Okay.
9    A.    But I don't have my résumé in
10   front of me.  I apologize.
11   Q.    All right.  So at the time of the
12   subject story, the Rondini story, was that
13   your title?
14   A.    I believe at time of the Rondini
15   story my title was deputy national editor
16   at BuzzFeed.
17   Q.    Okay.  Did you have -- in between
18   the time you started did you have another
19   position at BuzzFeed before you got that
20   position?
21   A.    I was promoted from associate
22   features editor to features editor in
23   between those two titles.

Page 43

1    Q.    Okay.  And what's involved in
2    being a features editor?
3    A.    I would say it's the same, it's
4    the same as the associate features editor.
5    You assign and edit and work with writers
6    on feature stories.
7          I would say the difference between
8    the two jobs is just length of experience.
9    Q.    Okay.  So, basically, the same,
10   just more experienced at it; is that what
11   you're saying to me?
12   A.    Yes.
13   Q.    Okay.  And how long were you a
14   features editor?
15   A.    I don't remember the exact amount
16   of time.
17   Q.    Okay.  And so when you became a
18   deputy features editor -- did I say that
19   right?
20   A.    Well, then I became the deputy
21   national editor, so I became a member of
22   the national desk at BuzzFeed.
23   Q.    And what does that mean, the

Page 44

1    national desk at BuzzFeed?
2    A.    It does features and enterprise
3    reporting stories on big news topics of
4    the day.
5          So it's very similar to -- so, for
6    instance, in my role as a features editor,
7    I would work on stories that were -- that
8    qualified as the same thing as the
9    national desk, but I would also do say a
10   celebrity profile.
11         The national desk is all
12   reporting, all serious reporting, so you
13   wouldn't, for instance, see a celebrity
14   profile on the national desk.
15   Q.    And who all was on the national
16   desk while you were there at BuzzFeed?
17   A.    The national editor was Tina
18   Susman, Katie Baker was a reporter, and
19   then there were a number of other
20   reporters in the years that I was in that
21   job.  Would you like me to name all of
22   those reporters?
23   Q.    I tell you just leading up to the

11  (Pages 41 to 44)

Marisa Carroll                                        2/1/2021

Page 45

1    Rondini story if you could.
2            MS. STROM:  Objection.
3            But you can answer.
4    A.    I probably have an easier time
5    answering who in the years that I was in
6    that job all who the reporters were.
7        I don't want to miss someone or
8    misattribute the timeline of them being on
9    the desk.
10   Q.    (By Mr. Cockrell) Well, if you
11   think it was during that time period, you
12   can tell me, how about that?  If you think
13   it wasn't, you don't have to tell me.
14           MS. STROM:  Objection.
15           But you can answer, Marisa,
16   if you can.
17   A.    I know that Katie Baker was a
18   reporter at the time.  And I believe
19   Albert Samaha, Hannah Allam, and I know
20   there were other -- and Jessica Testa.
21       I know there were other reporters
22   but I think at this point I don't want to
23   misattribute timelines of people working

Page 46

1    on the desk.
2    Q.    (By Mr. Cockrell) Okay.  That's
3    the best of your recollection?
4    A.    Yes.
5    Q.    Okay.  At the time of the Rondini
6    case you were a deputy features editor; is
7    that correct?
8            MS. STROM:  Objection.  I
9    don't know what you mean by Rondini case.
10   Q.    (By Mr. Cockrell) Rondini article,
11   excuse me.
12   A.    At the time of the -- at the time
13   that Katie started reporting the article
14   and throughout I was the deputy national
15   editor at BuzzFeed.
16   Q.    And I want you to tell me your job
17   responsibilities during that time.
18   A.    Sure.  My job is to review pitches
19   and ideas for articles.  My job is to edit
20   articles, and my job is to work with our
21   team, including the reporters and the
22   national editor, to fairly and accurately
23   report out and put together those stories

Page 47

1    for the BuzzFeed reader.
2    Q.    Okay.  All right.
3        Now, after BuzzFeed did you get
4    any more promotions, after the BuzzFeed
5    article on Rondini?
6    A.    Can you clarify?  Are you asking
7    if I was promoted because of the article
8    or if I was promoted at any time during
9    the rest of my tenure?
10   Q.    I was just asking if you were
11   promoted during rest of the time of your
12   tenure.
13   A.    No, the rest -- I remained -- I
14   would have received financial raises, but
15   my title stayed the same.
16   Q.    Okay.  All right.
17       Did you get a raise after the
18   Rondini article?
19   A.    I know that I would get annual
20   cost of living increases.
21   Q.    Okay.
22   A.    But I can't remember specifically,
23   sorry.

Page 48

1    Q.    Do y'all get bonuses for
2    particular stories?
3    A.    No, we do not.
4    Q.    Does a reporter get bonuses for
5    different stories?
6    A.    No, reporters do not.
7    Q.    Are reporters paid a salary?
8    A.    Yes, reporters are paid a salary.
9    Q.    Do you know whether or not Katie
10   Baker got any kind of promotion after the
11   Rondini article?
12   A.    No, I do not.
13   Q.    Do you know if she got a raise
14   after that Rondini article?
15   A.    No, I do not.
16   Q.    I'm going to take a second and see
17   if I can get rid of some of these
18   questions I think you've already answered.
19       Did BuzzFeed send you to any media
20   law training courses or seminars?
21           MS. STROM:  Objection.  I
22   believe she's answered, but you can
23   answer.

Marisa Carroll                                                    2/1/2021

Page 49

1    A.    Yeah, the media law training at --
2    the annual training that BuzzFeed would do
3    with the PowerPoint from earlier.
4    Q.    (By Mr. Cockrell) Did they ever
5    send you outside of BuzzFeed for any
6    training or seminars?
7    A.    I'm trying to remember the name of
8    it, so I'm going to say I don't remember
9    because I'm having trouble remembering the
10   name, unless you'd rather I could give a
11   more general description.
12   Q.    You can do that to start with and
13   we'll see the best you can remember.
14   A.    I know that I went to a -- I was
15   sent to a training in 2018.
16   Q.    And do you remember where that
17   training took place?
18   A.    I believe it took place in the
19   Chelsea neighborhood of Manhattan, but I
20   do not recall what the name of the
21   building was, but it was with a journalism
22   group.
23   Q.    Do you recall who the journalism

Page 50

1    group was at the time that taught it?
2    A.    I don't.
3    Q.    Did they provide written material
4    to that seminar?
5    A.    That seminar I do remember that
6    there was written material.
7    Q.    And what were the subjects taught
8    at that particular seminar?
9    A.    Holistic journalism questions and
10   how to be a better journalist.
11   Q.    Did any of that deal with media
12   law, anything that was taught?
13   A.    From my recollection, it did, but
14   I can't -- I don't have those materials
15   still.
16   Q.    And you don't remember the name of
17   the company?
18   A.    No.
19   Q.    How many days seminar was this
20   seminar --
21   A.    Two days.
22   Q.    Eight-hour days?
23   A.    -- is my recollection --

Page 51

1    Q.    I'm sorry, I missed that.  It kind
2    of got garbled there.
3    A.    I'm sorry.  I remember it being
4    two days and full days long where they
5    would provide say bagels for breakfast and
6    sandwiches for lunch.
7    Q.    Did Katie attend that seminar as
8    well?  Do you know Katie Baker?
9    A.    No, this was for editors.
10   Q.    I'm sorry --
11   A.    She wouldn't have attended --
12   sorry, it was for editors so I would have
13   attended for editors.
14   Q.    Do you recall what other editors
15   went with you from BuzzFeed?
16   A.    I remember that I was the person
17   selected for that time to go from the news
18   room, so it was me only.
19   Q.    Okay.
20   A.    They would pick different people
21   to go.
22   Q.    Did they -- is this the only
23   seminar outside of BuzzFeed that you were

Page 52

1    sent to?
2    A.    I can't recall.
3    Q.    Were they all in New York City or
4    New York City area?
5    A.    Yes.
6    Q.    Do you remember any of the
7    instructors?
8    A.    No.
9    Q.    And pardon my ignorance, but when
10   you say holistic journalism, define that
11   for me.
12   A.    My recollection is that it covered
13   everything from questions that people
14   would run into while reporting.
15         COURT REPORTER:  What kind
16   of questions?
17         MR. COCKRELL:  The court
18   reporter missed that last part.
19         COURT REPORTER:  What kind
20   of questions?
21         THE WITNESS:  Questions that
22   people would run into while reporting or
23   editing stories.

                              13  (Pages 49 to 52)

Marisa Carroll                                                    2/1/2021

Page 53

1    Q.    (By Mr. Cockrell) Can you give me
2  an example of that?
3    A.    I can't.
4    Q.    And I believe you said it covered
5  media ethics as well; is that correct?
6    A.    I can't really remember exactly
7  what was covered.  I just remember that
8  this was one of a couple day seminar I
9  went to in 2018.
10   Q.    Thank you.
11   A.    And I can tell you we didn't cover
12 it, but I could tell you about another
13 seminar -- since you brought up other
14 seminars that I went to when I was at
15 Marie Claire Magazine.  Is that helpful?
16   Q.    Yes, go ahead.  Tell me.
17   A.    I went to a multi-day seminar for
18 the American Society of Magazine Editors
19 -- or American Society of Magazine
20 Excellence, it's called ASME, is the
21 organization and that was a seminar where
22 the editors of major publications would
23 come and do sessions where they talked

Page 54

1  about stories that they specifically
2  worked on and trouble-shooting and they
3  also would answer questions.
4    Q.    Do you recall if any of it dealt
5  with rape or sexual assault?
6    A.    I don't recall.
7    Q.    What about media ethics?
8    A.    I believe that was part of it.
9    Q.    Do you remember any details about
10 the media ethics that was taught?
11   A.    I don't recall specifically.
12   Q.    What year would this have been?
13   A.    To my best recollection, it would
14 have been in 2014.
15   Q.    Do you recall who the instructors
16 were?
17   A.    I remember that they included
18 David Granger, the editor-in-chief of
19 Esquire Magazine and other prominent
20 magazine editors, and it would have been
21 hosted, to the best of my recollection by
22 Sid Holt who is the head of the ASME
23 group, the ASME group.

Page 55

1    Q.    Again, what year was that?
2    A.    I believe 2014.
3    Q.    And was that -- it was in New York
4  City, but do you recall where it was held
5  at?
6    A.    I don't.
7    Q.    Any other seminars that you can
8  think of?
9    A.    Not that I can think of with
10 specificity, so no, not that I recall.
11   Q.    What about conferences?  Did you
12 attend any conferences while you were at
13 BuzzFeed?  And I'm interested up to the
14 date the article was published.
15   A.    Not that I recall with
16 specificity.
17   Q.    What about while you were at the
18 other magazines?  Did you attend any
19 conferences with any of those?
20   A.    Not that I recall beyond what I've
21 already shared.
22   Q.    All right.
23         Have you ever taken any classes or

Page 56

1  attended any seminars with regard to
2  interviewing techniques?
3         MS. STROM:  Objection.  I
4  believe asked and answered on all
5  seminars.
6         But go ahead, Marisa, if you
7  can.
8    Q.    (By Mr. Cockrell) I don't think I
9  asked about interviewing techniques.
10   A.    In my experience that I've never
11 attended seminars about interviewing
12 techniques.
13        In my experience in the industry
14 usually these seminars deal with a bunch
15 of different topics at once, so I can't
16 remember a -- so the answer is no, I never
17 attended -- to the best of my knowledge a
18 conference specifically about or seminar
19 specifically about interviewing
20 techniques.
21   Q.    Okay.  In any of your educational
22 background did you ever attend any classes
23 or anything to do with interviewing

Marisa Carroll                                             2/1/2021

Page 57

1    techniques?
2    A.    What would be part of anything
3    when you say classes or anything?
4    Q.    I guess classes in college,
5    Fordham.
6    A.    Do you mean a class that was
7    called interviewing techniques?
8    Q.    Yes, or related --
9    A.    No.
10   Q.    -- or related thereto.
11   A.    Because interviewing techniques
12   are so central to journalism, I found that
13   it comes up in pretty much any
14   conversation.
15        But as I said before, I didn't
16   study journalism in college.  I practiced
17   outside and I learned outside of the
18   classroom through internships, which is
19   often how people learn journalism
20   techniques.
21   Q.    Did they have any teaching program
22   or any kind of class or seminar to be able
23   to write for the school newspaper at

Page 58

1    Fordham?
2    A.    To the best of my recollection at
3    Fordham, you didn't take a class to do the
4    school newspaper.
5         The philosophy is that the school
6    newspaper you are out there, you're doing
7    interviews, and that's how you're learning
8    to do that job.
9    Q.    Would you say on-the-job training
10   as opposed to any type formal training
11   classes or anything like that; is that
12   what you're telling me?
13   A.    The student newspaper is seen in
14   journalism as on-the-job -- straight
15   on-the-job training.
16   Q.    All right.  What was the name of
17   the school newspaper at Fordham?
18   A.    It was called The Paper.
19   Q.    That's good name.  Is that still
20   the name?
21   A.    I couldn't tell you.  Sorry.
22   Q.    Who was the editor of that paper?
23   A.    When?  At the beginning of my

Page 59

1    tenure it was Kate Murphy, and then by the
2    end it was me.
3    Q.    And how many years did you write
4    for the school newspaper?
5    A.    I believe I was on the school
6    newspaper the whole time I was at Fordham,
7    from the time I was a freshman to the time
8    I was a senior.
9         But they don't have second
10   semester seniors.  You retire from being
11   the editor-in-chief your second semester
12   so that the younger person can take over.
13   Q.    Okay.  Did they have any kind of
14   training to become the editor of the paper
15   other than on the job?  Any seminars or
16   teaching of any kind?
17   A.    The teaching happened from
18   journalist to journalist.  In that time,
19   for instance, part of what made we qualify
20   to be the editor-in-chief of the school
21   newspaper was that I had done internships
22   as a learning experience in addition to
23   reporting stories.

Page 60

1    Q.    Okay.  I may have asked this,
2    forgive me if I did, but how many stories
3    do you think you wrote for the school
4    newspaper?
5    A.    I couldn't remember.  Before you
6    asked me if it was more than ten, and it
7    was definitely more than ten.
8    Q.    More than 20?
9    A.    I believe it was more than 20.
10   Q.    More than 50?
11   A.    I believe it was more than 50.
12   Q.    More than 100?
13   A.    I believe it was more than 100.
14   Q.    Okay.  I'm going to stop at that.
15   You wrote a lot of stories for them;
16   right?  All right.
17   A.    Yes, it was my activity.  It was
18   my passion.  It was -- I spent a lot of
19   time on the school newspaper in college.
20   Q.    Were they all published, these
21   stories?
22   A.    I can't recall.
23   Q.    Do you recall any that refused to

15  (Pages 57 to 60)

Marisa Carroll                                          2/1/2021

Page 61

1    be published?
2    A.    No.
3          MS. STROM:  Objection.
4          Go ahead, Marisa.
5    Q.    (By Mr. Cockrell) No?  Is that
6    what I heard?
7    A.    I don't recall any that were
8    refused to be published.
9    Q.    Okay.  Were any of them with
10   regard to sexual assault or rape, any of
11   these stories?
12   A.    I believe that some were.
13   Q.    So that would be the main topic of
14   those particular articles, sexual assault
15   or rape?
16   A.    I believe they were -- they would
17   have been similar to what I was describing
18   the articles for the Marie Claire
19   Magazine, so say an interview with someone
20   who was trying to change a policy or
21   someone who was, for instance -- a story
22   that would have been about it is, for
23   instance, a review of writing about a Lady

Page 62

1    Gaga song that was about sexual abuse, so
2    for instance, if there was something in
3    culture that came up that involved sexual
4    violence, we would have covered it on the
5    school newspaper because we cover, for
6    instance, Lady Gaga.
7    Q.    Do you recall covering any rape on
8    campus or sexual assault on campus stories
9    while you were at Fordham?
10   A.    I do.
11   Q.    Tell me about that, that story.
12   A.    I believe that we covered stories
13   that were about a rape on campus, for
14   instance, a student group would try to
15   change a policy regarding a rape on campus
16   or regarding how the administration had
17   responded to rape allegation because they
18   were covering issues that were going on on
19   campus, so whether it was about a pop star
20   who people were really invested in or
21   whether it was about a specific policy
22   that a student group was pushing for, that
23   would all be of interest to college

Page 63

1    students on campus so we would cover those
2    issues.
3    Q.    Okay.  Do you remember a
4    particular case, a particular rape or a
5    particular sexual assault case that you
6    covered on an individual student or
7    anything like that?
8    A.    No, I don't.
9    Q.    Would it mostly have been about
10   policy, changing the policy with regard to
11   sexual assault or rape?
12   A.    I wouldn't say about changing
13   policy, but I would say it was about
14   issues that were of the public interest to
15   students, so if a student group was trying
16   to change a policy, we would cover this
17   group is trying to change a policy would
18   be the headline and we would write a story
19   about that.
20   Q.    Okay.  Do you remember any
21   particular one where --
22   A.    I don't.
23   Q.    -- a student group was trying to

Page 64

1    change the policy regarding rape or sexual
2    assault?
3    A.    I do not.
4    Q.    Who was your immediate supervisor
5    at BuzzFeed when the article Rondini
6    article was published?
7    A.    Tina Susman.
8    Q.    And what was her title?
9          MS. STROM:  Objection, asked
10   and answered.
11         But you can answer again,
12   Marisa.
13   Q.    (By Mr. Cockrell) Pardon my
14   memory.  Appreciate it, go ahead.
15   A.    National editor or national desk
16   editor.
17   Q.    And do you know what her job
18   responsibilities were as national desk
19   editor?
20   A.    I know that one of her
21   responsibilities was being my boss.  I
22   think you would have to ask her about what
23   her actual responsibilities were.

16  (Pages 61 to 64)

Marisa Carroll                                                    2/1/2021

Page 65

1    Q.    You reported to her; is that
2    correct?
3    A.    That is correct.
4    Q.    Did you report to anybody else?
5    A.    She was my immediate supervisor so
6    I would report to her.  She was my
7    manager.
8    Q.    What was -- at the time the
9    article was published, the Rondini
10   article, what was the hierarchy from an
11   organizational standpoint at BuzzFeed?
12         MS. STROM:  Objection.  You
13   mean organizational for the whole company?
14         MR. COCKRELL:  Yeah.
15   A.    I believe at the time Jonah
16   Peretti was the CEO and founder, I believe
17   is his title at BuzzFeed.
18         Ben Smith was the head of the
19   newsroom as editor-in-chief of the
20   newsroom at BuzzFeed.
21         And then in my corner of things
22   Tina Susman was the national desk editor
23   and I reported to her, but there were many

Page 66

1    other people in the org chart at BuzzFeed
2    but those were the main -- if you look at
3    where I am on the tree.
4    Q.    I got you.  That's what I was
5    asking primarily.  What about for
6    reporters?  What's the hierarchy in
7    reporters like Katie Baker?
8    A.    To my recollection, Tina Susman
9    was Katie Baker's manager and supervisor
10   as well.
11   Q.    So Tina would supervise all
12   reporters or just Katie?
13   A.    Tina -- you would have to confirm
14   with Tina, but she would supervise the
15   reporters who she managed on our team, but
16   there were many, you know, maybe over 100
17   reporters in the news room.  She would
18   supervise specifically the people on our
19   team.
20   Q.    And the team, say what it was
21   called again, the team?
22   A.    The national desk.
23   Q.    Have you told me everybody that's

Page 67

1    on the national desk team?
2    A.    I told you everybody who I recall
3    being on the team at the time with the
4    note that I know the team was bigger than
5    I described, I just don't want to give the
6    wrong names to dates.
7    Q.    There would be a lot more people
8    than what we've talked about on the
9    national desk?
10   A.    I believe there would be maybe six
11   people.
12   Q.    Six people, okay.
13   A.    But I can't remember specifically.
14   Q.    Okay, that's fine.
15         Is Tina still with BuzzFeed, do
16   you know?
17   A.    No, she is not with BuzzFeed.
18   Q.    Where is Tina now, if you know?
19   A.    I believe Tina works at Time
20   Magazine.
21   Q.    Doesn't Katie Baker's husband have
22   something to do with Time Magazine?
23         MS. STROM:  Objection.

Page 68

1         But go ahead, Marisa.
2    A.    Katie Baker's --
3    Q.    (By Mr. Cockrell) Husband?
4    A.    Works at the New York Times
5    Newspaper.
6    Q.    Okay, I got it wrong.
7         Which is different than Time
8    Magazine; right?
9    A.    Correct.
10   Q.    Do you know what he does at the
11   New York Times?
12   A.    I do not.
13   Q.    Okay.  I think I know the answer
14   to this question already but I've got to
15   ask, you know.
16         Have you ever been fired from a
17   job or asked to resign?
18   A.    I have never been fired from a job
19   or asked to resign.
20   Q.    As I suspected.
21         Have you ever been accused of
22   getting something wrong by an employer?
23         MS. STROM:  Objection.

Marisa Carroll                                    2/1/2021

Page 69

1          You can answer, Marisa.
2     A.     Would it be possible for you to be
3  more specific?
4     Q.     (By Mr. Cockrell) I will try.
5  Have you ever been accused of getting
6  something wrong, let's say in editing a
7  story, by an employer?
8     A.     No.
9     Q.     How about reporting a story?
10          MS. STROM:  Objection.
11          What about how about
12  reporting a story?
13    Q.     (By Mr. Cockrell) Have you ever
14  been accused of getting something wrong in
15  a story by an employer?
16    A.     No.
17    Q.     You seem to hesitate a little bit.
18  Something you think maybe?
19          MS. STROM:  Objection.  I
20  don't believe she hesitated at all, but go
21  ahead, Marisa.
22    Q.     (By Mr. Cockrell) Could be the
23  computer.

Page 70

1     A.     I guess I don't understand what
2  you mean by accused by an employer.
3          Newspapers and magazines run
4  corrections on stories, if something is
5  provably incorrect, and that's why that
6  mechanism exists but --
7     Q.     Have you ever -- I'm sorry, I
8  didn't mean to interrupt you.
9     A.     That's why I'm confused.
10    Q.     Okay.  I guess that's probably a
11  good word then.  I'll use it.
12          Have any of your stories that
13  you've edited had to be corrected, run as
14  a correction?
15    A.     Very rarely stories I've worked on
16  have had corrections amended to them.
17    Q.     But there have been some?
18    A.     Yes, for instance, if you say
19  someone has blue eyes but their eyes are
20  green, the reason that we have corrections
21  is so we can change a story and then
22  reveal to the reader hey, we got it wrong,
23  we said his eyes were blue when they were

Page 71

1  green, so it's for transparency and we
2  carefully review those to decide because
3  we want to convey the right information in
4  print.
5     Q.     So when something is -- a
6  correction is run is that re-published?
7          MS. STROM:  Objection, as to
8  re-published.
9     Q.     (By Mr. Cockrell) To the public?
10    A.     Correct.  What I'm describing is
11  that if someone identifies something
12  incorrect in a story, we update that story
13  so that it's clear to the public not only
14  that the correct information is out there,
15  but also so that the public knows hey, we
16  got it wrong.
17          And it will say at the bottom of
18  the story that's why we, you know, we said
19  his eyes were blue, his eyes were green,
20  the story now says his eyes are green.
21    Q.     Do you know of any articles that
22  Katie Baker has written that had to be
23  corrected and a correction run?

Page 72

1     A.     No, I do not.
2     Q.     Who decides that?
3     A.     The editor is the -- decides, and
4  if there's a fact checker, they'll discuss
5  with the fact checker and they'll discuss
6  with the reporter, but ultimately it's up
7  to the editor and most importantly to the
8  editor who's the supervisor so say the
9  desk editor.
10    Q.     In the Rondini article who would
11  have made that decision if it had been
12  made to correct it?
13    A.     The people I just described.  So
14  editor talking to fact checker and
15  reporter.
16    Q.     Would that -- you were a deputy
17  editor at the time.  Would that have been
18  you that would have made the decision?
19    A.     Sorry.
20    Q.     That would have made the decision.
21    A.     I was one of two editors, yes.  It
22  would be me and Tina.
23    Q.     Okay.  Would Ben Smith have to do

Marisa Carroll                                          2/1/2021

Page 73

1   that as national editor?
2   A.    I don't know.  You would have to
3   ask Ben Smith how often he weighs in on
4   questions like that.
5   Q.    Would there have been anybody
6   between you and Tina and Ben Smith that
7   would have made that decision?
8   A.    I believe it would have been me
9   and Tina, Tina being the boss, and I don't
10  know what her conversations were like with
11  Ben Smith.
12  Q.    Okay.  Did y'all have meetings
13  ever to discuss articles?
14  A.    We had meetings to discuss
15  articles all the time.
16  Q.    Did you have meetings to discuss
17  the Rondini article prior to it being
18  published?
19        MS. STROM:  Bob, if you're
20  going to start getting into the Rondini
21  article, if it's a new set of questions, I
22  would love to take a break, but if you're
23  wrapping up --

Page 74

1         MR. COCKRELL:  Yeah, I don't
2   remember how long we've going, but yeah,
3   it's fine to take a break.
4         MS. STROM:  About an hour
5   and fifteen.
6         MR. COCKRELL:  Yeah, let's
7   give her a break.
8         VIDEOGRAPHER:  We're off the
9   record at 10:11 a.m.
10        (Recess was taken.)
11        VIDEOGRAPHER:  We're back on
12  the record at 10:23 a.m.
13  Q.    (By Mr. Cockrell) I tell you what,
14  I'll get to BuzzFeed in just a minute.
15        I'm going to ask you some kind of
16  basic questions.  I think I know the
17  answer to this, too, but I'm going to ask
18  anyway.  Have you ever served in the
19  military?
20  A.    No, I have not.
21  Q.    And have you ever been arrested or
22  charged with a crime?
23  A.    No, I have not.

Page 75

1   Q.    Have you or any company or
2   business entity ever been sued for
3   something that you were alleged to have
4   done or not done?
5   A.    No, I have not.
6   Q.    Have you ever had to file a civil
7   lawsuit?
8   A.    No, I have not.
9   Q.    Have you ever lived in the state
10  of Alabama?
11  A.    No, I've never had the pleasure.
12  Q.    What about any of your family?
13  A.    Yes, my dad lived in Boaz, Alabama
14  as a kid.
15  Q.    They used to have the best outlets
16  up there, Boaz.  How long has he been gone
17  from Boaz?
18  A.    A long time.
19  Q.    Do you have any other relatives in
20  the state of Alabama?
21  A.    I don't believe so.
22  Q.    Do you have any close personal
23  friends in the state of Alabama?

Page 76

1   A.    I don't think so.
2   Q.    Does your husband have any
3   relatives in the state of Alabama?
4         MS. STROM:  I think this is
5   verging on completely irrelevant.
6         MR. COCKRELL:  Well, it's
7   jury information.  That's what I'm trying
8   to get to.  That's why I'm moving so fast.
9         MS. STROM:  Jury
10  information?
11        MR. COCKRELL:  Potential
12  relatives that might show up on a jury.
13        MS. STROM:  Okay.  We can do
14  this one and let's go to a different
15  topic.  I don't think we need to use jury
16  information here --
17        MR. COCKRELL:  No, that's
18  pretty standard, any deposition you take
19  where you ask jury information, because
20  you've got a right to know that, as far as
21  who somebody's related to or kin to --
22        MS. STROM:  We can do
23  Voir-Dire if we get to Voir-Dire --

19  (Pages 73 to 76)

Marisa Carroll                                              2/1/2021

Page 77

1          MR. COCKRELL:  We're not
2    going to do that, but just asking really
3    family names is all I'm asking.
4    Q.     You can answer the question.  Does
5    your husband have any relatives in
6    Alabama, that live in the state of
7    Alabama?
8    A.     Not to my knowledge.
9    Q.     Does BuzzFeed to your knowledge
10   employ anybody that lives in the state of
11   Alabama?
12   A.     I don't know.
13   Q.     Did you know anybody that worked
14   for BuzzFeed that was from the state of
15   Alabama?
16   A.     I don't recall.
17   Q.     And I know you've never worked as
18   a law enforcement officer, but have you
19   had any training in law enforcement?
20   A.     No.
21   Q.     Have you ever attended a law
22   school or a paralegal school or worked in
23   a law office?

Page 78

1    A.     No, I have not.
2    Q.     Have you ever used the Code of
3    Alabama to look up a rape law or sexual
4    assault law to determine elements required
5    to make an arrest for rape or sexual
6    assault?
7    A.     At the time of reviewing this
8    article, I reviewed information about the
9    Alabama rape law as is described in the
10   piece.
11   Q.     And what information was that you
12   reviewed?
13   A.     Information about earnest
14   resistance and what the law was at the
15   time.
16   Q.     And where did you get this
17   information?
18   A.     I can't recall.
19   Q.     Did you have to look it up or did
20   somebody provide it to you?
21   A.     I can't recall.
22   Q.     I'm not asking what was said, but
23   did you ever consult with a licensed

Page 79

1    attorney about the law in the state of
2    Alabama?
3    A.     You cut out for a second.  Can you
4    repeat that question please?
5    Q.     (By Mr. Cockrell) Sure.  I'm not
6    asking what was said between you, but did
7    you ever consult with an attorney about
8    the Alabama law and the elements required
9    to make an arrest for rape or sexual
10   assault?
11          MS. STROM:  Objection.  That
12   would call for attorney-client information
13   since you're asking the content of their
14   conversation.
15          MR. COCKRELL:  I'm not
16   asking the content.  I'm just asking did
17   you ever ask that of an attorney.  I'm not
18   asking what the attorney told you.
19          MS. STROM:  Well, the
20   questions that are asked to an attorney
21   are privileged.
22          MR. COCKRELL:  I'll tell you
23   what let's do, let's certify that question

Page 80

1    and we'll move on and we'll decide whether
2    to take it up or not, but you don't
3    remember where you got your information
4    with regard to earnest resistance in
5    Alabama law?
6          MS. STROM:  Objection to the
7    extent you can answer without divulging
8    attorney-client communications, you can
9    respond to that question.
10   A.     I'm sorry, I just got a little
11   twisted up.  Can you repeat the question?
12          MR. COCKRELL:  Nancy, can
13   you read that back to her because I'll
14   probably screw it up myself?
15          (Whereupon, requested portion was
16          read back by court reporter.)
17   A.     I remember having conversations
18   with the team working on the story at
19   BuzzFeed about earnest resistance.
20   Q.     And who did you have those
21   discussions with?
22   A.     That would have been with Tina
23   Susman, the editor.  That would have been

Marisa Carroll                                                    2/1/2021

Page 81

1    with Katie Baker the reporter.  That would
2    have been with Sharmila, the fact checker,
3    and that would have been with our in-house
4    counsel.
5    Q.      Who is in-house counsel at that
6    time?
7             MS. STROM:  Objection.
8    Asked and answered.
9    Q.      (By Mr. Cockrell) Yeah, I think
10   you did, but -- you know what, I think you
11   did answer that already, but you can tell
12   me anyway.
13   A.      I can add actually it was, there
14   were two in-house lawyers and I only
15   mentioned the first one before, so this
16   would have been Matthew Schafer,
17   S-c-h-a-f-e-r, in addition to Nabiha Syed.
18   Q.      Do you know if they were licensed
19   to practice law in the state of Alabama?
20   A.      I couldn't say.
21   Q.      Did you ever actually look at the
22   law in the Code of Alabama yourself to
23   determine what it says about earnest

Page 82

1    resistance in a rape case or any of the
2    elements that it would take to arrest
3    somebody for rape or sexual assault?
4    A.      I recall that I did.
5    Q.      Do you recall how you did it?
6    Online or how you did it?
7    A.      Online.  I would have reviewed it
8    on my company-issued laptop.
9    Q.      And why did you look at that law
10   online?
11   A.      Because I try to understand and my
12   job is to work with reporters on their
13   stories and as this case -- I mean as this
14   story that we're talking about, the Megan
15   Rondini story, as it referenced earnest
16   resistance it was relevant for me to
17   understand.
18   Q.      When you apply the law to the
19   facts as conveyed by Megan Rondini, did
20   you have any problem with the part that
21   Alabama law required earnest resistance?
22             MS. STROM: Objection. (A)
23   I don't know how Megan Rondini could have

Page 83

1    conveyed anything to her as she was
2    deceased, and (B) I don't understand what
3    you mean by problem.
4    Q.      (By Mr. Cockrell) Well, I'll
5    clarify.  Did you see a videotape of Megan
6    Rondini's statement to the Homicide Unit
7    in Tuscaloosa County?
8    A.      I watched video of Megan Rondini
9    being interviewed.
10   Q.      Did you see the entire video?
11   A.      To the best of my recollection.
12   Q.      And where did you view this video
13   at?
14   A.      Again, on my BuzzFeed-issued
15   computer.
16   Q.      The article showed just clips of
17   that interview.  Did you see more than was
18   just in the clips on the articles?
19   A.      Yes, I did.
20   Q.      And who showed those to you?
21   A.      I believe that I reviewed them
22   myself.
23   Q.      And were they -- and where did you

Page 84

1    get them?
2    A.      I can't recall.
3    Q.      After having reviewed that
4    videotape of the statement of Megan
5    Rondini, did -- how did you feel about
6    whether or not the element of earnest
7    resistance had been met?
8             MS. STROM:  Objection.
9             You can answer, Marisa, if
10   you can.
11   A.      I'm not a police officer in the
12   state of Alabama so I couldn't have known,
13   and I also more importantly wasn't in the
14   room when whatever did or did not happen
15   between those two folks happened, so since
16   I wasn't there I couldn't know about
17   whether earnest resistance was met.
18   Q.      (By Mr. Cockrell) Do Alabama
19   police officers, investigators like Josh
20   Hastings and Adam Jones, write the law in
21   the state of Alabama and create the law?
22             MS. STROM: Objection.
23             You can answer.

Marisa Carroll                                                2/1/2021

Page 85

1    A.    Not to my understanding.
2    Q.    (By Mr. Cockrell) I'm sorry, I
3    couldn't hear your answer.
4    A.    Not to my understanding, no.
5    Q.    Did you ever express concern to
6    Katie Baker about whether the Rondini case
7    wouldn't meet the elements of earnest
8    resistance under Alabama rape or sexual
9    assault law?
10   A.    I believe the story describes that
11   it did not.
12   Q.    And did you know that prior to the
13   story being published?
14   A.    I understood as we published it in
15   the story that it was said that she,
16   quote, didn't resist or kick him, and
17   therefore, it was interpreted that it
18   didn't meet the standard by the officer.
19   Q.    Did Katie Baker know that it
20   didn't meet the elements of the crime when
21   she published the story?
22   A.    Katie -- I can't speak to what
23   Katie knew, but I can say in the story it

Page 86

1    says what it says in the story, so my
2    personal understanding was what it says
3    are the facts as they're laid out in the
4    story.  You would have to ask Katie what
5    she thought at the time.
6    Q.    Can a police officer change facts
7    to meet a crime --
8          MS. STROM:  Objection.
9    Q.    (By Mr. Cockrell) -- to meet the
10   elements of a crime for rape or sexual
11   assault?
12         MS. STROM:  Objection.
13   A.    I don't know if I understand.
14         MR. COCKRELL:  Can you read
15   the question back?
16         (Whereupon, requested portion was
17   read back by court reporter.)
18   A.    I'm not a police officer.  I've
19   never been to officer school, and I just
20   -- I don't really understand the question,
21   but I can say that I've never been trained
22   as a police officer.
23   Q.    Taking one of those little breaks

Page 87

1    so I can shorten this deposition as much
2    as possible.  Hold on one second.
3          When you were at BuzzFeed, did
4    they ever provide you with written
5    journalism ethics policy of any kind?
6          MS. STROM:  Objection, I
7    believe this has been asked and answered.
8    Q.    (By Mr. Cockrell) Not quite the
9    same way.
10         Go ahead.
11   A.    As we discussed before, to my
12   recollection there was a standard --
13   ethics standards and practices that are
14   publicly available online and distributed
15   to employees like me.
16   Q.    Is that pretty common, having
17   worked in journalism for a while now, at
18   every place you worked?
19   A.    I haven't done enough of an audit
20   I think of what various newsrooms do.  I
21   do know that many newsrooms do have those
22   policies.
23   Q.    Like AP, Associated Press, would

Page 88

1    they have it?
2    A.    Having never worked there, I don't
3    know.
4    Q.    Okay.  But the places you have
5    worked did they have it?  Did they have
6    journalism ethics written manual?
7    A.    To my recollection, at places
8    where I've worked have had some sort of
9    written guidelines or policies to work --
10   to reference.
11   Q.    Okay.  When was the first time you
12   met Katie Baker?
13   A.    I don't remember.
14   Q.    Can you give me a year?
15   A.    I would wager it was in 2015 when
16   I started working at BuzzFeed, but I don't
17   remember specifically when I would have
18   met her.
19   Q.    Okay, that's fine.
20         And did you meet her before then,
21   before you went to work at BuzzFeed?
22   A.    I don't remember meeting her
23   before BuzzFeed.

22  (Pages 85 to 88)

Marisa Carroll                                              2/1/2021

Page 89

1    Q.    How did it come about that you met
2  Katie Baker at BuzzFeed?
3    A.    I was -- I was a co-worker, so I
4  would have met her in the context of
5  working in the same New York office, and I
6  also had been a long admirer of her work
7  and of her steadfast reporting, so I would
8  have introduced myself in the course of
9  being co-workers and also to say I love
10 your work.
11        MR. COCKRELL:  Did you get
12 all of that?
13        COURT REPORTER:  Steadfast
14 reporting and admirer of her work.
15        MR. COCKRELL:  Okay, thanks.
16        My computer got a little
17 jumbled there.  I hate doing these things
18 this way, it's hard.
19   Q.    How many times have you worked
20 with Katie Baker on a story?
21   A.    I can't recall the exact number.
22   Q.    More than ten?
23   A.    More than ten.

Page 90

1    Q.    More than 20?
2    A.    More than 20.
3    Q.    More than 50?
4    A.    I don't remember.  I can
5  confidently say 20.  Beyond that, hard to
6  say.
7    Q.    How many of those 20 stories that
8  you worked with her dealt with sexual
9  assault or rape?
10   A.    A number of them.
11   Q.    Got a number for me?
12   A.    Unfortunately, I don't recall an
13 exact number.
14   Q.    More than ten?
15   A.    I would say a significant portion
16 would have been about sexual assault
17 and/or rape and/or gender violence or
18 abuse.
19   Q.    And when you say a significant
20 portion, is that of the 20?
21   A.    Sure, yeah.
22   Q.    Have you ever worked with her on
23 any other type article that didn't involve

Page 91

1  sexual assault, rape, or gender -- did you
2  say gender bias?
3    A.    Gender violence.
4    Q.    Violence.
5    A.    I would say, yes, I have.
6    Q.    What type article was that?
7    A.    I worked with her on articles on a
8  number of different topics but her --
9  yeah, a number of different topics.
10   Q.    What would be her specialty?  What
11 is she known for as a reporter?
12   A.    She's known for being -- her
13 specialty was doing, you know, she had a
14 sterling reputation for doing jogged
15 investigative and deep reporting.
16   Q.    And would you say 80 percent of it
17 involves rape or sexual assault or
18 whatever figure you say?
19   A.    I couldn't put a -- I couldn't put
20 a percentage of it, but certainly of those
21 stories -- a certain number of those
22 stories did deal with that topic.
23   Q.    Would that have been what she was

Page 92

1  best known for in BuzzFeed?
2    A.    I couldn't -- I think you have to
3  ask other people.  In my experience, that
4  was one of a topic that she was -- that
5  she worked on.
6    Q.    More times than not she would have
7  been working on some type of sexual
8  assault or rape or gender abuse of some
9  kind; is that what you're telling me?
10   A.    I don't think I could say more
11 times than not.  I can say that she did
12 work on a number of those stories.
13   Q.    How would you characterize your
14 relationship with Katie Baker?
15   A.    One of great respect.
16   Q.    Is she a personal friend?
17   A.    Yeah, I would say that we've
18 stayed in touch in the years since we've
19 worked together.
20   Q.    Do you socialize together?
21   A.    I believe around the time that I
22 was no longer at BuzzFeed she moved to
23 another country so -- so, no.

23  (Pages 89 to 92)

Marisa Carroll                                              2/1/2021

Page 93

```
1    Q.    Did you socialize when you worked
2    together at BuzzFeed?
3    A.    Can you say more what you mean by
4    socialize please?
5    Q.    Have drinks together, have dinner
6    together, go to each other's houses or
7    apartments.
8    A.    I've never been to her house and
9    she's never been to my house.  I can say
10   with certainty that we have been at a
11   birthday party of a mutual friend.
12   Q.    You never met together after work
13   to have a drink or anything like that?
14   A.    Oh, we have and with other
15   co-workers --
16   Q.    And how long -- I'm sorry, I cut
17   you off again.  I'm sorry.
18   A.    Oh, I just said as colleagues,
19   yes, I have had drinks with co -- with
20   colleagues after work and she's one of
21   those colleagues.
22   Q.    Would that be pretty much a daily
23   basis during your time at BuzzFeed?
```

Page 94

```
1    A.    No.
2    Q.    Weekly?
3    A.    Occasionally.  I can't give you an
4    exact number.  I would say occasionally.
5    Q.    Okay.
6    A.    And that's referring to not with
7    Katie after work, that's saying going --
8    like going out for a drink after work with
9    colleagues.
10   Q.    That's fine.  How would you
11   classify the type of reporting that
12   BuzzFeed does from a journalistic
13   perspective?
14         And I'm talking about the time
15   prior to the date of publication of the
16   Rondini article.
17   A.    I would say BuzzFeed at the time
18   of the Rondini article was doing all sorts
19   of reporting in the matter of public
20   interest on any number of topics.
21   Q.    Broad subjects?
22   A.    I'm sorry, can you repeat that?
23   Q.    Would you characterize it as very
```

Page 95

```
1    broad subjects, the articles?
2    A.    Yeah, on many different topics.
3    Q.    Can you give me an example of the
4    topics or the list of topics that BuzzFeed
5    would have reported on prior to the
6    publication of the Rondini article?
7    A.    Sure.  I know there were
8    departments that dealt with science or
9    with politics or with entertainment
10   industry.
11        So just a well really wide -- like
12   most newsrooms, it covered a really wide
13   swath of topics that were of interest and
14   relevance to the public.
15   Q.    Did you have a department that
16   dealt primarily with sexual assault or
17   rape cases?
18   A.    No.  A department that was called
19   -- that said --
20   Q.    Or was assigned --
21   A.    -- in the title --
22   Q.    -- or was assigned sexual assault
23   and rape cases?
```

Page 96

```
1    A.    No, that was -- those types of
2    stories were dealt with by many different
3    departments.
4    Q.    Do you know how many sexual
5    assault, rape cases -- rape cases were
6    reported on by Katie Baker as primary
7    reporter --
8    A.    I don't.
9    Q.    -- during your tenure --
10   A.    I don't have that number.
11   Q.    Do you know there were others that
12   she reported on, sexual assault or rape
13   cases?
14   A.    Yes.
15   Q.    Did you work on those cases?
16   A.    It wouldn't be cases.  It would be
17   stories, but I worked with her on other
18   stories that dealt with sexual harassment
19   or sexual abuse in various ways.
20   Q.    Did you ever work with her on
21   another alleged rape or sexual assault
22   story?
23   A.    Yes.
```

24  (Pages 93 to 96)

Marisa Carroll                                                2/1/2021

Page 97

1    Q.    And what story was that?
2    A.    I can't remember another specific
3    story, but I can tell you that I know I
4    worked on her with other stories dealing
5    in this topic area.
6    Q.    Do you recall where any of those
7    sexual assault and rape stories
8    originated, where they came from?
9    A.    What do you mean where they came
10   from?
11   Q.    Where it allegedly occurred.
12   A.    I mean, all over the -- all over
13   the country.  BuzzFeed is a national
14   publication and we were on the national
15   desk, so the stories came from all over.
16   Q.    Do you remember any in particular
17   that you worked on with Katie Baker?
18   A.    Not in this moment.
19   Q.    Do you recall if there were any
20   other lawsuits that stem from the stories
21   of sexual assault or rape where Katie
22   Baker was the author of the article?
23   A.    I don't know the answer to that

Page 98

1    question.
2    Q.    Did you ever have to give
3    testimony or provide information of any
4    kind in any lawsuit involving a story that
5    Katie Baker authored other than obviously
6    this one?
7    A.    This would be my first time as far
8    as I remember.
9    Q.    And I think you anticipated this,
10   but you've never authored a story for
11   BuzzFeed yourself; is that correct?
12   A.    I did.  I authored a few stories
13   for BuzzFeed.
14   Q.    Okay.  What type stories did you
15   author?
16   A.    A mix of reported stories and
17   personal essays and collections of other
18   -- recommendation list of other stories.
19   Q.    Did any of them involve
20   allegations of sexual assault or rape?
21   A.    That I bylined, yes.
22   Q.    For your byline?
23   A.    Sorry, I mean where my name was on

Page 99

1    the byline, yes.
2    Q.    Okay.  And what stories were
3    those?
4    A.    I can remember -- the story that I
5    remember bylining was about allegations of
6    sexual abuse against R Kelly, who is a
7    musician.
8    Q.    Okay.  Was there a lawsuit
9    involved in that case, a civil suit?
10   A.    No.
11   Q.    Did anybody go to jail on that
12   particular case that you reported on?
13   A.    What do you mean?
14   Q.    Or found guilty in a criminal
15   case?  Was there a criminal case involved
16   in R Kelly?
17   A.    I believe he's currently on
18   criminal trial.
19   Q.    Just haven't completed yet; is
20   that correct?
21   A.    To the best of my knowledge.
22   Q.    Do you know where that case is
23   being tried at or is pending, what state?

Page 100

1    A.    I believe it might involve
2    multiple states, but I don't want to get
3    it wrong.
4    Q.    Do you know where he's in prison
5    at, if he is in prison?
6    A.    I believe he's in jail in Chicago,
7    Illinois.
8    Q.    Is he a serial type rapist or
9    something?
10   A.    I don't know.  I'm not --
11   Q.    Allegedly?
12   A.    -- it's an ongoing case.
13   Q.    Was it just one case of rape or
14   multiple?
15   A.    I believe that the case involves
16   multiple women accusing him of crimes, but
17   I could not tell you the latest on that
18   criminal case.
19   Q.    I got you, it's no big deal.  I'm
20   just trying get some background on this
21   stuff.
22         You won't be a witness in that
23   case I don't think, would you?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                                    2/1/2021

Page 101

1  A.    Nobody's told me, not as I
2  understand.
3  Q.    Okay.  Usually you don't call
4  reporters, so I suspect you'll be okay on
5  that unless you turned him in and exposed
6  him, you know, and told them that he was
7  the one that did it.  But I figure you
8  won't hear from anybody on that case.
9         Okay.  Were there any others?
10  A.    I edited many stories that
11  involved these types of issues, but I
12  can't recall another one where I was named
13  as a reporter on it, so I won't name
14  anymore.
15  Q.    I got you.  How many sexual
16  assault stories or rape stories have you
17  edited on Katie Baker's reporting?
18  A.    I think this goes back the numbers
19  questions from before.  I couldn't give
20  you a number.
21         I know it was like a number of
22  stories, over I believe it was two years
23  we worked together.

Page 102

1  Q.    Okay.  And excuse my ignorance,
2  when you say bylining, what is the
3  definition of bylining?
4  A.    Sorry.  A byline is someone's name
5  printed at the top of an article or
6  sometimes the bottom of an article, but
7  meaning your name is on the story as
8  writer, yeah.
9  Q.    Were you bylined with Katie Baker
10  on any stories?
11  A.    Not that I recall.  I believe I
12  only worked with her as an editor.
13  Q.    Okay.  Did she work on the R Kelly
14  story, Katie Baker?
15  A.    No.
16  Q.    I'm thinking there was one, a
17  sexual assault type article written about
18  a case in Miami.  Are you familiar with
19  that or worked on that?
20  A.    I can't remember.
21  Q.    Have you ever co-authored an
22  article with Katie Baker?
23  A.    Not to my recollection.

Page 103

1  Q.    When is the first time you
2  discovered that Katie Baker was even
3  considering writing an article about the
4  Rondini case?
5  A.    I believe that she emailed me in
6  late 2016.
7  Q.    And what did say?
8  A.    I believe she would have told us
9  that she received a tip about a story.
10  Q.    Do you know where she got that tip
11  about a story?
12  A.    I don't remember.
13  Q.    Have you ever had a conversation
14  with a Leroy Maxwell, an attorney in
15  Birmingham, Alabama?
16  A.    I have not.
17  Q.    Do you know if anybody at BuzzFeed
18  has had a conversation with Leroy Maxwell
19  about the Rondini case?
20  A.    I couldn't say.
21  Q.    You as an editor, sometimes
22  reporter, have you ever referred a case, a
23  story that you were writing to an attorney

Page 104

1  for a civil suit?
2  A.    I don't understand the question.
3  Refer it like -- sorry, could you rephrase
4  it?
5  Q.    As either an author of a story or
6  editor of a story, have you personally
7  ever referred the subject of the story on
8  a sexual assault case or rape case to a
9  civil attorney to have him review as
10  filing a possible civil lawsuit against
11  somebody?
12  A.    Not that I recall personally, no.
13  Q.    Do you know if Katie Baker has?
14  A.    I don't know.
15  Q.    At the time the Rondini story was
16  published, immediately prior thereto, can
17  you tell me the process from the beginning
18  of an article being written all the way
19  through the date it is published so I can
20  understand it?  You can just tell me about
21  the Rondini case, how it progressed from
22  the idea --
23         MS. STROM:  Objection,

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                              2/1/2021

Page 105

```
 1    sorry.  When you're done, I would like the
 2    question repeated.
 3          MR. COCKRELL:  I'm hearing
 4    some type of background noise.
 5          MS. STROM:  Probably my
 6    heat.
 7          COURT REPORTER:  Do you want
 8    me to repeat it?
 9          MR. COCKRELL:  Yeah, Nancy,
10    please repeat it.  I've forgotten the
11    question now.
12          (Whereupon, requested portion was
13          read back by court reporter.)
14          MS. STROM:  And I did want
15    to object.  That seems very vague to me,
16    and I think there's some issues about you
17    calling it the Rondini case and the
18    Rondini article.
19          MR. COCKRELL:  Yeah, I did
20    kind of split it up kind of bad there.
21    I'm sorry.
22          I'll rephrase it.
23    Q.    I tell you to start with just tell
```

Page 106

```
 1    me at the time that the Rondini case was
 2    published, immediately prior thereto,
 3    explain to me how an article comes from a
 4    tip and how it progresses all the way to
 5    publication, the steps?
 6          MS. STROM:  Objection.  Do
 7    you mean for this article?
 8    Q.    (By Mr. Cockrell) I was just
 9    asking in general since, you know, you
10    objected to start with and then I was
11    going to ask it how the Rondini case
12    progressed.
13          MS. STROM:  Okay, great.
14    Great.
15    Q.    (By Mr. Cockrell) Okay.  That will
16    be my next question.
17    A.    So to clarify, you're asking about
18    the steps in the Rondini story?
19    Q.    First, I would just ask in general
20    how it works, and then I was going to ask
21    a second question about the Rondini, you
22    know, how it progressed.
23          So if you could just tell me first
```

Page 107

```
 1    question is how at the time of the
 2    Rondini, immediately prior to it being
 3    published, how the standard operating
 4    procedure was, maybe that's the best way
 5    to say it, for a BuzzFeed story from the
 6    tip that a reporter received all the way
 7    through approval of publication and
 8    publication.
 9    A.    It depended on the specific story,
10    but generally the order is a reporter gets
11    a tip for a story.
12          A reporter talks it through with
13    their editor to determine if it's worth
14    them spending time looking into it and
15    deciding -- and reporting on it.
16          And then from there the story is
17    drafted, the story may bring on -- the
18    story -- the editors work on the text of
19    the story and work with the writer.
20          And then a fact checker may be
21    brought on and the story may go through
22    legal review, and then it is published but
23    it really depends on the story itself.
```

Page 108

```
 1    Q.    All right.  And how did the
 2    Rondini case progress from the tip that
 3    the reporter received all the way through
 4    publication?
 5          MS. STROM:  Objection.
 6    Pretty broad, but, Marisa, you can answer
 7    if you can.
 8    Q.    (By Mr. Cockrell) Based on your
 9    personal knowledge.
10    A.    For the record, I do want to say
11    that when -- they're all just terms of
12    art, but this wasn't the Rondini case,
13    this was the Rondini story.
14          I am the editor on the story that
15    ran at BuzzFeed and that's my involvement.
16    Q.    (By Mr. Cockrell) When I say case
17    -- and I apologize, you're right, okay.
18          But when I say case I mean Rondini
19    story, so any time you've heard me say
20    Rondini case, I'm talking about the
21    Rondini story, okay?
22    A.    Got it.
23    Q.    And I apologize for that.
```

27 (Pages 105 to 108)

Marisa Carroll                                                    2/1/2021

Page 109

1    A.    Sure.  So in the Rondini story
2    there was -- Katie brought the idea of
3    looking into the story to her editors.
4    I'm one of those editors.
5         And then Katie would have after
6    having, you know, conversations with her
7    editors about the potential for the story
8    and what a potential reporting process
9    might look like, she would have gone and
10   done reporting trips and phone calls and
11   done a ton of work to report out the story
12   and sort of take what started as just a
13   tip to get it to what the truth is, so,
14   you know, the tip is just a little germ of
15   a tip from someone.
16        And then the reporting process is
17   all about excavating what is the actual
18   facts there, and then Katie would have
19   written a draft and we went back and forth
20   with her revising the draft so that they
21   reflected the facts in a way for -- so
22   that they communicated the facts to the
23   reader.

Page 110

1         And then that story was fact
2    checked again to again have a, you know,
3    another opportunity to make sure the facts
4    are right and that we're being accurate
5    and fair in our reporting to the reader
6    and then that story would have been
7    published over -- and this process was
8    over a number of months.
9    Q.    When you say legally reviewed,
10   would that have been you mean by a lawyer
11   to have reviewed the story?
12   A.    Yes.
13   Q.    Would that be an in-house lawyer
14   or outside lawyer?
15   A.    To my recollection, it would be
16   our in-house counsel.
17   Q.    The two that you mentioned to me
18   earlier?
19   A.    Yes.
20   Q.    And what are they reviewing it
21   for?
22        MS. STROM:  Objection.
23   Calls for attorney-client communication.

Page 111

1         MR. COCKRELL:  That was a
2    bad question, and I withdraw that one.
3    You're right on that one so I take that
4    one back, okay.
5    Q.    All right.  Does anybody from
6    outside of BuzzFeed review an article
7    before it's published?
8         MS. STROM:  Objection.  What
9    do you mean by outside of BuzzFeed?
10   Q.    (By Mr. Cockrell) Not employed by
11   BuzzFeed, maybe contracted with, but not
12   employed by BuzzFeed.
13   A.    Oh, I don't, I don't know.
14   Q.    Do you know if anybody outside of
15   the hierarchy of BuzzFeed reviewed the
16   Rondini case before it was published?
17        MS. STROM:  By Rondini case
18   do you mean Rondini story?
19        MR. COCKRELL:  Rondini
20   story, yeah.  Any time I say case, I'm a
21   lawyer and I keep saying case, but I mean
22   story.
23        MS. STROM:  And I'm a

Page 112

1    lawyer, so any time you say case, I'm
2    going to have remind you story.
3         MR. COCKRELL:  Keep catching
4    me at it, so I appreciate it.
5    A.    Specifically in the Rondini story
6    was there an outside contractor who was
7    brought in to work on it or in general do
8    -- I just can't speak for every story.
9         To my recollection, the folks who
10   I worked on the Rondini story that we
11   published were staff at BuzzFeed.
12   Q.    So nobody from the outside not
13   employed by BuzzFeed --
14   A.    Can you clarify what you mean?  Do
15   you mean would they have read this -- like
16   read a draft of the story?
17   Q.    That's correct.
18   A.    To the best of my knowledge I was
19   working with staff on this story.
20   Q.    It was never sent out for outside
21   viewing to see if it was either accurate
22   or anything about the story that might
23   need to be corrected?

                           28  (Pages 109 to 112)

Marisa Carroll                                                    2/1/2021

Page 113

1          MS. STROM:  Objection.  I
2    believe it's been asked and answered, but
3    you can answer, Marisa.
4    A.     I recall -- I don't recall sending
5    the story to any, you know, outside group
6    to review.  Instead we worked with, you
7    know, a number of people internally.
8    Q.     (By Mr. Cockrell) Does BuzzFeed
9    ever do that, send a story outside the
10   hierarchy of employees of BuzzFeed for
11   someone to review an article?
12   A.     I can't speak to everything
13   BuzzFeed has ever done.  I know normally
14   the reason that you aren't, for instance,
15   sending out a story to be reviewed in
16   advance is because you just don't do that.
17          That's not how you normally do it
18   in journalism.  Yeah, that's my answer,
19   not as I understand it.
20          However, I was never the
21   editor-in-chief for BuzzFeed.  I only did
22   the jobs I did at BuzzFeed.
23   Q.     You don't personally know that it

Page 114

1    was sent outside of BuzzFeed, the Rondini
2    story, for somebody to review that was not
3    employed at BuzzFeed?  You don't
4    personally know; is that what you're
5    telling me?
6    A.     I don't know or recall if it was
7    sent to someone else.
8    Q.     That's all I was asking.  All
9    right.
10          Tell me everything that you
11   personally did from the beginning on
12   advancing the Rondini story to
13   publication.
14          MS. STROM:  Objection.  A
15   bit broad.
16          But, Marisa, you can answer
17   if you can.
18   A.     I worked with Katie and the rest
19   of our team on talking through the story
20   in her reporting and also on the line
21   editing of itself of the story.
22   Q.     (By Mr. Cockrell) Was this done in
23   person or by email or how was this

Page 115

1    accomplished?
2    A.     I recall that we had meetings in
3    person.  We also discussed over email and
4    we also then went onto review over Google
5    documents.
6    Q.     Were these in-person meetings was
7    there any kind of record or recording made
8    of these in-person meetings?
9    A.     I don't recall us recording our
10   meetings, no.
11   Q.     Did anybody keep a history of
12   those meetings?  I'm talking about the
13   ones in person.
14   A.     I don't recall.
15   Q.     Is that common that a history will
16   be made of these type meetings between
17   editors and reporters?
18   A.     No.  You're saying is it common to
19   keep notes or an agenda from that meeting?
20   Q.     Correct.
21   A.     No, not in my experience.
22   Q.     Okay.  All right.
23          I know that you said that you

Page 116

1    reviewed the statements of Megan Rondini
2    that were videotaped at the Homicide Unit.
3    What else have you reviewed prior to the
4    story being published?
5          MS. STROM:  Objection.
6          To the extent you mean what
7    else did you do before the story, you can
8    answer.
9    Q.     (By Mr. Cockrell) For the story,
10   for the story.
11   A.     I reviewed the felony packet, and
12   I don't want to speak of anything else I
13   reviewed.
14          So I know that I reviewed
15   additional documents.  I reviewed -- I
16   reviewed -- yeah, that's my -- I reviewed
17   interview transcripts.
18          I reviewed the felony packet, and
19   if you have more specific questions about
20   things I reviewed or didn't, I might
21   better be able to answer.
22   Q.     I'm going to try to help you
23   there.  Did you review the videotape from

Marisa Carroll                                               2/1/2021

Page 117

```
1    Innisfree bar where Megan had gone that
2    night?
3    A.    I don't recall whether I did or
4    not.
5    Q.    Would it be -- as an editor is it
6    normal procedure to review all videotape
7    that potentially could be included or to
8    review it all before excerpts are made to
9    be published in an article or a story?
10   A.    There isn't a standard operating
11   procedure.
12   Q.    I'm sorry, I lost that last part.
13   A.    I don't know of a standard
14   operating procedure.
15   Q.    What about you personally as an
16   editor?  Is it your standard procedure to
17   see everything, see all videotape and
18   everything on a story that's going to be
19   published for BuzzFeed?
20   A.    I review information to -- as one
21   of many stop gaps and one of many people
22   who's helping a reporter tell a story.
23   Q.    And this information or video that
```

Page 118

```
1    you review do you review everything the
2    reporter has, has gathered, all the video?
3    A.    I think it depends on a number of
4    factors.
5    Q.    It's just not the same every time?
6    A.    Yeah, and I would say I most of
7    the time don't review absolutely
8    everything, or I think it depends on the
9    situation but I don't always review
10   absolutely everything.
11   Q.    Did you review all the videotapes,
12   security videotape, from Megan Rondini's
13   apartment or condo?
14   A.    I don't recall whether or not I
15   reviewed that.
16   Q.    As an editor is it your job to
17   review all videotape before deciding what
18   should be included in the story or not?
19   A.    I would say no, that's not my job
20   as an editor.
21   Q.    Whose job is that?
22   A.    Like it depends on the situation.
23   Q.    Who at BuzzFeed is their
```

Page 119

```
1    responsibility to do that --
2            MS. STROM:  Objection, asked
3    and answered.
4            Go ahead, Marisa.
5    Q.    (By Mr. Cockrell) -- to review all
6    videotape before a story is published and
7    put out there for the public?
8            MS. STROM:  Objection.  What
9    videotape are you talking about?
10   Q.    (By Mr. Cockrell) Well, I mean she
11   doesn't recall the Innisfree video seeing
12   it; is that correct?
13   A.    Yeah, I cannot recall.
14   Q.    And she can't recall looking at
15   the security video in its entirety from
16   the Houndstooth -- not the Houndstooth,
17   excuse me, the apartment or condo that
18   belonged to Megan Rondini of that night
19   after she left the Innisfree.
20       I asked the question who at
21   BuzzFeed would be responsible for viewing
22   all videotape and all evidence before a
23   case -- before a story is published or
```

Page 120

```
1    approved that it be published?
2            MS. STROM:  Objection.  I
3    still don't understand what all video
4    you're talking about.  All video in the
5    world?
6            MR. COCKRELL:  All the video
7    in the Rondini case, I'll say that.
8            MS. STROM:  Objection, I
9    still think it's quite vague.
10           But if you know, Marisa, you
11   can answer.
12   A.    I don't know the answer to that
13   question or have an answer to that
14   question.
15   Q.    (By Mr. Cockrell) Who would have
16   the answer to that question at BuzzFeed?
17           MS. STROM:  Objection.  I
18   still don't understand what the question
19   is so hard for me to understand who would
20   have that, but if you know, Marisa, you
21   can answer.
22   Q.    (By Mr. Cockrell) You can answer.
23   A.    Yeah, I don't understand the
```

Marisa Carroll                                              2/1/2021

Page 121

1    question, but I'm sure maybe if you asked
2    the other people at BuzzFeed, maybe this
3    is just not a question that I know -- I
4    don't know how to answer that question.
5    Q.    Have you edited other stories
6    where if there was videotape, relevant
7    videotape, that you didn't review all of
8    the videotape?
9           MS. STROM:  Objection.
10          You can answer, Marisa.
11   A.    I don't always review every single
12   thing before a story is published, no.  I
13   think it -- I guess the word -- I don't
14   understand what you mean by the word
15   relevant maybe is part of it.
16   Q.    (By Mr. Cockrell) Well, relevant
17   enough to be included in the story.
18          MS. STROM:  Objection.  I
19   don't even know what the question is on
20   the table now.
21          MR. COCKRELL:  She can read
22   it back if you need her to.
23          MS. STROM:  Yeah, I do.

Page 122

1           (Whereupon, requested portion was
2           read back by court reporter.)
3    Q.    (By Mr. Cockrell) You can answer.
4           MS. STROM:  Objection.
5           You can answer, Marisa, if
6    you can.
7    A.    My answer is still that I don't
8    review -- I don't always review every
9    single -- everything in the universe
10   before a story is published -- in the
11   universe of a story before it is published
12   is the best answer I can give on that
13   question.
14   Q.    (By Mr. Cockrell) If BuzzFeed,
15   like in the Rondini case, decides to
16   include excerpts from videotape as opposed
17   to the whole videotape, who makes the
18   decision what clip is shown and what clip
19   is not shown of the videotape?
20          MS. STROM:  Objection.
21          Do you mean the Rondini
22   story?
23          MR. COCKRELL:  I'm just

Page 123

1    asking in general right now.
2           MS. STROM:  You said the
3    Rondini case so I'm asking if you mean the
4    Rondini story.
5    Q.    (By Mr. Cockrell) I tell you what,
6    let me ask the question again, okay.
7           Listen to me.  I'm going to try
8    not to screw this up, okay.
9           I'm asking in general this time,
10   okay.  Having been an editor, a deputy
11   editor for BuzzFeed, did I say that right?
12   Deputy editor?
13          Who at BuzzFeed makes the decision
14   when clips are going to be taken from a
15   video, a lengthy video, to add to a story
16   and published on the internet where people
17   can watch it, who makes the decision what
18   -- what clip the clip will be and what
19   will not be included from the video?
20   A.    I think multiple people review and
21   weigh in, the reporter, the fact checker,
22   and the editor, and the editor,
23   supervising editor, is usually the person

Page 124

1    with many of these kinds of decisions who
2    makes the final call if someone needs to
3    be the final shot caller.
4    Q.    So would you agree with me in
5    order to make that decision you would have
6    to see all the video; is that a fair
7    statement?
8           MS. STROM:  Objection.
9    A.    If someone was editing the video
10   they would have to see the video, correct.
11   Q.    (By Mr. Cockrell) All right.  Now,
12   that person in the Rondini case that would
13   be responsible for, the editor, that would
14   be partially you?
15          I'm talking about the Rondini
16   story, not case.  I keep saying that.
17   A.    I did watch video of the Rondini
18   story.  Did you freeze?  Did I freeze?
19   Q.    You did -- your answer is you did
20   watch video of the Rondini story?
21   A.    I did watch video for the Rondini
22   story.  The supervising editor for this
23   story is Tina Susman who was the editor of

31  (Pages 121 to 124)

Page 125

1  the -- when I refer to the supervising
2  editor, mine and Katie's supervisor was
3  Tina Susman.
4  Q.    Do you know if you saw the full
5  video or just the clips that were --
6        MS. STROM: Objection, what
7  video are we speaking about now?
8  Q.    (By Mr. Cockrell) The full video
9  of Megan Rondini either at the -- when her
10 statement was taken at Homicide, the
11 Innisfree video, or the video where she's
12 leaving -- entering and leaving her
13 apartment, the security video.
14       Did you see it all or just what
15 was some clip that was provided to you?
16       MS. STROM: Objection. I'm
17 confused.
18       I don't think there's any
19 security video that there's clips of in
20 the story, so you're combining all sorts
21 of different things here.
22       There's clips of the
23 interrogation but you asked her if she saw

Page 126

1  the security video, so.
2  Q.    (By Mr. Cockrell) Did you
3  understand my question?
4  A.    I thought you were talking about
5  security video. I hadn't heard of
6  security -- that's why -- maybe that's
7  part of why I was confused. I don't know
8  what the security video is.
9  Q.    So the security video from Megan's
10 condo and apartment was never provided to
11 you?
12 A.    I don't recall seeing that video.
13 Q.    As an editor for BuzzFeed, would
14 you want to see that video?
15       MS. STROM: Objection.
16       This is misstating to the
17 extent she's saying she didn't, she does
18 not recall, but go ahead, Marisa.
19 A.    I don't know enough about what
20 video we're talking about.
21 Q.    (By Mr. Cockrell) Because you've
22 never seen it; is that right?
23       MS. STROM: Objection.

Page 127

1  Asked and answered. But go ahead.
2  A.    Yeah, I don't -- having -- I don't
3  remember reviewing the video we're talking
4  about so I don't know how to answer the
5  question.
6  Q.    But as an editor if the video
7  affected the story and was in the
8  possession of the reporter, would you want
9  to see that as an editor?
10       MS. STROM: Objection. She
11 just said over and over that she didn't
12 review everything.
13       But, Marisa, you can answer
14 again that she doesn't always review
15 everything.
16       MR. COCKRELL: Can you let
17 her answer the question please? Just
18 state your objection, I appreciate it.
19 A.    I don't always review everything
20 and I don't -- so I don't. That's, again,
21 why I'm having trouble answering the
22 question. I don't always view every
23 single thing.

Page 128

1  Q.    Okay. All right. Did you see the
2  entire video of Megan's statement at
3  Homicide?
4        MS. STROM: Objection.
5  Unclear to me what video we're talking
6  about, but if you know, Marisa, go ahead.
7  A.    Can you clarify? Do we mean the
8  interview video clips of which were
9  included in the final published story?
10 Q.    (By Mr. Cockrell) That's right.
11 I'm asking if you saw the entire video of
12 Megan's statement there in Homicide?
13 A.    Correct, I recall watching the
14 entire video.
15 Q.    And where did you watch it at?
16 A.    I believe that would have been on
17 my BuzzFeed-issued laptop at the BuzzFeed
18 office near Union Square in New York City.
19 Q.    And who decided what clips would
20 be included in the story, Megan Rondini
21 story, and what portion of the video would
22 not be included?
23 A.    I believe multiple team members

32 (Pages 125 to 128)

Marisa Carroll                                                        2/1/2021

Page 129

1    were involved.  Myself, Tina Susman, Katie
2    Baker, and then Sharmila, the fact
3    checker, were all reviewed the full video.
4    Q.    Okay.  Was the content discussed
5    as to what should be included and what
6    should be excluded from the Rondini story?
7    A.    Which content?  Globally or which
8    content from the video?
9    Q.    All of the video.  All of the
10   video.
11         Was there a discussion as to what
12   portion of the video statements should be
13   included and what should be excluded from
14   the Rondini story?
15   A.    Sure, yes.
16   Q.    And how was it determined what
17   should be included?
18   A.    I can't remember the content of
19   those conversations at the time.
20   Q.    Were those conversations verbal or
21   were they by email?
22   A.    I would -- I don't remember.
23   Q.    Do you recall if anybody had any

Page 130

1    reservations about what portion of the
2    video was being left out from the Rondini
3    interview?
4    A.    I don't recall specific
5    reservations.  I remember that it was a
6    topic of discussion to figure out what was
7    the most fair and in the interest of the
8    reader portions to include, but I don't
9    remember any specific reservations.
10         I couldn't quote you back
11   recollections from those conversations,
12   and I don't at hand at least have written
13   correspondence.
14   Q.    Okay.  Do you recall ever in your
15   meetings with the group-- Katie Baker,
16   Tina, and I can't remember who else was
17   there, Sharmila?  Did I say her name
18   correctly?
19   A.    Sharmila, yeah.
20   Q.    Do you recall if the security
21   video of Megan Rondini's apartment on the
22   night in question discussions about
23   whether it should be totally excluded from

Page 131

1    the story or used in the story?
2    A.    I don't remember.
3    Q.    Do you remember ever seeing the
4    security video from Megan's apartment for
5    that night?
6         MS. STROM:  Objection.
7         I believe asked and
8    answered, but go ahead.
9    Q.    (By Mr. Cockrell) I'm sorry, I
10   couldn't hear you.
11   A.    I don't remember.
12   Q.    Is that something you would have
13   liked to have seen?
14        MS. STROM:  Objection.
15   Asked and answered, but go ahead, Marisa.
16   A.    I don't have an opinion.  I don't
17   know.
18   Q.    (By Mr. Cockrell) If you're
19   putting in the story there's something
20   sinister about blood not being withdrawn,
21   about date rape or drunk or anything like
22   that, wouldn't you want to be able to
23   observe the alleged victim's behavior and

Page 132

1    how they acted --
2         MS. STROM:  Objection --
3    Q.    (By Mr. Cockrell) -- wouldn't you
4    want to as an editor to be able to see
5    that?
6         MS. STROM:  Objection.  To
7    the extent you're talking about the story,
8    that completely mischaracterizes the story
9    but you can answer, Marisa.
10   Q.    (By Mr. Cockrell) You can answer.
11   You can answer.
12   A.    I don't know how to answer that
13   specific question.  The story doesn't say
14   something is sinister, but I can say that
15   as I said before, I don't always review
16   every single piece of reporting before a
17   story is published.
18   Q.    If a reporter is putting in the
19   story about the alleged victim being
20   blacked out during the relevant time
21   periods of the video from the security
22   cameras at the apartment of Megan Rondini,
23   wouldn't you want to see video of Megan

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 133

1    Rondini to judge her actions as to
2    determine whether or not she was
3    unconscious or incoherent or anything like
4    that before you put a published story out?
5    Wouldn't you want to see that as an
6    editor?
7            MS. STROM:  Objection.
8    Completely mischaracterizes the article,
9    and I'm having trouble understanding the
10   question, but if you do, Marisa, please go
11   ahead.
12   A.    Again, I don't remember whether or
13   not I saw that video.
14   Q.    (By Mr. Cockrell) My question was
15   would you have wanted to see that video
16   before you approved the story to be
17   published to the public?
18           MS. STROM:  Objection.
19   A.    Again, I don't review every single
20   piece of --
21   Q.    (By Mr. Cockrell) I know.  You
22   said that three times, I'm asking you
23   another question.

Page 134

1            I'm asking you wouldn't you as an
2    editor, professional editor with BuzzFeed,
3    wanted to have seen the entire security
4    video so you could judge whether or not
5    she was unconscious, whether or not she
6    was incoherent or whether she was
7    staggering around drunk?
8            Wouldn't you have wanted to have
9    seen that before you published the article
10   and approved it to be published to the
11   public?
12           MS. STROM:  Objection.
13   A.    I guess what I'm not following
14   here is when you say wouldn't you, which
15   feels to imply that you're saying I would,
16   I don't even know the video that we're
17   talking about.
18       As I've said to you, I was an
19   editor on this story.  I was one of
20   multiple editors and the fact checker
21   working on this story --
22   Q.    (By Mr. Cockrell) And I'm just
23   asking about you in particular, not the

Page 135

1    others just yet, but, you know, I'm just
2    asking would you have wanted to see all
3    the evidence before a story was published,
4    how about that?  Can you answer that
5    question?
6            MS. STROM:  That question
7    you've asked many times, and it's been
8    answered, but, Marisa, you can go ahead.
9    Q.    (By Mr. Cockrell) You can answer
10   that.  It hasn't been asked like that.
11   A.    I feel confident in my work as an
12   editor on these types of stories and I
13   don't always review every detail, every
14   video say or every audio recording before
15   it's published, so I can only refer to my
16   experience which is that I don't.
17   Q.    Okay.  All right.  Thank you.
18           MS. STROM:  If you're headed
19   to a new topic soon, it may be time for a
20   break again.  It's been about another hour
21   and 15 or so --
22           MR. COCKRELL:  Yeah, I'm
23   almost there.  Let me just look at this

Page 136

1    real quick and make sure I don't have any
2    more questions on that subject.
3            MS. STROM:  Of course.
4    A.    Thank you.
5    Q.    (By Mr. Cockrell) Could you as an
6    editor have asked Katie Baker to see all
7    videotape that was available for the
8    Rondini story?
9            MS. STROM:  I'm sorry, I
10   didn't hear the beginning.  Was it could
11   you have asked Katie Baker; is that what
12   you asked?
13           MR. COCKRELL:  Yes.
14           MS. STROM:  Okay.  Sorry.
15   A.    I don't remember if I did or
16   didn't.
17   Q.    (By Mr. Cockrell) Is that your
18   answer?
19   A.    Am I understanding the question
20   right?  I don't remember if I did or
21   didn't ask her to review.
22       I could ask her a number -- I
23   could ask her a number of things, and,

Marisa Carroll                                                    2/1/2021

Page 137

1    sure, I could hypothetically have asked
2    her anything.
3    Q.    Okay.  All right.  Thank you.
4         So you as the editor could see
5    anything you want if you chose to do so in
6    the Rondini story before it's published?
7         MS. STROM:  Objection.  Do
8    you mean what Katie Baker had?
9         MR. COCKRELL:  Yes.
10   A.    I mean in the same way that in
11   this deposition or talking to my husband I
12   can say anything I want.  You know, it's a
13   relationship where you're conversing with
14   someone, so, sure, there's any number of
15   paths or questions you could ask someone.
16   Q.    (By Mr. Cockrell) As an editor,
17   you had that right at BuzzFeed; is that
18   correct?
19        To ask the reporter to see all
20   relevant evidence that was available to
21   the report; is that a correct statement?
22   A.    I guess I'm just -- can you be
23   more specific when you say evidence?  Like

Page 138

1    what you mean when you talk about every
2    relevant --
3    Q.    Video, any other evidence that the
4    reporter had in their possession, you
5    could -- you had the right to ask for it
6    and they would have had to produce it to
7    you; is that correct or wrong?  You tell
8    me.
9    A.    I can ask a reporter to review say
10   a video or to report a felony packet,
11   things like that, sure.
12   Q.    Okay.  That's all I needed.
13        MR. COCKRELL:  All right.
14   Might be a good time to take a break.
15        MS. STROM:  Great.  It's
16   12:30 here.  Do you want a short break?
17   Do you want a lunch break?  I don't know
18   how much you've got left to go.
19        MR. COCKRELL:  What time is
20   it?
21        VIDEOGRAPHER:  I'll go off
22   the record.
23        Off the record at 11:37.

Page 139

1         (Lunch recess was taken.)
2         VIDEOGRAPHER:  Back on
3    12:25 p.m.
4    Q.    (By Mr. Cockrell) After the
5    lawsuit was filed did you have a
6    conversation with Katie Baker or Ben Smith
7    or anybody else at BuzzFeed about the
8    lawsuit?  I'm not talking about lawyers.
9         MS. STROM:  Objection.  I
10   think we're talking about this lawsuit.
11   Go ahead, Marisa.
12   Q.    (By Mr. Cockrell) About this
13   lawsuit.
14   A.    Sorry, this lawsuit that I'm being
15   deposed in; right?
16   Q.    Right, that's correct.  If I say
17   this lawsuit, I mean the one we're here on
18   today.
19   A.    Okay.  Got it.
20        I've spoken to the lawyers that
21   are here on this call about it.
22   Q.    I'm not interested what you had
23   conversations with them.  Other than that.

Page 140

1    A.    I recall having a conversation
2    with Katie Baker about the existence of a
3    lawsuit.
4    Q.    And what was said in that
5    conversation?
6         MS. STROM:  Objection, to
7    the extent it was done at the direction of
8    counsel, don't know.
9         But if you can answer
10   without talking about any direction of
11   counsel, you may do so.
12   A.    My recollection is that it was
13   just to say that this was -- that this was
14   happening, and then in the time -- forgive
15   me for forgetting how long this has been
16   going on, I really dealt with the counsel
17   who are on this call rather than talking
18   to Katie about it.
19   Q.    (By Mr. Cockrell) Okay.  Is that
20   all of the conversation you recall having
21   with Katie or Ben or anybody else at
22   BuzzFeed about the lawsuit?
23   A.    I have to admit, I don't even

35  (Pages 137 to 140)

Marisa Carroll                                    2/1/2021

---

Page 141

1    remember when the lawsuit was first filed,
2    so I just really --
3    Q.     That's fair enough --
4    A.     -- don't remember any conversation
5    about it.
6    Q.     Okay.  Could this article have
7    been written without listing the
8    individual names of Josh Hastings and Adam
9    Jones?
10   A.     I believed it was relevant to the
11   story to include the names of the officers
12   because we were describing the
13   investigation.
14   Q.     Well, why couldn't you have just
15   had the investigators?  Is there any
16   reason you had to name them individually?
17   A.     It's important for us for
18   transparency with readers when we're
19   speaking to people, especially in an
20   official capacity to show that this is,
21   this is real, we're not making it up.
22         We're quoting real documents.
23   We're quoting -- we're describing real

---

Page 142

1    events.
2    Q.     So you don't think it could have
3    been written without including their
4    individual names, the investigators?
5    A.     Personally, I think we were right
6    to include the names of the officers for
7    the reasons I described.
8    Q.     Any other reason other than what
9    you just said in previous -- answer to
10   previous question?
11   A.     No.  Just to make sure I
12   understand, is there another reason
13   besides communicating the facts to the
14   reader that I would include the names of
15   the officers?
16   Q.     I get to ask the questions; you
17   get to answer them, so --
18         MS. STROM:  She was trying
19   to clarify your question.  She was asking
20   you what your question was, Bob.
21         MR. COCKRELL:  Can you
22   repeat the question for her?
23         She's going to read it back

---

Page 143

1    to you because I forgot it already.
2         (Whereupon, requested portion was
3          read back by court reporter.)
4    Q.     (By Mr. Cockrell) As to the reason
5    why you included their individual names,
6    the Investigators, Josh Hastings and Adam
7    Jones.
8    A.     From my perspective, we included
9    the names of the officers for the reason
10   that I described in my previous answer.
11   Q.     Okay.
12   A.     So no.
13   Q.     Did anybody at BuzzFeed to your
14   knowledge ever question whether they
15   should include the names of the individual
16   investigators or not in the story, the
17   Rondini story?
18   A.     I know that we wouldn't have
19   published the story if we didn't all agree
20   that it was the right decision, but I
21   don't recall if there were individual --
22   like I can't recall the answer to that
23   question.

---

Page 144

1    Q.     If one person had objected in the
2    group, would their names have been
3    included?
4    A.     The way that these reporting
5    processes works is it involves many
6    people.  It involves editors.  It involves
7    legal review.  It involves the reporter.
8    It involves the fact checker.
9         So usually when decisions,
10   editorial decisions are being made, they
11   involve multiple people so all of the
12   people involved in this story would have
13   had those conversations and come to a
14   conclusion.
15   Q.     And if one person objected, what
16   would happen to the story?
17   A.     In one person objected, the group
18   would have had a discussion or a number of
19   discussions and come to some conclusion.
20   Q.     All right.  Did you ever prior to
21   publication of the story, ever review the
22   DCH response to Katie Baker's letter
23   stating their procedure for handling

---

36  (Pages 141 to 144)

Marisa Carroll                                            2/1/2021

Page 145

1    alleged sexual assault and rape victims?
2    A.    I recall seeing Katie Baker's
3    questions, email back and forth between
4    her and Gary Hood, but I don't want to
5    misspeak if this is a different document,
6    so I just want to know if that's what
7    you're talking about.
8    Q.    Gary Hood was the Homicide -- head
9    of Homicide.  So I guess what I'm saying
10   is Brad Fisher was the DCH responder.
11        Did you ever review emails from
12   Brad Fisher stating the DCH policy with
13   regard to the handling of sexual assault
14   patients and rape victims?
15   A.    I know that I reviewed many
16   documents in the process of editing this
17   story and that there were also multiple
18   other people working on the story, so
19   Sharmila, the fact checker, Tina, an
20   additional editor.
21        And between us, and, you know,
22   Katie, of course, the reporter, so I can't
23   recall whether I reviewed that specific

Page 146

1    email, but I know that I reviewed many and
2    other folks have also did.
3    Q.    Okay.  So you don't remember
4    specifically the email from Brad Fisher to
5    Katie in responding in regard to how they
6    handle -- procedure for handling sexual
7    assault victims and rape victims in the
8    emergency room?
9    A.    I don't remember that -- sorry.  I
10   don't remember that specific email, but I
11   just don't remember.
12   Q.    Okay.  I'm saving us some time
13   because I've covered all of this out of
14   order so I'm going to check it off.
15        Did you ever see prior to
16   publication Megan Rondini's Snapchats from
17   her cell phone and text messages from her
18   cell phone to her friends during the time
19   of the alleged assault or prior to?
20   A.    I don't remember -- I can't recall
21   the moment of reviewing those
22   specifically.
23        I do know that they are -- there

Page 147

1    are text messages mentioned in the story,
2    that they were reviewed.  It says the text
3    messages were reviewed, so I believe that
4    someone on the team, multiple people on
5    the team, would have reviewed those
6    messages, but I don't remember personally.
7    Q.    Do you know who would have in
8    particular reviewed those text messages
9    and emails -- excuse me, text messages and
10   Snapchats?
11   A.    If Katie Baker discovered any sort
12   of document through her reporting, Katie
13   would have reviewed it.
14        And I know, you know, it's very
15   likely that between one of the editors,
16   either Tina or myself, would have reviewed
17   and then Sharmila, the fact checker,
18   especially her role is to make sure that
19   every single item that runs in the
20   published story is reviewed.
21   Q.    But you don't if you did or not?
22   A.    I don't remember.  I know that I
23   can say for sure that I looked at many,

Page 148

1    many things in the process of reporting
2    this story, but I can't remember very well
3    specifically.
4    Q.    Do you know where Katie Baker got
5    the text messages and Snapchats, that
6    information?
7    A.    I don't recall where she got that.
8    Q.    Do you remember seeing a text
9    message from Megan to one of her friends
10   on the way to Bunn's house saying she was
11   going to guck him, g-u-c-k?  Do you
12   remember that text message?
13   A.    I don't remember that text
14   message.
15   Q.    Is that something you would have
16   remembered if you heard it editing this
17   story on sexual abuse and assault?
18        MS. STROM:  Objection.
19   Objection.
20        Mischaracterizing the story,
21   objection.  But go ahead, Marisa.
22   A.    I don't know whether -- I don't
23   know how to say whether I would or would

Marisa Carroll                                    2/1/2021

Page 149

1    not have remembered something.
2    Q.    (By Mr. Cockrell) Okay.
3    A.    I just know that I didn't.
4    Q.    I think I asked this question, if
5    I did I apologize, but have you ever taken
6    a news writing course in college or
7    anywhere else?
8          MS. STROM: I'm sorry. What
9    kind of writing course was that?
10         MR. COCKRELL: News writing
11   course.
12         MS. STROM: Sorry, news.
13   A.    I don't recall ever taking a news
14   writing course.
15   Q.    (By Mr. Cockrell) Do you consider
16   the Rondini story news?
17   A.    I think it's an investigative
18   story. I say news is a story in the
19   public interest, so sure.
20   Q.    All right. Have you ever taken a
21   feature writing course ever in college or
22   anywhere else?
23   A.    No, but I teach at NYU. I'm a --

Page 150

1    they bring me in once a semester to teach
2    a feature writing course.
3    Q.    Okay. What course -- you said
4    it's feature writing. What's the name of
5    the course that you're brought in at NYU?
6    A.    I don't want -- I don't want to
7    minimize you and check. I believe it's
8    called feature writing.
9    Q.    And how long have you been doing
10   that?
11   A.    I've done it three times I
12   believe, and I just got an email to ask me
13   to come in again to -- I'm like a guest
14   lecturer I guess you would say in the
15   course.
16   Q.    Okay. Do you provide any written
17   material to the students or anybody else?
18   A.    In advance of the lecture I send a
19   write-up with a few -- it changes every
20   semester depending on what sort is a
21   recent article, and I send over a few
22   ideas for writers to read in advance and
23   then I send over some ideas of sort of

Page 151

1    like why we're talking about certain
2    stories.
3    Q.    Can you -- can you provide copies
4    of that written material to your lawyer so
5    that we could get a copy of it?
6          MS. STROM: Objection. I
7    don't believe that was even called for or
8    that there's any documents, but we can
9    deal with that off line.
10   A.    To clarify, it's an email that I
11   send to the professor of the class. If
12   it's fine with everyone I have, you know,
13   but I'm speaking specifically about the
14   prep email I send to the professor and
15   students in advance of the class.
16   Q.    (By Mr. Cockrell) Who is the
17   professor that you provide guest lectures
18   for?
19   A.    Sara -- man, what is her last
20   name? I could confirm for you. I call
21   her Sara. She is a retired journalist who
22   is a professor at NYU.
23   Q.    Where was she retired from as a

Page 152

1    journalist?
2    A.    I believe she's been a journalism
3    professor for years, and maybe taught at
4    the -- maybe worked at the AP, but I could
5    be confusing her résumé with Tina Susman
6    who was my boss at BuzzFeed who worked at
7    the AP.
8    Q.    Well, can you provide that name
9    and that material to your lawyer so we can
10   discuss if we can get it or not?
11         MS. STROM: We can talk off
12   line about that.
13         THE WITNESS: Sure, we can
14   talk off line.
15         MR. COCKRELL: Okay, all
16   right.
17   Q.    I'm going to have to probably
18   spell this last name to you, and ask you
19   if you know who it is. Dennis, H-u-y-n-h,
20   Huynh?
21   A.    Huynh I believe is the last name.
22   Yes, I do know Dennis Huynh.
23   Q.    Is it Lynn? How do you spell it?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                                    2/1/2021

Page 153

1    A.    I believe it's pronounced like
2    W-y-n-n, like the Wynn resort.
3    Q.    I was looking at an email and it's
4    from you to him, and it says Dennis Huynh,
5    H-u-y-n-h.  Do you think that's the same
6    person you're describing?
7    A.    Yes.
8    Q.    Okay.  All right.  Who is he?
9    A.    I believe his title was art
10   director at BuzzFeed.
11   Q.    And what does he do for BuzzFeed
12   as art director?
13   A.    At the time I worked at BuzzFeed
14   his job was to work with reporters and
15   editors on coming up with art for -- that
16   goes with the story.
17   Q.    Is that for the actual story or,
18   you know -- is it for the actual story or
19   more than that, the art?
20          MS. STROM:  Objection.  I'm
21   confused.
22   Q.    (By Mr. Cockrell) I think I asked
23   it bad.  The art he comes up with would be

Page 154

1    included in the story; is that what he
2    does?
3    A.    Yes.  He would be working with say
4    a photographer or say an illustrator or
5    others to come up to review and include
6    art in a story when you're reading a
7    published news story, it would be the art
8    associated.
9    Q.    All right.  And what does start a
10   new thread mean?
11          If he said he was going to start a
12   new thread, what did he mean by that?
13          MS. STROM:  Objection.
14          You can answer, Marisa.
15   A.    I can't know what he would have
16   thought.  I can speak to -- would it help
17   to say what I think a thread is.
18   Q.    (By Mr. Cockrell) Yeah, what you
19   took it as he was going to do?  Tell me
20   that.
21   A.    Sure.
22          MS. STROM:  Objection.  You
23   mean what he took it as in a specific

Page 155

1    email?
2    Q.    (By Mr. Cockrell) Yes, actually.
3    I can show you, it's BuzzFeed --
4    A.    That would help.
5          MS. STROM:  Do you want to
6    mark something as an exhibit?
7          MR. COCKRELL:  Yeah, I can
8    do that.  I didn't really want to
9    introduce it.  I just wanted to ask what
10   that meant to her, starting a new thread.
11   Q.    I'll ask it that way.  What does
12   that mean to you, having worked at
13   BuzzFeed, starting a new thread?
14   A.    Like the word thread I think in
15   that context could mean a number of
16   different things.
17          Maybe we're having a conversation
18   and we're starting a new thread of
19   conversation.  Is there like -- if there's
20   a specific -- I could probably give you
21   more specifics if it was based on
22   something specific.
23   Q.    I'm looking at this email trying

Page 156

1    to do without introducing it.  It's from
2    you and it's dated January 25th, 2017,
3    it's to Dennis, it's cc'd news design,
4    news design and it's got his email
5    address, news photo, BuzzFeed, subject
6    national art memo, 1/24/17.  What's --
7          MS. STROM:  If you're going
8    to talk about a specific email, please
9    mark it so she can review it.
10          MR. COCKRELL:  Okay.  Go
11   ahead and mark that.
12          (Off-the-record discussion.)
13          (Whereupon, a document was marked
14          as Plaintiff's Exhibit No. 45 and
15          is attached to the original
16          transcript.)
17   Q.    This will be Plaintiff's
18   Exhibit 45.
19          Marisa, I think if you look at
20   Scotch's screen, it should be up there for
21   you to review right now.  Can you see
22   that?
23   A.    I can.  Excuse me, Scotch, would

Marisa Carroll                                          2/1/2021

Page 157

1    you mind if you could zoom in a little bit
2    on your screen?  I appreciate it.  Thank
3    you.
4            MR. RITCHEY:  Is that
5    better?
6            THE WITNESS:  That's better,
7    thank you so much.
8    Q.    (By Mr. Cockrell) It says subject
9    national art memo 1/24/17, what's that
10   about?
11   A.    Should I answer the question about
12   the thread or should I answer the question
13   about what is this email about?
14   Q.    You know, since we've got the
15   document in, let's just start at the
16   beginning of the document.
17         And so just hold up on the thread
18   and I'll get to it in a minute, but it
19   says subject, national art memo 1/24/17,
20   what does that mean?
21   A.    It would mean communicating with
22   the art department about stories that the
23   national desk, which was the team I worked

Page 158

1    on, had coming up to alert the art
2    department that these were potential
3    stories that we should be talking about --
4    that the art department should be aware
5    of.
6    Q.    On number three, it says going to
7    start a thread about this later this week
8    since Katie is still figuring out who the
9    main people are in the story and what the
10   angle is, so what would he do to start a
11   thread about it?
12   A.    So based on looking at this
13   document, to my best recollection at the
14   time it would either be an email or
15   perhaps a chat on a different platform,
16   like say, Slack, to talk more about -- to
17   talk more about a story, since, as he
18   said, since Katie -- yes.
19   Q.    Would that be where all you guys
20   could talk together about it on this
21   thread?  Or Katie could talk to him?  I'm
22   just trying to figure out the purpose of
23   it.

Page 159

1    A.    Totally.  I can't recall who --
2    exactly who would have been on a thread.
3    To my recollection, normally it will be
4    editors talking to the photo editor and
5    that's my recollection.
6    Q.    Okay.  Have you ever been to
7    Alabama?
8            MS. STROM:  Objection.  I
9    believe asked and answered, but go ahead.
10           MR. COCKRELL:  No, I asked
11   if she had any relatives here, but I don't
12   think I've asked her if she lived here.
13           MS. STROM:  My apologies.
14           MR. COCKRELL:  That's okay.
15   A.    No, I did not.
16   Q.    So you've never been to the state
17   of Alabama?
18   A.    Not to my recollection, no.
19   Q.    And certainly not for this story?
20   A.    No.  For this story so it's
21   typical for reporters to be the one to
22   travel, so I know Katie traveled to
23   Alabama.

Page 160

1            As an editor, I don't -- I don't
2    travel for stories.  The reporter travels
3    and then the editor stays back in the
4    office.
5    Q.    When you contact -- I'm going to
6    call him Dennis because I'm having trouble
7    with his last name, but when you contact
8    him, what part -- I know he does the art.
9    Does he -- how does he gather the art for
10   a story?
11   A.    It depends usually, this is dated
12   January 25th, so it still would have been
13   a very early stage in the story.
14           Normally the relationships starts
15   by telling the art director a little
16   generally about saying who -- you know, a
17   little general information about the
18   story.
19           And then as time goes on and as
20   the story develops through reporting the
21   team works together to figure out what art
22   would be included or commissioned for a
23   story.

Marisa Carroll                                                    2/1/2021

Page 161

1    Q.    Does he play a part in making that
2  decision, what art is put in the story?
3          MS. STROM:  Did you say did
4  he make it -- does he make a decision?
5          MR. COCKRELL:  Yeah.
6          MS. STROM:  Okay, sorry.
7    A.    I don't know specifically what
8  decisions he makes on this or any story,
9  but I do know that he as in this email is
10  part of the -- is part of the discussion.
11         So, for instance, if we were
12  writing a story that was an interview with
13  a pop star, he might say hey let's set up
14  a picture, let's set up a photo shoot with
15  the pop star, to throw one hypothetical,
16  so like he's involved in the conversation,
17  yes.
18   Q.    (By Mr. Cockrell) And he would
19  throw out ideas of how to put the art in
20  the story as part of the team?
21   A.    As the art director, and he or
22  someone else who's in that department
23  could speak better to the job, but my

Page 162

1  understanding is through working with art
2  directors is that it's their job to help
3  come up with what photos or art that would
4  make sense in the story and then they work
5  with the editors to finalize those
6  decisions.
7    Q.    Did you personally ever have a
8  phone call or a conference with the
9  Rondinis, Mr. and Mrs. Rondini, Megan's
10  parents?
11   A.    To my recollection, no.
12         MR. COCKRELL:  We would
13  offer Plaintiff's Exhibit 45.
14   Q.    Let's see here.  Was Katie working
15  on any other stories other than the
16  Rondini story?
17   A.    I can't remember if she was
18  working on any other stories.  I do know
19  that often reporters are working on
20  multiple stories at once.
21   Q.    You weren't working on one with
22  her, right, during that time period other
23  than this story?

Page 163

1    A.    I can't remember.  If she had been
2  working on multiple stories, I was on her
3  same team so it really -- the answer to
4  that question depends on if she had been
5  working on multiple stories but I can't
6  remember.
7    Q.    In the story where did you come up
8  with or Katie come up with or did y'all
9  discuss that the police threatened to
10  press felony charges against Megan?
11         MS. STROM:  I'm sorry, can
12  you read that back to me?
13   Q.    (By Ms. Cockrell) I said who came
14  up -- in the story it says the police
15  threatened to press felony charges against
16  Megan Rondini.
17         Where did you-all come up with
18  that?
19         MS. STROM:  Can you point me
20  to where it says that in the article?
21         MR. COCKRELL:  I don't have
22  the article here right in front of me
23  right now.  I'm just going to test her

Page 164

1  memory on it.
2          MS. STROM:  Okay.
3  Mischaracterizes the article.
4    Q.    (By Mr. Cockrell) Okay.
5    A.    I mean, that's my question since
6  so much of this is really -- you know, my
7  job is to help people refine not only big
8  picture level but the line level, the
9  ideas in this story, so if you could point
10  to a specific sentence, I would probably
11  be more able to answer that question.
12   Q.    (By Mr. Cockrell) Okay, we'll come
13  back to that in just a minute then.  I'm
14  looking at -- I guess I just need to mark
15  this one.  Let me mark BuzzFeed 1158.
16         COURT REPORTER:  And this
17  will be 46.
18         (Whereupon, a document was marked
19         as Plaintiff's Exhibit No. 46 and
20         is attached to the original
21         transcript.)
22   Q.    (By Mr. Cockrell) Have you got it
23  up there?  Can she read it?

41  (Pages 161 to 164)

Marisa Carroll                                              2/1/2021

Page 165

1    A.    I can see it.
2    Q.    Was there anything wrong with the
3    Homicide Unit reading Megan her rights?
4          MS. STROM:  Objection, but
5    you can answer, Marisa.
6    Q.    (By Mr. Cockrell) When I say
7    rights, her Miranda warning.
8    A.    I'm not a trained police officer
9    so I really couldn't say -- I couldn't
10   weigh in on that.
11   Q.    Did anybody at BuzzFeed when y'all
12   were compiling the story ever speak with
13   an expert in, you know, in law enforcement
14   to ask them that question?
15   A.    My understanding is that Katie did
16   over her years reporting she had spoken
17   with experts, that's even prior to the
18   story, but, then, yes, while reporting
19   this story she spoke to experts and she
20   also importantly spoke to the experts
21   within the Tuscaloosa department
22   themselves.
23        She reached out to those experts

Page 166

1    who are essential, so say Gary Hood, for
2    instance.
3    Q.    Did she ask them at any point that
4    you know of or did you or anybody else
5    that was in on the BuzzFeed story what --
6    why they gave her Miranda warning?
7    A.    I can't remember specifically.
8    Q.    Do you know what the Miranda
9    warning is?
10   A.    I don't want to ask you a
11   question, but I would appreciate if you
12   could specify and explain to me what it is
13   you mean.
14   Q.    Well, when you read someone their
15   rights about the right to remain silent,
16   right to have an attorney present, are you
17   familiar with that?
18   A.    I am familiar.  So I just want to
19   make sure that we're talking about the
20   same thing.
21   Q.    Do you know who that -- who that
22   protects by making law enforcement give a
23   Miranda warning?

Page 167

1          MS. STROM:  Objection.
2          But you can answer, Marisa.
3    A.    I don't know -- I don't want to
4    wager a guess.
5    Q.    (By Mr. Cockrell) Do you know for
6    whose benefit it is that a Miranda warning
7    is given to a potential suspect before
8    they give a statement?
9    A.    I don't think I'm in the position
10   to know, I'm sorry.
11   Q.    I know Katie has done quite a few
12   sexual assault cases as you've told me and
13   rape cases as far as the stories go, do
14   you know specifically whether or not she
15   spoke with a police expert to get advice
16   on this story before it was published?
17         MS. STROM:  Objection.
18   Asked and answered.
19         You can go ahead, Marisa.
20   A.    My recollection is that Katie
21   spoke -- has, you know -- the most
22   important police expert that Katie spoke
23   to or reached out to were the people who

Page 168

1    were referenced in the story.
2          I believe she spoke to -- she
3    reached out to other experts during the
4    time reporting, but I don't recall
5    specifically who those -- who that might
6    be.
7    Q.    (By Mr. Cockrell) That's something
8    she would best know?
9    A.    Yeah, that's something that I
10   would not -- I just don't remember from
11   four years ago that.
12   Q.    I noticed that there was a quote
13   in the story from the National Association
14   of Police Chiefs.
15         Did either or Katie or anybody
16   with BuzzFeed prior to the story being
17   published speak with somebody with the
18   National Association of Police Chiefs?
19   A.    I can't recall.
20   Q.    Who is Shani Hilton?
21   A.    Shani Hilton, S-h-a-n-i?
22   Q.    Yeah, who is she?
23   A.    Shani Hilton, I cannot remember

42  (Pages 165 to 168)

Marisa Carroll                                          2/1/2021

Page 169

1   what her title was at the time.  It was
2   perhaps news director at BuzzFeed.
3   Q.     Does the news director have any
4   say-so in a story that's being published?
5          MS. STROM:  Objection.
6          But you can answer to the
7   extent you understand.
8   A.     I don't know what Shani
9   specifically would have seen her role.
10  What I can offer is that Shani oversaw --
11  this is a better question for Tina Susman,
12  but my recollection is that Shani is
13  Tina's boss or supervisor, and Tina would
14  report to Shani.
15  Q.     (By Mr. Cockrell) What is Shani's
16  job title?
17         MS. STROM:  Objection.
18  Asked and answered.
19  A.     Yeah, I --
20  Q.     (By Mr. Cockrell) If it's news
21  director tell me --
22  A.     I just don't -- it might have been
23  news director.  I don't remember

Page 170

1   specifically.
2   Q.     Okay.  All right.
3          Who was her boss?  Who is Shani's
4   boss?
5   A.     She would know better than I would
6   or he would, but I believe Ben Smith, the
7   editor-in-chief.  Shani was -- I believe
8   Shani reported to Ben Smith, the
9   editor-in-chief.
10  Q.     Did y'all always include Shani
11  Hilton in stories that you wanted to
12  publish?
13  A.     My best recollection is that Shani
14  got a weekly update, a weekly memo, from
15  either myself or Tina and perhaps even had
16  a weekly meeting with Tina that was
17  reporting back on all stories.
18         Shani oversaw multiple departments
19  and the newsrooms so that was her -- she
20  was being updated regularly about stories.
21  Q.     Okay.  Do you know what
22  departments that she was over?
23  A.     I think it's possible most, but I

Page 171

1   know -- I can definitely say it was the
2   national desk, but I can't remember who
3   else but she was the number two, one might
4   say, in the office with Ben Smith being
5   the editor-in-chief.
6   Q.     Okay.  Who is Maggie Schultz?
7   A.     Maggie Schultz I believe was
8   Shani's assistant, who would at the time
9   handle, for instance, putting meetings on
10  Shani's calendar.
11  Q.     Would you report to Shani Hilton
12  about what was going on in the BuzzFeed
13  Rondini story?
14  A.     Yeah, as I said, I believe my best
15  recollection is that I would send what
16  might have been a weekly email updating
17  Shani on all the stories that our team was
18  working on and this would have been one of
19  those stories.
20  Q.     Okay.  All right.  I'm reading an
21  email from to Katie Baker and it says
22  Marisa Carroll, I don't know if Katie
23  wrote it to you or you wrote it to Katie,

Page 172

1   but it says this could be a good spot to
2   describe what the town feels like.
3          Do you remember that email?
4          MS. STROM:  Objection.  To
5   the extent you're going to be asking
6   specific emails, can you mark it so we can
7   see the contents?
8          MR. COCKRELL:  Yeah, I can.
9   I can.  What number are we on?
10         COURT REPORTER:  It's going
11  to be 47.
12         (Whereupon, a document was marked
13         as Plaintiff's Exhibit No. 47 and
14         is attached to the original
15         transcript.)
16  Q.     (By Mr. Cockrell) It is BuzzFeed
17  2164.
18         Marisa, can you see that?
19  A.     Sorry, I'm reading it now.
20  Q.     That's okay.  Let me know when
21  you're done.
22  A.     I read it.
23  Q.     Okay.  It says -- whose words are

43  (Pages 169 to 172)

Page 173

1  these?  I think they're yours, but I want
2  to make sure.
3        It says Bunn, and it says this
4  could be a good spot to describe what the
5  town feels like, what does it look like,
6  what did you observe there when you walk
7  around, does everyone know the family
8  name, et cetera.
9        You have such details proving that
10 the family is very influential, important
11 so you can use some description here to
12 play on the southern gothic of it all.  Is
13 that your --
14        MS. STROM:  Objection to the
15 extent that Bunn and the rest of it might
16 come from different people, but, Marisa,
17 you can answer the rest.
18 Q.    (By Mr. Cockrell) The question is
19 what do you mean by southern gothic of it
20 all?
21 A.    Well, I know that southern gothic
22 isn't something that we end up describing
23 in the article, so my read is that this is

Page 174

1  -- I'm asking Katie as someone who's been
2  there, as I said before I had never been
3  to Tuscaloosa.
4        So I'm asking Katie to describe
5  what it is -- what it is like in the town
6  that she had visited multiple times to
7  report this story.
8  Q.    So what do you mean by play up to
9  the southern gothic of it all?  What did
10 you mean when you said that?
11        MS. STROM:  I believe that
12 was just asked and answered, but go ahead.
13        MR. COCKRELL:  I didn't see
14 it as a correct response.
15 A.    My question to her is about -- I'm
16 asking her what she saw there.
17        In the process of editing a story,
18 this is I believe in February, so right,
19 you know, four or five months before this
20 story was published, my job as an editor
21 is to ask her questions and have her
22 respond and either incorporate or not the
23 ideas that I'm asking her about, so I was

Page 175

1  asking her to describe what the town feels
2  like.
3  Q.    And what is your definition of
4  southern gothic?
5  A.    I've got to say I honestly don't
6  -- I don't remember what I would mean
7  there, just judging by the context clues
8  and by details that did up end in the
9  story describing say what the campus looks
10 like, this is this elegant campus where
11 she is sort of giving us a feel for what
12 it looks like on the campus.
13 Q.    All right.  Thank you.
14        Excuse me a second.  I'm going
15 through the production of documents and
16 I've got the ones regarding you, but I
17 want to make sure what I want to ask you
18 about it.
19        Why was it important to you that
20 you put in an email that he's killed the
21 African Big Five.  Why is that relevant to
22 the story?
23        MS. STROM:  I'm sorry, what?

Page 176

1  Q.    (By Mr. Cockrell) He killed the
2  African Big Five.  Why is that relevant to
3  the story?
4  A.    Would it be possible to see the
5  email you're talking about?
6  Q.    Yeah, sure.  No problem.  Can I
7  just show it to you?  I don't really want
8  to introduce it.
9        Scotch, pull up 2168.  I'm just
10 going to ask her about it.
11        COURT REPORTER:  So you
12 didn't want to introduce it?
13        MR. COCKRELL:  No, she can
14 read it.
15 A.    I read it.
16 Q.    Why as that important?  What did
17 that add to the story when you put in he's
18 even killed the African Big Five?
19        MS. STROM:  Objection to the
20 extent that that's assuming that Marisa
21 put that in the story, but you can answer.
22 Q.    (By Mr. Cockrell) Well, I'm just
23 reading.  It says Marisa Carroll.  He's

44  (Pages 173 to 176)

Marisa Carroll                                                      2/1/2021

Page 177

1   even killed the African Big Five and
2   then --
3           MS. STROM:  Right, objection
4   to the extent these are not emails.  These
5   are Google comments and they don't work
6   that way.
7           But, Marisa, to the extent
8   you believe those are words you put in,
9   you can address that.
10  Q.     (By Mr. Cockrell) To the extent as
11  editor of this story, the Rondini story,
12  why was it important to put in he had
13  killed the African Big Five?
14          MS. STROM:  Objection, but
15  you can answer.  You can answer, Marisa.
16  A.     I would say that I'm -- in this
17  note I believe that I wrote the question
18  that follows asking did he bring them
19  home.
20      For me, I was asking her
21  information similar to your question, so
22  I'm asking more information.  It's a
23  request for further information to help

Page 178

1   understand what she's talking about.
2       My -- it looks as though Katie
3   wrote that comment.  That was from the
4   documents, someone wrote that in the
5   document, he's killed the African Big
6   Five, and this is a Google response and me
7   asking a question about it.
8   Q.     (By Mr. Cockrell) And, you know,
9   if it made the story, which I think it
10  did, would that have been something you
11  would have approved to go into the story?
12  A.     So the way that my role worked in
13  the story was I didn't have one-off
14  approval of details.
15      It was a collective effort where
16  Tina Susman as the boss has the ultimate
17  say of approval and then Sharmila would
18  also review the facts to try to make sure
19  that everything was accurate.
20      So I can't say that I would have
21  approved every line in the story.  I would
22  have reviewed it.  I would have read the
23  story and reviewed every line in the story

Page 179

1   but I don't think that I would have final
2   approval.
3   Q.     What, if anything, did it add to
4   the story?
5   A.     The story describes his home so
6   that's why I -- I can't go back in time
7   and think why I would ask that, but
8   specifically I asked was it in his home.
9       So I think it would be relevant to
10  where -- to his home and to make sure we
11  were accurate in describing his home.
12  Q.     Did you see the Snapchat photos
13  from his home of the animals that Megan
14  had on her cell phone?
15  A.     I can't remember whether or not I
16  did.
17          MR. COCKRELL:  I guess I'm
18  going to mark this next one as 48, and it
19  is BuzzFeed 2528, Scotch.
20          MR. RITCHEY:  2528?
21          MR. COCKRELL:  Yes.
22      (Whereupon, a document was marked
23  as Plaintiff's Exhibit No. 48 and

Page 180

1       is attached to the original
2       transcript.)
3   Q.     Have you seen it, Marisa?
4   A.     Yes, I have.
5   Q.     Plaintiff's Exhibit 48.  Is that
6   your email?
7   A.     No, this looks like Google
8   Documents comment.
9   Q.     Now, when you say Google Doc
10  comments what do you mean by that?
11  A.     They're comments that would have
12  been left in a Snapchat Document, so rather
13  than a direct back and forth email,
14  they're comments from the Google Document.
15  Q.     Okay.  So is everybody
16  contributing to this Google Document
17  that's on it?
18  A.     Does it say what the name of the
19  Google document -- I don't know what the
20  name of the Google document is.
21  Q.     I'm looking at it.  You're seeing
22  what I'm seeing, so I don't see -- I don't
23  see anything that says Google document.

45 (Pages 177 to 180)

Marisa Carroll                                    2/1/2021

Page 181

1    MS. STROM:  I'll represent
2  that all of these Google replies are
3  comments that go to all the different
4  drafts of the story, so you can see what
5  comment is referring to what part of a
6  specific draft.
7    So here it's hard to tell
8  what draft this is referring to, but
9  that's how they work.  The comments
10  correspond to the drafts.
11    MR. COCKRELL:  Thank you.  I
12  was trying to figure that out.
13  Q.    So these are comments of your
14  group, your national group, back and forth
15  with each other on the article; is that
16  right, Marisa?
17  A.    So I can't know for sure without
18  knowing what document it corresponds to,
19  but normally this would be a draft of the
20  story so these are comments for the people
21  who are shared on it commenting on the
22  story.
23  Q.    Okay.  And it is true that all

Page 182

1  states -- states have different rape laws
2  and sexual assault laws; is that correct?
3  A.    I can't speak to what's true in
4  2021, but I do know different states have
5  different laws in general.
6  Q.    And did you make the comment there
7  Alabama should remove the use of force
8  requirement from its rape laws as states
9  including Maryland are working toward?
10  A.    That's a suggestion for how -- I
11  believe that is a suggestion for how she
12  might -- because the following comment is
13  or something.
14    I would like for it to be broader
15  and explaining so this is -- this is a
16  suggestion for how one might rephrase a
17  sentence is my recollection, but I'd know
18  more if I saw, for instance, the
19  paragraph.
20    I also don't know like what month
21  -- we went through very many drafts of
22  this story, so I just don't know when it's
23  from.

Page 183

1  Q.    Do you know of any state at that
2  time period had removed the use of force
3  as a requirement to have a charge of rape
4  or assault against somebody, sexual
5  assault against somebody?
6  A.    According to the sentence I wrote
7  here I can't -- I don't remember.  I can
8  say in this sentence I wrote here it says
9  that Maryland was working toward that
10  policy, but, again, this isn't -- this
11  isn't my -- this is me suggesting a
12  different way to phrase the line that was
13  in the story.
14    This is an editing, line editing
15  with that I say or something.
16  Q.    Did you research that before you
17  sent that suggestion?  Of what the laws
18  were in different states with regard to
19  rape and sexual assault and the use of
20  force requirement?
21  A.    In the process of editing the
22  story everyone involved in this story,
23  including myself, had many conversations

Page 184

1  about what rape laws were in different
2  states.
3    And this is not a story about,
4  about rape laws in states across the
5  country.
6    This is a story about Megan
7  Rondini and how she felt it personally
8  failed to the point where she ended up
9  committing suicide by various
10  institutions, but I can say that, yes, I
11  know everyone on my team, Katie first and
12  foremost as a reporter, was reviewing
13  information about rape laws in different
14  states, so anything that ran in the story
15  was then ultimately fact checked by
16  Sharmila.
17  Q.    And isn't it true that Josh
18  Hastings and Adam Jones, the
19  investigators, had to follow the existing
20  law in the state of Alabama in the Rondini
21  case?
22    MS. STROM:  Objection.  But
23  to the extent you can answer, Marisa,

Marisa Carroll                                                    2/1/2021

---

Page 185

1    please do.
2    A.    I mean, I'm not -- again, I'm not
3    a police officer.  I've never been through
4    that kind of training, so I can't speak to
5    what an officer should or should not have
6    done.
7        I'll say that I don't think the
8    story reflects that they should have done
9    one thing or another.  The story as I read
10   it isn't about that.
11   Q.    (By Mr. Cockrell) What is it
12   about?
13   A.    The story, as I read it, is about
14   Megan Rondini, a young woman who said that
15   she believed she was raped, and by the end
16   of that process she felt like she had been
17   failed by many institutions and ultimately
18   committed suicide.
19   Q.    Did you believe that the
20   investigators had failed Megan Rondini?
21        MS. STROM:  Objection.
22        You can answer, Marisa.
23   A.    I didn't think -- I don't think

---

Page 186

1    that's what the story is about.  I don't
2    think that's what the published story says
3    or is about.
4    Q.    (By Mr. Cockrell) That's not
5    answering my question.
6        Did you feel that the
7    investigators failed Megan Rondini?
8        MS. STROM:  Objection to the
9    extent you're asking about the published
10   story and she's saying the story doesn't
11   say that one way or the other.
12        But, Marisa, you can answer.
13   A.    I mean, again, I've never -- I
14   didn't -- that's just not what I said or
15   what I encountered through the reporting
16   of this story is about who failed Megan
17   Rondini.
18        This is -- I mean to me really the
19   story and my job in the story is
20   presenting facts of interest to the public
21   and relevance to the public so that the
22   people reading the story can make
23   decisions.

---

Page 187

1    Q.    (By Mr. Cockrell) Can you name one
2    thing or anything that Josh Hastings and
3    Adam Jones did to fail Megan Rondini in
4    their investigation of her case?
5        MS. STROM:  Objection.
6        As she's already stated, the
7    article doesn't say that Hastings or Jones
8    failed anyone, but to the extent you want
9    to answer -- you can answer that question,
10   you may do so.
11   A.    I would say that the story doesn't
12   say that they failed, and, you know, more
13   importantly for me, I'm not their
14   supervisor.
15        I'm not a fellow member of that
16   force.  I can't adjudicate what their
17   performance was like on their job.  That's
18   just not something I handle or have done.
19   Q.    (By Mr. Cockrell) And I guess it's
20   fair to say you never knew or asked what
21   the homicide department policy was with
22   regard to investigating rapes and sexual
23   assaults; is that true?

---

Page 188

1    A.    My understanding is that Katie
2    repeatedly asked multiple people in the
3    department about this story for their side
4    of the story, much of which is published
5    in the final article.
6        Not everyone responded to our
7    request for comment, but there was a great
8    effort to understand all sides and to
9    present that information to the public.
10   Q.    And that's your opinion?
11        MS. STROM:  Objection.
12   A.    I see that -- I'm speaking
13   truthfully on record and that's my truth
14   on the record.
15   Q.    (By Mr. Cockrell) Okay, I accept
16   that.
17        Okay.  We would offer Plaintiff's
18   Exhibit 48.
19        I read in one of the emails where
20   it says Katie said that she wanted to
21   release the story when students and
22   faculty were on campus.  Do you remember
23   that?

---

47  (Pages 185 to 188)

Marisa Carroll                                                    2/1/2021

---

Page 189

1          MS. STROM:  Objection.
2          To the extent you're talking
3    about a specific email, you should show it
4    but --
5    Q.     (By Mr. Cockrell) Plaintiff's
6    Exhibit 49, it is 2570.
7          MR. RITCHEY:  2570?
8          MR. COCKRELL:  Yes.
9          (Whereupon, a document was marked
10         as Plaintiff's Exhibit No. 49 and
11         is attached to the original
12         transcript.)
13   Q.     Can you see it?
14   A.     I can see that.  Thank you.
15   Q.     Okay.  Let me know when you're
16   ready.
17   A.     I'm ready.
18         Can you please repeat the
19   question?  I'd appreciate it.
20   Q.     Sure.  I'm just going to do it a
21   little bit different.
22         I'm going to read this.  It says
23   Katie, wrapping up University of Alabama

---

Page 190

1    story, it's almost done but we're going to
2    hold until March 21st because students are
3    about to go on Spring Break.
4          In my and Katie's experience you
5    want students and staff to be on campus
6    when a story like this drops.
7          Does that -- that was from you to
8    her -- excuse me, to Shani Hilton.  Is
9    that your words in that email?
10   A.     Correct, that looks like me
11   telling that to Shani, yes.
12   Q.     And why is that?  Why did -- why
13   was it important that students and
14   faculty, staff be on campus when the story
15   drops?
16   A.     Because we do stories that are of
17   the public interest, so if this is a story
18   that in large part is about what went down
19   at the University of Alabama about one
20   young woman's story that took place at the
21   University of Alabama, we would want to
22   publish it when people who it matters to,
23   including people at the University of

---

Page 191

1    Alabama, would be there the read it.
2    Q.     So increase your readership, is
3    that why?
4          MS. STROM:  Objection.
5          Asked and answered but go,
6    ahead Marisa.
7    A.     For me it's about reaching people
8    for whom this story is in the public
9    interest of.
10         So if you're, you know, writing a
11   story about a college, it's relevant to
12   people who go to that college, for
13   instance.
14   Q.     (By Mr. Cockrell) Do you know
15   whether or not Katie was investigating
16   another alleged rape or sexual assault at
17   the time of this Rondini case in
18   Tuscaloosa?
19   A.     I can't remember.
20         MR. COCKRELL:  Offer 49.
21         (Whereupon, a document was marked
22         as Plaintiff's Exhibit No. 50 and
23         is attached to the original

---

Page 192

1    transcript.)
2    Q.     Let me show you Plaintiff's
3    Exhibit 50.
4          2620, Scotch?
5          Let me know when you've got it.
6    A.     I see it.
7    Q.     Okay.  In her it says -- it's an
8    email from you and it's to Sharmila,
9    subject Rondini draft, February 16th.
10         And it says Katie Baker, including
11   Tuscaloosa, let's talk about the wording
12   today please.  Katie Baker, what if we
13   just don't implicate Tuscaloosa.  Do you
14   know what she meant by that?
15         MS. STROM:  Objection.  This
16   is not an email.
17         This is a Google comment as
18   we've discussed before, and objection,
19   without the full draft that it's
20   responding to, it's hard to understand the
21   context.
22         But if you can understand,
23   Marisa, please go ahead.

---

Marisa Carroll                                                    2/1/2021

Page 193

1    A.    My answer to the question is I
2    really don't -- I don't know what this is
3    about or what she would have been talking
4    about.
5    Q.    (By Mr. Cockrell) It says, from
6    you, why, I'm happy to discuss this in
7    person Wednesday if easier.
8         Do you remember having a
9    conversation with her about whether to
10   implicate Tuscaloosa or not?
11            MS. STROM:  Whether to what
12   Tuscaloosa?  Sorry.
13   Q.    (By Mr. Cockrell) To implicate
14   Tuscaloosa or not.
15            MS. STROM:  Objection to the
16   extent she just says she doesn't recall
17   this, but go ahead, Marisa.
18   A.    Yeah, I don't know even what is
19   meant by implicate Tuscaloosa.
20        I just really don't remember -- I
21   don't understand this document or remember
22   something that would help me understand
23   what this is or what the conversation

Page 194

1    would have been.
2    Q.    (By Mr. Cockrell) You said why,
3    but you don't remember any -- when she
4    said should we leave out -- what if we
5    just don't implicate Tuscaloosa and your
6    response was why, but you don't remember
7    any of that; is that correct?
8    A.    Yes.  And I also don't even
9    understand what the sentence that we're
10   talking about is.
11        Like I said, the way that is --
12   that the Google Doc works I don't know
13   enough of the context that might help me
14   understand, but I also don't remember
15   having a meeting.
16   Q.    Yeah, I'm just -- I'm asking you
17   questions off of what was produced to us
18   in discovery, so if there's more -- you
19   think there would be more that would
20   explain that?
21            MS. STROM:  Objection, and I
22   will represent that we've produced all the
23   drafts, so this would correspond to a

Page 195

1    draft, but go ahead, Marisa.
2    A.    Yeah, that's all I'm saying these
3    are -- so this is the comments that would
4    be in a Google Doc, so normally what would
5    happen is someone highlights a word in a
6    Google Doc and ask a question so that's
7    how I would know more.
8    Q.    (By Mr. Cockrell) So you would
9    have to know more to be able to answer my
10   question; is that correct?  You have to
11   see more?
12   A.    It might help if I knew more.  I
13   can't guarantee that I would know what I
14   meant by why in February 2017 or whatever
15   at the time, but I would -- yeah.
16   Q.    That's fair.
17   A.    I can say for sure I don't
18   understand right now.
19   Q.    Okay, thank you.
20        Plaintiff's Exhibit 51.
21        (Whereupon, a document was marked
22        as Plaintiff's Exhibit No. 51 and
23        is attached to the original

Page 196

1    transcript.)
2    Q.    It is BuzzFeed 2527.
3            MS. BOLGER:  This is 51?
4            MR. COCKRELL:  Yes.
5    Q.    Let me know when you've had a
6    chance to look over it.
7    A.    May the person whose screen this
8    is please push the zoom in button once or
9    twice?  I appreciate it.
10            MS. STROM:  And for just my
11   benefit, could someone scroll down so we
12   can read the whole document?
13            MR. RITCHEY:  Tell me when
14   y'all are ready to scroll because I don't
15   think it will fit on the whole screen at
16   one time.
17            MS. STROM:  Marisa, you do
18   the leading, let him know.
19            MR. RITCHEY:  Just let me
20   know and I'll try to do that.
21   A.    I'm ready for you to scroll please
22   thank you.  Appreciate it.
23        Great, I read it.

49 (Pages 193 to 196)

Marisa Carroll                                          2/1/2021

Page 197

1    Q.    (By Mr. Cockrell) And you said in
2    here that the story is -- let's read it
3    right here what you've got.
4         This is more Google Docs; is that
5    correct?
6    A.    This is more Google Docs, yes.
7    Q.    And it's where you're making
8    recommendations or responding to
9    recommendations of others; is that
10   correct?
11   A.    And oftentimes asking questions.
12   So asking, really interrogating the writer
13   or other people involved in the story so
14   that we can best understand the story and
15   how to communicate the information, yes.
16   Q.    When you said right here, that
17   this seems like the right note, appreciate
18   that this story is very explicit and
19   pointing to institutional problems,
20   failures, and what can be done to fix them
21   instead of just reading like a sad
22   narrative about these poor women.
23        You said these poor women.  Who

Page 198

1    are you talking about there?
2    A.    I believe that I mean women who --
3    first of all, I'm speaking generally, so
4    when I say sad narrative about these poor
5    women, I mean, like wah, wah, like a sad
6    sack story, and I think I was speaking
7    specifically to women who attend
8    University of Alabama.
9    Q.    Do you know of anybody else at the
10   University of Alabama, any other woman,
11   that's alleged sexual assault or rape that
12   you've interviewed or know of Katie
13   interviewing?
14   A.    I know in the published story it
15   describes 27 women, I believe is the
16   number, and this is not a -- but I don't
17   -- I definitely couldn't say that I know a
18   specific say another woman.
19        But I do -- yeah, I know that we
20   referenced other women who attend the
21   University of Alabama in the story, so
22   that's where I'm pointing to, but I can't
23   -- I couldn't -- I guess that's my answer

Page 199

1    is I don't know, except I know upon
2    re-reading the story that it mentions that
3    other women had brought sexual assault
4    complaints to the University of Alabama.
5    Q.    Had you ever talked to anybody
6    that brought a sexual assault complaint or
7    talked to or did Katie or anybody else
8    that you know of of a lady that accused
9    T. J. Bunn of sexual assault other than
10   Katie, other than Megan --
11        MS. STROM:  Sorry, go ahead,
12   Bob, finish.  If you're finished, then
13   objection.
14        And, Marisa, to the extent
15   that this is going to reveal the identity
16   of a confidential source, do not answer
17   it.
18        But to the extent you can
19   answer this question without revealing the
20   identity of a confidential source, you may
21   do so.
22   A.    I have to answer the first part of
23   the question, no, I never spoke to and I

Page 200

1    also, you know, she had passed, but I
2    never spoke to Megan Rondini.
3        Usually it's extremely rare for an
4    editor to be having conversations with
5    sources in stories.  That's for the
6    reporter, the reporter to do.
7        So the second part, would you
8    please repeat the second part of your
9    question?  Thank you.
10   Q.    (By Mr. Cockrell) The second part
11   was do you know if Katie spoke with
12   another person who accused T. J. Bunn of
13   rape or sexual assault?
14        MS. STROM:  Same objection.
15   A.    To my recollection I don't
16   remember the details.  I don't remember
17   the details, but I do -- what I do recall
18   is that there was another source
19   completely unrelated to Megan Rondini who
20   we ended up not including -- we mutually
21   agreed not to include her in the story.
22        My memory of the situation is that
23   she was worried about retaliation from

50  (Pages 197 to 200)

Marisa Carroll                                    2/1/2021

Page 201

1    Mr. Bunn, and as a result we came as a
2    news institution, our team at BuzzFeed and
3    the person, agreed not to include her in
4    the story.
5    Q.    (By Mr. Cockrell) Is there any
6    other reason you-all decided not to
7    include her in the story?
8         MS. STROM:  Objection.
9         You can answer.
10   A.    The same reason I described, if
11   not, you know -- so I would say, you know,
12   no, that's my answer.
13   Q.    (By Mr. Cockrell) Okay.  All
14   right.
15        MS. STROM:  Bob, if you're
16   going to go to a different topic, maybe we
17   could take a break soon.
18        MR. COCKRELL:  Yeah, we will
19   pretty quick.  Let me get through this
20   real quick.
21   Q.    It says you talked about
22   institutional problems or failures.  What
23   institutional problems or failures are

Page 202

1    y'all saying that happened in Tuscaloosa
2    in the Megan Rondini case?
3         MS. STROM:  Objection, to
4    the extent that that mischaracterizes this
5    Google Doc and the article.
6         But go ahead, Marisa.
7    A.    To the best of my recollection
8    this mirrors what we wrote at the top of
9    the story, is that this is a young woman
10   who felt that she was -- who felt
11   unsupported by various institutions.
12        So from, you know, this is a story
13   about a young woman who reported a sexual
14   assault to authorities and to her school
15   and she felt as though she was failed to
16   the point where she, you know, seemed to
17   have fallen into a depression and
18   committed suicide after leaving her
19   school.
20   Q.    (By Mr. Cockrell) Did BuzzFeed--
21   you, Katie Baker, or anybody --determine
22   yourselves that there were institutional
23   failures that failed Megan Rondini?

Page 203

1         MS. STROM:  Objection.
2    A.    I mean --
3         MS. STROM:  Sorry, you can
4    answer.
5    A.    I can't speak for what Katie or
6    anyone else thinks.
7         My role and I find that my role is
8    to present facts and to present, you know,
9    fair information to a reader, and then,
10   you know, really from there it's on
11   readers to draw their opinion and what
12   they think about a story.
13        Our job is to find and report on
14   stories that are in the public interest
15   and then by reviewing those facts a reader
16   draws their opinion.
17   Q.    (By Mr. Cockrell) Well, did you
18   form one in your review of the facts
19   whether there was a failure of
20   institutional -- failure of the
21   institutions in Tuscaloosa in some way?
22   A.    I'm neither a lawmaker or a police
23   officer, so I tend to defer to other

Page 204

1    people on whether those -- on those types
2    of decisions and opinions.
3    Q.    Did you do that when you performed
4    editing on the BuzzFeed article regarding
5    Megan Rondini, defer to other people?
6    A.    The reader.  I mean ultimately it
7    is the reader and it is folks who are
8    reading the story who my job is to convey
9    fair and accurate information, and from
10   there the reader to draw whatever they're
11   takeaway is from a story.
12   Q.    Did it seem fair to you to tell
13   Megan Rondini's story and not tell --
14   produce all the evidence, all the video,
15   all the other evidence that was out there
16   so the public could decide?
17        MS. STROM:  Objection to the
18   extent you're insinuating that the other
19   side was not included in the article.
20        But you can answer, Marisa.
21   A.    Yeah, I mean I would say we went
22   -- we always do our best to take special
23   care as in this case to include -- to

51  (Pages 201 to 204)

Marisa Carroll                                                    2/1/2021

Page 205

1   include all sides, to include quotes from
2   say Gary Hood, to reach out for comment to
3   explain.
4          And really what my job is and what
5   my role is is to help tell a story that is
6   fair and accurate and true, and I do think
7   I did that there.
8          I can't -- I don't know what other
9   information you're speaking to, but I feel
10  confident that we told a fair and accurate
11  story and I trust --
12  Q.     (By Mr. Cockrell) Go ahead, I'm
13  sorry. I didn't mean you cut you off.
14  A.     And speaking of institutions,
15  institutionally that's why we have a fact
16  checker, that's why we have two editors.
17         That's why we have a reporter
18  whose work we -- whose work we not only
19  trust but who we've seen do a really
20  dogged, fair job in action.
21         So that's why it's important to us
22  to have multiple people as stop gaps
23  working on these stories so that at the

Page 206

1   end of the day we do feel like they're
2   fair and accurate.
3   Q.     If you had direct evidence that
4   refuted a claim by the victim as here,
5   that she was unconscious or can't
6   remember, you know, is it on you to show
7   it all so that the public can decide one
8   way or the other?
9          MS. STROM: Objection. To
10  the extent this is insinuating that the
11  story is about if Megan Rondini was raped
12  or not, and object as to what direct
13  refute means, but if you can answer that,
14  Marisa, you can.
15  A.     I don't know -- I really don't
16  know what you mean.
17  Q.     (By Mr. Cockrell) Because you
18  haven't seen all the video from the
19  apartment complex security cameras, have
20  you?
21         MS. STROM: Objection. That
22  completely mischaracterizes her prior
23  testimony.

Page 207

1   Q.     (By Mr. Cockrell) You can answer.
2   A.     I don't understand what this
3   question has to do with the published
4   story or with my role and work on the
5   story.
6   Q.     Well, you were one of the decision
7   makers of what's left out and what's comes
8   into the story, am I wrong?
9   A.     I was an editor -- one of the
10  editors on this story. I don't understand
11  what videos that I don't -- I just don't
12  remember enough information to be able to
13  understand not only how to answer but even
14  the question that you're asking.
15  Q.     Fair enough. All right.
16         MS. STROM: Is it time for a
17  break now, Bob?
18         MR. COCKRELL: Yeah. We
19  offer 51 and we'll take a break.
20         MS. STROM: Thank you.
21         VIDEOGRAPHER: Off the
22  record at 1:42.
23         (Recess was taken.)

Page 208

1          VIDEOGRAPHER: Back on the
2   record at 1:55.
3   Q.     (By Mr. Cockrell) All right.
4   Let's mark this one. I hate to mark it.
5   I may ask you about it first and just see,
6   you know.
7          It's another -- I don't know if
8   you can see this or not. Can you see
9   that?
10  A.     No.
11  Q.     Too bad. Okay. I was trying to
12  save us time. Okay.
13         I'm going to tell you, Marisa, I
14  apologize. I tell them I'm a low-tech
15  redneck, and we're not used to taking
16  depositions like this so we're --
17         MS. STROM: I don't think
18  any of us are used to these Zoom
19  depositions because we're all figuring it
20  out.
21         MR. COCKRELL: I hate them.
22  I would rather be in New York eating
23  cheesecake up there, but any way, here we

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                          2/1/2021

Page 209

1    are.
2            MS. STROM:  Trust me, that
3    is not what you would be doing right now.
4    You'd be taking cover.
5    Q.    (By Mr. Cockrell) All right.  I'm
6    looking at -- I'm looking at another one
7    of those Google Docs and it says from
8    Katie Baker to Tina Susman, and then it
9    goes down here and you make a comment Tina
10   Susman --
11           MS. STROM:  Sorry, Bob,
12   let's show it.  I know you're trying to
13   save us time --
14           MR. COCKRELL:  Yeah, it's
15   not really that relevant and that's why I
16   hate to do it, but what exhibit number are
17   we at?
18           COURT REPORTER:  52.
19           MR. COCKRELL:  All right.
20   Scotch, it is 2346.
21         (Whereupon, a document was marked
22         as Plaintiff's Exhibit No. 52 and
23         is attached to the original

Page 210

1    transcript.)
2    Q.    Let him know when you want him to
3    scroll down.
4    A.    You can scroll down, thank you.
5    You can keep scrolling.
6    Q.    Scroll, a little more, Scotch.
7    Let me know when you're through.  It's a
8    lot of reading for such a short little
9    answer -- question, but you know.
10   A.    If there's more to scroll, then
11   you can keep scrolling.
12   Q.    Keep scrolling.
13           MR. RITCHEY:  That should be
14   the end of that.  That should be the end
15   of that document.
16   A.    I'm ready when you're ready.
17   Q.    (By Mr. Cockrell) Okay.  Go back
18   to back -- there's a first page, Scotch.
19   I think you wrote on the Google
20   document this is kind of stupid with
21   something like this, maybe we can make
22   this even more dramatic.  And maybe Katie
23   said that, and you said definitely

Page 211

1    something like this.
2           What were y'all talking about to
3    make it more dramatic?
4    A.    I have no idea.
5    Q.    Is there any -- I know this has
6    been redacted above and beyond.  Would
7    that help you be able to answer that
8    question if we had it, if it wasn't --
9           MS. STROM:  Objection.
10   Objection.
11   A.    I just don't know what this is
12   about and I also couldn't then -- so I
13   can't predict if I had more words if I
14   know what it was about.  I just don't -- I
15   just don't know looking at this what is it
16   about.
17   Q.    (By Mr. Cockrell) We know if we
18   can't see it, we don't know if it could
19   help or not; is that right?  Help you
20   remember?
21           MS. STROM:  Objection.
22   Objection.
23   Q.    (By Mr. Cockrell) Isn't that true?

Page 212

1    A.    All I can -- I just don't -- I
2    just don't remember and I don't know
3    enough to give you any other answer than I
4    just don't know what this is about.
5    Q.    And I don't have enough on here to
6    help jog your memory to be able to do that
7    so we'll move on.
8           MR. COCKRELL:  We offer
9    Exhibit 52.
10           MS. STROM:  Bob, that was 51
11   and you're showing 52?
12           MR. COCKRELL:  That was 52.
13           COURT REPORTER:  That was
14   52, 2346.  51 was 2527.
15           MS. BOLGER:  What was 50?
16           COURT REPORTER:  50 was
17   2620.
18           MR. COCKRELL:
19   Scotch, pull up 2475, and this will be 53;
20   right?
21         (Whereupon, a document was marked
22         as Plaintiff's Exhibit No. 53 and
23         is attached to the original

Marisa Carroll                                          2/1/2021

Page 213

1          transcript.)
2     A.    Can you please zoom in a couple of
3  times?  Thank you.  I'm ready for you to
4  keep scrolling.  Thank you.  You can keep
5  scrolling.  Keep scrolling.  You can keep
6  scrolling.
7          MR. RITCHEY:  I think it's
8  frozen.
9          MR. COCKRELL:  Technology.
10  I'm glad I'm at the end of my career and
11  not the beginning.
12          Is that the first page?
13          MR. RITCHEY:  I think this
14  is last part of the second page.
15          MR. COCKRELL:  Pull up in
16  first page and it's 2475 and this is 53.
17  Q.    All right.  Can you see it?
18  A.    I can see what's on the screen
19  now, yes.
20  Q.    Okay, good.  This is Plaintiff's
21  Exhibit 53.
22          Is this more of those Google Docs?
23  A.    This would have been yes, related

Page 214

1  to a Google Doc.
2  Q.    It says here about one, two, maybe
3  three paragraphs down, Marisa Carroll,
4  when politicians and committee leaders
5  don't take rape reports seriously cases
6  will crumble along the way, said Colby
7  Bruno, senior legal counsel at Victims
8  Rights Law Center.
9          Did you interview him or did one
10  of the reporters interview him?
11          MS. STROM:  Objection as to
12  him.  Are you talking about Colby Bruno?
13          MR. COCKRELL:  Colby Bruno.
14  I don't know what his real name is.
15  A.    I could only guess.  I would guess
16  that Katie interviewed him, but I would
17  rather just say that I did not and I can't
18  remember.
19  Q.    It says whether it's the president
20  of the United States, a police chief, or
21  the head of a hospital these positions
22  matter because they can establish policies
23  and protocols that prevent and punish or

Page 215

1  they can ignore problems.
2          Did you find evidence that the
3  hospital ignored the problem in
4  Tuscaloosa, DCH Medical Center?
5          MS. STROM:  Objection.
6  A.    So I didn't -- first of all, my
7  understanding is that this wasn't a --
8  this isn't a paragraph I would have
9  written.  That would have been in a Google
10  document and I'm responding to it in the
11  note below to it.
12  Q.    (By Mr. Cockrell) Okay.  In fact,
13  you said you don't feel like you need
14  this; right?
15  A.    Yeah, it looks like I responded to
16  this and said it seemed like we didn't
17  need that.
18  Q.    Since you have other experts
19  above.  What other experts were you
20  talking about?
21  A.    I can't remember.
22  Q.    It says other expert above.  Would
23  that have been something that would have

Page 216

1  been in the Google document that said the
2  name of that expert?
3          MS. STROM:  Objection.
4          You can answer if you
5  remember, Marisa.
6  A.    Yeah, it's just hard for me to
7  know without looking at it in the context
8  of the Google document.
9  Q.    (By Mr. Cockrell) Yeah, and it
10  would be hard to know if it's redacted,
11  too, wouldn't it, where you can go back
12  and look and see if it's there; is that
13  true?
14  A.    I just don't know.
15  Q.    Okay.  But we do know if you can't
16  see it, the document, you for sure can't
17  -- absolutely can't tell who the expert
18  was; is that correct?
19          MS. STROM:  Objection.
20  A.    I just don't know -- looking at
21  this, I just don't know what -- I just
22  don't have enough context to know what's
23  going on in this document.

54  (Pages 213 to 216)

Marisa Carroll                                          2/1/2021

Page 217

1    Q.    (By Mr. Cockrell) Okay.  And I'm
2    looking down further on the document, and
3    you wrote on this Google Docs, or maybe
4    Katie did, it says, Katie Baker, and it's
5    because powerful men are still able to pay
6    their way out of scrutiny, whether they're
7    Donald Trump or a good-ol boy from
8    Tuscaloosa, not this because it is legally
9    risky and a bit much, but something like
10   this I can't figure out what to do here,
11   help.
12       That's what Katie said; is that
13   right, Katie Baker?
14   A.    That's what it looks like, looking
15   at this document.
16   Q.    And you said it's also one of
17   those things where their power is based in
18   money, but there wasn't a direct payoff.
19       Do you remember saying that?
20   A.    I don't remember saying that, but
21   I can't see it here.
22   Q.    That would be your comment,
23   though?

Page 218

1    A.    Yes, it looks like a comment I
2    made in a Google Doc.
3    Q.    Did you find any evidence or
4    anybody at BuzzFeed any evidence that the
5    Bunns paid off the investigators, the
6    sheriff, the DA, or anybody to get
7    T. J. Bunn out of -- from being charged
8    with sexual assault or rape in the Rondini
9    case?
10   A.    I know that the article doesn't --
11   the published article doesn't say that and
12   it looks like I can't remember back to the
13   time, but it looks like this comment said
14   that that didn't happen either, so that's
15   all can I speak to.
16   Q.    Okay.
17   A.    I know the published article and
18   it seems like this comment that's what
19   we're saying.
20   Q.    And in the bottom down here, in
21   the middle of the next page, which is
22   2476, scroll up to that, Scotch.
23       Katie Baker said something like

Page 219

1    this to make it clear she thought she was
2    drugged.  What was she talking about
3    there?
4        MS. STROM:  Objection.
5    A.    I don't know what Katie was
6    talking about.  You would have to ask
7    Katie what she was talking about.
8    Q.    (By Mr. Cockrell) But you don't
9    know?
10   A.    I don't know.  I only know looking
11   at this page and you would have to ask
12   Katie.
13   Q.    Okay.  And you wrote did she tell
14   the police that she thought she was
15   drugged.  Can we say, but at some point
16   she blacked out according to the police
17   report.  She thought she had been drugged.
18   A.    Yes, it looks like that's a
19   comment that I wrote on the Google Doc.
20   Q.    What evidence did you have that
21   you thought she had been drugged?
22       MS. STROM:  Objection.
23   A.    So I don't deal in evidence.  I'm

Page 220

1    not a lawyer.  I'm not a police officer.
2    It seems in this comment, my best
3    understanding is that I'm asking the same
4    question you are, basically, right, is
5    where is an idea being attributed to.
6    Q.    And we're interested in the truth;
7    right?  In telling the truth.  So you
8    asked did she tell the police that she
9    thought she was drugged.
10       Did you ever get an answer to
11   that?
12       MS. STROM:  Objection to the
13   extent you're talking about if they're
14   telling the truth.
15       The article never said she
16   was drugged.  You can answer, Marisa,
17   beyond though.
18   Q.    (By Mr. Cockrell) It said the
19   simple --
20   A.    Yes, I can't -- I just can't
21   remember.  We could refer to the actual
22   article about what ended up running in the
23   published article, which is what this is

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                                    2/1/2021

Page 221

1    all about, but no, I don't -- I don't
2    remember.
3    Q.    Okay.  And then you asked down at
4    the bottom something that is true and fair
5    is that both Trump and Bunn have been
6    accused by multiple women, yet have been
7    untarnished by the accusations.
8         Is that just a comment you made?
9    A.    It looks like that's a comment I
10   made in the Google Doc that is then not
11   reflected in the final story.
12        MR. COCKRELL:  Scotch, let's
13   go to BuzzFeed 2471.  And this is what?
14        COURT REPORTER:  54.
15        (Whereupon, a document was marked
16        as Plaintiff's Exhibit No. 54 and
17        is attached to the original
18        transcript.)
19   Q.    Can you see it?
20   A.    I can see this, yes.  I'm trying
21   to read as you're scrolling.
22   Q.    Just take your time and read it.
23   A.    I'm ready for you to keep

Page 222

1    scrolling.
2         MS. BOLGER:  Bob, is this
3    54?
4         MR. COCKRELL:  It is.
5         MS. BOLGER:  My role here is
6    to count.
7         MR. COCKRELL:  Thank you, I
8    need all the help can I get.
9    A.    I'm ready for you to keep
10   scrolling please.  Thank you.  I'm ready.
11   Q.    Go to the first page, which is
12   2471.
13        You say Marisa Carroll, we
14   shouldn't use Trump's name since we don't
15   name Bunn here.  It is a parallel, but I
16   think this is fine and not weird to point
17   to Trump president.
18        And then Katie Baker says looks
19   like the biggest one is they're a high
20   false report rate, said Amy
21   Gundlach-Foster, a former executive
22   director of Tuscaloosa Turning Point
23   Center.

Page 223

1         So is Katie saying there, what
2    appears to me, that Amy Gundlach-Foster,
3    the former executive director of
4    Tuscaloosa Turning Point Center said that
5    that's not true, but myths are hard to get
6    out of people's head.
7         MS. STROM:  Objection to the
8    extent you're talking about Marisa Carroll
9    said and Katie said, those appear to be
10   about different comments in the Google
11   Doc, they don't go together, but your
12   question seems to be related just to that
13   second point.
14   Q.    (By Mr. Cockrell)  Do you know if
15   Katie talked to Amy Gundlach-Foster, the
16   former executive director of Tuscaloosa
17   Turning Point Center?
18   A.    It seems that way, but you would
19   have to ask Katie --
20   Q.    Okay.  You don't remember -- I'm
21   sorry.  Go ahead.
22   A.    Sorry.  I know she talked to
23   experts while reporting this story, but I

Page 224

1    can't -- I don't want to misspeak, so I
2    would say I don't know and better to ask
3    Katie or someone else.
4    Q.    Okay.  So you don't know of any
5    experts that she talked to in preparing
6    this story, the Rondini story, prior to
7    publication?
8    A.    Well, when I said that I know she
9    did speak to experts, but, you know, four
10   years later I don't remember their names
11   and she would have -- someone else would
12   have a better memory of that than I would.
13   Q.    You wouldn't have spoken with the
14   experts yourself, would you have?
15   A.    So that would actually be very
16   unusual -- it would be very unusual for an
17   editor to interview sources, so this is
18   the reason that these stories are --
19   require many countless hours from many
20   people.
21        So a reporter is out doing the
22   interviews and an editor is work -- in
23   this case, multiple editors, are working

56  (Pages 221 to 224)

Marisa Carroll                                    2/1/2021

Page 225

1  with the reporter and then a fact checker
2  goes back and reviews the information and
3  the interviews, but, no, it would be very
4  unusual for me to interview an expert on a
5  story.
6     Q.    Would it be unusual for an editor
7  to review expert reports on a story?
8            MS. STROM:  Objection, to
9  the extent expert reports is unclear to
10  me, but go ahead, Marisa.
11    A.    Yeah, could you explain more about
12  what you mean by expert reports?
13    Q.    (By Mr. Cockrell) Like expert
14  reports that might be quoted in the
15  potential story that you're working on
16  that you're editing.
17         Would it be unusual -- you get the
18  draft of it and it mentions an expert and
19  quotes an expert, would you ever see as an
20  editor a written expert report that was
21  used to write the article?
22    A.    I don't understand like an expert
23  report as maybe it's a law term of art but

Page 226

1  that has -- I just don't understand.
2     Q.    Well, we call them expert
3  witnesses, but you would probably call it
4  as a reporter expert on the subject, you
5  know, like sexual assault or rape.
6         If Katie say, for example, is
7  going to write a story on sexual assault
8  and rape and she gets some experts to give
9  quotes and they provided her with a
10  report, is that something you would need
11  to look at as an editor?
12            MS. STROM:  Objection.
13  Assumes that there's expert reports, but
14  go ahead, Marisa.
15    A.    Like an expert report is not
16  anything that I have ever heard of, so I
17  just don't -- so I don't know.  And if the
18  reporter interviews experts, they
19  interview the experts.
20    Q.    (By Mr. Cockrell) So you haven't
21  seen any expert reports in this case?
22  That would have probably been a better
23  question to ask to start with; is that

Page 227

1  right?
2     A.    I don't know if I've ever seen an
3  expert report in my whole career.  That's
4  not an idea that's familiar to me.
5     Q.    I'm asking in this case, the
6  Rondini case, for the Rondini story have
7  you seen any expert reports prior to
8  publication?
9            MS. STROM:  Objection.  She
10  said many times she doesn't even know what
11  you're referring to by an expert report,
12  so hard to answer that question.
13    A.    I don't understand what an expert
14  report is so I don't -- I don't remember
15  because I just don't understand what that
16  would be.
17    Q.    (By Mr. Cockrell) It would be
18  where an expert renders their opinion to
19  some subject that's relevant to the story
20  in writing or by email or, you know, could
21  be electronic or written form.
22         Did you see anything like that in
23  this case?

Page 228

1     A.    Again, I think there's like just a
2  misunderstanding of what that is in
3  journalism.
4         I just don't know what that -- I'm
5  not familiar with the idea with that at
6  all, so no, I didn't review something
7  called an expert report in this case to
8  the best of my recollection, but I don't
9  -- I just don't totally understand the
10  question and what that could.
11    Q.    Okay, that's fine.
12            MR. COCKRELL:  We offer 54.
13            MS. STROM:  That was 54;
14  right?
15            MR. COCKRELL:  That's
16  correct.
17    Q.    I'm looking at BuzzFeed 2472, that
18  will be 55, Plaintiff's Exhibit 55.
19            (Whereupon, a document was marked
20            as Plaintiff's Exhibit No. 55 and
21            is attached to the original
22            transcript.)
23    A.    I'm ready for you to scroll down

57 (Pages 225 to 228)

Marisa Carroll                                              2/1/2021

Page 229

1    please.  I've read this now.
2    Q.    Okay.  If go to BuzzFeed 2472, the
3    first page, go down a little further, the
4    last sentence there says Marisa Carroll
5    agree, I think that the reason we added
6    these expert quote was because a nut
7    wasn't strong enough, but now it's really
8    strong.
9         Katie is clear but also can be
10   authoritative here since, one, she has so
11   much reporting in the story, and, two,
12   this is area of expertise.
13        Is stories on sexual assault and
14   rape Katie Baker's area of expertise?
15   A.    Yeah, it's her -- at the time was
16   her beat in journalism, one of her beats.
17   Q.    What's a beat?
18   A.    A beat is a particular topic area
19   that a reporter is particularly skilled on
20   or a topic area that a reporter does a
21   number of stories building -- accumulating
22   experience on the topic and doing stories
23   on that topic.

Page 230

1    Q.    Do you know what expert quotes
2    they're talking about here, you're talking
3    about in your Google Doc response here?
4    A.    I don't remember.
5    Q.    When you say the nut wasn't strong
6    enough, what does that mean?
7    A.    I don't remember -- I don't know
8    what that means from reading this.
9    Q.    You say but now it's really
10   strong.  What do you mean by that?
11   A.    Same, I just don't -- I just don't
12   understand or remember.
13   Q.    And when you say that Katie is
14   clear but also can be authoritative here
15   since, one, she has so much reporting in
16   the story.  What does so much reporting in
17   the story mean?
18   A.    I also -- I mean, I even have
19   typos in this one.  It's hard for me to
20   understand looking at it what it is.  I
21   know that this is -- yeah, I just don't
22   know.
23   Q.    Okay.  And you consider this as

Page 231

1    her area of expertise?
2    A.    Katie -- I don't know what her job
3    title or what her beat is now, but at the
4    time, yes, Katie was a preeminent reporter
5    with lots of experience covering all sorts
6    of gender issues, gender violence, sexual
7    assault.
8    Q.    Can you think of any articles that
9    were published in particular where she is
10   authoritative with regard to the area of
11   sexual assault and rape and gender
12   violence?
13   A.    It's hard for me to name a
14   specific story because I know she's worked
15   and I've worked with her on so many, but I
16   haven't been her -- you know I haven't
17   been her colleague in a couple of years
18   now at least.
19   Q.    These stories prior to publication
20   of the Rondini story that she wrote on
21   this subject were they all for BuzzFeed?
22   A.    Could you repeat the question?
23   Sorry.

Page 232

1    Q.    Yeah, these stories that she
2    reported on sexual assault and rape and
3    gender violence prior to publication of
4    the Rondini story, were they all for
5    BuzzFeed or do you recall if she published
6    anywhere else -- she was published
7    anywhere else?
8    A.    You would have to ask Katie.  I
9    recall that she had worked at and
10   published, you know, well-respected, even
11   award-winning stories at other outlets
12   before and different than BuzzFeed.
13   Q.    Can you tell me what other
14   outlets?
15   A.    She would do better at answering
16   this question.  I know that she worked for
17   one at Newsweek Magazine and I also know
18   in the time that I worked with her she
19   published -- I think she's better suited,
20   but I know that she worked at Newsweek
21   Magazine and Jezebel.
22   Q.    Jezebel.  What is Jezebel?
23   A.    It's a blog, a news blog, that

Marisa Carroll                                           2/1/2021

Page 233

1    does that does reporting but I actually
2    don't -- I'm not the right person to
3    describe it as I never worked there.
4    Q.    Okay.  We offer Plaintiff's
5    Exhibit 55.
6          What is a straight news story?
7    What's the definition of a straight news
8    story?
9    A.    I don't know the answer to that
10   question.  Are you quoting something
11   specifically?
12   Q.    Yeah, let me -- I'll go ahead and
13   put it in.
14         (Whereupon, a document was marked
15         as Plaintiff's Exhibit No. 56 and
16         is attached to the original
17         transcript.)
18   Q.    Plaintiff's Exhibit 56.  If we
19   were together I could just show you and we
20   wouldn't have to go through all of this,
21   but that's the way it works now.
22         BuzzFeed 2663.  You can pull that
23   up for us, Scotch?

Page 234

1    A.    I'm ready for you to scroll if
2    there is more.  I'm ready when you are.
3    Q.    Yeah, let me know -- I want to
4    give you plenty of time to read, but just
5    let me know when you're ready.
6    A.    Would you actually mind scrolling
7    up a little more just so I can see the
8    very top of it?  I sort of skimmed over
9    it.  That part.  Great.  Okay, Thank you.
10   Q.    This is another one of the Google
11   Docs; is that correct?
12   A.    Yeah.
13   Q.    I'm learning something today.
14   Okay.
15         So after having read that, can you
16   tell me what you're referring to as
17   straight news story?  What is that?
18   A.    I honestly don't know because I
19   don't know -- without knowing the quote
20   and without knowing everything, I just
21   don't know what I would have meant by
22   that.
23         MS. STROM:  I just want to

Page 235

1    represent again, Bob, that we've produced
2    all of the drafts and all you have to do
3    is put together the drafts with the Google
4    Docs so they can correspond.
5          MR. COCKRELL:  Yeah, I
6    can't -- you know without seeing the quote
7    I can't help her, you know, where she can
8    answer the question which is probably in
9    the redacted part.
10         MS. STROM:  No, no.  These
11   aren't part of redacted.  These go to the
12   Google document.  We've given you all of
13   the drafts.
14         The Google documents are the
15   drafts, we've produced all the drafts for
16   you, so these correspond to the comments
17   in the draft.  All you have to do is put
18   them together.
19         MR. RITCHEY:  Just off the
20   record.
21         (Off-the-record discussion.)
22         MR. COCKRELL:  Either way, I
23   can't see the quote.

Page 236

1          MS. STROM:  If you put it
2    with the Google draft you could, because
3    you could see it's responding to draft
4    216, so you go to draft 216 and you can
5    find where it says that in the draft.
6          MR. COCKRELL:  You got that,
7    Scotch?
8    Q.    Okay.  Was this story --
9          MS. STROM:  That's the way
10   the technology works for producing Google
11   drafts.
12   Q.    (By Mr. Cockrell) Was this story a
13   straight news story, the Rondini story?
14   A.    I don't know, without knowing what
15   I meant or what one means by straight news
16   story.  I just don't know.
17   Q.    What kind of story was it?
18   A.    I would say this was an
19   investigative news story.  It was an
20   investigative story.
21   Q.    Okay.  All right.  We offer
22   Exhibit 56.
23         I'm going to mark this Plaintiff's

59  (Pages 233 to 236)

Marisa Carroll                                          2/1/2021

Page 237

1   Exhibit 57.
2           (Whereupon, a document was marked
3       as Plaintiff's Exhibit No. 57 and
4       is attached to the original
5       transcript.)
6   Q.      Go ahead, and pull that up,
7   Scotch, it's 2752.
8           Let me know if you're through
9   reading it.
10  A.      I've read it.
11  Q.      Okay.  I'm reading under Katie
12  Baker, it says special inquiry, worth
13  getting a quote from an expert about how
14  this is weird.
15          And you wrote, weird how?  Weird
16  compared to other cities, states,
17  percentages of special inquiries, question
18  mark.  That's all I got out of that.
19          Did Katie respond to you on that?
20  A.      I don't remember.
21  Q.      Do you know if there was an expert
22  hired to determine whether special
23  inquiries were weird when compared with

Page 238

1   what other cities and states do?
2   A.      So I do want you to know that we
3   don't hire experts in journalism.  It's
4   very taboo to pay anyone to be an expert
5   to give an interview because that's how
6   we're -- when we talk to experts we're
7   speaking to them as sources being, for
8   instance, interviewed in a story so we
9   would not ever pay someone.
10  Q.      Thank you for that.
11  A.      But I can't -- I know Katie spoke
12  to many, many experts and spoke to the
13  people, you know, and asked the most key
14  experts in many ways who are the people,
15  you know, within the department who deal
16  with special inquiries to ask them
17  questions to be reflected in the story
18  itself, but I can't remember specifically
19  who was all asked about it.
20  Q.      Okay.  That's probably a question
21  better for Katie.
22          Would you agree with me that rank
23  and file in police investigators like Adam

Page 239

1   Jones and Josh Hastings don't set policies
2   like special inquiries, they just follow
3   them?  Would you agree with that?
4           MS. STROM:  Objection.
5       Objection.  She's not a police officer or
6       sheriff, but answer to the extent you can.
7   A.      Well, I was just going to say you
8   asked a similar question before and my
9   answer is the same, which is that I'm not
10  a police officer.
11          I've never been to police
12  training.  I can't -- I just don't know
13  the answer to that question.
14  Q.      (By Mr. Cockrell) Okay.  Do you
15  know if Katie Baker has any training in
16  law enforcement or anything like that?
17  A.      I don't know.  You'd have -- I
18  couldn't answer that question.
19  Q.      Do you know --
20  A.      Because I don't -- I don't know
21  the answer.
22  Q.      -- if anybody on the team that
23  evaluated the Rondini story or edited or

Page 240

1   had anything to do with it, had any law
2   enforcement or training or experience?
3   A.      I don't know if who or anyone on
4   -- who worked for BuzzFeed had law
5   enforcement experience.
6           When you open it up to anyone
7   involved at all, for instance, people who
8   were interviewed, I know Katie did
9   interview people who had law enforcement
10  training.
11  Q.      Right.  I'm talking about in the
12  hierarchy of BuzzFeed that had anything to
13  do with the Rondini story, not outside of
14  it.
15  A.      I don't know the answer to that
16  question.
17  Q.      Okay.  That's fair.
18          Offer Plaintiff's Exhibit 57.
19          Why was it necessary in the story
20  to say that Megan was a vegetarian?
21          MS. STROM:  Objection to the
22      extent it's necessary, but go ahead,
23      Marisa.

                          60  (Pages 237 to 240)

Marisa Carroll                                              2/1/2021

Page 241

1    A.    Yeah, I don't -- I don't -- I
2    guess, I don't understand the idea of
3    necessary.
4    Q.    (By Mr. Cockrell) Why was it
5    relevant?  Why was it relevant to the
6    story or helpful to the story that she was
7    a vegetarian?
8    A.    I mean we include details about
9    the subject of stories.
10   Q.    Did it help tell the story in some
11   way?
12   A.    This is a story about Megan
13   Rondini and, you know, when you're telling
14   a story about someone, especially someone
15   who hasn't lived to tell her own story,
16   that's why we include -- we always include
17   details about the person who a story is
18   primarily about.
19   Q.    I think said Marisa Carroll, I eat
20   meat.  I guess you eat meat, I guess
21   that's your words, and you wrote that if
22   that's so think we can make a bigger point
23   of her being --

Page 242

1         MS. STROM:  Can you show the
2    document you're reading from?
3    Q.    (By Mr. Cockrell) Yeah, I'm going
4    to show it without introducing it.  Well,
5    we'll introduce it.
6         (Whereupon, a document was marked
7         as Plaintiff's Exhibit No. 58 and
8         is attached to the original
9         transcript.)
10   Q.    Plaintiff's Exhibit 58.
11        COURT REPORTER:  What's the
12   number?
13        MR. COCKRELL:  Excuse me,
14   It's 2478.
15   A.    If you scroll down is there more
16   or is this the --
17   Q.    That's the only sheet I'm looking
18   at, one page there.  Are you through?
19   A.    I'm through.
20   Q.    And you said is that so, think we
21   can make a bigger point of her being a
22   vegetarian when she's in the animal head
23   room.  What was that about?

Page 243

1         Why was that important I guess is
2    a better way of saying it?
3    A.    I guess it's hard for me to tell
4    from looking at this comment, if it was
5    important or what bigger would mean, any
6    of it, without knowing the rest of the --
7    the rest of it.
8         It seems like there's -- hmm.
9    Yeah, I just don't know.  And I don't know
10   how Katie responded to it.
11   Q.    Okay, neither do I.
12        All right.  Offer 58.
13        In one of these documents when we
14   talk about special inquiry, Katie says
15   I've never heard the phrase special
16   inquiry before.
17        I think it's specific to
18   Tuscaloosa.  I know we're not into
19   experts, that seems notable.  I'm not
20   qualified to say to myself I don't know.
21   I don't think.
22        MS. STROM:  Could you show
23   the document?

Page 244

1         MR. COCKRELL:  Yeah, pull
2    that one up.  I'm not going to introduce
3    it, but 2830.
4    A.    I read this part of it.
5    Q.    You did?  Okay.  All right, I'm
6    looking at the bottom down there says
7    Marisa Carroll, I eat meat.  Let me make
8    sure I've got the right place.
9         We can make a bigger -- it says I
10   think we can make a bigger point of her
11   being a vegetarian when she's in animal
12   head room.
13   A.    I'm sorry, I didn't read that part
14   of it.  I was on the other part of the
15   page.
16   Q.    Yeah, you can read it.
17   A.    Okay.  I read it.
18   Q.    Okay.  Why would y'all want to put
19   the vegetarian part when she's in the
20   animal head room?  What would that add to
21   the story?
22        MS. STROM:  Objection to the
23   extent that's not in this story as

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 245

```
 1    published.  It mischaracterizes the story.
 2    Q.    (By Mr. Cockrell) You can answer.
 3    A.    Yeah, all I can -- I can't speak
 4    to what I thought at the time.  All I know
 5    it says it comes out of nowhere my
 6    surprise that she was a vegetarian, so it
 7    seems to me it's about introducing
 8    information to the reader, but I really
 9    can't remember more than that.
10    Q.    Okay.  And here she says -- Katie
11    Baker says, yeah, I had that at first, but
12    then it seemed too flowery.  Also, she
13    Snapchatted a friend a joke about the
14    animal heads, so I didn't want to play it
15    up too much given that she didn't run out
16    of the room crying or anything.
17         Did you see those Snapchats to her
18    friends of the pictures of the animals?
19    A.    I can't remember -- to my earlier
20    point, I can't remember if I saw
21    Snapchats.
22            MR. COCKRELL:  What number
23    is that?
```

Page 246

```
 1            COURT REPORTER:  At first
 2    you said you weren't going to mark it.
 3            MR. COCKRELL:  Yeah, I
 4    won't.  You know what, let's mark it.
 5            COURT REPORTER:  It will be
 6    59.  To everyone on Zoom, that's 59.
 7         (Whereupon, a document was marked
 8         as Plaintiff's Exhibit No. 59 and
 9         is attached to the original
10         transcript.)
11    Q.    Let's mark the other one as
12    Plaintiff's Exhibit 60.
13         (Whereupon, a document was marked
14         as Plaintiff's Exhibit No. 60 and
15         is attached to the original
16         transcript.)
17    Q.    And that is, Scotch, 2831.
18         Let me know when you're ready.
19    A.    Okay, I'm ready to keep scrolling.
20    Q.    At the bottom of BuzzFeed 2831,
21    that first page, this exhibit, 60 --
22            MS. STROM:  Hold on.  She
23    wanted just scroll and read it.
```

Page 247

```
 1            MR. COCKRELL:  Okay, I'm
 2    sorry.  I thought she had read it.
 3            MS. STROM:  Yeah, the top
 4    part.
 5    A.    Okay, I've read it.
 6    Q.    (By Mr. Cockrell) You ready?
 7    A.    I'm ready.
 8    Q.    Okay.  You said down here at the
 9    bottom of the page Megan, based on the
10    police documents and what she told police
11    will we be able to add any more language
12    to the graph about how panicked she was to
13    help justify her erratic and bizarre
14    behavior.
15         What were you trying to do there?
16    A.    I'm asking Katie to look at police
17    documents and interviews to explain or
18    provide detail in the story.
19         I must have been -- my best read
20    is that I was confused by a paragraph in
21    the story.
22    Q.    Should a reporter go out of her
23    way to justify erratic and bizarre
```

Page 248

```
 1    behavior?  Is that her job to justify it?
 2    A.    I mean if you see there in the
 3    next question I'm asking information.  It
 4    is a reporter's job to provide information
 5    and detail that help a reader understand
 6    what it is they're reading.
 7    Q.    Even if it means trying to
 8    justify?  I mean, should a reporter just
 9    report without trying to justify?
10            MS. STROM:  Objection.  She
11    just explained what justified meant to
12    her.
13            But you can answer again,
14    Marisa.
15    A.    Yeah, I would say if we just -- by
16    justify I mean the word explain, and, yes,
17    I do think it's a reporter's job to
18    explain.
19    Q.    (By Mr. Cockrell) Did you think --
20    did you think Megan's conduct at that time
21    was erratic and bizarre behavior?
22    A.    I can't remember how I -- what I
23    thought at the time.
```

Marisa Carroll                                                    2/1/2021

Page 249

1    Q.    You characterize her conduct as
2    erratic and bizarre behavior and you don't
3    remember why now?
4    A.    No, I don't -- and I don't know
5    what paragraph this is referring to and,
6    yeah, I just don't remember.
7    Q.    Okay, that's fair enough.
8          MR. COCKRELL:  Offer 60.
9          Off the record.
10         (Off the record.)
11   Q.    I'm taking a little minute trying
12   to shorten this, trying to see if I can
13   get by without doing this.
14         MS. STROM:  You know that's
15   music to our ears.
16         MR. COCKRELL:  I know.  I'm
17   trying to shorten it.
18   Q.    You may have answered this
19   question already, I can't remember, we've
20   been going a while.
21         As I get older my memory is not as
22   good as it used to be, but I'm asking
23   again, I apologize, but did you review the

Page 250

1    hundreds of pages of text messages that
2    Katie had on her cell phone?
3          MS. STROM:  Objection.  I
4    believe we did talk about this, but you
5    can answer again, Marisa.
6    A.    Sure, I don't -- I don't remember
7    specifically what I reviewed.  I know that
8    on our team at BuzzFeed there were many
9    people.
10         There was Katie, there was Tina,
11   there was Sharmila and that's not -- more
12   people beyond that even, so I didn't
13   review every single document so I
14   personally can't remember if I reviewed
15   all those text messages.
16   Q.    (By Mr. Cockrell)  Okay.  We're
17   going to able to get rid of that one, too.
18         Why is it that the BuzzFeed
19   article describes Alabama rape law as
20   archaic?
21   A.    I remember that's what's described
22   in the story, but I don't remember, for
23   instance, without seeing a conversation

Page 251

1    about it I don't remember.
2    Q.    Well, do you think Alabama law is
3    archaic on the rape law?
4          MS. STROM:  Objection.
5          But you can answer to the
6    extent you know, Marisa.
7    A.    I haven't followed Alabama rape
8    law in the years since so I can't -- I
9    can't speak to that.
10         All I know that the article uses
11   that term to describe the law.
12   Q.    (By Mr. Cockrell)  And I'm not
13   asking in the present tense, but at the
14   time that the article -- immediately prior
15   to being published when you were doing
16   your editing work, why was Alabama rape
17   law described as archaic?
18         MS. STROM:  Objection, asked
19   and answered.
20   A.    Yeah, it's hard for me to remember
21   specifically what -- to point specifically
22   to those conversations that would be able
23   to give you a comprehensive and complete

Page 252

1    answer.
2    Q.    (By Mr. Cockrell)  You can't answer
3    that question; is that what you're telling
4    me?
5          MS. STROM:  Objection, asked
6    and answered.
7    Q.    (By Mr. Cockrell)  Just a simple
8    answer.
9    A.    Well, just to the question of why
10   did the BuzzFeed article say it without
11   being able to point to specific
12   conversations, I don't want to guess.
13   Q.    Let's go ahead and mark this.
14   What number is this one?
15         COURT REPORTER:  61.
16         (Whereupon, a document was marked
17         as Plaintiff's Exhibit No. 61 and
18         is attached to the original
19         transcript.)
20   Q.    (By Mr. Cockrell)  This one is
21   2877.
22   A.    I've read this.
23   Q.    Okay.  And if you go down, it says

Marisa Carroll                                              2/1/2021

---

Page 253

1  Marisa Carroll, like did she say she was
2  shaky and panicked and that's why she
3  fired the gun.
4       Katie Baker says up under, she
5  said she was really afraid because she
6  felt like she was locked in the room, but
7  I wanted to refrain from focusing on
8  whether she was really locked because he
9  denied locking her, and that's no proof.
10      Do you agree that there's no proof
11  that Megan Rondini was locked in
12  T. J. Bunn's bedroom?
13      MS. STROM:  Objection to the
14  extent you're insinuating that the article
15  says she was locked in the bedroom.
16      MR. COCKRELL:  I'm just
17  asking.
18      MS. STROM:  Marisa, you can
19  answer.
20  A.    Yeah, I mean what you're looking
21  at are conversations between colleagues
22  over a number of months to continue to
23  refine and improve and improve the

---

Page 254

1  accuracy and ask questions to get more
2  information, to edit the article, so I
3  would say that I don't -- you know, I'm
4  not the person who investigated this so
5  I'm not in a position -- I'm not law
6  enforcement so I can't determine whether
7  there's proof or not.
8       My -- what I recall is that the
9  story did not report that she was locked
10  in the room, and that's why we have this
11  type -- that's why we have these types of
12  conversations to get closer to a more fair
13  and accurate report in the story.
14  Q.    (By Mr. Cockrell) Do you remember
15  seeing where Katie Baker, after they had
16  sex climbed out a second story window and
17  climbed back down and had to jump on an
18  ice chest over an iron fence and to the
19  ground and then climbed back into the room
20  where the alleged rapist was?
21      Do you remember seeing that or
22  hearing that as part of Megan's statement
23  to law enforcement, actually to Adam Jones

---

Page 255

1  on the video?
2  A.    At the beginning of the statement
3  I believe -- (phone rings).
4  Q.    That was yours.
5  A.    Sorry about that, it's those car
6  people.
7  Q.    I know it.
8  A.    I think at the beginning of the
9  statement -- (phone rings) --
10  Q.    It's okay.
11  A.    I believe at the beginning of the
12  statement you said Katie Baker when I
13  think you -- when I'm assuming you meant
14  Megan Rondini when you were describing the
15  person --
16  Q.    Yes, I'm sorry.
17  A.    -- I could have misheard you, but
18  that's what I heard so I just want to note
19  that that's just --
20  Q.    No, it was Megan Rondini's video
21  statement that you reviewed.  Do you
22  remember her saying that she after they
23  had sex he was asleep, and she climbed out

---

Page 256

1  the two-story window and down over on the
2  roof and over a picket fence and then onto
3  the ground, it was a picket iron fence,
4  and then climbed back up into the room
5  where the alleged rapist was?
6       Do you remember her saying that?
7  A.    I have to admit, I know that I
8  watched the video and it was, you know,
9  eventually reviewed by multiple staff and
10  that included -- it was included in the
11  story but, you know -- I have to be
12  honest, after four years I don't remember
13  the details of the video.
14  Q.    Do you consider that bizarre
15  behavior?
16      MS. STROM:  Objection,
17  relevance.
18      But you can answer, Marisa.
19  A.    I don't know enough -- again, I
20  don't remember the video.  I'm kind of
21  confused about the chain of events.
22      I don't think I'm in a position to
23  say whether something is bizarre or not.

---

64  (Pages 253 to 256)

Marisa Carroll                                              2/1/2021

Page 257

1  Q.    (By Mr. Cockrell) I ask the same
2  thing, do you consider it erratic
3  behavior?
4  A.    Yeah, same answer, in 2021 I just
5  don't -- I just don't understand the
6  situation well enough to weigh in.
7          MR. COCKRELL: We offer
8  Plaintiff's Exhibit 61.
9          Okay, I think I've got that
10 covered already.
11 Q.    This will be Plaintiff's
12 Exhibit 62 and it is BuzzFeed 2977.
13         Off the record.
14         (Off the record.)
15         (Whereupon, a document was marked
16         as Plaintiff's Exhibit No. 62 and
17         is attached to the original
18         transcript.)
19 A.    I'm reading this now, thank you.
20         Okay, I'm ready to scroll down.
21 Okay, I'm ready.
22 Q.    Okay.  Looking down, it says
23 Marisa Carroll, note to self, where else

Page 258

1  can we bring in the idea of being trapped.
2  Why did you say that?
3  A.    I can't, I can't remember.
4  Q.    Do you remember what was included
5  in the story that gave the idea that Megan
6  was trapped?
7  A.    You know, I don't remember, and I
8  also don't know why it says that in the
9  final version of the story, so without
10 looking at it I just -- my memory isn't
11 jogged.
12         MR. COCKRELL: Okay.  We
13 offer Plaintiff's Exhibit 62.
14 Q.    What proof did BuzzFeed have that
15 you know of that Adam Jones and Josh
16 Hastings were building a case against
17 Megan Rondini for taking the gun, the
18 money and credit card of T. J. Bunn?
19 A.    Are you speaking to a specific
20 line in the story or are you -- can you be
21 a little more specific, if possible?
22 Q.    Well, there was a portion in the
23 story that said that little did Megan know

Page 259

1  that the investigators were building a
2  case against her while they were asking
3  questions in the video when they came back
4  into the room.
5          MS. STROM: Objection. That
6  completely mischaracterizes the article.
7  Q.    (By Mr. Cockrell) Go ahead and
8  answer the question.
9  A.    I mean my recollection is that
10 that's not what that says, is that a case
11 was built, was built against her and that
12 I would point to, for instance, that the
13 felony packet is what we -- is what I
14 would say to that.
15 Q.    Who built the case against Megan
16 Rondini?
17 A.    Do you mean who would have like
18 read her her Miranda rights or who would
19 have put together the felony packet?  I
20 just can't -- I don't know specifically
21 who if Megan was accused of a crime who
22 specific -- all the names of whoever would
23 it have been in the department doing it.

Page 260

1  Q.    Do you know who in law enforcement
2  built a case against Megan Rondini for
3  theft of the pistol and the credit card
4  and the money that she admitted to taking?
5          MS. STROM: Objection.
6          You can answer, Marisa.
7  A.    I guess I don't understand what's
8  meant by building a case, but I just
9  don't, I also don't remember -- I just
10 have an answer to that question I guess.
11 Q.    (By Mr. Cockrell) Was it part of
12 your editing when you saw that portion of
13 the story that said building a case?  Did
14 you review that?
15 A.    I mean I would have reviewed every
16 line that ran in the published story.
17 Q.    And approved of it?
18 A.    This is a conversation we had
19 earlier.  I'm one of multiple people who
20 would look at the story.
21         I guess I'm confused about the
22 general line of questioning here and how I
23 can be helpful in answering.

65  (Pages 257 to 260)

Page 261

1    Q.    Okay.
2          Do you know what law enforcement
3    had to do if T. J. Bunn filed a complaint
4    against Megan Rondini for taking his gun
5    and taking his credit card and taking his
6    money?
7          MS. STROM:  Objection.
8    She's said over and over again she's not
9    law enforcement, but go ahead, Marisa.
10   A.    Yeah, I'm not -- I am not law
11   enforcement.  I've never been to school
12   for that.  I don't want to speculate.
13         MR. COCKRELL:  We offer -- I
14   don't think we put that one in.
15         MS. STROM:  If you're headed
16   towards a new subject, maybe we could take
17   a break.
18         MR. COCKRELL:  We can take a
19   break.  Let's take a short one though
20   because I hope I'm not -- well, better
21   take a good break if you want one.
22         MS. STROM:  Let's take a
23   five-minute break.

Page 262

1          VIDEOGRAPHER:  Off the
2    record at 3:09.
3          (Recess was taken.)
4          VIDEOGRAPHER:  Back on the
5    record at 3:19.
6    Q.    (By Mr. Cockrell) I'm going to
7    show you, just show you BuzzFeed 3012.
8          MS. STROM:  What number are
9    we at?
10         MR. COCKRELL:  I'm not going
11   to introduce it as an exhibit, but it's
12   BuzzFeed 3012.
13         It's actually down at the
14   bottom the page is what I'm interested in
15   but you may want the read the whole thing.
16   A.    You can scroll down more.  Okay,
17   I've read it.
18   Q.    Okay.  And at the bottom it says
19   under suggestions Katie Baker Megan's case
20   was complex, and then again most sexual
21   assault cases are.
22         There are rarely witnesses, and I
23   don't have the rest of that, but would you

Page 263

1    agree that Megan's sexual assault and rape
2    case was complex?
3    A.    I mean, I would agree with the
4    comment here that I do think it's true
5    that most sexual assault cases, and I'm
6    not a law enforcement officer, but it
7    seems like any time a criminal thing, a
8    criminal thing is alleged is complicated.
9    Q.    It's a tough job, isn't it, in law
10   enforcement to make complex cases?
11         MS. STROM:  Objection.
12   A.    I'm sorry, was that a question and
13   I totally didn't answer the question?
14   Q.    (By Mr. Cockrell) No, it's okay.
15   You don't have to.  I would have told you.
16   I'm sitting here reading this other
17   document.
18   A.    I'm sorry.
19         MR. COCKRELL:  What exhibit
20   did we leave off at?
21         COURT REPORTER:  63.  63
22   will be the next one.
23         (Whereupon, a document was marked

Page 264

1    as Plaintiff's Exhibit No. 63 is
2    attached to the original
3    transcript.)
4          MR. COCKRELL:  Plaintiff's
5    Exhibit 63.  Scotch, this document is
6    3049.
7    A.    Is there scrolling to do on this
8    one?
9    Q.    No.  Do you see at the bottom it
10   says Marisa Carroll add Megan's case did
11   not meet Alabama standards for rape.
12         Did you make that determination?
13         MS. STROM:  Objection.
14   A.    I mean, did I make the
15   determination -- I didn't make any
16   determination on Megan.  I wasn't
17   involved.
18         I'm neither a lawyer nor a police
19   officer, the DA.  I'm not involved in
20   making those kind of determinations.
21         I know what the article describes
22   is about Alabama's rape law itself, and
23   the idea of earnest resistance and how in

66  (Pages 261 to 264)

Marisa Carroll                                              2/1/2021

Page 265

1    Megan's case that was referenced, so all I
2    know is what's printed in the article.
3    Q.    (By Mr. Cockrell) And Alabama law
4    would dictate in Megan's case, wouldn't
5    it, just like you said?
6          MS. STROM:  Objection.  I'm
7    not sure she's an expert on the conflict
8    of law, but go ahead.
9    Q.    (By Mr. Cockrell) I'm quoting
10   here.
11   A.    I'll say I really don't know about
12   laws and states -- I'm not a lawyer, but
13   the article does talk about how -- about
14   the law in Alabama, so I can say that I
15   guess.
16   Q.    Okay.  All right.  I offer
17   Plaintiff's Exhibit 63.
18         I'm moving fast.  I'm trying to
19   cull them out so we can save a little
20   time.
21         This will be Plaintiff's
22   Exhibit 64.
23         (Whereupon, a document was marked

Page 266

1    as Plaintiff's Exhibit No. 64 and
2    is attached to the original
3    transcript.)
4          MR. COCKRELL:  Scotch, it is
5    3126.
6    A.    I'm ready for you to scroll down.
7    I'm ready for you to scroll down.  Okay.
8    Q.    (By Mr. Cockrell) Okay.  Toward
9    the middle of the page it says Marisa
10   Carroll replace where are women who
11   exhaust every path to justice, they're
12   told to seek out supposedly -- supposed to
13   do when they with -- with where women with
14   imperfect stories must choose between
15   keeping it to themselves or facing
16   possible, and I don't have the rest of it,
17   but Katie accepted your suggestion.
18         Do you know that Megan's set of
19   facts were imperfect?
20         MS. STROM:  Objection to the
21   extent that this applies to the final
22   article.
23         But you can go ahead,

Page 267

1    Marisa.
2    A.    Yeah, I don't -- without this
3    connected to something, it's hard for me
4    to know exactly what it says or how we got
5    from this point to what's printed in the
6    end.
7    Q.    (By Mr. Cockrell) But knowing what
8    you know about the case and having seen
9    the video that you have seen, do you think
10   Megan's case, set of facts, were
11   imperfect?
12   A.    I mean as not a law enforcement
13   officer, as just, you know, as just a
14   person, I would say as we do see in the
15   article and as we just discussed, it's
16   complicated, right, and I guess that's
17   what I would say is that all cases, all
18   stories that I've heard of, at least, are
19   complicated.
20   Q.    Okay.  And it's complicated on law
21   enforcement as well; isn't it?
22         MS. STROM:  Objection.
23   A.    My answer is that what we convey

Page 268

1    in the story is that it is complicated,
2    exactly it's for law enforcement dealing
3    with these -- it's complicated for all
4    involved.
5          MR. COCKRELL:  We would
6    offer Plaintiff's Exhibit 64.
7    Q.    Would you agree that a pistol left
8    on the ground in a residential
9    neighborhood is a very serious thing, a
10   loaded pistol?
11         MS. STROM:  Objection.
12   Q.    (By Mr. Cockrell) Especially where
13   there's children.
14         MS. STROM:  You can answer.
15   A.    I mean, I just don't know how to
16   answer that question.
17   Q.    (By Mr. Cockrell) Would you want
18   your children to find a pistol laying on
19   the side of the road in the grass in a
20   residential neighborhood and the pistol?
21         MS. STROM:  Objection.
22   She's testified she has no children but --
23   Q.    (By Mr. Cockrell) If you had

Marisa Carroll                                                    2/1/2021

Page 269

1    children?
2    A.    I mean, again, I don't have
3    children but I don't know where -- I guess
4    my question is I don't know where the
5    article says that it would be for kids to
6    find a gun or something -- I guess I'm
7    confused by that question.
8    Q.    Well, would that explain why
9    Investigator Jones abruptly left the
10   interview room --
11            MS. STROM:  Objection.
12   Q.    (By Mr. Cockrell) -- when Megan
13   told him about the pistol, the loaded
14   pistol, being left in the grass in a
15   residential neighborhood?
16            MS. STROM:  Objection.  To
17   the extent she can know what Jones was
18   thinking, please answer.
19   A.    Yeah, I just can't know what Jones
20   was thinking and I just can't know.
21   Q.    (By Mr. Cockrell) Okay.  When the
22   post says you have a direct message from
23   BuzzFeed team, is that still the Google

Page 270

1    documents?
2    A.    Would it be possible for me to see
3    that?  I just can't -- I just can't know.
4    Q.    Show her 0489.
5    A.    I read this.
6    Q.    Is that more Google Docs?
7    A.    It says no reply at Slack.com.
8    Q.    Uh-huh (affirmative).  What is
9    Slack.com?
10   A.    Slack is a work -- how would you
11   describe it?  I guess it's like a way for
12   jobs -- sorry, I'm not an expert on Slack.
13   I guess a workplace chat software maybe.
14   Q.    A work -- I missed the last part.
15   A what?
16   A.    A workplace announcements and chat
17   platform.
18   Q.    Like a chat room or something?
19   A.    Not really like a chat room.
20   Q.    Is it Slack.com -- BuzzFeed
21   Slack.com that's unique to BuzzFeed?
22   A.    So Slack is -- lots of different
23   workplaces use Slack so this would have

Page 271

1    been BuzzFeed's, BuzzFeed only Slack,
2    so --
3    Q.    Right, that's I'm asking --
4    A.    -- that was a corporate software
5    where they would have contracted with
6    Slack.
7    Q.    Right down there it says Katie
8    Baker kind of reminds me of the Rondini
9    piece reading about the NewYorker.com news
10   story.  Did Katie work on that story with
11   Bill Cosby, do you know?
12   A.    I don't know.  Not to my
13   recollection because this is at the New
14   Yorker, so that's a different news outlet.
15   Q.    Okay, all right.
16   A.    I also don't know what that story
17   is.
18   Q.    Okay.  I don't either.
19            MR. COCKRELL:  What's the
20   next exhibit?
21            COURT REPORTER:  65.
22            MR. COCKRELL:  Exhibit 65.
23   (Whereupon, a document was marked

Page 272

1    as Plaintiff's Exhibit No. 65 and
2    is attached to the original
3    transcript.)
4    Q.    And that is 3202.
5    A.    Okay.  I'm ready for you to scroll
6    down.  Okay.
7    Q.    Who is -- I can't say that last.
8    Sharmila Venkatasubban.  Did I say that
9    right?
10   A.    Sharmila was the fact checker on
11   this story.
12   Q.    And she wrote in here, said I
13   watched this over and over and I wonder if
14   this description despite how toned down it
15   is still misleads his intentions in any
16   way.
17            As I mentioned, I'm on the fence
18   and certainly defer to all of you, of
19   course, but I believe he left the room
20   initially and made subsequent exits to
21   make sure they found the stray gun lying
22   in the grass in the residential
23   neighborhood.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                                  2/1/2021

Page 273

```
 1        And I don't know if he was
 2  plotting to build a case against her
 3  outside or what his responsibility to
 4  investigate the handling and discharging
 5  of the gun are.
 6        As far as changing the line of
 7  questions, those questions while hard, not
 8  expressing any empathy for Megan, don't
 9  seem out of line, but I'm the first to
10  admit I'm sure about any of this -- I'm
11  not sure about any of this.
12        Have you seen this before?
13  A.     Yes, and I respond to her, so I
14  know that --
15  Q.     Were any changes made in the story
16  after she said that, Sharmila?
17  A.     If you point to my response, I say
18  directly that I think she -- you know,
19  Sharmila can speak best for herself on
20  this one, but we didn't say in that line
21  that's being quoted that anyone built a
22  case against anyone.
23        And as I and Katie say in the
```

Page 274

```
 1  response, we don't want to speculate to
 2  anyone's intentions so that's why it --
 3  that was our response to this note from
 4  Sharmila.
 5  Q.     Did she ever tell you why she
 6  believed it still misled his intentions?
 7  A.     All I know is that what she
 8  describes in this comment.  She could
 9  speak I'm sure more specifically to what
10  she thought at the time and the conclusion
11  that she came to.
12        My recollection is that we came to
13  the conclusion that as is pointed out and
14  clear in this back and forth, this line
15  doesn't say that anyone built -- that he
16  built a case against Megan in this line.
17  Q.     Is Sharmila still with BuzzFeed?
18  A.     I don't believe so.
19  Q.     Do you know where she's at now?
20  A.     I don't remember.
21  Q.     Were there any other fact checkers
22  for the story other than Sharmila or for
23  the Rondini story?
```

Page 275

```
 1  A.     I remember Sharmila and it would
 2  be unusual for there to be multiple fact
 3  checkers on a single story.
 4  Q.     So as far as you know, there was
 5  just one fact checker and that was
 6  Sharmila for the Rondini story?
 7  A.     To the best of my recollection
 8  that's true.  But Sharmila or Katie or
 9  Tina, someone else might have a different
10  answer, but that's what I remember.
11  Q.     Okay.
12        MR. COCKRELL:  We would
13  offer Plaintiff's Exhibit 65.
14        This is Plaintiff's
15  Exhibit 66.
16        (Whereupon, a document was marked
17        as Plaintiff's Exhibit No. 66 and
18        is attached to the original
19        transcript.)
20  Q.     It is BuzzFeed 3209.
21        MS. BOLGER:  You guys I'm a
22  little confused about exhibits so while
23  Marisa is reading that do you mind if we
```

Page 276

```
 1  start from like 62?
 2        COURT REPORTER:  Off the
 3  record?
 4        MR. COCKRELL:  Yeah, go
 5  ahead and tell her.
 6        (Off-the-record discussion.)
 7  A.     I'm ready for you to scroll.
 8  Please keep scrolling.
 9        Actually if you don't mind could
10  you scroll up?  I missed the very bottom
11  of the previous document.  That's perfect.
12  Thank you.  Okay, I've read this.
13  Q.     (By Mr. Cockrell) Okay.  Go down
14  where Sharmila says as a true victim, not
15  sure I agree with the police view him as
16  the true victim.
17        I think based on the materials
18  that they didn't push hard enough to
19  determine whether or not Megan was
20  assaulted and they took her handling of
21  his gun, taking of money at face value
22  meaning not within the context of how a
23  scared victim of sexual assault might try
```

Marisa Carroll                                                    2/1/2021

Page 277

1    to protect theirself, everything examined
2    just as minimally as they have to be
3    before they move on.
4         Marisa Carroll she admitted taking
5    the money and gun while her report was
6    deemed unfounded, he was the victim.
7         Katie Baker, I believe he is also
8    literally listed as a victim in the
9    incident report in the felony packet.
10        Sharmila says these laws are also
11   better designed for majority of rape cases
12   where victims know their attacker.
13        DCH is long overdue for
14   SANE forensic nurse program and
15   recommended by department of justice
16   leading national medical organization and
17   external review of the Homicide Unit's
18   policies and practices around
19   investigating sexual assault might be in
20   order, as well as inquiry into why it's so
21   rare for prosecutors to move rape cases
22   forward in Tuscaloosa.
23        The University of Alabama could

Page 278

1    strengthen its counseling services.  Could
2    all of that have been done without naming
3    the investigator Adams Jones and Josh
4    Hastings in the story?
5         MS. STROM:  Objection.  I
6    just want to say that I don't believe
7    Sharmila's final comment is referring to
8    the other comments above it, but go ahead,
9    Marisa.
10   A.    Okay.  My thought is those are --
11   the comment you just read from Sharmila is
12   separate from the other ones you were
13   quoting, and I guess I don't understand --
14   and I just don't understand the question.
15   Q.    (By Mr. Cockrell) I'll break it
16   down for you.
17   A.    Thank you.
18   Q.    Could you have written a story
19   about DCH not having a SANE program
20   without including the investigators'
21   names, personal names, in the story?
22        MS. STROM:  Objection to the
23   extent you've asked why the investigators

Page 279

1    were named.  It's been asked and answered,
2    but go ahead and answer, Marisa.
3    A.    Sure, I can answer it again.
4         I think it's important for readers
5    to know that what we're reporting on is
6    fair and accurate and true, and to the
7    extent that police officers are public
8    servants who are -- we're describing in
9    their capacity as police officers
10   investigating this particular incident, to
11   the extent that we quote from and even
12   include video from those interviews that
13   were relevant to the story that we're
14   telling it was important to include those
15   names.
16   Q.    (By Mr. Cockrell) Could you have
17   written an article criticizing their
18   training without including the names of
19   the investigators, Hastings and Jones?
20        MS. STROM:  Objection to the
21   extent it mischaracterizes the article and
22   she's already stated many times now why
23   the investigators were mentioned in the

Page 280

1    article.
2    Q.    (By Mr. Cockrell) You can answer.
3    A.    I mean what I would say this is a
4    story about Megan Rondini and this is a
5    story about Megan Rondini as a young woman
6    who felt that she did everything that
7    someone is supposed to do when they
8    believe they've been raped.
9         And she found that she was
10   discouraged by institutions to the point
11   that she ended up taking her own life, so
12   I would say that -- I can't answer a
13   hypothetical question of having a
14   different story.
15        I can only speak to the specific
16   story that's Megan Rondini's story that
17   we're talking about today.
18   Q.    Well, couldn't you have told Megan
19   Rondini's story without including the
20   names of the investigators, Adams and
21   Jones?
22        MS. STROM:  Objection, asked
23   and answered many times, but go ahead

70  (Pages 277 to 280)

Marisa Carroll                                                    2/1/2021

Page 281

1    Marisa.
2    A.    I mean for the reason I said
3    before, it's important for our readers to
4    see their names in the context of them in
5    their professional capacity working on the
6    incident involving Megan Rondini and
7    T. J. Bunn, so my answer is the same, that
8    it was important and necessary in this
9    story.
10   Q.    (By Mr. Cockrell) How would it
11   have lessened the credibility of the story
12   without using -- if you hadn't used their
13   names?
14         MS. STROM:  Objection.
15   Q.    (By Mr. Cockrell) You could have
16   just said investigators?
17         MS. STROM:  Objection.  I'm
18   just going to say -- sorry, it feels
19   almost harassing at this point.
20         This has been asked and
21   answered so many times, but, Marisa, why
22   don't you try it one more time.
23   A.    We quote the investigation and the

Page 282

1    interviews.  We include video from the
2    investigation.  These are officers who are
3    acting in their public capacity in the
4    public interest as law enforcement
5    officers, and that is we -- I've now lost
6    the question, but no, we needed to include
7    their names.  But if you could -- I'll
8    take the question one more time if you can
9    repeat --
10         MR. COCKRELL:  Would you
11   read it back to her please?
12         (Whereupon, requested portion was
13         read back by court reporter.)
14   A.    We report things to be transparent
15   and fair and accurate to the reader, and
16   it's important for the reader to know that
17   we're talking about real people.
18         We're talking about real things
19   that really happened and it's -- that's
20   what makes our stories, our stories true
21   for the reader is seeing that they really
22   happened, that we're describing events,
23   that we're quoting people that actually

Page 283

1    exist.
2    Q.    Well, if you said investigators,
3    why would they think they didn't exist in
4    your story, the reader?
5          MS. STROM:  Objection.
6    Q.    (By Mr. Cockrell) As opposed to,
7    you know, their names?
8          MS. STROM:  Objection.
9          You can answer, Marisa.
10   A.    I'll say again these are police
11   officers who were acting in their role as
12   police officers and it's important -- I
13   mean, for the reasons I've described
14   before, it's important to readers, that's
15   a conclusion that we've come to as not
16   only in this job, but it's a decision I've
17   also made in other workplaces I've worked
18   in on these types of stories.
19         It is important and it's important
20   and necessary for the reader to understand
21   what -- that what we're talking about
22   really happened.
23   Q.    (By Mr. Cockrell) What other

Page 284

1    stories have you written about that you
2    included the names of police
3    investigators?
4    A.    I can say, to go back to our
5    numbers before, more than ten.  I would
6    say like it is very common and for the
7    purposes of presenting information to the
8    public to include the names of police
9    investigators and stories.
10   Q.    Can you name a particular story
11   that I could look up?
12   A.    I don't want to misname a story
13   but it's very -- it's very -- yeah, I
14   can't remember the name of a story.
15         MR. COCKRELL:  We would
16   offer Plaintiff's Exhibit 66.
17   Q.    Who is Katie Rayford?
18   A.    Katie Rayford, I can't remember
19   her title, but was a colleague at BuzzFeed
20   at the time.
21   Q.    And do you recall what she did for
22   BuzzFeed?
23   A.    She worked in communications, but

71  (Pages 281 to 284)

Marisa Carroll                                          2/1/2021

Page 285

1    I don't want to misspeak to what her title
2    or what her job looked like day-to-day.
3    Q.    Does she have any -- did she play
4    a part in communicating the story when
5    it's produced?
6          MS. STROM: Objection.
7    Sorry, what was the question?  Could you
8    just repeat it?
9          MR. COCKRELL:  Yeah, you
10   have to repeat it for me.
11         I'm sorry, and I'm not
12   trying to harass you, I'm just trying to
13   get through these documents.
14         MS. STROM:  No, no, I didn't
15   mean to object.  I just comes out of my
16   mouth.  I just didn't hear it.
17         (Whereupon, requested portion was
18         read back by court reporter.)
19         MS. STROM:  Objection.  I
20   guess I didn't understand what
21   communicating the story meant.
22   Q.    (By Mr. Cockrell) I tell you what
23   let's mark it.  Sometimes it will save

Page 286

1    time I think if I just mark all of this.
2          What's the exhibit number?
3          COURT REPORTER:  67.
4          MR. COCKRELL:  That's the
5    disadvantage of doing it this way.
6          All right.  This is 1703.
7          (Whereupon, a document was marked
8          as Plaintiff's Exhibit No. 67 and
9          is attached to the original
10         transcript.)
11   A.    Okay, I can scroll.  Okay, I read
12   this.  I don't know if there's more.
13   Q.    Okay.  Does that refresh your
14   memory what Katie Rayford did or does for
15   BuzzFeed?
16   A.    Yeah, based off of this email she
17   works in -- I forget, I don't know her
18   title, but she -- by working in
19   communications she coordinates, for
20   instance, interviews between journalist at
21   BuzzFeed and other news outlets.
22   Q.    Okay.  Would that -- would she be
23   the one in her department to help get

Page 287

1    stories out to other news outlets to be
2    spread to the public?
3    A.    My understanding is that Matthew
4    Mittenthal, who is cc'd on this email, was
5    the head of the department so they both
6    worked on it and there were many people in
7    the communications department.
8    Q.    But did they do what I just said?
9    I can read back if you want to get --
10   A.    Yes, people in the communications
11   department would, for instance, help a
12   reporter do an interview with another news
13   outlet to talk about their story.
14   Q.    And the chief goal being what, by
15   doing this?
16   A.    I think the goal being as people
17   who do stories in the public interest to
18   share those stories with the public.
19   Q.    Okay.  All right.  Down here
20   toward the bottom it says Marisa Carroll
21   has invited you to edit the following
22   document, reporting rape in Tuscaloosa
23   5/5/2017.

Page 288

1          A story that Katie's been working
2    on all year comes out this week, most
3    likely Thursday.  Can share with you on
4    the CMS link tomorrow when we have it.
5          It's about a college student from
6    the University of Alabama who told police
7    that the most powerful man in town raped
8    her and who was ultimately driven to PTSD
9    and suicide through the process, very
10   explosive story about weak rape laws and
11   policing in Alabama.
12         Happy to talk about how to promote
13   promo but definitely good for Alabama and
14   women focused outlets.  What is a CMS
15   link?
16   A.    The CMS is the back end of a
17   website.  So the CMS link is looking at
18   how a story before it's published looking
19   at the preview draft of it.
20   Q.    Okay.  Would this be a preview
21   draft here that I just read to you?
22   A.    No.  So a CMS link is a -- imagine
23   so the CMS is like the under the hood of

Marisa Carroll                                          2/1/2021

Page 289

1    when you read a live website.
2         So a CMS link would just be the
3    actual story itself laid out, but not yet
4    published, so it would be a link where you
5    and I if we didn't work somewhere couldn't
6    have seen it, but the individuals who were
7    working on it the project could see it.
8    Q.    Okay.  And what did you mean by
9    weak policing in Alabama?
10   A.    My read of this paragraph is I say
11   weak rape laws and then separately say
12   policing.  An explosive story about weak
13   rape laws and policing in Alabama.
14        But this is an email I wrote again
15   four years ago.
16   Q.    I got you.  What is a blast list?
17   A.    That is a better question for
18   Katie Rayford.
19   Q.    Do you know what it is?
20   A.    Reading this email, I would assume
21   it's people who -- reading my previous
22   email it looks like people who she alerts
23   a story to but I really -- I've never

Page 290

1    worked in PR, so I don't know what that
2    sort of term of art is.
3    Q.    Okay.
4         Offer 67.
5         Who is Megan Paolone?
6    A.    Megan Paolone was a copy editor at
7    BuzzFeed.
8         MR. COCKRELL:  I'll pass on
9    that one.  We'll mark this Plaintiff's
10   Exhibit 68.
11        (Whereupon, a document was marked
12        as Plaintiff's Exhibit No. 68 and
13        is attached to the original
14        transcript.)
15   Q.    And it is 626.
16   A.    Okay, I've read it.
17   Q.    Okay.  And you sent this email --
18   I guess it's email -- to Ben King?
19   A.    It looks like, yeah.
20   Q.    So this is an email directly to
21   him?
22   A.    Looks like it's to him and Tina
23   Susman.

Page 291

1    Q.    All right.  What was so
2    interesting when you discussed the clip of
3    Megan being read her Miranda rights?
4    A.    What was so interesting about the
5    clip?
6    Q.    Yeah, just the clip.
7    A.    Honestly, I can't remember.
8    Looking back at it it seems like it was
9    too quiet to hear it, but I can't remember
10   what -- you know, shot in the dark,
11   someone being read their Miranda rights
12   that's relevant to the story and quoted in
13   the story, but I can't remember at the
14   time.
15   Q.    When you said it was not doing
16   what we originally hoped it would, what
17   did you mean by that?
18   A.    Same answer, I don't remember what
19   I meant by what we originally hoped it
20   would.  I do know that the Miranda rights
21   comes up in the story, and we tend to use
22   video and visual aids to show what happens
23   in a story, but I don't remember what I

Page 292

1    mean by what we originally hoped it would.
2    Q.    Okay.  Who is Sara Yasmin,
3    Y-a-s-m-i-n?
4    A.    I don't know who Sara Y-a-s -- is
5    it Sara Y-a-s-i-n?
6    Q.    Uh-huh (affirmative), did I say
7    that?  I hope I spelled it right.
8    A.    She works at BuzzFeed.  I do not
9    remember what her title is though.
10   Q.    What is a newsletter copy?
11   A.    I don't know.  Is there more --
12   like a full sentence?
13   Q.    It's just bold letters, newsletter
14   copy, and then something underneath that
15   says when an Alabama college student told
16   the police --
17        MS. STROM:  Sorry, Bob, why
18   don't you show her the document so we can
19   get some context?
20        MR. COCKRELL:  All right.
21   Okay.
22        We ain't got many more, so
23   that's good.  69.

Marisa Carroll                                    2/1/2021

Page 293

1    (Whereupon, a document was marked
2    as Plaintiff's Exhibit No. 69 and
3    is attached to the original
4    transcript.)
5    Q.    Okay.  It is 716.
6    A.    Okay, I've read this.
7    Q.    Okay.  I guess does that refresh
8    your memory?
9    A.    Now, I can answer the question.
10   Q.    Okay.
11   A.    So newsletter copy like everything
12   -- we want to make sure that everything
13   that we publish has gone through multiple
14   levels of review.
15         Sara Yasin was an editor who
16   worked on many things, including the
17   BuzzFeed newsletter, that would talk about
18   stories that were coming out.
19         So when it comes to sharing
20   newsletter copy that's something where we
21   want to make sure that if BuzzFeed is
22   publishing anything, it doesn't disagree
23   or make implications and so on that's

Page 294

1    different than what's in the story.
2         So newsletter copy the editors and
3    writers of a story would review and so
4    would our legal team, so it was sort of a
5    back and forth process to try to make sure
6    that not only -- it didn't end in the
7    story, that the way that it was being
8    described in say a BuzzFeed newsletter was
9    also fair and accurate.
10   Q.    And what is a push alert?
11   A.    A push alert is a little -- I'll
12   see if there's one on my phone.  There's
13   not.  It's when a little bloop comes up on
14   your phone, and it's from a news outlet
15   and it tells you that almost a longer
16   version of a headline of a story.
17   Q.    So who would receive a push alert
18   on the Rondini case?  Excuse me, on the
19   Rondini case?
20   A.    Sure.  Someone like Sara would be
21   better able to describe it.  My
22   understanding is that push alerts go to
23   anyone who on their phone says they want

Page 295

1    the push alerts from a certain news
2    outlet.
3    Q.    Would it be the general public or
4    would it be other news outlets that
5    receive the push alert?  Who receives
6    them?
7    A.    People in the -- all sorts of
8    people.  If you have a phone I think it's
9    -- I don't remember if it's only an iPhone
10   or other phones, you can ask for push
11   alerts.
12   Q.    So somebody can get on BuzzFeed
13   website and ask for push alerts?
14   A.    I believe you ask -- you sign up
15   for push alerts through your phone so not
16   through the website, through maybe -- I
17   have to admit I have push alerts I don't
18   know how to turn off and I don't know how
19   to turn them on, but I do know they come
20   to your phone and it's not just for staff.
21   Q.    So it could be anybody in the
22   general public that gets an app or
23   whatever on their phone, they could

Page 296

1    receive it?
2    A.    Sure, anyone who signs up and
3    requests getting BuzzFeed push alerts
4    would get push alerts and the same is true
5    for other news outlets, if you sign up.
6         Though, I know I also have push
7    alerts on my phone that I didn't sign up
8    for and Apple thinks that I want them so I
9    don't really -- I don't know how the
10   technology of it all works.
11   Q.    I get them, too, and I didn't know
12   they were called push alerts, and don't
13   like it.
14         Down at the bottom it says, hi,
15   Sara, here are some possible promo
16   language.  What did you mean by promo
17   language?
18   A.    I'm sorry, could we scroll down
19   more?  Because I missed that part.
20         Promo language like as it -- we
21   can discuss -- since this sentence implies
22   that it wasn't talking about tweets, I
23   would guess it probably means the types of

74  (Pages 293 to 296)

Marisa Carroll                                                    2/1/2021

Page 297

1    things that we have in newsletter copy are
2    push alert, so like, you know, language
3    that summarizes the story for readers.
4    Q.     I missed that last part.
5    Glamorizes did you say?
6    A.     Summarizes.
7    Q.     Summarizes.
8    A.     So similarly to a headline,
9    similarly to seeing a headline where you
10   get information on the story.
11   Q.     Okay.  Do you know what badged,
12   b-a-d-g-e-d, trending means?
13   A.     This is another one of those
14   things where could you use it in a
15   sentence?
16   Q.     Yeah, I'm going to give this to
17   you.  Pull up 03719 and let her look at
18   it.
19          COURT REPORTER:  And we're
20   not going to mark it?
21          MR. COCKRELL:  No, we're not
22   going to mark it.
23   A.     I can tell you that I've heard

Page 298

1    this term before, but I don't understand
2    it and someone else from BuzzFeed who has
3    a better understanding of the CMS, like I
4    described before, the sort of back end of
5    BuzzFeed, could answer it better.
6    Q.     Okay, that's fair enough.
7    A.     I just can't wager a guess.
8    Q.     What is the viral dashboard?
9    A.     That's another one where I don't
10   know or remember what that is.
11   Q.     Okay.  All right.  I take that
12   back.  We didn't offer.
13          COURT REPORTER:  Okay, just
14   want to make sure.
15          MR. COCKRELL:  All right.
16   Let's take a break and I'll be right back
17   trying to short circuit and see there's
18   anything else I need to.
19          MS. STROM:  Okay.
20          VIDEOGRAPHER:  Off the
21   record at 4:12.
22          (Recess was taken.)
23          VIDEOGRAPHER:  Back on the

Page 299

1    record at 4:20.
2    Q.     (By Mr. Cockrell) Why was a law
3    enforcement officer or a lawyer quote
4    regarding sexual assault or rape law not
5    included in the article?
6          MS. STROM:  Objection.  I'm
7    sorry, can you just repeat that?
8          MR. COCKRELL:  Can you read
9    it back to her?
10         (Whereupon, requested portion was
11         read back by court reporter.)
12         MS. STROM:  I think it
13   mischaracterized --
14         MS. BOLGER:  We quote law
15   enforcement --
16         MS. STROM:  Yeah, we quote
17   law enforcement in the article.  I guess
18   I'm confused because that doesn't seem to
19   reflect the article that I read.
20   Q.     (By Mr. Cockrell) Did you -- you
21   didn't quote assault or rape law in
22   Alabama though, did you?
23         MS. STROM:  Objection.

Page 300

1    Q.     (By Mr. Cockrell) Let me rephrase
2    the question, okay.  Let me try it again.
3          Why didn't you include a statement
4    from an attorney or a law enforcement
5    officer or a quote from one of the other
6    regarding what the sexual assault law or
7    rape law was in Alabama?
8          MS. STROM:  Objection,
9    mischaracterizes the article to the extent
10   that law enforcement isn't quoted
11   extensively throughout the article, but go
12   ahead.
13   A.     Yeah, I mean we quote law
14   enforcement throughout the article, so
15   don't -- I guess I just disagree with the
16   premise of the question.
17   Q.     (By Mr. Cockrell) Did you get a
18   quote from law enforcement or a lawyer
19   about what the actual elements of assault
20   or rape in Alabama was in order to have
21   somebody arrested?
22         MS. STROM:  Objection,
23   mischaracterizes the article.

75  (Pages 297 to 300)

Marisa Carroll                                                    2/1/2021

Page 301

1         But go ahead, Marisa.
2    A.    Now, I'm -- would the -- ma'am,
3    would you mind repeating the -- reading
4    the question again?
5         (Whereupon, requested portion was
6         read back by court reporter.)
7    A.    I can say that Katie Baker did in
8    the many months she reported this story
9    did report including through interviews
10   with law enforcement, including quotes
11   that are included in the final story,
12   about what -- about this and it's
13   reflected in the final story and in
14   Katie's, you know, if one were to look at
15   Katie's reporting notes and the way that
16   someone produces those quotes, for
17   instance, in emails with Gary Hood.
18   Q.    (By Mr. Cockrell) So it's your
19   testimony that law enforcement explained
20   in the article by way of a quote what the
21   rape law was and the sexual assault law
22   was in the state of Alabama at the time
23   this story was published?

Page 302

1    A.    I can say that the story includes
2    relevant quotes from law enforcement
3    regarding this case that we're talking
4    about in the story.
5         I guess I'm just confused about
6    how to answer the question otherwise.
7    Q.    I guess I would just ask you a
8    simple question --
9    A.    I believe the story does do what
10   it is you're saying, but I just don't
11   know, I'm confused.
12   Q.    Why specifically was a quote not
13   put in the story from a lawyer or from an
14   experienced law enforcement officer about
15   what the elements of sexual assault or
16   rape was at the time in the state of
17   Alabama?
18        MS. STROM:  Objection.
19   Mischaracterizes the article, but you can
20   answer, Marisa.
21        Bob, would it be helpful to
22   put the article in front of her so she can
23   read the article?

Page 303

1         MR. COCKRELL:  I'm just
2    asking why it wasn't included.
3         MS. STROM:  Right, but she
4    says she doesn't agree with that, so we
5    can either move on or you could put the
6    article in front of her, but she's said
7    already that she doesn't agree with you --
8         MR. COCKRELL:  Can you put
9    the article up, Scotch, where she can look
10   at it?
11   A.    Excuse me, would you mind zooming
12   in a couple?  You can move on the next
13   page please.  Thank you.  You can keep
14   scrolling please.  Thank you.
15        I guess should I stop when I can I
16   explain why I disagree --
17   Q.    Sure.
18   A.    -- because there's a couple of
19   different points.  If you scroll up a
20   little bit.
21        We do include the investigator who
22   interviewed Megan quickly decided she
23   hadn't fought back against Bunn, she

Page 304

1    hadn't kicked or hit him.
2         This is in a paragraph about rape
3    law in Alabama, but if you continue to go
4    down to where she interviews Gary Hood.
5    So we do have Hood here -- sorry, could
6    you scroll up first?
7         Sorry.  I mean, here's one spot
8    where if we go throughout there's, you
9    know, here's a spot where Hood
10   specifically is describing special
11   inquiries and describing what the law
12   means in Alabama.
13        And if you keep scrolling down, he
14   further explains himself and why there
15   were a lot of reasons a college student
16   might not -- might lie about rape.
17   Q.    (By Mr. Cockrell) Would you agree
18   with me that he didn't say the elements
19   that are required to be proven under
20   Alabama law in this quote to prove rape or
21   sexual assault so an arrest could be made?
22   A.    I mean I would disagree with the
23   idea that having paragraphs including

76  (Pages 301 to 304)

Marisa Carroll                                    2/1/2021

Page 305

1    quotes directly from Hood don't say
2    exactly what you mean, and I think if we
3    keep scrolling down, I'm happy to keep
4    looking at the rest of the article and
5    pointing out examples, but I just don't
6    agree.
7    Q.    Is there anywhere in this article
8    where a law enforcement officer or an
9    attorney is quoted specifically explaining
10   what the elements of the crime of assault
11   and -- sexual assault or rape in order for
12   an arrest to be made by somebody in the
13   state of Alabama?
14   A.    Yeah, Gary Hood.  Gary Hood in the
15   story I remember, and you can search for
16   this, but I remember the line was he
17   described her lack of earnest resistance,
18   and if you look -- if you take us to that
19   point we can read that.
20   Q.    Scroll on down, Scotch.
21   A.    You can keep scrolling.  Sorry,
22   I'm trying to read.
23        And it says here in an email to

Page 306

1    BuzzFeed, Captain Hood outlined the holes
2    he saw in Megan's story, many of which had
3    to do with what he said was her, quote,
4    lack of earnest resistance.
5        Even though she said she blacked
6    out for part of the night she quote
7    admitted to being coherent.
8        Even though he claims she
9    repeatedly told Bunn she wanted to leave
10   she never said no.  So this is I mean
11   directly where -- and then in the next
12   paragraph, the authorities weren't just
13   required to follow Alabama rape law, Hood
14   said, they were legally obligated, another
15   quote, to investigate the felonies Megan
16   admitted to committing during her
17   interview, although she -- and then if you
18   go down, Hood says, although she didn't,
19   quote, realize she committed a crime, does
20   not negate the fact that she did commit
21   the crime.
22        So I guess that's why I have a
23   different interpretation than your

Page 307

1    question, because I do think we
2    extensively quote exactly what you're
3    saying which is explaining the rape law,
4    the difficulty of investigating these
5    stories and -- this is -- I guess that's
6    my answer to the question is that I really
7    feel passionately that we do.
8    Q.    (By Mr. Cockrell) Okay.  All
9    right.  Let's see what else we've got
10   here.
11        Is there any particular reason you
12   left out all of the other investigators'
13   names in the story that worked on the
14   case?
15   A.    I can't answer that question --
16   you know, don't have an answer to that
17   question.  We're talking about
18   investigators' names for instance that are
19   in the interview video.
20   Q.    In the interest of truth, is there
21   any reason why you didn't view the full
22   video clips of the interviews that were
23   taken by the investigators?

Page 308

1    A.    To my earlier point, I did -- to
2    my recollection I saw those full videos.
3    Q.    And who decided what would stay in
4    and what would be kept out?
5    A.    As we talked about before, it was
6    a discussion between multiple people
7    involved in the project, right, it was
8    myself, Tina Susman, Katie Baker, Sharmila
9    so multiple people were involved in
10   deciding that.
11   Q.    And y'all all formed a consensus?
12   A.    And I can say for across this
13   article it was -- it's about forming a
14   consensus, yes.
15   Q.    Okay.  All right.  If the story
16   was not about the investigation, why did
17   you quote the IACP, International
18   Association of Chief of Police, in the
19   article?
20   A.    I mean the story is about -- the
21   story is about Megan Rondini, and Megan
22   Rondini's story and her process of
23   reporting what she believed was a sexual

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Marisa Carroll                                                    2/1/2021

Page 309

1  assault to the police, to the school, to
2  the therapist at the school, so I guess I
3  would disagree with your description of
4  the article.
5  Q.    Then why was the article even
6  included if that was true?  I mean why was
7  the quote from the International
8  Association of Chief of Police included in
9  that was true?
10          MS. STROM:  I'm sorry, if
11  what was true?
12  Q.    (By Mr. Cockrell) What she just
13  said, that it was all about Megan Rondini.
14          MS. STROM:  Objection, but
15  go ahead, Marisa.
16  A.    I said the story is about Megan
17  Rondini's process of reporting a sexual
18  assault to the police and to her school.
19      And she ultimately became so --
20  you know, from her perspective so
21  discouraged by the process that she
22  committed suicide, so I think that like,
23  as we've discussed on other elements

Page 310

1  throughout the day today, that feels
2  completely relevant to me.
3  Q.    Why was it necessary and why is it
4  relevant to have included that quote from
5  the International Association of Chief of
6  Police if it wasn't about the
7  investigation?
8          MS. STROM:  Objection.
9  You're mischaracterizing her testimony.
10  Also I don't know if you want to ask her
11  if it's necessary or relevant, but you're
12  completely mischaracterizing her
13  testimony.
14  Q.    (By Mr. Cockrell) I'll stay with
15  my question.  You can answer.
16          MS. STROM:  Marisa, feel
17  free to repeat your answer.
18          MR. COCKRELL:  I appreciate
19  you -- I like you, but please don't answer
20  for her, okay.
21  A.    I'm answering for myself.  What
22  I'm saying is that this is a story about
23  Megan Rondini's process of reporting what

Page 311

1  she believed to be a sexual assault to the
2  police, to her school, and that it was so
3  discouraging that she ultimately committed
4  suicide.
5      This has been the same way that we
6  talked about experts and the same we
7  talked about all of this that feels
8  completely -- I don't know how it wouldn't
9  be relevant.  That seems completely
10  relevant to me.
11  Q.    Well, were you saying by quoting
12  the International Chief of Police that the
13  investigation was inadequate into Megan's
14  case?
15          MS. STROM:  Objection.
16  A.    I would say that I'm not -- I'm
17  not a police officer.  I'm not a sheriff.
18  What my job is is to present information
19  that's in the public interest to readers
20  who can then read a story and draw their
21  own conclusions.
22  Q.    (By Mr. Cockrell) So why include
23  that article, that quote at all from the

Page 312

1  International Association of Chief of
2  Police?
3  A.    I mean I can say again this is a
4  story, as I look at it, about Megan
5  Rondini and about Megan Rondini's process
6  of reporting what she believed to be a
7  sexual assault to police and to her
8  school, so it feels completely relevant to
9  me to -- so that quoting the International
10  Chief of Police on this topic doesn't seem
11  irrelevant at all.
12  Q.    Who found that quote from the
13  International Chief of Police to include
14  it in the story?
15  A.    I can't remember that.
16  Q.    Did you provide it?
17  A.    Same answer; I can't remember
18  that.
19  Q.    Do you know who would have
20  researched it to come up with that
21  article, that quote from the International
22  Chief of Police?
23          MS. STROM:  Objection, asked

                                        78  (Pages 309 to 312)

Marisa Carroll                                    2/1/2021

Page 313

1    and answered.
2         Go ahead, Marisa.
3    A.    And same answer, I can't -- I
4    can't remember where this -- this is a
5    story reported by Katie Baker, edited by
6    two editors with a fact checker involved.
7    I just can't remember back to the origin
8    of that quote.
9    Q.    (By Mr. Cockrell) Okay.  All
10   right.  Normally who would it be when you
11   write an article on sexual assault or rape
12   that would find quotes like this for you
13   guys at BuzzFeed?
14        MS. STROM:  Objection.  You
15   can answer, Marisa, to the extent you
16   understand.
17   A.    So when we're working on stories
18   it's -- a reporter is reporting and
19   reading and researching and writes a story
20   and that's a draft of a story.
21        And then from there other people
22   like a fact checker or like an editor look
23   at the story and occasionally they'll make

Page 314

1    suggestions like having, you know, having
2    researched this additionally, for whatever
3    reason they might suggest to include
4    something, but stories are drafted and
5    written by reporters who work there.
6    Q.    What did you think the quote from
7    the International Association of Police
8    Chief added to the story?
9    A.    Would you mind reading it back to
10   me?
11        MS. STROM:  Why don't you
12   put the article up and show it in context
13   of the article?  Can you go to the
14   relevant portion of the article?
15        MR. RITCHEY:  It's there.
16   A.    From here would -- I see this part
17   of -- I've read this part of the screen.
18   Can you tell what -- sorry, I'm sorry,
19   could you please just rephrase the
20   question more or just repeat the question,
21   whichever?
22        MR. COCKRELL:  Go ahead and
23   repeat the question please.  Read it back

Page 315

1    to her.
2         (Whereupon, requested portion was
3         read back by court reporter.)
4    Q.    (By Mr. Cockrell) And in here I'm
5    reading it says but the IACP tells police
6    not to pressure victims to make any
7    decisions about prosecution during the
8    initial stages of an investigation.
9         Doing so is poor practice and
10   potentially damaging to an agency as
11   guidelines state.  So what was the purpose
12   in including that quote?
13   A.    Including exactly what you read
14   back, we include quotes to include them if
15   they are relevant to the public interest
16   and if they're relevant to a reader
17   reading a story, so we included it to
18   convey the information you just read to
19   me.
20   Q.    What was it you were trying to
21   show the reader?
22   A.    My job is to give the reader
23   relevant -- what we seem to be relevant

Page 316

1    information and that the reader can then
2    read through and draw and take away from
3    the article what they will.
4    Q.    What was it that you thought the
5    readers would get out of that quote?
6    A.    So they would know what the
7    International Association of Chief of
8    Police says.
9    Q.    And how was that related to
10   Investigator Jones?
11        MS. STROM:  Objection.
12   A.    I don't think I or the article say
13   that so I can't answer that.
14   Q.    (By Mr. Cockrell) Okay.  All
15   right.
16        What would be purpose of adding
17   drama to an investigative report story?
18        MS. STROM:  Objection.
19   A.    I don't understand the question.
20   Q.    (By Mr. Cockrell) Well, we've read
21   several and looked at today where it
22   talked about for more dramatic effect.
23        Do it this way, why would -- what

79 (Pages 313 to 316)

Marisa Carroll                                                    2/1/2021

Page 317

1  would the purpose be of adding drama to an
2  investigative report?
3        MS. STROM:  Objection.
4  A.    Characterization of several -- I
5  just disagree with the way that you're
6  characterizing what we talked about
7  earlier.
8  Q.    (By Mr. Cockrell) Well, just in
9  general, what would be the purpose of
10 adding drama to an investigative report?
11       MS. STROM:  Objection.  You
12 can answer, Marisa.
13 A.    I guess I just don't -- I don't
14 understand the question.  I don't know
15 what you mean by drama.
16 Q.    (By Mr. Cockrell) Do you know what
17 drama is?  You've used the word several
18 times and other people have of documents
19 we've seen today.
20      Do you -- I ask again what would
21 be the purpose of adding drama to an
22 investigative report if it's truly an
23 investigative report?

Page 318

1        MS. STROM:  Objection.
2  A.    It's hard for me to know without
3  talking about a specific sentence before
4  we've looked at specific emails or
5  specific sentences, it's hard for me to
6  know to understand out of context.
7  Q.    (By Mr. Cockrell) Well, is drama
8  ever proper when making an investigative
9  report?
10       MS. STROM:  Objection.
11 A.    I still don't understand what you
12 mean by drama.
13 Q.    (By Mr. Cockrell) What would you
14 normally think drama means?
15       MS. STROM:  Objection.  Bob,
16 if you're talking about a specific email
17 or a context, then you can give it to her
18 but she's answered many, many times --
19       MR. COCKRELL:  I've asked
20 what drama means to her.  I would like an
21 answer please.
22 A.    Like drama school?  I just don't
23 understand what -- like, that word has a

Page 319

1  lot of different meanings and different
2  context.  I guess that's so hard for me to
3  understand what the question is.
4  Q.    Well, I'll narrow it down for you.
5  What does drama mean to an investigative
6  reporter?
7        MS. STROM:  Objection.
8  Asked and answered.
9  A.    Again, you have to ask an
10 investigative reporter in a specific
11 question on a specific moment.  I just
12 don't know what -- I'm not closer to
13 understanding the question.
14 Q.    (By Mr. Cockrell) What does drama
15 mean to an editor of an investigative
16 report?
17       MS. STROM:  Objection.
18 A.    It just -- I guess my -- I still
19 don't have context.
20 Q.    (By Mr. Cockrell) Okay.  Thank
21 you.
22      Can you pull up Document 1703,
23 Plaintiff's 67?

Page 320

1  Q.    On that document it says who is he
2  that says was sign off on the final?
3  A.    I don't know.
4        (Off the record.)
5  Q.    Okay.  All right.
6       Let me take one more short break
7  and I think we're -- I've got one more
8  question.
9       If it's all about investigative
10 report and about make Megan Rondini, why
11 was special inquiry so prominent in the
12 story?
13       MS. STROM:  Objection.  You
14 can answer, Marisa.
15 A.    The story is about Megan Rondini's
16 process of reporting what she perceived or
17 felt was a sexual assault to the police
18 officers and to her school.
19      And special inquiry as a term as
20 it is relevant to that process is why it
21 was used in the story and why it was asked
22 about to say Gary Hood.
23 Q.    Okay.  All right.

Marisa Carroll                                                    2/1/2021

Page 321

1          MR. COCKRELL:  Give us one
2     break real quick.
3          VIDEOGRAPHER:  Off the
4     record 4:49.
5          (Recess was taken.)
6          VIDEOGRAPHER:  Back on the
7     record 4:50.
8          MR. COCKRELL:  Okay.  I have
9     no further questions.  But I would like to
10    leave the deposition open pending the
11    outcome of the redactions that we've yet
12    to review that BuzzFeed is going to
13    provide for us after they look at
14    everything.
15          Hopefully, I won't have to
16    bring you back and trouble you.
17          MS. STROM:  And, of course,
18    I object because you've had the document
19    production for almost a year, so we'll
20    deal with that when we deal with that.
21          MR. COCKRELL:  We'll deal
22    with it when we deal with it.  Thank you.
23          VIDEOGRAPHER:  This

Page 322

1     concludes the deposition and we're off the
2     record at 4:50.
3
4          [The deposition was concluded at
5     4:50 p.m., and further deponent saith
6     not.]

Page 323

1          CERTIFICATE
2     STATE OF ALABAMA   )
3     TUSCALOOSA COUNTY  )
4        I hereby certify that the above and
5     foregoing proceedings were taken down by
6     me in stenotype, and the questions and
7     answers thereto were reduced in transcript
8     form by computer-aided transcript under my
9     supervision, and that the foregoing
10    represents a true and correct transcript
11    of the proceedings occurring on said date
12    at said time.
13        I further certify that I am neither
14    of counsel nor of kin to the parties to
15    the action, nor am I anywise interested in
16    the results of said cause.
17    Signed February 1, 2021.
18
19    /s/ Nancy Pannell, CCR
20    NANCY PANNELL, CCR
21    Alabama CCR No. 30, Expires 9/30/2021
22    Commissioner for the State of Alabama at
23    Large, Commission expires 07/17/2021

                          81  (Pages 321 to 323)

Marisa Carroll                                           2/1/2021

Page 324

**A**

**A-I** 39:20
**a.m** 1:19 2:10
8:10 9:2 74:9
74:12
**able** 28:3,4
57:22 116:21
131:22 132:4
164:11 195:9
207:12 211:7
212:6 217:5
247:11 250:17
251:22 252:11
294:21
**abruptly** 269:9
**absolutely** 118:7
118:10 216:17
**abuse** 19:13
39:4 62:1
90:18 92:8
96:19 99:6
148:17
**accept** 188:15
**accepted** 266:17
**accomplished**
115:1
**account** 14:1,5,6
14:12,12
**accounts** 14:10
14:18,18
**accumulating**
229:21
**accuracy** 254:1
**accurate** 17:19
110:4 112:21
178:19 179:11
204:9 205:6,10
206:2 254:13
279:6 282:15
294:9
**accurately**
46:22
**accusations**
221:7
**accused** 68:21

69:5,14 70:2
199:8 200:12
221:6 259:21
**accusing** 100:16
**achieved** 16:6
**Act** 30:11,13
**acted** 132:1
**acting** 8:4 282:3
283:11
**action** 205:20
323:15
**actions** 133:1
**activity** 60:17
**actual** 64:23
109:17 153:17
153:18 220:21
289:3 300:19
**Adam** 1:8 8:18
84:20 141:8
143:6 184:18
187:3 238:23
254:23 258:15
**Adams** 278:3
280:20
**add** 81:13
123:15 176:17
179:3 244:20
247:11 264:10
**added** 229:5
314:8
**adding** 316:16
317:1,10,21
**addition** 59:22
81:17
**additional**
116:15 145:20
**additionally**
314:2
**address** 12:18
12:19,23 156:5
177:9
**adjudicate**
187:16
**administration**
62:16
**admirer** 89:6,14

**admit** 140:23
256:7 273:10
295:17
**admitted** 260:4
277:4 306:7,16
**advance** 113:16
150:18,22
151:15
**advancing**
114:12
**advice** 167:15
**affiliated** 14:8
**affirmative** 24:1
270:8 292:6
**Affordable**
30:11,13
**afraid** 253:5
**African** 175:21
176:2,18 177:1
177:13 178:5
**agency** 315:10
**agenda** 115:19
**ago** 168:11
289:15
**agree** 124:4
143:19 229:5
238:22 239:3
253:10 263:1,3
268:7 276:15
303:4,7 304:17
305:6
**agreed** 2:2,12,19
200:21 201:3
**ahead** 21:4
24:22 39:19
41:5 53:16
56:6 61:4
64:14 68:1
69:21 87:10
119:4 126:18
127:1 128:6
131:8,15
133:11 135:8
139:11 148:21
156:11 159:9
167:19 174:12

191:6 192:23
193:17 195:1
199:11 202:6
205:12 223:21
225:10 226:14
233:12 237:6
240:22 252:13
259:7 261:9
265:8 266:23
276:5 278:8
279:2 280:23
300:12 301:1
309:15 313:2
314:22
**Ai-jen** 38:22
**aides** 39:5
**aids** 291:22
**ain't** 292:22
**al** 8:19,20
**Alabama** 1:2
6:10 7:1 8:3,4
8:22 75:10,13
75:20,23 76:3
77:6,7,11,15
78:3,9 79:2,8
80:5 81:19,22
82:21 84:12,18
84:21 85:8
103:15 159:7
159:17,23
182:7 184:20
189:23 190:19
190:21 191:1
198:8,10,21
199:4 250:19
251:2,7,16
264:11 265:3
265:14 277:23
288:6,11,13
289:9,13
292:15 299:22
300:7,20
301:22 302:17
304:3,12,20
305:13 306:13
323:2,21,22

**Alabama's**
264:22
**Albert** 45:19
**alert** 158:1
294:10,11,17
295:5 297:2
**alerts** 289:22
294:22 295:1
295:11,13,15
295:17 296:3,4
296:7,12
**Allam** 45:19
**allegation** 62:17
**allegations**
98:20 99:5
**alleged** 75:3
96:21 131:23
132:19 145:1
146:19 191:16
198:11 254:20
256:5 263:8
**allegedly** 97:11
100:11
**Alliance** 39:1
**amended** 70:16
**American** 53:18
53:19
**AMERICAS**
6:16
**amount** 43:15
**Amy** 222:20
223:2,15
**and/or** 90:17,17
**angle** 158:10
**animal** 242:22
244:11,20
245:14
**animals** 179:13
245:18
**announcements**
270:16
**annual** 24:13
47:19 49:2
**Annually** 23:10
**answer** 21:13
22:15 23:5

Marisa Carroll                                                2/1/2021

24:16 25:8,15
29:6,9 36:1
45:3,15 48:23
54:3 56:16
64:11 68:13
69:1 74:17
77:4 80:7 81:8
81:11 84:9,23
85:3 97:23
108:6 113:3,18
114:16 116:8
116:21 120:11
120:12,13,16
120:21,22
121:4,10 122:3
122:5,7,12
124:19 127:4
127:13,17
132:9,10,11,12
135:4,9 136:18
140:9 142:9,17
143:10,22
154:14 157:11
157:12 163:3
164:11 165:5
167:2 169:6
173:17 176:21
177:15,15
184:23 185:22
186:12 187:9,9
193:1 195:9
198:23 199:16
199:19,22
201:9,12 203:4
204:20 206:13
207:1,13 210:9
211:7 212:3
216:4 220:10
220:16 227:12
233:9 235:8
239:6,9,13,18
239:21 240:15
245:2 248:13
250:5 251:5
252:1,2,8
253:19 256:18

257:4 259:8
260:6,10
263:13 267:23
268:14,16
269:18 275:10
279:2,3 280:2
280:12 281:7
283:9 291:18
293:9 298:5
302:6,20 307:6
307:15,16
310:15,17,19
312:17 313:3
313:15 316:13
317:12 318:21
320:14
**answered** 12:17
29:5 48:18,22
56:4 64:10
87:7 113:2
119:3 127:1
131:8,15 135:8
159:9 167:18
169:18 174:12
191:5 249:18
251:19 252:6
279:1 280:23
281:21 313:1
318:18 319:8
**answering** 45:5
127:21 186:5
232:15 260:23
310:21
**answers** 323:7
**anticipated** 98:9
**anybody** 65:4
73:5 77:10,13
99:11 101:8
103:17 111:5
111:14 115:11
129:23 139:7
140:21 143:13
150:17 165:11
166:4 168:15
198:9 199:5,7
202:21 218:4,6

239:22 295:21
**anymore** 101:14
**anyone's** 274:2
**anyway** 74:18
81:12
**anywise** 323:15
**AP** 87:23 152:4
152:7
**apartment**
118:13 119:17
125:13 126:10
130:21 131:4
132:22 206:19
**apartments** 93:7
**apologies**
159:13
**apologize** 42:10
108:17,23
149:5 208:14
249:23
**app** 295:22
**appear** 223:9
**appears** 223:2
**Apple** 296:8
**applied** 18:22,23
**applies** 266:21
**apply** 82:18
**appreciate**
64:14 112:4
127:18 157:2
166:11 189:19
196:9,22
197:17 310:18
**approach** 29:21
**approval** 107:7
178:14,17
179:2
**approved** 120:1
133:16 134:10
178:11,21
260:17
**approximately**
2:10 8:10
33:20 40:11
**archaic** 250:20
251:3,17

**area** 52:4 97:5
229:12,14,18
229:20 231:1
231:10
**arrest** 78:5 79:9
82:2 304:21
305:12
**arrested** 74:21
300:21
**art** 32:18 33:1
33:17 34:2,6
108:12 153:9
153:12,15,19
153:23 154:6,7
156:6 157:9,19
157:22 158:1,4
160:8,9,15,21
161:2,19,21
162:1,3 225:23
290:2
**article** 30:7
35:22 36:10
46:10,13 47:5
47:7,18 48:11
48:14 55:14
64:5,6 65:9,10
72:10 73:17,21
78:8 83:16
90:23 91:6
94:16,18 95:6
97:22 102:5,6
102:17,22
103:3 104:18
105:18 106:3,7
111:6 113:11
117:9 133:8
134:9 141:6
150:21 163:20
163:22 164:3
173:23 181:15
187:7 188:5
202:5 204:4,19
218:10,11,17
220:15,22,23
225:21 250:19
251:10,14

252:10 253:14
254:2 259:6
264:21 265:2
265:13 266:22
267:15 269:5
279:17,21
280:1 299:5,17
299:19 300:9
300:11,14,23
301:20 302:19
302:22,23
303:6,9 305:4
305:7 308:13
308:19 309:4,5
311:23 312:21
313:11 314:12
314:13,14
316:3,12
**articles** 32:18
35:17 36:3,15
36:18 38:4
46:19,20 61:14
61:18 71:21
73:13,15 83:18
91:7 95:1
231:8
**arts** 32:4,4
**asked** 28:2 29:4
56:4,9 60:1,6
64:9 68:17,19
79:20 81:8
87:7 113:2
119:2,20 121:1
125:23 127:1
131:7,15 135:7
135:10 136:6
136:11,12
137:1 149:4
153:22 159:9
159:10,12
167:18 169:18
174:12 179:8
187:20 188:2
191:5 220:8
221:3 238:13
238:19 239:8

251:18 252:5
278:23 279:1
280:22 281:20
312:23 318:19
319:8 320:21
**asking** 11:7
20:15 27:11
33:5 47:6,10
66:5 77:2,3
78:22 79:6,13
79:16,16,18
106:9,17 114:8
123:1,3,9
128:11 133:22
134:1,23 135:2
142:19 172:5
174:1,4,16,23
175:1 177:18
177:20,22
178:7 186:9
194:16 197:11
197:12 207:14
220:3 227:5
247:16 248:3
249:22 251:13
253:17 259:2
271:3 303:2
**asleep** 255:23
**ASME** 53:20
54:22,23
**assault** 35:19
37:11 38:15
54:5 61:10,14
62:8 63:5,11
64:2 78:4,6
79:10 82:3
85:9 86:11
90:9,16 91:1
91:17 92:8
95:16,22 96:5
96:12,21 97:7
97:21 98:20
101:16 102:17
104:8 145:1,13
146:7,19
148:17 167:12

182:2 183:4,5
183:19 191:16
198:11 199:3,6
199:9 200:13
202:14 218:8
226:5,7 229:13
231:7,11 232:2
262:21 263:1,5
276:23 277:19
299:4,21 300:6
300:19 301:21
302:15 304:21
305:10,11
309:1,18 311:1
312:7 313:11
320:17
**assaulted**
276:20
**assaults** 187:23
**assign** 2:23
41:22 42:3
43:5
**assigned** 38:2
95:20,22
**assistant** 34:15
35:5 36:16
37:18 40:16
171:8
**associate** 41:15
41:18,19,20
42:21 43:4
**associated** 14:15
87:23 154:8
**Association**
168:13,18
308:18 309:8
310:5 312:1
314:7 316:7
**assume** 28:15
289:20
**Assumes** 226:13
**assuming**
176:20 255:13
**attached** 156:15
164:20 172:14
180:1 189:11

191:23 195:23
209:23 212:23
221:17 228:21
233:16 237:4
242:8 246:9,15
252:18 257:17
264:2 266:2
272:2 275:18
286:9 290:13
293:3
**attacker** 277:12
**attend** 15:15
23:14 51:7
55:12,18 56:22
198:7,20
**attended** 14:23
15:17,19 16:12
20:2 51:11,13
56:1,11,17
77:21
**attendees** 24:13
**attention** 12:21
**attorney** 79:1,7
79:17,18,20
103:14,23
104:9 166:16
300:4 305:9
**attorney-client**
79:12 80:8
110:23
**attributed** 220:5
**audience** 35:9
**audio** 135:14
**audit** 87:19
**author** 97:22
98:15 104:5
**authored** 98:5
98:10,12
**authoritative**
229:10 230:14
231:10
**authorities**
202:14 306:12
**available** 26:9
26:10,19,20,22
26:23 27:2

87:14 136:7
137:20
**AVENUE** 6:16
**award-winning**
232:11
**aware** 158:4

**B**

**B** 83:2
**b-a-d-g-e-d**
297:12
**back** 22:23
26:17 74:11
80:13,16 86:15
86:17 101:18
105:13 109:19
111:4 121:22
122:2 130:10
139:2 142:23
143:3 145:3
160:3 163:12
164:13 170:17
179:6 180:13
181:14 208:1
210:17,18
216:11 218:12
225:2 254:17
254:19 256:4
259:3 262:4
274:14 282:11
282:13 284:4
285:18 287:9
288:16 291:8
294:5 298:4,12
298:16,23
299:9,11 301:6
303:23 313:7
314:9,23 315:3
315:14 321:6
321:16
**background**
14:22 56:22
100:20 105:4
**bad** 39:19
105:20 111:2
153:23 208:11

**badged** 297:11
**bagels** 51:5
**Baker** 1:12
44:18 45:17
48:10 51:8
66:7 71:22
81:1 85:6,19
88:12 89:2,20
92:14 96:6
97:17,22 98:5
102:9,14,22
103:2 104:13
129:2 130:15
136:6,11 137:8
139:6 140:2
147:11 148:4
171:21 192:10
192:12 202:21
209:8 217:4,13
218:23 222:18
237:12 239:15
245:11 253:4
254:15 255:12
262:19 271:8
277:7 301:7
308:8 313:5
**Baker's** 66:9
67:21 68:2
101:17 144:22
145:2 229:14
**bar** 117:1
**based** 108:8
155:21 158:12
217:17 247:9
276:17 286:16
**basement** 31:16
**basic** 74:16
**basically** 43:9
220:4
**basis** 93:23
**beat** 229:16,17
229:18 231:3
**beats** 229:16
**bedroom** 253:12
253:15
**beginning** 37:3

58:23 104:17
114:11 136:10
157:16 213:11
255:2,8,11
**behavior** 131:23
247:14 248:1
248:21 249:2
256:15 257:3
**believe** 14:7
15:14 16:7
22:12 23:23
24:6 29:4,7
30:13 32:11,20
40:5 41:14
42:6,14 45:18
48:22 49:18
53:4 54:8 55:2
56:4 59:5 60:9
60:11,13 61:12
61:16 62:12
65:15,16 67:10
67:19 69:20
73:8 75:21
83:21 85:10
87:7 92:21
99:17 100:1,6
100:15 101:22
102:11 103:5,8
113:2 128:16
128:23 131:7
147:3 150:7,12
151:7 152:2,21
153:1,9 159:9
168:2 170:6,7
171:7,14
174:11,18
177:8,17
182:11 185:19
198:2,15 250:4
255:3,11
272:19 274:18
277:7 278:6
280:8 295:14
302:9
**believed** 141:10
185:15 274:6

308:23 311:1
312:6
**belonged** 119:18
**Ben** 1:11 27:19
29:7 65:18
72:23 73:3,6
73:11 139:6
140:21 170:6,8
171:4 290:18
**benefit** 167:6
196:11
**best** 14:11 15:10
16:3 17:13
33:2,19 40:19
46:3 49:13
54:13,21 56:17
58:2 75:15
83:11 92:1
99:21 107:4
112:18 122:12
158:13 168:8
170:13 171:14
197:14 202:7
204:22 220:2
228:8 247:19
273:19 275:7
**better** 50:10
116:21 157:5,6
161:23 169:11
170:5 224:2,12
226:22 232:15
232:19 238:21
243:2 261:20
277:11 289:17
294:21 298:3,5
**beyond** 55:20
90:5 211:6
220:17 250:12
**bias** 91:2
**big** 44:3 100:19
164:7 175:21
176:2,18 177:1
177:13 178:5
**bigger** 67:4
241:22 242:21
243:5 244:9,10

**biggest** 222:19
**Bill** 271:11
**bills** 34:18
**birds** 37:7
**Birmingham**
6:3 7:1,5,7 8:3
103:15
**birth** 11:14
**birthday** 11:16
93:11
**bit** 13:21,22
69:17 114:15
157:1 189:21
217:9 303:20
**bizarre** 247:13
247:23 248:21
249:2 256:14
256:23
**blacked** 132:20
219:16 306:5
**blast** 289:16
**blog** 232:23,23
**blood** 131:20
**bloop** 294:13
**blue** 70:19,23
71:19
**blurb** 38:6
**Boaz** 75:13,16
75:17
**Bob** 9:6,9 10:5
73:19 142:20
199:12 201:15
207:17 209:11
212:10 222:2
235:1 292:17
302:21 318:15
**BOBBY** 6:5
**bold** 292:13
**Bolger** 6:14 9:17
9:17 196:3
212:15 222:2,5
275:21 299:14
**bonuses** 48:1,4
**born** 12:10,11
**boss** 27:22 64:21
73:9 152:6

169:13 170:3,4
178:16
**Botanical** 34:14
**bottom** 71:17
102:6 218:20
221:4 244:6
246:20 247:9
262:14,18
264:9 276:10
287:20 296:14
**BOULEVARD**
6:9
**boy** 217:7
**Brad** 145:10,12
146:4
**break** 10:22
73:22 74:3,7
135:20 138:14
138:16,17
190:3 201:17
207:17,19
261:17,19,21
261:23 278:15
298:16 320:6
321:2
**breakfast** 51:5
**breaks** 86:23
**bring** 107:17
150:1 177:18
258:1 321:16
**broad** 94:21
95:1 108:6
114:15
**broader** 182:14
**brought** 53:13
107:21 109:2
112:7 150:5
199:3,6
**Bruno** 214:7,12
214:13
**buck** 27:19
**build** 273:2
**building** 6:23
49:21 229:21
258:16 259:1
260:8,13

**built** 259:11,11
259:15 260:2
273:21 274:15
274:16
**bunch** 56:14
**Bunn** 173:3,15
199:9 200:12
201:1 218:7
221:5 222:15
258:18 261:3
281:7 303:23
306:9
**Bunn's** 148:10
253:12
**Bunns** 218:5
**business** 14:4
25:12 75:2
**button** 196:8
**BuzzFeed** 1:11
1:11 4:11,13
4:14,15,16,17
4:18,19,20,21
4:22,23 5:1,2,3
5:4,5,6,7,8,9
5:10,11,12,13
8:19 10:8,9
14:5,8 23:11
24:10,19,20
25:2,19 27:6
27:16 29:2
41:13,16 42:5
42:16,19 43:22
44:1,16 46:15
47:1,3,4 48:19
49:2,5 51:15
51:23 55:13
64:5 65:11,17
65:20 66:1
67:15,17 74:14
77:9,14 80:19
87:3 88:16,21
88:23 89:2
92:1,22 93:2
93:23 94:12,17
95:4 97:13
98:11,13

103:17 107:5
108:15 111:6,9
111:11,12,15
112:11,13
113:8,10,13,21
113:22 114:1,3
117:19 118:23
119:21 120:16
121:2 122:14
123:11,13
126:13 128:17
134:2 137:17
139:7 140:22
143:13 152:6
153:10,11,13
155:3,13 156:5
164:15 165:11
166:5 168:16
169:2 171:12
172:16 179:19
196:2 201:2
204:4 218:4
221:13 228:17
229:2 231:21
232:5,12
233:22 240:4
240:12 246:20
250:8,18
252:10 257:12
258:14 262:7
262:12 269:23
270:20,21
271:1 274:17
275:20 284:19
284:22 286:15
286:21 290:7
292:8 293:17
293:21 294:8
295:12 296:3
298:2,5 306:1
313:13 321:12
**BuzzFeed's**
271:1
**BuzzFeed--**
202:20
**BuzzFeed-issu...**

83:14 128:17
**byline** 98:22
99:1 102:4
**bylined** 98:21
102:9
**bylining** 99:5
102:2,3

———————
**C**
**C** 6:1
**calendar** 171:10
**call** 25:22 79:12
101:3 124:2
139:21 140:17
151:20 160:6
162:8 226:2,3
**called** 53:20
57:7 58:18
66:21 95:18
150:8 151:7
228:7 296:12
**caller** 124:3
**calling** 105:17
**calls** 109:10
110:23
**cameras** 132:22
206:19
**campus** 15:15
62:8,8,13,15
62:19 63:1
175:9,10,12
188:22 190:5
190:14
**campuses** 15:13
**capacity** 141:20
279:9 281:5
282:3
**Captain** 306:1
**caption** 36:21,22
37:1,14
**captions** 36:17
37:10,19
**car** 255:5
**card** 258:18
260:3 261:5
**care** 13:3 30:11

30:13 204:23
**career** 41:3
213:10 227:3
**carefully** 71:2
**Carroll** 1:16 2:5
8:11,18 9:13
9:19 10:5
11:12 171:22
176:23 214:3
222:13 223:8
229:4 241:19
244:7 253:1
257:23 264:10
266:10 277:4
287:20
**case** 1:5 8:20
46:6,9 63:4,5
82:1,13 85:6
99:9,12,15,15
99:22 100:12
100:13,15,18
100:23 101:8
102:18 103:4
103:19,22
104:8,8,21
105:17 106:1
106:11 108:2
108:12,16,18
108:20 111:16
111:17,20,21
112:1 119:23
120:7 122:15
123:3 124:12
124:16 184:21
187:4 191:17
202:2 204:23
218:9 224:23
226:21 227:5,6
227:23 228:7
258:16 259:2
259:10,15
260:2,8,13
262:19 263:2
264:10 265:1,4
267:8,10 273:2
273:22 274:16

294:18,19
302:3 307:14
311:14
**cases** 95:17,23
96:5,5,13,15
96:16 167:12
167:13 214:5
262:21 263:5
263:10 267:17
277:11,21
**catching** 112:3
**Catholic** 15:5
**cause** 8:12
323:16
**cc'd** 156:3 287:4
**CCR** 1:21
323:19,20,21
**celebrity** 35:11
44:10,13
**cell** 146:17,18
179:14 250:2
**Center** 214:8
215:4 222:23
223:4,17
**central** 57:12
**CEO** 65:16
**certain** 28:18
91:21 151:1
295:1
**certainly** 31:11
91:20 159:19
272:18
**certainty** 93:10
**CERTIFICA...**
4:5 323:1
**Certified** 2:6 8:2
**certify** 8:5 79:23
323:4,13
**cetera** 173:8
**chain** 256:21
**chance** 196:6
**change** 40:19
61:20 62:15
63:16,17 64:1
70:21 86:6
**changes** 150:19

273:15
**changing** 63:10
63:12 273:6
**Characterizat...**
317:4
**characterize**
92:13 94:23
249:1
**characterizing**
317:6
**charge** 29:10
183:3
**charged** 74:22
218:7
**charges** 163:10
163:15
**charity** 38:10
**chart** 66:1
**chat** 158:15
270:13,16,18
270:19
**check** 12:16
146:14 150:7
**checked** 110:2
184:15
**checker** 17:4,15
17:16,22 18:17
18:21 32:2
72:4,5,14 81:2
107:20 123:21
129:3 134:20
144:8 145:19
147:17 205:16
225:1 272:10
275:5 313:6,22
**checkers** 18:10
274:21 275:3
**cheesecake**
208:23
**Chelsea** 49:19
**chest** 254:18
**Chicago** 12:11
12:13 15:3
100:6
**chief** 23:17
214:20 287:14

308:18 309:8
310:5 311:12
312:1,10,13,22
314:8 316:7
**Chiefs** 168:14
168:18
**children** 12:1,2
268:13,18,22
269:1,3
**choose** 266:14
**chose** 137:5
**circuit** 298:17
**cities** 237:16
238:1
**City** 13:2 32:8
34:20 52:3,4
55:4 128:18
**civil** 8:7 75:6
99:9 104:1,9
104:10
**claim** 206:4
**claims** 306:8
**Claire** 34:4,10
35:1,10 40:6
40:10 53:15
61:18
**clarify** 22:5
37:13 47:6
83:5 106:17
112:14 128:7
142:19 151:10
**CLARK** 6:23
**class** 20:21 57:6
57:22 58:3
151:11,15
**classes** 20:14
55:23 56:22
57:3,4 58:11
**classify** 94:11
**classroom** 57:18
**clear** 71:13
219:1 229:9
230:14 274:14
**climbed** 254:16
254:17,19
255:23 256:4

**clip** 122:18,18
123:18,18
125:15 291:2,5
291:6
**clips** 83:16,18
123:14 125:5
125:19,22
128:8,19
307:22
**close** 75:22
**closer** 254:12
319:12
**clues** 175:7
**CMS** 288:4,14
288:16,17,22
288:23 289:2
298:3
**co-authored**
102:21
**co-worker** 89:3
**co-workers** 89:9
93:15
**Cockrell** 4:4 6:5
6:7,7 9:8,9
10:1,4,6 13:2
21:2,7,14 23:7
25:11,17 29:11
36:11 45:10
46:2,10 49:4
52:17 53:1
56:8 61:5
64:13 65:14
68:3 69:4,13
69:22 71:9
74:1,6,13 76:6
76:11,17 77:1
79:5,15,22
80:12 81:9
83:4 84:18
85:2 86:9,14
87:8 89:11,15
105:3,9,19
106:8,15 108:8
108:16 111:1
111:10,19
112:3 113:8

114:22 116:9
119:5,10 120:6
120:15,22
121:16,21
122:3,14,23
123:5 124:11
125:8 126:2,21
127:16 128:10
131:9,18 132:3
132:10 133:14
133:21 134:22
135:9,22 136:5
136:13,17
137:9,16
138:13,19
139:4,12
140:19 142:21
143:4 149:2,10
149:15 151:16
152:15 153:22
154:18 155:2,7
156:10 157:8
159:10,14
161:5,18
162:12 163:13
163:21 164:4
164:12,22
165:6 167:5
168:7 169:15
169:20 172:8
172:16 173:18
174:13 176:1
176:13,22
177:10 178:8
179:17,21
181:11 185:11
186:4 187:1,19
188:15 189:5,8
191:14,20
193:5,13 194:2
195:8 196:4
197:1 200:10
201:5,13,18
202:20 203:17
205:12 206:17
207:1,18 208:3

208:21 209:5
209:14,19
210:17 211:17
211:23 212:8
212:12,18
213:9,15
214:13 215:12
216:9 217:1
219:8 220:18
221:12 222:4,7
223:14 225:13
226:20 227:17
228:12,15
235:5,22 236:6
236:12 239:14
241:4 242:3,13
244:1 245:2,22
246:3 247:1,6
248:19 249:8
249:16 250:16
251:12 252:2,7
252:20 253:16
254:14 257:1,7
258:12 259:7
260:11 261:13
261:18 262:6
262:10 263:14
263:19 264:4
265:3,9 266:4
266:8 267:7
268:5,12,17,23
269:12,21
271:19,22
275:12 276:4
276:13 278:15
279:16 280:2
281:10,15
282:10 283:6
283:23 284:15
285:9,22 286:4
290:8 292:20
297:21 298:15
299:2,8,20
300:1,17
301:18 303:1,8
304:17 307:8

309:12 310:14
310:18 311:22
313:9 314:22
315:4 316:14
316:20 317:8
317:16 318:7
318:13,19
319:14,20
321:1,8,21
**Code** 78:2 81:22
**coffee** 36:18
**coherent** 306:7
**Colby** 214:6,12
214:13
**colleague**
231:17 284:19
**colleagues** 93:18
93:20,21 94:9
253:21
**collections**
98:17
**collective**
178:15
**college** 14:22
15:2 17:8 19:2
19:3,6 23:9
33:4,15 34:5,7
34:18 57:4,16
60:19 62:23
149:6,21
191:11,12
288:5 292:15
304:15
**combining**
125:20
**come** 37:11
53:23 89:1
144:13,19
150:13 154:5
162:3 163:7,8
163:17 164:12
173:16 283:15
295:19 312:20
**comes** 19:21
57:13 106:3
153:23 207:7

245:5 285:15
288:2 291:21
293:19 294:13
**comfortable**
12:23
**coming** 27:17
37:4,5 153:15
158:1 293:18
**commencing** 2:9
8:9
**comment** 178:3
180:8 181:5
182:6,12 188:7
192:17 205:2
209:9 217:22
218:1,13,18
219:19 220:2
221:8,9 243:4
263:4 274:8
278:7,11
**commenting**
181:21
**comments** 177:5
180:10,11,14
181:3,9,13,20
195:3 223:10
235:16 278:8
**Commission**
323:23
**commissioned**
160:22
**Commissioner**
8:5 323:22
**commit** 306:20
**committed**
185:18 202:18
306:19 309:22
311:3
**committee**
214:4
**committing**
184:9 306:16
**common** 87:16
115:15,18
284:6
**communicate**

197:15
**communicated**
109:22
**communicating**
142:13 157:21
285:4,21
**communication**
110:23
**communicatio...**
80:8 284:23
286:19 287:7
287:10
**company** 50:17
65:13 75:1
**company-issued**
82:8
**compared**
237:16,23
**compiling**
165:12
**complaint** 199:6
261:3
**complaints**
199:4
**complete** 251:23
**completed** 99:19
**completely**
38:17 76:5
132:8 133:8
200:19 206:22
259:6 310:2,12
311:8,9 312:8
**complex** 206:19
262:20 263:2
263:10
**compliance** 2:15
**complicated**
263:8 267:16
267:19,20
268:1,3
**comprehensive**
251:23
**computer** 31:20
69:23 83:15
89:16
**computer-aided**

323:8
**concern** 85:5
**concerned** 27:12
**concluded** 322:4
**concludes** 322:1
**conclusion**
144:14,19
274:10,13
283:15
**conclusions**
311:21
**condo** 118:13
119:17 126:10
**conduct** 25:12
248:20 249:1
**conference** 2:8
56:18 162:8
**conferences**
55:11,12,19
**confident**
135:11 205:10
**confidential**
199:16,20
**confidently** 90:5
**confirm** 66:13
151:20
**conflict** 265:7
**confused** 70:9
125:17 126:7
153:21 247:20
256:21 260:21
269:7 275:22
299:18 302:5
302:11
**confusing** 152:5
**Congratulatio...**
19:10
**connected** 267:3
**consensus**
308:11,14
**conservative**
29:20
**consider** 149:15
230:23 256:14
257:2
**considering**

103:3
**consult** 78:23
79:7
**contact** 160:5,7
**content** 30:9
79:13,16 129:4
129:7,8,18
**contents** 37:2,20
172:7
**context** 89:4
155:15 175:7
192:21 194:13
216:7,22
276:22 281:4
292:19 314:12
318:6,17 319:2
319:19
**continue** 253:22
304:3
**contract** 25:22
**contracted**
111:11 271:5
**contractor**
112:6
**contributing**
180:16
**conversation**
19:22 57:14
79:14 103:13
103:18 139:6
140:1,5,20
141:4 155:17
155:19 161:16
193:9,23
250:23 260:18
**conversations**
73:10 80:17
109:6 129:19
129:20 130:11
139:23 144:13
183:23 200:4
251:22 252:12
253:21 254:12
**conversing**
137:13
**convey** 71:3

204:8 267:23
315:18
**conveyed** 82:19
83:1
**cool** 38:13
**coordinates**
286:19
**copies** 151:3
**copy** 26:18
151:5 290:6
292:10,14
293:11,20
294:2 297:1
**corner** 65:21
**corporate** 271:4
**correct** 17:19
28:1 32:16
37:5 46:7 53:5
65:2,3 68:9
71:10,14 72:12
98:11 99:20
112:17 115:20
119:12 124:10
128:13 137:18
137:21 138:7
139:16 174:14
182:2 190:10
194:7 195:10
197:5,10
216:18 228:16
234:11 323:10
**corrected** 70:13
71:23 112:23
**correction** 41:14
70:14 71:6,23
**corrections** 70:4
70:16,20
**correctly** 130:18
**correspond**
181:10 194:23
235:4,16
**correspondence**
130:13
**corresponds**
181:18
**Cosby** 271:11

cost 47:20
counsel 2:4,20
  2:22 8:8 9:3,13
  23:12,15,17
  24:9 81:4,5
  110:16 140:8
  140:11,16
  214:7 323:14
counseling
  278:1
count 222:6
countless 224:19
country 32:11
  92:23 97:13
  184:5
County 83:7
  323:3
couple 33:10
  53:8 213:2
  231:17 303:12
  303:18
course 20:5 23:8
  23:9 89:8
  136:3 145:22
  149:6,9,11,14
  149:21 150:2,3
  150:5,15
  272:19 321:17
courses 16:19,21
  19:18 20:1
  48:20
court 1:1,20
  2:16 8:21 9:5
  9:22 52:15,17
  52:19 80:16
  86:17 89:13
  105:7,13 122:2
  143:3 164:16
  172:10 176:11
  209:18 212:13
  212:16 221:14
  242:11 246:1,5
  252:15 263:21
  271:21 276:2
  282:13 285:18
  286:3 297:19

298:13 299:11
301:6 315:3
cover 35:12
  53:11 62:5
  63:1,16 209:4
covered 52:12
  53:4,7 62:4,12
  63:6 95:12
  146:13 257:10
covering 62:7,18
  231:5
COVID 13:10
  13:14
create 84:21
credibility
  281:11
credit 258:18
  260:3 261:5
crime 74:22
  85:20 86:7,10
  259:21 305:10
  306:19,21
crimes 100:16
criminal 99:14
  99:15,18
  100:18 263:7,8
criticizing
  279:17
crumble 214:6
crying 245:16
cull 265:19
culture 62:3
current 12:18
  13:9,17
currently 99:17
cut 41:5 79:3
  93:16 205:13
cute 37:9

_____
        D
_____
D 4:1
DA 218:6
  264:19
dad 75:13
daily 93:22
damaging

315:10
dark 291:10
dashboard
  298:8
date 8:6 9:1
  11:13 40:8
  55:14 94:15
  104:19 131:21
  323:11
dated 156:2
  160:11
dates 17:10 67:6
David 54:18
DAVIS 6:15
day 28:14,18
  30:1 44:4 53:8
  206:1 310:1
day-to-day
  285:2
days 34:21
  50:19,21,22
  51:4,4
DCH 144:22
  145:10,12
  215:4 277:13
  278:19
deal 50:11 56:14
  91:22 100:19
  151:9 219:23
  238:15 321:20
  321:20,21,22
dealing 97:4
  268:2
dealt 54:4 90:8
  95:8,16 96:2
  96:18 140:16
deceased 83:2
decide 71:2 80:1
  204:16 206:7
decided 128:19
  201:6 303:22
  308:3
decides 72:2,3
  122:15
deciding 107:15
  118:17 308:10

decision 72:11
  72:18,20 73:7
  122:18 123:13
  123:17 124:5
  143:20 161:2,4
  207:6 283:16
decisions 124:1
  144:9,10 161:8
  162:6 186:23
  204:2 315:7
deemed 277:6
deep 91:15
defamation
  23:12
Defendant(s)
  1:13 6:12
defendants 9:14
  9:16,18
defer 203:23
  204:5 272:18
define 52:10
definitely 60:7
  171:1 198:17
  210:23 288:13
definition 102:3
  175:3 233:7
degree 16:5
degrees 15:1
denied 253:9
Dennis 152:19
  152:22 153:4
  156:3 160:6
department
  19:1 27:8,15
  35:6 95:15,18
  157:22 158:2,4
  161:22 165:21
  187:21 188:3
  238:15 259:23
  277:15 286:23
  287:5,7,11
departments
  95:8 96:3
  170:18,22
depended 107:9
depending

150:20
depends 107:23
  118:3,8,22
  160:11 163:4
deponent 322:5
deposed 139:15
deposition 1:15
  1:22 2:5,13,14
  3:2 8:17 10:17
  10:18 76:18
  87:1 137:11
  321:10 322:1,4
depositions 2:17
  208:16,19
depression
  202:17
deputy 42:15
  43:18,20 46:6
  46:14 72:16
  123:10,12
describe 37:5
  172:2 173:4
  174:4 175:1
  233:3 251:11
  270:11 294:21
described 67:5
  72:13 78:9
  142:7 143:10
  201:10 250:21
  251:17 283:13
  294:8 298:4
  305:17
describes 85:10
  179:5 198:15
  250:19 264:21
  274:8
describing
  61:17 71:10
  141:12,23
  153:6 173:22
  175:9 179:11
  255:14 279:8
  282:22 304:10
  304:11
description
  49:11 173:11

272:14 309:3
**design** 156:3,4
**designed** 277:11
**desk** 43:22 44:1
  44:9,11,14,16
  45:9 46:1
  64:15,18 65:22
  66:22 67:1,9
  72:9 97:15
  157:23 171:2
**despite** 272:14
**detail** 135:13
  247:18 248:5
**details** 54:9
  173:9 175:8
  178:14 200:16
  200:17 241:8
  241:17 256:13
**determination**
  264:12,15,16
**determinations**
  264:20
**determine** 78:4
  81:23 107:13
  133:2 202:21
  237:22 254:6
  276:19
**determined**
  129:16
**develops** 160:20
**dialect** 11:3
**dictate** 265:4
**difference** 43:7
**different** 15:13
  29:23 37:15
  48:5 51:20
  56:15 68:7
  76:14 91:8,9
  95:2 96:2
  125:21 145:5
  155:16 158:15
  173:16 181:3
  182:1,4,5
  183:12,18
  184:1,13
  189:21 201:16

223:10 232:12
270:22 271:14
275:9 280:14
294:1 303:19
306:23 319:1,1
**difficulty** 307:4
**digital** 32:9
**dinner** 93:5
**direct** 180:13
  206:3,12
  217:18 269:22
**direction** 140:7
  140:10
**directly** 273:18
  290:20 305:1
  306:11
**director** 153:10
  153:12 160:15
  161:21 169:2,3
  169:21,23
  222:22 223:3
  223:16
**directors** 162:2
**disadvantage**
  286:5
**disagree** 293:22
  300:15 303:16
  304:22 309:3
  317:5
**discharging**
  273:4
**discouraged**
  280:10 309:21
**discouraging**
  311:3
**discovered**
  103:2 147:11
**discovery**
  194:18
**discuss** 72:4,5
  73:13,14,16
  152:10 163:9
  193:6 296:21
**discussed** 28:13
  87:11 115:3
  129:4 192:18

267:15 291:2
309:23
**discussion**
  129:11 130:6
  144:18 156:12
  161:10 235:21
  276:6 308:6
**discussions**
  80:21 130:22
  144:19
**distributed**
  87:14
**District** 1:1,2
  8:21,22
**Division** 1:3
  8:23
**divulging** 80:7
**Doc** 180:9
  194:12 195:4,6
  202:5 214:1
  218:2 219:19
  221:10 223:11
  230:3
**Docs** 197:4,6
  209:7 213:22
  217:3 234:11
  235:4 270:6
**document** 26:22
  145:5 147:12
  156:13 157:15
  157:16 158:13
  164:18 172:12
  178:5 179:22
  180:12,14,16
  180:19,20,23
  181:18 189:9
  191:21 193:21
  195:21 196:12
  209:21 210:15
  210:20 212:21
  215:10 216:1,8
  216:16,23
  217:2,15
  221:15 228:19
  233:14 235:12
  237:2 242:2,6

243:23 246:7
246:13 250:13
252:16 257:15
263:17,23
264:5 265:23
271:23 275:16
276:11 286:7
287:22 290:11
292:18 293:1
319:22 320:1
321:18
**documents**
  115:5 116:15
  141:22 145:16
  151:8 175:15
  178:4 180:8
  235:14 243:13
  247:10,17
  270:1 285:13
  317:18
**dogged** 205:20
**doing** 10:12
  12:23 26:4
  34:18 37:16
  38:7 58:6
  89:17 91:13,14
  94:18 150:9
  209:3 224:21
  229:22 249:13
  251:15 259:23
  286:5 287:15
  291:15 315:9
**domestic** 38:23
  39:5
**Donald** 217:7
**draft** 17:17
  109:19,20
  112:16 181:6,8
  181:19 192:9
  192:19 195:1
  225:18 235:17
  236:2,3,4,5
  288:19,21
  313:20
**drafted** 107:17
  314:4

**drafts** 181:4,10
  182:21 194:23
  235:2,3,13,15
  235:15 236:11
**drama** 316:17
  317:1,10,15,17
  317:21 318:7
  318:12,14,20
  318:22 319:5
  319:14
**dramatic** 210:22
  211:3 316:22
**draw** 203:11
  204:10 311:20
  316:2
**draws** 203:16
**drink** 93:13 94:8
**drinks** 93:5,19
**driven** 288:8
**drops** 190:6,15
**drugged** 219:2
  219:15,17,21
  220:9,16
**drunk** 131:21
  134:7
**duly** 9:20

---

**E**

**E** 4:1 6:1,1
**earlier** 49:3
  110:18 245:19
  260:19 308:1
  317:7
**earliest** 40:15
**early** 160:13
**earnest** 78:13
  80:4,19 81:23
  82:15,21 84:6
  84:17 85:7
  264:23 305:17
  306:4
**ears** 249:15
**easier** 45:4
  193:7
**eat** 241:19,20
  244:7

eating 208:22
economic 39:4
edit 41:23 42:3
  43:5 46:19
  254:2 287:21
edited 32:3
  70:13 101:10
  101:17 121:5
  239:23 313:5
editing 52:23
  69:6 114:21
  124:9 145:16
  148:16 174:17
  183:14,14,21
  204:4 225:16
  251:16 260:12
editor 10:14,15
  19:4 22:13
  31:5 41:13,15
  41:19,20,21
  42:15,22,22
  43:2,4,14,18
  43:21 44:6,17
  46:6,15,22
  58:22 59:14
  64:15,16,19
  65:22 72:3,7,8
  72:9,14,17
  73:1 80:23
  102:12 103:21
  104:6 107:13
  108:14 117:5
  117:16 118:16
  118:20 123:10
  123:11,12,22
  123:22,23
  124:13,22,23
  125:2 126:13
  127:6,9 132:4
  133:6 134:2,2
  134:19 135:12
  136:6 137:4,16
  145:20 159:4
  160:1,3 174:20
  177:11 200:4
  207:9 224:17

224:22 225:6
225:20 226:11
290:6 293:15
313:22 319:15
editor-in-chief
  19:2,9 27:20
  27:21 29:8
  54:18 59:11,20
  65:19 113:21
  170:7,9 171:5
editorial 35:5
  36:16 37:17
  40:16 144:10
editors 20:19
  38:2 51:9,12
  51:13,14 53:18
  53:22 54:20
  72:21 107:18
  109:3,4,7
  115:17 134:20
  144:6 147:15
  153:15 159:4
  162:5 205:16
  207:10 224:23
  294:2 313:6
educational
  14:21 56:21
effect 2:15
  316:22
effort 178:15
  188:8
Eight-hour
  50:22
either 104:5
  112:21 125:9
  147:16 158:14
  168:15 170:15
  174:22 218:14
  235:22 271:18
  303:5
electronic
  227:21
elegant 175:10
element 84:6
elements 78:4
  79:8 82:2 85:7

85:20 86:10
300:19 302:15
304:18 305:10
309:23
email 4:11 14:8
  114:23 115:3
  129:21 145:3
  146:1,4,10
  150:12 151:10
  151:14 153:3
  155:1,23 156:4
  156:8 157:13
  158:14 161:9
  171:16,21
  172:3 175:20
  176:5 180:6,13
  189:3 190:9
  192:8,16
  227:20 286:16
  287:4 289:14
  289:20,22
  290:17,18,20
  305:23 318:16
emailed 103:5
emails 145:11
  147:9 172:6
  177:4 188:19
  301:17 318:4
emergency
  146:8
empathy 273:8
employ 77:10
employed 10:10
  27:13 111:10
  111:12 112:13
  114:3
employees 23:13
  25:4 26:10
  87:15 113:10
employer 13:17
  13:18 68:22
  69:7,15 70:2
encountered
  186:15
ended 33:9
  184:8 200:20

220:22 280:11
enforcement
  77:18,19
  165:13 166:22
  239:16 240:2,5
  240:9 254:6,23
  260:1 261:2,9
  261:11 263:6
  263:10 267:12
  267:21 268:2
  282:4 299:3,15
  299:17 300:4
  300:10,14,18
  301:10,19
  302:2,14 305:8
entering 125:12
enterprise 44:2
entertainment
  95:9
entire 83:10
  128:2,11,14
  134:3
entirety 119:15
entity 75:2
erratic 247:13
  247:23 248:21
  249:2 257:2
especially
  141:19 147:18
  241:14 268:12
Esquire 54:19
essays 98:17
essential 166:1
establish 214:22
et 8:19,19 173:8
ethics 19:19,21
  20:3,12,14,17
  20:20 21:18
  22:2,16 26:6
  28:11 53:5
  54:7,10 87:5
  87:13 88:6
evaluated
  239:23
events 142:1
  256:21 282:22

eventually 256:9
everybody
  31:13 66:23
  67:2 180:15
evidence 3:3
  119:22 135:3
  137:20,23
  138:3 204:14
  204:15 206:3
  215:2 218:3,4
  219:20,23
exact 40:8 43:15
  89:21 90:13
  94:4
exactly 25:6
  33:23 53:6
  159:2 267:4
  268:2 305:2
  307:2 315:13
examination 4:3
  8:12 10:3
examined 9:20
  277:1
example 39:6
  53:2 95:3
  226:6
examples 305:5
excavating
  109:17
Excellence
  53:20
excerpts 117:8
  122:16
excluded 129:6
  129:13 130:23
excuse 18:1
  46:11 102:1
  119:17 147:9
  156:23 175:14
  190:8 242:13
  294:18 303:11
executive 22:13
  222:21 223:3
  223:16
exhaust 266:11
exhibit 155:6

156:14,18
162:13 164:19
172:13 179:23
180:5 188:18
189:6,10
191:22 192:3
195:20,22
209:16,22
212:9,22
213:21 221:16
228:18,20
233:5,15,18
236:22 237:1,3
240:18 242:7
242:10 246:8
246:12,14,21
252:17 257:8
257:12,16
258:13 262:11
263:19 264:1,5
265:17,22
266:1 268:6
271:20,22
272:1 275:13
275:15,17
284:16 286:2,8
290:10,12
293:2
**exhibits** 4:8,10
275:22
**exist** 283:1,3
**existence** 140:2
**existing** 184:19
**exists** 70:6
**exits** 272:20
**experience**
32:15 43:8
56:10,13 59:22
92:3 115:21
135:16 190:4
229:22 231:5
240:2,5
**experienced**
43:10 302:14
**expert** 165:13
167:15,22

215:22 216:2
216:17 225:4,7
225:9,12,13,18
225:19,20,22
226:2,4,13,15
226:21 227:3,7
227:11,13,18
228:7 229:6
230:1 237:13
237:21 238:4
265:7 270:12
**expertise** 229:12
229:14 231:1
**experts** 165:17
165:19,20,23
168:3 215:18
215:19 223:23
224:5,9,14
226:8,18,19
238:3,6,12,14
243:19 311:6
**expires** 323:21
323:23
**explain** 11:7
106:3 166:12
194:20 205:3
225:11 247:17
248:16,18
269:8 303:16
**explained**
248:11 301:19
**explaining**
182:15 305:9
307:3
**explains** 304:14
**explicit** 197:18
**explosive** 288:10
289:12
**exposed** 101:5
**express** 85:5
**expressing**
273:8
**extensively**
300:11 307:2
**extent** 80:7
116:6 126:17

132:7 140:7
169:7 172:5
173:15 176:20
177:4,7,10
184:23 186:9
187:8 189:2
193:16 199:14
199:18 202:4
204:18 206:10
220:13 223:8
225:9 239:6
240:22 244:23
251:6 253:14
266:21 269:17
278:23 279:7
279:11,21
300:9 313:15
**external** 277:17
**extremely** 200:3
**eyes** 70:19,19,23
71:19,19,20

_____
**F**
_____
**face** 276:21
**Facebook** 13:23
14:1,4,7
**facing** 266:15
**fact** 17:3,15,16
17:22 18:10,17
18:21 32:2
72:4,5,14 81:2
107:20 110:1
123:21 129:2
134:20 144:8
145:19 147:17
184:15 205:15
215:12 225:1
272:10 274:21
275:2,5 306:20
313:6,22
**fact-checking**
18:7 19:1
22:16 32:22
**factors** 118:4
**facts** 17:17
82:19 86:3,6

109:18,21,22
110:3 142:13
178:18 186:20
203:8,15,18
266:19 267:10
**faculty** 188:22
190:14
**fail** 187:3
**failed** 184:8
185:17,20
186:7,16 187:8
187:12 202:15
202:23
**failure** 203:19
203:20
**failures** 197:20
201:22,23
202:23
**fair** 110:5 124:6
130:7 141:3
187:20 195:16
203:9 204:9,12
205:6,10,20
206:2 207:15
221:4 240:17
249:7 254:12
279:6 282:15
294:9 298:6
**fairly** 46:22
**fallen** 202:17
**false** 222:20
**familiar** 24:8
102:18 166:17
166:18 227:4
228:5
**family** 75:12
77:3 173:7,10
**far** 76:20 98:7
167:13 273:6
275:4
**fashion** 35:3
37:19
**fast** 76:8 265:18
**feather** 37:7,8
**feature** 41:23
43:6 149:21

150:2,4,8
**features** 10:14
35:6,7,9,10
41:13,15,20,21
42:22,22 43:2
43:4,14,18
44:2,6 46:6
**February** 1:18
2:9 8:10 9:1
11:15 40:7
42:7 174:18
192:9 195:14
323:17
**Federal** 8:6
**fee** 18:19
**feedback** 18:12
**feel** 31:2 84:5
135:11 175:11
186:6 205:9
206:1 215:13
307:7 310:16
**feels** 134:15
172:2 173:5
175:1 281:18
310:1 311:7
312:8
**fellow** 187:15
**felonies** 306:15
**felony** 116:11,18
138:10 163:10
163:15 259:13
259:19 277:9
**felt** 184:7 185:16
202:10,10,15
253:6 280:6
320:17
**fence** 254:18
256:2,3 272:17
**field** 37:21
**fifteen** 74:5
**figure** 91:18
101:7 130:6
158:22 160:21
181:12 217:10
**figuring** 36:22
158:8 208:19

**file** 21:10 75:6
238:23
**filed** 139:5 141:1
261:3
**files** 21:20
**filing** 104:10
**final** 124:2,3
128:9 179:1
188:5 221:11
258:9 266:21
278:7 301:11
301:13 320:2
**finalize** 162:5
**financial** 47:14
**find** 203:7,13
215:2 218:3
236:5 268:18
269:6 313:12
**fine** 13:1 17:11
28:21 41:10
67:14 74:3
88:19 94:10
151:12 222:16
228:11
**finish** 199:12
**finished** 199:12
**fired** 68:16,18
253:3
**first** 9:7,9,20
10:22 11:22,23
34:9 81:15
88:11 98:7
103:1 106:19
106:23 141:1
184:11 198:3
199:22 208:5
210:18 213:12
213:16 215:6
222:11 229:3
245:11 246:1
246:21 273:9
304:6
**Fisher** 145:10
145:12 146:4
**fit** 196:15
**five** 174:19

175:21 176:2
176:18 177:1
177:13 178:6
**five-minute**
261:23
**fix** 197:20
**FLOOR** 6:17
**flowery** 245:12
**focused** 288:14
**focusing** 253:7
**folks** 84:15
112:9 146:2
204:7
**follow** 184:19
239:2 306:13
**followed** 251:7
**following** 8:13
134:13 182:12
287:21
**follows** 9:21
177:18
**force** 2:15 182:7
183:2,20
187:16
**Fordham** 15:4
15:11,14,20,23
16:18,22,23
19:7 31:7,12
33:21 57:5
58:1,3,17 59:6
62:9
**foregoing** 8:7
323:5,9
**foremost** 184:12
**forensic** 277:14
**forever** 33:13
**forget** 286:17
**forgetting**
140:15
**forgive** 40:7
60:2 140:14
**forgot** 143:1
**forgotten**
105:10
**form** 2:21
203:18 227:21

323:8
**formal** 20:1,5,21
58:10
**formed** 308:11
**former** 222:21
223:3,16
**forming** 308:13
**forth** 109:19
145:3 180:13
181:14 274:14
294:5
**forward** 277:22
**fought** 303:23
**found** 57:12
99:14 272:21
280:9 312:12
**founder** 65:16
**four** 24:20
168:11 174:19
224:9 256:12
289:15
**FRANKLIN**
6:21
**free** 310:17
**freelance** 33:11
**freeze** 124:18,18
**freshman** 59:7
**friend** 92:16
93:11 245:13
**friends** 75:23
146:18 148:9
245:18
**front** 28:18
42:10 163:22
302:22 303:6
**frozen** 213:8
**full** 2:15 11:11
51:4 125:4,8
129:3 192:19
292:12 307:21
308:2
**further** 2:11,18
177:23 217:2
229:3 304:14
321:9 322:5
323:13

**G**

**G** 6:6,20
**g-u-c-k** 148:11
**Gaga** 62:1,6
**gaps** 117:21
205:22
**garbled** 51:2
**Garden** 34:14
**Gary** 145:4,8
166:1 205:2
301:17 304:4
305:14,14
320:22
**gather** 160:9
**gathered** 118:2
**gender** 36:4
38:19 90:17
91:1,2,3 92:8
231:6,6,11
232:3
**general** 49:11
106:9,19 112:7
123:1,9 160:17
182:5 260:22
295:3,22 317:9
**generally**
107:10 160:16
198:3
**germ** 109:14
**getting** 34:13
68:22 69:5,14
73:20 237:13
296:3
**girl** 38:11
**give** 12:22 17:10
17:20 18:5,11
19:18 28:19
29:9 49:10
53:1 67:5 74:7
88:14 94:3
95:3 98:2
101:19 122:12
155:20 166:22
167:8 212:3
226:8 234:4

238:5 251:23
297:16 315:22
318:17 321:1
**given** 10:17,18
22:6,15 167:7
235:12 245:15
**giving** 175:11
**glad** 11:6 213:10
**Glamorizes**
297:5
**Globally** 129:7
**go** 9:7,8 10:21
13:14,20 16:16
18:6 21:4
24:22 34:3
39:19 41:5
51:17,21 53:16
56:6 61:4
64:14 68:1
69:20 76:14
87:10 93:6
99:11 107:21
119:4 126:18
127:1 128:6
131:8,15
133:10 135:8
138:18,21
139:11 148:21
156:10 159:9
167:13,19
174:12 178:11
179:6 181:3
190:3 191:5,12
192:23 193:17
195:1 199:11
201:16 202:6
205:12 210:17
216:11 221:13
222:11 223:11
223:21 225:10
226:14 229:2,3
233:12,20
235:11 236:4
237:6 240:22
247:22 252:13
252:23 259:7

261:9 265:8
266:23 276:4
276:13 278:8
279:2 280:23
284:4 294:22
300:11 301:1
304:3,8 306:18
309:15 313:2
314:13,22
**goal** 38:10
287:14,16
**goes** 101:18
153:16 160:19
209:9 225:2
**going** 12:14
16:15 19:16
48:16 49:8
60:14 62:18
73:20 74:2,15
74:17 77:2
94:7,8 106:11
106:20 112:2
116:22 117:18
123:7,14
140:16 142:23
146:14 148:11
152:17 154:11
154:19 156:7
158:6 160:5
163:23 171:12
172:5,10
175:14 176:10
179:18 189:20
189:22 190:1
199:15 201:16
208:13 216:23
226:7 236:23
239:7 242:3
244:2 246:2
249:20 250:17
262:6,10
281:18 297:16
297:20,22
321:12
**good** 19:11
34:21 58:19

70:11 138:14
172:1 173:4
213:20 249:22
261:21 288:13
292:23
**good-ol** 217:7
**Google** 115:4
177:5 178:6
180:7,9,12,14
180:16,19,20
180:23 181:2
192:17 194:12
195:4,6 197:4
197:6 202:5
209:7 210:19
213:22 214:1
215:9 216:1,8
217:3 218:2
219:19 221:10
223:10 230:3
234:10 235:3
235:12,14
236:2,10
269:23 270:6
**gosh** 31:9
**gothic** 173:12,19
173:21 174:9
175:4
**graduated** 33:7
**graduating** 33:4
34:5
**Granger** 54:18
**graph** 247:12
**grass** 268:19
269:14 272:22
**great** 38:8 41:12
92:15 106:13
106:14 138:15
188:7 196:23
234:9
**green** 70:20 71:1
71:19,20
**grew** 12:12,13
**ground** 254:19
256:3 268:8
**grounds** 3:1

**group** 20:9
49:22 50:1
54:23,23 62:14
62:22 63:15,17
63:23 113:5
144:2,17
181:14,14
**group--** 130:15
**guarantee**
195:13
**guck** 148:11
**Guernica** 32:3
**guess** 11:8 17:12
27:11 28:20
29:18 57:4
70:1,10 121:13
134:13 137:22
145:9 150:14
164:14 167:4
179:17 187:19
198:23 214:15
214:15 241:2
241:20,20
243:1,3 252:12
260:7,10,21
265:15 267:16
269:3,6 270:11
270:13 278:13
285:20 290:18
293:7 296:23
298:7 299:17
300:15 302:5,7
303:15 306:22
307:5 309:2
317:13 319:2
319:18
**guest** 34:14
150:13 151:17
**guide** 26:9
**guidelines** 88:9
315:11
**guilty** 99:14
**gun** 253:3
258:17 261:4
269:6 272:21
273:5 276:21

277:5
**Gundlach-Fos...**
222:21 223:2
223:15
**guys** 158:19
275:21 313:13

―――――――
**H**
―――――――

**H** 6:5
**H-u-y-n-h**
152:19 153:5
**hand** 130:12
**handle** 146:6
171:9 187:18
**handled** 27:15
**handling** 144:23
145:13 146:6
273:4 276:20
**Hannah** 45:19
**happen** 84:14
144:16 195:5
218:14
**happened** 59:17
84:15 202:1
282:19,22
283:22
**happening**
140:14
**happens** 291:22
**happy** 11:16
193:6 288:12
305:3
**harass** 285:12
**harassing**
281:19
**harassment**
26:1 96:18
**hard** 89:18 90:5
120:19 181:7
192:20 216:6
216:10 223:5
227:12 230:19
231:13 243:3
251:20 267:3
273:7 276:18
318:2,5 319:2

**Hastings** 1:8
84:20 141:8
143:6 184:18
187:2,7 239:1
258:16 278:4
279:19
**hate** 89:17 208:4
208:21 209:16
**head** 38:23
54:22 65:18
145:8 214:21
223:6 242:22
244:12,20
287:5
**headed** 135:18
261:15
**headline** 63:18
294:16 297:8,9
**headquartered**
32:6
**heads** 245:14
**hear** 11:2 41:8
85:3 101:8
131:10 136:10
285:16 291:9
**heard** 61:6
108:19 126:5
148:16 226:16
243:15 255:18
267:18 297:23
**hearing** 105:3
254:22
**heat** 105:6
**held** 40:14 55:4
**help** 38:2,12
116:22 154:16
155:4 162:2
164:7 177:23
193:22 194:13
195:12 205:5
211:7,19,19
212:6 217:11
222:8 235:7
241:10 247:13
248:5 286:23
287:11

helpful 39:17,19
53:15 241:6
260:23 302:21
helping 117:22
hesitate 69:17
hesitated 69:20
hey 70:22 71:15
161:13
hi 296:14
hierarchy 65:10
66:6 111:15
113:10 240:12
high 14:20 15:3
15:4 222:19
highlights 195:5
Hilton 168:20
168:21,23
170:11 171:11
190:8
hire 238:5
hired 23:3
237:22
history 13:21
15:7 16:8,9,16
115:11,15
hit 304:1
hmm 243:8
hold 21:21 87:2
157:17 190:2
246:22
holes 306:1
holistic 50:9
52:10
Holt 54:22
home 13:8,11
177:19 179:5,8
179:10,11,13
homicide 83:6
116:2 125:10
128:3,12 145:8
145:9 165:3
187:21 277:17
honest 256:12
honestly 175:5
234:18 291:7
hood 145:4,8

166:1 205:2
288:23 301:17
304:4,5,9
305:1,14,14
306:1,13,18
320:22
hope 261:20
292:7
hoped 291:16,19
292:1
Hopefully
321:15
hospital 214:21
215:3
Host 7:8
hosted 54:21
Houndstooth
119:16,16
hour 74:4
135:20
hours 224:19
house 93:8,9
148:10
houses 93:6
hundreds 250:1
husband 67:21
68:3 76:2 77:5
137:11
Huynh 152:20
152:21,22
153:4
hyphen 39:21
hypothetical
161:15 280:13
hypothetically
137:1

I

IACP 308:17
315:5
ice 254:18
idea 104:22
109:2 211:4
220:5 227:4
228:5 241:2
258:1,5 264:23

304:23
ideas 46:19
150:22,23
161:19 164:9
174:23
identifies 71:11
identity 199:15
199:20
ignorance 52:9
102:1
ignore 215:1
ignored 215:3
Illinois 12:11
15:3 100:7
illustrator 154:4
imagine 288:22
immediate 64:4
65:5
immediately
104:16 106:2
107:2 251:14
imperfect
266:14,19
267:11
implicate
192:13 193:10
193:13,19
194:5
implications
293:23
implies 296:21
imply 134:15
important
141:17 167:22
173:10 175:19
176:16 177:12
190:13 205:21
243:1,5 279:4
279:14 281:3,8
282:16 283:12
283:14,19,19
importantly
72:7 84:13
165:20 187:13
improve 253:23
253:23

in-house 23:17
24:9 81:3,5,14
110:13,16
in-person 115:6
115:8
inadequate
311:13
incident 277:9
279:10 281:6
include 122:16
130:8 141:11
142:6,14
143:15 154:5
170:10 200:21
201:3,7 204:23
205:1,1 241:8
241:16,16
279:12,14
282:1,6 284:8
300:3 303:21
311:22 312:13
314:3 315:14
315:14
included 21:16
22:2 54:17
117:7 118:18
121:17 123:19
128:9,20,22
129:5,13,17
143:5,8 144:3
154:1 160:22
204:19 256:10
256:10 258:4
284:2 299:5
301:11 303:2
309:6,8 310:4
315:17
includes 302:1
including 46:21
142:3 182:9
183:23 190:23
192:10 200:20
278:20 279:18
280:19 293:16
301:9,10
304:23 315:12

315:13
incoherent
133:3 134:6
incorporate
174:22
incorrect 70:5
71:12
increase 191:2
increases 47:20
INDEX 4:8
individual 63:6
141:8 142:4
143:5,15,21
individually
141:16
individuals
289:6
industry 56:13
95:10
influential
173:10
information
71:3,14 76:7
76:10,16,19
78:8,11,13,17
79:12 80:3
98:3 117:20,23
148:6 160:17
177:21,22,23
184:13 188:9
197:15 203:9
204:9 205:9
207:12 225:2
245:8 248:3,4
254:2 284:7
297:10 311:18
315:18 316:1
initial 315:8
initially 272:20
Innisfree 117:1
119:11,19
125:11
inquiries 237:17
237:23 238:16
239:2 304:11
inquiry 237:12

243:14,16
277:20 320:11
320:19
insinuating
204:18 206:10
253:14
inspire 38:12
Instagram
14:12
instance 20:6,21
36:6 37:6,18
38:6,9,18 44:6
44:13 59:19
61:21,23 62:2
62:6,14 70:18
113:14 161:11
166:2 171:9
182:18 191:13
238:8 240:7
250:23 259:12
286:20 287:11
301:17 307:18
institution 201:2
institutional
197:19 201:22
201:23 202:22
203:20
institutionally
205:15
institutions
184:10 185:17
202:11 203:21
205:14 280:10
instructors 22:1
22:3,5 52:7
54:15
intentions
272:15 274:2,6
interest 62:23
63:14 94:20
95:13 130:7
149:19 186:20
190:17 191:9
203:14 282:4
287:17 307:20
311:19 315:15

interested 55:13
139:22 220:6
262:14 323:15
interesting
291:2,4
intern 23:3
29:14 30:22
31:1 33:10
internally 113:7
international
35:15 308:17
309:7 310:5
311:12 312:1,9
312:13,21
314:7 316:7
internet 123:16
internship 18:14
21:11 29:14
33:8,9,14
internships
16:20,21 17:1
57:18 59:21
interpretation
306:23
interpreted
85:17
interrogating
197:12
interrogation
125:23
interrupt 24:23
70:8
interview 38:11
40:1 61:19
83:17 116:17
128:8 130:3
161:12 214:9
214:10 224:17
225:4 226:19
238:5 240:9
269:10 287:12
306:17 307:19
interviewed
38:18,22 83:9
198:12 214:16
238:8 240:8

303:22
interviewing
39:2 56:2,9,11
56:19,23 57:7
57:11 198:13
interviews 32:3
58:7 224:22
225:3 226:18
247:17 279:12
282:1 286:20
301:9 304:4
307:22
introduce 9:3
155:9 176:8,12
242:5 244:2
262:11
introduced 89:8
introducing
156:1 242:4
245:7
invested 62:20
investigate
273:4 306:15
investigated
254:4
investigating
187:22 191:15
277:19 279:10
307:4
investigation
141:13 187:4
281:23 282:2
308:16 310:7
311:13 315:8
investigative
91:15 149:17
236:19,20
316:17 317:2
317:10,22,23
318:8 319:5,10
319:15 320:9
investigator
269:9 278:3
303:21 316:10
investigators
84:19 141:15

142:4 143:6,16
184:19 185:20
186:7 218:5
238:23 259:1
278:23 279:19
279:23 280:20
281:16 283:2
284:3,9 307:23
investigators'
278:20 307:12
307:18
invited 287:21
involve 35:18
90:23 98:19
100:1 144:11
involved 17:14
20:19 27:17
35:18 36:20
37:12 38:15
43:1 62:3 99:9
99:15 101:11
129:1 144:12
161:16 183:22
197:13 240:7
264:17,19
268:4 308:7,9
313:6
involvement
108:15
involves 91:17
100:15 144:5,6
144:6,7,8
involving 98:4
281:6
iPhone 295:9
iron 254:18
256:3
irrelevant 76:5
312:11
issue 35:13,15
36:4
issues 30:1
62:18 63:2,14
101:11 105:16
231:6
item 147:19

J
J 199:9 200:12
218:7 253:12
258:18 261:3
281:7
j-e-n 39:20
J.M 1:12
jail 99:11 100:6
January 156:2
160:12
Jessica 45:20
Jezebel 232:21
232:22,22
job 13:9 18:20
18:23 25:23
26:4 32:12,21
33:13,17 34:10
34:10,17 35:4
36:16 37:21
38:1 41:12,17
41:22,22 42:2
44:21 45:6
46:16,18,19,20
58:8 59:15
64:17 68:17,18
82:12 118:16
118:19,21
153:14 161:23
162:2 164:7
169:16 174:20
186:19 187:17
203:13 204:8
205:4,20 231:2
248:1,4,17
263:9 283:16
285:2 311:18
315:22
jobs 43:8 113:22
270:12
jog 212:6
jogged 91:14
258:11
JOHN 6:20
joke 245:13
Jonah 65:15

Marisa Carroll                                                      2/1/2021

**Jones** 1:8 8:19
    84:20 141:9
    143:7 184:18
    187:3,7 239:1
    254:23 258:15
    269:9,17,19
    278:3 279:19
    280:21 316:10
**Josh** 84:19
    141:8 143:6
    184:17 187:2
    239:1 258:15
    278:3
**JOSHUA** 1:8
**journalism**
    15:12,16,18
    16:14,19,21
    19:19 20:2,12
    20:16 21:18,18
    22:2 26:6
    49:21,23 50:9
    52:10 57:12,16
    57:19 58:14
    87:5,17 88:6
    113:18 152:2
    228:3 229:16
    238:3
**journalist** 50:10
    59:18,18
    151:21 152:1
    286:20
**journalistic**
    94:12
**journalists**
    20:19
**JR** 6:5,6
**JT** 6:20 9:15
**judge** 133:1
    134:4
**judging** 175:7
**jumbled** 89:17
**jump** 254:17
**June** 14:16
**jury** 76:7,9,12
    76:15,19
**justice** 266:11

277:15
**justified** 248:11
**justify** 247:13
    247:23 248:1,8
    248:9,16

---

**K**

**Kate** 9:17 59:1
**KATHERINE**
    6:14
**Katie** 1:12 44:18
    45:17 46:13
    48:9 51:7,8
    66:7,9,12
    67:21 68:2
    71:22 81:1
    85:6,19,22,23
    86:4 88:12
    89:2,20 92:14
    94:7 96:6
    97:17,21 98:5
    101:17 102:9
    102:14,22
    103:2 104:13
    109:2,5,18
    114:18 129:1
    130:15 136:6
    136:11 137:8
    139:6 140:2,18
    140:21 144:22
    145:2,22 146:5
    147:11,12
    148:4 158:8,18
    158:21 159:22
    162:14 163:8
    165:15 167:11
    167:20,22
    168:15 171:21
    171:22,23
    174:1,4 178:2
    184:11 188:1
    188:20 189:23
    191:15 192:10
    192:12 198:12
    199:7,10
    200:11 202:21

203:5 209:8
    210:22 214:16
    217:4,4,12,13
    218:23 219:5,7
    219:12 222:18
    223:1,9,15,19
    224:3 226:6
    229:9,14
    230:13 231:2,4
    232:8 237:11
    237:19 238:11
    238:21 239:15
    240:8 243:10
    243:14 245:10
    247:16 250:2
    250:10 253:4
    254:15 255:12
    262:19 266:17
    271:7,10
    273:23 275:8
    277:7 284:17
    284:18 286:14
    289:18 301:7
    308:8 313:5
**Katie's** 125:2
    190:4 288:1
    301:14,15
**keep** 31:12
    111:21 112:3
    115:11,19
    124:16 210:5
    210:11,12
    213:4,4,5,5
    221:23 222:9
    246:19 276:8
    303:13 304:13
    305:3,3,21
**keeping** 266:15
**Kelly** 99:6,16
    102:13
**kept** 29:2 31:15
    308:4
**key** 238:13
**kick** 85:16
**kicked** 304:1
**kid** 75:14

**kids** 269:5
**killed** 175:20
    176:1,18 177:1
    177:13 178:5
**Kim** 22:9,10,12
**kin** 76:21 323:14
**kind** 10:21 14:9
    14:20 17:20
    18:4 19:14
    31:14 32:17
    35:1 37:10
    48:10 51:1
    52:15,19 57:22
    59:13,16 74:15
    87:5 92:9 98:4
    105:20,20
    115:7 149:9
    185:4 210:20
    236:17 256:20
    264:20 271:8
**kinds** 124:1
**King** 290:18
**knew** 85:23
    187:20 195:12
**know** 11:8 14:22
    20:13 21:8
    24:5,7,15 25:6
    25:10,20,21,23
    26:3,11,15,19
    27:5,8,10,14
    27:23 28:7
    29:1 30:21
    45:17,19,21
    46:9 47:19
    48:9,13 49:14
    51:8 64:17,20
    66:16 67:4,16
    67:18 68:10,13
    68:15 71:18,21
    73:2,10 74:16
    76:20 77:12,13
    77:17 81:10,18
    82:23 84:16
    85:12,19 86:13
    87:21 88:3
    91:13 95:7

96:4,11 97:3
    97:23 99:22
    100:4,10 101:6
    101:21 103:10
    103:17 104:13
    104:14 106:9
    106:22 109:6
    109:14 110:2
    111:13,14
    113:5,7,13,23
    114:4,6 115:23
    116:14 117:13
    120:10,12,20
    121:3,4,19
    125:4 126:7,19
    127:4 128:6
    131:17 132:12
    133:21 134:16
    135:1 137:12
    138:17 140:8
    143:18 145:6
    145:15,21
    146:1,23 147:7
    147:14,14,22
    148:4,22,23
    149:3 151:12
    152:19,22
    153:18 154:15
    157:14 159:22
    160:8,16 161:7
    161:9 162:18
    164:6 165:13
    166:4,8,21
    167:3,5,10,11
    167:14,21
    168:8 169:8
    170:5,21 171:1
    171:22 172:20
    173:7,21
    174:19 178:8
    180:19 181:17
    182:4,17,20,22
    183:1 184:11
    187:12 189:15
    191:10,14
    192:5,14 193:2

193:18 194:12
195:7,9,13
196:5,18,20
198:9,12,14,17
198:19 199:1,1
199:8 200:1,11
201:11,11
202:12,16
203:8,10 205:8
206:6,15,16
208:6,7 209:12
210:2,7,9
211:5,11,14,15
211:17,18
212:2,4 214:14
216:7,10,14,15
216:20,21,22
218:10,17
219:5,9,10,10
223:14,22
224:2,4,8,9
226:5,17 227:2
227:10,20
228:4 230:1,7
230:21,22
231:2,14,16
232:10,16,17
232:20 233:9
234:3,5,18,19
234:21 235:6,7
236:14,16
237:8,21 238:2
238:11,13,15
239:12,15,17
239:19,20
240:3,8,15
241:13 243:9,9
243:18,20
245:4 246:4,18
249:4,14,16
250:7 251:6,10
254:3 255:7
256:7,8,11,19
258:7,8,15,23
259:20 260:1
261:2 264:21

265:2,11
266:18 267:4,8
267:13 268:15
269:3,4,17,19
269:20 270:3
271:11,12,16
273:1,14,18
274:7,19 275:4
277:12 279:5
282:16 283:7
286:12,17
289:19 290:1
291:10,20
292:4,11
295:18,18,19
296:6,9,11
297:2,11
298:10 301:14
302:11 304:9
307:16 309:20
310:10 311:8
312:19 314:1
316:6 317:14
317:16 318:2,6
319:12 320:3
**knowing** 181:18
234:19,20
236:14 243:6
267:7
**knowledge**
18:22 56:17
77:8,9 99:21
108:9 112:18
143:14
**known** 84:12
91:11,12 92:1
**knows** 71:15

————————
**L**
**L** 2:1
**lack** 305:17
306:4
**lady** 61:23 62:6
199:8
**laid** 86:3 289:3
**language** 247:11

296:16,17,20
297:2
**laptop** 82:8
128:17
**large** 2:8 8:4
190:18 323:23
**late** 103:6
**latest** 100:17
**law** 23:8,10,12
23:12 35:15
48:20 49:1
50:12 77:18,19
77:21,23 78:3
78:4,9,14 79:1
79:8 80:5
81:19,22 82:9
82:18,21 84:20
84:21 85:9
165:13 166:22
184:20 214:8
225:23 239:16
240:1,4,9
250:19 251:2,3
251:8,11,17
254:5,23 260:1
261:2,9,10
263:6,9 264:22
265:3,8,14
267:12,20
268:2 282:4
299:2,4,14,17
299:21 300:4,6
300:7,10,13,18
301:10,19,21
301:21 302:2
302:14 304:3
304:11,20
305:8 306:13
307:3
**lawmaker**
203:22
**laws** 2:16 182:1
182:2,5,8
183:17 184:1,4
184:13 265:12
277:10 288:10

289:11,13
**lawsuit** 75:7
98:4 99:8
104:10 139:5,8
139:10,13,14
139:17 140:3
140:22 141:1
**lawsuits** 97:20
**lawyer** 20:13
110:10,13,14
111:21 112:1
151:4 152:9
220:1 264:18
265:12 299:3
300:18 302:13
**lawyers** 81:14
139:8,20
**laying** 268:18
**leaders** 214:4
**leading** 2:22
33:3 44:23
196:18 277:16
**lean** 29:19
**learn** 57:19
**learned** 57:17
**learning** 58:7
59:22 234:13
**leave** 33:12
194:4 263:20
306:9 321:10
**leaving** 33:6
41:1 125:12,12
202:18
**lecture** 150:18
**lecturer** 150:14
**lectures** 151:17
**left** 34:2 40:15
119:19 130:2
138:18 180:12
207:7 268:7
269:9,14
272:19 307:12
**legal** 20:14
107:22 144:7
214:7 294:4
**legally** 110:9

217:8 306:14
**length** 43:8
**lengthy** 123:15
**Leroy** 103:14,18
**lessened** 281:11
**let's** 16:11 34:1
37:23 40:23
69:6 74:6
76:14 79:23,23
157:15 161:13
161:14 162:14
192:11 197:2
208:4 209:12
221:12 246:4
246:11 252:13
261:19,22
285:23 298:16
307:9
**letter** 144:22
**letters** 292:13
**level** 164:8,8
**levels** 293:14
**Liam** 11:21
**liberal** 29:20
**licensed** 78:23
81:18
**lie** 304:16
**life** 280:11
**LIGHTFOOT**
6:21
**liked** 131:13
**line** 114:20
151:9 152:12
152:14 164:8
178:21,23
183:12,14
258:20 260:16
260:22 273:6,9
273:20 274:14
274:16 305:16
**link** 288:4,15,17
288:22 289:2,4
**list** 95:4 98:18
289:16
**listed** 277:8
**Listen** 123:7

Marisa Carroll                                                2/1/2021

**listing** 141:7
**literally** 277:8
**little** 11:4 12:14
 13:19,21,22
 38:11 69:17
 80:10 86:23
 89:16 109:14
 157:1 160:15
 160:17 189:21
 210:6,8 229:3
 234:7 249:11
 258:21,23
 265:19 275:22
 294:11,13
 303:20
**live** 13:4,4 77:6
 289:1
**lived** 75:9,13
 159:12 241:15
**lives** 77:10
**living** 47:20
**LLP** 6:8,15
**loaded** 268:10
 269:13
**located** 39:22
**locked** 253:6,8
 253:11,15
 254:9
**locking** 253:9
**logs** 31:12
**long** 12:7 13:16
 15:9 30:14
 33:17 40:9
 42:2 43:13
 51:4 74:2
 75:16,18 89:6
 93:16 140:15
 150:9 277:13
**longer** 92:22
 294:15
**look** 66:2 78:3
 78:19 81:21
 82:9 109:9
 135:23 156:19
 173:5 196:6
 216:12 226:11

247:16 260:20
284:11 297:17
301:14 303:9
305:18 312:4
313:22 321:13
**looked** 15:8
 147:23 285:2
 316:21 318:4
**looking** 21:19
 107:14 109:3
 119:14 153:3
 155:23 158:12
 164:14 180:21
 209:6,6 211:15
 216:7,20 217:2
 217:14 219:10
 228:17 230:20
 242:17 243:4
 244:6 253:20
 257:22 258:10
 288:17,18
 291:8 305:4
**looks** 175:9,12
 178:2 180:7
 190:10 215:15
 217:14 218:1
 218:12,13
 219:18 221:9
 222:18 289:22
 290:19,22
**lost** 117:12
 282:5
**lot** 31:18 60:15
 60:18 67:7
 210:8 304:15
 319:1
**lots** 231:5
 270:22
**love** 73:22 89:9
**low-tech** 208:14
**Lowery** 11:21
**lunch** 51:6
 138:17 139:1
**lying** 272:21
**Lynn** 152:23

**M**

**M** 6:14
**ma'am** 301:2
**magazine** 10:11
 10:15 17:3
 18:2,21 19:20
 20:3,16 21:15
 22:7,13,17
 29:15,16,17,21
 30:3,5,7 32:1,4
 32:5,18,19
 33:1,6,17 34:2
 34:4,6,11 35:1
 35:1,3,8,12
 36:5 37:3,4,16
 40:6,10 53:15
 53:18,19 54:19
 54:20 61:19
 67:20,22 68:8
 232:17,21
**magazines**
 55:18 70:3
**Maggie** 171:6,7
**maid** 39:6
**main** 61:13 66:2
 158:9
**maintains** 27:5
**major** 15:6
 53:22
**majority** 277:11
**makers** 207:7
**making** 20:11
 141:21 161:1
 166:22 197:7
 264:20 318:8
**man** 151:19
 288:7
**managed** 66:15
**manager** 18:8
 19:23 65:7
 66:9
**Manhattan**
 49:19
**manual** 88:6
**marathon** 34:20

**March** 190:2
**Marie** 34:4,10
 34:23 35:10
 40:6,9 53:15
 61:18
**Marisa** 1:16 2:5
 8:11,18 9:13
 9:19 11:12
 13:1 21:5 23:5
 25:7,14 29:6
 45:15 56:6
 61:4 64:12
 68:1 69:1,21
 84:9 108:6
 113:3 114:16
 119:4 120:10
 120:20 121:10
 122:5 126:18
 127:13 128:6
 131:15 132:9
 133:10 135:8
 139:11 148:21
 154:14 156:19
 165:5 167:2,19
 171:22 172:18
 173:16 176:20
 176:23 177:7
 177:15 180:3
 181:16 184:23
 185:22 186:12
 191:6 192:23
 193:17 195:1
 196:17 199:14
 202:6 204:20
 206:14 208:13
 214:3 216:5
 220:16 222:13
 223:8 225:10
 226:14 229:4
 240:23 241:19
 244:7 248:14
 250:5 251:6
 253:1,18
 256:18 257:23
 260:6 261:9
 264:10 266:9

267:1 275:23
277:4 278:9
279:2 281:1,21
283:9 287:20
301:1 302:20
309:15 310:16
313:2,15
317:12 320:14
**mark** 155:6
 156:9,11
 164:14,15
 172:6 179:18
 208:4,4 236:23
 237:18 246:2,4
 246:11 252:13
 285:23 286:1
 290:9 297:20
 297:22
**marked** 156:13
 164:18 172:12
 179:22 189:9
 191:21 195:21
 209:21 212:21
 221:15 228:19
 233:14 237:2
 242:6 246:7,13
 252:16 257:15
 263:23 265:23
 271:23 275:16
 286:7 290:11
 293:1
**marriage** 11:22
 11:23
**married** 11:18
 11:19,20,21
 12:8,9
**Maryland** 182:9
 183:9
**material** 21:17
 24:13,17 50:3
 50:6 150:17
 151:4 152:9
**materials** 20:11
 20:22 50:14
 276:17
**maternity** 33:12

Marisa Carroll                                    2/1/2021

Page 342

**matter** 8:18
  94:19 214:22
**mattered** 36:4
**matters** 190:22
**Matthew** 81:16
  287:3
**Maxwell** 103:14
  103:18
**mean** 20:4 24:23
  25:7,10 29:14
  41:14 43:23
  46:9 57:6
  65:13 70:2,8
  82:13 83:3
  93:3 97:9,12
  98:23 99:13
  106:7 108:18
  110:10 111:9
  111:18,21
  112:14,15
  116:6 119:10
  121:14 122:21
  123:3 128:7
  137:8,10 138:1
  139:17 154:10
  154:12,23
  155:12,15
  157:20,21
  164:5 166:13
  173:19 174:8
  174:10 175:6
  180:10 185:2
  186:13,18
  198:2,5 203:2
  204:6,21
  205:13 206:16
  225:12 230:6
  230:10,17,18
  241:8 243:5
  248:2,8,16
  253:20 259:9
  259:17 260:15
  263:3 264:14
  267:12 268:15
  269:2 280:3
  281:2 283:13

285:15 289:8
  291:17 292:1
  296:16 300:13
  304:7,22 305:2
  306:10 308:20
  309:6 312:3
  317:15 318:12
  319:5,15
**meaning** 102:7
  276:22
**meanings** 319:1
**means** 206:13
  230:8 236:15
  248:7 296:23
  297:12 304:12
  318:14,20
**meant** 155:10
  192:14 193:19
  195:14 234:21
  236:15 248:11
  255:13 260:8
  285:21 291:19
**meat** 241:20,20
  244:7
**mechanism** 70:6
**media** 14:10,18
  23:8,10,11
  48:19 49:1
  50:11 53:5
  54:7,10
**medical** 215:4
  277:16
**meet** 85:7,18,20
  86:7,9 88:20
  264:11
**meeting** 88:22
  115:19 170:16
  194:15
**meetings** 73:12
  73:14,16 115:2
  115:6,8,10,12
  115:16 130:15
  171:9
**Megan** 82:14,19
  82:23 83:5,8
  84:4 116:1

117:1 118:12
  119:18 125:9
  128:20 130:21
  132:22,23
  146:16 148:9
  163:10,16
  165:3 179:13
  184:6 185:14
  185:20 186:7
  186:16 187:3
  199:10 200:2
  200:19 202:2
  202:23 204:5
  204:13 206:11
  240:20 241:12
  247:9 253:11
  255:14,20
  258:5,17,23
  259:15,21
  260:2 261:4
  264:16 269:12
  273:8 274:16
  276:19 280:4,5
  280:16,18
  281:6 290:5,6
  291:3 303:22
  306:15 308:21
  308:21 309:13
  309:16 310:23
  312:4,5 320:10
  320:15
**Megan's** 126:9
  128:2,12 131:4
  162:9 248:20
  254:22 262:19
  263:1 264:10
  265:1,4 266:18
  267:10 306:2
  311:13
**member** 43:21
  187:15
**members** 22:7
  128:23
**memo** 156:6
  157:9,19
  170:14

**memory** 28:17
  64:14 164:1
  200:22 212:6
  224:12 249:21
  258:10 286:14
  293:8
**men** 217:5
**mentioned**
  81:15 110:17
  147:1 272:17
  279:23
**mentions** 199:2
  225:18
**message** 148:9
  148:12,14
  269:22
**messages** 146:17
  147:1,3,6,8,9
  148:5 250:1,15
**met** 84:7,17
  88:12,18 89:1
  89:4 93:12
**Miami** 102:18
**middle** 218:21
  266:9
**military** 74:19
**mind** 157:1
  234:6 275:23
  276:9 301:3
  303:11 314:9
**mine** 125:2
**minimally** 277:2
**minimize** 150:7
**minor** 16:9
**minute** 16:16
  74:14 157:18
  164:13 249:11
**Miranda** 165:7
  166:6,8,23
  167:6 259:18
  291:3,11,20
**mirrors** 202:8
**misattribute**
  45:8,23
**mischaracteri...**
  299:13

**mischaracteri...**
  132:8 133:8
  164:3 202:4
  206:22 245:1
  259:6 279:21
  300:9,23
  302:19
**mischaracteri...**
  148:20 310:9
  310:12
**misheard**
  255:17
**misleads** 272:15
**misled** 274:6
**misname** 284:12
**misremember...**
  40:8
**missed** 51:1
  52:18 270:14
  276:10 296:19
  297:4
**misspeak** 31:3
  145:5 224:1
  285:1
**misstating**
  126:16
**misunderstan...**
  228:2
**Mittenthal**
  287:4
**mix** 98:16
**moment** 97:18
  146:21 319:11
**money** 217:18
  258:18 260:4
  261:6 276:21
  277:5
**month** 182:20
**months** 33:11
  110:8 174:19
  253:22 301:8
**motherhood**
  35:14
**mouth** 285:16
**move** 41:2 80:1
  212:7 277:3,21

303:5,12
**moved** 92:22
**moving** 76:8
265:18
**multi-day** 53:17
**multiple** 100:2
100:14,16
123:20 128:23
134:20 144:11
145:17 147:4
162:20 163:2,5
170:18 174:6
188:2 205:22
221:6 224:23
256:9 260:19
275:2 293:13
308:6,9
**Murphy** 59:1
**music** 249:15
**musician** 99:7
**mutual** 93:11
**mutually** 200:20
**myths** 223:5

———————
**N**
———————
**N** 2:1 4:1 6:1
**N-a-b-i-h-a**
23:23
**Nabiha** 23:18,21
81:17
**name** 10:5 11:11
11:11 14:13,15
22:3 36:13
39:16 44:21
49:7,10,20
50:16 58:16,19
58:20 98:23
101:13 102:4,7
130:17 141:16
150:4 151:20
152:8,18,21
160:7 173:8
180:18,20
187:1 214:14
216:2 222:14
222:15 231:13

284:10,14
**named** 101:12
279:1
**names** 67:6 77:3
141:8,11 142:4
142:6,14 143:5
143:9,15 144:2
224:10 259:22
278:21,21
279:15,18
280:20 281:4
281:13 282:7
283:7 284:2,8
307:13,18
**naming** 278:2
**Nancy** 1:21 2:6
7:5 8:1 80:12
105:9 323:19
323:20
**nannie** 39:6
**narrative**
197:22 198:4
**narrow** 319:4
**Nation** 17:3 18:1
18:21 19:20
20:3 21:14
22:17 29:15
32:1 33:6
**national** 38:23
42:15 43:21,22
44:1,9,11,14
44:15,17 46:14
46:22 64:15,15
64:18 65:22
66:22 67:1,9
73:1 97:13,14
156:6 157:9,19
157:23 168:13
168:18 171:2
181:14 277:16
**near** 128:18
**necessary** 2:19
240:19,22
241:3 281:8
283:20 310:3
310:11

**need** 10:22
76:15 112:23
121:22 164:14
215:13,17
222:8 226:10
298:18
**needed** 138:12
282:6
**needs** 124:2
**negate** 306:20
**neighborhood**
49:19 268:9,20
269:15 272:23
**neither** 203:22
243:11 264:18
323:13
**never** 10:18 23:9
56:10,16 68:18
75:11 77:17
86:19,21 88:2
93:8,9,12
98:10 112:20
113:20 126:10
126:22 159:16
174:2 185:3
186:13 187:20
199:23 200:2
220:15 233:3
239:11 243:15
261:11 289:23
306:10
**new** 6:18,18
10:11,15 13:2
13:5,13,15
15:5,6 32:8,10
34:12,13,20
52:3,4 55:3
68:4,11 73:21
89:5 128:18
135:19 154:10
154:12 155:10
155:13,18
208:22 261:16
271:13
**news** 1:11 37:23
38:5 44:3

51:17 66:17
149:6,10,12,13
149:16,18
154:7 156:3,4
156:5 169:2,3
169:20,23
201:2 232:23
233:6,7 234:17
236:13,15,19
271:9,14
286:21 287:1
287:12 294:14
295:1,4 296:5
**newsletter**
292:10,13
293:11,17,20
294:2,8 297:1
**newspaper** 19:3
19:3,6,9 31:6
57:23 58:4,6
58:13,17 59:4
59:6,21 60:4
60:19 62:5
68:5
**Newspapers**
70:3
**newsroom** 31:16
65:19,20
**newsrooms**
87:20,21 95:12
170:19
**Newsweek**
232:17,20
**NewYorker.c...**
271:9
**nice** 34:21
**night** 117:2
119:18 130:22
131:5 306:6
**Nobody's** 101:1
**noise** 105:4
**normal** 117:6
**normally** 113:13
113:17 159:3
160:14 181:19
195:4 313:10

318:14
**NORTH** 6:22
**Northern** 1:2
8:22
**notable** 243:19
**Notary** 2:7 8:3
**note** 67:4 177:17
197:17 215:11
255:18 257:23
274:3
**notes** 115:19
301:15
**noticed** 168:12
**number** 1:5 8:20
25:1,20 44:19
89:21 90:10,11
90:13 91:8,9
91:21 92:12
94:4,20 96:10
101:20,21
110:8 113:7
118:3 136:22
136:23 137:14
144:18 155:15
158:6 171:3
172:9 198:16
209:16 229:21
242:12 245:22
252:14 253:22
262:8 286:2
**numbers** 101:18
284:5
**nurse** 277:14
**nut** 229:6 230:5
**NYU** 149:23
150:5 151:22

———————
**O**
———————
**O** 2:1
**object** 105:15
206:12 285:15
321:18
**objected** 106:10
144:1,15,17
**objection** 21:1
21:12 23:4

Marisa Carroll                                                    2/1/2021

| | | | | |
|---|---|---|---|---|
| 25:5,13 29:3,4 | 216:3,19 219:4 | 169:10 188:17 | 26:20 27:4,23 | 208:12 210:17 |
| 35:23 45:2,14 | 219:22 220:12 | 191:20 207:19 | 28:9,22 29:11 | 213:20 215:12 |
| 46:8 48:21 | 223:7 225:8 | 212:8 228:12 | 30:15,19 31:4 | 216:15 217:1 |
| 56:3 61:3 64:9 | 226:12 227:9 | 233:4 236:21 | 32:14 33:5,16 | 218:16 219:13 |
| 65:12 67:23 | 239:4,5 240:21 | 240:18 243:12 | 34:16 35:17 | 221:3 223:20 |
| 68:23 69:10,19 | 244:22 248:10 | 249:8 257:7 | 36:11,20 37:9 | 224:4 228:11 |
| 71:7 79:11 | 250:3 251:4,18 | 258:13 261:13 | 39:15,18 40:2 | 229:2 230:23 |
| 80:6 81:7 | 252:5 253:13 | 265:16 268:6 | 40:22 41:4,8 | 233:4 234:9,14 |
| 82:22 84:8,22 | 256:16 259:5 | 275:13 284:16 | 41:12 42:8,17 | 236:8,21 |
| 86:8,12 87:6 | 260:5 261:7 | 290:4 298:12 | 43:1,9,13,17 | 237:11 238:20 |
| 104:23 106:6 | 263:11 264:13 | **offered** 3:2 | 46:2,5 47:2,16 | 239:14 240:17 |
| 108:5 110:22 | 265:6 266:20 | **office** 7:6 13:7 | 47:21 51:19 | 243:11 244:5 |
| 111:8 113:1 | 267:22 268:11 | 13:13,15 21:19 | 56:21 59:13 | 244:17,18 |
| 114:14 116:5 | 268:21 269:11 | 77:23 89:5 | 60:1,14 61:9 | 245:10 246:19 |
| 119:2,8 120:2 | 269:16 278:5 | 128:18 160:4 | 63:3,20 67:12 | 247:1,5,8 |
| 120:8,17 121:9 | 278:22 279:20 | 171:4 | 67:14 68:6,13 | 249:7 250:16 |
| 121:18 122:4 | 280:22 281:14 | **officer** 77:18 | 70:10 72:23 | 252:23 255:10 |
| 122:20 124:8 | 281:17 283:5,8 | 84:11 85:18 | 73:12 76:13 | 257:9,20,21,22 |
| 125:6,16 | 285:6,19 299:6 | 86:6,18,19,22 | 88:4,11,19 | 258:12 261:1 |
| 126:15,23 | 299:23 300:8 | 165:8 185:3,5 | 89:15 94:5 | 262:16,18 |
| 127:10,18 | 300:22 302:18 | 203:23 220:1 | 98:14 99:2,8 | 263:14 265:16 |
| 128:4 131:6,14 | 309:14 310:8 | 239:5,10 263:6 | 101:3,4,9 | 266:7,8 267:20 |
| 132:2,6 133:7 | 311:15 312:23 | 264:19 267:13 | 102:1,13 | 269:21 271:15 |
| 133:18 134:12 | 313:14 316:11 | 299:3 300:5 | 106:13,15 | 271:18 272:5,6 |
| 137:7 139:9 | 316:18 317:3 | 302:14 305:8 | 108:17,21 | 275:11 276:12 |
| 140:6 148:18 | 317:11 318:1 | 311:17 | 111:4 115:22 | 276:13 278:10 |
| 148:19,21 | 318:10,15 | **officers** 84:19 | 123:6,8,10 | 286:11,11,13 |
| 151:6 153:20 | 319:7,17 | 141:11 142:6 | 128:1 129:4 | 286:22 287:19 |
| 154:13,22 | 320:13 | 142:15 143:9 | 130:14 135:17 | 288:20 289:8 |
| 159:8 165:4 | **objections** 2:20 | 279:7,9 282:2 | 136:14 137:3 | 290:3,16,17 |
| 167:1,17 169:5 | 2:23 | 282:5 283:11 | 138:12 139:19 | 292:2,21 293:5 |
| 169:17 172:4 | **obligated** | 283:12 320:18 | 140:19 141:6 | 293:6,7,10 |
| 173:14 176:19 | 306:14 | **official** 141:20 | 143:11 146:3 | 297:11 298:6 |
| 177:3,14 | **observe** 131:23 | **oftentimes** | 146:12 149:2 | 298:11,13,19 |
| 184:22 185:21 | 173:6 | 197:11 | 150:3,16 | 300:2 307:8 |
| 186:8 187:5 | **obviously** 98:5 | **Oh** 30:18 31:9 | 152:15 153:8 | 308:15 310:20 |
| 188:11 189:1 | **occasionally** | 93:14,18 | 156:10 159:6 | 313:9 316:14 |
| 191:4 192:15 | 38:3,4 94:3,4 | 111:13 | 159:14 161:6 | 319:20 320:5 |
| 192:18 193:15 | 313:23 | **okay** 9:8 10:12 | 164:2,4,12 | 320:23 321:8 |
| 194:21 199:13 | **occurred** 97:11 | 10:16,20,23 | 170:2,21 171:6 | **old** 31:13 |
| 200:14 201:8 | **occurring** | 11:13 12:3,6 | 171:20 172:20 | **older** 249:21 |
| 202:3 203:1 | 323:11 | 12:16 13:6 | 172:23 180:15 | **on-the-job** 58:9 |
| 204:17 206:9 | **Off-the-record** | 14:3,9 15:17 | 181:23 188:15 | 58:14,15 |
| 206:21 211:9 | 156:12 235:21 | 15:21 16:10 | 188:17 189:15 | **once** 12:15 |
| 211:10,21,22 | 276:6 | 17:1,14 18:20 | 192:7 195:19 | 56:15 150:1 |
| 214:11 215:5 | **offer** 162:13 | 21:21 25:2 | 201:13 208:11 | 162:20 196:8 |

Marisa Carroll                                                          2/1/2021

Page 345

one-off 178:13
ones 115:13
    175:16 278:12
ongoing 24:7
    100:12
online 26:10,19
    26:20 32:4,4
    82:6,7,10
    87:14
open 240:6
    321:10
operating 22:18
    23:2 25:3
    107:3 117:10
    117:14
opinion 131:16
    188:10 203:11
    203:16 227:18
opinions 204:2
opportunity
    110:3
opposed 58:10
    122:16 283:6
oral 8:12
order 107:10
    124:5 146:14
    277:20 300:20
    305:11
org 66:1
organization
    27:21 53:21
    277:16
organizational
    65:11,13
origin 313:7
original 156:15
    164:20 172:14
    180:1 189:11
    191:23 195:23
    209:23 212:23
    221:17 228:21
    233:16 237:4
    242:8 246:9,15
    252:18 257:17
    264:2 266:2
    272:2 275:18

286:9 290:13
293:3
originally
    291:16,19
    292:1
originated 97:8
other's 93:6
outcome 321:11
outlet 271:14
    287:13 294:14
    295:2
outlets 75:15
    232:11,14
    286:21 287:1
    288:14 295:4
    296:5
outlined 306:1
outside 49:5
    51:23 57:17,17
    110:14 111:6,9
    111:14 112:6
    112:12,20
    113:5,9 114:1
    240:13 273:3
overdue 277:13
oversaw 169:10
    170:18

─────────────
          P
─────────────
P 2:1 6:1,1
P-o-o 39:21
p.m 139:3 322:5
packet 116:11
    116:18 138:10
    259:13,19
    277:9
page 4:3,10 37:2
    210:18 213:12
    213:14,16
    218:21 219:11
    222:11 229:3
    242:18 244:15
    246:21 247:9
    262:14 266:9
    303:13
pages 250:1

paid 18:13,18
    32:12 34:13
    48:7,8 218:5
Pandemic 13:10
panicked 247:12
    253:2
Pannell 1:21 2:6
    7:5 8:1 323:19
    323:20
Paolone 290:5,6
paper 58:18,22
    59:14
paragraph
    182:19 215:8
    247:20 249:5
    289:10 304:2
    306:12
paragraphs
    214:3 304:23
paralegal 77:22
parallel 222:15
pardon 52:9
    64:13
parents 162:10
part 32:21 36:17
    38:1 52:18
    54:8 57:2
    59:19 82:20
    117:12 121:15
    126:7 160:8
    161:1,10,10,20
    181:5 190:18
    199:22 200:7,8
    200:10 213:14
    234:9 235:9,11
    244:4,13,14,19
    247:4 254:22
    260:11 270:14
    285:4 296:19
    297:4 306:6
    314:16,17
partially 124:14
participate
    36:12,14
particular 48:2
    50:8 61:14

63:4,4,5,21
    97:16 99:12
    134:23 147:8
    229:18 231:9
    279:10 284:10
    307:11
particularly
    229:19
parties 2:3,23
    323:14
party 93:11
pass 290:8
passed 200:1
passion 60:18
passionately
    307:7
path 266:11
paths 137:15
patients 145:14
pay 18:16 34:18
    217:5 238:4,9
payoff 217:18
Payton 15:2
pending 99:23
    321:10
people 30:12
    32:11 36:19
    38:12 45:23
    51:20 52:13,22
    57:19 62:20
    66:1,18 67:7
    67:11,12 72:13
    92:3 113:7
    117:21 121:2
    123:16,20
    141:19 144:6
    144:11,12
    145:18 147:4
    158:9 164:7
    167:23 173:16
    181:20 186:22
    188:2 190:22
    190:23 191:7
    191:12 197:13
    204:1,5 205:22
    224:20 238:13

238:14 240:7,9
    250:9,12 255:6
    260:19 282:17
    282:23 287:6
    287:10,16
    289:21,22
    295:7,8 308:6
    308:9 313:21
    317:18
people's 223:6
perceived
    320:16
percent 91:16
percentage
    91:20
percentages
    237:17
Peretti 65:16
perfect 28:17
    276:11
performance
    187:17
performed
    204:3
period 16:19
    17:7 45:11
    162:22 183:2
periods 132:21
permanent
    34:10
person 31:19
    51:16 59:12
    114:23 115:3
    115:13 123:23
    124:12 144:1
    144:15,17
    153:6 193:7
    196:7 200:12
    201:3 233:2
    241:17 254:4
    255:15 267:14
personal 12:22
    75:22 86:2
    92:16 98:17
    108:9 278:21
personally

Marisa Carroll                                                    2/1/2021

104:6,12
113:23 114:4
114:11 117:15
142:5 147:6
162:7 184:7
250:14
perspective
94:13 143:8
309:20
perspectives
29:23
pertains 35:16
philosophy 58:5
phone 40:1
109:10 146:17
146:18 162:8
179:14 250:2
255:3,9 294:12
294:14,23
295:8,15,20,23
296:7
phones 295:10
photo 156:5
159:4 161:14
photographer
154:4
photos 162:3
179:12
phrase 183:12
243:15
physical 39:3
pick 51:20
picket 256:2,3
picture 28:17
36:23 161:14
164:8
pictures 245:18
piece 78:10
132:16 133:20
271:9
pistol 260:3
268:7,10,18,20
269:13,14
pitch 36:18
pitches 37:22
46:18

place 31:23
34:21,22 49:17
49:18 87:18
190:20 244:8
places 88:4,7
Plaintiff's 4:10
156:14,17
162:13 164:19
172:13 179:23
180:5 188:17
189:5,10
191:22 192:2
195:20,22
209:22 212:22
213:20 221:16
228:18,20
233:4,15,18
236:23 237:3
240:18 242:7
242:10 246:8
246:12,14
252:17 257:8
257:11,16
258:13 264:1,4
265:17,21
266:1 268:6
272:1 275:13
275:14,17
284:16 286:8
290:9,12 293:2
319:23
Plaintiff(s) 1:9
6:3
plaintiffs 9:9,11
10:6
platform 158:15
270:17
play 161:1
173:12 174:8
245:14 285:3
please 9:3 11:10
25:7,15 79:4
93:4 105:10
127:17 133:10
156:8 185:1
189:18 192:12

192:23 196:8
196:21 200:8
213:2 222:10
229:1 269:18
276:8 282:11
303:13,14
310:19 314:19
314:23 318:21
pleasure 75:11
plenty 234:4
plotting 273:2
point 45:22
163:19 164:9
166:3 184:8
202:16 219:15
222:16,22
223:4,13,17
241:22 242:21
244:10 245:20
251:21 252:11
259:12 267:5
273:17 280:10
281:19 305:19
308:1
pointed 274:13
pointing 197:19
198:22 305:5
points 303:19
police 84:11,19
86:6,18,22
163:9,14 165:8
167:15,22
168:14,18
185:3 203:22
214:20 219:14
219:16 220:1,8
238:23 239:5
239:10,11
247:10,10,16
264:18 276:15
279:7,9 283:10
283:12 284:2,8
288:6 292:16
308:18 309:1,8
309:18 310:6
311:2,12,17

312:2,7,10,13
312:22 314:7
315:5 316:8
320:17
policies 25:18,21
26:3 27:18
87:22 88:9
214:22 239:1
277:18
policing 288:11
289:9,12,13
policy 23:1 25:3
25:11,22 26:5
26:7,12 27:6
29:2 61:20
62:15,21 63:10
63:10,13,16,17
64:1 87:5
145:12 183:10
187:21
political 29:19
29:23
politicians 214:4
politics 29:17
95:9
Poo 38:22
poor 197:22,23
198:4 315:9
pop 62:19
161:13,15
portal 18:23
portion 80:15
86:16 90:15,20
105:12 122:1
128:21 129:12
130:1 143:2
258:22 260:12
282:12 285:17
299:10 301:5
314:14 315:2
portions 130:8
position 40:13
40:17 42:19,20
167:9 254:5
256:22
positions 214:21

possession 127:8
138:4
possible 38:17
69:2 87:2
104:10 170:23
176:4 258:21
266:16 270:2
296:15
Possibly 33:22
post 14:2 269:22
posted 14:6
postgraduate
16:12,13
potential 76:11
109:7,8 158:2
167:7 225:15
potentially
117:7 315:10
power 217:17
powerful 217:5
288:7
PowerPoint
24:15 49:3
PR 290:1
practice 81:19
315:9
practiced 57:16
practices 28:12
87:13 277:18
predict 211:13
preeminent
231:4
prefer 12:20
premise 300:16
prep 15:3
151:14
preparing 224:5
present 7:4 9:3
166:16 188:9
203:8,8 251:13
311:18
presentation
20:11 24:16
presentations
20:18 22:14
presenting

284:7
**president**
214:19 222:17
**press** 87:23
163:10,15
**pressure** 315:6
**pretty** 19:10
57:13 76:18
87:16 93:22
108:6 201:19
**prevent** 39:2
214:23
**preview** 288:19
288:20
**previous** 142:9
142:10 143:10
276:11 289:21
**primarily** 66:5
95:16 241:18
**primary** 32:21
96:6
**print** 31:16 71:4
**printed** 102:5
265:2 267:5
**prior** 3:3 14:17
73:17 85:12
94:15 95:5
104:16 106:2
107:2 116:3
144:20 146:15
146:19 165:17
168:16 206:22
224:6 227:7
231:19 232:3
251:14
**prison** 100:4,5
**privileged** 79:21
**probably** 29:8
40:5 45:4
70:10 80:14
105:5 152:17
155:20 164:10
226:3,22 235:8
238:20 296:23
**problem** 82:20
83:3 176:6

215:3
**problems**
197:19 201:22
201:23 215:1
**procedure** 8:7
22:18 23:2
25:3 107:4
117:6,11,14,16
144:23 146:6
**proceedings**
8:13 323:5,11
**process** 104:17
109:8,16 110:7
145:16 148:1
174:17 183:21
185:16 288:9
294:5 308:22
309:17,21
310:23 312:5
320:16,20
**processes** 144:5
**produce** 138:6
204:14
**produced**
194:17,22
235:1,15 285:5
**produces** 301:16
**producing**
236:10
**production**
175:15 321:19
**professional**
134:2 281:5
**professor**
151:11,14,17
151:22 152:3
**profile** 44:10,14
**program** 57:21
277:14 278:19
**progress** 108:2
**progressed**
104:21 106:12
106:22
**progresses**
106:4
**project** 289:7

308:7
**prominent**
54:19 320:11
**promo** 288:13
296:15,16,20
**promote** 288:12
**promoted** 42:21
47:7,8,11
**promotion**
48:10
**promotions** 47:4
**pronounced**
153:1
**proof** 253:9,10
254:7 258:14
**proper** 318:8
**prosecution**
315:7
**prosecutors**
277:21
**protect** 277:1
**protects** 166:22
**protocol** 22:19
**protocols**
214:23
**proud** 30:6,16
**provably** 70:5
**prove** 304:20
**proven** 304:19
**provide** 20:22
24:12 25:17
50:3 51:5
78:20 87:4
98:3 150:16
151:3,17 152:8
247:18 248:4
312:16 321:13
**provided** 20:15
21:9 25:4
125:15 126:10
226:9
**providing** 20:10
**proving** 173:9
**PTSD** 288:8
**public** 2:7 8:3
27:2 63:14

71:9,13,15
94:19 95:14
119:7 133:17
134:11 149:19
186:20,21
188:9 190:17
191:8 203:14
204:16 206:7
279:7 282:3,4
284:8 287:2,17
287:18 295:3
295:22 311:19
315:15
**publication**
94:15 95:6
97:14 106:5
107:7,8 108:4
114:13 144:21
146:16 224:7
227:8 231:19
232:3
**publications**
53:22
**publicly** 87:14
**publish** 170:12
190:22 293:13
**published** 55:14
60:20 61:1,8
64:6 65:9
73:18 85:13,14
85:21 104:16
104:19 106:2
107:3,22 110:7
111:7,16
112:11 116:4
117:9,19 119:6
119:23 120:1
121:12 122:10
122:11 123:16
128:9 132:17
133:4,17 134:9
134:10 135:3
135:15 137:6
143:19 147:20
154:7 167:16
168:17 169:4

174:20 186:2,9
188:4 198:14
207:3 218:11
218:17 220:23
231:9 232:5,6
232:10,19
245:1 251:15
260:16 288:18
289:4 301:23
**publishing**
293:22
**pull** 176:9
212:19 213:15
233:22 237:6
244:1 297:17
319:22
**pun** 37:6
**punish** 214:23
**purpose** 158:22
315:11 316:16
317:1,9,21
**purposes** 284:7
**pursuant** 8:6
**push** 196:8
276:18 294:10
294:11,17,22
295:1,5,10,13
295:15,17
296:3,4,6,12
297:2
**pushing** 62:22
**put** 46:23 91:19
91:19 119:7
133:4 161:2,19
175:20 176:17
176:21 177:8
177:12 233:13
235:3,17 236:1
244:18 259:19
261:14 302:13
302:22 303:5,8
314:12
**putting** 131:19
132:18 171:9

———————————
**Q**
———————————

Marisa Carroll                                                    2/1/2021

**qualified** 44:8
243:20
**qualify** 59:19
**Queens** 13:5
**question** 11:1,6
19:5 25:9
68:14 77:4
79:4,23 80:9
80:11 86:15,20
98:1 104:2
105:2,11
106:16,21
107:1 111:2
119:20 120:13
120:14,16,18
121:1,3,4,19
122:13 123:6
126:3 127:5,17
127:22 130:22
132:13 133:10
133:14,23
135:5,6 136:19
142:10,19,20
142:22 143:14
143:23 149:4
157:11,12
163:4 164:5,11
165:14 166:11
169:11 173:18
174:15 177:17
177:21 178:7
186:5 187:9
189:19 193:1
195:6,10
199:19,23
200:9 207:3,14
210:9 211:8
220:4 223:12
226:23 227:12
228:10 231:22
232:16 233:10
235:8 237:17
238:20 239:8
239:13,18
240:16 248:3
249:19 252:3,9

259:8 260:10
263:12,13
268:16 269:4,7
278:14 280:13
282:6,8 285:7
289:17 293:9
300:2,16 301:4
302:6,8 307:1
307:6,15,17
310:15 314:20
314:20,23
316:19 317:14
319:3,11,13
320:8
**questioning**
260:22
**questions** 2:21
2:22 10:7
22:15 48:18
50:9 52:13,16
52:20,21 54:3
73:4,21 74:16
79:20 101:19
116:19 136:2
137:15 142:16
145:3 174:21
194:17 197:11
238:17 254:1
259:3 273:7,7
321:9 323:6
**quick** 10:21
136:1 201:19
201:20 321:2
**quickly** 303:22
**quiet** 291:9
**quite** 87:8 120:9
167:11
**quote** 85:16
130:10 168:12
229:6 234:19
235:6,23
237:13 279:11
281:23 299:3
299:14,16,21
300:5,13,18
301:20 302:12

304:20 306:3,6
306:15,19
307:2 308:17
309:7 310:4
311:23 312:12
312:21 313:8
314:6 315:12
316:5
**quoted** 225:14
273:21 291:12
300:10 305:9
**quotes** 205:1
225:19 226:9
230:1 301:10
301:16 302:2
305:1 313:12
315:14
**quoting** 141:22
141:23 233:10
265:9 278:13
282:23 311:11
312:9

_____
**R**
**R** 6:1 99:6,16
102:13
**Rachel** 6:13
9:12
**raise** 47:17
48:13
**raises** 47:14
**ran** 19:1 34:20
108:15 184:14
260:16
**rank** 238:22
**rape** 19:13
35:19 37:12
38:15 54:5
61:10,15 62:7
62:13,15,17
63:4,11 64:1
78:3,5,9 79:9
82:1,3 85:8
86:10 90:9,17
91:1,17 92:8
95:17,23 96:5

96:5,12,21
97:7,21 98:20
100:13 101:16
104:8 131:21
145:1,14 146:7
167:13 182:1,8
183:3,19 184:1
184:4,13
191:16 198:11
200:13 214:5
218:8 226:5,8
229:14 231:11
232:2 250:19
251:3,7,16
263:1 264:11
264:22 277:11
277:21 287:22
288:10 289:11
289:13 299:4
299:21 300:7
300:20 301:21
302:16 304:2
304:16,20
305:11 306:13
307:3 313:11
**raped** 36:9
185:15 206:11
280:8 288:7
**rapes** 187:22
**rapist** 100:8
254:20 256:5
**rare** 200:3
277:21
**rarely** 70:15
262:22
**rate** 222:20
**Rayford** 284:17
284:18 286:14
289:18
**re-published**
71:6,8
**re-reading**
199:2
**reach** 205:2
**reached** 165:23
167:23 168:3

**reaching** 191:7
**read** 28:16
80:13,16 86:14
86:17 105:13
112:15,16
121:21 122:2
142:23 143:3
150:22 163:12
164:23 166:14
172:22 173:23
176:14,15
178:22 185:9
185:13 188:19
189:22 191:1
196:12,23
197:2 221:21
221:22 229:1
234:4,15
237:10 244:4
244:13,16,17
246:23 247:2,5
247:19 252:22
259:18 262:15
262:17 270:5
276:12 278:11
282:11,13
285:18 286:11
287:9 288:21
289:1,10
290:16 291:3
291:11 293:6
299:8,11,19
301:6 302:23
305:19,22
311:20 314:17
314:23 315:3
315:13,18
316:2,20
**reader** 47:1
70:22 109:23
110:5 130:8
142:14 203:9
203:15 204:6,7
204:10 245:8
248:5 282:15
282:16,21

283:4,20
315:16,21,22
316:1
**readers** 141:18
203:11 279:4
281:3 283:14
297:3 311:19
316:5
**readership**
191:2
**reading** 1:22
2:13 23:1 28:9
154:6 165:3
171:20 172:19
176:23 186:22
197:21 204:8
210:8 230:8
237:9,11 242:2
248:6 257:19
263:16 271:9
275:23 289:20
289:21 301:3
313:19 314:9
315:5,17
**ready** 189:16,17
196:14,21
210:16,16
213:3 221:23
222:9,10
228:23 234:1,2
234:5 246:18
246:19 247:6,7
257:20,21
266:6,7 272:5
276:7
**real** 10:21 136:1
141:21,22,23
201:20 214:14
282:17,18
321:2
**realize** 306:19
**really** 13:3
22:22 27:7,12
34:10 53:6
62:20 77:2
86:20 95:11,12

107:23 140:16
141:2 155:8
163:3 164:6
165:9 176:7
186:18 193:2
193:20 197:12
203:10 205:4
205:19 206:15
209:15 229:7
230:9 245:8
253:5,8 265:11
270:19 282:19
282:21 283:22
289:23 296:9
307:6
**reason** 33:5 41:1
70:20 113:14
141:16 142:8
142:12 143:4,9
201:6,10
224:18 229:5
281:2 307:11
307:21 314:3
**reasons** 142:7
283:13 304:15
**recall** 14:14,19
17:6 20:20
21:6,9,23 26:6
26:13 28:9
30:18 36:3
40:12 49:20,23
51:14 52:2
54:4,6,11,15
55:4,10,15,20
60:22,23 61:7
62:7 67:2
77:16 78:18,21
82:4,5 84:2
89:21 90:12
97:6,19 101:12
102:11 104:12
113:4,4 114:6
115:2,9,14
117:3 118:14
119:11,13,14
126:12,18

128:13 129:23
130:4,14,20
140:1,20
143:21,22
145:2,23
146:20 148:7
149:13 159:1
168:4,19
193:16 200:17
232:5,9 254:8
284:21
**receive** 294:17
295:5 296:1
**received** 47:14
103:9 107:6
108:3
**receives** 295:5
**receiving** 20:18
**recess** 74:10
139:1 207:23
262:3 298:22
321:5
**recollection**
14:11 15:10
16:3,7 18:19
24:4 26:8 27:1
28:6,8,22
29:22 33:2,19
40:19 46:3
50:13,23 52:12
54:13,21 58:2
66:8 83:11
87:12 88:7
102:23 110:15
112:9 140:12
158:13 159:3,5
159:18 162:11
167:20 169:12
170:13 171:15
182:17 200:15
202:7 228:8
259:9 271:13
274:12 275:7
308:2
**recollections**
130:11

**recommendat...**
98:18
**recommendat...**
197:8,9
**recommended**
277:15
**record** 8:17 9:4
11:11 74:9,12
108:10 115:7
138:22,23
188:13,14
207:22 208:2
235:20 249:9
249:10 257:13
257:14 262:2,5
276:3 298:21
299:1 320:4
321:4,7 322:2
**recording** 115:7
115:9 135:14
**redacted** 211:6
216:10 235:9
235:11
**redactions**
321:11
**redneck** 208:15
**reduced** 323:7
**refer** 104:3
125:1 135:15
220:21
**reference** 88:10
**referenced**
82:15 168:1
198:20 265:1
**referred** 21:3
103:22 104:7
**referring** 94:6
181:5,8 227:11
234:16 249:5
278:7
**refine** 164:7
253:23
**reflect** 299:19
**reflected** 109:21
221:11 238:17
301:13

**reflects** 185:8
**refrain** 253:7
**refresh** 286:13
293:7
**refresher** 23:11
**refused** 60:23
61:8
**refute** 206:13
**refuted** 206:4
**regard** 21:17
56:1 61:10
63:10 80:4
145:13 146:5
183:18 187:22
231:10
**regarding** 20:2
62:15,16 64:1
175:16 204:4
299:4 300:6
302:3
**regards** 20:16
**regularly**
170:20
**related** 57:8,10
76:21 213:23
223:12 316:9
**relating** 2:17
**relationship**
24:8 35:13
92:14 137:13
**relationships**
160:14
**relatives** 75:19
76:3,12 77:5
159:11
**release** 188:21
**relevance** 95:14
186:21 256:17
**relevant** 82:16
121:6,15,16
132:20 137:20
138:2 141:10
175:21 176:2
179:9 191:11
209:15 227:19
241:5,5 279:13

291:12 302:2
310:2,4,11
311:9,10 312:8
314:14 315:15
315:16,23,23
320:20
**remain** 166:15
**remained** 47:13
**remember**
  19:16,17 20:18
  22:8,10,22,23
  23:1,6,16
  24:16 25:1
  26:21 28:16
  30:5,9,19,23
  32:20 33:23
  36:2,7,13
  38:21 39:7,11
  39:12,14,23
  40:3 43:15
  47:22 49:7,8
  49:13,16 50:5
  50:16 51:3,16
  52:6 53:6,7
  54:9,17 56:16
  60:5 63:3,20
  67:13 74:2
  80:3,17 88:13
  88:17,22 90:4
  97:2,16 98:8
  99:4,5 102:20
  103:12 127:3
  129:18,22
  130:5,9,16
  131:2,3,11
  133:12 136:15
  136:20 141:1,4
  146:3,9,10,11
  146:20 147:6
  147:22 148:2,8
  148:12,13
  162:17 163:1,6
  166:7 168:10
  168:23 169:23
  171:2 172:3
  175:6 179:15

183:7 188:22
191:19 193:8
193:20,21
194:3,6,14
200:16,16
206:6 207:12
211:20 212:2
214:18 215:21
216:5 217:19
217:20 218:12
220:21 221:2
223:20 224:10
227:14 230:4,7
230:12 237:20
238:18 245:9
245:19,20
248:22 249:3,6
249:19 250:6
250:14,21,22
251:1,20
254:14,21
255:22 256:6
256:12,20
258:3,4,7
260:9 274:20
275:1,10
284:14,18
291:7,9,13,18
291:23 292:9
295:9 298:10
305:15,16
312:15,17
313:4,7
**remembered**
  148:16 149:1
**remembering**
  49:9
**remind** 112:2
**reminds** 271:8
**remote** 32:9
**remotely** 13:8
**remove** 182:7
**removed** 183:2
**renders** 227:18
**repeat** 11:2 79:4
  80:11 94:22

105:8,10
142:22 189:18
200:8 231:22
282:9 285:8,10
299:7 310:17
314:20,23
**repeated** 105:2
**repeatedly**
  188:2 306:9
**repeating** 301:3
**rephrase** 11:6
  104:3 105:22
  182:16 300:1
  314:19
**replace** 266:10
**replies** 181:2
**reply** 270:7
**report** 46:23
  65:4,6 109:11
  137:21 138:10
  169:14 171:11
  174:7 203:13
  219:17 222:20
  225:20,23
  226:10,15
  227:3,11,14
  228:7 248:9
  254:9,13 277:5
  277:9 282:14
  301:9 316:17
  317:2,10,22,23
  318:9 319:16
  320:10
**reported** 65:1
  65:23 95:5
  96:6,12 98:16
  99:12 170:8
  202:13 232:2
  301:8 313:5
**reporter** 1:20
  2:7 8:2 9:5,22
  17:18 19:4
  44:18 45:18
  48:4 52:15,18
  52:19 72:6,15
  80:16 81:1

86:17 89:13
91:11 96:7
101:13 103:22
105:7,13 107:6
107:10,12
108:3 117:22
118:2 122:2
123:21 127:8
132:18 137:19
138:4,9 143:3
144:7 145:22
160:2 164:16
172:10 176:11
184:12 200:6,6
205:17 209:18
212:13,16
221:14 224:21
225:1 226:4,18
229:19,20
231:4 242:11
246:1,5 247:22
248:8 252:15
263:21 271:21
276:2 282:13
285:18 286:3
287:12 297:19
298:13 299:11
301:6 313:18
315:3 319:6,10
**reporter's** 248:4
  248:17
**reporters** 18:10
  22:7 44:20,22
  45:6,21 46:21
  48:6,7,8 66:6,7
  66:12,15,17
  82:12 101:4
  115:17 153:14
  159:21 162:19
  214:10 314:5
**reporting** 6:4
  7:5,7 22:16,19
  30:8 44:3,12
  44:12 46:13
  52:14,22 59:23
  69:9,12 89:7

89:14 91:15
94:11,19
101:17 107:15
109:8,10,16
110:5 114:20
132:16 144:4
147:12 148:1
160:20 165:16
165:18 168:4
170:17 186:15
223:23 229:11
230:15,16
233:1 279:5
287:22 301:15
308:23 309:17
310:23 312:6
313:18 320:16
**reports** 214:5
  225:7,9,12,14
  226:13,21
  227:7
**represent** 10:6
  181:1 194:22
  235:1
**represents**
  323:10
**reputation**
  91:14
**request** 177:23
  188:7
**requested** 80:15
  86:16 105:12
  122:1 143:2
  282:12 285:17
  299:10 301:5
  315:2
**requests** 296:3
**require** 224:19
**required** 23:13
  78:4 79:8
  82:21 304:19
  306:13
**requirement**
  182:8 183:3,20
**research** 183:16
**researched**

Marisa Carroll							2/1/2021

312:20 314:2
**researching**
313:19
**reservations**
130:1,5,9
**residential**
268:8,20
269:15 272:22
**resign** 68:17,19
**resist** 85:16
**resistance** 78:14
80:4,19 82:1
82:16,21 84:7
84:17 85:8
264:23 305:17
306:4
**resort** 153:2
**respect** 92:15
**respective** 2:4
**respond** 80:9
174:22 237:19
273:13
**responded**
62:17 188:6
215:15 243:10
**responder**
145:10
**responding**
30:12 146:5
192:20 197:8
215:10 236:3
**response** 144:22
174:14 178:6
194:6 230:3
273:17 274:1,3
**responsibilities**
40:20 41:18
46:17 64:18,21
64:23
**responsibility**
119:1 273:3
**responsible**
119:21 124:13
**rest** 47:9,11,13
114:18 173:15
173:17 243:6,7

262:23 266:16
305:4
**result** 201:1
**results** 323:16
**résumé** 15:9
42:9 152:5
**retaliation**
200:23
**retire** 59:10
**retired** 151:21
151:23
**reveal** 70:22
199:15
**revealing**
199:19
**review** 17:17
46:18 61:23
71:2 104:9
107:22 111:6
113:6,11 114:2
115:4 116:23
117:6,8,20
118:1,1,7,9,11
118:17 119:5
121:7,11 122:8
122:8 123:20
127:12,14,19
132:15 133:19
135:13 136:21
138:9 144:7,21
145:11 154:5
156:9,21
178:18 203:18
225:7 228:6
249:23 250:13
260:14 277:17
293:14 294:3
321:12
**reviewed** 78:8
78:12 82:7
83:21 84:3
110:9,11
111:15 113:15
116:1,3,11,13
116:14,15,16
116:16,18,20

118:15 129:3
145:15,23
146:1 147:2,3
147:5,8,13,16
147:20 178:22
178:23 250:7
250:14 255:21
256:9 260:15
**reviewing** 78:7
110:20 127:3
146:21 184:12
203:15
**reviews** 225:2
**revising** 109:20
**Richard** 22:9,12
**rid** 48:17 250:17
**right** 10:16
11:16 12:6
13:20 14:3
21:21 27:4
28:23 29:12,13
30:19 31:18
32:23 34:1,19
34:23 40:2,22
42:11 43:19
47:2,16 55:22
58:16 60:16,16
68:8 71:3
76:20 108:1,17
110:4 111:3,5
114:9 115:22
123:1,11
124:11 126:22
128:1,10
135:17 136:20
137:3,17 138:5
138:13 139:15
139:16 142:5
143:20 144:20
149:20 152:16
153:8 154:9
156:21 162:22
163:22,23
166:15,16
170:2 171:20
174:18 175:13

177:3 181:16
195:18 197:3
197:16,17
201:14 207:15
208:3 209:3,5
209:19 211:19
212:20 213:17
215:14 217:13
220:4,7 227:1
228:14 233:2
236:21 240:11
243:12 244:5,8
265:16 267:16
271:3,7,15
272:9 286:6
287:19 291:1
292:7,20
298:11,15,16
303:3 307:9
308:7,15
313:10 316:15
320:5,23
**rights** 165:3,7
166:15 214:8
259:18 291:3
291:11,20
**rings** 255:3,9
**risky** 217:9
**Ritchey** 6:6,8
9:10,10 157:4
179:20 189:7
196:13,19
210:13 213:7
213:13 235:19
314:15
**road** 268:19
**role** 33:11 44:6
147:18 169:9
178:12 203:7,7
205:5 207:4
222:5 283:11
**Rondini** 42:12
42:14 45:1
46:5,9,10 47:5
47:18 48:11,14
64:5 65:9

72:10 73:17,20
82:15,19,23
83:8 84:5 85:6
94:16,18 95:6
103:4,19
104:15,21
105:17,18
106:1,11,18,21
107:2 108:2,12
108:13,18,20
108:21 109:1
111:16,17,18
111:19 112:5
112:10 114:1
114:12 116:1
119:18 120:7
122:15,21
123:3,4 124:12
124:15,17,20
124:21 125:9
128:20 129:6
129:14 130:2
132:22 133:1
136:8 137:6
143:17 149:16
162:9,16
163:16 171:13
177:11 184:7
184:20 185:14
185:20 186:7
186:17 187:3
191:17 192:9
200:2,19 202:2
202:23 204:5
206:11 218:8
224:6 227:6,6
231:20 232:4
236:13 239:23
240:13 241:13
253:11 255:14
258:17 259:16
260:2 261:4
271:8 274:23
275:6 280:4,5
281:6 294:18
294:19 308:21

320:10
**Rondini's** 83:6
  118:12 130:21
  146:16 204:13
  255:20 280:16
  280:19 308:22
  309:17 310:23
  312:5 320:15
**Rondinis** 162:9
**roof** 256:2
**room** 20:7 51:18
  66:17 84:14
  146:8 242:23
  244:12,20
  245:16 253:6
  254:10,19
  256:4 259:4
  269:10 270:18
  270:19 272:19
**rules** 2:16 8:6
  10:20
**run** 52:14,22
  70:3,13 71:6
  71:23 245:15
**running** 220:22
**runs** 147:19

─────── S ───────

**S** 2:1 6:1
**S-c-h-a-f-e-r**
  81:17
**S-h-a-n-i** 168:21
**S-y-e-d** 24:2,3
**s/** 323:19
**sack** 198:6
**sad** 197:21
  198:4,5
**saith** 322:5
**salary** 48:7,8
**Samaha** 45:19
**sandwiches** 51:6
**SANE** 277:14
  278:19
**Sara** 151:19,21
  292:2,4,5
  293:15 294:20

296:15
**save** 12:15 26:18
  208:12 209:13
  265:19 285:23
**saved** 21:8
**saving** 146:12
**savvy** 31:17
**saw** 125:4,23
  128:11 133:13
  174:16 182:18
  245:20 260:12
  306:2 308:2
**say-so** 169:4
**saying** 28:19
  37:7 43:11
  94:7 111:21
  115:18 124:16
  126:17 134:15
  145:9 148:10
  160:16 186:10
  195:2 202:1
  217:19,20
  218:19 223:1
  243:2 255:22
  256:6 302:10
  307:3 310:22
  311:11
**says** 37:3 71:20
  81:23 86:1,1,2
  147:2 153:4
  157:8,19 158:6
  163:14,20
  171:21 172:1
  172:23 173:3,3
  176:23 180:23
  183:8 186:2
  188:20 189:22
  192:7,10 193:5
  193:16 201:21
  209:7 214:2,19
  215:22 217:4
  222:18 229:4
  236:5 237:12
  243:14 244:6,9
  245:5,10,11
  252:23 253:4

253:15 257:22
  258:8 259:10
  262:18 264:10
  266:9 267:4
  269:5,22 270:7
  271:7 276:14
  277:10 287:20
  292:15 294:23
  296:14 303:4
  305:23 306:18
  315:5 316:8
  320:1,2
**scared** 276:23
**Schafer** 81:16
**school** 14:21
  15:3,4,12,16
  31:6 57:23
  58:4,5,17 59:4
  59:5,20 60:3
  60:19 62:5
  77:22,22 86:19
  202:14,19
  261:11 309:1,2
  309:18 311:2
  312:8 318:22
  320:18
**schools** 15:18,22
  16:12
**Schultz** 171:6,7
**science** 95:8
**Scotch** 6:6 9:10
  156:23 176:9
  179:19 192:4
  209:20 210:6
  210:18 212:19
  218:22 221:12
  233:23 236:7
  237:7 246:17
  264:5 266:4
  303:9 305:20
**Scotch's** 156:20
**screen** 156:20
  157:2 196:7,15
  213:18 314:17
**screw** 80:14
  123:8

**scroll** 196:11,14
  196:21 210:3,4
  210:6,10
  218:22 228:23
  234:1 242:15
  246:23 257:20
  262:16 266:6,7
  272:5 276:7,10
  286:11 296:18
  303:19 304:6
  305:20
**scrolling** 210:5
  210:11,12
  213:4,5,5,6
  221:21 222:1
  222:10 234:6
  246:19 264:7
  276:8 303:14
  304:13 305:3
  305:21
**scrutiny** 217:6
**search** 305:15
**second** 21:22
  48:16 59:9,11
  79:3 87:2
  106:21 175:14
  200:7,8,10
  213:14 223:13
  254:16
**section** 26:7
  38:5
**security** 118:12
  119:15 125:13
  125:19 126:1,5
  126:6,8,9
  130:20 131:4
  132:21 134:3
  206:19
**see** 16:11 34:1
  40:23 44:13
  48:16 49:13
  83:5,10,17
  112:21 117:17
  117:17 124:6
  124:10 125:14
  126:14 127:9

128:1 132:4,23
  133:5,15 135:2
  136:6 137:4,19
  146:15 156:21
  162:14 165:1
  172:7,18
  174:13 176:4
  179:12 180:22
  180:23 181:4
  188:12 189:13
  189:14 192:6
  195:11 208:5,8
  208:8 211:18
  213:17,18
  216:12,16
  217:21 221:19
  221:20 225:19
  227:22 234:7
  235:23 236:3
  245:17 248:2
  249:12 264:9
  267:14 270:2
  281:4 289:7
  294:12 298:17
  307:9 314:16
**seeing** 119:11
  126:12 131:3
  145:2 148:8
  180:21,22
  235:6 250:23
  254:15,21
  282:21 297:9
**seek** 266:12
**seen** 58:13
  126:22 131:13
  134:3,9 169:9
  180:3 205:19
  206:18 226:21
  227:2,7 267:8
  267:9 273:12
  289:6 317:19
**selected** 51:17
**self** 257:23
**semester** 33:20
  59:10,11 150:1
  150:20

Marisa Carroll                                                          2/1/2021

semesters 33:22
seminar 20:5,6
   24:14 50:4,5,8
   50:19,20 51:7
   51:23 53:8,13
   53:17,21 56:18
   57:22
seminars 18:9
   19:19 20:2,23
   21:17 22:1,6
   48:20 49:6
   53:14 55:7
   56:1,5,11,14
   59:15
send 12:21
   48:19 49:5
   113:9 150:18
   150:21,23
   151:11,14
   171:15
sending 113:4
   113:15
senior 59:8
   214:7
seniors 59:10
sense 162:4
sent 49:15 52:1
   112:20 114:1,7
   183:17 290:17
sentence 164:10
   182:17 183:6,8
   194:9 229:4
   292:12 296:21
   297:15 318:3
sentences 318:5
separate 278:12
separately
   289:11
serial 100:8
serious 37:23
   44:12 268:9
seriously 214:5
servants 279:8
served 74:18
services 34:14
   278:1

sessions 53:23
set 73:21 161:13
   161:14 239:1
   266:18 267:10
sex 19:13 36:9
   38:19 254:16
   255:23
sexual 26:1
   35:18 37:11
   38:15 39:3
   54:5 61:10,14
   62:1,3,8 63:5
   63:11 64:1
   78:3,5 79:9
   82:3 85:8
   86:10 90:8,16
   91:1,17 92:7
   95:16,22 96:4
   96:12,18,19,21
   97:7,21 98:20
   99:6 101:15
   102:17 104:8
   145:1,13 146:6
   148:17 167:12
   182:2 183:4,19
   187:22 191:16
   198:11 199:3,6
   199:9 200:13
   202:13 218:8
   226:5,7 229:13
   231:6,11 232:2
   262:20 263:1,5
   276:23 277:19
   299:4 300:6
   301:21 302:15
   304:21 305:11
   308:23 309:17
   311:1 312:7
   313:11 320:17
shaky 253:2
Shani 168:20,21
   168:23 169:8
   169:10,12,14
   170:7,8,10,13
   170:18 171:11
   171:17 190:8

190:11
Shani's 169:15
   170:3 171:8,10
share 287:18
   288:3
shared 55:21
   181:21
sharing 293:19
Sharmila 81:2
   129:2 130:17
   130:19 145:19
   147:17 178:17
   184:16 192:8
   250:11 272:8
   272:10 273:16
   273:19 274:4
   274:17,22
   275:1,6,8
   276:14 277:10
   278:11 308:8
Sharmila's
   278:7
sheet 242:17
sheriff 218:6
   239:6 311:17
shoe 37:6,8
shoot 161:14
short 30:6,14
   38:3,4 138:16
   210:8 261:19
   298:17 320:6
shorten 87:1
   249:12,17
Shorthand 2:7
   8:2
shot 124:3
   291:10
show 27:2 76:12
   141:20 155:3
   176:7 189:3
   192:2 206:6
   209:12 233:19
   242:1,4 243:22
   262:7,7 270:4
   291:22 292:18
   314:12 315:21

showed 83:16,20
showing 212:11
shown 122:18
   122:19
shows 18:8
Sid 54:22
side 188:3
   204:19 268:19
sides 188:8
   205:1
sign 295:14
   296:5,7 320:2
signature 2:12
Signed 323:17
significant
   90:15,19
signing 1:22
signs 296:2
silent 166:15
similar 44:5
   61:17 177:21
   239:8
similarly 297:8
   297:9
simple 220:19
   252:7 302:8
single 121:11
   122:9 127:23
   132:16 133:19
   147:19 250:13
   275:3
sinister 131:20
   132:14
sitting 20:7
   28:17 263:16
situation 118:9
   118:22 200:22
   257:6
six 12:9 67:10
   67:12
skilled 229:19
skimmed 234:8
Slack 158:16
   270:10,12,22
   270:23 271:1,6
Slack.com 270:7

270:9,20,21
Smith 1:11
   27:19 29:7
   65:18 72:23
   73:3,6,11
   139:6 170:6,8
   171:4
Snapchat
   179:12
Snapchats
   146:16 147:10
   148:5 245:17
   245:21
Snapchatted
   245:13
social 14:10,18
socialize 92:20
   93:1,4
Society 53:18,19
software 270:13
   271:4
somebody 78:20
   82:3 104:11
   114:2 168:17
   183:4,5 295:12
   300:21 305:12
somebody's
   76:21
someone's 20:8
   102:4
song 62:1
soon 135:19
   201:17
sorry 21:4 23:19
   24:22 25:16
   27:7 37:13
   41:5,7,14
   47:23 51:1,3
   51:10,12 58:21
   70:7 72:19
   80:10 85:2
   93:16,17 94:22
   98:23 102:4
   104:3 105:1,21
   117:12 131:9
   136:9,14

139:14 146:9
149:8,12 161:6
163:11 167:10
172:19 175:23
193:12 199:11
203:3 205:13
209:11 223:21
223:22 231:23
244:13 247:2
255:5,16
263:12,18
270:12 281:18
285:7,11
292:17 296:18
299:7 304:5,7
305:21 309:10
314:18,18
**sort** 24:7 38:12
88:8 109:12
147:11 150:20
150:23 175:11
234:8 290:2
294:4 298:4
**sorts** 94:18
125:20 231:5
295:7
**source** 199:16
199:20 200:18
**sources** 200:5
224:17 238:7
**southern** 11:3
173:12,19,21
174:9 175:4
**space** 39:20
**speak** 85:22
112:8 113:12
116:12 154:16
161:23 165:12
168:17 182:3
185:4 203:5
218:15 224:9
245:3 251:9
273:19 274:9
280:15
**speaking** 22:6
125:7 141:19

151:13 188:12
198:3,6 205:9
205:14 238:7
258:19
**special** 204:22
237:12,17,22
238:16 239:2
243:14,15
304:10 320:11
320:19
**specialty** 91:10
91:13
**specific** 29:9
35:15 62:21
69:3 97:2
107:9 116:19
130:4,9 132:13
137:23 145:23
146:10 154:23
155:20,22
156:8 164:10
172:6 181:6
189:3 198:18
231:14 243:17
252:11 258:19
258:21 259:22
280:15 318:3,4
318:5,16
319:10,11
**specifically**
19:17 20:21
39:8 47:22
54:1,11 56:18
56:19 66:18
67:13 88:17
112:5 146:4,22
148:3 151:13
161:7 166:7
167:14 168:5
169:9 170:1
179:8 198:7
233:11 238:18
250:7 251:21
251:21 259:20
274:9 302:12
304:10 305:9

**specificity** 55:10
55:16
**specifics** 155:21
**specify** 166:12
**speculate**
261:12 274:1
**spell** 23:22
39:16 152:18
152:23
**spelled** 292:7
**speller** 39:19
**spending** 107:14
**spent** 60:18
**split** 105:20
**spoke** 165:19,20
167:15,21,22
168:2 199:23
200:2,11
238:11,12
**spoken** 139:20
165:16 224:13
**spot** 172:1 173:4
304:7,9
**spread** 287:2
**Spring** 190:3
**Square** 128:18
**staff** 22:6 27:17
112:11,19
190:5,14 256:9
295:20
**stage** 160:13
**stages** 315:8
**staggering**
134:7
**standard** 22:18
23:2 25:3 26:2
76:18 85:18
87:12 107:3
117:10,13,16
**standards** 26:9
28:12 87:13
264:11
**standpoint**
65:11
**star** 62:19
161:13,15

**start** 14:20
40:20 42:4
49:12 73:20
105:23 106:10
154:9,11
157:15 158:7
158:10 226:23
276:1
**started** 11:8
38:10 42:6,18
46:13 88:16
109:12
**starting** 40:14
155:10,13,18
**starts** 160:14
**state** 2:8 8:4
11:10 75:9,20
75:23 76:3
77:6,10,14
79:1 81:19
84:12,21 99:23
127:18 159:16
183:1 184:20
301:22 302:16
305:13 315:11
323:2,22
**stated** 187:6
279:22
**statement** 83:6
84:4 124:7
125:10 128:2
128:12 137:21
167:8 254:22
255:2,9,12,21
300:3
**statements**
116:1 129:12
**states** 1:1 8:21
100:2 182:1,1
182:4,8 183:18
184:2,4,14
214:20 237:16
238:1 265:12
**stating** 144:23
145:12
**stay** 308:3

310:14
**stayed** 33:10
47:15 92:18
**stays** 160:3
**steadfast** 89:7
89:13
**stem** 97:20
**stenotype** 323:6
**stepchildren**
12:4
**steps** 106:5,18
**sterling** 91:14
**STIPULATED**
2:2,11,18
**stipulation** 8:8
**stipulations**
9:23
**stop** 36:8 60:14
117:21 205:22
303:15
**stops** 27:19
**stories** 19:13
29:19 30:2
31:4,7,13
37:12,15 41:23
42:1,1,3 43:6
44:3,7 46:23
48:2,5 52:23
54:1 59:23
60:2,15,21
61:11 62:8,12
70:4,12,15
82:13 90:7
91:21,22 92:12
96:2,17,18
97:4,7,15,20
98:12,14,16,18
99:2 101:10,16
101:16,22
102:10 121:5
135:12 151:2
157:22 158:3
160:2 162:15
162:18,20
163:2,5 167:13
170:11,17,20

171:17,19
190:16 200:5
203:14 205:23
224:18 229:13
229:21,22
231:19 232:1
232:11 241:9
266:14 267:18
282:20,20
283:18 284:1,9
287:1,17,18
293:18 307:5
313:17 314:4
**story** 17:17 30:4
36:7,7,23
37:19,23 38:15
39:10,13 42:12
42:12,15 45:1
61:21 62:11
63:18 69:7,9
69:12,15 70:21
71:12,12,18,20
80:18 82:14,15
85:10,13,15,21
85:23 86:1,4
89:20 96:22
97:1,3 98:4,10
99:4 102:7,14
103:9,11,23
104:5,6,7,15
106:18 107:5,9
107:11,16,17
107:18,19,21
107:23 108:13
108:14,19,21
109:1,3,7,11
110:1,6,11
111:18,20,22
112:2,5,8,10
112:16,19,22
113:5,9,15
114:2,12,19,21
116:4,7,9,10
117:9,18,22
118:18 119:6
119:23 121:12

121:17 122:10
122:11,22
123:4,15
124:16,18,20
124:22,23
125:20 127:7
128:9,20,21
129:6,14 131:1
131:1,19 132:7
132:8,13,17,19
133:4,16
134:19,21
135:3 136:8
137:6 141:11
143:16,17,19
144:12,16,21
145:17,18
147:1,20 148:2
148:17,20
149:16,18,18
153:16,17,18
154:1,6,7
158:9,17
159:19,20
160:10,13,18
160:20,23
161:2,8,12,20
162:4,16,23
163:7,14 164:9
165:12,18,19
166:5 167:16
168:1,13,16
169:4 171:13
174:7,17,20
175:9,22 176:3
176:17,21
177:11,11
178:9,11,13,21
178:23,23
179:4,5 181:4
181:20,22
182:22 183:13
183:22,22
184:3,6,14
185:8,9,13
186:1,2,10,10

186:16,19,19
186:22 187:11
188:3,4,21
190:1,6,14,17
190:20 191:8
191:11 197:2
197:13,14,18
198:6,14,21
199:2 200:21
201:4,7 202:9
202:12 203:12
204:8,11,13
205:5,11
206:11 207:4,5
207:8,10
221:11 223:23
224:6,6 225:5
225:7,15 226:7
227:6,19
229:11 230:16
230:17 231:14
231:20 232:4
233:6,8 234:17
236:8,12,13,13
236:16,17,19
236:20 238:8
238:17 239:23
240:13,19
241:6,6,10,12
241:14,15,17
244:21,23
245:1 247:18
247:21 250:22
254:9,13,16
256:11 258:5,9
258:20,23
260:13,16,20
268:1 271:10
271:10,16
272:11 273:15
274:22,23
275:3,6 278:4
278:18,21
279:13 280:4,5
280:14,16,16
280:19 281:9

281:11 283:4
284:10,12,14
285:4,21
287:13 288:1
288:10,18
289:3,12,23
291:12,13,21
291:23 294:1,3
294:7,16 297:3
297:10 301:8
301:11,13,23
302:1,4,9,13
305:15 306:2
307:13 308:15
308:20,21,22
309:16 310:22
311:20 312:4
312:14 313:5
313:19,20,23
314:8 315:17
316:17 320:12
320:15,21
**straight** 16:13
58:14 233:6,7
234:17 236:13
236:15
**stray** 272:21
**STREET** 6:22
**strengthen**
278:1
**Strom** 6:13 9:6
9:12,12 10:2
12:20 21:1,4
21:12 23:4
25:5,13 29:3
35:23 45:2,14
46:8 48:21
56:3 61:3 64:9
65:12 67:23
68:23 69:10,19
71:7 73:19
74:4 76:4,9,13
76:22 79:11,19
80:6 81:7
82:22 84:8,22
86:8,12 87:6

104:23 105:5
105:14 106:6
106:13 108:5
110:22 111:8
111:17,23
113:1 114:14
116:5 119:2,8
120:2,8,17
121:9,18,23
122:4,20 123:2
124:8 125:6,16
126:15,23
127:10 128:4
131:6,14 132:2
132:6 133:7,18
134:12 135:6
135:18 136:3,9
136:14 137:7
138:15 139:9
140:6 142:18
148:18 149:8
149:12 151:6
152:11 153:20
153:13,22
155:5 156:7
159:8,13 161:3
161:6 163:11
163:19 164:2
165:4 167:1,17
169:5,17 172:4
173:14 174:11
175:23 176:19
177:3,14 181:1
184:22 185:21
186:8 187:5
188:11 189:1
191:4 192:15
193:11,15
194:21 196:10
196:17 199:11
200:14 201:8
201:15 202:3
203:1,3 204:17
206:9,21
207:16,20
208:17 209:2

209:11 211:9
211:21 212:10
214:11 215:5
216:3,19 219:4
219:22 220:12
223:7 225:8
226:12 227:9
228:13 234:23
235:10 236:1,9
239:4 240:21
242:1 243:22
244:22 246:22
247:3 248:10
249:14 250:3
251:4,18 252:5
253:13,18
256:16 259:5
260:5 261:7,15
261:22 262:8
263:11 264:13
265:6 266:20
267:22 268:11
268:14,21
269:11,16
278:5,22
279:20 280:22
281:14,17
283:5,8 285:6
285:14,19
292:17 298:19
299:6,12,16,23
300:8,22
302:18 303:3
309:10,14
310:8,16
311:15 312:23
313:14 314:11
316:11,18
317:3,11 318:1
318:10,15
319:7,17
320:13 321:17
**strong** 229:7,8
230:5,10
**student** 33:14
58:13 62:14,22

63:6,15,23
288:5 292:15
304:15
**students** 63:1,15
150:17 151:15
188:21 190:2,5
190:13
**study** 57:16
**stuff** 12:16
100:21
**stupid** 210:20
**subject** 42:12
104:7 136:2
156:5 157:8,19
192:9 226:4
227:19 231:21
241:9 261:16
**subjects** 50:7
94:21 95:1
**subsequent**
272:20
**sued** 75:2
**sufficient** 13:6
**suggest** 314:3
**suggesting**
183:11
**suggestion**
182:10,11,16
183:17 266:17
**suggestions**
262:19 314:1
**suicide** 184:9
185:18 202:18
288:9 309:22
311:4
**suit** 99:9 104:1
**suited** 232:19
**summarizes**
297:3,6,7
**supervise** 66:11
66:14,18
**supervising**
123:23 124:22
125:1
**supervision**
323:9

**supervisor** 64:4
65:5 66:9 72:8
125:2 169:13
187:14
**supposed**
266:12 280:7
**supposedly**
266:12
**sure** 17:18 26:18
39:20 46:18
79:5 90:21
95:7 109:1
110:3 121:1
129:15 136:1
137:1,14
138:11 142:11
147:18,23
149:19 152:13
154:21 166:19
173:2 175:17
176:6 178:18
179:10 181:17
189:20 195:17
216:16 244:8
250:6 265:7
272:21 273:10
273:11 274:9
276:15 279:3
293:12,21
294:5,20 296:2
298:14 303:17
**surprise** 22:21
245:6
**Susman** 44:18
64:7 65:22
66:8 80:23
124:23 125:3
129:1 152:5
169:11 178:16
209:8,10
290:23 308:8
**suspect** 101:4
167:7
**suspected** 68:20
**swath** 95:13
**swear** 9:5

**sworn** 9:20
**Syed** 23:18,21
81:17

_____

**T**

**T** 2:1,1 199:9
200:12 218:7
253:12 258:18
261:3 281:7
**table** 37:1,20
121:20
**taboo** 238:4
**take** 12:14 16:19
25:23 33:16
48:16 58:3
59:12 73:22
74:3 76:18
80:2 82:2
109:12 111:3
138:14 201:17
204:22 207:19
214:5 221:22
261:16,18,19
261:21,22
282:8 298:11
298:16 305:18
316:2 320:6
**takeaway**
204:11
**taken** 2:5 23:8,9
55:23 74:10
123:14 125:10
139:1 149:5,20
207:23 262:3
298:22 307:23
321:5 323:5
**talk** 18:10 22:8
138:1 152:11
152:14 156:8
158:16,17,20
158:21 192:11
238:6 243:14
250:4 265:13
287:13 288:12
293:17
**talked** 53:23

67:8 199:5,7
201:21 223:15
223:22 224:5
308:5 311:6,7
316:22 317:6
**talking** 20:8,8
31:20 72:14
82:14 94:14
108:20 114:19
115:12 119:9
120:4 124:15
126:4,20 127:3
128:5 132:7
134:17 137:11
139:8,10
140:10,17
145:7 151:1
158:3 159:4
166:19 176:5
178:1 189:2
193:3 194:10
198:1 211:2
214:12 215:20
219:2,6,7
220:13 223:8
230:2,2 240:11
280:17 282:17
282:18 283:21
296:22 302:3
307:17 318:3
318:16
**talks** 107:12
**taught** 50:1,7,12
54:10 152:3
**teach** 18:6
149:23 150:1
**teaching** 57:21
59:16,17
**team** 46:21
66:15,19,20,21
67:1,3,4 80:18
114:19 128:23
147:4,5 157:23
160:21 161:20
163:3 171:17
184:11 201:2

Marisa Carroll                                                    2/1/2021

Page 357

239:22 250:8
269:23 294:4
**tech** 31:17
**techniques** 56:2
56:9,12,20
57:1,7,11,20
**technology**
213:9 236:10
296:10
**tell** 10:23 11:2
14:21 20:4
28:3,5 34:23
35:21 40:13
44:23 45:12,13
46:16 53:11,12
53:16 58:21
62:11 74:13
79:22 81:11
97:3 100:17
104:17,20
105:23,23
106:23 114:10
117:22 123:5
138:7 154:19
169:21 181:7
196:13 204:12
204:13 205:5
208:13,14
216:17 219:13
220:8 232:13
234:16 241:10
241:15 243:3
274:5 276:5
285:22 297:23
314:18
**telling** 58:12
92:9 114:5
160:15 190:11
220:7,14
241:13 252:3
279:14
**tells** 294:15
315:5
**ten** 14:2 31:10
31:11 60:6,7
89:22,23 90:14

284:5
**tend** 203:23
291:21
**tense** 251:13
**tenure** 47:9,12
59:1 96:9
**Terese** 11:12
**term** 225:23
251:11 290:2
298:1 320:19
**terms** 108:11
**test** 163:23
**Testa** 45:20
**testified** 9:21
268:22
**testimony** 1:15
98:3 206:23
301:19 310:9
310:13
**text** 107:18
146:17 147:1,2
147:8,9 148:5
148:8,12,13
250:1,15
**thank** 9:22 27:4
29:12 53:10
135:17 136:4
137:3 157:2,7
175:13 181:11
189:14 195:19
196:22 200:9
207:20 210:4
213:3,4 222:7
222:10 234:9
238:10 257:19
276:12 278:17
303:13,14
319:20 321:22
**thanks** 89:15
**theft** 260:3
**theirself** 277:1
**therapist** 309:2
**thereto** 3:3
57:10 104:16
106:2 323:7
**thing** 32:17 44:8

121:12 127:23
166:20 185:9
187:2 257:2
262:15 263:7,8
268:9
**things** 22:8
31:14 65:21
89:17 116:20
125:21 136:23
138:11 148:1
155:16 217:17
282:14,18
293:16 297:1
297:14
**think** 22:21
38:17 45:11,12
45:22 48:18
55:8,9 56:8
60:3 64:22
68:13 69:18
74:16 76:1,4
76:15 81:9,10
87:20 92:2,10
98:9 100:23
101:18 105:16
118:3,8 120:9
121:13 123:20
125:18 139:10
142:2,5 149:4
149:17 153:5
153:22 154:17
155:14 156:19
159:12 167:9
170:23 173:1
178:9 179:1,7
179:9 185:7,23
185:23 186:2
194:19 196:15
198:6 203:12
205:6 208:17
210:19 213:7
213:13 222:16
228:1 229:5
231:8 232:19
241:19,22
242:20 243:17

243:21 244:10
248:17,19,20
251:2 255:8,13
256:22 257:9
261:14 263:4
267:9 273:18
276:17 279:4
283:3 286:1
287:16 295:8
299:12 305:2
307:1 309:22
314:6 316:12
318:14 320:7
**thinking** 102:16
269:18,20
**thinks** 203:6
296:8
**Thompson** 6:20
9:15,15
**thought** 86:5
126:4 154:16
219:1,14,17,21
220:9 245:4
247:2 248:23
274:10 278:10
316:4
**thousands** 42:1
**thread** 154:10
154:12,17
155:10,13,14
155:18 157:12
157:17 158:7
158:11,21
159:2
**threatened**
163:9,15
**three** 133:22
150:11 158:6
214:3
**throw** 161:15,19
**Thursday** 288:3
**time** 3:1,2 9:2
12:14,15 15:9
19:12 21:10,20
22:13,23 23:17
23:20 26:14

28:8 30:10,22
31:15 33:3,21
37:16 40:15,18
40:21 41:2
42:11,14,18
43:16 45:4,11
45:18 46:5,12
46:12,17 47:8
47:11 50:1
51:17 59:6,7,7
59:18 60:19
65:8,15 67:3
67:19,22 68:7
72:17 73:15
75:18 78:7,15
81:6 86:5
88:11 92:21
93:23 94:14,17
98:7 103:1
104:15 106:1
107:1,14
108:19 111:20
112:1 118:5,7
123:9 129:19
132:20 135:19
138:14,19
140:14 146:12
146:18 153:13
158:14 160:19
162:22 168:4
169:1 171:8
179:6 183:2
191:17 195:15
196:16 207:16
208:12 209:13
218:13 221:22
229:15 231:4
232:18 234:4
245:4 248:20
248:23 251:14
263:7 265:20
274:10 281:22
282:8 284:20
286:1 291:14
301:22 302:16
323:12

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

timeline 45:8
timelines 45:23
times 68:4,11
  89:19 92:6,11
  133:22 135:7
  150:11 174:6
  213:3 227:10
  279:22 280:23
  281:21 317:18
  318:18
Tina 44:17 64:7
  65:22 66:8,11
  66:13,14 67:15
  67:18,19 72:22
  73:6,9,9 80:22
  124:23 125:3
  129:1 130:16
  145:19 147:16
  152:5 169:11
  169:13 170:15
  170:16 178:16
  209:8,9 250:10
  275:9 290:22
  308:8
Tina's 169:13
tip 103:9,10
  106:4 107:6,11
  108:2 109:13
  109:14,15
title 23:16 26:11
  26:13 30:15,17
  35:21 39:12
  40:18 41:15
  42:13,15 47:15
  64:8 65:17
  95:21 153:9
  169:1,16 231:3
  284:19 285:1
  286:18 292:9
titles 36:2 42:23
today 17:12
  139:18 192:12
  234:13 280:17
  310:1 316:21
  317:19
Today's 9:1

told 15:21 66:23
  67:2 79:18
  101:1,6 103:8
  167:12 205:10
  247:10 263:15
  266:12 269:13
  280:18 288:6
  292:15 306:9
tomorrow 288:4
ton 109:11
toned 272:14
top 102:5 202:8
  234:8 247:3
topic 61:13
  76:15 91:22
  92:4 97:5
  130:6 135:19
  201:16 229:18
  229:20,22,23
  312:10
topics 44:3
  56:15 91:8,9
  94:20 95:2,4,4
  95:13
totally 130:23
  159:1 228:9
  263:13
touch 92:18
touched 26:17
tough 263:9
town 172:2
  173:5 174:5
  175:1 288:7
TOWNSEND
  6:7
trafficked 36:9
trafficking
  38:19
trained 86:21
  165:8
training 17:21
  18:4 26:1
  48:20 49:1,2,6
  49:15,17 58:9
  58:10,15 59:14
  77:19 185:4

239:12,15
240:2,10
279:18
transcript
  156:16 164:21
  172:15 180:2
  189:12 192:1
  196:1 210:1
  213:1 221:18
  228:22 233:17
  237:5 242:9
  246:10,16
  252:19 257:18
  264:3 266:3
  272:3 275:19
  286:10 290:14
  293:4 323:7,8
  323:10
transcripts
  116:17
transparency
  27:3 71:1
  141:18
transparent
  282:14
trapped 258:1,6
travel 159:22
  160:2
traveled 159:22
travels 160:2
tree 66:3
TREMAINE
  6:15
trending 297:12
Trevor 7:7
trial 3:1 99:18
tried 99:23
trips 109:10
trouble 11:4
  49:1 127:21
  133:9 160:6
  321:16
trouble-shooti...
  54:2
true 181:23
  182:3 184:17

187:23 205:6
211:23 216:13
221:4 223:5
263:4 275:8
276:14,16
279:6 282:20
296:4 309:6,9
309:11 323:10
truly 317:22
Trump 217:7
  221:5 222:17
Trump's 222:14
trust 205:11,19
  209:2
truth 109:13
  188:13 220:6,7
  220:14 307:20
truthfully
  188:13
try 62:14 69:4
  82:11 116:22
  123:7 178:18
  196:20 276:23
  281:22 294:5
  300:2
trying 32:14
  36:8 49:7
  61:20 63:15,17
  63:23 76:7
  100:20 142:18
  155:23 158:22
  181:12 208:11
  209:12 221:20
  247:15 248:7,9
  249:11,12,17
  265:18 285:12
  285:12 298:17
  305:22 315:20
turn 295:18,19
turned 101:5
Turning 222:22
  223:4,17
Tuscaloosa 6:4
  6:10 7:6 83:7
  165:21 174:3
  191:18 192:11

192:13 193:10
193:12,14,19
194:5 202:1
203:21 215:4
217:8 222:22
223:4,16
243:18 277:22
287:22 323:3
tweets 296:22
twice 34:20
  196:9
twisted 80:11
Twitter 14:12
two 13:19 27:9
  33:22 40:11
  42:23 43:8
  50:21 51:4
  72:21 81:14
  84:15 101:22
  110:17 171:3
  205:16 214:2
  229:11 313:6
two-story 256:1
type 29:15,18
  35:7 36:10
  39:7 58:10
  90:23 91:6
  92:7 94:11
  98:14 100:8
  102:17 105:4
  115:16 254:11
types 37:15,22
  96:1 101:11
  135:12 204:1
  254:11 283:18
  296:23
typical 159:21
typos 230:19

_____
        U
_____
U 2:1
Uh-huh 24:1
  270:8 292:6
ultimate 178:16
ultimately 72:6
  184:15 185:17

204:6 288:8
309:19 311:3
**UN** 36:8
**unclear** 128:5
225:9
**unconscious**
133:3 134:5
206:5
**undergrad**
15:19,22 16:1
**underneath**
292:14
**understand** 11:5
31:21 70:1
82:11,17 83:2
86:13,20 101:2
104:2,20
113:19 120:3
120:18,19,23
121:14 126:3
142:12 169:7
178:1 188:8
192:20,22
193:21,22
194:9,14
195:18 197:14
207:2,10,13
225:22 226:1
227:13,15
228:9 230:12
230:20 241:2
248:5 257:5
260:7 278:13
278:14 283:20
285:20 298:1
313:16 316:19
317:14 318:6
318:11,23
319:3
**understanding**
85:1,4 86:2
133:9 136:19
162:1 165:15
188:1 215:7
220:3 287:3
294:22 298:3

319:13
**understood**
85:14
**Unfortunately**
90:12
**unfounded**
277:6
**Union** 128:18
**unique** 270:21
**Unit** 83:6 116:2
165:3
**Unit's** 277:17
**United** 1:1 8:21
214:20
**universe** 122:9
122:11
**university** 6:9
14:23 15:5,6
15:11,14,20
16:1 31:13
189:23 190:19
190:21,23
198:8,10,21
199:4 277:23
288:6
**unpaid** 32:9
**unrelated**
200:19
**unstable** 41:7
**unsupported**
202:11
**untarnished**
221:7
**unusual** 224:16
224:16 225:4,6
225:17 275:2
**update** 71:12
170:14
**updated** 170:20
**updating** 171:16
**URL** 26:21
**use** 22:4 70:11
76:15 173:11
182:7 183:2,19
222:14 270:23
291:21 297:14

**uses** 251:10
**usual** 9:23
**usually** 37:21
56:14 101:3
123:23 144:9
160:11 200:3

─────────
**V**
**vague** 105:15
120:9
**value** 276:21
**various** 87:20
96:19 184:9
202:11
**vegetarian**
240:20 241:7
242:22 244:11
244:19 245:6
**Venkatasubban**
272:8
**verbal** 129:20
**verging** 76:5
**version** 258:9
294:16
**versus** 8:19
**victim** 132:19
206:4 276:14
276:16,23
277:6,8
**victim's** 131:23
**victims** 145:1,14
146:7,7 214:7
277:12 315:6
**video** 1:15 2:4,8
8:17 83:8,10
83:12 117:23
118:2 119:11
119:15 120:3,4
120:6 123:15
123:15,19
124:6,9,10,17
124:20,21
125:5,7,8,11
125:11,13,19
126:1,5,8,9,12
126:14,20

127:3,6 128:2
128:5,8,11,14
128:21 129:3,8
129:9,10,12
130:2,21 131:4
132:21,23
133:13,15
134:4,16
135:14 138:3
138:10 204:14
206:18 255:1
255:20 256:8
256:13,20
259:3 267:9
279:12 282:1
291:22 307:19
307:22
**video-confere...**
8:9
**VIDEOGRAP...**
8:16 74:8,11
138:21 139:2
207:21 208:1
262:1,4 298:20
298:23 321:3,6
321:23
**videos** 207:11
308:2
**videotape** 83:5
84:4 116:23
117:6,17
118:12,17
119:6,9,22
121:6,7,8
122:16,17,19
136:7
**videotaped**
116:2
**videotapes**
118:11
**view** 83:12
127:22 276:15
307:21
**viewing** 112:21
119:21
**violence** 36:4

38:20 39:3,3
62:4 90:17
91:3,4 231:6
231:12 232:3
**viral** 298:8
**visited** 174:6
**visual** 291:22
**Voir-Dire** 76:23
76:23
**vs** 1:10

─────────
**W**
**W** 1:21 2:6 8:1
**W-y-n-n** 153:2
**wager** 88:15
167:4 298:7
**wah** 198:5,5
**waived** 1:23
2:14
**walk** 173:6
**Walter** 15:2
**want** 9:6 12:22
14:22 17:10,11
19:15 28:19,20
31:3 41:5 45:7
45:22 46:16
67:5 71:3
100:2 105:7,14
108:10 116:12
126:14 127:8
131:22 132:4
132:23 133:5
137:5,12
138:16,17
145:4,6 150:6
150:6 155:5,8
166:10,18
167:3 173:1
175:17,17
176:7,12 187:8
190:5,21 210:2
224:1 234:3,23
238:2 244:18
245:14 252:12
255:18 261:12
261:21 262:15

268:17 274:1
278:6 284:12
285:1 287:9
293:12,21
294:23 296:8
298:14 310:10
**wanted** 133:15
134:3,8 135:2
155:9 170:11
188:20 246:23
253:7 306:9
**warning** 165:7
166:6,9,23
167:6
**wasn't** 28:7
45:13 84:13,16
108:12 211:8
215:7 217:18
229:7 230:5
264:16 296:22
303:2 310:6
**watch** 123:17
124:17,20,21
128:15
**watched** 83:8
256:8 272:13
**watching** 128:13
**way** 11:17 37:5
87:9 89:18
104:18 106:4
107:4,6 108:3
109:21 137:10
144:4 148:10
155:11 177:6
178:12 183:12
186:11 194:11
203:21 206:8
208:23 214:6
217:6 223:18
233:21 235:22
236:9 241:11
243:2 247:23
270:11 272:16
286:5 294:7
301:15,20
311:5 316:23

317:5
**ways** 39:2 96:19
238:14
**we'll** 11:8 13:20
16:16 49:13
80:1,1 164:12
207:19 212:7
242:5 290:9
321:19,21
**we're** 74:8,11
77:1 82:14
110:4 126:20
127:3 128:5
134:16 139:10
139:17 141:18
141:21,22,23
141:23 151:1
155:17,18
166:19 190:1
194:9 208:15
208:16,19
218:19 220:6
238:6,6 243:18
250:16 279:5,8
279:13 280:17
282:17,18,22
282:23 283:21
297:19,21
302:3 307:17
313:17 320:7
322:1
**we've** 67:8 74:2
92:17,18
157:14 192:18
194:22 205:19
235:1,12,15
249:19 283:15
307:9 309:23
316:20 317:19
318:4 321:11
**weak** 288:10
289:9,11,12
**wear** 37:8
**website** 288:17
289:1 295:13
295:16

**Webster** 7:7
**Wednesday**
193:7
**week** 18:18
158:7 288:2
**weekly** 94:2
170:14,14,16
171:16
**weigh** 123:21
165:10 257:6
**weighs** 73:3
**weird** 222:16
237:14,15,15
237:23
**well-respected**
232:10
**went** 15:2,4,23
16:13 31:23
34:4 49:14
51:15 53:9,14
53:17 88:21
109:19 115:4
182:21 190:18
204:21
**weren't** 32:12
162:21 246:2
306:12
**Western** 1:3
8:22
**whichever**
314:21
**WHITE** 6:21
**wide** 95:11,12
**window** 254:16
256:1
**withdraw** 111:2
**withdrawn**
131:20
**witness** 2:13
8:11 9:5 52:21
100:22 152:13
157:6
**witnesses** 226:3
262:22
**woman** 18:23
38:7,9,22

39:16 185:14
198:10,18
202:9,13 280:5
**woman's** 190:20
**women** 35:10,16
36:8 38:12
39:4,5 100:16
197:22,23
198:2,5,7,15
198:20 199:3
221:6 266:10
266:13 288:14
**women's** 35:3
**wonder** 272:13
**word** 22:4 70:11
121:13,14
155:14 195:5
248:16 317:17
318:23
**wording** 192:11
**words** 30:14
42:2 172:23
177:8 190:9
211:13 241:21
**work** 10:8,9,11
13:7,8,21
16:14,15 17:18
18:7 26:16
32:1 34:22
37:18 43:5
44:7 46:20
82:12 88:9,21
89:6,10,14
92:12 93:12,20
94:7,8 96:15
96:20 102:13
107:18,19
109:11 112:7
135:11 153:14
162:4 177:5
181:9 205:18
205:18 207:4
224:22 251:16
270:10,14
271:10 289:5
314:5

**worked** 27:9
29:13,15 37:14
54:2 70:15
77:13,17,22
87:17,18 88:2
88:5,8 89:19
90:8,22 91:7
92:5,19 93:1
96:17 97:4,17
101:23 102:12
102:19 112:10
113:6 114:18
152:4,6 153:13
155:12 157:23
178:12 231:14
231:15 232:9
232:16,18,20
233:3 240:4
283:17 284:23
287:6 290:1
293:16 307:13
**Workers** 38:23
**working** 13:11
25:19 34:7,13
45:23 80:18
88:16 89:5
92:7 112:19
134:21 145:18
154:3 162:1,14
162:18,19,21
163:2,5 171:18
182:9 183:9
205:23 224:23
225:15 281:5
286:18 288:1
289:7 313:17
**workplace**
270:13,16
**workplaces**
270:23 283:17
**works** 67:19
68:4 106:20
144:5 160:21
194:12 233:21
236:10 286:17
292:8 296:10

Marisa Carroll                                                    2/1/2021

Page 361

**WorkSouth** 6:4
7:6
**world** 120:5
**worried** 200:23
**worth** 107:13
237:12
**wouldn't** 22:4
22:21 37:13
44:13 51:11
63:12 85:7
96:16 131:22
132:3,23 133:5
134:1,8,14
143:18 216:11
224:13 233:20
265:4 311:8
**wrapping** 73:23
189:23
**WRIGHT** 6:15
**write** 19:6,13
30:2 31:5
32:17 35:8
36:17,19 38:3
38:4 57:23
59:3 63:18
84:20 225:21
226:7 313:11
**write-up** 150:19
**writer** 102:8
107:19 197:12
**writers** 43:5
150:22 294:3
**writes** 313:19
**writing** 29:21
36:14,21,22
37:19 61:23
103:3,23 149:6
149:9,10,14,21
150:2,4,8
161:12 191:10
227:20
**written** 20:10,22
21:17 22:18
24:12,17 25:2
25:11,18 26:5
31:8 50:3,6

71:22 87:4
88:6,9 102:17
104:18 109:19
130:12 141:7
142:3 150:16
151:4 215:9
225:20 227:21
278:18 279:17
284:1 314:5
**wrong** 17:10
28:3 67:6 68:6
68:22 69:6,14
70:22 71:16
100:3 138:7
165:2 207:8
**wrote** 19:8 30:4
31:14 39:1
60:3,15 171:23
171:23 177:17
178:3,4 183:6
183:8 202:8
210:19 217:3
219:13,19
231:20 237:15
241:21 272:12
289:14
**Wynn** 153:2

---

**X**

**X** 4:1

---

**Y**

**y'all** 12:7 31:18
48:1 73:12
163:8 165:11
170:10 196:14
202:1 211:2
244:18 308:11
**Y-a-s** 292:4
**Y-a-s-i-n** 292:5
**Y-a-s-m-i-n**
292:3
**Yasin** 293:15
**Yasmin** 292:2
**yeah** 13:4 19:23
39:18 41:9,11

42:2 49:1
65:14 74:1,2,6
81:9 90:21
91:9 92:17
95:2 102:8
105:9,19
111:20 113:18
116:16 118:6
119:13 120:23
121:23 127:2
130:19 135:22
154:18 155:7
161:5 168:9,22
169:19 171:14
172:8 176:6
193:18 194:16
195:2,15
198:19 201:18
204:21 207:18
209:14 215:15
216:6,9 225:11
229:15 230:21
232:1 233:12
234:3,12 235:5
241:1 242:3
243:9 244:1,16
245:3,11 246:3
247:3 248:15
249:6 251:20
253:20 257:4
261:10 267:2
269:19 276:4
284:13 285:9
286:16 290:19
291:6 297:16
299:16 300:13
305:14
**year** 26:2 30:23
31:1 33:21
39:15 40:3
42:4 54:12
55:1 88:14
288:2 321:19
**years** 12:9 13:19
14:2,23 16:2
17:5 24:18,21

25:1 27:10
32:23 40:11
44:20 45:5
59:3 92:18
101:22 152:3
165:16 168:11
224:10 231:17
251:8 256:12
289:15
**York** 6:18,18
10:11,15 13:2
13:5,13,15
15:5,6 32:8,10
34:12,13,20
52:3,4 53:3
68:4,11 89:5
128:18 208:22
**Yorker** 271:14
**you-all** 163:17
201:6
**young** 38:7,9
185:14 190:20
202:9,13 280:5
**younger** 34:21
59:12

---

**Z**

**zoom** 1:15 2:4
6:12,20 7:8
157:1 196:8
208:18 213:2
246:6
**zooming** 303:11

---

**0**

**01172** 4:12
**03719** 297:17
**0489** 270:4
**07/17/2021**
323:23

---

**1**

**1** 1:18 2:9 8:10
9:1 323:17
**1/24/17** 156:6
157:9,19

**1/25/17** 4:11
**1:42** 207:22
**1:55** 208:2
**10** 4:4
**10:11** 74:9
**10:23** 74:12
**100** 60:12,13
66:16
**100-word** 38:6
**10020-1104** 6:18
**11:37** 138:23
**1158** 4:13
164:15
**12:25** 139:3
**12:30** 138:16
**1251** 6:16
**1409** 6:9
**15** 135:21
**156** 4:11
**164** 4:13
**16th** 192:9
**1703** 5:11 286:6
319:22
**172** 4:14
**180** 4:15
**189** 4:16
**192** 4:17
**196** 4:18
**1991** 11:15
**1st** 11:15

---

**2**

**20** 60:8,9 90:1,2
90:5,7,20
**2009** 16:4 17:9
**2012** 31:2
**2013** 16:4 17:9
33:3 40:5
**2014** 40:5 54:14
55:2
**2015** 40:7 42:7
88:15
**2016** 103:6
**2017** 14:17
156:2 195:14
**2018** 49:15 53:9

Marisa Carroll                                                          2/1/2021

Page 362

**2021** 1:18 2:9
  8:11 9:2 182:4
  257:4 323:17
**20TH** 6:22
**210** 4:19
**213** 4:20
**216** 236:4,4
**2164** 4:14
  172:17
**2168** 176:9
**21st** 6:17 190:2
**221** 4:21
**228** 4:22
**22nd** 14:16
**233** 4:23
**2346** 4:19
  209:20 212:14
**237** 5:1
**242** 5:2
**246** 5:3,4
**2471** 4:21
  221:13 222:12
**2472** 4:22
  228:17 229:2
**2475** 4:20
  212:19 213:16
**2476** 218:22
**2478** 5:2 242:14
**250** 18:18
**252** 5:5
**2527** 4:18 196:2
  212:14
**2528** 4:15
  179:19,20
**257** 5:6
**2570** 4:16 189:6
  189:7
**25th** 156:2
  160:12
**2620** 4:17 192:4
  212:17
**264** 5:7
**266** 5:8
**2663** 4:23
  233:22
**27** 198:15

**272** 5:9
**275** 5:10
**2752** 5:1 237:7
**2830** 5:3 244:3
**2831** 5:4 246:17
  246:20
**286** 5:11
**2877** 5:5 252:21
**290** 5:12
**293** 5:13
**2977** 5:6 257:12

---
**3**

**3:09** 262:2
**3:19** 262:5
**30** 323:21
**300** 30:14
**3012** 262:7,12
**3049** 5:7 264:6
**3126** 5:8 266:5
**3202** 5:9 272:4
**3209** 5:10
  275:20
**323** 4:5
**35203** 7:1
**35401** 6:10

---
**4**

**4:12** 298:21
**4:20** 299:1
**4:49** 321:4
**4:50** 321:7 322:2
  322:5
**400** 6:22
**45** 4:11 156:14
  156:18 162:13
**46** 4:13 164:17
  164:19
**47** 4:14 172:11
  172:13
**48** 4:15 179:18
  179:23 180:5
  188:18
**49** 4:16 189:6,10
  191:20

---
**5**

**5/5/2017** 287:23
**50** 4:17 60:10,11
  90:3 191:22
  192:3 212:15
  212:16
**51** 4:18 195:20
  195:22 196:3
  207:19 212:10
  212:14
**52** 4:19 209:18
  209:22 212:9
  212:11,12,14
**53** 4:20 212:19
  212:22 213:16
  213:21
**54** 4:21 221:14
  221:16 222:3
  228:12,13
**55** 4:22 228:18
  228:18,20
  233:5
**56** 4:23 233:15
  233:18 236:22
**57** 5:1 237:1,3
  240:18
**58** 5:2 242:7,10
  243:12
**59** 5:3 246:6,6,8

---
**6**

**60** 5:4 246:12,14
  246:21 249:8
**61** 5:5 252:15,17
  257:8
**62** 5:6 257:12,16
  258:13 276:1
**626** 5:12 290:15
**63** 5:7 263:21,21
  264:1,5 265:17
**64** 5:8 265:22
  266:1 268:6
**65** 5:9 271:21,22
  272:1 275:13
**66** 5:10 275:15
  275:17 284:16

**67** 5:11 286:3,8
  290:4 319:23
**68** 5:12 290:10
  290:12
**69** 5:13 292:23
  293:2

---
**7**

**7:19-cv-00403...**
  1:6 8:20
**716** 5:13 293:5

---
**8**

**80** 91:16

---
**9**

**9/30/2021**
  323:21
**9:01** 1:19 2:10
  8:10 9:2