FILED
2021 Oct-21  PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

Ben Smith                                                         2/26/2021

**Page 1**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

CASE NUMBER
7:19-cv-00403-RDP

ADAM JONES and JOSHUA HASTINGS,

    Plaintiff(s),

vs.

BUZZFEED, INC., BUZZFEED NEWS, BEN SMITH,
and KATIE J.M. BAKER,

    Defendant(s).

VIDEO AND ZOOM DEPOSITION TESTIMONY OF:
BEN SMITH

FEBRUARY 26, 2021
9:35 a.m.
COURT REPORTER:
NANCY W. PANNELL, CCR
The reading and signing of this deposition
has been waived

**Page 2**

1              BEN SMITH
2     INSTRUCTIONS TO THE WITNESS
3
4         Please read your deposition
5   over carefully before you sign it.  You
6   should make all your changes on the
7   attached errata sheet.
8         After making any changes
9   which you have noted on the attached
10  errata sheet, sign your name on the
11  Deponent's Certificate and date it.  You
12  are signing it subject to the changes you
13  have made on the errata sheet, which will
14  be attached to the deposition.
15        Return the attached errata
16  sheet and Deponent's Certificate to
17  Birmingham Reporting, 3710 4th Avenue
18  South, Birmingham, Alabama 35222.
19        According to the Rules of
20  Civil Procedure, you will have thirty (30)
21  days from the date you receive this
22  deposition in which to read it, sign it,
23  and return the errata sheet and Deponent's

**Page 3**

1       Certificate to the above office.  If you
2   fail to do so, you automatically waive
3   your right to make any corrections to your
4   deposition.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**Page 4**

1          ERRATA SHEET
2   PAGE  LINE  EXPLANATION
3   _____
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____

1 (Pages 1 to 4)

Ben Smith                                                    2/26/2021

1    DEPONENT'S CERTIFICATE
2
3         I, BEN SMITH, the witness
4    herein, have read the transcript of my
5    testimony and the same is true and
6    correct, to the best of my knowledge.  Any
7    corrections and/or additions, if any, are
8    listed separately.
9
10
11   _____
     BEN SMITH
12
13
14   _____
     DATE
15
16        Sworn to and subscribed
17   before me, this the ____ day of
18   _____, 2021, to certify my hand
19   and seal of office.
20
21
22   _____
     NOTARY PUBLIC
23

1         S T I P U L A T I O N
2         IT IS STIPULATED AND AGREED
3    by and between the parties through their
4    respective counsel that the VIDEO AND ZOOM
5    DEPOSITION of BEN SMITH may be taken
6    before Nancy W. Pannell, Certified
7    Shorthand Reporter and Notary Public,
8    State at Large, at the offices of
9    Birmingham Reporting WorkSouth Tuscaloosa
10   Office, 1490 Northbank Parkway, Conference
11   Room 252, Tuscaloosa, Alabama, on FEBRUARY
12   26, 2021, commencing at approximately 9:35
13   A.M.
14        IT IS FURTHER STIPULATED AND
15   AGREED that the signature to and the
16   reading of the deposition by the witness
17   IS NOT waived, the deposition to have the
18   same force and effect as if full
19   compliance had been had with all laws and
20   rules of Court relating to the taking of
21   depositions.
22        IT IS FURTHER STIPULATED AND
23   AGREED that it shall not be necessary for

1    any objections to be made by counsel to
2    any questions, except as to form or
3    leading questions, and that counsel for
4    the parties may make objections and assign
5    grounds at the time of trial or at the
6    time said deposition is offered in
7    evidence, or prior thereto.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

1              I N D E X
2
3    EXAMINATION BY:              PAGE NO.
4    MR. RITCHEY                  12
5    CERTIFICATE                  191
6
7
8         INDEX OF EXHIBITS
9
10   PLAINTIFF'S EXHIBITS:        PAGE NO.
11   111  Michael Calderone article,    73
12        7 pages
13   112  Ronan Farrow article by Ben     91
14        Smith, 6 pages
15   113  BuzzFeed Article by Katie    140
16        Baker, 18 pages
17   114  Email BuzzFeed 3731          163
18   115  BuzzFeed 3399, Email         166
19   116  BuzzFeed News Standards and     169
20        Ethics Guide, 19 pages
21
22
23

2  (Pages 5 to 8)

Ben Smith                                        2/26/2021

Page 9

```
1        APPEARANCES
2
3   FOR THE PLAINTIFF(S): @Birmingham
4   Reporting WorkSouth Tuscaloosa office
5        MR. BOBBY H. COCKRELL, JR.
6        MR. G. SCOTCH RITCHEY, JR.
7        COCKRELL, COCKRELL, TOWNSEND &
8        RITCHEY, LLP
9        1409 UNIVERSITY BOULEVARD
10       TUSCALOOSA, ALABAMA 35401
11
12  FOR THE DEFENDANT(S): (Via Zoom)
13       MS. KATHERINE M. BOLGER
14       DAVIS, WRIGHT, TREMAINE, LLP
15       1251 AVENUE OF THE AMERICAS
16       21ST FLOOR
17       NEW YORK, NEW YORK, 10020-1104
18
19       MR. JOHN G. "JT" THOMPSON (via Zoom)
20       LIGHTFOOT FRANKLIN & WHITE
21       400 NORTH 20TH STREET
22       THE CLARK BUILDING
23       BIRMINGHAM, ALABAMA, 35203
```

Page 10

```
1   ALSO PRESENT:
2        Trevor Webster, Zoom Host
3        @Birmingham Reporting
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 11

```
1        I, Nancy W. Pannell, a Certified
2   Shorthand Reporter of Birmingham, Alabama,
3   and a Notary Public for the State of
4   Alabama at Large, acting as Commissioner,
5   certify that on this date, pursuant to the
6   Federal Rules of Civil Procedure and the
7   foregoing stipulation of counsel, there
8   came before me at the offices of
9   Birmingham Reporting WorkSouth Tuscaloosa
10  Office, 1490 Northbank Parkway, Conference
11  Room 252, Tuscaloosa, Alabama, commencing
12  at approximately 9:35 A.M. on FEBRUARY 26,
13  2021, BEN SMITH, witness in the above
14  cause, for oral examination, whereupon the
15  following proceedings were had:
16
17
18       VIDEOGRAPHER:  We are now on
19  the record.  This is the video deposition
20  of Ben Smith, Case Number
21  7:19-cv-00403-RDP in the United States
22  District Court for the Northern District
23  of Alabama, Western Division.
```

Page 12

```
1        Today's date is February 26,
2   2021 and the time is 9:35 a.m.  Would
3   counsel introduce yourself into the
4   record, after which time the court
5   reporter will swear in the witness.
6        MR. RITCHEY:  Scotch Ritchey
7   for the plaintiffs.
8        MR. COCKRELL:  Bob Cockrell
9   for the plaintiffs.
10       MS. BOLGER:  Kate Bolger for
11  the defendants, and on the line is JT
12  Thompson also for the defendants.
13       BEN SMITH,
14  being first duly sworn, was examined and
15  testified as follows:
16       COURT REPORTER:  Thank you.
17  Will this be usual stipulations?
18       MR. RITCHEY:  Yes.
19       MR. BOLGER:  Actually can
20  Ben read and sign please?
21       COURT REPORTER:  Yes.
22       EXAMINATION
23  BY MR. RITCHEY:
```

3 (Pages 9 to 12)

Ben Smith                                                    2/26/2021

Page 13

1    Q.    Will you just introduce yourself
2    on the record?
3    A.    Yeah, my name is Benjamin Smith.
4    Q.    Do you mind if I call you Ben or
5    Benjamin?
6    A.    You call me Ben.
7    Q.    Okay.  Well, Ben, I'm Scotch
8    Ritchey.  I'm representing the plaintiffs
9    in this action.
10         Just going to ask you a few
11   questions, and I'm just going to go over
12   just a few ground rules for a Zoom
13   deposition.
14         It's a little different than what
15   we're used to.  We usually take these in
16   person, but we're having to do it
17   virtually now, but if you need a break
18   just, let me know, we'll be happy to
19   accommodate that.
20         If you don't hear a question, just
21   ask me to repeat and I'll be happy to do
22   so.  If you don't understand it, just ask
23   me to clarify and I'll be happy to do

Page 14

1    that, too.
2         Since this is over Zoom, there may
3    be a lag or a disconnect sometimes, so if
4    you would just give me a second to
5    complete my question and I'll give you
6    some time to give a complete answer.
7         Also, if you'll just give audible
8    answers so the court reporter can get it
9    down, so yes and no's, no shaking heads
10   and anything like that.  That's just so we
11   can get a clean record.
12         And if I say is that a yes or is
13   that a no, I'm not trying to get onto you,
14   just trying to get that clean record.
15         If you answer, then we'll assume
16   you heard and understood the question; is
17   that fair?
18   A.    Yes.
19   Q.    Are there any reasons why you
20   cannot answer truthfully and fully today?
21   A.    No.
22   Q.    Is there anything that would
23   interfere with you answering questions

Page 15

1    today?
2    A.    No.
3    Q.    Have you ever given a deposition
4    before?
5    A.    Yes.
6    Q.    How many times?
7    A.    I can think of once.
8    Q.    Okay.  Tell me when that was.
9    A.    I don't know the exact date.
10   Q.    Do you know the approximate year
11   or so?
12   A.    I believe it was in 2018 or 2019,
13   but Kate Bolger would know for sure.
14   Q.    Okay.  What did that -- was it a
15   case you were being deposed on?
16   A.    Yes.
17   Q.    What was that case about?
18   A.    It was a defamation lawsuit by a
19   Russian businessman against BuzzFeed.
20   Q.    Were you named as a party in that
21   lawsuit?
22   A.    Yes.
23         MS. BOLGER:  Actually, Ben

Page 16

1    wasn't named as a party in that lawsuit.
2    A.    Sorry, correction I was not.
3         I should defer to Kate on the
4    details of that lawsuit, as you see.
5    Q.    (By Mr. Ritchey) Do you know who
6    the -- was BuzzFeed a defendant in that
7    lawsuit, if you know?
8    A.    You know, I don't have it in front
9    of me.  If you would like, I could call it
10   up and read it, but I think I probably
11   shouldn't just rely on my memory for that.
12   Q.    Yeah, that's fine.  We can try to
13   find it another way, but do you remember
14   who the Russian businessman was?
15   A.    Yeah, his name is -- his last name
16   is Gubarev, G-u-b like boy-a-r like
17   Robert-E like Edward-V like Victor.
18   Q.    What's his -- do you know his
19   first name?
20   A.    Aleksej.  I'm not sure how it's
21   spelled.  I'm also not sure if he is a
22   Russian national.
23   Q.    Okay.  Did the defamation suit

4  (Pages 13 to 16)

Ben Smith                                                    2/26/2021

Page 17

1    concern an article that was published by
2    BuzzFeed.
3    A.    I don't remember exactly whether
4    the claim was about an article or about a
5    document that we published.
6    Q.    Okay.  What do you remember about
7    the case?  What was the basis for it?
8    A.    I remember a lot about the case.
9    Could you be more specific?
10   Q.    I'm guessing what did he claim
11   defamed him?
12   A.    He -- I don't want to put words in
13   his mouth.  You know, I really would be
14   more comfortable -- would you like me to
15   pull the thing up?  I can just pull it up
16   if you want.
17   Q.    That's fine, if you have it right
18   in front of you.
19   A.    Sure.
20   Q.    And what are you pulling up just
21   so I know?
22   A.    I'm just Googling Gubarev versus
23   BuzzFeed.

Page 18

1          MS. BOLGER:  I mean, Scotch,
2    I can answer this and move it along if you
3    would like without having Ben -- it was
4    about the publication of the Steele
5    dossier by BuzzFeed and the article that
6    accompanied it.
7          MR. RITCHEY:  Okay.
8          THE WITNESS:  I just don't
9    want to freelance in general terms --
10         MS. BOLGER:  And Ben's
11   struggling with telling you whether it was
12   the article or just the dossier.  It's a
13   lawyerly distinction, but the point is it
14   was about the article and the dossier.
15   Q.    (By Mr. Ritchey)  Right.  And the
16   publication of that; is that right?
17   A.    Yes.
18   Q.    Okay.
19   A.    Yeah, I think so.  I just don't
20   want to make claims about what exactly the
21   litigation and sort of the legal terms was
22   about when I'm talking to a lawyer.
23   Q.    That's fine, I understand.

Page 19

1          Do you know where that case was
2    filed?
3    A.    In Florida.
4    Q.    Is that case still pending?
5    A.    Again, I think I don't know the
6    technical terms for it.
7    Q.    Okay.  Has it been dismissed?
8    A.    There have been rulings, but I
9    wouldn't want to use technical language.
10   Q.    Okay.  Other than your attorneys,
11   have you spoken with anyone about this
12   current lawsuit?
13   A.    Yes.
14   Q.    Who have you spoken to?
15   A.    My family.
16   Q.    And who specifically within your
17   family?
18   A.    My -- let's see, well, I told my
19   wife this morning that I was being
20   deposed, and I talked to my two sons last
21   night about being deposed.
22   Q.    Did you tell them anything
23   specific about this case?

Page 20

1    A.    Not that I recall.
2    Q.    Have you spoken to them at any
3    other point about this case or your
4    deposition?
5    A.    Not that I recall.
6    Q.    Have you talked to anyone else
7    other than your attorneys about this
8    deposition or this case?
9    A.    I don't remember specific
10   conversations.
11   Q.    Okay.  Do you remember anything
12   about talking to Katie Baker or Alex
13   Campbell -- excuse me, Tina Susman, Marisa
14   Carroll, or Sharmila Venkatasubban?
15   A.    I don't recall any specific
16   conversations with them.
17   Q.    Do you recall any general
18   conversations with them?
19   A.    I think I've discussed with Katie
20   Baker that we were being sued, but I don't
21   remember any of the details of those
22   conversations and not recently to my
23   memory.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                    2/26/2021

Page 21

1    Q.    Do you remember when y'all had
2    those discussions?
3    A.    Let's see, I left BuzzFeed in
4    February of 2020, so it would have been
5    before that, and I also don't know if it
6    was one discussion or multiple
7    discussions.
8    Q.    And all you discussed was being
9    sued and nothing else?
10   A.    Well, can you be more specific?
11   We talked about lots of things in our
12   lives.
13   Q.    Well, in regards to this article
14   or in regard to this lawsuit.
15   A.    As I recall -- the one thing I
16   recall telling her, which was what I tell
17   reporters in general, was that these
18   processes are slow and they go on for a
19   long time and she should just realize
20   that.
21   Q.    Did she tell you anything?
22   A.    Not that I recall.  No, not that I
23   recall.

Page 22

1    Q.    Have you reviewed anything in
2    preparation for this deposition?
3    A.    Yes.
4    Q.    What have you reviewed?
5    A.    Let's see, I read your complaint.
6    I read the article in question.
7         I read an email -- you know, I
8    don't want to say the specifics because I
9    can't kind of quote the text and the
10   dates, but I read at least two emails that
11   were internal BuzzFeed emails from some
12   point in the last few years or between,
13   you know, 2016 and 2020.
14        I'm trying to think if there's
15   anything else I reviewed.  Hang on a
16   second.  I can't think of anything else,
17   but there probably are other things.
18   Q.    What do you remember of those two
19   emails you reviewed?
20        MS. BOLGER:  Object to the
21   form.  Misstates the answer.
22        Ben, you can answer if you
23   like.

Page 23

1    A.    You know, I can call them up in my
2    email if you want me to look at them.  I
3    don't want to speculate on, you know,
4    something I just read.
5    Q.    (By Mr. Ritchey) That's fine.  I'm
6    just asking do you remember anything right
7    now about what those emails stated?
8    A.    I don't want to try to quote from
9    memory.  I can call them up if you would
10   like.
11   Q.    I'm not trying to make you quote.
12   Just in general what do you remember about
13   those emails?
14   A.    You know, that they were emails
15   that either I sent or received that had
16   something to do with this case is what I
17   remember.
18   Q.    Do you remember if they were sent
19   or received before or after this lawsuit
20   was filed?
21   A.    I believe they were sent -- you
22   know -- no, I don't know.  I don't know
23   the date of when you filed so I don't

Page 24

1    know.
2    Q.    Were they sent or received --
3    A.    I don't know for sure.
4    Q.    Were these emails sent or received
5    before the article was published?
6    A.    I believe at least one was sent
7    before and I'm not sure of the context for
8    the other that I can think of, but I think
9    there were several emails actually and
10   they were chains of emails, so, again, I
11   don't really want to -- I'm not totally
12   sure and I don't want to just sort of
13   guess from memory.  If you like, I can go
14   look at them.
15   Q.    Do you currently live in New York?
16   A.    Yes.
17   Q.    How long have you lived there?
18   A.    I've lived here since 2001.
19   Q.    Have you ever been to Alabama?
20   A.    Yes.
21   Q.    When did you -- or I guess when
22   did you go to Alabama?
23   A.    I don't remember the precise --

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                    2/26/2021

Page 25

1    I've been there -- I've been there more
2    than once and I don't remember the precise
3    dates.
4        Q.    Do you remember what years?
5        A.    I've been to -- you know, I've
6    been to Birmingham I would say within the
7    last ten years, and I know I drove around
8    with my sister, must have been more than
9    ten years ago. I remember visiting
10   Aliceville and Tuscaloosa.
11       Q.    What was the nature of that trip?
12       A.    Tourism.
13       Q.    Just --
14       A.    Sort of a road trip.
15       Q.    Did you visit anywhere specific in
16   Tuscaloosa?
17       A.    We walked around the campus a
18   little bit.
19       Q.    And this was with your sister?
20       A.    Yeah, my little sister.
21       Q.    Does she live in Alabama?
22       A.    No. Does she -- I believe she did
23   live there at some point.

Page 26

1        Q.    Okay. But currently --
2        A.    I could track that. I don't
3    remember for sure.
4        Q.    No, that's fine. I'm just trying
5    to get a little jury information, but
6    currently she doesn't live in Alabama?
7        A.    No, she doesn't.
8        Q.    Is that the only time you've been
9    to Alabama?
10       A.    As I said, I think I've been there
11   at least twice and probably more, but I
12   don't remember the details.
13       Q.    Did you have an email address
14   while you were at BuzzFeed?
15       A.    Yes.
16       Q.    Do you remember what that was?
17       A.    █████████████████
18       Q.    Did you use any other email
19   address for BuzzFeed purposes?
20       A.    No.
21       Q.    Do you have any social media
22   accounts?
23       A.    Yes.

Page 27

1        Q.    Which ones do you have?
2        A.    I have a Twitter account. I have
3    a Facebook account. I have an Instagram
4    account.
5              Do you want the ones I have now or
6    the ones I had at a particular time?
7        Q.    The ones you've had since we'll
8    say 2016.
9        A.    Okay. I mean, unfortunately, I am
10   in this business, so this list could go on
11   for a little bit.
12       Q.    Okay.
13       A.    I have a LinkedIn account. I have
14   a Clubhouse account. I have an account on
15   Telegram. I have an account on Signal--
16   that's not social media, I'm sorry.
17             I have an account on Snapchat. I
18   have an account on Periscope. I have an
19   account on Path. I have an account on
20   GroupMe. TikTok, I don't know if that
21   counts as social media. WeChat and
22   Nextdoor. That's what I'm looking at on
23   my phone right now.

Page 28

1        Q.    Okay.
2        A.    And Slack. And there are probably
3    some others -- I'm sure there are others
4    that I haven't listed.
5        Q.    What's your Twitter handler?
6        A.    It is now ██████ and previous to
7    my current job it was @BuzzFeedBen. And
8    prior to that was it BenPolitico.
9        Q.    Did you make new Twitter accounts
10   for each of those handlers or just change
11   the handler name?
12       A.    Just changed the handle.
13       Q.    Facebook is that just under your
14   name, Ben Smith?
15       A.    It's a very common name. I think
16   it's I -- don't know what it's under
17   technically, but it is under my name. And
18   if you search -- I don't know how it
19   works. Actually it can be hard to find
20   Ben Smith.
21       Q.    I bet.
22             MS. BOLGER: I'm married to
23   a guy named John Brown. I'm very close to

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                    2/26/2021

Page 29

1    this.
2    Q.    (By Mr. Ritchey) I haven't had
3    that issue yet.
4    A.    There's a star of the Bachelor
5    right now named Ben Smith which is a huge
6    problem for my life.
7    Q.    Do you ever get tweeted at when
8    they're trying to get him?
9    A.    Unfortunately not. The photograph
10   kind of does the trick.
11   Q.    What's your Instagram handle?
12   A.    Let me check here. I think it's
13   BuzzFeedBen -- hold on. Hang on just one
14   second. It's BuzzFeedBen, all written
15   together.
16   Q.    And then is LinkedIn under your
17   name?
18   A.    Yep.
19   Q.    What about Periscope?
20   A.    I don't think Periscope is live
21   and exist anymore. It would be linked to
22   my Twitter account, but I think they've
23   turned it off. Twitter bought it, but it

Page 30

1    would have been under my Twitter name.
2    Q.    Okay. Are you currently married?
3    A.    Yes.
4    Q.    Who are you married to?
5    A.    Her name is Liena Zagare. I can
6    spell that if you'd like. L-like
7    Larry-i-e like Edward-n like Nancy-a like
8    apple.
9          Last name Z like zebra-a like
10   apple-g like girl-a like apple-r Robert-e
11   like Edward.
12   Q.    Has she ever lived in Alabama?
13   A.    No.
14   Q.    Does she have any relatives that
15   live in Alabama?
16   A.    Not that I know.
17   Q.    Do you have any adult children or
18   adult relatives that live in Alabama?
19   A.    No.
20   Q.    Have you ever served in the armed
21   forces --
22   A.    Actually I would say I don't know
23   -- I don't know all of my adult relatives.

Page 31

1    Q.    The ones you do know.
2    A.    I have a complicated family, but
3    not that I know of. It's possible, but I
4    don't know.
5    Q.    My grandfather was one of 13 so we
6    have about 400 relatives that show up at
7    family gatherings, so I know how that
8    goes.
9          Have you ever served in the armed
10   forces?
11   A.    No.
12   Q.    Have you ever been charged or
13   arrested with a crime?
14   A.    No.
15         Sorry, the dog just pushed the
16   door open.
17   Q.    Are you good?
18   A.    Yeah.
19   Q.    Have you ever been a party to a
20   lawsuit other than this one?
21   A.    Yes.
22   Q.    And what lawsuit?
23   A.    In my job as editor of BuzzFeed I

Page 32

1    was party -- again, I'm not sure -- I'm
2    sorry, I don't actually know what party to
3    means. Does that mean named --
4    Q.    Were you named -- yeah, were you
5    actually named in the lawsuit?
6    A.    You know, there were a number of
7    lawsuits I was involved in and I believe I
8    was named in some of them, but they were
9    in kind of the ordinary course of running
10   a newsroom. I would have to check which
11   ones I was party to.
12   Q.    But just off the top of your head
13   do you remember any specifically?
14   A.    I guess I -- you know, I remember
15   the lawsuits, but I don't remember who the
16   named defendants were in BuzzFeed, yeah.
17   Q.    And we've talked about all the
18   depositions or testimony --
19   A.    And I should say I also -- I've
20   been party to -- I'm trying to think.
21         I believe I've been party to other
22   lawsuits that were at other moments in my
23   career, but I'm not absolutely sure, but I

8 (Pages 29 to 32)

Ben Smith                                              2/26/2021

Page 33

1    could look it up for you if you'd like.
2    Q.    You just don't remember them right
3    now?
4    A.    There was a lawsuit, I just can't
5    remember again if I was the named
6    plaintiff or if my company was named and
7    whether it went -- whether it got beyond a
8    legal threat, but there was a blog I was
9    involved in a lawsuit, you know, gosh,
10   must have been 2006.
11   Q.    What blog was that?
12   A.    It was called Room Eight,
13   e-i-g-h-t.
14   Q.    Do you remember what the
15   allegations were?
16   A.    And I should say it's possible
17   that I was named in other lawsuits.  I
18   don't think so, but it is part of
19   journalism sometimes it happens, and so I
20   may be forgetting some.
21         It would be 2000 and -- actually,
22   it was a 2006 case was regarding whether
23   commenters on a blog remain anonymous in a

Page 34

1    political blog.
2    Q.    Okay.  Do you remember any others?
3    A.    No.
4    Q.    Have you been married previously?
5    A.    No.
6    Q.    Okay.  All right.
7          I kind of want to just get your
8    employment background now.  I know it's
9    probably been a long career, but if you
10   would just tell me a little bit about any
11   kind of journalism or editing employment
12   jobs you've had prior to BuzzFeed.
13   A.    In which -- reverse or how would
14   you like me to go?  Start at the beginning
15   or at the end?
16   Q.    Yeah, let's start at the
17   beginning.
18   A.    I was a -- they had a fellowship
19   program, it was call the Pulliam
20   Fellowship at the Indianapolis Star where
21   I covered police and crime in 1999.
22         After that I worked for a
23   newspaper called the Baltic Times in Riga,

Page 35

1    Lativa.
2          I was then what they call a
3    stringer, kind of a freelancer for the
4    Wall Street Journal -- sorry, for the Wall
5    Street Journal Europe, it was their
6    European edition.
7          I was the city hall reporter for a
8    newspaper called the New York Sun from
9    2000 and -- it launched in 2002 so it
10   would have been 2002.
11         I was then a reporter for a
12   newspaper called the New York Observer and
13   then for the New York Daily News and then
14   for Politico from 2000 -- I guess it would
15   have been the News was 2006, Politico was
16   '07 to '11, and became the editor-in-chief
17   of BuzzFeed in January of 2012.
18   Q.    Okay.  How long were you at the
19   Indianapolis Star?
20   A.    Just a few months.
21   Q.    Did you write about any sexual
22   assault or rape cases while you were
23   there?

Page 36

1    A.    I don't recall.
2    Q.    Did you have a title position
3    while you were at Indianapolis Star?
4    A.    Yeah, I think they were called
5    Pulliam fellows, P-u-l-l-i-a-m, it was the
6    family that developed the paper.
7    Q.    All right.  And then you moved to
8    the Baltic Times.  Was there any reason
9    for that change?
10   A.    I mean my fellowship had run out
11   and I was applying for jobs.
12   Q.    Do you remember --
13   A.    Which reminds me, and I guess I
14   should probably revise my previous answer,
15   which I was also in Alabama when I applied
16   for a job at the Anniston Star in 1999.
17   Q.    Have you ever worked for the
18   Anniston Star?
19   A.    Just a one day tryout.
20   Q.    Did they ever offer you a
21   position?
22   A.    Yes.
23   Q.    I'm assuming you didn't take it?

9  (Pages 33 to 36)

Ben Smith                                                          2/26/2021

Page 37

1    A.    Yeah, correct.
2    Q.    Any reason for that?
3    A.    The managing editor of the paper
4    at the end -- when he offered me the job
5    told me -- when I told him I was either
6    going to do that or the two things I was
7    excited about were Anniston and this weird
8    job in eastern Europe, and he told me that
9    he had had a similar choice when he was a
10   young reporter and had chosen to come to
11   the Star and had always regretted it.
12   Q.    I think you made the right choice.
13   A.    So I don't know.  I always
14   wondered.  Sort of a strange thing to say.
15   Q.    All right.  And so that -- so got
16   -- well, he offered me the Anniston Star
17   position, but you took the Baltic Times
18   position; is that right?
19   A.    Uh-huh (affirmative) yes.
20   Q.    Okay.  And when did you start
21   working for Baltic Times?
22   A.    Fall of 1999.
23   Q.    Just one year?

Page 38

1    A.    Less than a year.
2    Q.    What type of stories did you cover
3    at the Baltic Times?
4    A.    All kinds of stories.
5    Q.    Did any involve sexual assaults or
6    rapes?
7    A.    That was a long time ago.  Not
8    that I recall.
9    Q.    All right.  Then you I guess came
10   back to the New York Sun in 2002; right?
11   A.    Yes.
12   Q.    How long were you there?
13   A.    I came back in 2001, the paper
14   launched in 2002, and I was there for
15   about two years.
16   Q.    Did you have a title position?
17   A.    City hall reporter, something like
18   that.  I don't remember the exact title
19   but I could check if you want.
20   Q.    That's enough for us.  Did you
21   ever cover any sexual assaults or rapes
22   while you were there?
23   A.    I primarily covered politics and

Page 39

1    politicians.  I'm trying to think about
2    whether there were --
3          MS. BOLGER:  I thought it
4    was mutually exclusive.
5    A.    That -- yeah, I'm trying -- I'm
6    just trying to think about the allegations
7    against various politicians and when they
8    were while I was covering for the Sun.
9    Not that I recall for the Sun.
10   Q.    (By Mr. Ritchey) Okay.  Was there
11   any reason you left the Baltic Times for
12   the New York Sun?
13   A.    I left it because I got a job
14   freelancing for the Wall Street Journal
15   Europe which was a better job, paid better
16   and better publication.
17   Q.    So you freelanced for the Wall
18   Street Journal in Europe before moving to
19   New York Sun?
20   A.    Right.
21   Q.    How long was that freelance?
22   A.    About two years.
23   Q.    So about, let's see, you were with

Page 40

1    New York Sun from about 2002 to 2004; is
2    that about right?
3    A.    Yeah, through maybe late '03.
4    Q.    Okay.  And then you moved to New
5    York Observer?
6    A.    Yes.
7    Q.    Would that have been late 2003,
8    that move?
9    A.    I could check.  Somewhere in that
10   ballpark.
11   Q.    Okay.  Was there any reason for
12   the move?
13   A.    It was a more widely read
14   publication.
15   Q.    How long were you with the New
16   York Observer?
17   A.    About two years.
18   Q.    So about 2005?
19   A.    Yeah, ended '05.
20   Q.    Did you have a position or a title
21   while there?
22   A.    I was city hall reporter.
23   Q.    Was that mainly politics as well?

10  (Pages 37 to 40)

Ben Smith                                                          2/26/2021

Page 41

1    A.    Yes.
2    Q.    Do you remember any sexual assault
3    or rape cases that you covered?
4    A.    You know, I worked so many stories
5    there and I would need to go back and
6    look. I don't remember specifically.
7    Q.    Okay. All right.
8         And then you moved to the New York
9    Daily News after that?
10   A.    Yeah.
11   Q.    That's about 2006?
12   A.    Uh-huh (affirmative).
13   Q.    How long were you there?
14   A.    One year.
15   Q.    Did you have a titled position
16   while you were there?
17   A.    City hall reporter, blogger,
18   something like that. I can't remember
19   exactly.
20        I had a column there. Actually
21   columnist was probably the title.
22   Q.    Was that again more politic
23   related?

Page 42

1    A.    Yes, politics and government.
2    Q.    Do you remember any sexual assault
3    or rape case you covered while there?
4    A.    You know, I would have to go back
5    and refresh my memory. I don't remember a
6    specific one.
7    Q.    Was there any reason for leaving
8    the New York Observer for the Daily News?
9    A.    It was more a widely read
10   publication and the job paid more.
11   Q.    All right. And then you went from
12   the Daily News to Politico?
13   A.    Yeah.
14   Q.    Any reason for that change?
15   A.    It was an opportunity to write
16   about national rather than local politics.
17   Q.    Did you have a title position
18   there?
19   A.    I think it was something like
20   senior political reporter, but I would
21   have to check.
22   Q.    Did you cover any sexual assault
23   or rape cases while you were there?

Page 43

1    A.    You know, I don't remember the
2    exact either the charges or the exact
3    timing of things like that.
4         Maybe there weren't -- you know, I
5    don't want to -- I don't remember the
6    specific allegations in, for instance, the
7    Foley case, but there were a number of --
8    there were regular scandals around sexual
9    misconduct of various kinds, in Congress
10   in particular.
11   Q.    What do you remember about the
12   Foley case?
13   A.    I remember that he was a Florida
14   congressman accused of inappropriate
15   conduct toward pages and that there were
16   -- gosh, you know, and this may have been
17   when I was at the Daily News rather than
18   at the -- this was, in fact, when -- yeah,
19   this must have been in '06, not '07 so I
20   must have been at the Daily News, not at
21   Politico.
22        He was accused of inappropriate
23   conduct toward pages, which I don't

Page 44

1    remember the details, and that there were
2    allegations that the Republican leadership
3    had covered up or had not acted
4    appropriately on the initial allegations.
5         And I believe there were others
6    but I don't remember the specifics.
7    Q.    That's the only one you
8    specifically remember?
9    A.    Hold on. I can think about it for
10   a while if you want. Yeah, it's the only
11   one I specifically remember.
12   Q.    All right. From Politico you got
13   the editor-in-chief job at BuzzFeed; is
14   that right?
15   A.    Yes.
16   Q.    And you said that started in
17   January of 2012?
18   A.    Yes.
19   Q.    And what was the reason for the
20   move?
21   A.    It was an opportunity to do
22   something new.
23   Q.    Is there a reason why you moved

                                    11 (Pages 41 to 44)

Ben Smith                                                2/26/2021

Page 45

1  away from a more political-based media
2  outlet?
3      A.    You know, I thought -- we covered
4  politics very, very aggressively at
5  BuzzFeed, so I didn't really see it as
6  that.
7      Q.    So did BuzzFeed have BuzzFeed News
8  before you were hired on as
9  editor-in-chief?
10     A.    No, I was hired to start doing
11 news there.
12     Q.    Do you remember who you were hired
13 by?
14     A.    Do you mean like who my boss was
15 or sent me the offer letter?
16     Q.    I guess did you interview with
17 anyone?
18     A.    With Jonah Peretti, the founder.
19     Q.    Did he tell you anything about the
20 job?
21     A.    Lots.
22     Q.    What do you remember?
23     A.    Could you be more specific?  I

Page 46

1  could talk for a long time.
2      Q.    I mean did he tell you why they
3  were starting a BuzzFeed News site?
4      A.    Well, they weren't starting a
5  BuzzFeed News site.  They were --
6      Q.    What were they doing?
7            MS. BOLGER:  Let me object.
8  I just don't actually understand the
9  question --
10     A.    These are very broad questions --
11           MS. BOLGER:  Hold on, hold
12 on, Ben.
13           This is crazy broad
14 questions that have nothing to do with
15 this litigation.
16           So obviously Ben can answer,
17 but this is a waste of everybody's time,
18 but, Ben, you can answer if you can.
19     A.    Could you just repeat the
20 question?
21     Q.    (By Mr. Ritchey) Do you remember
22 if he told you any reason why BuzzFeed was
23 getting into more breaking news?

Page 47

1            MS. BOLGER:  Object to the
2  form.  He didn't say --
3      A.    We didn't really -- we didn't
4  really talk about breaking news.
5            MS. BOLGER:  Yeah, he didn't
6  say they were talking about breaking news.
7      Q.    (By Mr. Ritchey) Okay.  What about
8  just news in general?
9      A.    Well, I think, as I recall, he
10 believed that the social media landscape
11 had changed in way that the content that
12 people were sharing had broadened to
13 include news.
14     Q.    Did he want to capitalize on that
15 landscape change?
16           MS. BOLGER:  Object to the
17 form.  You're asking what Jonah Peretti
18 thought in 2012 and you're asking that
19 question of Ben Smith.
20           Ben, if you know what was in
21 Jonah's head, go ahead and tell him.
22     A.    Yeah, I don't know what was in
23 Jonah's head.

Page 48

1      Q.    (By Mr. Ritchey) Okay.
2            Did he ever tell you he wanted to
3  capitalize on the landscape change you
4  mentioned?
5      A.    I don't recall him ever using the
6  word capitalize.
7      Q.    Did he use another word to --
8      A.    No, I don't -- you know, he wrote
9  and was quoted very, very widely on this
10 stuff, and I don't remember exactly what
11 he thought and said when.
12           A lot of it was in the public
13 domain, so I could go -- if you like, I
14 could refresh my memory on it.
15     Q.    Just what you know right now is
16 fine.
17     A.    Yeah, I don't want to -- I don't
18 want to remember exactly what he was
19 thinking when.  I just don't.
20     Q.    Okay.  As an editor-in-chief of
21 BuzzFeed News what's your duties and
22 responsibilities or what were your duties
23 and responsibilities?

12  (Pages 45 to 48)

Ben Smith                                                    2/26/2021

Page 49

1    A.    Well, they changed a lot over the
2    course of eight years.
3    Q.    Okay.
4    A.    Is there a period in which you
5    would like me to answer that specifically?
6    Q.    Yeah, what about we'll just say
7    2015 to maybe 2018.  Is that a good
8    period?
9    A.    Yeah, yeah.  I mean, I managed a
10   team of editors and reporters and at times
11   people producing video and audio content,
12   covering -- you know, covering a pretty
13   wide range of stories around the world and
14   trying to get those -- you know, to tell
15   the stories that interested people, to be
16   accurate, to be fast, to be fair.  What
17   pretty much every news organization does.
18   Q.    How did you maintain accuracy in
19   published articles?
20         MS. BOLGER:  Object to the
21   form of the question.
22              Way too broad, first of all,
23   but also, Ben, to the extent that that

Page 50

1    question calls you to talk about any
2    article ever written other than this one,
3    don't answer it; that would be privileged.
4              But if you feel that you can
5    answer that very broad question otherwise,
6    go ahead.
7    A.    Given that, I don't think I can
8    answer that question.
9    Q.    (By Mr. Ritchey) I mean, was there
10   a standard that you implemented so that
11   articles would be accurate?
12         MS. BOLGER:  Object to the
13   form.
14              But if you can answer, do.
15   A.    I mean, there's a long kind of
16   tradition in journalism of professionalism
17   and a focus on accuracy and fairness, and
18   we -- and it's, you know, we both had
19   standards and sort of internal -- you
20   know, we're professional journalists, and
21   I also hire very professional
22   professionals as editors.
23              You know, we took it very

Page 51

1    seriously.  It's hard for me to answer
2    that question without talking about
3    specific stories though.
4    Q.    (By Mr. Ritchey) Did BuzzFeed News
5    generally just write investigative
6    reports?
7    A.    No.
8    Q.    What other type of stories or
9    articles were written?
10   A.    We covered breaking news, you
11   know, sort of the news of day.  We covered
12   technology on the internet.  We covered
13   politics.
14              We covered sports for a time.  We
15   covered fashion for a time.  We covered --
16   we covered news in a number of other
17   countries in the United States.
18              We covered -- I mean, I can kind
19   of go on.  Is there -- we covered -- and
20   there were -- and a lot of journalism is
21   investigative in the sense that you're,
22   you know, trying to -- all journalism in
23   some ways is you're trying to get to the

Page 52

1    facts and be fair and be accurate, but we
2    also did have a special team that worked
3    on larger investigations.
4    Q.    So you keep mentioning being fair
5    and accurate.  What does that take in
6    journalism?
7         MS. BOLGER:  Object to the
8    form.
9              If you understand it, you
10   can answer it.
11   A.    Yeah, could you be more specific?
12   Q.    (By Mr. Ritchey) Yeah, I mean, you
13   keep saying you try to be fair and
14   accurate.  What does that entail with
15   regards to writing a story or
16   investigating a story?
17         MS. BOLGER:  Object to the
18   form --
19   A.    I think those are very clear,
20   simple words and then what you -- each
21   story is really specific and detailed and
22   the questions about how, you know, whether
23   you're relying on public documents or

13  (Pages 49 to 52)

Ben Smith                                                    2/26/2021

Page 53

1   something a public figure said or a
2   private individual, it can vary a great
3   deal on how you kind of implement your
4   values.
5   Q.     (By Mr. Ritchey) While you were
6   editor-in-chief at BuzzFeed News did you
7   generally review articles before they were
8   published?
9   A.     I don't think there was a -- when
10  you say -- I think I'm -- I reviewed a lot
11  of articles, but I also had a team of
12  really experienced and trusted editors who
13  worked on a lot of articles, and so I did
14  not review everything before it was
15  published.
16  Q.     Did you have a final say as to
17  whether a study -- or a story would be
18  published on BuzzFeed News?
19  A.     Yes.
20  Q.     Could you choose not to publish
21  certain stories on BuzzFeed News?
22  A.     Yes.
23  Q.     And did you share that authority

Page 54

1   with anyone?
2   A.     Yes.
3   Q.     Who did you share that with?
4   A.     There were probably -- I mean at
5   various levels -- at various levels
6   reporters and editors at any point could
7   decide that a story was, you know, that a
8   story they were pursuing shouldn't be
9   published for any number of reasons.
10  Q.     But you had the final say over
11  both reporters and editors?
12  A.     Yes, on a day-to-day basis. You
13  know, ultimately my boss Jonah Peretti ran
14  the company and had the final say.
15  Q.     Did you report to Jonah Peretti?
16  A.     Yes.
17  Q.     Did you ever engage in fact
18  checking stories or articles prior to
19  publication?
20  A.     What do you mean by fact checking?
21  Q.     To ensure the information or facts
22  included in the article were accurate.
23  A.     In every story we worked to ensure

Page 55

1   that the facts were accurate.
2   Q.     Did you ever suggest stories to
3   reporters?
4   A.     Yes.
5   Q.     Did you suggest -- in regards to
6   this particular article we're here on
7   today, did you suggest that story to Katie
8   Baker?
9          MS. BOLGER:  Object to the
10  form.
11         Why don't you tell Ben what
12  story you're talking about?
13  Q.     (By Mr. Ritchey) I'm sorry for
14  assuming, but it's the Katie Baker story
15  that was published about the Rondini rape
16  allegations, I believe it was published
17  June 22nd, 2017.
18  A.     No.
19  Q.     Have any companies ever paid for
20  stories to be published under BuzzFeed
21  News?
22  A.     Well, all publications run
23  advertising which is, you know, paid

Page 56

1   content and so I think I -- you know,
2   certainly outside -- no, we certainly
3   didn't allow advertisers or anyone else to
4   influence the content of stories on
5   BuzzFeed News.
6   Q.     And I think this -- these are two
7   separate things.  Is BuzzFeed.com and
8   BuzzFeed News two separate --
9   A.     They were not initially separate
10  and then they were very -- and then the
11  website was divided in various ways, and
12  then at some point it became a separate
13  domain.
14  Q.     Okay.  But were you the
15  editor-in-chief for BuzzFeed.com as a
16  whole or just the news section of it?
17  A.     At different times -- the place
18  grew, and so at different times I was over
19  different bits of it, but included it,
20  yeah.
21  Q.     Well, let's go through that.  I
22  guess when you started what were you the
23  editor-in-chief over --

Ben Smith                                          2/26/2021

Page 57

1    A.    Of BuzzFeed.com and there was no
2  distinction.
3    Q.    Okay.  And then did that change
4  during your tenure?
5    A.    Yes.
6    Q.    Do you remember when?
7    A.    We -- I don't.  It's all on the
8  internet, but I don't remember the dates.
9    Q.    And then what -- can you just tell
10 me what that change was?
11   A.    Yeah, we started doing video as
12 well as web content and so a different
13 executive was in charge of the video.
14       And then at some point we swapped
15 it so that I was in charge of news video
16 and web content and he was in charge of
17 non-news video and web content.
18       And then at some point along the
19 way we introduced a brand that we sort of
20 started just referring to the news content
21 as BuzzFeed News, so it had been news all
22 along and then -- and then -- and then at
23 some later point we broke that out onto a

Page 58

1  URL of its own, BuzzFeedNews.com.
2    Q.    You were the editor-in-chief of
3  BuzzFeed News for the investigating,
4  writing, editing processes of the article
5  that we're here for?
6    A.    Yes.
7    Q.    Did you ever give reporters a
8  click, view, impression or shares quota?
9       MS. BOLGER:  Sorry, I
10 actually didn't hear or understand that
11 question.
12       Scotch, would you do it
13 again?
14       MR. RITCHEY:  Do you mind
15 repeating that, Nancy?
16       (Whereupon, requested portion was
17       read back by court reporter.)
18       MR. RITCHEY:  Quota.
19       COURT REPORTER:  Quota,
20 sorry.
21   A.    Not that I recall.
22   Q.    (By Mr. Ritchey)  I believe you
23 said you worked for BuzzFeed until

Page 59

1  February of 2020; is that right?
2    A.    Yeah, I can't remember if my last
3  day was the last day of February or the
4  first day of March.  It was one of those
5  two.
6    Q.    Okay.  Was there any reason for
7  leaving?
8    A.    Yeah, I was -- I had been managing
9  for eight years and was eager to get back
10 to writing and had been offered a really
11 attractive job doing that.
12   Q.    So did you like writing better
13 than managing?
14   A.    No, I love managing.  I just get
15 tired -- you kind of burn out on it.
16   Q.    And what position or job did you
17 take after leaving BuzzFeed?
18   A.    The media columnist job at the New
19 York Times.
20   Q.    And you started that about
21 February or March of 2020?
22   A.    March of 2020.
23       MS. BOLGER:  Hell of a time

Page 60

1  to start a new job.
2    Q.    (By Mr. Ritchey)  Really.
3    A.    Very weird.
4    Q.    Are you still with the New York
5  Times?
6    A.    Yes.
7    Q.    Are you still media columnist?
8    A.    Yes.
9    Q.    Have you covered any rapes or
10 sexual allegations while being the media
11 columnist at New York Times?
12   A.    I've covered allegations of sexual
13 assault and rape.
14   Q.    Do you remember which ones you
15 covered?
16   A.    I covered the -- I'm not sure if
17 it's an exhaustive list, but I wrote about
18 some of the allegations against Harvey
19 Weinstein and I wrote about allegations
20 against a union leader in Pittsburgh.
21   Q.    Do you have a supervisor at New
22 York Times?
23   A.    Yes.

Ben Smith                                                    2/26/2021

Page 61

```
1   Q.   Who is that?
2   A.   Her name is Carolyn Ryan.
3   Q.   Did you attend high school?
4   A.   Yeah.
5   Q.   Where did you attend?
6   A.   School called Trinity in New York
7   City.
8   Q.   And when did you attend?
9   A.   I graduated in ███████████
    ███████████        Yeah.
11  Q.   I think so.  I'm not good at math.
12       Did you attend college?
13  A.   Yes.
14  Q.   Where did you attend?
15  A.   Yale University.
16  Q.   When did you start there?
17  A.   1995.
18  Q.   Did you major or minor in anything
19  while you were at Yale?
20  A.   I majored in linguistics.
21  Q.   Did you graduate from Yale?
22  A.   Yes.
23  Q.   When did you graduate?
```

Page 62

```
1   A.   1999.
2   Q.   What was the degree in?
3   A.   Linguistics.
4   Q.   Did you ever write for the school
5   newspaper while you were at Yale?
6   A.   Yes.
7   Q.   What was that newspaper called?
8   A.   The two that I wrote for were
9   called the Yale Herald and the New
10  Journal.  There are other school
11  newspapers as well.
12  Q.   That was the New Journal?
13  A.   Yeah.
14  Q.   Were you the editor-in-chief of
15  any of those papers?
16  A.   No.
17  Q.   Did you cover any sexual assault
18  or rape allegations at either?
19  A.   I don't remember.
20  Q.   Did you have any other schooling
21  after graduating from Yale?
22  A.   No.  The fellowship in
23  Indianapolis had an educational component,
```

Page 63

```
1   but other than that no.
2   Q.   Was that fellowship paid?
3   A.   Yeah.
4   Q.   Have you taken any journalism
5   courses?
6   A.   No.
7   Q.   No media ethics or journalism
8   ethics?
9        MS. BOLGER:  Object to the
10  form.
11       You mean courses in school
12  or courses in --
13       THE WITNESS:  You mean
14  courses at school or do you men --
15       MS. BOLGER:  -- the
16  newsroom?  What do you mean?
17  Q.   (By Mr. Ritchey) Yeah.  Right now
18  just courses in school.
19  A.   Not in school.
20  Q.   Any news writing courses in
21  school?
22  A.   No.
23  Q.   Any feature writing courses in
```

Page 64

```
1   school?
2   A.   No.
3   Q.   Any media law courses in school?
4   A.   No.
5   Q.   Any interviewing technique courses
6   in school?
7   A.   No.
8   Q.   Have you taken any kind of classes
9   or schooling regarding those topics after
10  school?
11  A.   Yes.
12  Q.   Okay.  Do you want me to go down
13  the list again or can you tell me --
14  A.   No, I mean, I think I was -- you
15  know, in the newsroom you have all sorts
16  of training.
17  Q.   More on-the-job training?
18  A.   Yeah, around all those things --
19       MS. BOLGER:  Object to the
20  form.  I don't think that's what he said.
21       But you can answer, Ben.
22  A.   Yeah, around all of those things.
23  Q.   (By Mr. Ritchey) Did you take any
```

16 (Pages 61 to 64)

Ben Smith                                                    2/26/2021

Page 65

1  classes or attend any seminars or any
2  other schooling concerning those topics?
3  A.    You mean outside newsrooms?
4  Q.    Right.
5  A.    I think only as sort of a speaker
6  in the classes, not as a student.
7  Q.    What did you speak about?
8  A.    I've spoken to many journalism
9  classes about many different things.
10  Q.    Do they include those topics we
11  just discussed?
12  A.    Some of them.  Yeah, some of them,
13  although I don't really have a
14  comprehensive list.  They weren't, you
15  know, kind of my classes.
16  Q.    Have you ever had any law
17  enforcement training?
18  A.    No.
19  Q.    Do you know what the elements of
20  rape are under Alabama law?
21  A.    You know, I read your complaint
22  but that's all I know it from and I
23  wouldn't have it from my time right now.

Page 66

1  Q.    Did you ever conduct any research
2  on Alabama law concerning rape or sexual
3  assaults?
4  A.    No.
5  Q.    Have you ever taken a criminal law
6  course concerning Alabama law?
7  A.    No.
8  Q.    Have you ever consulted with an
9  attorney that has not been retained by you
10  concerning rape or sexual assault under
11  Alabama law?
12  A.    I think I probably am not supposed
13  to share the contents of my conversations
14  with my attorney in this case, correct.
15  Q.    Right.  Not with your attorney in
16  this case.
17       MS. BOLGER:  Sorry, I
18  thought you said not with an attorney.
19  Q.    (By Mr. Ritchey) I'm trying to get
20  anyone that you hadn't retained.
21  A.    No.
22  Q.    Have you ever had to issue a
23  retraction for any of your articles?

Page 67

1  A.    What kind of issue?
2       MS. BOLGER:  You hit,
3  Scotch, I didn't hear you.  Can you do
4  that again?
5       MR. RITCHEY:  Do you mind
6  repeating that, Nancy?
7       (Whereupon, requested portion was
8       read back by court reporter.)
9  Q.    Have you ever had to issue a
10  retraction?
11  A.    Had to issue a retraction.
12  I've had to correct articles.
13  Q.    Okay.
14  A.    I'm not sure what -- issuing a
15  retraction isn't really necessarily --
16  Q.    Have you ever retracted an
17  article?
18  A.    That I wrote or that I published?
19  Q.    Either.
20  A.    Yes.
21  Q.    What article was that?
22       MS. BOLGER:  I'm going to
23  instruct Ben not to -- answer the

Page 68

1  extent it's not public.  If it's public,
2  you can answer it.
3       If it relates to newsroom
4  information, do not answer that question
5  unless it's the article at issue here.
6  A.    We retracted some articles that
7  were plagiarized.  They weren't entirely
8  plagiarized, but there was plagiarism in
9  them.
10  Q.    (By Mr. Ritchey) Who wrote those
11  articles?
12  A.    A guy named Benny Johnson.  That
13  was when I was at BuzzFeed.  You know
14  what, actually we didn't retract them.  We
15  corrected them, I'm sorry.
16       Nothing comes to mind that we
17  retracted but it's not really, you know,
18  you try to get it right and fix it.  It's
19  not always clear what's a retraction and
20  what's a correction.
21  Q.    Okay.  Have you had to retract any
22  other article besides the ones Benny
23  Johnson wrote?

17  (Pages 65 to 68)

Ben Smith                                                    2/26/2021

|  | Page 69 |
|---|---|

1    A.    Again, I don't think we did, in
2  fact, retract those.  I think we corrected
3  them.
4    Q.    Have you had to correct any other
5  article, either written by you or as an
6  editor?
7    A.    Yes, you always correct whenever
8  there's an error as quick as you can; you
9  want to get it right.
10   Q.    Do you remember how many you've
11 had to correct?
12   A.    Of my own articles or articles we
13 published at BuzzFeed?
14   Q.    We'll start with of your own.
15   A.    No.
16   Q.    What about at BuzzFeed?
17   A.    No, I don't remember.  I don't
18 think I ever knew how many.
19   Q.    Okay.  Do you remember any other
20 ones besides the ones concerning Benny
21 Johnson?
22   A.    Not specifically right now, but
23 it's a routine -- you routinely when you

|  | Page 70 |
|---|---|

1  get something wrong, you correct it.
2    Q.    Have you ever had to issue a
3  public apology for an article you wrote?
4          MS. BOLGER:  I'm going to
5  object to the form.  I don't know what
6  that is.
7          But, Ben, if that's
8  meaningful to you, go ahead.
9    A.    I mean everything is public that
10 you do in reporting, so there's no private
11 -- I mean, you know, but there's one
12 article that comes to mind for me that
13 that kind of describes.
14   Q.    (By Mr. Ritchey) What is that
15 article?
16   A.    I reported incorrectly that John
17 Edwards was planning to drop out of the
18 2007 presidential campaign based on a
19 source who had -- yeah, and that was
20 inaccurate, so I apologized and explained
21 why I had gotten it wrong.
22   Q.    Do you remember what publication
23 that was for?

|  | Page 71 |
|---|---|

1    A.    Politico.
2          MR. RITCHEY:  It's been
3  about an hour and I'm going to sort of
4  switch topics right now, so if y'all want
5  to take a break, we can take about five or
6  ten minutes.
7          MS. BOLGER:  Ben, do you
8  want to break or do you want to keep
9  going?
10         THE WITNESS:  I would rather
11 just keep going if we can.  I'm on a
12 deadline.
13         MR. RITCHEY:  That's fine; I
14 understand.
15         THE WITNESS:  Column's due
16 at the end of the day of today and I've
17 had all week so, of course, today's busy.
18         Actually, let me just get
19 some water.  I'll be back in one second.
20         MS. BOLGER:  Why don't we
21 take a break.  We'll just go off for five
22 minutes.
23         MR. RITCHEY:  That sounds

|  | Page 72 |
|---|---|

1  good.
2          VIDEOGRAPHER:  We're off the
3  record at 10:38.
4          (Recess was taken.)
5          VIDEOGRAPHER:  Back on the
6  record at 10:44.
7    Q.    (By Mr. Ritchey) I'm going to
8  share my screen and this is a story
9  entitled BuzzFeed Defends Publishing
10 Unverified Allegations About Donald
11 Trump's Russia Ties, written by Michael
12 Calderone.
13   A.    I can't see it.  There it is.
14         MS. BOLGER:  Scotch, we
15 can't see what you're looking at, what
16 publication this is or anything.
17         THE WITNESS:  You're very
18 zoomed in.
19         MR. RITCHEY:  Give me one
20 second and let me see if I can get a
21 better shot.  The pdf function didn't work
22 very well.
23         MS. BOLGER:  Are you marking

18  (Pages 69 to 72)

Ben Smith                                                    2/26/2021

Page 73

1    this?
2           MR. RITCHEY:  Yes, I'll mark
3    this.
4           COURT REPORTER:  It will be
5    111.
6           MR. RITCHEY:  This will be
7    111.
8       (Whereupon, a document was marked
9       as Plaintiff's Exhibit No. 111 and
10      is attached to the original
11      transcript.)
12   Q.    All right.  Is that better?
13          MS. BOLGER:  I still didn't
14   know what publication this is.
15          MR. RITCHEY:  It's the Huff
16   Post.
17   Q.    Have you read this article?
18          MS. BOLGER:  Why don't you
19   let him take a look at it --
20   A.    I can only see the corner of it.
21   Q.    Do you want to review it?
22   A.    I can't -- I just see a few words
23   there on my screen.

Page 74

1    Q.    What I'll do is I'll scroll and if
2    you want to read it or review it, skim it,
3    whatever you need to do, let me know --
4    A.    I can only see the right margin of
5    the story.  All I see is a little corner
6    of the blue photo.  I don't think making
7    my screen bigger is going to help though.
8    Q.    You can't see the whole pdf?
9    A.    No, I'm just looking at the right
10   side of the pdf.  If you center it a
11   little bit, it might --
12          MS. BOLGER:  Funny, I can
13   actually see the whole thing.  I wonder if
14   it's --
15   A.    I've got a few options here.  Fit
16   to window -- oh, I got it.  Yeah, I see.
17   Q.    (By Mr. Ritchey) And I can scroll
18   whenever you're ready.
19   A.    Can you scroll up?  Can you scroll
20   down now?  Keep scrolling please.  Could
21   you keep scrolling please?  Could you keep
22   scrolling please?  Okay.
23          I think I understand the gist of

Page 75

1    the story.
2    Q.    Okay.  I'm really going to just
3    ask about looks like you're quoted here on
4    page 3, and I've got it highlighted.
5    A.    Yeah.
6    Q.    It says our presumption is to be
7    transparent in our journalism and to share
8    what we have with our readers.
9          What did you mean -- or first of
10   all, did you say that?
11   A.    I believe it's quoting from a memo
12   I wrote.  I don't have it in front of me
13   but I believe that's correct.
14          MS. BOLGER:  Hold on.
15   Scotch, I object.  This story obviously
16   has nothing to do with the story at issue
17   in this litigation and the First Amendment
18   law always ask you to look at the article
19   that's actually at issue rather than other
20   work done by a publishing company.
21          I'm going to let Ben answer
22   but I'm going to object for the record.
23   Q.    (By Mr. Ritchey) So you wrote this

Page 76

1    quoted I guess passage in an internal
2    memo?
3    A.    Uh-huh (affirmative).
4    Q.    And what did you mean by our
5    presumption is to be transparent in our
6    journalism and to share what we have with
7    our readers?
8          MS. BOLGER:  Same objection.
9          You can answer, Ben.
10   A.    Well, I mean every story is
11   different and it's a little hard to -- but
12   in this case what I was talking about was
13   the question of whether there was a
14   document circulating the highest level of
15   government that had been briefed to two
16   presidents, the president and the
17   president-elect.
18          I was making the case that it was
19   appropriate to say here's an unverified
20   document but because it's been briefed to
21   these high government officials and it's
22   in circulation among all of these powerful
23   people, that it's appropriate for the

                              19  (Pages 73 to 76)

Ben Smith                                                    2/26/2021

Page 77

1    readers to see it and to sort of
2    understand that context even though it's
3    -- so that's what I was talking about
4    there.
5    Q.    (By Mr. Ritchey) Do you believe in
6    sharing everything with readers?
7          MS. BOLGER:  Object to the
8    form.  You mean in the universe?
9    Q.    (By Mr. Ritchey) In regards to a
10   story.  Do you believe in sharing
11   everything that's been investigated or
12   uncovered during the writing or
13   investigative processes of articles?
14         MS. BOLGER:  Objection.
15   Don't talk about any particular article
16   other than this one, but you can talk
17   generally.
18   A.    I mean every story is different
19   and specific.  In some sense there's, you
20   know, an infinite amount of information on
21   every article so you're making choices
22   about what you include and what you don't
23   include.

Page 78

1    Q.    (By Mr. Ritchey) What do you
2    consider in general when withholding
3    information from readers?
4          MS. BOLGER:  Object to the
5    form of the question.
6          You can answer generally, if
7    you can, but, again, any specifics have to
8    relate to this article.
9          THE WITNESS:  To the article
10   in front of me or to the Alabama article?
11         MS. BOLGER:  Sorry, the
12   Alabama article.
13   A.    You know, again, these stories are
14   very specific and very different from each
15   other and they can be about the President
16   of the United States or they can be about,
17   you know, the New York City subway system
18   or they can be about a lot of different
19   things, and in each case the stories are
20   really different.
21         But in general there's basically
22   an infinite amount of material and talk to
23   lots of people and you are making choices

Page 79

1    always about what from that to include and
2    exclude, but there's no -- it's hard to
3    speak in general because each story is so
4    specific.
5    Q.    (By Mr. Ritchey) Should
6    exculpatory material be shared with
7    readers?
8          MS. BOLGER:  Object to the
9    form.
10         Same instruction, Ben.
11   A.    You know, stories are so specific
12   and you try to be as fair and as accurate
13   as you can and include everything --
14   include what's relevant and include what's
15   true.
16   Q.    (By Mr. Ritchey) What's your
17   definition of fair and accurate?
18   A.    I mean, I think those -- I hope I
19   understand those words as other people do.
20   I don't have a dictionary definition
21   beyond the way they're understood --
22   Q.    What's your understanding of their
23   meaning?

Page 80

1    A.    Let's see, I mean I guess I
2    understand the word accurate to mean true.
3    And I guess I just understand the word
4    fair to mean fair.
5          I don't have -- I mean, it's a
6    pretty clear English word.  Could you ask
7    a more specific question?
8    Q.    Well, you just kept using these
9    terms, and I just want to understand what
10   your understanding of them, you know,
11   definition and your meaning of these terms
12   are.
13         MS. BOLGER:  Object to the
14   form.  He's answered the question.  The
15   words mean what the words mean.
16         You can answer again if you
17   would like, Ben.
18   A.    I'm sorry, would you like me to
19   try again?
20   Q.    (By Mr. Ritchey) Yeah.
21         MS. BOLGER:  You can if you
22   like.  You've answered it already, but you
23   can answer again.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                          2/26/2021

| Page 81 | Page 82 |
|---|---|

Page 81

1    A.    Okay.  I guess I mean to me the
2    word accurate is basically equivalent to
3    the word true, and so that's what that
4    means.
5         And I guess I think I've always
6    used the word fair in a way that I think
7    is pretty commonly used and that's -- I've
8    never had any trouble with people
9    understanding it.
10   Q.    (By Mr. Ritchey) Can an article be
11   accurate but misleading?
12         MS. BOLGER:  Object to the
13   form.
14         I don't understand what
15   these questions are or what they relate to
16   and I don't understand these questions.
17         Ben, if you think you can
18   answer this strange hypothetical, go
19   ahead.
20   A.    You know, I think I would want to
21   talk about the specific case.  I mean, I'm
22   having trouble sort of with the
23   hypothetical.

Page 82

1    Q.    (By Mr. Ritchey)  You say accurate
2    means true and there can be --
3    A.    You could have a story in which --
4    are you -- you're asking whether there's a
5    story in which details could be -- I can
6    think of an example of a story in which
7    there were details that were true but the
8    gist of the story was misleading.
9    Q.    Do you remember what the name of
10   that story was?
11   A.    Should I be talking about the
12   article that's not mentioned in this case?
13         MS. BOLGER:  No, we're not
14   talking about articles other than this one
15   in which you've been involved in the news
16   gathering.  If you want to talk about --
17   A.    Then no, I certainly don't think
18   that applies to this article.
19   Q.    (By Mr. Ritchey) I mean is there
20   an article that has been published that
21   you think is misleading?
22         MS. BOLGER:  Object to the
23   form.

Page 83

1         He's not here to talk about
2    other articles and he won't talk about
3    other articles published by BuzzFeed.  I
4    will not instruct him not to answer
5    questions that relate to any article ever
6    published by BuzzFeed other than the one
7    at issue here.
8         If you think something
9    written in 19, you know, in 1885 by Herman
10   Melville is misleading, knock yourself
11   out, but nothing about BuzzFeed.
12   A.    Okay.  The article I had in mind
13   was not about BuzzFeed, so I should
14   answer?
15         MS. BOLGER:  Yes.
16   A.    Yeah, there was an article in the
17   New Yorker magazine about, for example, an
18   article that is accurate and misleading.
19   I have used it in that context before
20   about a -- gosh, what was his job?
21         He was an employee of the Internal
22   Revenue Service who -- well, it was about
23   -- who leaked some documents about --

Page 84

1    about certain individual's tax returns
2    that generated an article about -- that
3    suggested that files were quote/unquote
4    missing.
5         And while the details in the story
6    were accurate, I believed that the broad
7    -- that the claim that files were missing
8    was not accurate; the guy just didn't have
9    access to them.
10   Q.    (By Mr. Ritchey) Was that Ronan
11   Farrow?
12   A.    Yes.
13         COURT REPORTER:  What was
14   his name?
15         MR. RITCHEY:  Ronan Farrow,
16   F-a-r-r-o-w.
17   A.    Yes.
18   Q.    In general, should contradictions
19   be shared with readers?
20   A.    Hang on just one second.  I just
21   realized I've got to postpone a call.
22   Hang on.  Sorry.
23         MS. BOLGER:  Object to the

Ben Smith                                                    2/26/2021

Page 85

```
 1      form.
 2           (Off the record.)
 3      A.   Sorry about that.  I'm back.
 4      Q.   (By Mr. Ritchey) Okay.
 5           Do you want to read back that last
 6      question?
 7           (Whereupon, requested portion was
 8           read back by court reporter.)
 9           MS. BOLGER:  Object to the
10      form because I don't understand the
11      question.
12           Ben, if you do --
13      A.   I'm afraid I don't really
14      understand the question.
15      Q.   (By Mr. Ritchey) If a reporter
16      uncovers a contradiction of one source,
17      should that be shared with readers?
18      A.   These stories are so specific and
19      kind of detail oriented, it's really hard
20      to -- it's hard to answer that question in
21      general.
22      Q.   In what circumstances would
23      contradictions not be shared with readers?
```

Page 86

```
 1           MS. BOLGER:  Object to the
 2      form.  And also, Ben, same instruction.
 3      A.   I mean there are hundreds of
 4      different kinds of stories.
 5           (Off the record.)
 6      A.   You know, I guess there are so
 7      many different types or stories and
 8      different situations that come up with
 9      stories and every single one is kind of
10      unique so it's kind of hard to speak in
11      general.
12      Q.   (By Mr. Ritchey) Would excluding
13      contradictions from the story make that
14      story inaccurate?
15           MS. BOLGER:  Object to the
16      form.
17      A.   I think -- should I answer or no?
18           MS. BOLGER:  You can answer.
19      A.   There are many, many different
20      types of stories in which -- and these
21      just aren't abstract questions I mean when
22      you come across them.
23           (Off-the-record discussion.)
```

Page 87

```
 1      Q.   (By Mr. Ritchey) Should
 2      inconsistencies in general be shared with
 3      readers?
 4           MS. BOLGER:  Object to the
 5      form.  Same instruction.
 6      A.   You know, there are just so many
 7      different stories and so many different
 8      types of stories and you make these
 9      decisions in the context of each story and
10      they're not really abstract questions.
11      Q.   (By Mr. Ritchey) So it would be
12      okay for a reporter or even an editor to
13      withhold inconsistencies in source's
14      stories?
15           MS. BOLGER:  Object to the
16      form --
17      A.   Could you give me a more specific
18      example --
19           MS. BOLGER:  -- object to
20      the form and misstates testimony.
21      Q.   (By Mr. Ritchey) I'm just saying
22      if a source -- if a reporter uncovers a
23      source has inconsistencies in their
```

Page 88

```
 1      material or statements, should that be
 2      withheld from the readers?
 3      A.   If you want to give me like a
 4      really specific kind of hypothetical or
 5      case, I guess I could try and decide, but
 6      these just aren't -- we kind of don't
 7      encounter these as abstract questions and
 8      it's really hard to answer that way.
 9      Q.   Would there be times where
10      withholding inconsistencies would be
11      appropriate?
12           MS. BOLGER:  Object to the
13      form.
14      A.   You know, these stories you just
15      -- doing the job you do there are many,
16      many different stories, many kinds of
17      stories and in each story you're deciding
18      what you do put in the story and those
19      decisions always depend based on the
20      actual details and what the story is
21      about.  They're not abstract questions.
22      Q.   (By Mr. Ritchey) What factors into
23      those decisions?
```

                              22  (Pages 85 to 88)

Ben Smith                                              2/26/2021

Page 89

1    A.    The details of the story factor
2    into the decisions.
3    Q.    What do you mean by that?
4    A.    Well, stories, you know, can be
5    composed of -- they can be composed of
6    public records.  They can be composed of
7    interviews with people.
8          They can be composed of things
9    people have said in public, things people
10   have said on the record, things people
11   have said off the record.
12         You can talk to anywhere between
13   one and a thousand people.  You can --
14   there's just, you know, you can be
15   planning -- you can be writing something
16   that's 10,000 words long or you can be
17   writing something that's a hundred words
18   long, and those are maybe six or seven or
19   a thousand different ways the story can be
20   different.
21         And in each of those cases you
22   have to make decisions about, you know,
23   what -- in each of those cases you make a

Page 90

1    bunch of decisions about what goes in the
2    story, but it's -- so it's -- there's no
3    real kind of general sort of -- yeah, it's
4    -- that's not really something you answer
5    in the abstract.
6    Q.    (By Mr. Ritchey) No formula?
7          MS. BOLGER:  Object to the
8    form.
9    A.    I'm not sure I would use that
10   word.  I'm not sure what it means.
11   Q.    (By Mr. Ritchey) Okay.  There's no
12   set of guidelines or strict standards that
13   you could follow?
14         MS. BOLGER:  Object to the
15   form.  Object to the form.
16         You can answer, Ben.
17   A.    I mean I think many organizations,
18   including BuzzFeed, do have standards and
19   guidelines, but each story is very
20   specific and how you apply them really
21   depends a lot on the details of the story.
22   Q.    (By Mr. Ritchey) I think we
23   mentioned something about Ronan Farrow

Page 91

1    earlier.  Did you ever write a story
2    concerning him?
3    A.    Yes.
4          MS. BOLGER:  I'm sorry, I
5    didn't hear that.  Could you just keep
6    your voice up, Scotch?  I'm sorry, it's
7    technology.
8          MR. RITCHEY:  Do you want me
9    to repeat that?
10         MS. BOLGER:  No, I think
11   only because I figured out by Ben's
12   answer, yes.
13   Q.    (By Mr. Ritchey) Okay.  All right.
14   I am showing you an article written by you
15   published on May 17th, 2020, entitled Is
16   Ronan Farrow Too Good To Be True, and
17   we'll mark this as Exhibit 112.
18         (Whereupon, a document was marked
19         as Plaintiff's Exhibit No. 112 and
20         is attached to the original
21         transcript.)
22   Q.    Do you need time to review this
23   article or tell me what you need --

Page 92

1    A.    I don't right now, but if you ask
2    me specific questions, I may want to
3    review some of the text.
4    Q.    Okay.  I'm just going to go
5    through it just a little bit, and if you
6    need some context, let me know and I'll be
7    happy to scroll up or scroll down and let
8    you have some time to review.
9    A.    Thank you.
10   Q.    And you did, in fact, write this
11   article; correct?
12   A.    Yes.
13   Q.    Go to the first one, if it doesn't
14   freeze up on me.
15         All right.  I'm going to start on
16   the paragraph, it says the records were
17   simply put on restricted access.
18         Do you see that paragraph?
19   A.    I know what you're talking about
20   but I don't see the paragraph.
21         MS. BOLGER:  Object to the
22   form.
23   Q.    (By Mr. Ritchey) I'll try to

Ben Smith                                             2/26/2021

Page 93

1    scroll it up all the way --
2    A.    I can see your cursor so if you
3    want to put your cursor over anything I
4    should look at. Yeah, I see it.
5    Q.    Okay. And in this paragraph you
6    say Farrow briefly allows for it in his
7    story but minimizes it.
8         And I think you're referring to
9    the records were restricted he was trying
10   to access; is that correct?
11   A.    Yes.
12   Q.    What did you mean when you said
13   briefly allows for it in his story, but
14   minimizes?
15   A.    Well, there's a quote in the story
16   that says that that was one possibility.
17   Q.    How did he minimize that part?
18   A.    The headline uses the word
19   missing. That was the main one, but just
20   the whole story minimized it, but they
21   called them missing in the headline.
22   Q.    Okay. So he mentioned that the
23   records could have been restricted in his

Page 94

1    article, but I'm trying to figure out how
2    he minimized that.
3    A.    Well, the headline called them
4    missing, and the story -- the story kind
5    of followed the lead of the headline.
6    Q.    Is the headline important for a
7    story?
8    A.    Yeah.
9    Q.    How so?
10        MS. BOLGER: Object to the
11   form.
12        If you can answer that
13   question, go ahead, but again, don't talk
14   about any specific stories other than this
15   one.
16   A.    It tells the reader what the story
17   is about usually. That's not the only
18   thing it can do, but one of the things.
19   Q.    (By Mr. Ritchey) What other things
20   can it do?
21   A.    What else can a headline do? I
22   guess people sometimes use headlines to
23   get people interested without telling them

Page 95

1    what it's about.
2    Q.    Did you view Farrow's story as
3    being problematic when he minimized that
4    the files could be restricted access?
5         MS. BOLGER: Object to the
6    form.
7         You can answer if you
8    understand.
9    A.    I mean I wrote about it and I
10   guess I'm in some ways more comfortable
11   just with what I wrote than kind of trying
12   to restate it here, but I thought the
13   story was -- yeah, I thought the sort of
14   central thrust of the story was wrong.
15   Q.    (By Mr. Ritchey) What do you mean
16   by the central thrust?
17   A.    Well, it was meant to be a story
18   about missing documents and there weren't
19   missing documents.
20   Q.    What led you to believe that that
21   story was meant to be about missing
22   documents?
23        MS. BOLGER: Object to the

Page 96

1    form.
2    A.    Really everything in the story.
3    The headline and all the other words in
4    the story, or most of them.
5    Q.    (By Mr. Ritchey) All right. I'm
6    going to direct you to a paragraph that
7    begins because if you scratch at
8    Mr. Farrow's reporting --
9    A.    Yeah.
10   Q.    -- do you see that one?
11   A.    Yeah.
12   Q.    In this paragraph you say he
13   delivers narratives that are irresistibly
14   cinematic with unmistakable heroes and
15   villains and often omits complicating
16   facts and inconvenient details that make
17   them less dramatic.
18        What were you referring to in this
19   instance?
20        MS. BOLGER: Object to the
21   form.
22        THE WITNESS: Should I
23   answer?

24  (Pages 93 to 96)

Ben Smith                                              2/26/2021

Page 97

1          MS. BOLGER: If you can.  If
2    you understand how to answer, yes.
3    A.    I think I was specifically here
4    referring to a number of things in this
5    story.  Michael Avenatti's role in the
6    story we discussed before is a good
7    example actually.
8    Q.    (By Mr. Ritchey) I'm sorry, what
9    was that?
10   A.    The role of the lawyer named
11   Michael Avenatti at the center of the
12   story we discussed before which was
13   omitted from the story as written and
14   emerged later in court documents.
15   Q.    Okay.  What did you mean by
16   irresistibly cinematic?
17   A.    I guess I meant that they felt
18   like they were from a movie.
19   Q.    How so?
20   A.    Because they had clear heroes and
21   villains, I think is what I'm trying to
22   say there.
23   Q.    Is there a problem with doing that

Page 98

1    in journalism?
2          MS. BOLGER:  Object to the
3    form.
4    A.    No.  I think often there are clear
5    heroes and villains and often there aren't
6    and these things really depend very much
7    story by story.
8    Q.    (By Mr. Ritchey) Why did you think
9    that or did you think this was a problem
10   in Farrow's article?
11   A.    Because he often omits
12   complicating facts and inconvenient
13   details that may make them less dramatic
14   and at times doesn't follow the typical
15   journalistic imperatives of corroboration
16   and rigorous disclosure or suggests
17   conspiracies that are tantalizing but
18   can't prove -- sorry just to read from it,
19   but I just wanted to make sure I was kind
20   of sticking to what I did write.
21   Q.    That's fine.  You said he omits
22   complicating facts.  What complicating
23   facts did he omit?

Page 99

1    A.    In the story we just discussed he
2    omitted the role of this lawyer named
3    Michael Avenatti who had -- whose role
4    made the story -- the sort of story of the
5    main source's motivations much more
6    complicated.
7          I think he portrayed him as this
8    sort of very straightforward whistleblower
9    who had seen -- who had kind of seen these
10   missing documents and reacted by blowing
11   the whistle to Ronan Farrow, and it turned
12   out that he had seen the tweet by Michael
13   Avenatti and then gone and looked for the
14   documents, which really did change the way
15   you saw him.  He later testified in court
16   about it.
17   Q.    Do you know if Farrow knew that
18   when he wrote his article?
19   A.    No.
20   Q.    If he did know all of that
21   information --
22   A.    I should say I don't know now.
23   This was a year ago, and I don't remember

Page 100

1    the details of my reporting about what
2    Ronan exactly knew when.
3    Q.    If he did know those details,
4    should he have put them in his article?
5          MS. BOLGER:  Object to the
6    form of the question.
7    A.    I think what I was writing here
8    was that if he had known what happened, he
9    wouldn't have written the article.
10   Q.    (By Mr. Ritchey) So if he knew
11   what really happened, he shouldn't have
12   written it at all?
13         MS. BOLGER:  Object to the
14   form.  That's not what he said.
15         Ben, you can answer the
16   question --
17   A.    Well, I guess I would say that if
18   he had known here that there had been no
19   crime committed, that there had been no
20   missing documents, that there was nothing
21   being kept secret, that nobody got hurt,
22   that he shouldn't have written the
23   article, yeah.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                            2/26/2021

Page 101

1    Q.    (By Mr. Ritchey) And you use this
2    term rigorous disclosure.  What did you
3    mean when you wrote that?
4          MS. BOLGER:  I'm sorry,
5    we're not there.  Is that -- okay, sorry.
6    A.    Well, in this -- I mean, again,
7    you know, these things always apply in the
8    specific cases.
9          I think in this story what I was
10   specifically -- let's see what I was
11   specifically talking about with rigorous
12   disclosure in this story.  Sorry, just
13   give me a second.
14         Farrow had talked to -- it was in
15   a different case, in a sexual assault
16   case, Farrow talked to a friend of the
17   victim, and this is sort of who he was
18   hoping would corroborate her story, which
19   is to say would confirm that she had told
20   the similar story right around the time of
21   the incident rather than later, and this
22   source had not corroborated.
23         It had been sort of a confusing

Page 102

1    situation, but had not corroborated it and
2    it was -- it later emerged that it was a
3    problem for the story and it was something
4    that -- yeah, and that's what I was
5    writing about.
6    Q.    Okay.  So I'm trying to wrap my
7    head around what you just said, and tell
8    me if I'm wrong and correct me if so.
9          But you're saying that he's found
10   another source that didn't corroborate one
11   of his other sources; am I saying that
12   right?
13   A.    Well, you know, there's a specific
14   feature of reporting on sexual assault
15   where it's really important to understand
16   what the alleged victim was saying right
17   around the time of the alleged assault.
18         And it was in the course of
19   reporting on that that he I think wasn't
20   able to find anyone who said that right
21   around the time of the assault that she
22   had told the story that she later told to
23   police and to him.

Page 103

1          And so I'm not sure it was the
2    police or the prosecutors, but -- and so,
3    yeah, that was the situation that I was
4    writing about.
5    Q.    Should he have disclosed that
6    information in his article?
7          MS. BOLGER:  Object to the
8    form of the question, but you can answer.
9    A.    You know, I don't -- it was a year
10   ago and I don't remember the exact details
11   of what I thought he should have
12   disclosed, but I thought at the time that
13   there was a concern about the
14   corroboration of her story in the sense of
15   when -- what she had said at the time to
16   people that he could have pushed on
17   harder.
18   Q.    (By Mr. Ritchey) You said he
19   doesn't always follow typical journalistic
20   imperatives of rigorous disclosure.
21         I mean are you saying he needed to
22   disclose what he knew?
23         MS. BOLGER:  Object to the

Page 104

1    form.
2          Scotch, this article has
3    nothing to do with this lawsuit.  It's a
4    totally different article.  We're talking
5    about totally different reporting.  We're
6    going through the same thing over and over
7    and over again.
8          Ben, if you can answer
9    questions about some article you wrote
10   about some other guy's reporting, please
11   do so but this is getting really tedious.
12   Answer it again, Ben.
13   A.    Sorry, could you say the question
14   again?
15         MR. RITCHEY:  Do you mind
16   repeating that?
17         (Whereupon, requested portion was
18   read back by court reporter.)
19   A.    Yeah, you know, the story is
20   really about the details of his reporting
21   a handful of stories, and so I mean that's
22   what -- that's what I'm referring to
23   there, yeah.

26  (Pages 101 to 104)

Ben Smith                                                    2/26/2021

Page 105

1  Q.    All right.  Now, I'm going to
2  direct you to a paragraph that starts out
3  Mr. Farrow, 32, is not a fabulist.  Do you
4  see that right there?
5       And you go on to say his reporting
6  can be misleading but he doesn't make
7  things up.  Can a story be accurate and
8  misleading at the same time?
9            MS. BOLGER:  So this is
10  actually the fourth time you've asked that
11  exact question.
12            Ben, you can answer it
13  again, but this is the last time he gets
14  asked the question.  Go ahead, Ben.
15  A.    Yeah, as I said before, and I was
16  really -- the best specific example I have
17  is of this story that really was rooted in
18  the suggestion that there were missing
19  documents, but, in fact, there were no
20  missing documents.
21  Q.    (By Mr. Ritchey) Is there a
22  problem with being misleading in articles?
23            MS. BOLGER:  Object to the

Page 106

1  form.
2  A.    I mean, you're always trying to
3  produce accurate articles for sure.
4  That's why I wrote this piece.
5  Q.    (By Mr. Ritchey) You wanted to
6  call him out for being misleading; is that
7  a correct --
8  A.    I mean --
9            MS. BOLGER:  Object to the
10  form -- object to the form of the
11  question.
12            You can answer, Ben.
13  A.    Yeah, I mean it's a column that
14  kind of says what it says.  I mean, I
15  could -- I don't mean -- it doesn't -- I
16  mean, I could read it to you, but it just
17  sort of says what it says.  Yeah, I was
18  obviously critical of his work, that's why
19  I wrote it.
20  Q.    (By Mr. Ritchey) Okay.  You have
21  this term here it's called resistance
22  journalism.  What is that?
23            MS. BOLGER:  Where is that?

Page 107

1            MR. RITCHEY:  It's in the
2  same paragraph.
3            MS. BOLGER:  Okay, I got
4  you.  Sorry.
5  A.    What I was talking there was about
6  a kind of journalism specifically about
7  Donald Trump and other kind of notorious
8  public figures, Harvey Weinstein was the
9  other in this context, where they're so
10  widely known, and where, you know, by the
11  audiences of some publications so widely
12  hated, that journalists feel like they can
13  -- they feel like they don't have to try
14  to be as fair and as accurate as they
15  would in other circumstances.
16       It's something that I hope I've
17  never done and am very critical of.
18  Q.    (By Mr. Ritchey) Okay.  And you
19  think resistance journalism is an issue?
20            MS. BOLGER:  Object to the
21  form.  If you understand --
22  A.    As I wrote, I think it's --
23  particularly in writing about President

Page 108

1  Trump and about certain other public
2  figures who the publication's audience
3  dislikes, that it can be a real problem.
4  Q.    (By Mr. Ritchey) All right.  I'm
5  going to scroll down a little bit.
6       I am looking at the paragraph that
7  starts, it is impossible however to go
8  back and answer.
9       Do you see where I am?
10       Do you want me to give you some
11  time to eat?
12  A.    No, I can multitask.  Sorry, I'll
13  stop.  Sorry, I just don't want my dog to
14  eat it when I put it down.
15  Q.    Do you see where I am?
16  A.    Yeah.
17  Q.    Okay.  In here you say if he had
18  -- pretty much saying he should have taken
19  care to show what he knew and what he
20  didn't; is that correct?
21  A.    That is what it says, yeah.
22  Q.    And you thought he should have
23  told the readers what he knew and what he

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                    2/26/2021

Page 109

1   didn't know; is that right?
2   A.    Yes.
3   Q.    And you use the term dramatic in
4   the sentence after that.
5         Can you just define that for me?
6   A.    I mean, I think in this context, I
7   mean sort of a -- kind of as I said
8   before, story with clear heroes and
9   villains.
10        You know what, actually that's not
11  -- I'm sorry, I should correct that
12  because that's not really what I'm talking
13  about here.
14        Just a simpler story basically.
15  No, that's not quite what I'm talking
16  about here either, I'm sorry.
17        I'm just trying to understand the
18  context.  Can you scroll up a little bit?
19  Q.    Yeah.
20  A.    I'm sorry, I guess really -- well
21  -- I'm talking about all the sources --
22  you know what, the right answer is it can
23  mean different things in different

Page 110

1   context, you know, what makes a story
2   dramatic, whether it's the kinds of
3   characters or the narrative.
4         And I think there are different
5   instances in here where I'm talking about
6   the specifics and that's what it's
7   referring to.
8   Q.    What did you mean by dramatic in
9   this instance in this story?
10  A.    Just in this sentence --
11        MS. BOLGER:  Object to the
12  form.  He just answered it, but you can
13  answer again --
14  A.    Yeah, in this sentence I'm
15  referring to a number of different
16  specifics instances.
17        One, the sort of, you know, the
18  dramatic mystery of these missing files
19  which turned out to be not much of a
20  mystery and -- but was, you know, had this
21  quality of making you really kind of
22  creating suspense and making you wonder
23  where these things went, but it just

Page 111

1   turned out that wasn't really what
2   happened.
3         And in another case this young
4   woman's story, which was very
5   straightforward and where it would later
6   emerge that she had told -- that she had
7   after the fact changed her story and that
8   was not -- well, it's complicated.
9         I mean, it's detailed here in
10  detail, but I don't totally remember and
11  don't want to recount but that's the gist.
12  Q.    (By Mr. Ritchey) I'm going to
13  direct you towards the bottom of this
14  page, and it starts out it appears
15  Mr. Farrow is making a narrative virtue of
16  reporting liability.
17        Do you see where I am?
18  A.    Yeah.
19  Q.    What is a narrative virtue of
20  reporting liability?
21  A.    Saying that -- he's saying -- he
22  talked -- he was looking -- he called
23  people looking for people who would --

Page 112

1   wondering whether women or friends she had
2   talked to soon after the sexual assault,
3   this was the one that wasn't reported to
4   police and wasn't -- she didn't tell her
5   friends about it or family.
6         But was looking for people she had
7   spoken to and to see if she had told that
8   story.  And what he could have said was I
9   couldn't find anyone she spoke to, but
10  instead he said basically well, this was
11  such a horrible instance that she couldn't
12  talk to anyone and tried to make the fact
13  that he couldn't find information part of
14  the case about how bad it was and to sort
15  of heighten the drama, you know, by using
16  the fact that he couldn't find the
17  information as sort of itself as a point
18  of how bad it was.
19  Q.    (By Mr. Ritchey) Okay.  What did
20  you see problematic with that?
21        MS. BOLGER:  Object to the
22  form.
23        I think he just answered,

28  (Pages 109 to 112)

Ben Smith                                                          2/26/2021

Page 113

1   but you can answer again.
2   A.    Yeah, I thought it would have been
3   more straightforward here to say I went
4   looking for this thing and couldn't find
5   it, rather than the fact that I couldn't
6   find it proves the thing I thought before.
7   Q.    (By Mr. Ritchey) All right.  I'm
8   going to scroll down here, and looking at
9   the paragraph that starts, nor does Farrow
10  provide any proof, and then you see
11  executives -- I'm sorry, I'm actually
12  going to look at the one below that.
13        It starts, but the reporting in
14  the book does not bear that out.
15  A.    Uh-huh (affirmative).
16  Q.    Do you see that paragraph?
17  A.    Yeah.
18  Q.    And towards the end of that
19  paragraph, you say he's using novelistic
20  technique to make his case?
21  A.    Uh-huh (affirmative).
22  Q.    What does that mean?
23  A.    That he was -- I don't actually

Page 114

1   remember the specific details, but he was
2   using descriptions of people's physical
3   posture and facial expressions to -- and
4   he was extrapolating kind of their motives
5   and what they were thinking from that,
6   which you know -- yeah, that's it.
7   Q.    And did you think that was
8   problematic?
9   A.    Well, I was quoting a woman named
10  Anne Diebel who was criticizing that.
11  Q.    I'm sorry, where is that?
12  A.    That passage is -- there's sort of
13  a passage where I'm quoting a writer, a
14  private critic, and private detective
15  named Anne Diebel who's criticizing him,
16  and I was -- and this is in the context of
17  explaining that she thinks.
18  Q.    Okay.  Did you think he was using
19  a novelistic technique?
20  A.    Yeah, and the objection wasn't so
21  much that he was using a novelistic
22  technique, but that he was specifically
23  describing these facial expressions and

Page 115

1   physical gestures.
2         You know, this was Anne's
3   criticism of him.  I think I'm -- I don't
4   have a real strong opinion on this one.
5   Q.    Is there a reason why you included
6   it in your story then?
7   A.    Yeah, she was -- it's a story
8   about him and she had written -- she was
9   an important voice on it.
10  Q.    Do you agree with her criticism?
11  A.    I agree -- I agree with some of
12  it.  I thought she made some really good
13  points.
14  Q.    What do you agree with?
15  A.    The fundamental point she was
16  making was that Farrow had said, had
17  really indicated that -- it's the quote
18  right above, but he indicated that NBC was
19  essentially being blackmailed by Harvey
20  Weinstein.
21        The allegation here is that Harvey
22  Weinstein knew about Matt Lauer's misdeeds
23  and was blackmailing NBC News and there

Page 116

1   really just wasn't evidence of that.  That
2   was her core contention.
3   Q.    I'm going to scroll down a little
4   to the next page.  All right.
5         And I am looking at the paragraph
6   that starts with the essence of those
7   responses.
8         Do you see where I am?
9   A.    Yeah.  Just give me a second here.
10        MS. BOLGER:  Let Ben
11  understand what you're talking about --
12  A.    No, I understand.
13  Q.    (By Mr. Ritchey) Are you good?
14  A.    Uh-huh (affirmative).
15  Q.    Okay.  You said that the essence
16  of these responses the first legalistic in
17  a misleading way.
18        What did you mean by that?
19        MS. BOLGER:  Object to the
20  form.
21        There's a whole sentence
22  there, but, Ben, if you think it can be
23  broken up, go ahead.

29 (Pages 113 to 116)

Ben Smith                                                    2/26/2021

Page 117

1    A.    Yeah, hold on.
2          Could you scroll up a little bit?
3    I was saying that he had spun these -- he
4    had in public spun this conspiracy about
5    Hillary Clinton trying to kill his story.
6          And then when he got called on it
7    he said he had never really said it, which
8    I considered legalistic.
9          And in the second case it was he
10   was sort of -- he was kind of saying well,
11   this is how -- she was saying he recounts
12   his own experiences which is sort of to
13   say well, I don't know -- like, these were
14   my feelings and that he was kind of
15   accusing Hillary Clinton of doing this
16   stuff based on the fact that that was his
17   sort of feeling as opposed to fact.
18   Q.    (By Mr. Ritchey) Should his
19   feeling have been included in his article?
20         MS. BOLGER:  Object to the
21   form.
22   A.    It depends a lot on -- I'll say
23   yeah, yeah.  Just -- yeah, sure.

Page 118

1    Q.    (By Mr. Ritchey) And why so?
2    A.    Well, I mean, as I said, every --
3    you know, kind of every piece of
4    journalism is different, but in this case
5    it was a long book about, you know, that
6    was partly about these stories and partly
7    about his life so it was normal for him to
8    include his feelings.
9    Q.    Were you critical that he included
10   his feelings in this story?
11   A.    Not in this place, no, that's not
12   what I'm saying here.
13   Q.    In the article as a whole were you
14   critical for him including his own
15   experiences?
16   A.    You know, if there's a spot in the
17   article where you think I am, feel free to
18   point me to it.
19         I mean I think here the issue was
20   that he was trying to kind of say that his
21   feeling was proof of something.
22   Q.    And is there a problem with doing
23   that?

Page 119

1          MS. BOLGER:  Object to the
2    form.
3    A.    You know, in this specific case he
4    didn't really have evidence so that was
5    the problem.
6    Q.    (By Mr. Ritchey) And then in this
7    last sentence it starts, instead
8    Mr. Farrow told us what he wanted to
9    believe about the way power works and now
10   it seems he and his publicity team are not
11   even pretending to know if it's true.
12         What were you trying to convey in
13   that sentence?
14   A.    That he believed --
15         MS. BOLGER:  Object to the
16   form.
17         THE WITNESS:  Should I
18   answer?
19         MS. BOLGER:  Yeah, you can
20   answer.
21   A.    I'm saying there that he believed
22   that Hillary Clinton -- that he believed
23   based on his beliefs that Hillary Clinton

Page 120

1    was pulling strings on behalf of Harvey
2    Weinstein, but he didn't have any evidence
3    for it.
4    Q.    (By Mr. Ritchey) On this last page
5    it talks about you having stock options in
6    BuzzFeed?
7    A.    Yes.
8    Q.    Do you see where I'm talking
9    about?
10         MS. BOLGER:  I don't.
11         MR. RITCHEY:  It's starts in
12   this paragraph says I'm writing for the
13   Times.
14         MS. BOLGER:  I got you.
15   Thanks.
16   Q.    (By Mr. Ritchey) It's under that
17   disclosure.
18         What kind of stock options did you
19   have?
20         MS. BOLGER:  Object to the
21   form.  I'm not sure how that's possibly --
22   A.    Yeah, I don't know technically how
23   you would -- I'm not an expert.  I think

30  (Pages 117 to 120)

Ben Smith                                                    2/26/2021

Page 121

1    of them as being called stock options.
2    Q.    (By Mr. Ritchey) Okay.  You wrote
3    you had stock options.  What were your --
4    what was your understanding of those
5    words?
6    A.    An option to purchase stock in the
7    company, yeah.
8    Q.    Did you ever exercise that option?
9    A.    At an earlier point I did, yeah.
10   Not those options, yeah.  Sorry, it's not
11   -- I don't know the jargon of this that
12   well.
13   Q.    I'm sorry, I'm just not following.
14   If you could just explain.
15   A.    Yeah, it's a way that employees at
16   certain kinds of companies are compensated
17   which is that you can -- you're given an
18   option to buy stock in the company.
19         It expires after a certain period
20   of time and in private companies sometimes
21   you don't buy them because you can't sell
22   them because --
23   Q.    Did you ever buy --

Page 122

1    A.    -- they're not publicly traded.
2    Q.    Did you ever buy stock in
3    BuzzFeed?
4    A.    Yeah, I can't remember the year,
5    but at one point I exercised other options
6    at BuzzFeed, yeah, and then sold it.
7    Q.    When did you sell it?
8    A.    I would have to check.  It was
9    before 2017, or before 2018 let's say.  A
10   while ago.
11   Q.    You say you agreed to divest those
12   options by the end of the year in this
13   article.
14         What does that mean?
15   A.    It meant that I would -- I had
16   discussed with the Times selling them or,
17   yeah, getting rid of them in some way by
18   the end of the year.
19   Q.    Okay.
20         MR. RITCHEY:  We lost Kate.
21         THE WITNESS:  I'm on my own
22   here --
23         MS. BOLGER:  I'm here, I'm

Page 123

1    here, I'm here.  I just had an internet
2    glitch, so I killed my video, but I'm
3    here.
4          MR. RITCHEY:  I just wanted
5    to make sure we didn't lose you.
6          MS. BOLGER:  I wouldn't
7    leave Ben.  Although, I'm sure sometimes
8    he would like me to.
9    Q.    (By Mr. Ritchey) Did you have any
10   stock in BuzzFeed prior to when the
11   article was published?
12   A.    This article that I'm looking at?
13   Q.    I'm sorry, the article written by
14   Katie Baker involved in this lawsuit.
15   A.    I mean, I had options.  I don't
16   think I really held stock in BuzzFeed at
17   any point, but options are a form of --
18   they're a valuable thing.
19   Q.    How is their value determined if
20   you know?
21   A.    I'm not enough of an expert to
22   explain it honestly.
23   Q.    How would they --

Page 124

1    A.    They're tied to the value of the
2    company and whether anybody wants to buy
3    it.
4    Q.    So as the value of the company
5    goes up, your value in stock options goes
6    up?
7    A.    Yeah, basically, I think.
8    Q.    All right.  And then in this next
9    paragraph starts out, and I found more
10   recently.
11   A.    Yeah.
12   Q.    You go on to say when I dug into
13   the Cohen story that for all of
14   Mr. Farrow's attractions to screen-play
15   narratives, he missed one that was made
16   for this moment.
17         What did you mean by his
18   attraction to screen-play narratives?
19   A.    I think I meant what I meant when
20   I was talking about the cinematic stuff
21   before.  Basically stories that lent
22   themselves to telling on television or in
23   movies.

31  (Pages 121 to 124)

Ben Smith                                                    2/26/2021

Page 125

1    Q.    All right.  And then I'm going to
2    start, you know, kind of referring to the
3    article more specifically now, but I still
4    have a little couple of general
5    questions --
6    A.    I'm not -- I'm not trying to rush
7    you at all, but just for my information
8    how much longer do you think we've got?
9    Q.    I wish I could give you a good
10   answer.  I've got, you know, a little bit
11   to go so I can't give you a definite time
12   --
13   A.    I'm going to push my 1:30 a little
14   later.  And actually, can I just have two
15   minutes to eat my sandwich?
16          MR. RITCHEY:  Yeah, we'll
17   just take a quick break.  I'm going to
18   start changing topics anyway.
19          VIDEOGRAPHER:  Off the
20   record at 11:41.
21          (Recess was taken.)
22          VIDEOGRAPHER:  Back on the
23   record at 11:46 a.m.

Page 126

1    Q.    (By Mr. Ritchey) Did you hire
2    Katie Baker?
3    A.    I'm not sure if -- I was, you
4    know, ultimately responsible for all the
5    hiring in the newsroom.
6    Q.    Did you ever meet Katie Baker
7    before she was hired?
8    A.    Yes.
9    Q.    Do you know about how many times?
10   A.    No, I don't remember.
11   Q.    Was there any reason for hiring
12   her?
13          MS. BOLGER:  Object to the
14   form of the question.
15          You can answer if you
16   understand it.
17   A.    I mean, you hire people because
18   you think they're good reporters.
19   Specifically another journalist named
20   Rosie Gray had introduced us or had
21   recommended her.
22   Q.    (By Mr. Ritchey) Did you think
23   Katie Baker was a good reporter?

Page 127

1    A.    I don't recall what I thought at
2    the time.  I assume I did because I hired
3    her.
4    Q.    Do you remember anything specific
5    that led to her hiring?
6    A.    I remember that Rosie Gray had
7    recommended her.
8    Q.    Who is Rosie Gray?
9    A.    She's a reporter who's at BuzzFeed
10   still -- or back at BuzzFeed.
11   Q.    Do you know of any stories Katie
12   wrote that were not investigative reports?
13          MS. BOLGER:  Object to the
14   form of the question.
15          You can answer, Ben, if you
16   understand what it means.
17   A.    You know, there's not -- there's
18   not a -- these stories are all specific
19   and don't fall into kind of narrow buckets
20   so I'm trying -- you know what, I believe
21   she wrote an opinion column for the New
22   York Times once that she certainly
23   wouldn't call an investigative report.

Page 128

1          I'm sure she, you know, people
2    write all sorts of things and there aren't
3    kind of neat boxes that articles go on,
4    but that's a good example of one, an
5    opinion piece.
6    Q.    (By Mr. Ritchey) Did many of Katie
7    Baker's or do you know of how many, if at
8    all, of her stories involve some sort of
9    investigation?
10   A.    I couldn't give you a percentage.
11   Q.    Did many of them involve
12   investigating?
13          MS. BOLGER:  Object to the
14   form.
15   A.    You know, I can think of some that
16   did but I just don't have a comprehensive
17   list in my head.
18   Q.    (By Mr. Ritchey) Was she known for
19   investigative reporting?
20   A.    Yes.
21          MS. BOLGER:  Object to the
22   form.
23   A.    Yes.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 129

1 Q.    (By Mr. Ritchey) Did she have any
2 type of beat while working for BuzzFeed?
3 A.    She was on our investigations team
4 most recently and before that was on our
5 national desk, and I don't remember the
6 specifics of what her sort of -- and I'm
7 trying to remember where she was before
8 that. Yeah, I don't -- those were the two
9 I remember.
10 Q.    (By Mr. Ritchey) Do you know if
11 she had any specific beat she wrote about?
12        MS. BOLGER:  Objection.
13 That's literally the same question. He
14 just answered it.
15        If you want to answer it
16 again, you can.
17        MR. RITCHEY:  I don't think
18 he answered it, and I'm just trying to get
19 an answer.
20 A.    I just don't remember what
21 specifically her assignment was.
22 Q.    That's fine.
23        Have you ever told Katie Baker

Page 130

1 that her stories were not getting enough
2 views, shares, impressions or clicks?
3 A.    No.  You know, you know, I don't
4 think so.  But, again, I had lots of
5 conversations with lots of people over
6 eight years so I could be failing to
7 remember.
8 Q.    Have you ever told anyone or any
9 reporter at BuzzFeed that their stories
10 were not getting enough views, shares,
11 impressions, or clicks?
12 A.    I wouldn't have ever said it quite
13 that way, but certainly, you know, I would
14 be concerned about stories that nobody was
15 reading, sure.
16 Q.    How would you say it?
17 A.    It would really depend on the
18 specifics, but, I mean, I might say, you
19 know, looks like people aren't that
20 interested in this team or whatever.
21        I mean, let's try to write about
22 something people are more interested in
23 but, you know, it's always specific.

Page 131

1        I wasn't going around saying these
2 things in the abstract.
3 Q.    Okay.  Was it important for
4 stories to have, you know, a large amount
5 of views, shares, impressions, or clicks?
6        MS. BOLGER:  Object to the
7 form.
8 A.    Those are four different things or
9 maybe -- yeah, I don't even know what
10 clicks are really -- you know, actually I
11 do.
12        Yeah, those are different things.
13 You know, I would say, yeah, it's really
14 -- I mean, we all want our stories to be
15 read by people and so I think we always
16 were trying to think about, you know, we
17 think is a really important story or we
18 think this is a really entertaining story
19 or we think, you know, we think people
20 would like to know this, that's why you're
21 doing the story, so, yeah, you absolutely
22 always want people to read it.
23        And those are kind of in some ways

Page 132

1 different ways of measuring whether people
2 are interested in reading it.
3 Q.    When did you first hear that Katie
4 Baker was investigating or writing about
5 the Rondini rape allegations?
6 A.    I don't remember.
7 Q.    Can you ballpark it for me?
8 A.    No.
9 Q.    Did you know about it before the
10 article was published?
11 A.    I believe you showed me the email
12 in which I commented on the headline
13 before it was published, so I must have,
14 yeah, based on that, but I don't really
15 have any independent memory of it.
16        Sorry, correction, you didn't show
17 me the email.  My counsel showed me the
18 email before this.
19 Q.    Okay.
20        MS. BOLGER:  Don't tell him
21 too much more about what we talked about
22 -- or anything more we talked --
23 A.    And then she told me to say -- no.

Ben Smith                                               2/26/2021

Page 133

1    Q.    (By Mr. Ritchey) I'm just going to
2  try to run through just a few things just
3  to see if we can refresh your recollection
4  so just let me know if you don't remember
5  or whatever.
6       But did Katie Baker ever pitch the
7  story to you?
8    A.    I was shown an email, but I just
9  don't remember when it was from.  I don't
10  remember.
11    Q.    Do you remember what that email
12  said?
13    A.    You know, I read it either this
14  week and I ought to remember but I do not.
15    Q.    Do you remember who was on that
16  email?
17    A.    Me and Katie Baker.  But, again,
18  now I'm doubting whether that email was
19  before or after publication, so I'm not
20  being very useful here.
21    Q.    Okay.
22    A.    But I assume you have it and I'm
23  happy to refresh my memory if you want to

Page 134

1  show me some documents.
2    Q.    We may get to that in a little
3  bit.  Do you know if she pitched that
4  story to anyone else at BuzzFeed?
5    A.    I don't know.  I mean, I assume
6  yeah, we had a pitching process --
7       MS. BOLGER:  Don't assume.
8  Don't assume.
9    A.    -- so I -- oh, okay.  No.
10    Q.    (By Mr. Ritchey) Can you tell me
11  the extent of your involvement in the
12  article?
13    A.    You know, I really don't recall
14  it.
15    Q.    Did you help write the article?
16    A.    Not that I recall.
17    Q.    Did you help edit the article?
18    A.    Not that I recall.
19    Q.    Did you ever review the article
20  before publication?
21    A.    Based on the email I was shown
22  this week, I believe I did.
23    Q.    Did anyone ever consult you for

Page 135

1  any editing purposes --
2    A.    Did we lose, Scotch?  There you
3  are.
4       COURT REPORTER:  Looks like
5  maybe Kate froze.
6       MS. BOLGER:  I'm here.  I
7  just was standing still like a statute.
8    Q.    (By Mr. Ritchey) Did anyone ever
9  consult you for editing purposes related
10  to the article?
11    A.    Based on that email I saw it, it
12  sounds like they were asking me about the
13  headline?  Or was that an email?  Based on
14  some documents I saw in preparation for
15  this.
16    Q.    Do you remember --
17       MS. BOLGER:  Don't assume.
18  Neither Scotch nor I want you to assume.
19    A.    Then I don't remember.
20    Q.    (By Mr. Ritchey) But you don't
21  remember anyone specifically coming to you
22  in person --
23    A.    No.

Page 136

1    Q.    -- asking you -- okay.
2       Were you ever kept in the loop
3  concerning the progress of the article?
4       MS. BOLGER:  Object to the
5  form.
6    A.    I don't remember.
7    Q.    (By Mr. Ritchey) Would that be
8  something you normally would be?
9    A.    It varied a lot based on -- yeah,
10  it varied a lot story to story.
11    Q.    Would you get updates from time to
12  time about the stories that were being
13  written in BuzzFeed News?
14    A.    Just totally varied based on the
15  different stories and the different
16  editors.
17    Q.    Could you view drafts of the
18  article?
19    A.    I don't remember.
20    Q.    Did you ever have -- do you have
21  access to the Google document that related
22  to the article?
23    A.    Do I now?

34  (Pages 133 to 136)

Ben Smith                                                    2/26/2021

Page 137

1    Q.    And did you?
2    A.    I don't remember.
3    Q.    Is that something normally you
4    would have access to?
5    A.    Just depended a lot article to
6    article what people shared with me.
7    Q.    Did you suggest any changes on the
8    article?
9    A.    I was shown an email that
10   suggested -- that showed I suggested a
11   change to a different headline.
12   Q.    And the way I understand how
13   Google documents works it seems to be that
14   there's one document that multiple people
15   can either edit or suggest changes to; is
16   that your understanding as well?
17   A.    Yes.
18   Q.    Could you see that or did you have
19   access to that document?
20   A.    I don't remember.
21   Q.    If you wanted to see that
22   document, could you get access to it?
23   A.    I mean I could have asked or

Page 138

1    somebody could have shared it with me.  I
2    didn't have access -- I didn't have like
3    privileges to go into things that people
4    didn't share.
5    Q.    Do you ever remember viewing any
6    suggestions or edits that were made in the
7    Google document?
8    A.    I don't remember.
9    Q.    Do you consider the article an
10   investigative report?
11   A.    Yeah.
12   Q.    And in your own terms what is an
13   investigative report?
14   A.    Well, I wouldn't say it's a
15   clearly defined category and I've said,
16   you know, good journalism at some level is
17   investigative.
18        It's finding out facts that were
19   not previous, you know, large or small
20   that weren't previously known or reported.
21   Q.    In your own words what's the
22   article about?
23        MS. BOLGER:  Objection.  The

Page 139

1    article speaks for itself.
2        Ben, you can answer.
3    A.    Yeah, could I take a look at it?
4    I just want to refresh my memory.  Would
5    you mind showing it to me?
6    Q.    (By Mr. Ritchey) Yeah.  Give me
7    one second.
8        All right.  I am showing the
9    article that's the subject of this lawsuit
10   and -- do you think this has been marked
11   before?
12        MS. BOLGER:  You're more
13   accurately showing him a printout of the
14   article, but yes.
15        MR. RITCHEY:  Printout of
16   the article.
17        Kate, do you want to re-mark
18   this?
19        MS. BOLGER:  Didn't we mark
20   it?
21        MR. RITCHEY:  I think we
22   have.  I can't remember what exhibit it is
23   though.

Page 140

1        COURT REPORTER:  I'm sorry,
2    I don't know off the top of my head
3    either.
4        MS. BOLGER:  We actually
5    marked it as part of the complaint as
6    Exhibit 10.  Do you want to just do that?
7        MR. RITCHEY:  Why don't we
8    just go ahead and re-mark it?
9        MS. BOLGER:  Okay.
10       COURT REPORTER:  It will be
11   113.
12       MR. RITCHEY:  This will be
13   Exhibit 113.
14       (Whereupon, a document was marked
15       as Plaintiff's Exhibit No. 113 and
16       is attached to the original
17       transcript.)
18   Q.    Ben, let me know where you want to
19   go and I'll be happy to take you there.
20   A.    I'm looking at it.
21       And, sorry, the question -- I
22   think the question is what's the story
23   about?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                    2/26/2021

Page 141

1    Q.    Correct.
2    A.    It's a story about a college
3    student who accused a powerful guy of rape
4    and really the sequence of events that
5    happened after that leading up to her
6    suicide.
7    Q.    And how is law enforcement
8    portrayed in this article?
9           MS. BOLGER:  Object to the
10   form.
11   A.    What do you mean?
12   Q.    (By Mr. Ritchey) What's your
13   perception of the law enforcement involved
14   in these investigations and allegations
15   that's written about in the article?
16          MS. BOLGER:  Object to the
17   form.  It's not --
18   A.    I mean, I don't have any --
19          MS. BOLGER:  -- about what
20   Ben thinks the article says.  The article
21   says what the article says.
22          Ben, you can testify what
23   your reaction is.

Page 142

1    A.    So I'm confused.  You're asking me
2    to just literally read what the article
3    says?
4    Q.    (By Mr. Ritchey) No, I'm asking
5    just your reaction to what law enforcement
6    did according to the article or didn't do
7    according to the article?
8    A.    I mean, I guess I just don't have
9    the article committed to memory.  I can
10   start at the top and go through it.  I
11   mean, it says they spoke to the victim.
12          MS. BOLGER:  Scotch, surely
13   you don't want him to read the whole
14   article while we sit here.
15   A.    It says they concluded that no
16   rape occurred and that they started
17   building a case against Megan.
18          MS. BOLGER:  I don't see
19   where you are because I can only see one
20   screen.
21          THE WITNESS:  Sorry, I
22   opened another window --
23          MS. BOLGER:  Scotch, you've

Page 143

1    got to scroll.
2          Ben, don't do that.  Sorry,
3    I'm telling you what to do based on what
4    Scotch is doing.
5          THE WITNESS:  Sorry.
6          Yeah, if you wouldn't mind
7    just scrolling -- you know, I don't -- I
8    feel like --
9          MS. BOLGER:  Let him --
10         COURT REPORTER:  I'm sorry,
11   I can't --
12         MS. BOLGER:  All right, Ben,
13   stop for a second.
14         Scotch, why don't you ask
15   the pending question again and then Ben
16   answer the question rather than scrolling.
17         MR. RITCHEY:  Do you mind
18   repeating?
19         (Whereupon, requested portion was
20         read back by court reporter.)
21         MS. BOLGER:  I object to the
22   form of that question.
23         Ben, if you have an answer

Page 144

1    that's --
2    A.    Yeah, I don't think I really -- I
3    mean, I think I describe, you know, a
4    number of different things law enforcement
5    did and they're in the article.
6    Q.    (By Mr. Ritchey) Do you believe
7    the article is fully accurate and fair?
8    A.    You know, I wasn't involved in the
9    reporting and I don't have any kind of
10   independent access to the details, but I
11   have just total confidence in Katie Baker
12   and her editors to get this kind of thing
13   right.
14   Q.    Do you know if any part of the
15   article was false?
16   A.    Again, I don't have any
17   independent sort of access to the
18   information in Tuscaloosa, but based on,
19   you know, both Katie Baker and the very
20   experienced editors she worked with and
21   their kind of careers of really great
22   journalism, I have no doubt that what they
23   say is accurate is, in fact, accurate.

36  (Pages 141 to 144)

Ben Smith                                                          2/26/2021

Page 145

1    Q.    Do you know of any part of the
2    article that is misleading?
3    A.    So I don't again have any -- you
4    know, I don't have any independent
5    knowledge of the situation and the people
6    involved.
7          And so what I can go on is how
8    well I know the journalists involved, and
9    so based on that I really have a lot of
10   confidence and total confidence that they
11   got it right.
12   Q.    Did you review any material that
13   was gathered during the investigative
14   process of this article?
15   A.    Not that I recall.
16   Q.    Could you have reviewed this
17   material?
18   A.    Which material?
19   Q.    Any material that Katie Baker or
20   anyone else gathered during the
21   investigation of these Rondini
22   allegations?
23   A.    Yeah, I could -- as the

Page 146

1    editor-in-chief I could certainly get
2    involved in stories and get into the
3    details.
4    Q.    Do you know if Katie Baker left
5    out any material that she gathered in the
6    article?
7    A.    You know, I just really wasn't
8    involved in the reporting, writing,
9    editing of the article so I just don't
10   know.
11   Q.    Did you decide to not be involved
12   based on the experience of Katie Baker and
13   the editors on the article?
14   A.    No.  You know, on any given day,
15   week or month we were doing a lot of
16   different things, and I think there were
17   different reasons organizationally why
18   different people would be involved in
19   different stories.  I don't think there
20   was any -- yeah.
21   Q.    I believe you said you actually
22   have read the article; is that right?
23   A.    Yes.

Page 147

1    Q.    Did you view the clips in the
2    article?
3    A.    No.  The video clips you mean?
4    Q.    That's right.
5    A.    No.
6    Q.    You never played them?
7    A.    I don't remember playing them.  I
8    haven't this week, and I don't recall if I
9    did, you know, years ago.
10   Q.    Prior to the publication of the
11   article, did you have a conversation with
12   anyone other than your attorneys that
13   concerned the article or the drafting
14   process of the article?
15   A.    I was shown some emails this week
16   that showed that I did, but other than
17   that I just don't know and have any memory
18   of it.
19   Q.    You don't remember any specific
20   conversations?
21   A.    No.
22   Q.    What about after publication?
23   And, again, I don't want to know about

Page 148

1    anything you discussed with your
2    attorneys.
3    A.    What all I remember are
4    conversations involving this case with my
5    attorneys.
6    Q.    Okay.  Did you ever discuss with
7    anyone about adding information to the
8    article?
9    A.    I don't remember that.
10         MS. BOLGER:  Object to the
11   form.
12   A.    You mean after it was published?
13   Q.    (By Mr. Ritchey) At any point.
14   A.    I don't remember doing that, no.
15   Q.    Did you ever think the article
16   should be corrected?
17   A.    No.
18   Q.    Did you ever think the article
19   should be retracted?
20   A.    No.
21   Q.    Why not?
22         MS. BOLGER:  Object to the
23   form.

37  (Pages 145 to 148)

Ben Smith                                              2/26/2021

Page 149

1        Answer what you know, but if
2   what you know is based on a conversation
3   with an attorney, and I have no idea
4   whether it is or isn't, don't answer it.
5   But if you have independent knowledge,
6   feel free to give it.
7   A.    So I don't really have any
8   knowledge beyond our discussions in this
9   case and my read of your complaint of the
10  sort of independent details of the story.
11       All I know is that it was done by,
12  you know, really experienced, capable
13  journalists and I'm really confident it's
14  accurate.
15  Q.    (By Mr. Ritchey) What is your
16  knowledge about the experience of Katie
17  Baker?
18  A.    I know that she's -- I mean, I
19  know that I worked with her on major
20  investigations, and particularly the one
21  that sticks in my mind is the World
22  Wildlife Federation and that she's a
23  really good reporter.

Page 150

1   Q.    (By Mr. Ritchey) You said the
2   worldwide --
3   A.    I'm sorry the World Wildlife
4   Federation, the one with the panda logo.
5        MS. BOLGER:  Not the
6   wrestlers.
7        MR. RITCHEY:  I'm sorry?
8        MS. BOLGER:  Not the
9   wrestlers, the old WWF.   I have a
10  brother.
11  Q.    (By Mr. Ritchey) Did that major
12  investigation involve any allegations of
13  sexual assault or rape?
14  A.    You know, it was about the
15  mistreatment of people by kind of
16  anti-poaching police and I believe it
17  included sexual mistreatment, but I don't
18  -- no, actually I don't remember is the
19  right answer to that question.
20  Q.    Do you know how long Katie Baker
21  has been a journalist?
22  A.    No.
23  Q.    Do you know Katie Baker's

Page 151

1   experience prior to joining BuzzFeed?
2   A.    Not in detail.
3   Q.    Do you know who made the decision
4   not to retract the article?
5   A.    I don't believe there was ever any
6   consideration of retracting the article.
7   I don't recall a decision of any sort.
8   Q.    Were you involved in any
9   discussion not involving your attorneys
10  concerning retracting the article?
11  A.    No.
12  Q.    Do you still stand by the article?
13  A.    Yes.
14  Q.    And do you still support its
15  publication?
16       MS. BOLGER:  Object to the
17  form.
18  A.    I don't know -- I'm not sure what
19  you mean by that.
20  Q.    (By Mr. Ritchey) Do you still
21  think it should be published?
22  A.    Do you think -- are you asking if
23  I think it should have been published?

Page 152

1   Because I don't think -- or are you asking
2   if I think they should publish it
3   tomorrow?  What do you mean?
4   Q.    Well, it's still published online.
5   Should it still --
6   A.    Oh, I see.  Should it stay on the
7   internet?
8   Q.    Yes.
9   A.    Yes.
10  Q.    And what's your reasoning behind
11  that?
12  A.    Well, I think the story of this
13  young woman who reported a -- who reported
14  her allegations of rape against a powerful
15  man and the sort of sequence of events
16  between that that ended in her suicide is
17  an important story and I think the
18  journalists who worked on it were very
19  experienced and capable journalists and
20  that's what we do.
21  Q.    Why is it an important story?
22  A.    You're asking me why a young
23  woman's suicide is important?  I think it

38  (Pages 149 to 152)

Ben Smith                                            2/26/2021

| Page 153 |
|---|

```
 1    is per se I guess.
 2         I don't really understand why I
 3    would need to explain that.  That just
 4    seems like a really sad meaningful thing
 5    that you would want to understand what
 6    happened.
 7    Q.    I understand that, and it is, but
 8    do you report every young woman's suicide?
 9    A.    No.
10    Q.    Was there any reason why this
11    particular story was more important that
12    the others?
13         MS. BOLGER:  Object to the
14    form.  He never said that.
15    A.    Yeah, I don't think I did.  What
16    do you mean?
17    Q.    (By Mr. Ritchey) Is there any
18    reason why this young woman's suicide was
19    reported as opposed to another suicide?
20    A.    I mean, there are a lot of
21    reasons, you know, why you would pick one
22    tragedy rather than another to cover.
23    Most -- you know, a lot -- if you had
```

| Page 154 |
|---|

```
 1    resources, you'd probably cover more
 2    stories for sure.
 3         But I don't think we -- yeah.  And
 4    I would say actually add I'm speaking kind
 5    of in the abstract.  I don't specifically
 6    recall any of the decision making around
 7    why we covered this story.
 8    Q.    (By Mr. Ritchey) Was the article
 9    written from a certain subject's
10    perspective?
11         MS. BOLGER:  Object to the
12    form.  Lack of foundation.  He's already
13    testified he didn't write the article.
14         Ben, you can answer.
15    A.    I mean we could go through it and,
16    you know, there are places where Megan's
17    perspective as reflected in public
18    documents is given.
19         There are places where you're
20    quoting police officers and police
21    reports.  There are places where her
22    family I believe is quoted.
23         I think there's places where her
```

| Page 155 |
|---|

```
 1    friends are quoted.  It's like most I
 2    would say news articles, it reflects a
 3    variety of perspectives.
 4    Q.    (By Mr. Ritchey) Could Adam Jones
 5    and Josh Hastings' names have been left
 6    out of the article?
 7         MS. BOLGER:  Object to the
 8    form.
 9         You can answer.
10    A.    I mean, I think all sorts -- I
11    think I don't quite understand what you
12    mean.
13    Q.    (By Mr. Ritchey) Is there any
14    particular reason why Adam Jones and Josh
15    Hastings' names was included in the story?
16    A.    You know, it's standard when
17    you're writing about public servants doing
18    their public activities to name them
19    usually, yeah.
20         There's also video -- I think, I
21    didn't watch it, but I believe it shows
22    them.  Yeah, I think they were important
23    figures in their -- you know, as police
```

| Page 156 |
|---|

```
 1    officers doing their jobs who were a big
 2    part of the story or -- yeah.
 3    Q.    (By Mr. Ritchey) I think you're
 4    telling me the story was about her rape
 5    allegations and the things that happened
 6    afterwards.
 7         What do Officers Jones and
 8    Hastings have to do with that?
 9    A.    Well, again, I don't have, you
10    know, any sort of an independent knowledge
11    of the facts, but what the story reports
12    was that she reported this rape and had a
13    series of interaction.
14         One of those sets of things, one
15    of the institutions she interacted with
16    was the police.  I don't know the name of
17    the police department but -- and she had a
18    series of interactions with them so that's
19    certainly important to the story.
20    Q.    What's your understanding of those
21    interactions?
22         MS. BOLGER:  Object to the
23    form.
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                    2/26/2021

Page 157

1    A.    Yeah, I don't have an independent
2    understanding because I didn't -- you
3    know, I haven't done the reporting myself.
4    So all I really know is what I read in the
5    story.
6          And if you'd like we can kind of
7    go through line by line, but I don't
8    really have an understanding beyond what
9    is written in the story.
10   Q.    (By Mr. Ritchey) You don't know
11   where Katie Baker got any of her
12   information, do you?
13   A.    No.
14         MS. BOLGER: I'm sorry, I
15   didn't hear that. Can you say it again,
16   Scotch?
17         MR. RITCHEY: Do you mind
18   repeating that?
19         (Whereupon, requested portion was
20         read back by court reporter.)
21         MS. BOLGER: Great. Sorry.
22   Garbled.
23   A.    No. Well, I would say there are

Page 158

1    references to public documents and there's
2    a videotape in the story, so I assume
3    those are -- that's where some of the
4    information -- I mean most of the
5    information the story says where it's
6    from, but I don't have any indication
7    beyond that of where it came from.
8    Q.    (By Mr. Ritchey) You never saw the
9    actual source of the information written
10   or shown in the article?
11   A.    Well, there is a video in the
12   article. As I said, I didn't watch it.
13   Q.    But you haven't seen the full
14   video; right?
15   A.    As I said, I didn't watch the
16   video.
17   Q.    Do you know now there is a full
18   video related to those clips included in
19   the article?
20   A.    You know, I didn't -- I don't --
21   unfortunately, I wasn't involved in the
22   reporting or editing of the article. I
23   don't really have any independent

Page 159

1    knowledge. If you tell me that, I believe
2    you.
3    Q.    After the publication of the
4    article did you review anything that Katie
5    Baker or anyone that helped her gather
6    evidence concerning this article?
7    A.    Did I --
8          MS. BOLGER: I'm sorry,
9    Scotch, say that again. I didn't --
10   A.    I have heard of it, but I don't
11   understand it.
12         Do you mean did I ever read
13   another article by them about anything?
14   Q.    (By Mr. Ritchey) Let me re-read
15   the question. I may have not ended it
16   well.
17         If you don't mind, Nancy.
18         COURT REPORTER: And y'all
19   are kind of talking over each other, just
20   a reminder.
21         (Whereupon, requested portion was
22         read back by court reporter.)
23   A.    Could you just ask that a little

Page 160

1    more specifically because I don't think
2    you're asking me if I ever read any
3    article by any of these people in any
4    context; right?
5    Q.    (By Mr. Ritchey) No. I'm more
6    asking after the article was published did
7    you review any material that Katie Baker
8    gathered related to the article?
9    A.    The only conversations I've had
10   about this article since it was published
11   have been with counsel.
12         Well, I don't want to be
13   categorical. There may be others, but I
14   certainly haven't talked about details or
15   evidence.
16         I guess I had that one
17   conversation with Katie about the process
18   being long.
19   Q.    But at this time you still have
20   never seen any material Katie Baker
21   gathered for this article?
22   A.    Well, I read your complaint so
23   I've seen what's in there.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                      2/26/2021

Page 161

1    Q.    And that's the extent of your
2    knowledge?
3    A.    I've -- I mean --
4          MS. BOLGER:  Yes,
5    unprivileged knowledge.
6    A.    Yeah, unprivileged knowledge, yes.
7    Q.    (By Mr. Ritchey) Did you ever read
8    the Tuscaloosa News article written by
9    Stephanie Taylor concerning the same
10   Rondini allegations?
11   A.    I don't recall reading it.
12   Q.    Did you ever have any
13   correspondence with Stephanie Taylor or
14   the Tuscaloosa News concerning the
15   BuzzFeed article or the Tuscaloosa News
16   article?
17   A.    I don't recall any.  That doesn't
18   mean that I didn't.
19   Q.    If you did have correspondence, do
20   you know what -- would you have done it in
21   a phone call or an email?
22         MS. BOLGER:  Object to the
23   form.  He just said --

Page 162

1    A.    I talk to lots of people all day
2    in lots of different ways.
3    Q.    (By Mr. Ritchey) Have we discussed
4    all of your involvement with the article?
5    A.    As I said, I mean all -- I mean I
6    wasn't -- let's say have we discussed all
7    of my involvement with the article?  All
8    that I can recall.
9    Q.    Okay.  Do you know if the article
10   received any awards?
11   A.    I don't know.
12   Q.    Did Katie Baker ever receive any
13   awards related to the article?
14   A.    I don't know.
15   Q.    Did BuzzFeed ever receive any
16   awards related to the article?
17   A.    I don't know.
18   Q.    Did Katie Baker ever receive a
19   raise as a result of the article?
20   A.    You know, we didn't typically tie
21   compensation to sort of a specific
22   article, but beyond that I don't really
23   know the details of Katie's compensation.

Page 163

1    Q.    Do you know if she got a raise
2    after the article was published?
3    A.    I don't know.
4    Q.    I'm going to share with you what's
5    been Bates-stamped BuzzFeed 3731.
6          MS. BOLGER:  Are we marking
7    it?
8          MR. RITCHEY:  Yes, we're
9    going to mark it.  It's going to be
10   Exhibit 114.
11         (Whereupon, a document was marked
12         as Plaintiff's Exhibit No. 114 and
13         is attached to the original
14         transcript.)
15   Q.    Ben, if you'll just let me know
16   when you have a chance to review.
17   A.    Yeah, I see that.
18   Q.    Is this one of the emails you were
19   referencing before?
20   A.    Yeah, yeah.
21   Q.    Do you remember viewing any stats
22   concerning the article prior to this
23   email?

Page 164

1    A.    No.
2          MS. BOLGER:  Objection.  I
3    don't really know what a stat is.
4    Q.    (By Mr. Ritchey) Do you know how
5    many views the article had prior to this
6    email or right before when you sent this
7    email?
8    A.    No.
9    Q.    Do you know if the article was
10   trending while this email was sent or
11   right before this email was sent?
12   A.    Yeah, the word trending got used
13   in different ways at different times, but
14   I don't remember anything at all about the
15   readership of this article.
16   Q.    Have you viewed any statistics
17   concerning this article?
18   A.    Not that I recall.
19   Q.    You say here at the Tuscaloosa
20   story.  Is that the article we're talking
21   about here?
22   A.    I believe so.
23   Q.    And you say it's stunning; is that

41  (Pages 161 to 164)

Ben Smith                                              2/26/2021

Page 165

1     right?
2     A.     That's what it says.
3     Q.     What is stunning about it?
4     A.     I don't remember what I meant in
5     this email.  I mean it was meant as
6     praise, but beyond that I don't remember.
7     Q.     Do you remember why you were
8     praising Katie?
9     A.     No.
10    Q.     And it looks like you were the
11    last one to respond to this email.
12         Do you know if Katie ever
13    responded back?
14    A.     No.  And I'm just looking at the
15    time stamps on it and I don't know who was
16    in what time zone, but it looks like
17    what's going on -- I don't really know
18    what's going on with the time zones there.
19    I don't know.  I don't have any memory of
20    this exchange.
21    Q.     I think what happened is this was,
22    and I don't know if it's true or not, but
23    it's my theory that this was possibly

Page 166

1     taken off Katie Baker's computer which
2     would have had a different time stamp than
3     you.
4          MS. BOLGER:  That theory is
5     not correct.
6          MR. RITCHEY:  Okay.  Sorry.
7     I thought that was a good one.
8          Do you know actually why
9     they are different, Kate, off the record?
10         (Off-the-record discussion.)
11         MR. RITCHEY:  We can go back
12    on now.
13         (Whereupon, a document was marked
14         as Plaintiff's Exhibit No. 115 and
15         is attached to the original
16         transcript.)
17    Q.     (By Mr. Ritchey) I'm going to show
18    you what's been marked or what has been
19    Bates-stamped as BuzzFeed 3399 and we'll
20    mark this as 115, Exhibit 115.
21         If you'll just let me know when
22    you've had a chance to review.
23    A.     Yeah, I see it.

Page 167

1     Q.     Was this the other email you
2     referenced before in our discussions?
3     A.     This isn't an email, but it may
4     be.  This is something I reviewed in
5     preparation for today.
6     Q.     Was there any other email that you
7     reviewed in preparation for today?
8     A.     I can't -- other email that I
9     reviewed in preparation for today.
10         Shoot, I can't remember.  I
11    definitely reviewed this and the previous
12    one you showed me.
13    Q.     Okay.  Do you think there's
14    another one or you just can't remember?
15    A.     I'm not sure.
16    Q.     Do you remember sending or
17    receiving any other email than these two
18    that relate to the article?
19    A.     No.  And I should say I also don't
20    remember sending or sending that other one
21    or making this comment.
22    Q.     Do you have any reason to believe
23    these emails are inaccurate or not --

Page 168

1     A.     No, no, I believe they're accurate
2     and I believe that they're authentic.
3     Q.     And is this the one email we were
4     talking about where you had the headline
5     suggestion?
6          MS. BOLGER:  Object to the
7     form.  Again, not an email, but, yes, go
8     ahead.
9     A.     Yes, this is the -- yes, this is
10    the --
11    Q.     (By Mr. Ritchey) Well, what is
12    this because it appears to be an email in
13    my view?
14    A.     Google documents can send sort of
15    alert and change and submit the document
16    as an email if you have your settings set
17    up in a certain way, I think.  So it looks
18    like Marisa got like a ping.
19    Q.     Okay.  But this was --
20    A.     It wasn't an email from me.
21    Q.     Okay.  This wasn't an email from
22    you, but this was where you were making
23    suggestions to the headline?

42  (Pages 165 to 168)

Ben Smith                                                                          2/26/2021

<table>
<tr><td>

Page 169

1    A.    Yeah, that's right.
2    Q.    All right.  I'm showing you the
3  BuzzFeed News Standards and Ethics Guide
4  and we'll mark this as Exhibit 116.
5         (Whereupon, a document was marked
6         as Plaintiff's Exhibit No. 116 and
7         is attached to the original
8         transcript.)
9    Q.    Are you familiar with this
10 document?
11   A.    Yes.
12   Q.    Did you assist in creating this
13 guide?
14   A.    Yes, excuse me for one moment
15 while I let me dog out of the room.
16        (Off the record.)
17   A.    Yeah, I did.
18   Q.    Okay.  What was your involvement
19 in creating this document?
20   A.    I don't recall in detail.
21   Q.    In general do you have any --
22   A.    You know, I was ultimately
23 responsible for it and sort of solicited

</td><td>

Page 170

1  input to it, edited it, contributed.
2    Q.    Was this policy in effect when the
3  article was published?
4    A.    It was updated at various times.
5  This looks like this was updated on
6  September 12, 2019.
7         So I think this is a version that
8  was updated after article was published,
9  but a version of it was in effect.
10   Q.    Do you remember what was updated?
11   A.    I remember we made a lot of
12 changes and additions, but I don't
13 remember specifically.
14   Q.    Let me scroll down to a portion of
15 it.
16        MS. BOLGER:  I think going
17 to law school makes you say really
18 annoying things, so I'm about to say it
19 now.
20        This is obviously a
21 printout, and just for the record, there's
22 some -- on the bottom of the pages there's
23 some blurred texts, so I'm just saying

</td></tr>
<tr><td>

Page 171

1  that for the record.
2         MR. RITCHEY:  Okay.  I'm not
3  trying to get into that blurred text, so I
4  think the part I'm getting into should be
5  fine.  If not, let me know.
6    Q.    Do you see the heading legal and
7  ethics at the top of the page?
8    A.    Yes.
9    Q.    And then underneath you see
10 activism?
11   A.    Yes.
12   Q.    And then in that first paragraph
13 underneath that it says we firmly believe
14 that a number of issues including civil
15 rights, women's rights, anti-racism, and
16 LGB equality they're not two sides.
17        Do you see where I reading that?
18   A.    Yeah.
19   Q.    What does that mean, they're not
20 two sides?
21   A.    It means that we don't think that,
22 you know, you should treat in the case of
23 racism you should quote a member of the

</td><td>

Page 172

1  Klan as sort of a respectable spokesman
2  for a cause the way you would other causes
3  for instance.
4    Q.    Okay.  What about in the view of
5  women's rights, what would that entail?
6    A.    I don't recall what we were
7  specifically -- what we were specifically
8  thinking, but again, you know if somebody
9  -- that we wouldn't -- if somebody views
10 that women shouldn't have the right to
11 vote, for instance, that's not something
12 we would probably treat as part of the
13 normal political conversation.  I think
14 this is -- yeah.
15   Q.    Would this part of the policy
16 cover sexual assaults or rape allegations
17 or stories regarding those?
18   A.    You know, I think actually it's a
19 not in the policy, but I can't ever think
20 of a news organization that thought murder
21 or sexual assault was something that was
22 good.
23   Q.    Okay.  But --

</td></tr>
</table>

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                                            2/26/2021

Page 173

1    A.    I think -- I mean, I don't think
2    it would be considered activism in a
3    newsroom to consider sexual assault,
4    murder, theft, any kind of real crime
5    something that you would cover like two
6    sides.
7    Q.    What if the story involved an
8    attempt to change the law or change
9    community response to a sexual assault or
10   rape?
11         MS. BOLGER:  Object to the
12   form of the question.
13   A.    Yeah, I mean, I don't think that's
14   really -- that's not what this is -- I
15   mean, yeah, I don't really see -- I guess
16   I don't totally understand the question.
17   Q.    (By Mr. Ritchey) You say you
18   didn't believe sexual assault allegations
19   or rapes were part of an activism?
20   A.    I didn't say allegations.  I just
21   said I didn't think that there was -- I
22   just don't think that in the news
23   journalism business or the legal

Page 174

1    profession generally there's sort of a
2    pro-sexual assault position that's
3    widely -- you know, I've never really
4    heard that.
5    Q.    Okay.  But I'm just asking --
6    A.    -- assault --
7    Q.    -- I'm just asking would this
8    policy cover sexual assault stories
9    written by BuzzFeed?
10   A.    Yeah, it would cover all stories
11   written by BuzzFeed.
12   Q.    Did BuzzFeed have any internal
13   controls to determine accuracy and
14   fairness in the articles?
15         MS. BOLGER:  Object to the
16   form.  I don't know what accuracy --
17   A.    I mean, I think --
18         MS. BOLGER:  -- and internal
19   controls are, but if you do -- sorry, Ben,
20   we talked over each other.
21         That's the Zoom.  My
22   objection, Nancy, was that I don't know
23   what internal controls mean, but if Ben

Page 175

1    answers -- can answer he can and I think
2    Ben said he didn't know what he meant.
3    Q.    (By Mr. Ritchey) Was there any
4    program or any type of policy or
5    guidelines that was used by BuzzFeed to
6    determine accuracy and fairness?
7    A.    No, I think -- I mean, the entire
8    news operation, like most news operations,
9    is directed toward accuracy and fairness.
10        It wasn't some specific part of
11   the operation.  I mean there were lots and
12   lots of things we did for that reason.
13   Q.    What do you mean lots and lots of
14   things?
15   A.    I mean we would call people.  We
16   could look at documents.  We would check
17   -- we would recheck documents.
18        We would have a reporter and an
19   editor work together on the story.  Just
20   really the entire huge part of what a
21   newsroom does is to make sure that you get
22   things right.
23   Q.    And other than what you just

Page 176

1    discussed, are there any other ways to
2    make sure you've got it right?
3    A.    There are hundreds.  Should I just
4    keep going?  I'm not sure what you mean.
5    Q.    Just the big picture will be fine.
6    I don't want you to list everything you
7    can think of but --
8    A.    It's really the -- it's a huge
9    share of the entire job.  So it's what
10   most people in the newsroom are doing most
11   of the day, gathering information.
12   Q.    Do you know if BuzzFeed made any
13   money off the article?
14   A.    I believe at the time -- I don't
15   believe that we did at the time it was
16   published.  I think we were not running
17   display advertising at that time.
18   Q.    What about after?
19   A.    But I'm not an expert on this.
20   Q.    What about after publishing?
21   A.    There was a point, and I don't
22   know the specific dates, when we switched
23   -- when we started putting display

44  (Pages 173 to 176)

Ben Smith                                          2/26/2021

Page 177

1    advertising on the side of articles.
2         I think it was after publication.
3    I believe you talked to my old colleague
4    Jessica Probus who is very in the weeds of
5    this.  I was not and I am not now.
6    Q.    Did you ever talk to Jessica about
7    this deposition?
8    A.    No.
9    Q.    Did you ever talk to Jessica about
10   the article?
11   A.    No.
12   Q.    What was the reason to start
13   including advertisement on BuzzFeed news
14   articles?
15   A.    The -- the BuzzFeed advertising
16   business changed from -- changed in kind
17   of the technical ways of the advertising
18   industry and we decided that it was no
19   longer in contradiction to do the
20   basically traditional form of advertising,
21   which is to have it on the side of the
22   articles in tandem with the other
23   businesses.

Page 178

1    Q.    And what led to that decision?
2    A.    I mean all sorts of internal
3    conversations, which I mostly wasn't a
4    part of on our advertising side.
5    Q.    Did BuzzFeed News make any money
6    prior to those -- to implementing those
7    advertisement banners?
8         MS. BOLGER:  Objection.  You
9    mean ever -- I don't understand.  You mean
10   ever?
11   A.    What do you mean ever?  Yeah.
12   Q.    (By Mr. Ritchey) Like BuzzFeed
13   News just in particular prior to those
14   banner advertisements being put on the
15   articles.
16   A.    Yes.
17   Q.    How so?
18   A.    I mean, again, I'm not sure how
19   much detail you want.  We would
20   occasionally put on events.
21        There were business development
22   deals with other companies and then there
23   was sort of questions of how you attribute

Page 179

1    the revenue generated by other forms of
2    advertising, but we weren't a free
3    standing company.
4         We were a business and operating
5    unit and so there's sort of there were a
6    -- there were questions of how you account
7    for all sorts of things as well as certain
8    relatively minor business lines.
9    Q.    Okay.  But just BuzzFeed News
10   articles specifically, I'm not talking
11   about the other BuzzFeed articles that
12   were published.
13        Did BuzzFeed News articles
14   specifically make any money prior to
15   implementation of those banner ads?
16   A.    Was there money if you looked at
17   the page was there any -- no.
18   Q.    Okay.  And there was no way to
19   attribute whether BuzzFeed News articles
20   generated income as opposed to just
21   BuzzFeed.com articles?
22   A.    I mean this company certainly
23   worked to attribute to figure out how to

Page 180

1    sort of do attribution, but I don't think
2    there was ever a clear way to do it.
3    Q.    Okay.  How did they try to do it?
4    A.    I wasn't involved and don't
5    remember.
6    Q.    Was there a reason that BuzzFeed
7    News articles were not monetized prior to
8    those implementations of the banner ads?
9    A.    The implementation of banner ads
10   wasn't specific to news.  BuzzFeed
11   articles in general weren't monetized
12   through display advertising because
13   BuzzFeed had a different advertising model
14   that was I think no-sponsored content.
15        Although I don't recall if news --
16   which articles went into display first and
17   which didn't.
18   Q.    Do you know if BuzzFeed sells
19   viewers' information to third parties?
20   A.    I don't know.
21   Q.    Do you know if BuzzFeed could
22   track how people reached their sites or
23   stories?

45  (Pages 177 to 180)

Ben Smith                                                    2/26/2021

Page 181

1            MS. BOLGER:  Object to the
2    form.
3       A.    Sometimes.
4       Q.    (By Mr. Ritchey) What do you mean
5    sometimes?
6       A.    You could -- if somebody came from
7    Facebook or from Twitter, you could see
8    that but sometimes you didn't know where
9    they came from, but you could -- you could
10   tell what other website they were coming
11   from.
12      Q.    How was that able to be
13   determined?
14           MS. BOLGER:  Object to the
15   form.  You mean a timeframe?  Do you mean
16   this article?
17      Q.    (By Mr. Ritchey) I guess we can --
18      A.    I was not -- I'm not a technical
19   specialist.  I can't tell you the
20   technical details.
21      Q.    Okay.  But there is a way to track
22   where viewers came from outside of the
23   BuzzFeed website; is that right?

Page 182

1       A.    Yeah, not all of the viewers but
2    there were some.
3       Q.    Do you know if that information is
4    kept anywhere?
5       A.    Yeah, reporters, editors had
6    access to a dashboard that would show
7    that.
8       Q.    What's that dashboard called?
9       A.    I think it was called Dashboard.
10   Might have been called Dashbird at some
11   point.
12      Q.    Do you know if BuzzFeed was able
13   to track where people geographically
14   viewed the article?  And I mean the
15   article we're talking about here today --
16      A.    I don't recall.  I certainly don't
17   know.
18      Q.    Do you know in general if that's
19   able to be done?
20      A.    I know in general it's able to be
21   done on the internet.  I can't remember
22   how we did it at BuzzFeed if we did.
23      Q.    Would that be on the Dashbird

Page 183

1    application?
2            MS. BOLGER:  Object to the
3    form.  He just said he doesn't know.
4       A.    Yeah, I can't remember.
5       Q.    (By Mr. Ritchey) Do you know what
6    a trending badge is?
7       A.    Trending badge.  I think I know
8    what you're referring to.
9       Q.    What is it?
10      A.    Well, I don't think we called it
11   that or I can't remember what I called it,
12   but there was an indication to readers
13   that a story was being very widely red
14   with a red circle, or being very widely
15   shared.
16      I don't remember the formula for
17   what it was, but it was to indicate that a
18   story was getting a lot of people.
19      Q.    Okay.  Do you know what the viral
20   Dashboard is?
21      A.    Yeah, that's what I just described
22   to you.
23      Q.    Okay.  The Dashbird or Dashboard?

Page 184

1       A.    Yeah.
2       Q.    Do you know what re-buzzed by
3    in-depth means?
4       A.    No.
5            Oh, yes, I'm sorry, I do.  It
6    means that there was a page on the site
7    whose username was in-depth and that it
8    was open -- that was sort of jargon
9    meaning, that this story had been reposted
10   to that page as well as to the home page
11   or to where it was showing up.
12      Q.    Okay.  So in-depth was a different
13   page on BuzzFeed.com?
14      A.    Or BuzzFeedNews.com, I don't
15   remember which --
16      Q.    Okay, and what would in-depth,
17   what would the in-depth page post?
18      A.    You know, I have no memory of it.
19   The name is in-depth so I figure things
20   that are in-depth.
21      Q.    Do you know what Pound is?
22           MS. BOLGER:  Object to the
23   form.  You mean like in currency?

46 (Pages 181 to 184)

Ben Smith                                                2/26/2021

Page 185

1    Q.    (By Mr. Ritchey) It's an acronym
2    for Process for Optimizing and
3    Understanding Network Diffusion.
4    A.    I remember the word but I don't
5    remember how it worked or what the details
6    were.
7    Q.    Do you have any general idea of
8    what it is?
9    A.    No.
10   Q.    Do you know who would know?
11   A.    No.
12   Q.    Do you know if any particular
13   audience was targeted for the article?
14   A.    No.
15   Q.    Would the amount of views
16   generated by the article increase
17   BuzzFeed's value?
18         MS. BOLGER:  Object to the
19   form.
20   A.    Not in any meaningful way.
21   Q.    (By Mr. Ritchey) Why not?
22   A.    I mean the company published
23   hundreds of articles a week and its value

Page 186

1    is really dependent on some of the longer
2    term trends, not any one article published
3    one day.
4    Q.    Do you know if it's difficult to
5    make a news story go viral?
6          MS. BOLGER:  Object to the
7    form.
8    A.    What do you mean by go viral?
9    Q.    (By Mr. Ritchey) What does viral
10   mean to you?
11   A.    Typically it means that people are
12   sharing it, sharing a story with each and
13   talking about it.
14   Q.    Let's use that definition.
15   A.    I think, you know, good stories
16   typically people do want to share them and
17   talk about them.  Not all; some they
18   don't.
19   Q.    Are news stories more difficult to
20   make go viral than say the quizzes or
21   lists published on BuzzFeed.com?
22         MS. BOLGER:  Object to the
23   form.

Page 187

1    A.    It's not so much about the -- no,
2    not per se.
3          I mean it's not -- this -- sorry,
4    it's a complicated question.  I've spent
5    all my career thinking about it, so it's
6    hard for me to give you a quick answer.
7    Q.    (By Mr. Ritchey) What do you mean
8    you spent a lot of your career thinking
9    about that?
10   A.    I mean, if you're a journalist
11   you're trying to think about how do you do
12   stories that people want to talk about and
13   people are interested in and people care
14   about and that are important to them, and
15   so you can do that well or badly.  It's
16   not a sort of blanket answer.
17   Q.    And that affects what type of
18   stories journalists write about?
19   A.    Yeah, journalists have always
20   tried do articles that people are
21   interested in and people care about.
22         MR. RITCHEY:  If you'll just
23   give me one second, I'm going to review my

Page 188

1    notes and see if there's anything, but we
2    may be just about done.  If we can just
3    take a five or ten minute break.
4          VIDEOGRAPHER:  Off the
5    record at 12:48.
6          (Recess was taken.)
7          VIDEOGRAPHER:  Back on the
8    record at 12:53 p.m.
9    Q.    Are there different ways of
10   measuring how people are reading a
11   particular article or story on BuzzFeed?
12         MS. BOLGER:  Object to the
13   form.
14         You can answer.
15   A.    Not that I can think of, although
16   maybe I'm not understanding you correctly.
17   Q.    (By Mr. Ritchey) How does BuzzFeed
18   measure how an article is being shared or
19   viewed?
20   A.    I don't know sort of exactly the
21   technical way in which the data sort of
22   comes from the server or sort of how
23   software reads statistics off server logs

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Ben Smith                                          2/26/2021

|  | Page 189 |
|---|---|

1  works, but you can tell if visited people
2  and you can tell where they visited from
3  and you can tell if they've clicked, for
4  instance, the Facebook share or the
5  Pinterest share or the Twitter share
6  button on the page and how long they spent
7  on the page as well.
8  Q.    Are there any other statistics
9  that you --
10  A.    Sure, there are lots, but I don't
11  --
12  Q.    Are those the most important
13  statistics to you?
14  A.    It really depends on kind of what
15  you're trying to understand.
16  Q.    What kind of statistics do you or
17  did you look at most for a particular
18  article?
19  A.    I look at how many people read an
20  article, what percentage of the traffic
21  came from people clicking on the story in
22  BuzzFeed versus people sharing it and
23  talking about it elsewhere.  Those are

|  | Page 190 |
|---|---|

1  important.
2          MR. RITCHEY:  I think that's
3  all I've got.
4          MS. BOLGER:  No questions.
5          VIDEOGRAPHER:  Off the
6  record at 12:55 and this concludes the
7  deposition.
8
9      [The deposition was concluded at
10  12:55 p.m., and further deponent saith
11  not.]
12
13
14
15
16
17
18
19
20
21
22
23

|  | Page 191 |
|---|---|

1          CERTIFICATE
2  STATE OF ALABAMA   )
3  TUSCALOOSA COUNTY  )
4      I hereby certify that the above and
5  foregoing proceedings were taken down by
6  me in stenotype, and the questions and
7  answers thereto were reduced in transcript
8  form by computer-aided transcript under my
9  supervision, and that the foregoing
10  represents a true and correct transcript
11  of the proceedings occurring on said date
12  at said time.
13      I further certify that I am neither
14  of counsel nor of kin to the parties to
15  the action, nor am I anywise interested in
16  the results of said cause.
17  Signed February 26, 2021.
18
19  /s/ Nancy Pannell, CCR
20  NANCY PANNELL, CCR
21  Alabama CCR No. 30, Expires 9/30/2021
22  Commissioner for the State of Alabama at
23  Large, Commission expires 07/17/2021

48  (Pages 189 to 191)

Ben Smith

2/26/2021

Page 192

**A**

**a.m** 1:19 6:13
  11:12 12:2
  125:23
**able** 102:20
  181:12 182:12
  182:19,20
**absolutely** 32:23
  131:21
**abstract** 86:21
  87:10 88:7,21
  90:5 131:2
  154:5
**access** 84:9
  92:17 93:10
  95:4 136:21
  137:4,19,22
  138:2 144:10
  144:17 182:6
**accommodate**
  13:19
**accompanied**
  18:6
**account** 27:2,3,4
  27:13,14,14,15
  27:17,18,19,19
  29:22 179:6
**accounts** 26:22
  28:9
**accuracy** 49:18
  50:17 174:13
  174:16 175:6,9
**accurate** 49:16
  50:11 52:1,5
  52:14 54:22
  55:1 79:12,17
  80:2 81:2,11
  82:1 83:18
  84:6,8 105:7
  106:3 107:14
  144:7,23,23
  149:14 168:1
**accurately**
  139:13
**accused** 43:14

**43:22** 141:3
**accusing** 117:15
**acronym** 185:1
**acted** 44:3
**acting** 11:4
**action** 13:9
  191:15
**activism** 171:10
  173:2,19
**activities** 155:18
**actual** 88:20
  158:9
**Adam** 1:8 155:4
  155:14
**add** 154:4
**adding** 148:7
**additions** 5:7
  170:12
**address** 26:13
  26:19
**ads** 179:15
  180:8,9
**adult** 30:17,18
  30:23
**advertisement**
  177:13 178:7
**advertisements**
  178:14
**advertisers** 56:3
**advertising**
  55:23 176:17
  177:1,15,17,20
  178:4 179:2
  180:12,13
**affirmative**
  37:19 41:12
  76:3 113:15,21
  116:14
**afraid** 85:13
**aggressively**
  45:4
**ago** 25:9 38:7
  99:23 103:10
  122:10 147:9
**agree** 115:10,11
  115:11,14

**agreed** 6:2,15,23
  122:11
**ahead** 47:21
  50:6 70:8
  81:19 94:13
  105:14 116:23
  140:8 168:8
**Alabama** 1:2
  2:18 6:11 9:10
  9:23 11:2,4,11
  11:23 24:19,22
  25:21 26:6,9
  30:12,15,18
  36:15 65:20
  66:2,6,11
  78:10,12 191:2
  191:21,22
**Aleksej** 16:20
**alert** 168:15
**Alex** 20:12
**Aliceville** 25:10
**allegation**
  115:21
**allegations**
  33:15 39:6
  43:6 44:2,4
  55:16 60:10,12
  60:18,19 62:18
  72:10 132:5
  141:14 145:22
  150:12 152:14
  156:5 161:10
  172:16 173:18
  173:20
**alleged** 102:16
  102:17
**allow** 56:3
**allows** 93:6,13
**Amendment**
  75:17
**AMERICAS**
  9:15
**amount** 77:20
  78:22 131:4
  185:15
**and/or** 5:7

**Anne** 114:10,15
**Anne's** 115:2
**Anniston** 36:16
  36:18 37:7,16
**annoying**
  170:18
**anonymous**
  33:23
**answer** 14:6,15
  14:20 18:2
  22:21,22 36:14
  46:16,18 49:5
  50:3,5,8,14
  51:1 52:10
  64:21 67:23
  68:2,4 75:21
  76:9 78:6
  80:16,23 81:18
  83:4,14 85:20
  86:17,18 88:8
  90:4,16 91:12
  94:12 95:7
  96:23 97:2
  100:15 103:8
  104:8,12
  105:12 106:12
  108:8 109:22
  110:13 113:1
  119:18,20
  125:10 126:15
  127:15 129:15
  129:19 139:2
  143:16,23
  149:1,4 150:19
  154:14 155:9
  175:1 187:6,16
  188:14
**answered** 80:14
  80:22 110:12
  112:23 129:14
  129:18
**answering** 14:23
**answers** 14:8
  175:1 191:7
**anti-poaching**
  150:16

**anti-racism**
  171:15
**anybody** 124:2
**anymore** 29:21
**anyway** 125:18
**anywise** 191:15
**apologized**
  70:20
**apology** 70:3
**appears** 111:14
  168:12
**apple** 30:8
**apple-g** 30:10
**apple-r** 30:10
**application**
  183:1
**applied** 36:15
**applies** 82:18
**apply** 90:20
  101:7
**applying** 36:11
**appropriate**
  76:19,23 88:11
**appropriately**
  44:4
**approximate**
  15:10
**approximately**
  6:12 11:12
**armed** 30:20
  31:9
**arrested** 31:13
**article** 8:11,13
  8:15 17:1,4
  18:5,12,14
  21:13 22:6
  24:5 50:2
  54:22 55:6
  58:4 67:17,21
  68:5,22 69:5
  70:3,12,15
  73:17 75:18
  77:15,21 78:8
  78:9,10,12
  81:10 82:12,18
  82:20 83:5,12

83:16,18 84:2
91:14,23 92:11
94:1 98:10
99:18 100:4,9
100:23 103:6
104:2,4,9
117:19 118:13
118:17 122:13
123:11,12,13
125:3 132:10
134:12,15,17
134:19 135:10
136:3,18,22
137:5,6,8
138:9,22 139:1
139:9,14,16
141:8,15,20,20
141:21 142:2,6
142:7,9,14
144:5,7,15
145:2,14 146:6
146:9,13,22
147:2,11,13,14
148:8,15,18
151:4,6,10,12
154:8,13 155:6
158:10,12,19
158:22 159:4,6
159:13 160:3,6
160:8,10,21
161:8,15,16
162:4,7,9,13
162:16,19,22
163:2,22 164:5
164:9,15,17,20
167:18 170:3,8
176:13 177:10
181:16 182:14
182:15 185:13
185:16 186:2
188:11,18
189:18,20
**articles** 49:19
  50:11 51:9
  53:7,11,13
  54:18 66:23

67:12 68:6,11
69:12,12 77:13
82:14 83:2,3
105:22 106:3
128:3 155:2
174:14 177:1
177:14,22
178:15 179:10
179:11,13,19
179:21 180:7
180:11,16
185:23 187:20
**asked** 105:10,14
  137:23
**asking** 23:6
  47:17,18 82:4
  135:12 136:1
  142:1,4 151:22
  152:1,22 160:2
  160:6 174:5,7
**assault** 35:22
  41:2 42:2,22
  60:13 62:17
  66:10 101:15
  102:14,17,21
  112:2 150:13
  172:21 173:3,9
  173:18 174:2,6
  174:8
**assaults** 38:5,21
  66:3 172:16
**assign** 7:4
**assignment**
  129:21
**assist** 169:12
**assume** 14:15
  127:2 133:22
  134:5,7,8
  135:17,18
  158:2
**assuming** 36:23
  55:14
**attached** 2:7,9
  2:14,15 73:10
  91:20 140:16
  163:13 166:15

169:7
**attempt** 173:8
**attend** 61:3,5,8
  61:12,14 65:1
**attorney** 66:9,14
  66:15,18 149:3
**attorneys** 19:10
  20:7 147:12
  148:2,5 151:9
**attraction**
  124:18
**attractions**
  124:14
**attractive** 59:11
**attribute** 178:23
  179:19,23
**attribution**
  180:1
**audible** 14:7
**audience** 108:2
  185:13
**audiences**
  107:11
**audio** 49:11
**authentic** 168:2
**authority** 53:23
**automatically**
  3:2
**Avenatti** 97:11
  99:3,13
**Avenatti's** 97:5
**Avenue** 2:17
  9:15
**awards** 162:10
  162:13,16

──────────
**B**
──────────
**Bachelor** 29:4
**back** 38:10,13
  41:5 42:4
  58:17 59:9
  67:8 71:19
  72:5 85:3,5,8
  104:18 108:8
  125:22 127:10
  143:20 157:20

159:22 165:13
166:11 188:7
**background**
  34:8
**bad** 112:14,18
**badge** 183:6,7
**badly** 187:15
**Baker** 1:12 8:16
  20:12,20 55:8
  55:14 123:14
  126:2,6,23
  129:23 132:4
  133:6,17
  144:11,19
  145:19 146:4
  146:12 149:17
  150:20 157:11
  159:5 160:7,20
  162:12,18
**Baker's** 128:7
  150:23 166:1
**ballpark** 40:10
  132:7
**Baltic** 34:23
  36:8 37:17,21
  38:3 39:11
**banner** 178:14
  179:15 180:8,9
**banners** 178:7
**based** 70:18
  88:19 117:16
  119:23 132:14
  134:21 135:11
  135:13 136:9
  136:14 143:3
  144:18 145:9
  146:12 149:2
**basically** 78:21
  81:2 109:14
  112:10 124:7
  124:21 177:20
**basis** 17:7 54:12
**Bates-stamped**
  163:5 166:19
**bear** 113:14
**beat** 129:2,11

**beginning** 34:14
  34:17
**begins** 96:7
**behalf** 120:1
**beliefs** 119:23
**believe** 15:12
  23:21 24:6
  25:22 32:7,21
  44:5 55:16
  58:22 75:11,13
  77:5,10 95:20
  119:9 127:20
  132:11 134:22
  144:6 146:21
  150:16 151:5
  154:22 155:21
  159:1 164:22
  167:22 168:1,2
  171:13 173:18
  176:14,15
  177:3
**believed** 47:10
  84:6 119:14,21
  119:22
**Ben** 1:11,16 2:1
  5:3,11 6:5 8:13
  11:13,20 12:13
  12:20 13:4,6,7
  15:23 18:3
  22:22 28:14,20
  29:5 46:12,16
  46:18 47:19,20
  49:23 55:11
  64:21 67:23
  70:7 71:7
  75:21 76:9
  79:10 80:17
  81:17 85:12
  86:2 90:16
  100:15 104:8
  104:12 105:12
  105:14 106:12
  116:10,22
  123:7 127:15
  139:2 140:18
  141:20,22

Ben Smith                                                                2/26/2021

Page 194

143:2,12,15,23
154:14 163:15
174:19,23
175:2
**Ben's** 18:10
91:11
**Ben@BuzzFe...**
26:17
**Benjamin** 13:3,5
**Benny** 68:12,22
69:20
**BenPolitico** 28:8
**benyt** 28:6
**best** 5:6 105:16
**bet** 28:21
**better** 39:15,15
39:16 59:12
72:21 73:12
**beyond** 33:7
79:21 149:8
157:8 158:7
162:22 165:6
**big** 156:1 176:5
**bigger** 74:7
**Birmingham**
2:17,18 6:9 9:3
9:23 10:3 11:2
11:9 25:6
**bit** 25:18 27:11
34:10 74:11
92:5 108:5
109:18 117:2
125:10 134:3
**bits** 56:19
**blackmailed**
115:19
**blackmailing**
115:23
**blanket** 187:16
**blog** 33:8,11,23
34:1
**blogger** 41:17
**blowing** 99:10
**blue** 74:6
**blurred** 170:23
171:3

**Bob** 12:8
**BOBBY** 9:5
**Bolger** 9:13
12:10,10,19
15:13,23 18:1
18:10 22:20
28:22 39:3
46:7,11 47:1,5
47:16 49:20
50:12 52:7,17
55:9 58:9
59:23 63:9,15
64:19 66:17
67:2,22 70:4
71:7,20 72:14
72:23 73:13,18
74:12 75:14
76:8 77:7,14
78:4,11 79:8
80:13,21 81:12
82:13,22 83:15
84:23 85:9
86:1,15,18
87:4,15,19
88:12 90:7,14
91:4,10 92:21
94:10 95:5,23
96:20 97:1
98:2 100:5,13
101:4 103:7,23
105:9,23 106:9
106:23 107:3
107:20 110:11
112:21 116:10
116:19 117:20
119:1,15,19
120:10,14,20
122:23 123:6
126:13 127:13
128:13,21
129:12 131:6
132:20 134:7
135:6,17 136:4
138:23 139:12
139:19 140:4,9
141:9,16,19

142:12,18,23
143:9,12,21
148:10,22
150:5,8 151:16
153:13 154:11
155:7 156:22
157:14,21
159:8 161:4,22
163:6 164:2
166:4 168:6
170:16 173:11
174:15,18
178:8 181:1,14
183:2 184:22
185:18 186:6
186:22 188:12
190:4
**book** 113:14
118:5
**boss** 45:14 54:13
**bottom** 111:13
170:22
**bought** 29:23
**BOULEVARD**
9:9
**boxes** 128:3
**boy-a-r** 16:16
**brand** 57:19
**break** 13:17
71:5,8,21
125:17 188:3
**breaking** 46:23
47:4,6 51:10
**briefed** 76:15,20
**briefly** 93:6,13
**broad** 46:10,13
49:22 50:5
84:6
**broadened**
47:12
**broke** 57:23
**broken** 116:23
**brother** 150:10
**Brown** 28:23
**buckets** 127:19
**building** 9:22

142:17
**bunch** 90:1
**burn** 59:15
**business** 27:10
173:23 177:16
178:21 179:4,8
**businesses**
177:23
**businessman**
15:19 16:14
**busy** 71:17
**button** 189:6
**buy** 121:18,21
121:23 122:2
124:2
**BuzzFeed** 1:11
1:11 8:15,17
8:18,19 15:19
16:6 17:2,23
18:5 21:3
22:11 26:14,19
31:23 32:16
34:12 35:17
44:13 45:5,7,7
46:3,5,22
48:21 51:4
53:6,18,21
55:20 56:5,8
57:21 58:3,23
59:17 68:13
69:13,16 72:9
83:3,6,11,13
90:18 120:6
122:3,6 123:10
123:16 127:9
127:10 129:2
130:9 134:4
136:13 151:1
161:15 162:15
163:5 166:19
169:3 174:9,11
174:12 175:5
176:12 177:13
177:15 178:5
178:12 179:9
179:11,13,19

180:6,10,13,18
180:21 181:23
182:12,22
188:11,17
189:22
**BuzzFeed's**
185:17
**BuzzFeed.com**
56:7,15 57:1
179:21 184:13
186:21
**BuzzFeedBen**
28:7 29:13,14
**BuzzFeedNew...**
58:1 184:14

─────────────
              C
─────────────

**C** 9:1
**Calderone** 8:11
72:12
**call** 13:4,6 16:9
23:1,9 34:19
35:2 84:21
106:6 127:23
161:21 175:15
**called** 33:12
34:23 35:8,12
36:4 61:6 62:7
62:9 93:21
94:3 106:21
111:22 117:6
121:1 182:8,9
182:10 183:10
183:11
**calls** 50:1
**campaign** 70:18
**Campbell** 20:13
**campus** 25:17
**capable** 149:12
152:19
**capitalize** 47:14
48:3,6
**care** 108:19
187:13,21
**career** 32:23
34:9 187:5,8

**careers** 144:21
**carefully** 2:5
**Carolyn** 61:2
**Carroll** 20:14
**case** 1:5 11:20
  15:15,17 17:7
  17:8 19:1,4,23
  20:3,8 23:16
  33:22 42:3
  43:7,12 66:14
  66:16 76:12,18
  78:19 81:21
  82:12 88:5
  101:15,16
  111:3 112:14
  113:20 117:9
  118:4 119:3
  142:17 148:4
  149:9 171:22
**cases** 35:22 41:3
  42:23 89:21,23
  101:8
**categorical**
  160:13
**category** 138:15
**cause** 11:14
  172:2 191:16
**causes** 172:2
**CCR** 1:21
  191:19,20,21
**center** 74:10
  97:11
**central** 95:14,16
**certain** 53:21
  84:1 108:1
  121:16,19
  154:9 168:17
  179:7
**certainly** 56:2,2
  82:17 127:22
  130:13 146:1
  156:19 160:14
  179:22 182:16
**Certificate** 2:11
  2:16 3:1 5:1
  8:5 191:1

**Certified** 6:6
  11:1
**certify** 5:18 11:5
  191:4,13
**chains** 24:10
**chance** 163:16
  166:22
**change** 28:10
  36:9 42:14
  47:15 48:3
  57:3,10 99:14
  137:11 168:15
  173:8,8
**changed** 28:12
  47:11 49:1
  111:7 177:16
  177:16
**changes** 2:6,8,12
  137:7,15
  170:12
**changing** 125:18
**characters**
  110:3
**charge** 57:13,15
  57:16
**charged** 31:12
**charges** 43:2
**check** 29:12
  32:10 38:19
  40:9 42:21
  122:8 175:16
**checking** 54:18
  54:20
**children** 30:17
**choice** 37:9,12
**choices** 77:21
  78:23
**choose** 53:20
**chosen** 37:10
**cinematic** 96:14
  97:16 124:20
**circle** 183:14
**circulating**
  76:14
**circulation**
  76:22

**circumstances**
  85:22 107:15
**city** 35:7 38:17
  40:22 41:17
  61:7 78:17
**civil** 2:20 11:6
  171:14
**claim** 17:4,10
  84:7
**claims** 18:20
**clarify** 13:23
**CLARK** 9:22
**classes** 64:8 65:1
  65:6,9,15
**clean** 14:11,14
**clear** 52:19
  68:19 80:6
  97:20 98:4
  109:8 180:2
**clearly** 138:15
**click** 58:8
**clicked** 189:3
**clicking** 189:21
**clicks** 130:2,11
  131:5,10
**Clinton** 117:5
  117:15 119:22
  119:23
**clips** 147:1,3
  158:18
**close** 28:23
**Clubhouse**
  27:14
**Cockrell** 9:5,5,7
  12:8,8
**Cohen** 124:13
**colleague** 177:3
**college** 61:12
  141:2
**column** 41:20
  106:13 127:21
**Column's** 71:15
**columnist** 41:21
  59:18 60:7,11
**come** 37:10 86:8
  86:22

**comes** 68:16
  70:12 188:22
**comfortable**
  17:14 95:10
**coming** 135:21
  181:10
**commencing**
  6:12 11:11
**comment**
  167:21
**commented**
  132:12
**commenters**
  33:23
**Commission**
  191:23
**Commissioner**
  11:4 191:22
**committed**
  100:19 142:9
**common** 28:15
**commonly** 81:7
**community**
  173:9
**companies**
  55:19 121:16
  121:20 178:22
**company** 33:6
  54:14 75:20
  121:7,18 124:2
  124:4 179:3,22
  185:22
**compensated**
  121:16
**compensation**
  162:21,23
**complaint** 22:5
  65:21 140:5
  149:9 160:22
**complete** 14:5,6
**compliance** 6:19
**complicated**
  31:2 99:6
  111:8 187:4
**complicating**
  96:15 98:12,22

98:22
**component**
  62:23
**composed** 89:5
  89:5,6,8
**comprehensive**
  65:14 128:16
**computer** 166:1
**computer-aided**
  191:8
**concern** 17:1
  103:13
**concerned**
  130:14 147:13
**concerning** 65:2
  66:2,6,10
  69:20 91:2
  136:3 151:10
  159:6 161:9,14
  163:22 164:17
**concluded**
  142:15 190:9
**concludes** 190:6
**conduct** 43:15
  43:23 66:1
**Conference** 6:10
  11:10
**confidence**
  144:11 145:10
  145:10
**confident**
  149:13
**confirm** 101:19
**confused** 142:1
**confusing**
  101:23
**Congress** 43:9
**congressman**
  43:14
**consider** 78:2
  138:9 173:3
**consideration**
  151:6
**considered**
  117:8 173:2
**conspiracies**

Ben Smith

2/26/2021

Page 196

98:17
**conspiracy**
117:4
**consult** 134:23
135:9
**consulted** 66:8
**content** 47:11
49:11 56:1,4
57:12,16,17,20
180:14
**contention**
116:2
**contents** 66:13
**context** 24:7
77:2 83:19
87:9 92:6
107:9 109:6,18
110:1 114:16
160:4
**contradiction**
85:16 177:19
**contradictions**
84:18 85:23
86:13
**contributed**
170:1
**controls** 174:13
174:19,23
**conversation**
147:11 149:2
160:17 172:13
**conversations**
20:10,16,18,22
66:13 130:5
147:20 148:4
160:9 178:3
**convey** 119:12
**core** 116:2
**corner** 73:20
74:5
**correct** 5:6 37:1
66:14 67:12
69:4,7,11 70:1
75:13 92:11
93:10 102:8
106:7 108:20

109:11 141:1
166:5 191:10
**corrected** 68:15
69:2 148:16
**correction** 16:2
68:20 132:16
**corrections** 3:3
5:7
**correctly** 188:16
**correspondence**
161:13,19
**corroborate**
101:18 102:10
**corroborated**
101:22 102:1
**corroboration**
98:15 103:14
**counsel** 6:4 7:1
7:3 11:7 12:3
132:17 160:11
191:14
**countries** 51:17
**counts** 27:21
**COUNTY** 191:3
**couple** 125:4
**course** 32:9 49:2
66:6 71:17
102:18
**courses** 63:5,11
63:12,14,18,20
63:23 64:3,5
**court** 1:1,20
6:20 11:22
12:4,16,21
14:8 58:17,19
67:8 73:4
84:13 85:8
97:14 99:15
104:18 135:4
140:1,10
143:10,20
157:20 159:18
159:22
**cover** 38:2,21
42:22 62:17
153:22 154:1

172:16 173:5
174:8,10
**covered** 34:21
38:23 41:3
42:3 44:3 45:3
51:10,11,12,14
51:15,15,16,18
51:19 60:9,12
60:15,16 154:7
**covering** 39:8
49:12,12
**crazy** 46:13
**creating** 110:22
169:12,19
**crime** 31:13
34:21 100:19
173:4
**criminal** 66:5
**critic** 114:14
**critical** 106:18
107:17 118:9
118:14
**criticism** 115:3
115:10
**criticizing**
114:10,15
**currency** 184:23
**current** 19:12
28:7
**currently** 24:15
26:1,6 30:2
**cursor** 93:2,3

_____

**D**

**D** 8:1
**Daily** 35:13 41:9
42:8,12 43:17
43:20
**Dashbird**
182:10,23
183:23
**dashboard**
182:6,8,9
183:20,23
**data** 188:21
**date** 2:11,21

5:14 11:5 12:1
15:9 23:23
191:11
**dates** 22:10 25:3
57:8 176:22
**DAVIS** 9:14
**day** 5:17 36:19
51:11 59:3,3,4
71:16 146:14
162:1 176:11
186:3
**day-to-day**
54:12
**days** 2:21
**deadline** 71:12
**deal** 53:3
**deals** 178:22
**decide** 54:7 88:5
146:11
**decided** 177:18
**deciding** 88:17
**decision** 151:3,7
154:6 178:1
**decisions** 87:9
88:19,23 89:2
89:22 90:1
**defamation**
15:18 16:23
**defamed** 17:11
**defendant** 16:6
**Defendant(s)**
1:13 9:12
**defendants**
12:11,12 32:16
**Defends** 72:9
**defer** 16:3
**define** 109:5
**defined** 138:15
**definite** 125:11
**definitely**
167:11
**definition** 79:17
79:20 80:11
186:14
**degree** 62:2
**delivers** 96:13

**department**
156:17
**depend** 88:19
98:6 130:17
**depended** 137:5
**dependent**
186:1
**depends** 90:21
117:22 189:14
**deponent**
190:10
**Deponent's** 2:11
2:16,23 5:1
**deposed** 15:15
19:20,21
**deposition** 1:15
1:22 2:4,14,22
3:4 6:5,16,17
7:6 11:19
13:13 15:3
20:4,8 22:2
177:7 190:7,9
**depositions** 6:21
32:18
**describe** 144:3
**described**
183:21
**describes** 70:13
**describing**
114:23
**descriptions**
114:2
**desk** 129:5
**detail** 85:19
111:10 151:2
169:20 178:19
**detailed** 52:21
111:9
**details** 16:4
20:21 26:12
44:1 82:5,7
84:5 88:20
89:1 90:21
96:16 98:13
100:1,3 103:10
104:20 114:1

Ben Smith                                                2/26/2021

Page 197

149:10 160:14
162:23 181:20
185:5
**detective** 114:14
**determine**
174:13 175:6
**determined**
123:19 181:13
**developed** 36:6
**development**
178:21
**dictionary** 79:20
**Diebel** 114:10
114:15
**different** 13:14
56:17,18,19
57:12 65:9
76:11 77:18
78:14,18,20
86:4,7,8,19
87:7,7 88:16
89:19,20
101:15 104:4,5
109:23,23
110:4,15 118:4
131:8,12 132:1
136:15,15
137:11 144:4
146:16,17,18
146:19 162:2
164:13,13
166:2,9 180:13
184:12 188:9
**difficult** 186:4
186:19
**Diffusion** 185:3
**direct** 96:6
105:2 111:13
**directed** 175:9
**disclose** 103:22
**disclosed** 103:5
103:12
**disclosure** 98:16
101:2,12
103:20 120:17
**disconnect** 14:3

**discuss** 148:6
**discussed** 20:19
21:8 65:11
97:6,12 99:1
122:16 148:1
162:3,6 176:1
**discussion** 21:6
86:23 151:9
166:10
**discussions** 21:2
21:7 149:8
167:2
**dislikes** 108:3
**dismissed** 19:7
**display** 176:17
176:23 180:12
180:16
**distinction**
18:13 57:2
**District** 1:1,2
11:22,22
**divest** 122:11
**divided** 56:11
**Division** 1:3
11:23
**document** 17:5
73:8 76:14,20
91:18 136:21
137:14,19,22
138:7 140:14
163:11 166:13
168:15 169:5
169:10,19
**documents**
52:23 83:23
95:18,19,22
97:14 99:10,14
100:20 105:19
105:20 134:1
135:14 137:13
154:18 158:1
168:14 175:16
175:17
**dog** 31:15
108:13 169:15
**doing** 45:10 46:6

57:11 59:11
88:15 97:23
117:15 118:22
131:21 143:4
146:15 148:14
155:17 156:1
176:10
**domain** 48:13
56:13
**Donald** 72:10
107:7
**door** 31:16
**dossier** 18:5,12
18:14
**doubt** 144:22
**doubting** 133:18
**drafting** 147:13
**drafts** 136:17
**drama** 112:15
**dramatic** 96:17
98:13 109:3
110:2,8,18
**drop** 70:17
**drove** 25:7
**due** 71:15
**dug** 124:12
**duly** 12:14
**duties** 48:21,22

————————
E
————————
**E** 8:1 9:1,1
**e-i-g-h-t** 33:13
**eager** 59:9
**earlier** 91:1
121:9
**eastern** 37:8
**eat** 108:11,14
125:15
**edit** 134:17
137:15
**edited** 170:1
**editing** 34:11
58:4 135:1,9
146:9 158:22
**edition** 35:6
**editor** 31:23

37:3 69:6
87:12 175:19
**editor-in-chief**
35:16 44:13
45:9 48:20
53:6 56:15,23
58:2 62:14
146:1
**editors** 49:10
50:22 53:12
54:6,11 136:16
144:12,20
146:13 182:5
**edits** 138:6
**educational**
62:23
**Edward** 30:11
**Edward-n** 30:7
**Edward-V**
16:17
**Edwards** 70:17
**effect** 6:18 170:2
170:9
**eight** 33:12 49:2
59:9 130:6
**either** 23:15
37:5 43:2
62:18 67:19
69:5 109:16
133:13 137:15
140:3
**elements** 65:19
**email** 8:17,18
22:7 23:2
26:13,18
132:11,17,18
133:8,11,16,18
134:21 135:11
135:13 137:9
161:21 163:23
164:6,7,10,11
165:5,11 167:1
167:3,6,8,17
168:3,7,12,16
168:20,21
**emails** 22:10,11

22:19 23:7,13
23:14 24:4,9
24:10 147:15
163:18 167:23
**emerge** 111:6
**emerged** 97:14
102:2
**employee** 83:21
**employees**
121:15
**employment**
34:8,11
**encounter** 88:7
**ended** 40:19
152:16 159:15
**enforcement**
65:17 141:7,13
142:5 144:4
**engage** 54:17
**English** 80:6
**ensure** 54:21,23
**entail** 52:14
172:5
**entertaining**
131:18
**entire** 175:7,20
176:9
**entirely** 68:7
**entitled** 72:9
91:15
**equality** 171:16
**equivalent** 81:2
**errata** 2:7,10,13
2:15,23 4:1
**error** 69:8
**essence** 116:6,15
**essentially**
115:19
**ethics** 8:20 63:7
63:8 169:3
171:7
**Europe** 35:5
37:8 39:15,18
**European** 35:6
**events** 141:4
152:15 178:20

**everybody's**
  46:17
**evidence** 7:7
  116:1 119:4
  120:2 159:6
  160:15
**exact** 15:9 38:18
  43:2,7 103:10
  105:11
**exactly** 17:3
  18:20 41:19
  48:10,18 100:2
  188:20
**examination** 8:3
  11:14 12:22
**examined** 12:14
**example** 82:6
  83:17 87:18
  97:7 105:16
  128:4
**exchange**
  165:20
**excited** 37:7
**exclude** 79:2
**excluding** 86:12
**exclusive** 39:4
**exculpatory**
  79:6
**excuse** 20:13
  169:14
**executive** 57:13
**executives**
  113:11
**exercise** 121:8
**exercised** 122:5
**exhaustive**
  60:17
**exhibit** 73:9
  91:17,19
  139:22 140:6
  140:13,15
  163:10,12
  166:14,20
  169:4,6
**EXHIBITS** 8:8
  8:10

**exist** 29:21
**experience**
  146:12 149:16
  151:1
**experienced**
  53:12 144:20
  149:12 152:19
**experiences**
  117:12 118:15
**expert** 120:23
  123:21 176:19
**expires** 121:19
  191:21,23
**explain** 121:14
  123:22 153:3
**explained** 70:20
**explaining**
  114:17
**EXPLANATI...**
  4:2
**expressions**
  114:3,23
**extent** 49:23
  68:1 134:11
  161:1
**extrapolating**
  114:4

———————
**F**
**F-a-r-r-o-w**
  84:16
**fabulist** 105:3
**Facebook** 27:3
  28:13 181:7
  189:4
**facial** 114:3,23
**fact** 43:18 54:17
  54:20 69:2
  92:10 105:19
  111:7 112:12
  112:16 113:5
  117:16,17
  144:23
**factor** 89:1
**factors** 88:22
**facts** 52:1 54:21

  55:1 96:16
  98:12,22,23
  138:18 156:11
**fail** 3:2
**failing** 130:6
**fair** 14:17 49:16
  52:1,4,13
  79:12,17 80:4
  80:4 81:6
  107:14 144:7
**fairness** 50:17
  174:14 175:6,9
**fall** 37:22 127:19
**false** 144:15
**familiar** 169:9
**family** 19:15,17
  31:2,7 36:6
  112:5 154:22
**Farrow** 8:13
  84:11,15 90:23
  91:16 93:6
  99:11,17
  101:14,16
  105:3 111:15
  113:9 115:16
  119:8
**Farrow's** 95:2
  96:8 98:10
  124:14
**fashion** 51:15
**fast** 49:16
**feature** 63:23
  102:14
**February** 1:18
  6:11 11:12
  12:1 21:4 59:1
  59:3,21 191:17
**Federal** 11:6
**Federation**
  149:22 150:4
**feel** 50:4 107:12
  107:13 118:17
  143:8 149:6
**feeling** 117:17
  117:19 118:21
**feelings** 117:14

  118:8,10
**fellows** 36:5
**fellowship** 34:18
  34:20 36:10
  62:22 63:2
**felt** 97:17
**figure** 53:1 94:1
  179:23 184:19
**figured** 91:11
**figures** 107:8
  108:2 155:23
**filed** 19:2 23:20
  23:23
**files** 84:3,7 95:4
  110:18
**final** 53:16
  54:10,14
**find** 16:13 28:19
  102:20 112:9
  112:13,16
  113:4,6
**finding** 138:18
**fine** 16:12 17:17
  18:23 23:5
  26:4 48:16
  71:13 98:21
  129:22 171:5
  176:5
**firmly** 171:13
**first** 12:14 16:19
  49:22 59:4
  75:9,17 92:13
  116:16 132:3
  171:12 180:16
**Fit** 74:15
**five** 71:5,21
  188:3
**fix** 68:18
**FLOOR** 9:16
**Florida** 19:3
  43:13
**focus** 50:17
**Foley** 43:7,12
**follow** 90:13
  98:14 103:19
**followed** 94:5

**following** 11:15
  121:13
**follows** 12:15
**force** 6:18
**forces** 30:21
  31:10
**foregoing** 11:7
  191:5,9
**forgetting** 33:20
**form** 7:2 22:21
  47:2,17 49:21
  50:13 52:8,18
  55:10 63:10
  64:20 70:5
  77:8 78:5 79:9
  80:14 81:13
  82:23 85:1,10
  86:2,16 87:5
  87:16,20 88:13
  90:8,15,15
  92:22 94:11
  95:6 96:1,21
  98:3 100:6,14
  103:8 104:1
  106:1,10,10
  107:21 110:12
  112:22 116:20
  117:21 119:2
  119:16 120:21
  123:17 126:14
  127:14 128:14
  128:22 131:7
  136:5 141:10
  141:17 143:22
  148:11,23
  151:17 153:14
  154:12 155:8
  156:23 161:23
  168:7 173:12
  174:16 177:20
  181:2,15 183:3
  184:23 185:19
  186:7,23
  188:13 191:8
**forms** 179:1
**formula** 90:6

Ben Smith                                                    2/26/2021

183:16
found 102:9
  124:9
foundation
  154:12
founder 45:18
four 131:8
fourth 105:10
FRANKLIN
  9:20
free 118:17
  149:6 179:2
freelance 18:9
  39:21
freelanced
  39:17
freelancer 35:3
freelancing
  39:14
freeze 92:14
friend 101:16
friends 112:1,5
  155:1
front 16:8 17:18
  75:12 78:10
froze 135:5
full 6:18 158:13
  158:17
fully 14:20
  144:7
function 72:21
fundamental
  115:15
Funny 74:12
further 6:14,22
  190:10 191:13

──────── G ────────
G 9:6,19
G-u-b 16:16
Garbled 157:22
gather 159:5
gathered 145:13
  145:20 146:5
  160:8,21
gathering 82:16

176:11
gatherings 31:7
general 18:9
  20:17 21:17
  23:12 47:8
  78:2,21 79:3
  84:18 85:21
  86:11 87:2
  90:3 125:4
  169:21 180:11
  182:18,20
  185:7
generally 51:5
  53:7 77:17
  78:6 174:1
generated 84:2
  179:1,20
  185:16
geographically
  182:13
gestures 115:1
getting 46:23
  104:11 122:17
  130:1,10 171:4
  183:18
girl-a 30:10
gist 74:23 82:8
  111:11
give 14:4,5,6,7
  58:7 72:19
  87:17 88:3
  101:13 108:10
  116:9 125:9,11
  128:10 139:6
  149:6 187:6,23
given 15:3 50:7
  121:17 146:14
  154:18
glitch 123:2
go 13:11 21:18
  24:13,22 27:10
  34:14 41:5
  42:4 47:21
  48:13 50:6
  51:19 56:21
  64:12 70:8

71:21 81:18
  92:4,13 94:13
  105:5,14 108:7
  116:23 124:12
  125:11 128:3
  138:3 140:8,19
  142:10 145:7
  154:15 157:7
  166:11 168:7
  186:5,8,20
goes 31:8 90:1
  124:5,5
going 13:10,11
  37:6 67:22
  70:4 71:3,9,11
  72:7 74:7 75:2
  75:21,22 92:4
  92:15 96:6
  104:6 105:1
  108:5 111:12
  113:8,12 116:3
  125:1,13,17
  131:1 133:1
  163:4,9,9
  165:17,18
  166:17 170:16
  176:4 187:23
good 31:17 49:7
  61:11 72:1
  91:16 97:6
  115:12 116:13
  125:9 126:18
  126:23 128:4
  138:16 149:23
  166:7 172:22
  186:15
Google 136:21
  137:13 138:7
  168:14
Googling 17:22
gosh 33:9 43:16
  83:20
gotten 70:21
government
  42:1 76:15,21
graduate 61:21

61:23
graduated 61:9
graduating
  62:21
grandfather
  31:5
Gray 126:20
  127:6,8
great 53:2
  144:21 157:21
grew 56:18
ground 13:12
grounds 7:5
GroupMe 27:20
Gubarev 16:16
  17:22
guess 24:13,21
  32:14 35:14
  36:13 38:9
  45:16 56:22
  76:1 80:1,3
  81:1,5 86:6
  88:5 94:22
  95:10 97:17
  100:17 109:20
  142:8 153:1
  160:16 173:15
  181:17
guessing 17:10
guide 8:20 169:3
  169:13
guidelines 90:12
  90:19 175:5
guy 28:23 68:12
  84:8 141:3
guy's 104:10

──────── H ────────
H 9:5
hall 35:7 38:17
  40:22 41:17
hand 5:18
handful 104:21
handle 28:12
  29:11
handler 28:5,11

handlers 28:10
Hang 22:15
  29:13 84:20,22
happened 100:8
  100:11 111:2
  141:5 153:6
  156:5 165:21
happens 33:19
happy 13:18,21
  13:23 92:7
  133:23 140:19
hard 28:19 51:1
  76:11 79:2
  85:19,20 86:10
  88:8 187:6
harder 103:17
Harvey 60:18
  107:8 115:19
  115:21 120:1
Hastings 1:8
  156:8
Hastings' 155:5
  155:15
hated 107:12
head 32:12
  47:21,23 102:7
  128:17 140:2
heading 171:6
headline 93:18
  93:21 94:3,5,6
  94:21 96:3
  132:12 135:13
  137:11 168:4
  168:23
headlines 94:22
heads 14:9
hear 13:20
  58:10 67:3
  91:5 132:3
  157:15
heard 14:16
  159:10 174:4
heighten 112:15
held 123:16
Hell 59:23
help 74:7 134:15

Ben Smith                                                          2/26/2021

Page 200

| | | | | |
|---|---|---|---|---|
| 134:17 | 179:15 180:9 | **incorrectly** | **institutions** | 52:3 129:3 |
| **helped** 159:5 | **implementati...** | 70:16 | 156:15 | 141:14 149:20 |
| **Herald** 62:9 | 180:8 | **increase** 185:16 | **instruct** 67:23 | **investigative** |
| **Herman** 83:9 | **implemented** | **independent** | 83:4 | 51:5,21 77:13 |
| **heroes** 96:14 | 50:10 | 132:15 144:10 | **instruction** | 127:12,23 |
| 97:20 98:5 | **implementing** | 144:17 145:4 | 79:10 86:2 | 128:19 138:10 |
| 109:8 | 178:6 | 149:5,10 | 87:5 | 138:13,17 |
| **high** 61:3 76:21 | **important** 94:6 | 156:10 157:1 | **INSTRUCTI...** | 145:13 |
| **highest** 76:14 | 102:15 115:9 | 158:23 | 2:2 | **involve** 38:5 |
| **highlighted** 75:4 | 131:3,17 | **INDEX** 8:8 | **interacted** | 128:8,11 |
| **Hillary** 117:5,15 | 152:17,21,23 | **Indianapolis** | 156:15 | 150:12 |
| 119:22,23 | 153:11 155:22 | 34:20 35:19 | **interaction** | **involved** 32:7 |
| **hire** 50:21 126:1 | 156:19 187:14 | 36:3 62:23 | 156:13 | 33:9 82:15 |
| 126:17 | 189:12 190:1 | **indicate** 183:17 | **interactions** | 123:14 141:13 |
| **hired** 45:8,10,12 | **impossible** | **indicated** | 156:18,21 | 144:8 145:6,8 |
| 126:7 127:2 | 108:7 | 115:17,18 | **interested** 49:15 | 146:2,8,11,18 |
| **hiring** 126:5,11 | **impression** 58:8 | **indication** 158:6 | 94:23 130:20 | 151:8 158:21 |
| 127:5 | **impressions** | 183:12 | 130:22 132:2 | 173:7 180:4 |
| **hit** 67:2 | 130:2,11 131:5 | **individual** 53:2 | 187:13,21 | **involvement** |
| **hold** 29:13 44:9 | **in-depth** 184:3,7 | **individual's** | 191:15 | 134:11 162:4,7 |
| 46:11,11 75:14 | 184:12,16,17 | 84:1 | **interfere** 14:23 | 169:18 |
| 117:1 | 184:19,20 | **industry** 177:18 | **internal** 22:11 | **involving** 148:4 |
| **home** 184:10 | **inaccurate** | **infinite** 77:20 | 50:19 76:1 | 151:9 |
| **honestly** 123:22 | 70:20 86:14 | 78:22 | 83:21 174:12 | **irresistibly** |
| **hope** 79:18 | 167:23 | **influence** 56:4 | 174:18,23 | 96:13 97:16 |
| 107:16 | **inappropriate** | **information** | 178:2 | **issue** 29:3 66:22 |
| **hoping** 101:18 | 43:14,22 | 26:5 54:21 | **internet** 51:12 | 67:1,9,11 68:5 |
| **horrible** 112:11 | **incident** 101:21 | 68:4 77:20 | 57:8 123:1 | 70:2 75:16,19 |
| **Host** 10:2 | **include** 47:13 | 78:3 99:21 | 152:7 182:21 | 83:7 107:19 |
| **hour** 71:3 | 65:10 77:22,23 | 103:6 112:13 | **interview** 45:16 | 118:19 |
| **Huff** 73:15 | 79:1,13,14,14 | 112:17 125:7 | **interviewing** | **issues** 171:14 |
| **huge** 29:5 | 118:8 | 144:18 148:7 | 64:5 | **issuing** 67:14 |
| 175:20 176:8 | **included** 54:22 | 157:12 158:4,5 | **interviews** 89:7 | |
| **hundred** 89:17 | 56:19 115:5 | 158:9 176:11 | **introduce** 12:3 | |
| **hundreds** 86:3 | 117:19 118:9 | 180:19 182:3 | 13:1 | **J** |
| 176:3 185:23 | 150:17 155:15 | **initial** 44:4 | **introduced** | **J.M** 1:12 |
| **hurt** 100:21 | 158:18 | **initially** 56:9 | 57:19 126:20 | **January** 35:17 |
| **hypothetical** | **including** 90:18 | **input** 170:1 | **investigated** | 44:17 |
| 81:18,23 88:4 | 118:14 171:14 | **Instagram** 27:3 | 77:11 | **jargon** 121:11 |
| | 177:13 | 29:11 | **investigating** | 184:8 |
| **I** | **income** 179:20 | **instance** 43:6 | 52:16 58:3 | **Jessica** 177:4,6 |
| **idea** 149:3 185:7 | **inconsistencies** | 96:19 110:9 | 128:12 132:4 | 177:9 |
| **imperatives** | 87:2,13,23 | 112:11 172:3 | **investigation** | **job** 28:7 31:23 |
| 98:15 103:20 | 88:10 | 172:11 189:4 | 128:9 145:21 | 36:16 37:4,8 |
| **implement** 53:3 | **inconvenient** | **instances** 110:5 | 150:12 | 39:13,15 42:10 |
| **implementation** | 96:16 98:12 | 110:16 | **investigations** | 44:13 45:20 |
| | | | | 59:11,16,18 |

60:1 83:20
88:15 176:9
**jobs** 34:12 36:11
156:1
**John** 9:19 28:23
70:16
**Johnson** 68:12
68:23 69:21
**joining** 151:1
**Jonah** 45:18
47:17 54:13,15
**Jonah's** 47:21
47:23
**Jones** 1:8 155:4
155:14 156:7
**Josh** 155:5,14
**JOSHUA** 1:8
**Journal** 35:4,5
39:14,18 62:10
62:12
**journalism**
33:19 34:11
50:16 51:20,22
52:6 63:4,7
65:8 75:7 76:6
98:1 106:22
107:6,19 118:4
138:16 144:22
173:23
**journalist**
126:19 150:21
187:10
**journalistic**
98:15 103:19
**journalists**
50:20 107:12
145:8 149:13
152:18,19
187:18,19
**JR** 9:5,6
**JT** 9:19 12:11
**June** 55:17
**jury** 26:5

_____
          **K**
_____
**Kate** 12:10

15:13 16:3
122:20 135:5
139:17 166:9
**KATHERINE**
9:13
**Katie** 1:12 8:15
20:12,19 55:7
55:14 123:14
126:2,6,23
127:11 128:6
129:23 132:3
133:6,17
144:11,19
145:19 146:4
146:12 149:16
150:20,23
157:11 159:4
160:7,17,20
162:12,18
165:8,12 166:1
**Katie's** 162:23
**keep** 52:4,13
71:8,11 74:20
74:21,21 91:5
176:4
**kept** 80:8 100:21
136:2 182:4
**kill** 117:5
**killed** 123:2
**kin** 191:14
**kind** 22:9 29:10
32:9 34:7,11
35:3 50:15
51:18 53:3
59:15 64:8
65:15 67:1
70:13 85:19
86:9,10 88:4,6
90:3 94:4
95:11 98:19
99:9 106:14
107:6,7 109:7
110:21 114:4
117:10,14
118:3,20
120:18 125:2

127:19 128:3
131:23 144:9
144:12,21
150:15 154:4
157:6 159:19
173:4 177:16
189:14,16
**kinds** 38:4 43:9
86:4 88:16
110:2 121:16
**Klan** 172:1
**knew** 69:18
99:17 100:2,10
103:22 108:19
108:23 115:22
**knock** 83:10
**know** 13:18 15:9
15:10,13 16:5
16:7,8,18
17:13,21 19:1
19:5 21:5 22:7
22:13 23:1,3
23:14,22,22,22
24:1,3 25:5,7
27:20 28:16,18
30:16,22,23
31:1,3,4,7 32:2
32:6,14 33:9
34:8 37:13
41:4 42:4 43:1
43:4,16 45:3
47:20,22 48:8
48:15 49:12,14
50:18,20,23
51:11,22 52:22
54:7,13 55:23
56:1 64:15
65:15,19,21,22
68:13,17 70:5
70:11 73:14
74:3 77:20
78:13,17 79:11
80:10 81:20
83:9 86:6 87:6
88:14 89:4,14
89:22 92:6,19

99:17,20,22
100:3 101:7
102:13 103:9
104:19 107:10
109:1,10,22
110:1,17,20
112:15 114:6
115:2 117:13
118:3,5,16
119:3,11
120:22 121:11
123:20 125:2
125:10 126:4,9
127:11,17,20
128:1,7,15
129:10 130:3,3
130:13,19,23
131:4,9,10,13
131:16,19,20
132:9 133:4,13
134:3,5,13
138:16,19
140:2,18 143:7
144:3,8,14,19
145:1,4,8
146:4,7,10,14
147:9,17,23
149:1,2,11,12
149:18,19
150:14,20,23
151:3,18
153:21,23
154:16 155:16
155:23 156:10
156:16 157:3,4
157:10 158:17
158:20 161:20
162:9,11,14,17
162:20,23
163:1,3,15
164:3,4,9
165:12,15,17
165:19,22
166:8,21
169:22 171:5
171:22 172:8

172:18 174:3
174:16,22
175:2 176:12
176:22 180:18
180:20,21
181:8 182:3,12
182:17,18,20
183:3,5,7,19
184:2,18,21
185:10,10,12
186:4,15
188:20
**knowledge** 5:6
145:5 149:5,8
149:16 156:10
159:1 161:2,5
161:6
**known** 100:8,18
107:10 128:18
138:20

_____
          **L**
_____
**L** 6:1
**L-like** 30:6
**Lack** 154:12
**lag** 14:3
**landscape** 47:10
47:15 48:3
**language** 19:9
**large** 6:8 11:4
131:4 138:19
191:23
**larger** 52:3
**Larry-i-e** 30:7
**late** 40:3,7
**Lativa** 35:1
**Lauer's** 115:22
**launched** 35:9
38:14
**law** 64:3 65:16
65:20 66:2,5,6
66:11 75:18
141:7,13 142:5
144:4 170:17
173:8
**laws** 6:19

lawsuit 15:18,21
  16:1,4,7 19:12
  21:14 23:19
  31:20,22 32:5
  33:4,9 104:3
  123:14 139:9
lawsuits 32:7,15
  32:22 33:17
lawyer 18:22
  97:10 99:2
lawyerly 18:13
lead 94:5
leader 60:20
leadership 44:2
leading 7:3
  141:5
leaked 83:23
leave 123:7
leaving 42:7
  59:7,17
led 95:20 127:5
  178:1
left 21:3 39:11
  39:13 146:4
  155:5
legal 18:21 33:8
  171:6 173:23
legalistic 116:16
  117:8
lent 124:21
let's 19:18 21:3
  22:5 34:16
  39:23 56:21
  80:1 101:10
  122:9 130:21
  162:6 186:14
letter 45:15
level 76:14
  138:16
levels 54:5,5
LGB 171:16
liability 111:16
  111:20
Liena 30:5
life 29:6 118:7
LIGHTFOOT

9:20
line 4:2 12:11
  157:7,7
lines 179:8
linguistics 61:20
  62:3
linked 29:21
LinkedIn 27:13
  29:16
list 27:10 60:17
  64:13 65:14
  128:17 176:6
listed 5:8 28:4
lists 186:21
literally 129:13
  142:2
litigation 18:21
  46:15 75:17
little 13:14
  25:18,20 26:5
  27:11 34:10
  74:5,11 76:11
  92:5 108:5
  109:18 116:3
  117:2 125:4,10
  125:13 134:2
  159:23
live 24:15 25:21
  25:23 26:6
  29:20 30:15,18
lived 24:17,18
  30:12
lives 21:12
LLP 9:8,14
local 42:16
logo 150:4
logs 188:23
long 21:19 24:17
  34:9 35:18
  38:7,12 39:21
  40:15 41:13
  46:1 50:15
  89:16,18 118:5
  150:20 160:18
  189:6
longer 125:8

177:19 186:1
look 23:2 24:14
  33:1 41:6
  73:19 75:18
  93:4 113:12
  139:3 175:16
  189:17,19
looked 99:13
  179:16
looking 27:22
  72:15 74:9
  108:6 111:22
  111:23 112:6
  113:4,8 116:5
  123:12 140:20
  165:14
looks 75:3
  130:19 135:4
  165:10,16
  168:17 170:5
loop 136:2
lose 123:5 135:2
lost 122:20
lot 17:8 48:12
  49:1 51:20
  53:10,13 78:18
  90:21 117:22
  136:9,10 137:5
  145:9 146:15
  153:20,23
  170:11 183:18
  187:8
lots 21:11 45:21
  78:23 130:4,5
  162:1,2 175:11
  175:12,13,13
  189:10
love 59:14

———————
          M
———————
M 9:13
magazine 83:17
main 93:19 99:5
maintain 49:18
major 61:18
  149:19 150:11

majored 61:20
making 2:8 74:6
  76:18 77:21
  78:23 110:21
  110:22 111:15
  115:16 154:6
  167:21 168:22
man 152:15
managed 49:9
managing 37:3
  59:8,13,14
March 59:4,21
  59:22
margin 74:4
Marisa 20:13
  168:18
mark 73:2 91:17
  139:19 163:9
  166:20 169:4
marked 73:8
  91:18 139:10
  140:5,14
  163:11 166:13
  166:18 169:5
marking 72:23
  163:6
married 28:22
  30:2,4 34:4
material 78:22
  79:6 88:1
  145:12,17,18
  145:19 146:5
  160:7,20
math 61:11
Matt 115:22
mean 18:1 27:9
  32:3 36:10
  45:14 46:2
  49:9 50:9,15
  51:18 52:12
  54:4,20 63:11
  63:13,16 64:14
  65:3 70:9,11
  75:9 76:4,10
  77:8,18 79:18
  80:1,2,4,5,15

80:15 81:1,21
  82:19 86:3,21
  89:3 90:17
  93:12 95:9,15
  97:15 101:3,6
  103:21 104:21
  106:2,8,13,14
  106:15,16
  109:6,7,23
  110:8 111:9
  113:22 116:18
  118:2,19
  122:14 123:15
  124:17 126:17
  130:18,21
  131:14 134:5
  137:23 141:11
  141:18 142:8
  142:11 144:3
  147:3 148:12
  149:18 151:19
  152:3 153:16
  153:20 154:15
  155:10,12
  158:4 159:12
  161:3,18 162:5
  162:5 165:5
  171:19 173:1
  173:13,15
  174:17,23
  175:7,11,13,15
  176:4 178:2,9
  178:9,11,18
  179:22 181:4
  181:15,15
  182:14 184:23
  185:22 186:8
  186:10 187:3,7
  187:10
meaning 79:23
  80:11 184:9
meaningful 70:8
  153:4 185:20
means 32:3 81:4
  82:2 90:10
  127:16 171:21

184:3,6 186:11
meant 95:17,21
  97:17 122:15
  124:19,19
  165:4,5 175:2
measure 188:18
measuring
  132:1 188:10
media 26:21
  27:16,21 45:1
  47:10 59:18
  60:7,10 63:7
  64:3
meet 126:6
Megan 142:17
Megan's 154:16
Melville 83:10
member 171:23
memo 75:11
  76:2
memory 16:11
  20:23 23:9
  24:13 42:5
  48:14 132:15
  133:23 139:4
  142:9 147:17
  165:19 184:18
men 63:14
mentioned 48:4
  82:12 90:23
  93:22
mentioning 52:4
Michael 8:11
  72:11 97:5,11
  99:3,12
mind 13:4 58:14
  67:5 68:16
  70:12 83:12
  104:15 139:5
  143:6,17
  149:21 157:17
  159:17
minimize 93:17
minimized
  93:20 94:2
  95:3

minimizes 93:7
  93:14
minor 61:18
  179:8
minute 188:3
minutes 71:6,22
  125:15
misconduct 43:9
misdeeds 115:22
misleading
  81:11 82:8,21
  83:10,18 105:6
  105:8,22 106:6
  116:17 145:2
missed 124:15
missing 84:4,7
  93:19,21 94:4
  95:18,19,21
  99:10 100:20
  105:18,20
  110:18
misstates 22:21
  87:20
mistreatment
  150:15,17
model 180:13
moment 124:16
  169:14
moments 32:22
monetized 180:7
  180:11
money 176:13
  178:5 179:14
  179:16
month 146:15
months 35:20
morning 19:19
motivations
  99:5
motives 114:4
mouth 17:13
move 18:2 40:8
  40:12 44:20
moved 36:7 40:4
  41:8 44:23
movie 97:18

movies 124:23
moving 39:18
multiple 21:6
  137:14
multitask
  108:12
murder 172:20
  173:4
mutually 39:4
mystery 110:18
  110:20

_____

N

N 6:1 8:1 9:1
name 2:10 13:3
  16:15,15,19
  28:11,14,15,17
  29:17 30:1,5,9
  61:2 82:9
  84:14 155:18
  156:16 184:19
named 15:20
  16:1 28:23
  29:5 32:3,4,5,8
  32:16 33:5,6
  33:17 68:12
  97:10 99:2
  114:9,15
  126:19
names 155:5,15
Nancy 1:21 6:6
  11:1 58:15
  67:6 159:17
  174:22 191:19
  191:20
Nancy-a 30:7
narrative 110:3
  111:15,19
narratives 96:13
  124:15,18
narrow 127:19
national 16:22
  42:16 129:5
nature 25:11
NBC 115:18,23
neat 128:3

necessarily
  67:15
necessary 6:23
need 13:17 41:5
  74:3 91:22,23
  92:6 153:3
needed 103:21
neither 135:18
  191:13
Network 185:3
never 81:8
  107:17 117:7
  147:6 153:14
  158:8 160:20
  174:3
new 9:17,17
  24:15 28:9
  35:8,12,13
  38:10 39:12,19
  40:1,4,15 41:8
  42:8 44:22
  59:18 60:1,4
  60:11,21 61:6
  62:9,12 78:17
  83:17 127:21
news 1:11 8:19
  35:13,15 41:9
  42:8,12 43:17
  43:20 45:7,11
  46:3,5,23 47:4
  47:6,8,13
  48:21 49:17
  51:4,10,11,16
  53:6,18,21
  55:21 56:5,8
  56:16 57:15,20
  57:21,21 58:3
  63:20 82:15
  115:23 136:13
  155:2 161:8,14
  161:15 169:3
  172:20 173:22
  175:8,8 177:13
  178:5,13 179:9
  179:13,19
  180:7,10,15

186:5,19
newspaper
  34:23 35:8,12
  62:5,7
newspapers
  62:11
newsroom 32:10
  63:16 64:15
  68:3 126:5
  173:3 175:21
  176:10
newsrooms 65:3
Nextdoor 27:22
night 19:21
no's 14:9
no-sponsored
  180:14
non-news 57:17
normal 118:7
  172:13
normally 136:8
  137:3
NORTH 9:21
Northbank 6:10
  11:10
Northern 1:2
  11:22
Notary 5:22 6:7
  11:3
noted 2:9
notes 188:1
notorious 107:7
novelistic
  113:19 114:19
  114:21
number 1:5
  11:20 32:6
  43:7 51:16
  54:9 97:4
  110:15 144:4
  171:14

_____

O

O 6:1
object 22:20
  46:7 47:1,16

49:20 50:12
52:7,17 55:9
63:9 64:19
70:5 75:15,22
77:7 78:4 79:8
80:13 81:12
82:22 84:23
85:9 86:1,15
87:4,15,19
88:12 90:7,14
90:15 92:21
94:10 95:5,23
96:20 98:2
100:5,13 103:7
103:23 105:23
106:9,10
107:20 110:11
112:21 116:19
117:20 119:1
119:15 120:20
126:13 127:13
128:13,21
131:6 136:4
141:9,16
143:21 148:10
148:22 151:16
153:13 154:11
155:7 156:22
161:22 168:6
173:11 174:15
181:1,14 183:2
184:22 185:18
186:6,22
188:12
**objection** 76:8
77:14 114:20
129:12 138:23
164:2 174:22
178:8
**objections** 7:1,4
**Observer** 35:12
40:5,16 42:8
**obviously** 46:16
75:15 106:18
170:20
**occasionally**

178:20
**occurred** 142:16
**occurring**
191:11
**Off-the-record**
86:23 166:10
**offer** 36:20
45:15
**offered** 7:6 37:4
37:16 59:10
**office** 3:1 5:19
6:10 9:4 11:10
**officers** 154:20
156:1,7
**offices** 6:8 11:8
**officials** 76:21
**oh** 74:16 134:9
152:6 184:5
**okay** 13:7 15:8
15:14 16:23
17:6 18:7,18
19:7,10 20:11
26:1 27:9,12
28:1 30:2 34:2
34:6 35:18
37:20 39:10
40:4,11 41:7
47:7 48:1,20
49:3 56:14
57:3 59:6
64:12 67:13
68:21 69:19
74:22 75:2
81:1 83:12
85:4 87:12
90:11 91:13
92:4 93:5,22
97:15 101:5
102:6 106:20
107:3,18
108:17 112:19
114:18 116:15
121:2 122:19
131:3 132:19
133:21 134:9
136:1 140:9

148:6 162:9
166:6 167:13
168:19,21
169:18 171:2
172:4,23 174:5
179:9,18 180:3
181:21 183:19
183:23 184:12
184:16
**old** 150:9 177:3
**omit** 98:23
**omits** 96:15
98:11,21
**omitted** 97:13
99:2
**on-the-job**
64:17
**once** 15:7 25:2
127:22
**ones** 27:1,5,6,7
31:1 32:11
60:14 68:22
69:20,20
**online** 152:4
**open** 31:16
184:8
**opened** 142:22
**operating** 179:4
**operation** 175:8
175:11
**operations**
175:8
**opinion** 115:4
127:21 128:5
**opportunity**
42:15 44:21
**opposed** 117:17
153:19 179:20
**Optimizing**
185:2
**option** 121:6,8
121:18
**options** 74:15
120:5,18 121:1
121:3,10 122:5
122:12 123:15

123:17 124:5
**oral** 11:14
**ordinary** 32:9
**organization**
49:17 172:20
**organizationa...**
146:17
**organizations**
90:17
**oriented** 85:19
**original** 73:10
91:20 140:16
163:13 166:15
169:7
**ought** 133:14
**outlet** 45:2
**outside** 56:2
65:3 181:22

---

**P**

**P** 6:1 9:1,1
**P-u-l-l-i-a-m**
36:5
**p.m** 188:8
190:10
**page** 4:2 8:3,10
75:4 111:14
116:4 120:4
171:7 179:17
184:6,10,10,13
184:17 189:6,7
**pages** 8:12,14,16
8:20 43:15,23
170:22
**paid** 39:15 42:10
55:19,23 63:2
**panda** 150:4
**Pannell** 1:21 6:6
11:1 191:19,20
**paper** 36:6 37:3
38:13
**papers** 62:15
**paragraph**
92:16,18,20
93:5 96:6,12
105:2 107:2

108:6 113:9,16
113:19 116:5
120:12 124:9
171:12
**Parkway** 6:10
11:10
**part** 33:18 93:17
112:13 140:5
144:14 145:1
156:2 171:4
172:12,15
173:19 175:10
175:20 178:4
**particular** 27:6
43:10 55:6
77:15 153:11
155:14 178:13
185:12 188:11
189:17
**particularly**
107:23 149:20
**parties** 6:3 7:4
180:19 191:14
**partly** 118:6,6
**party** 15:20 16:1
31:19 32:1,2
32:11,20,21
**passage** 76:1
114:12,13
**Path** 27:19
**pdf** 72:21 74:8
74:10
**pending** 19:4
143:15
**people** 47:12
49:11,15 76:23
78:23 79:19
81:8 89:7,9,9
89:10,13 94:22
94:23 103:16
111:23,23
112:6 126:17
128:1 130:5,19
130:22 131:15
131:19,22
132:1 137:6,14

138:3 145:5
146:18 150:15
160:3 162:1
175:15 176:10
180:22 182:13
183:18 186:11
186:16 187:12
187:13,13,20
187:21 188:10
189:1,19,21,22
**people's** 114:2
**percentage**
128:10 189:20
**perception**
141:13
**Peretti** 45:18
47:17 54:13,15
**period** 49:4,8
121:19
**Periscope** 27:18
29:19,20
**person** 13:16
135:22
**perspective**
154:10,17
**perspectives**
155:3
**phone** 27:23
161:21
**photo** 74:6
**photograph**
29:9
**physical** 114:2
115:1
**pick** 153:21
**picture** 176:5
**piece** 106:4
118:3 128:5
**ping** 168:18
**Pinterest** 189:5
**pitch** 133:6
**pitched** 134:3
**pitching** 134:6
**Pittsburgh**
60:20
**place** 56:17

118:11
**places** 154:16,19
154:21,23
**plagiarism** 68:8
**plagiarized** 68:7
68:8
**plaintiff** 33:6
**Plaintiff's** 8:10
73:9 91:19
140:15 163:12
166:14 169:6
**Plaintiff(s)** 1:9
9:3
**plaintiffs** 12:7,9
13:8
**planning** 70:17
89:15
**played** 147:6
**playing** 147:7
**please** 2:4 12:20
74:20,21,22
104:10
**point** 18:13 20:3
22:12 25:23
54:6 56:12
57:14,18,23
112:17 115:15
118:18 121:9
122:5 123:17
148:13 176:21
182:11
**points** 115:13
**police** 34:21
102:23 103:2
112:4 150:16
154:20,20
155:23 156:16
156:17
**policy** 170:2
172:15,19
174:8 175:4
**politic** 41:22
**political** 34:1
42:20 172:13
**political-based**
45:1

**politicians** 39:1
39:7
**Politico** 35:14
35:15 42:12
43:21 44:12
71:1
**politics** 38:23
40:23 42:1,16
45:4 51:13
**portion** 58:16
67:7 85:7
104:17 143:19
157:19 159:21
170:14
**portrayed** 99:7
141:8
**position** 36:2,21
37:17,18 38:16
40:20 41:15
42:17 59:16
174:2
**possibility** 93:16
**possible** 31:3
33:16
**possibly** 120:21
165:23
**post** 73:16
184:17
**postpone** 84:21
**posture** 114:3
**Pound** 184:21
**power** 119:9
**powerful** 76:22
141:3 152:14
**praise** 165:6
**praising** 165:8
**precise** 24:23
25:2
**preparation**
22:2 135:14
167:5,7,9
**PRESENT** 10:1
**president** 76:16
78:15 107:23
**president-elect**
76:17

**presidential**
70:18
**presidents** 76:16
**presumption**
75:6 76:5
**pretending**
119:11
**pretty** 49:12,17
80:6 81:7
108:18
**previous** 28:6
36:14 138:19
167:11
**previously** 34:4
138:20
**primarily** 38:23
**printout** 139:13
139:15 170:21
**prior** 7:7 28:8
34:12 54:18
123:10 147:10
151:1 163:22
164:5 178:6,13
179:14 180:7
**private** 53:2
70:10 114:14
114:14 121:20
**privileged** 50:3
**privileges** 138:3
**pro-sexual**
174:2
**probably** 16:10
22:17 26:11
28:2 34:9
36:14 41:21
54:4 66:12
154:1 172:12
**problem** 29:6
97:23 98:9
102:3 105:22
108:3 118:22
119:5
**problematic**
95:3 112:20
114:8
**Probus** 177:4

**Procedure** 2:20
11:6
**proceedings**
11:15 191:5,11
**process** 134:6
145:14 147:14
160:17 185:2
**processes** 21:18
58:4 77:13
**produce** 106:3
**producing** 49:11
**profession** 174:1
**professional**
50:20,21
**professionalism**
50:16
**professionals**
50:22
**program** 34:19
175:4
**progress** 136:3
**proof** 113:10
118:21
**prosecutors**
103:2
**prove** 98:18
**proves** 113:6
**provide** 113:10
**public** 5:22 6:7
11:3 48:12
52:23 53:1
68:1,1 70:3,9
89:6,9 107:8
108:1 117:4
154:17 155:17
155:18 158:1
**publication** 18:4
18:16 39:16
40:14 42:10
54:19 70:22
72:16 73:14
133:19 134:20
147:10,22
151:15 159:3
177:2
**publication's**

Ben Smith                                                           2/26/2021

Page 206

108:2
**publications**
55:22 107:11
**publicity** 119:10
**publicly** 122:1
**publish** 53:20
152:2
**published** 17:1,5
24:5 49:19
53:8,15,18
54:9 55:15,16
55:20 67:18
69:13 82:20
83:3,6 91:15
123:11 132:10
132:13 148:12
151:21,23
152:4 160:6,10
163:2 170:3,8
176:16 179:12
185:22 186:2
186:21
**publishing** 72:9
75:20 176:20
**pull** 17:15,15
**Pulliam** 34:19
36:5
**pulling** 17:20
120:1
**purchase** 121:6
**purposes** 26:19
135:1,9
**pursuant** 11:5
**pursuing** 54:8
**push** 125:13
**pushed** 31:15
103:16
**put** 17:12 88:18
92:17 93:3
100:4 108:14
178:14,20
**putting** 176:23

—————
**Q**
—————
**quality** 110:21
**question** 13:20

14:5,16 22:6
46:9,20 47:19
49:21 50:1,5,8
51:2 58:11
68:4 76:13
78:5 80:7,14
85:6,11,14,20
94:13 100:6,16
103:8 104:13
105:11,14
106:11 126:14
127:14 129:13
140:21,22
143:15,16,22
150:19 159:15
173:12,16
187:4
**questions** 7:2,3
13:11 14:23
46:10,14 52:22
81:15,16 83:5
86:21 87:10
88:7,21 92:2
104:9 125:5
178:23 179:6
190:4 191:6
**quick** 69:8
125:17 187:6
**quite** 109:15
130:12 155:11
**quizzes** 186:20
**quota** 58:8,18
58:19
**quote** 22:9 23:8
23:11 93:15
115:17 171:23
**quote/unquote**
84:3
**quoted** 48:9
75:3 76:1
154:22 155:1
**quoting** 75:11
114:9,13
154:20

—————
**R**
—————

**R** 9:1
**racism** 171:23
**raise** 162:19
163:1
**ran** 54:13
**range** 49:13
**rape** 35:22 41:3
42:3,23 55:15
60:13 62:18
65:20 66:2,10
132:5 141:3
142:16 150:13
152:14 156:4
156:12 172:16
173:10
**rapes** 38:6,21
60:9 173:19
**re-buzzed** 184:2
**re-mark** 139:17
140:8
**re-read** 159:14
**reached** 180:22
**reacted** 99:10
**reaction** 141:23
142:5
**read** 2:4,22 5:4
12:20 16:10
22:5,6,7,10
23:4 40:13
42:9 58:17
65:21 67:8
73:17 74:2
85:5,8 98:18
104:18 106:16
131:15,22
133:13 142:2
142:13 143:20
146:22 149:9
157:4,20
159:12,22
160:2,22 161:7
189:19
**reader** 94:16
**readers** 75:8
76:7 77:1,6
78:3 79:7

84:19 85:17,23
87:3 88:2
108:23 183:12
**readership**
164:15
**reading** 1:22
6:16 130:15
132:2 161:11
171:17 188:10
**reads** 188:23
**ready** 74:18
**real** 90:3 108:3
115:4 173:4
**realize** 21:19
**realized** 84:21
**really** 17:13
24:11 45:5
47:3,4 52:21
53:12 59:10
60:2 65:13
67:15 68:17
75:2 78:20
85:13,19 87:10
88:4,8 90:4,20
96:2 98:6
99:14 100:11
102:15 104:11
104:20 105:16
105:17 109:12
109:20 110:21
111:1 115:12
115:17 116:1
117:7 119:4
123:16 130:17
131:10,13,17
131:18 132:14
134:13 141:4
144:2,21 145:9
146:7 149:7,12
149:13,23
153:2,4 157:4
157:8 158:23
162:22 164:3
165:17 170:17
173:14,15
174:3 175:20

176:8 186:1
189:14
**reason** 36:8 37:2
39:11 40:11
42:7,14 44:19
44:23 46:22
59:6 115:5
126:11 153:10
153:18 155:14
167:22 175:12
177:12 180:6
**reasoning**
152:10
**reasons** 14:19
54:9 146:17
153:21
**recall** 20:1,5,15
20:17 21:15,16
21:22,23 36:1
38:8 39:9 47:9
48:5 58:21
127:1 134:13
134:16,18
145:15 147:8
151:7 154:6
161:11,17
162:8 164:18
169:20 172:6
180:15 182:16
**receive** 2:21
162:12,15,18
**received** 23:15
23:19 24:2,4
162:10
**receiving** 167:17
**Recess** 72:4
125:21 188:6
**recheck** 175:17
**recollection**
133:3
**recommended**
126:21 127:7
**record** 11:19
12:4 13:2
14:11,14 72:3
72:6 75:22

89:10,11
125:20,23
166:9 169:16
170:21 171:1
188:5,8 190:6
**records** 89:6
92:16 93:9,23
**recount** 111:11
**recounts** 117:11
**red** 183:13,14
**reduced** 191:7
**referenced**
167:2
**references** 158:1
**referencing**
163:19
**referring** 57:20
93:8 96:18
97:4 104:22
110:7,15 125:2
183:8
**reflected** 154:17
**reflects** 155:2
**refresh** 42:5
48:14 133:3,23
139:4
**regard** 21:14
**regarding** 33:22
64:9 172:17
**regards** 21:13
52:15 55:5
77:9
**regretted** 37:11
**regular** 43:8
**relate** 78:8
81:15 83:5
167:18
**related** 41:23
135:9 136:21
158:18 160:8
162:13,16
**relates** 68:3
**relating** 6:20
**relatively** 179:8
**relatives** 30:14
30:18,23 31:6

**relevant** 79:14
**rely** 16:11
**relying** 52:23
**remain** 33:23
**remember**
16:13 17:3,6,8
20:9,11,21
21:1 22:18
23:6,12,17,18
24:23 25:2,4,9
26:3,12,16
32:13,14,15
33:2,5,14 34:2
36:12 38:18
41:2,6,18 42:2
42:5 43:1,5,11
43:13 44:1,6,8
44:11 45:12,22
46:21 48:10,18
57:6,8 59:2
60:14 62:19
69:10,17,19
70:22 82:9
99:23 103:10
111:10 114:1
122:4 126:10
127:4,6 129:5
129:7,9,20
130:7 132:6
133:4,9,10,11
133:14,15
135:16,19,21
136:6,19 137:2
137:20 138:5,8
139:22 147:7
147:19 148:3,9
148:14 150:18
163:21 164:14
165:4,6,7
167:10,14,16
167:20 170:10
170:11,13
180:5 182:21
183:4,11,16
184:15 185:4,5
**reminder**

159:20
**reminds** 36:13
**repeat** 13:21
46:19 91:9
**repeating** 58:15
67:6 104:16
143:18 157:18
**report** 54:15
127:23 138:10
138:13 153:8
**reported** 70:16
112:3 138:20
152:13,13
153:19 156:12
**reporter** 1:20
6:7 11:2 12:5
12:16,21 14:8
35:7,11 37:10
38:17 40:22
41:17 42:20
58:17,19 67:8
73:4 84:13
85:8,15 87:12
87:22 104:18
126:23 127:9
130:9 135:4
140:1,10
143:10,20
149:23 157:20
159:18,22
175:18
**reporters** 21:17
49:10 54:6,11
55:3 58:7
126:18 182:5
**reporting** 2:17
6:9 9:4 10:3
11:9 70:10
96:8 100:1
102:14,19
104:5,10,20
105:5 111:16
111:20 113:13
128:19 144:9
146:8 157:3
158:22

**reports** 51:6
127:12 154:21
156:11
**reposted** 184:9
**representing**
13:8
**represents**
191:10
**Republican** 44:2
**requested** 58:16
67:7 85:7
104:17 143:19
157:19 159:21
**research** 66:1
**resistance**
106:21 107:19
**resources** 154:1
**respectable**
172:1
**respective** 6:4
**respond** 165:11
**responded**
165:13
**response** 173:9
**responses** 116:7
116:16
**responsibilities**
48:22,23
**responsible**
126:4 169:23
**restate** 95:12
**restricted** 92:17
93:9,23 95:4
**result** 162:19
**results** 191:16
**retained** 66:9,20
**retract** 68:14,21
69:2 151:4
**retracted** 67:16
68:6,17 148:19
**retracting** 151:6
151:10
**retraction** 66:23
67:10,11,15
68:19
**return** 2:15,23

**returns** 84:1
**revenue** 83:22
179:1
**reverse** 34:13
**review** 53:7,14
73:21 74:2
91:22 92:3,8
134:19 145:12
159:4 160:7
163:16 166:22
187:23
**reviewed** 22:1,4
22:15,19 53:10
145:16 167:4,7
167:9,11
**revise** 36:14
**rid** 122:17
**Riga** 34:23
**right** 3:3 17:17
18:15,16 23:6
27:23 29:5
33:2 34:6 36:7
37:12,15,18
38:9,10 39:20
40:2 41:7
42:11 44:12,14
48:15 59:1
61:10 63:17
65:4,23 66:15
68:18 69:9,22
71:4 73:12
74:4,9 91:13
92:1,15 96:5
101:20 102:12
102:16,20
105:1,4 108:4
109:1,22 113:7
115:18 116:4
124:8 125:1
139:8 143:12
144:13 145:11
146:22 147:4
150:19 158:14
160:4 164:6,11
165:1 169:1,2
172:10 175:22

176:2 181:23
**rights** 171:15,15
172:5
**rigorous** 98:16
101:2,11
103:20
**Ritchey** 8:4 9:6
9:8 12:6,6,18
12:23 13:8
16:5 18:7,15
23:5 29:2
39:10 46:21
47:7 48:1 50:9
51:4 52:12
53:5 55:13
58:14,18,22
60:2 63:17
64:23 66:19
67:5 68:10
70:14 71:2,13
71:23 72:7,19
73:2,6,15
74:17 75:23
77:5,9 78:1
79:5,16 80:20
81:10 82:1,19
84:10,15 85:4
85:15 86:12
87:1,11,21
88:22 90:6,11
90:22 91:8,13
92:23 94:19
95:15 96:5
97:8 98:8
100:10 101:1
103:18 104:15
105:21 106:5
106:20 107:1
107:18 108:4
111:12 112:19
113:7 116:13
117:18 118:1
119:6 120:4,11
120:16 121:2
122:20 123:4,9
125:16 126:1

126:22 128:6
128:18 129:1
129:10,17
133:1 134:10
135:8,20 136:7
139:6,15,21
140:7,12
141:12 142:4
143:17 144:6
148:13 149:15
150:1,7,11
151:20 153:17
154:8 155:4,13
156:3 157:10
157:17 158:8
159:14 160:5
161:7 162:3
163:8 164:4
166:6,11,17
168:11 171:2
173:17 175:3
178:12 181:4
181:17 183:5
185:1,21 186:9
187:7,22
188:17 190:2
**road** 25:14
**Robert-E** 16:17
30:10
**role** 97:5,10
99:2,3
**Ronan** 8:13
84:10,15 90:23
91:16 99:11
100:2
**Rondini** 55:15
132:5 145:21
161:10
**room** 6:11 11:11
33:12 169:15
**rooted** 105:17
**Rosie** 126:20
127:6,8
**routine** 69:23
**routinely** 69:23
**rules** 2:19 6:20

11:6 13:12
**rulings** 19:8
**run** 36:10 55:22
133:2
**running** 32:9
176:16
**rush** 125:6
**Russia** 72:11
**Russian** 15:19
16:14,22
**Ryan** 61:2

───────
**S**
───────

**S** 6:1 9:1
**s/** 191:19
**sad** 153:4
**saith** 190:10
**sandwich**
125:15
**saw** 99:15
135:11,14
158:8
**saying** 52:13
87:21 102:9,11
102:16 103:21
108:18 111:21
111:21 117:3
117:10,11
118:12 119:21
131:1 170:23
**says** 75:6 92:16
93:16 106:14
106:14,17,17
108:21 120:12
141:20,21,21
142:3,11,15
158:5 165:2
171:13
**scandals** 43:8
**school** 61:3,6
62:4,10 63:11
63:14,18,19,21
64:1,3,6,10
170:17
**schooling** 62:20
64:9 65:2

**Scotch** 9:6 12:6
13:7 18:1
58:12 67:3
72:14 75:15
91:6 104:2
135:2,18
142:12,23
143:4,14
157:16 159:9
**scratch** 96:7
**screen** 72:8
73:23 74:7
142:20
**screen-play**
124:14,18
**scroll** 74:1,17,19
74:19 92:7,7
93:1 108:5
109:18 113:8
116:3 117:2
143:1 170:14
**scrolling** 74:20
74:21,22 143:7
143:16
**se** 153:1 187:2
**seal** 5:19
**search** 28:18
**second** 14:4
22:16 29:14
71:19 72:20
84:20 101:13
116:9 117:9
139:7 143:13
187:23
**secret** 100:21
**section** 56:16
**see** 16:4 19:18
21:3 22:5
39:23 45:5
72:13,15,20
73:20,22 74:4
74:5,8,13,16
77:1 80:1
92:18,20 93:2
93:4 96:10
101:10 105:4

108:9,15
111:17 112:7
112:20 113:10
113:16 116:8
120:8 133:3
137:18,21
142:18,19
152:6 163:17
166:23 171:6,9
171:17 173:15
181:7 188:1
**seen** 99:9,9,12
158:13 160:20
160:23
**sell** 121:21 122:7
**selling** 122:16
**sells** 180:18
**seminars** 65:1
**send** 168:14
**sending** 167:16
167:20,20
**senior** 42:20
**sense** 51:21
77:19 103:14
**sent** 23:15,18,21
24:2,4,6 45:15
164:6,10,11
**sentence** 109:4
110:10,14
116:21 119:7
119:13
**separate** 56:7,8
56:9,12
**separately** 5:8
**September**
170:6
**sequence** 141:4
152:15
**series** 156:13,18
**seriously** 51:1
**servants** 155:17
**served** 30:20
31:9
**server** 188:22,23
**Service** 83:22
**set** 90:12 168:16

sets 156:14
settings 168:16
seven 89:18
sexual 35:21
  38:5,21 41:2
  42:2,22 43:8
  60:10,12 62:17
  66:2,10 101:15
  102:14 112:2
  150:13,17
  172:16,21
  173:3,9,18
  174:8
shaking 14:9
share 53:23 54:3
  66:13 72:8
  75:7 76:6
  138:4 163:4
  176:9 186:16
  189:4,5,5
shared 79:6
  84:19 85:17,23
  87:2 137:6
  138:1 183:15
  188:18
shares 58:8
  130:2,10 131:5
sharing 47:12
  77:6,10 186:12
  186:12 189:22
Sharmila 20:14
sheet 2:7,10,13
  2:16,23 4:1
Shoot 167:10
Shorthand 6:7
  11:2
shot 72:21
show 31:6
  108:19 132:16
  134:1 166:17
  182:6
showed 132:11
  132:17 137:10
  147:16 167:12
showing 91:14
  139:5,8,13

169:2 184:11
shown 133:8
  134:21 137:9
  147:15 158:10
shows 155:21
side 74:10 177:1
  177:21 178:4
sides 171:16,20
  173:6
sign 2:5,10,22
  12:20
Signal-- 27:15
signature 6:15
Signed 191:17
signing 1:22
  2:12
similar 37:9
  101:20
simple 52:20
simpler 109:14
simply 92:17
single 86:9
sister 25:8,19,20
sit 142:14
site 46:3,5 184:6
sites 180:22
situation 102:1
  103:3 145:5
situations 86:8
six 89:18
skim 74:2
Slack 28:2
slow 21:18
small 138:19
Smith 1:11,16
  2:1 5:3,11 6:5
  8:14 11:13,20
  12:13 13:3
  28:14,20 29:5
  47:19
Snapchat 27:17
social 26:21
  27:16,21 47:10
software 188:23
sold 122:6
solicited 169:23

somebody 138:1
  172:8,9 181:6
sons 19:20
soon 112:2
sorry 16:2 27:16
  31:15 32:2
  35:4 55:13
  58:9,20 66:17
  68:15 78:11
  80:18 84:22
  85:3 91:4,6
  97:8 98:18
  101:4,5,12
  104:13 107:4
  108:12,13
  109:11,16,20
  113:11 114:11
  121:10,13
  123:13 132:16
  140:1,21
  142:21 143:2,5
  143:10 150:3,7
  157:14,21
  159:8 166:6
  174:19 184:5
  187:3
sort 18:21 24:12
  25:14 37:14
  50:19 51:11
  57:19 65:5
  71:3 77:1
  81:22 90:3
  95:13 99:4,8
  101:17,23
  106:17 109:7
  110:17 112:14
  112:17 114:12
  117:10,12,17
  128:8 129:6
  144:17 149:10
  151:7 152:15
  156:10 162:21
  168:14 169:23
  172:1 174:1
  178:23 179:5
  180:1 184:8

187:16 188:20
  188:21,22
sorts 64:15
  128:2 155:10
  178:2 179:7
sounds 71:23
  135:12
source 70:19
  85:16 87:22,23
  101:22 102:10
  158:9
source's 87:13
  99:5
sources 102:11
  109:21
South 2:18
speak 65:7 79:3
  86:10
speaker 65:5
speaking 154:4
speaks 139:1
special 52:2
specialist 181:19
specific 17:9
  19:23 20:9,15
  21:10 25:15
  42:6 43:6
  45:23 51:3
  52:11,21 77:19
  78:14 79:4,11
  80:7 81:21
  85:18 87:17
  88:4 90:20
  92:2 94:14
  101:8 102:13
  105:16 114:1
  119:3 127:4,18
  129:11 130:23
  147:19 162:21
  175:10 176:22
  180:10
specifically
  19:16 32:13
  41:6 44:8,11
  49:5 69:22
  97:3 101:10,11

107:6 114:22
  125:3 126:19
  129:21 135:21
  154:5 160:1
  170:13 172:7,7
  179:10,14
specifics 22:8
  44:6 78:7
  110:6,16 129:6
  130:18
speculate 23:3
spell 30:6
spelled 16:21
spent 187:4,8
  189:6
spoke 112:9
  142:11
spoken 19:11,14
  20:2 65:8
  112:7
spokesman
  172:1
sports 51:14
spot 118:16
spun 117:3,4
stamp 166:2
stamps 165:15
stand 151:12
standard 50:10
  155:16
standards 8:19
  50:19 90:12,18
  169:3
standing 135:7
  179:3
star 29:4 34:20
  35:19 36:3,16
  36:18 37:11,16
start 34:14,16
  37:20 45:10
  60:1 61:16
  69:14 92:15
  125:2,18
  142:10 177:12
started 44:16
  56:22 57:11,20

59:20 142:16
176:23
**starting** 46:3,4
**starts** 105:2
  108:7 111:14
  113:9,13 116:6
  119:7 120:11
  124:9
**stat** 164:3
**State** 6:8 11:3
  191:2,22
**stated** 23:7
**statements** 88:1
**States** 1:1 11:21
  51:17 78:16
**statistics** 164:16
  188:23 189:8
  189:13,16
**stats** 163:21
**statute** 135:7
**stay** 152:6
**Steele** 18:4
**stenotype** 191:6
**Stephanie** 161:9
  161:13
**sticking** 98:20
**sticks** 149:21
**STIPULATED**
  6:2,14,22
**stipulation** 11:7
**stipulations**
  12:17
**stock** 120:5,18
  121:1,3,6,18
  122:2 123:10
  123:16 124:5
**stop** 108:13
  143:13
**stories** 38:2,4
  41:4 49:13,15
  51:3,8 53:21
  54:18 55:2,20
  56:4 78:13,19
  79:11 85:18
  86:4,7,9,20
  87:7,8,14

88:14,16,17
89:4 94:14
104:21 118:6
124:21 127:11
127:18 128:8
130:1,9,14
131:4,14
136:12,15
146:2,19 154:2
172:17 174:8
174:10 180:23
186:15,19
187:12,18
**story** 52:15,16
  52:21 53:17
  54:7,8,23 55:7
  55:12,14 72:8
  74:5 75:1,15
  75:16 76:10
  77:10,18 79:3
  82:3,5,6,8,10
  84:5 86:13,14
  87:9 88:17,18
  88:20 89:1,19
  90:2,19,21
  91:1 93:7,13
  93:15,20 94:4
  94:4,7,16 95:2
  95:13,14,17,21
  96:2,4 97:5,6
  97:12,13 98:7
  98:7 99:1,4,4
  101:9,12,18,20
  102:3,22
  103:14 104:19
  105:7,17 109:8
  109:14 110:1,9
  111:4,7 112:8
  115:6,7 117:5
  118:10 124:13
  131:17,18,21
  133:7 134:4
  136:10,10
  140:22 141:2
  149:10 152:12
  152:17,21

153:11 154:7
155:15 156:2,4
156:11,19
157:5,9 158:2
158:5 164:20
173:7 175:19
183:13,18
184:9 186:5,12
188:11 189:21
**straightforward**
  99:8 111:5
  113:3
**strange** 37:14
  81:18
**Street** 9:21 35:4
  35:5 39:14,18
**strict** 90:12
**stringer** 35:3
**strings** 120:1
**strong** 115:4
**struggling** 18:11
**student** 65:6
  141:3
**study** 53:17
**stuff** 48:10
  117:16 124:20
**stunning** 164:23
  165:3
**subject** 2:12
  139:9
**subject's** 154:9
**submit** 168:15
**subscribed** 5:16
**subway** 78:17
**sued** 20:20 21:9
**suggest** 55:2,5,7
  137:7,15
**suggested** 84:3
  137:10,10
**suggestion**
  105:18 168:5
**suggestions**
  138:6 168:23
**suggests** 98:16
**suicide** 141:6
  152:16,23

153:8,18,19
**suit** 16:23
**Sun** 35:8 38:10
  39:8,9,12,19
  40:1
**supervision**
  191:9
**supervisor**
  60:21
**support** 151:14
**supposed** 66:12
**sure** 15:13 16:20
  16:21 17:19
  24:3,7,12 26:3
  28:3 32:1,23
  60:16 67:14
  90:9,10 98:19
  103:1 106:3
  117:23 120:21
  123:5,7 126:3
  128:1 130:15
  151:18 154:2
  167:15 175:21
  176:2,4 178:18
  189:10
**surely** 142:12
**Susman** 20:13
**suspense** 110:22
**swapped** 57:14
**swear** 12:5
**switch** 71:4
**switched** 176:22
**sworn** 5:16
  12:14
**system** 78:17

_____
          **T**
_____

**T** 6:1,1
**take** 13:15 36:23
  52:5 59:17
  64:23 71:5,5
  71:21 73:19
  125:17 139:3
  140:19 188:3
**taken** 6:5 63:4
  64:8 66:5 72:4

108:18 125:21
166:1 188:6
191:5
**talk** 46:1 47:4
  50:1 77:15,16
  78:22 81:21
  82:16 83:1,2
  89:12 94:13
  112:12 162:1
  177:6,9 186:17
  187:12
**talked** 19:20
  20:6 21:11
  32:17 101:14
  101:16 111:22
  112:2 132:21
  132:22 160:14
  174:20 177:3
**talking** 18:22
  20:12 47:6
  51:2 55:12
  76:12 77:3
  82:11,14 92:19
  101:11 104:4
  107:5 109:12
  109:15,21
  110:5 116:11
  120:8 124:20
  159:19 164:20
  168:4 179:10
  182:15 186:13
  189:23
**talks** 120:5
**tandem** 177:22
**tantalizing**
  98:17
**targeted** 185:13
**tax** 84:1
**Taylor** 161:9,13
**team** 49:10 52:2
  53:11 119:10
  129:3 130:20
**technical** 19:6,9
  177:17 181:18
  181:20 188:21
**technically**

28:17 120:22
technique 64:5
    113:20 114:19
    114:22
technology
    51:12 91:7
tedious 104:11
Telegram 27:15
television
    124:22
tell 15:8 19:22
    21:16,21 34:10
    45:19 46:2
    47:21 48:2
    49:14 55:11
    57:9 64:13
    91:23 102:7
    112:4 132:20
    134:10 159:1
    181:10,19
    189:1,2,3
telling 18:11
    21:16 94:23
    124:22 143:3
    156:4
tells 94:16
ten 25:7,9 71:6
    188:3
tenure 57:4
term 101:2
    106:21 109:3
    186:2
terms 18:9,21
    19:6 80:9,11
    138:12
testified 12:15
    99:15 154:13
testify 141:22
testimony 1:15
    5:5 32:18
    87:20
text 22:9 92:3
    171:3
texts 170:23
Thank 12:16
    92:9

Thanks 120:15
theft 173:4
theory 165:23
    166:4
thereto 7:7
    191:7
thing 17:15
    21:15 37:14
    74:13 94:18
    104:6 113:4,6
    123:18 144:12
    153:4
things 21:11
    22:17 37:6
    43:3 56:7
    64:18,22 65:9
    78:19 89:8,9
    89:10 94:18,19
    97:4 98:6
    101:7 105:7
    109:23 110:23
    128:2 131:2,8
    131:12 133:2
    138:3 144:4
    146:16 156:5
    156:14 170:18
    175:12,14,22
    179:7 184:19
think 15:7 16:10
    18:19 19:5
    20:19 22:14,16
    24:8,8 26:10
    28:15 29:12,20
    29:22 32:20
    33:18 36:4
    37:12 39:1,6
    42:19 44:9
    47:9 50:7
    52:19 53:9,10
    56:1,6 61:11
    64:14,20 65:5
    66:12 69:1,2
    69:18 74:6,23
    79:18 81:5,6
    81:17,20 82:6
    82:17,21 83:8

86:17 90:17,22
    91:10 93:8
    97:3,21 98:4,8
    98:9 99:7
    100:7 101:9
    102:19 107:19
    107:22 109:6
    110:4 112:23
    114:7,18 115:3
    116:22 118:17
    118:19 120:23
    123:16 124:7
    124:19 125:8
    126:18,22
    128:15 129:17
    130:4 131:15
    131:16,17,18
    131:19,19
    139:10,21
    140:22 144:2,3
    146:16,19
    148:15,18
    151:21,22,23
    152:1,2,12,17
    152:23 153:15
    154:3,23
    155:10,11,20
    155:22 156:3
    160:1 165:21
    167:13 168:17
    170:7,16 171:4
    171:21 172:13
    172:18,19
    173:1,1,13,21
    173:22 174:17
    175:1,7 176:7
    176:16 177:2
    180:1,14 182:9
    183:7,10
    186:15 187:11
    188:15 190:2
thinking 48:19
    114:5 172:8
    187:5,8
thinks 114:17
    141:20

third 180:19
thirty 2:20
Thompson 9:19
    12:12
thought 39:3
    45:3 47:18
    48:11 66:18
    95:12,13
    103:11,12
    108:22 113:2,6
    115:12 127:1
    166:7 172:20
thousand 89:13
    89:19
threat 33:8
thrust 95:14,16
tie 162:20
tied 124:1
Ties 72:11
TikTok 27:20
time 7:5,6 12:2,4
    14:6 21:19
    26:8 27:6 38:7
    46:1,17 51:14
    51:15 59:23
    65:23 91:22
    92:8 101:20
    102:17,21
    103:12,15
    105:8,10,13
    108:11 121:20
    125:11 127:2
    136:11,12
    160:19 165:15
    165:16,18
    166:2 176:14
    176:15,17
    191:12
timeframe
    181:15
times 15:6 34:23
    36:8 37:17,21
    38:3 39:11
    49:10 56:17,18
    59:19 60:5,11
    60:22 88:9

98:14 120:13
    122:16 126:9
    127:22 164:13
    170:4
timing 43:3
Tina 20:13
tired 59:15
title 36:2 38:16
    38:18 40:20
    41:21 42:17
titled 41:15
today 14:20 15:1
    55:7 71:16
    167:5,7,9
    182:15
today's 12:1
    71:17
told 19:18 37:5
    37:5,8 46:22
    101:19 102:22
    102:22 108:23
    111:6 112:7
    119:8 129:23
    130:8 132:23
tomorrow 152:3
top 32:12 140:2
    142:10 171:7
topics 64:9 65:2
    65:10 71:4
    125:18
total 144:11
    145:10
totally 24:11
    104:4,5 111:10
    136:14 173:16
Tourism 25:12
TOWNSEND
    9:7
track 26:2
    180:22 181:21
    182:13
traded 122:1
tradition 50:16
traditional
    177:20
traffic 189:20

Ben Smith                                                                        2/26/2021

**training** 64:16
64:17 65:17
**transcript** 5:4
73:11 91:21
140:17 163:14
166:16 169:8
191:7,8,10
**transparent**
75:7 76:5
**treat** 171:22
172:12
**TREMAINE**
9:14
**trending** 164:10
164:12 183:6,7
**trends** 186:2
**Trevor** 10:2
**trial** 7:5
**trick** 29:10
**tried** 112:12
187:20
**Trinity** 61:6
**trip** 25:11,14
**trouble** 81:8,22
**true** 5:5 79:15
80:2 81:3 82:2
82:7 91:16
119:11 165:22
191:10
**Trump** 107:7
108:1
**Trump's** 72:11
**trusted** 53:12
**truthfully** 14:20
**try** 16:12 23:8
52:13 68:18
79:12 80:19
88:5 92:23
107:13 130:21
133:2 180:3
**trying** 14:13,14
22:14 23:11
26:4 29:8
32:20 39:1,5,6
49:14 51:22,23
66:19 93:9

94:1 95:11
97:21 102:6
106:2 109:17
117:5 118:20
119:12 125:6
127:20 129:7
129:18 131:16
171:3 187:11
189:15
**tryout** 36:19
**turned** 29:23
99:11 110:19
111:1
**Tuscaloosa** 6:9
6:11 9:4,10
11:9,11 25:10
25:16 144:18
161:8,14,15
164:19 191:3
**tweet** 99:12
**tweeted** 29:7
**twice** 26:11
**Twitter** 27:2
28:5,9 29:22
29:23 30:1
181:7 189:5
**two** 19:20 22:10
22:18 37:6
38:15 39:22
40:17 56:6,8
59:5 62:8
76:15 125:14
129:8 167:17
171:16,20
173:5
**type** 38:2 51:8
129:2 175:4
187:17
**types** 86:7,20
87:8
**typical** 98:14
103:19
**typically** 162:20
186:11,16

_____
**U**
_____

**U** 6:1
**Uh-huh** 37:19
41:12 76:3
113:15,21
116:14
**ultimately** 54:13
126:4 169:22
**uncovered**
77:12
**uncovers** 85:16
87:22
**underneath**
171:9,13
**understand**
13:22 18:23
46:8 52:9
58:10 71:14
74:23 77:2
79:19 80:2,3,9
81:14,16 85:10
85:14 95:8
97:2 102:15
107:21 109:17
116:11,12
126:16 127:16
137:12 153:2,5
153:7 155:11
159:11 173:16
178:9 189:15
**understanding**
79:22 80:10
81:9 121:4
137:16 156:20
157:2,8 185:3
188:16
**understood**
14:16 79:21
**unfortunately**
27:9 29:9
158:21
**union** 60:20
**unique** 86:10
**unit** 179:5
**United** 1:1 11:21
51:17 78:16
**universe** 77:8

**University** 9:9
61:15
**unmistakable**
96:14
**unprivileged**
161:5,6
**unverified** 72:10
76:19
**updated** 170:4,5
170:8,10
**updates** 136:11
**URL** 58:1
**use** 19:9 26:18
48:7 90:9
94:22 101:1
109:3 186:14
**useful** 133:20
**username** 184:7
**uses** 93:18
**usual** 12:17
**usually** 13:15
94:17 155:19

_____
**V**
_____

**valuable** 123:18
**value** 123:19
124:1,4,5
185:17,23
**values** 53:4
**varied** 136:9,10
136:14
**variety** 155:3
**various** 39:7
43:9 54:5,5
56:11 170:4
**vary** 53:2
**Venkatasubban**
20:14
**version** 170:7,9
**versus** 17:22
189:22
**victim** 101:17
102:16 142:11
**Victor** 16:17
**video** 1:15 6:4
11:19 49:11

57:11,13,15,17
123:2 147:3
155:20 158:11
158:14,16,18
**VIDEOGRAP...**
11:18 72:2,5
125:19,22
188:4,7 190:5
**videotape** 158:2
**view** 58:8 95:2
136:17 147:1
168:13 172:4
**viewed** 164:16
182:14 188:19
**viewers** 181:22
182:1
**viewers'** 180:19
**viewing** 138:5
163:21
**views** 130:2,10
131:5 164:5
172:9 185:15
**villains** 96:15
97:21 98:5
109:9
**viral** 183:19
186:5,8,9,20
**virtually** 13:17
**virtue** 111:15,19
**visit** 25:15
**visited** 189:1,2
**visiting** 25:9
**voice** 91:6 115:9
**vote** 172:11
**vs** 1:10

_____
**W**
_____

**W** 1:21 6:6 11:1
**waive** 3:2
**waived** 1:23
6:17
**walked** 25:17
**Wall** 35:4,4
39:14,17
**want** 17:12,16
18:9,20 19:9

Ben Smith                                      2/26/2021

Page 213

22:8 23:2,3,8
24:11,12 27:5
34:7 38:19
43:5 44:10
47:14 48:17,18
64:12 69:9
71:4,8,8 73:21
74:2 80:9
81:20 82:16
85:5 88:3 91:8
92:2 93:3
108:10,13
111:11 129:15
131:14,22
133:23 135:18
139:4,17 140:6
140:18 142:13
147:23 153:5
160:12 176:6
178:19 186:16
187:12
**wanted** 48:2
98:19 106:5
119:8 123:4
137:21
**wants** 124:2
**wasn't** 16:1
102:19 111:1
112:3,4 114:20
116:1 131:1
144:8 146:7
158:21 162:6
168:20,21
175:10 178:3
180:4,10
**waste** 46:17
**watch** 155:21
158:12,15
**water** 71:19
**way** 16:13 47:11
49:22 57:19
79:21 81:6
88:8 93:1
99:14 116:17
119:9 121:15
122:17 130:13

137:12 168:17
172:2 179:18
180:2 181:21
185:20 188:21
**ways** 51:23
56:11 89:19
95:10 131:23
132:1 162:2
164:13 176:1
177:17 188:9
**we'll** 13:18
14:15 27:7
49:6 69:14
71:21 91:17
125:16 166:19
169:4
**we're** 13:15,16
50:20 55:6
58:5 72:2
82:13 101:5
104:4,5 163:8
164:20 182:15
**we've** 32:17
125:8
**web** 57:12,16,17
**website** 56:11
181:10,23
**Webster** 10:2
**WeChat** 27:21
**weeds** 177:4
**week** 71:17
133:14 134:22
146:15 147:8
147:15 185:23
**Weinstein** 60:19
107:8 115:20
115:22 120:2
**weird** 37:7 60:3
**went** 33:7 42:11
110:23 113:3
180:16
**weren't** 43:4
46:4 65:14
68:7 95:18
138:20 179:2
180:11

**Western** 1:3
11:23
**whistle** 99:11
**whistleblower**
99:8
**WHITE** 9:20
**wide** 49:13
**widely** 40:13
42:9 48:9
107:10,11
174:3 183:13
183:14
**wife** 19:19
**Wildlife** 149:22
150:3
**window** 74:16
142:22
**wish** 125:9
**withheld** 88:2
**withhold** 87:13
**withholding**
78:2 88:10
**witness** 2:2 5:3
6:16 11:13
12:5 18:8
63:13 71:10,15
72:17 78:9
96:22 119:17
122:21 142:21
143:5
**woman** 114:9
152:13
**woman's** 111:4
152:23 153:8
153:18
**women** 112:1
172:10
**women's** 171:15
172:5
**wonder** 74:13
110:22
**wondered** 37:14
**wondering**
112:1
**word** 48:6,7
80:2,3,6 81:2,3

81:6 90:10
93:18 164:12
185:4
**words** 17:12
52:20 73:22
79:19 80:15,15
89:16,17 96:3
121:5 138:21
**work** 72:21
75:20 106:18
175:19
**worked** 34:22
36:17 41:4
52:2 53:13
54:23 58:23
144:20 149:19
152:18 179:23
185:5
**working** 37:21
129:2
**works** 28:19
119:9 137:13
189:1
**WorkSouth** 6:9
9:4 11:9
**world** 49:13
149:21 150:3
**worldwide**
150:2
**wouldn't** 19:9
65:23 100:9
123:6 127:23
130:12 138:14
143:6 172:9
**wrap** 102:6
**wrestlers** 150:6
150:9
**WRIGHT** 9:14
**write** 35:21
42:15 51:5
62:4 91:1
92:10 98:20
128:2 130:21
134:15 154:13
187:18
**writer** 114:13

**writing** 52:15
58:4 59:10,12
63:20,23 77:12
89:15,17 100:7
102:5 103:4
107:23 120:12
132:4 146:8
155:17
**written** 29:14
50:2 51:9 69:5
72:11 83:9
91:14 97:13
100:9,12,22
115:8 123:13
136:13 141:15
154:9 157:9
158:9 161:8
174:9,11
**wrong** 70:1,21
95:14 102:8
**wrote** 48:8
60:17,19 62:8
67:18 68:10,23
70:3 75:12,23
95:9,11 99:18
101:3 104:9
106:4,19
107:22 121:2
127:12,21
129:11
**WWF** 150:9

**X**

**X** 8:1

**Y**

**y'all** 21:1 71:4
159:18
**Yale** 61:15,19
61:21 62:5,9
62:21
**yeah** 13:3 16:12
16:15 18:19
25:20 31:18
32:4,16 34:16
36:4 37:1 39:5

| | | | |
|---|---|---|---|
| 40:3,19 41:10 | 183:21 184:1 | **1** | 35:14 |
| 42:13 43:18 | 187:19 | **1:30** 125:13 | **2001** 24:18 |
| 44:10 47:5,22 | **year** 15:10 37:23 | **10** 140:6 | 38:13 |
| 48:17 49:6,9,9 | 38:1 41:14 | **10,000** 89:16 | **2002** 35:9,10 |
| 52:11,12 56:20 | 99:23 103:9 | **10:38** 72:3 | 38:10,14 40:1 |
| 57:11 59:2,8 | 122:4,12,18 | **10:44** 72:6 | **2003** 40:7 |
| 61:4,10 62:13 | **years** 22:12 25:4 | **10020-1104** 9:17 | **2004** 40:1 |
| 63:3,17 64:18 | 25:7,9 38:15 | **11** 35:16 | **2005** 40:18 |
| 64:22 65:12 | 39:22 40:17 | **11:41** 125:20 | **2006** 33:10,22 |
| 70:19 74:16 | 49:2 59:9 | **11:46** 125:23 | 35:15 41:11 |
| 75:5 80:20 | 130:6 147:9 | **111** 8:11 73:5,7 | **2007** 70:18 |
| 83:16 90:3 | **Yep** 29:18 | 73:9 | **2012** 35:17 |
| 93:4 94:8 | **York** 9:17,17 | **112** 8:13 91:17 | 44:17 47:18 |
| 95:13 96:9,11 | 24:15 35:8,12 | 91:19 | **2015** 49:7 |
| 100:23 102:4 | 35:13 38:10 | **113** 8:15 140:11 | **2016** 22:13 27:8 |
| 103:3 104:19 | 39:12,19 40:1 | 140:13,15 | **2017** 55:17 |
| 104:23 105:15 | 40:5,16 41:8 | **114** 8:17 163:10 | 122:9 |
| 106:13,17 | 42:8 59:19 | 163:12 | **2018** 15:12 49:7 |
| 108:16,21 | 60:4,11,22 | **115** 8:18 166:14 | 122:9 |
| 109:19 110:14 | 61:6 78:17 | 166:20,20 | **2019** 15:12 |
| 111:18 113:2 | 127:22 | **116** 8:19 169:4,6 | 170:6 |
| 113:17 114:6 | **Yorker** 83:17 | **12** 8:4 170:6 | **2020** 21:4 22:13 |
| 114:20 115:7 | **young** 37:10 | **12:48** 188:5 | 59:1,21,22 |
| 116:9 117:1,23 | 111:3 152:13 | **12:53** 188:6 | 91:15 |
| 117:23,23 | 152:22 153:8 | **12:55** 190:6,10 | **2021** 1:18 5:18 |
| 119:19 120:22 | 153:18 | **1251** 9:15 | 6:12 11:13 |
| 121:7,9,10,15 | | **13** 31:5 | 12:2 191:17 |
| 122:4,6,17 | **Z** | **140** 8:15 | **20TH** 9:21 |
| 124:7,11 | **Z** 30:9 | **1409** 9:9 | **21ST** 9:16 |
| 125:16 129:8 | **Zagare** 30:5 | **1490** 6:10 11:10 | **22nd** 55:17 |
| 131:9,12,13,21 | **zebra-a** 30:9 | **163** 8:17 | **252** 6:11 11:11 |
| 132:14 134:6 | **zone** 165:16 | **166** 8:18 | **26** 1:18 6:12 |
| 136:9 138:11 | **zones** 165:18 | **169** 8:19 | 11:12 12:1 |
| 139:3,6 143:6 | **Zoom** 1:15 6:4 | **17th** 91:15 | 191:17 |
| 144:2 145:23 | 9:12,19 10:2 | **18** 8:16 | |
| 146:20 153:15 | 13:12 14:2 | **1885** 83:9 | **3** |
| 154:3 155:19 | 174:21 | **19** 8:20 83:9 | **3** 75:4 |
| 155:22 156:2 | **zoomed** 72:18 | **191** 8:5 | **30** 2:20 191:21 |
| 157:1 161:6 | | **1991** 61:9 | **32** 105:3 |
| 163:17,20,20 | **0** | **1995** 61:9,10,17 | **3399** 8:18 |
| 164:12 166:23 | **03** 40:3 | **1999** 34:21 | 166:19 |
| 169:1,17 | **05** 40:19 | 36:16 37:22 | **35203** 9:23 |
| 171:18 172:14 | **06** 43:19 | 62:1 | **35222** 2:18 |
| 173:13,15 | **07** 35:16 43:19 | | **35401** 9:10 |
| 174:10 178:11 | **07/17/2021** | **2** | **3710** 2:17 |
| 182:1,5 183:4 | 191:23 | **2000** 33:21 35:9 | **3731** 8:17 163:5 |

| |
|---|
| **4** |
| **400** 9:21 31:6 |
| **4th** 2:17 |
| **5** |
| **6** |
| **6** 8:14 |
| **7** |
| **7** 8:12 |
| **7:19-cv-00403...** |
| 1:6 11:21 |
| **73** 8:11 |
| **8** |
| **9** |
| **9/30/2021** |
| 191:21 |
| **9:35** 1:19 6:12 |
| 11:12 12:2 |
| **91** 8:13 |