in cases like this, it often comes down to he said she aid, you have to do things right from the very beginning, and that starts with having a forensic nurse examiner and victim advocates with the victim, as soon as the police are called

She should have been told about turning point at the hospital, brochures

The hospital to call an advocate

Get as much info from DCH as you can
Why don't you call medical advocates
Why don't you have a sane program
How they handle
Ask them to walk me through a process when rape victim shows up in ER
And then say why don't you have forensic nurse examiners
Do you give info why do you not call in medical advocates , how and what their approach is to victims in general, how seriously od they take it, are they thinking about chain of custody, are they thinking about prosecution, do they go in believing the victim

Really bothers why it wasn't taken to grand jury
Legal services of tuscaloosa - try them help us with representing

My contact at legal services is willie mae - ▮

DCH, not taking to grand jury

Stopped recording but not off the record

This story is all bad , but I see what happens at DCH as a pattern, pattern and practice, I see the police more as maybe being influenced by who the perpetrator was, then they didn't do an investigation so they've left the prosecutor in the position of how do you take it to the grand jury when you don't have an

CONFIDENTIAL

Buzzfeed04005

investigation. You've got to take it to the grand jury, that's the justice system, that's who decides, there's no excuse except outside of prosecutorial discretion for thinking it's overcharged ****** (NOT ON RECORDING)

When you are talking about severe

That is coercive and unethical (AS A THREAT) we have an ethics code to provide clients with best services

You could make the argument that you could file an ethics complaint over that, that might be something the family might want to think about is going to the state bar and filing an ethics complaint, even if she's not DA anymore, she is still probably a licensed attorney practicing

Hayes webb is now our elected DA, but he was interim DA so she had to have been removed from office or stepped down amid scandal or to prevent scandal

Lyn head SANE

Laws are draconian

So you don't think a rape charge will stick, could go with the lesser, why would they not pursue even a sexual misconduct that's inexcusable to me, and I say that as an attorney

Ask county sheriff what their standard procedure for DUIs is, how many people are brought in for DUI but not charged, why are those people not being charged, and what types of people are not being charged, what percentage are arrested for DUI and not charged, and what's your policy about mug shots and fair reporting if somebody is in on their second offense, multiple offenses for DUI, under what circumstances wold they not be charged ******

CONFIDENTIAL Buzzfeed04006

TUSCALOOSA SHERIFFS OFFICE

Mug shots at the jail

Tuscaloosa county sheriffs office Josh Hastings -

The pictures we take are not

We have an app, if someone is arrested and booked into our jail, as long as they are incarcerated within our jail it will have the charge they are booked in on once they get bond and

Once it leaves us and goes over to the court system, they are the ones who would have the paper trail, disposition of case

From our standpoint if they are in jail it will show up as a charge once It bonds out

Court side of things

Call over there ▮▮▮▮▮ DA's office, DA is hayes webb understand you have city court different than district court

There may still be some records even if you are arrested, there will still be info on the arrest somewhere, where it goes I don't know

I

Could be that the circuit court didn't report that information to us

Tuscaloosa county circuit clerk
They are the ones that have to report the information to have it on file

CONFIDENTIAL

Buzzfeed04007

Would verify if they had sent the info
███████████ ext 259

Dr. Linda:

Lippincot Nursing procedures "that's the craziest thing i've ever hard"

They should be following the IAFN standards, or national protocol, or anything, clearly, if it was a suspected drug facilitated sexual assault, and they didn't do blood or urine, if they are following standards, they're not very up to dat e

actually, what they should have done is report to law enforcement, wouldn't cost the hospital anything, they should have collected blood and urine and given it to law enforcement, had crime lab do it

the crime lab would have done a complete screen, automatically tested for anything

wow

typically, a hospital will do a blood test and run it at the hospital if they need to know the results for clinical purposen

but if its a DFSA they should draw the blood and urine and give it to the crime lab, maintain a chain of custody

the hospital can do a benzodiazepine test, that won't tell you what type of test

the hospital should have done it, a hospital medical decision, the police don't tell the medical facility what to do, the facility has a responsibility to know how to take care of their patients

It's true for family and friends but not for advocates, said DR SANE LADY. Of that, she said, "That's the craziest thing I've heard in all my life."

an advocate should be there to provide there

They should automatically call the advocate and a SANE nurse would clearly as soon

researcher show the best practice is to call the advocate as soon as they arrive at the hospital

Mobile, Alabama is one of our sites, the whole state is a recipient of the sexual assault kit initiative to make sure states are running the kit, if the kits by these

there is no other patient that goes into a EC where we would expect care proper

inconceivable that in 2017 that's still happening

"It is inconceivable that in 2017, a f

DCH's failure to obtain blood and urine samples for both women is "inconceivable in 2017," said TK, and their stance on advocates is "the craziest thing I've heard in all my life."

—

LYNN:

If there was a SANE program, how would it have been different

they were , place donated, off site home or house to do SANE exams at one point, i was a part of getting that, was going to do training for the nurses, talked with DCH, explained the need for it, last i heard they had found a place

what we prefer, is that the hospital does not run the tests themselves, if they do believe it is drug facilitated, you draw blood, collect urine, go to the lab, the forensic

it depends on their policy, most SANE facilities in alabama, we do sexual assault exams up to 72 hours, according to most policies, you go ahead if it's a possible DFSA you draw blood or urine

check with the alabama atty generals office, you can look it up online, there's a mandate for sexual assault the case of sexual assault, patients in our state, written by Roy King, we have gone, the alabama forensic nursing chapter, given them updates that mandate

SANE nursing and sexual assault examinations - look up international association of forensic nurses RAINN

the best practice would be to collect urine and blood, you can also check with the alabama dept of forensic science, the ones that process the kit, in the beginning when i first started this 8 years ago, took my SANE training, got sane certified,

Alabama Dept of Forensic Science had a sheet that if there's this kind of drug, collect this

tend to blame the patient

some hospitals won't even do a kit

the mandate Alabama - right to patient advocate

acar, alabama coalition against rape

advocacy group in tuscaloosa,

best practice

international a

In hospitals it is not complicated, don't have to have funding, sane exams, all reimbursed by Alabama Victims compensation, hospitals are reimbursement

lack of education, they

I'm a big advocate, i think every county should have a SANE pgoram

Lippincot manual standardized procedures for nursing , they're not good,

Alabama Chapter is more than willing to go in and do a training

eye drops is a date rape drug

"Every hospital in our state needs to be aware of our laws and best practices for sharingf

Alabama Chapter of FN is more than happy to provide kit training, helping set up a SANE chapter for their facility. It's available, free, for them. Get reimbursed for Alabama Crime Victims Doesn't out a penny.

- She told her immediately that she was raped, via text and in person, right after