FILED
2021 Oct-21  PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 67

**to be filed in its native format**