FILED
2022 Mar-15 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ADAM JONES, et al.,** | } |
| | } |
| **Plaintiffs,** | } |
| | } |
| v. | } Case No.: 7:19-CV-00403-RDP |
| | } |
| **BUZZFEED, INC., et al.,** | } |
| | } |
| **Defendants.** | } |

## ORDER

This case is before the court on Defendants' Motion for Summary Judgment (Doc. # 65), as well as Defendants' Motions to Strike the Expert Reports of Robert G. Pastula and Dr. Emilie L. Lucchesi. (Docs. # 50-51). For the reasons provided in the contemporaneously filed memorandum opinion, Defendants' Motion for Summary Judgment (Doc. # 65) is **GRANTED**, and Defendants' Motions to Strike the Expert Reports of Pastula and Dr. Emilie L. Lucchesi (Docs. # 50-51) are **MOOT**.

Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this March 15, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE