FILED
2022 Apr-12  AM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| ADAM JONES and<br>JOSHUA HASTINGS, | ) | |
| | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case Number:  7:19-cv-00403-RDP |
| | ) | |
| v. | ) | |
| | ) | |
| BUZZFEED, INC., BUZZFEED | ) | |
| NEWS, BEN SMITH, and KATIE | ) | |
| J.M. BAKER, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JOINT NOTICE OF MUTUAL WAIVER AND CASE CONCLUSION

Plaintiffs, Adam Jones and Joshua Hastings, and Defendants, Buzzfeed, Inc.,

Buzzfeed News, Ben Smith, and Katie J.M. Baker, hereby jointly and respectfully

notify the Court that Plaintiffs have agreed to waive their right to appeal, and

Defendants have agreed to waive their right to recover costs from Plaintiffs.

The Court having already disposed of all claims in this matter by prior order,

the Parties jointly and respectfully submit to the Court that this matter is now

concluded.

**COCKRELL, COCKRELL, TOWNSEND & RITCHEY LLP**

By: */s/   Bobby H. Cockrell*
 *with express permission*
 Bobby H. Cockrell, Jr.
 Jonathan D. Townsend
 G. Scotch Ritchey, Jr.
 1409 University Blvd.
 Tuscaloosa, Alabama 35401
 T: (205) 349-2009
 F: (205) 758-3090
 bcockrell@cctr.law
 jtownsend@cctr.law
 sritchey@cctr.law
 *Attornesy for Plaintiffs*

**LIGHTFOOT, FRANKLIN & WHITE, LLC**

By**:** */s/   John G. Thompson, Jr.*
 J. Banks Sewell, III
 John G. Thompson, Jr.
 Jonathan R. Little
 The Clark Building
 400 North 20th Street
 Birmingham, AL  35203-3200
 T: (205) 581-0700
 F: (205) 581-0799
 jbanks@lightfootlaw.com
 jthompson@lightfootlaw.com
 jlittle@lightfootlaw.com

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger
Rachel F. Strom
John M. Browning
*Admitted pro hac vice*
1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104
T: 212-489-8230
F: 212-489-8340
*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on 12th day of April, 2022, I electronically filed the foregoing

using the Court's CM/ECF method which will send notification to the following:

Bobby H. Cockrell, Jr.
Jonathan D. Townsend
G. Scotch Ritchey, Jr.
Cockrell, Cockrell, Townsend & Ritchey LLP
1409 University Blvd.
Tuscaloosa, Alabama 35401
T: (205) 349-2009
F: (205) 758-3090
bcockrell@cctr.law
jtownsend@cctr.law
sritchey@cctr.law

*Counsel for Plaintiffs*

By:  John G. Thompson, Jr.
Of Counsel

3